# Exhibit

# 2



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Maria A. Pallante

Register of Copyrights, United States of America

**Registration Number**

**PA 1-876-017**

**Effective date of registration:**

October 31, 2013

## Title

**Title of Work:** February 10, 2013 Tornado in Hattiesburg, Mississippi

## Completion/Publication

**Year of Completion:** 2013

**Date of 1st Publication:** February 10, 2013    **Nation of 1st Publication:** United States

## Author

■    **Author:** John Michael Sibley

**Author Created:** entire motion picture

**Citizen of:** United States

**Year Born:** 1985

## Copyright claimant

**Copyright Claimant:** John Michael Sibley

1499 East Bank Dr, Marietta, GA, 30068, United States

## Rights and Permissions

**Name:** John Michael Sibley

**Email:** jms011@comcast.net    **Telephone:** 770-998-7633

**Address:** 1499 East Bank Dr

Marietta, GA 30068

## Certification

**Name:** John Michael Sibley

**Date:** October 10, 2013

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PA 1-878-469

**Effective date of
registration:**

February 6, 2014

## Title

**Title of Work:** Icy Road Accidents on March 8, 2008

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** March 8, 2008          **Nation of 1st Publication:** United States

## Author

■          **Author:** Daniel Jeffrey Robinson

**Author Created:** entire motion picture

**Citizen of:** United States

**Year Born:** 1975

## Copyright claimant

**Copyright Claimant:** Daniel Jeffrey Robinson

301 West Illinois Street, Apt B, New Baden, IL, 62265, United States

## Rights and Permissions

**Name:** Daniel Jeffrey Robinson

**Email:** dan@stormhighway.com          **Telephone:** 618-920-0811

**Address:** 301 West Illinois Street

Apt B

New Baden, IL 62265 United States

## Certification

**Name:** Daniel J Robinson

**Date:** February 6, 2014

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

## PA 2-153-861

**Effective Date of Registration:**
December 20, 2018

---

## Title

**Title of Work:** Hurricane Michael landfall in Panama City

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** October 10, 2018
**Nation of 1st Publication:** United States

## Author

**Author:** Daniel Jeffrey Robinson
**Author Created:** entire motion picture
**Work made for hire:** No
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Daniel Jeffrey Robinson
301 West Illinois Street, Apt B, New Baden, IL, 62265, United States

## Rights and Permissions

**Name:** Daniel Jeffrey Robinson
**Email:** dan@stormhighway.com
**Telephone:** (618)920-0811
**Address:** 301 West Illinois Street
Apt B
New Baden, IL, 62265 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-181-876

**Effective Date of Registration:**
April 03, 2019

---

## Title
 
**Title of Work:** High Wind Event In Amarillo, Texas On March 13, 2019 As Filmed By
Photographer Christopher Blake Brown.

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** March 13, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Christopher Blake Brown
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Christopher Blake Brown
4201 S Williams Street, Amarillo, TX, 79118

## Rights and Permissions

**Name:** Logan Poole
**Address:** 2042 East ridge Cir
Madison, MS 39110 United States

## Certification

**Name:** Christopher Blake Brown
**Date:** March 21, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Karen A. Tingler*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-198-352

**Effective Date of Registration:**
July 01, 2019
**Registration Decision Date:**
September 05, 2019

---

## Title
**Title of Work:** 4-30-2019 Sulphur, Ok Incredible Tornado video from up close with drone 4k

## Completion/Publication
**Year of Completion:** 2019
**Date of 1st Publication:** April 30, 2019
**Nation of 1st Publication:** United States

## Author
- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Domiciled in:** United States

## Copyright Claimant
**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

---

## Certification
**Name:** Michael Brandon Clement
**Date:** July 01, 2019

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Kay A. Tesla*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-214-139

**Effective Date of Registration:**
September 25, 2019
**Registration Decision Date:**
November 29, 2019

---

## Title

**Title of Work:** Brandon Clement Hurricane Dorian Aftermath Abacos Islands, Bahamas
Helicopter

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** September 03, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-246-408

**Effective Date of Registration:**
May 12, 2020
**Registration Decision Date:**
June 26, 2020

---

## Title

**Title of Work:** 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car,
telephone pole falling

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 06, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

**Name:** Richard Liebowitz
**Date:** May 12, 2020

---

**Registration #:**   PA0002246408
**Service Request #:**   1-8768817831

Richard Liebowitz
11 Sunrise Plaza
Suite 305
Valley Stream, NY 11580 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-292-814

**Effective Date of Registration:**
March 22, 2021
**Registration Decision Date:**
May 20, 2021

---

## Title

**Title of Work:** 2-2-2021 Scituate, Ma Drone shots of massive waves crashing into homes,
flooded and damaged homes, sot

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** February 02, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
 **Author Created:** entire motion picture
 **Citizen of:** United States
 **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-339-957

**Effective Date of Registration:**
January 20, 2022
**Registration Decision Date:**
March 14, 2022

---

## Title

**Title of Work:** 12-11-2021 Historic Downtown drone shot Mayfield, Kentucky

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 11, 2021
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

---

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:** Brandon Clement
**Date:** January 20, 2022

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-348-883

**Effective Date of Registration:**
February 07, 2022
**Registration Decision Date:**
May 11, 2022

---

## Title

**Title of Work:** Mayfield, Ky Tornado Damage Drone 4k

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** December 23, 2021
**Nation of 1ˢᵗ Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Dr, Terry, MS, 39170, United States

---

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** bclemms@gmail.com
**Telephone:** (601)260-3170
**Address:** 1315 Carroll Dr
Terry, MS 39170 United States

## Certification

**Name:** Brandon Clement

Page 1 of 2

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-349-491**

**Effective Date of Registration:**
March 25, 2022
**Registration Decision Date:**
May 16, 2022

---

## Title

**Title of Work:** Dust Storm Impacts Parkes NSW Australia

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** January 19, 2020
**Nation of 1st Publication:** Australia

## Author

- **Author:** Jason Davies
  **Author Created:** entire motion picture
  **Citizen of:** Australia
  **Domiciled in:** Australia

## Copyright Claimant

**Copyright Claimant:** Jason Davies
U407 13-15 Haig Street, Kirra, QLD, 4225, Australia

## Rights and Permissions

**Organization Name:** News Media Network
**Name:** Daniel Shaw
**Email:** news@newsmedia.net.au
**Telephone:** 4153417499
**Address:** PO Box 162
Vaucluse, NSW 2030 Australia

## Certification

**Name:** Daniel Shaw
**Date**: March 25, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-354-516

**Effective Date of Registration:**
April 22, 2022
**Registration Decision Date:**
June 22, 2022

---

## Title

**Title of Work:** 3-21-2022 Elgin Tx tornado- Dashcam

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** March 21, 2022
**Nation of 1st Publication:** United States

## Author

**Author:** Ronald Brian Emflnger
**Author Created:** entire motion picture
**Work made for hire:** No
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States
**Transfer statement:** By written agreement

**Copyright Claimant:** Brett Adair
210 Veazey Drive, Childersburg, AL, 35004, United States
**Transfer statement:** By written agreement

## Certification

**Name:** Craig Sanders
**Date:** April 22, 2022

---

Page 1 of 2

**Registration #:** PA0002354516
**Service Request #:** 1-11334314411



Craig Sanders
Sanders Law Group
100 Garden City Plaza,Suite 500
Garden City, New York 11530 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-359-480

**Effective Date of Registration:**
May 27, 2022
**Registration Decision Date:**
July 25, 2022

---

## Title

      **Title of Work:**  5.5.2022_Insane Drone video 4k Crowell, Tx

## Completion/Publication

      **Year of Completion:**  2022
      **Date of 1st Publication:**  May 05, 2022
      **Nation of 1st Publication:**  United States

## Author

      • **Author:**  Michael Brandon Clement
      **Author Created:**  entire motion picture
      **Work made for hire:**  No
      **Domiciled in:**  United States

## Copyright Claimant

      **Copyright Claimant:**  Michael Brandon Clement
                    1315 Carroll Drive, Terry, MS, 39170, United States

## Certification

      **Name:**  Craig Sanders
      **Date:**  May 27, 2022

**Registration #:**  PA0002359480
**Service Request #:**  1-11407002371



Craig Sanders
Sanders Law Group
100 Garden City Plaza,Suite 500
Garden City, New York 11530 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-366-398

**Effective Date of Registration:**
July 15, 2022
**Registration Decision Date:**
August 24, 2022

## Title

**Title of Work:**   TERRIFYING TORNADO EXPERIENCE - May 23, 2022

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   May 26, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Rolf Erik Schyma
  **Author Created:**   entire motion picture
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Rolf Erik Schyma
205 Munford Street, Houston, TX, 77008, United States

## Rights and Permissions

**Name:**   Hank Schyma
**Email:**   hankschyma@gmail.com

## Certification

**Name:**   Rolf Erik Schyma
**Date:**   July 15, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-366-401

**Effective Date of Registration:**
July 15, 2022
**Registration Decision Date:**
August 24, 2022

## Title _____

        **Title of Work:**   TORNADO COMING RIGHT FOR US !!!

## Completion/Publication _____

        **Year of Completion:**   2022
      **Date of 1st Publication:**   May 05, 2022
   **Nation of 1st Publication:**   United States

## Author _____

   •       **Author:**   Rolf Erik Schyma
     **Author Created:**   entire motion picture
         **Citizen of:**   United States
      **Domiciled in:**   United States

## Copyright Claimant _____

   **Copyright Claimant:**   Rolf Erik Schyma
       205 Munford Street, Houston, TX, 77008, United States

## Rights and Permissions _____

          **Name:**   Hank Schyma
           **Email:**   hankschyma@gmail.com

## Certification _____

          **Name:**   Rolf Erik Schyma
           **Date:**   July 15, 2022

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-381-497

**Effective Date of Registration:**
October 12, 2022
**Registration Decision Date:**
November 28, 2022

## Title

**Title of Work:**   9.29.2022_Storm Surge Ian

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   September 29, 2022
**Nation of 1st Publication:**   United States

## Author

• **Author:**   Maxwell Olson
**Author Created:**   entire motion picture
**Work made for hire:**   No
**Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Maxwell Olson
3220 Conestoga Drive, Norman, OK, 73072, United States

## Certification

**Name:**   Craig Sanders
**Date:**   October 12, 2022

Page 1 of 1



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-388-966

**Effective Date of Registration:**
November 29, 2022
**Registration Decision Date:**
January 06, 2023

## Title

**Title of Work:** 9.28.2022_Hurricane Ian Florida Coast Surge

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** September 28, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Reed Timmer
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Reed Timmer
23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

**Name:** Craig Sanders
**Date:** November 29, 2022

**Registration #:**   PA0002388966
**Service Request #:**   1-11978037457



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-393-277

**Effective Date of Registration:**
December 10, 2022
**Registration Decision Date:**
January 27, 2023

## Title

**Title of Work:**   11.10.2022_Hurricane Nicole Massive Waves and Erosion_1

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   November 10, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Michael Brandon Clement
  **Author Created:**   entire motion picture
  **Work made for hire:**   No
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:**   Craig Sanders
**Date:**   December 10, 2022

**Registration #:**    PA0002393277
**Service Request #:**    1-12016935529



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# PA 2-397-322

**Effective Date of Registration:**
January 30, 2023
**Registration Decision Date:**
February 17, 2023

---

## Title

**Title of Work:** 11-18-22 Lackawanna, NY-Firefighters shoveling to save patient, cars stuck, interstate closed

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
**Author Created:** entire motion picture
**Work made for hire:** No
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** MIchael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** January 30, 2023

---

Page 1 of 1

**Registration #:**  PA0002397322
**Service Request #:**  1-12184449844



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-397-898

**Effective Date of Registration:**
January 31, 2023
**Registration Decision Date:**
February 22, 2023

---

## Title

**Title of Work:** 11-18-22 Hamburg, NY-Drivers stuck, travelers stranded in four feet of snow SOTs

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:** Craig Sanders
**Date:** January 31, 2023

---



**Registration #:**  PA0002397898
**Service Request #:**  1-12188404711

Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-401-312

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

**Title of Work:**   11-18-22 Hamburg, NY-Snow emergency, cars and semis stranded in feet of snow

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   November 18, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Michael Brandon Clement
  **Author Created:**   entire motion picture
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

**Name:**   Craig Sanders
**Date:**   February 08, 2023

---

**Registration #:**  PA0002401312
**Service Request #:**  1-12221707728



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-401-314

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title

 Title of Work: 11-19-22 New York Lake Effect Snow

## Completion/Publication

Year of Completion: 2022
Date of 1st Publication: November 19, 2022
Nation of 1st Publication: United States

## Author

- Author: Michael Brandon Clement
 Author Created: entire motion picture
Work made for hire: No
Domiciled in: United States

## Copyright Claimant

Copyright Claimant: Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification

Name: Craig Sanders
Date: February 08, 2023

---

Page 1 of 1

**Registration #:**  PA0002401314
**Service Request #:**  1-12219361369



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-401-320

**Effective Date of Registration:**
February 08, 2023
**Registration Decision Date:**
March 14, 2023

## Title

| | |
|---|---|
| **Title of Work:** | 11-18-22 Orchard Park, NY-Orchard Park maze of mayhem |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |
| **Date of 1st Publication:** | November 18, 2022 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Brandon Clement |
| **Author Created:** | entire motion picture |
| **Work made for hire:** | No |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Brandon Clement |
| | 1315 Carroll Drive, Terry, MI, 39170, United States |

## Certification

| | |
|---|---|
| **Name:** | Craig Sanders |
| **Date:** | February 08, 2023 |

**Registration #:** PA0002401320
**Service Request #:** 1-12221504050



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-401-400

**Effective Date of Registration:**
March 03, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title _____

**Title of Work:** 12-25-22 Buffalo Blizzard

## Completion/Publication _____

**Year of Completion:** 2022
**Date of 1st Publication:** December 25, 2022
**Nation of 1st Publication:** United States

## Author _____

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification _____

**Name:** Craig Sanders
**Date:** March 03, 2023

---

**Registration #:**   PA0002401400
**Service Request #:**   1-12311656611



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## PA 2-401-404

**Effective Date of Registration:**
March 14, 2023
**Registration Decision Date:**
March 14, 2023

---

## Title
_____

**Title of Work:** 11-18-2022 Orchard Park, NY Record snow leaves stranded vehicles everywhere

## Completion/Publication
_____

**Year of Completion:** 2022
**Date of 1st Publication:** November 18, 2022
**Nation of 1st Publication:** United States

## Author
_____

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Michael Brandon Clement
1315 Carroll Drive, Terry, MI, 39170, United States

## Certification
_____

**Name:** Craig Sanders
**Date:** February 08, 2023

**Correspondence:** Yes

**Registration #:**  PA0002401404
**Service Request #:**  1-12221503411



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-412-841

**Effective Date of Registration:**
April 21, 2023
**Registration Decision Date:**
May 23, 2023

---

## Title
_____

**Title of Work:**   3-10-23 Springville, CA & Kernville, CA Atmospheric River

## Completion/Publication
_____

**Year of Completion:**   2023
**Date of 1st Publication:**   March 10, 2023
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Michael Brandon Clement
  **Author Created:**   entire motion picture
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States

- **Author:**   Jonathan Petramala
  **Author Created:**   entire motion picture
  **Work made for hire:**   No
  **Citizen of:**   United States
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Michael Brandon Clement
1315 Carroll Drive, Terry, MS, 39170, United States

**Copyright Claimant:**   Jonathan Petramala
3955 Iris St North, Saint Petersburg, FL, 33703, United States

## Certification
_____

**Name:**  Craig Sanders
**Date:**  April 21, 2023

---

**Correspondence:**  Yes

**Registration #:**   PA0002412841
**Service Request #:**   1-12481297382



Sanders Law Group
Craig Sanders
333 Earle Ovington Boulevard, Suite 402
Uniondale, NY 11553 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

# PA 2-414-448

**Effective Date of Registration:**
May 05, 2023
**Registration Decision Date:**
June 05, 2023

---

## Title
_____

**Title of Work:**   03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage _Drone_

## Completion/Publication
_____

**Year of Completion:**   2023
**Date of 1st Publication:**   March 25, 2023
**Nation of 1st Publication:**   United States

## Author
_____

- **Author:**   Aaron Rigsby
  **Author Created:**   entire motion picture
  **Work made for hire:**   No
  **Domiciled in:**   United States

## Copyright Claimant
_____

**Copyright Claimant:**   Aaron Rigsby
7851 Larkwood St., Commerce City, CO, 80022, United States

## Certification
_____

**Name:**   Craig Sanders
**Date:**   May 05, 2023

Page 1 of 1

**Registration #:**   PA0002414448
**Service Request #:**   1-12532282131



Craig Sanders
Sanders Law Group
333 Earl Ovington Boulevard, Suite 402
Uniondale, New York 11553 United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## PA 2-428-258
**Effective Date of Registration:**
July 24, 2023
**Registration Decision Date:**
September 01, 2023

## Title

**Title of Work:** The Mesocyclone - Alien Storms

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** July 20, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Rolf Erik Schyma
  **Author Created:** entire motion picture
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Rolf Erik Schyma
205 Munford Street, Houston, TX, 77008, United States

## Rights and Permissions

**Name:** Hank Schyma
**Email:** hankschyma@gmail.com

## Certification

**Name:** Rolf Schyma
**Date:** July 24, 2023

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## PA 2-431-744

**Effective Date of Registration:**
July 19, 2023
**Registration Decision Date:**
September 21, 2023

---

## Title

**Title of Work:** 06-19-23 Louin, MS-First light drone shows extensive tornado damage

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 19, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** Michael Brandon Clement
  **Author Created:** entire motion picture
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Global Weather Productions LLC
1309 Coffeen Ave Ste 1200, Sheridan, WY, 82801, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Name:** Michael Brandon Clement
**Email:** brandon@wxchasing.com

## Certification

**Name:** Tiffani Bryan
**Date:** July 18, 2023

Page 1 of 2



**Certificate of Registration**



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**PA 2-433-453**
**Effective Date of Registration:**
August 29, 2023
**Registration Decision Date:**
October 06, 2023

---

## Title

**Title of Work:** Pursuit

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** July 25, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Mike Olbinski
  **Author Created:** entire motion picture
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Mike Robert Olbinski
5629 N 8TH DRIVE, Phoenix, AZ, 85013, United States

---

## Limitation of copyright claim

**Material excluded from this claim:** preexisting music

**New material included in claim:** all other cinematographic material

## Rights and Permissions

**Name:** Mike Robert Olbinski
**Email:** mike@mikeolbinski.com
**Telephone:** (480)220-1604
**Address:** 5629 N 8TH DRIVE
Phoenix, AZ 85013 United States

Page 1 of 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-360-287

**Effective Date of Registration:**
June 03, 2022
**Registration Decision Date:**
July 28, 2022

---

## Title

**Title of Work:**   04292022_ANDOVER DRONE FOOTAGE

## Completion/Publication

**Year of Completion:**   2022
**Date of 1st Publication:**   April 29, 2022
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Reed Timmer
  **Author Created:**   entire motion picture
  **Work made for hire:**   No
  **Domiciled in:**   United States

## Copyright Claimant

**Copyright Claimant:**   Reed Timmer
23520 Pondview Pl., Golden, CO, 80401, United States

## Certification

**Name:**   Craig Sanders
**Date:**   June 03, 2022

**Registration #:**  PA0002360287
**Service Request #:**  1-11420424321



Craig Sanders
Sanders Law Group
100 Garden City Plaza,Suite 500
Garden City, New York 11530 United States

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

PAu3–004–741

*#PAU963004741#*

EFFECTIVE DATE OF REGISTRATION

Month 11  Day 23  Year 05

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼

HURRICANES 2005

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

" MOTION PICTURE "

**2**

**a** NAME OF AUTHOR ▼

Mike Theiss

DATES OF BIRTH AND DEATH
Year Born ▼ 1978   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of USA
Domiciled in USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2005 Year in all cases.
This information must be given

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____ USA
Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Mike Theiss
PO BOX 233
KEY LARGO, FL 33037

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
NOV 2 3 2005
ONE DEPOSIT RECEIVED
NOV 2 3 2005
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

\*Amended by C.O. from phone call to Mike
Theiss on January 31, 2006.

| EXAMINED BY | *NLb* | FORM PA |
| CHECKED BY | | |

☐ CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**6**

See instructions
before completing
this space.

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

COMPILATION OF ~~THE~~ 2005 HURRICANE ~~SEASON~~ footage \*
HURRICANES DENNIS, EMILY, KATRINA, RITA, WILMA

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

**a**

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Mike Theiss
PO Box 233
Key Largo, FL

Area code and daytime telephone number  (305) 394-6000          Fax number  (305) 230-0220
Email  Mike @ ultimatechase.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▶
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  *Mike T*
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Mike Theiss ▼                                              Date  11/19/05

Handwritten signature (X) ▼
☞        x  *Mike T*

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Mike Theiss
Number/Street/Apt ▼
PO Box 233
City/State/ZIP ▼
Key Largo, FL 33037

• Complete all necessary spaces
• Sign your application in space 8

1. Application form
2. Nonrefundable filing fee in check or money
   order payable to *Register of Copyrights*
3. Deposit material

Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.