# Exhibit 3

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:49:15 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2CBL3VXOESJPOH6AQUWM4N3KAQ] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2luv7rzsrpuwo07@google.com>
Date: Mon, Nov 13, 2023 at 1:20 PM
Subject: [2CBL3VXOESJPOH6AQUWM4N3KAQ] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>

▶ YouTube

Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=8I9TXJ_D6Bk

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: 6012603170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=8i9TXJ_D6Bk
Describe the work allegedly infringed: My company, organization or client's
video
  ○ Title of video: Drone captures massive waves slamming into homes- 4k
  ○ Source of video: XL75k86m-IM
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:24 :
    https://www.youtube.com/watch?v=8i9TXJ_D6Bk&t=77
    It appears in your source video from 0:00:00 to 0:00:08 :
    https://www.youtube.com/watch?v=XL75k86m-IM&t=0

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is infringing
    may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WXChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  - ○ 1315 Carroll Dr
  - ○ Terry, MS 39170
  - ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8l9TXJ_D6Bk
- Describe the work allegedly infringed: My company, organization or clients video
  - ○ Source of video: XL75k86m-IM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:24 :
    https://www.youtube.com/watch?v=8l9TXJ_D6Bk&t=77
    It appears in your source video from 0:00:00 to 0:00:08 :
    https://www.youtube.com/watch?v=XL75k86m-IM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@voxchasing.com wrote:

Video IDs: 8i9TXJ_D6Bk

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:14:07 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [3RBQOSTX54O52VFY4MBOGFWTEA] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1ovz3hq9ltsju07@google.com>
Date: Mon, Nov 13, 2023 at 5:47 PM
Subject: [3RBQOSTX54O52VFY4MBOGFWTEA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=64OMoHG0RhI

https://www.youtube.com/watch?v=NdgNIS2T1tw

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=64OMoHG0RhI

Describe the work allegedly infringed: My company, organization or client's
video

   ○ Title of video: Unfortunately locking the lava in with a gate doesn't work
either. More incredible video from today.
   ○ Source of video: https://www.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=4978c048-c8b3-
478b-8281-8f6cc8b067b3&q=lava%20gate
   ○ Type of video: Internet video
   ○ Where does the content appear?
The content appears in the targeted video from 0:02:20 to 0:02:37 :
https://www.youtube.com/watch?v=64OMoHG0RhI&t=140
It appears in your source video: https://www.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=4978c048-c8b3-
478b-8281-8f6cc8b067b3&q=lava%20gate

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=N4pNfS2T1tw

Describe the work allegedly infringed: My company, organization or client's
video

   ○ Title of video: Unfortunately locking the lava in with a gate doesn't work
either. More incredible video from today.
   ○ Source of video: https://www.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=4978c048-c8b3-
478b-8281-8f6cc8b067b3&q=lava%20gate
   ○ Type of video: Internet video
   ○ Where does the content appear?
The content appears in the targeted video from 0:10:59 to 0:11:17 :
https://www.youtube.com/watch?v=N4pNfS2T1tw&t=659
It appears in your source video: https://www.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=4978c048-c8b3-
478b-8281-8f6cc8b067b3&q=lava%20gate

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

   ○ I am the owner, or an agent authorized to act on behalf of the owner of an
exclusive right that is allegedly infringed.

- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=E4OMoHG0Rbl
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=NdgNIS2T1lw

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Sun, Nov 12, 2023 at 12:02 AM YouTube Copyright <youtube-disputes+1ovz2hq9l8sju07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=64OMoHG0Rbl
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:20 to 0:02:37 :
    https://www.youtube.com/watch?v=64OMoHG0Rbl&t=140
    It appears in your source video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NdgNfS2Tl1w
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:59 to 0:11:17 :
    https://www.youtube.com/watch?v=NdgNfS2Tl1w&t=659
    It appears in your source video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

On Nov 11, 2023 YouTube Copyright

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=64OMoHG0RhI
- Describe the work allegedly infringed: My company, organization or client's video.
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  ○ Source of video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:02:20 to 0:02:37 :
    https://www.youtube.com/watch?v=64OMoHG0RhI&t=140
    It appears in your source video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NdgNlS2TTlw
- Describe the work allegedly infringed: My company, organization or client's

video

- ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
- ○ Source of Video: https://www.facebook.com/watch/?ref=search&v=638836764432668&external_log_id=4978c048-c8b3-478b-8281-86cc8b067b3&c=java%20gate
- ○ Type of Video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:10:59 to 0:11:17 : https://www.youtube.com/watch?v=NdgNfS2T1w&t=659
  It appears in your source video: https://www.facebook.com/watch/?ref=search&v=638836764432668&external_log_id=4978c048-c8b3-478b-8281-86cc8b067b3&c=java%20gate

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 11, 2023 <u>copyright@xrakfm.com</u> wrote:

Video IDs: 64OMoHG0Rht NdgNfS2T1w

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:58:50 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4FWUUUDTND6QW2E7XCK4F3PBKU] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0tom17q7z23hp07@google.com>
Date: Sat, Nov 11, 2023 at 8:21 AM
Subject: [4FWUUUDTND6QW2E7XCK4F3PBKU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=W1AC1IhCG5s

https://www.youtube.com/watch?v=jUWkspaC-lo

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement

Your title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viralfm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=W1AC1hCQ6s

Describe the work allegedly infringed: My company, organization or client's
video

- Title of video: Unfortunately locking the lava in with a gate doesn't work
  either. More incredible video from today.
- Source of video: https://web.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
  48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:01:00 to 0:01:04 :
  https://www.youtube.com/watch?v=W1AC1hCQ6s&t=60
  It appears in your source video: https://web.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
  48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=jUWkopaC-Jo

Describe the work allegedly infringed: My company, organization or client's
video

- Title of video: Unfortunately locking the lava in with a gate doesn't work
  either. More incredible video from today.
- Source of video: https://web.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
  48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:07:29 to 0:08:01 :
  https://www.youtube.com/watch?v=jUWkopaC-Jo&t=449
  It appears in your source video: https://web.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
  48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.

On Nov 11, 2023 copyright@viraldrm.com wrote:

Good evening.

The content used in this case was uncredited and unlicensed by a known repeat copyright offender.
Please ensure this valid claim is actioned per the legislation under the DMCA.

David Goldfield.
Viral DRM Copyright Team

On Thu, Nov 9, 2023 at 4:00 AM YouTube Copyright <youtube-disputes+0tom17q7z33hp07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Add video details Action needed

We are concerned that your copyright notification may not be valid for the video(s) listed below. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified below, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Videos in question:

https://www.youtube.com/watch?v=W1AC1hCQ6s

☐ Video (Internet video)

Title of your video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.

Content found in 0:01:00 to 0:01:04

https://www.youtube.com/watch?v=jUWkqpaC-Jo

☐ Video (Internet video)

Title of your video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.

Content found in 0:07:29 to 0:08:01

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=W1AC1hCQ6s
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  ○ Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c690ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:00 to 0:01:04 : https://www.youtube.com/watch?v=W1AC1hCQ6s&t=60
    It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iUWkspaeC-lo
- Describe the work allegedly infringed: My company, organization or clients video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch/?ref=search&v=638836764432668&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=18_rdr
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:29 to 0:08:01 :
    https://www.youtube.com/watch?v=iUWkspaeC-lo&t=449
    It appears in your source video: https://web.facebook.com/watch/?ref=search&v=638836764432668&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=18_rdr
- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab which is found in the Copyright section of your channel.

On Nov 7, 2023 YouTube Copyright

Here is the information you filed in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=W1AC1hCQ6s
- Describe the work allegedly infringed: My company, organization or client's
  video
  - ○ Title of video: Unfortunately locking the lava in with a gate doesn't
    work either. More incredible video from today.
  - ○ Source of video: https://web.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:01:00 to 0:01:04 :
    https://www.youtube.com/watch?v=W1AC1hCQ6s&t=60
    It appears in your source video: https://web.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=LWkpaaC-Jo
- Describe the work allegedly infringed: My company, organization or client's
  video
  - ○ Title of video: Unfortunately locking the lava in with a gate doesn't
    work either. More incredible video from today.
  - ○ Source of video: https://web.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:07:29 to 0:08:01 :
    https://www.youtube.com/watch?v=LWkpaaC-Jo&t=449
    It appears in your source video: https://web.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viralrim.com wrote:

Video IDs: W1AC1IhCQ5s, jUWkppaC-Jo

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:51:29 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Thu, Nov 16, 2023 at 5:58 PM
Subject: Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0dwqm64puixo07@google.com>
Date: Sun, Nov 12, 2023 at 4:19 PM
Subject: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=RdPmx64g0Bo

https://www.youtube.com/watch?v=IAGdItBq_nY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM

Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=RdPmxf4g0Bo

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Unfortunately looking the lava in with a gate doesn't work either. More incredible video from today.

○ Source of video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
48a6-9207-98c60ebbb08c&q=lava%20gate&_rdc=1&_rdr

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:11:22 to 0:11:28 :
https://www.youtube.com/watch?v=RdPmxf4g0Bo&t=682

It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
48a6-9207-98c60ebbb08c&q=lava%20gate&_rdc=1&_rdr

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=iAGdlIBg_nY

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Mammatus at Sunset (4K)

○ Source of video: CKmhcqHiabc

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:04:36 to 0:04:43 :
https://www.youtube.com/watch?v=iAGdlIBg_nY&t=276

It appears in your source video from 0:01:01 to 0:01:08 :
https://www.youtube.com/watch?v=CKmhcqHiabc&t=61

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@rtaldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=RdPmx64goBo
For this link: Mike Olbinski is the copyright owner - https://www.youtube.com/watch?v=iAGdItBq_nY

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Tue, Nov 7, 2023 at 9:42 PM YouTube Copyright <youtube-disputes-fdwqm64puiroxl7@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RdPmxf4g0Bo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=6388836764432668&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:22 to 0:11:28 :
    https://www.youtube.com/watch?v=RdPmxf4g0Bo&t=682
    It appears in your source video : https://web.facebook.com/watch?ref=search&v=6388836764432668&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iAGdIIBq_nY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Mammatus at Sunset (4K)
  - Source of video: CKmhcqHiabc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:36 to 0:04:43 :
    https://www.youtube.com/watch?v=iAGdIIBq_nY&t=276
    It appears in your source video from 0:01:01 to 0:01:08 :
    https://www.youtube.com/watch?v=CKmhcqHiabc&t=61

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

On Nov 7, 2023 YouTube Copyright

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab, which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RdPmx64q0Bo
- Describe the work allegedly infringed: My company, organization or clients video
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  ○ Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:11:22 to 0:11:28 : https://www.youtube.com/watch?v=RdPmx64q0Bo&t=682
    It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iAGdllBq_nY
- Describe the work allegedly infringed: My company, organization or clients video

- Title of video: Mammatus at Sunset (4K)
- Source of video: CKmhcqHlabc
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:04:36 to 0:04:43 :
  https://www.youtube.com/watch?v=iAGdIIBg_nY&t=276
  It appears in your source video from 0:01:01 to 0:01:08 :
  https://www.youtube.com/watch?v=CKmhcqHlabc&t=61

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@xtralirm.com wrote:

Video IDs: RdPmx64gIGBo, iAGdIIBg_nY

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:59:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Thu, Nov 16, 2023 at 7:51 PM
Subject: Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>

---------- Forwarded message ----------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Thu, Nov 16, 2023 at 5:59 PM
Subject: Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes|.0dw=m6upuio407@google.com>
Date: Sun, Nov 12, 2023 at q:1x8PM
Subject: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in +uestion:

https://www.youtube.com/watch?v=RdPmf6qg0Bo

https://www.youtube.com/watch?v=lAGdItBq_nY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 350qq
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-77q7

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=RdFm4fiqq0Bo
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
○ Source of video: https://web.facebook.com/watch?ref=search&v=639993676qq32668e4ternal_log_id=ta6fd9a6-6203-q9a6-x207-x9c6Oebbbb9c&=lava%20gate&_rdc=1&_rdr
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:11:22 to 0:11:29 :
https://www.youtube.com/watch?v=RdFm4fiqq0Bo&t=692
It appears in your source video: https://web.facebook.com/watch?ref=search&v=639993676qq32668e4ternal_log_id=ta6fd9a6-6203-q9a6-x207-x9c6Oebbbb9c&=lava%20gate&_rdc=1&_rdr

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=iAGdllBq_nY
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Mammatus at Sunset (qiK)
○ Source of video: CKmhc+Hiabc
○ Type of video: Internet video
○ Where does the content appear?

...... your source video appears:

The content appears in the targeted video from 0:0q:36 to 0:0q:q3 :

https://www.youtube.com/watch?v=IAGdIIBq_nY&t=276

It appears in your source video from 0:01:01 to 0:01:09 :

https://www.youtube.com/watch?v=CKmhc+Hiabc&t=61

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be sub ect to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, x01 Cherry Ave, San Bruno, CA xq066

On Nov 11, 2023 copyright@xraIdrm.com> wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=RdPm4figq0Bo
For this link: Mike Olbinski is the copyright owner - https://www.youtube.com/watch?v=IAGdIIBq_nY

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Tue, Nov 7, 2023 at xq2PM YouTube Copyright <youtube-disputes[_0dw+m6qpuio407@google.com> wrote:

Hi Copyright Management,

Thank you for your removal re+uest. We've reveewed your re+uest and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in +uestion, we must confirm that you are the

copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 350qq
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-77q7

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RdPm4Rqq0Bo
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  ○ Source of video: https://web.facebook.com/watch?ref=search&v=639993676qq3266&e4ernal_log_id=0a6fd9q6-6203-qda6-x207-x9c60ebbbbqb9c&t=lave%20gate&_rdc=t&_rdr
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:11:22 to 0:11:29 :
    https://www.youtube.com/watch?v=RdPm4Rqq0Bo&t=6q2
    It appears in your source video: https://web.facebook.com/watch?ref=search&v=639993676qq3266&e4ernal_log_id=0a6fd9q6-6203-qda6-x207-x9c60ebbbbqb9c&t=lave%20gate&_rdc=t&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lAGdIIBq_nY
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Mammatus at Sunset (qiK)
  ○ Source of video: CKmhc+Hiabc
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:0q:36 to 0:0q:q3 :
    https://www.youtube.com/watch?v=lAGdIIBq_nY&t=276
    It appears in your source video from 0:01:01 to 0:01:09 :
    https://www.youtube.com/watch?v=CKmhc+Hiabc&t=61

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

On Nov 7, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 350qq
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-77q7

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=RdPm46qp0Bo
- Describe the work allegedly infringed: My company, organization or clients video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=639993676qc3266&external_log_id=0a6fe9o6-6203-q9a6-x207-x9c60ebbbb9c&t=ilave%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:11:22 to 0:11:29 :

---

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, x01 Cherry Ave, San Bruno, CA x¡066

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RdPm4fiqg0Bo&t=692
  It appears in your source video: https://web.facebook.com/watch?ref=search&v=6539938670qq2366&e4ermal_log_id=f0a6fid9d6-6203-q9a6-x207-x9e90ebbbb9c&t=Java%20gate&_rdc=1&_rdr

- https://www.youtube.com/watch?v=iAGdIIBq_nY
- Describe the work allegedly infringed: My company, organization or client's video:

  ○ Title of video: Mammatus at Sunset (qrK)
  ○ Source of video: CKmhc+Hiabc
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:0q:36 to 0:0q:q3 :
    https://www.youtube.com/watch?v=iAGdIIBq_nY&t=276
    It appears in your source video from 0:01:01 to 0:01:09 :
    https://www.youtube.com/watch?v=CKmhc+Hiabc&t=61

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an e4clusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▲ YouTube

© 2021 Google LLC d/b/a YouTube, x01 Cherry Ave, San Bruno, CA xd066

On Nov 7, 2023 copyright@viralxfm.com wrote:

Video IDs: RdPm4fiqg0Bo, iAGdIIBq_nY

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 7:75:16 9M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d: F] LZMHABASZGLE9W39 3JOQKLAH] YouTube Copyright Complaint SubmiRRon

-------- wors arded meRRge --------
wrom: **YouTube Copyrigh** <youtube-diRuteR_0ds Nn68puuio_0B@google.com>
Vate: Surj +ov 12) 2023 at 8:1q●M
Subject: F] LZMHABASZGLE9W39 3JOQKLAH] YouTube Copyright Complaint SubmiRRon
To: <copyright@viraldm.com>



Zi Copyright Managemenj

Thank you for your reRponRe. We've revies ed it and provided updateRbelos.

---

**Request resolved**

The content liRed belos haRbeen removed.

PideoRin NueRRion:

httpR/is s s_youtube.com/s atcf?v=Dd9m_68g0Ao

httpR//s/s s_youtube.com/s atch?v=iHGdftAq_nY

---

We uRe a combination of automated RyRemRand human revies Rto
proceRRremoval reNueRR

---

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

---

Zere iRthe information you filled in:

Copyright Os ner +ame (Company +ame if applicable): Piral VDM
Your wull [ egal +ame (HiiaReR] uReRnameRor initialRnot accepted): Michael
Clement

Your Title or Job 9oHtion (What iHyour authority to make thHtcompliant?):

Vigital DighRManager

HdreRR

210 Peazey Vrive

ChilderRburg H[ 37088

US

URername: Copyright Management

Email HddreRR copyright@vraldm.com

9hone: 276-26B-BB8B

UD[ of allegedly infringing video to be removed:

httpR/s s s_youtube.com/s atch?v=Dd9rm_68g0Ao

VeRcribe the s ork allegedly infringed: My companj organization or clientR video

- Title of video: Unfortunately locking the lava in s ith a gate doeRN't s ork either. More incredible video from today.
- Source of video: httpR/s eb.facebook.com/s atch? ref=Rearch&v=635536B6883266&e ternal_log_id=0a6f8586-6203- 85a6-q20B-q5c60ebbbb5c&N=lava%20gate&_rdc=1&_rdr
- Type of video: Internet video
- Where doeRthe content appear?

  The content appearRin the targeted video from 0:11:22 to 0:11:25 :

  httpR/s s s_youtube.com/s atch?v=Dd9rm_68g0Ao&t=652

  It appearRin your Rource video: httpR/s eb.facebook.com/s atch? ref=Rearch&v=635536B6883266&e ternal_log_id=0a6f8586-6203- 85a6-q20B-q5c60ebbbb5c&N=lava%20gate&_rdc=1&_rdr

UD[ of allegedly infringing video to be removed:

httpR/s s s_youtube.com/s atch?v=iHGdltAg_nY

VeRcribe the s ork allegedly infringed: My companj organization or clientR video

- Title of video: ManmatuRat SunRet (8K)
- Source of video: CKmhcNZlabc
- Type of video: Internet video
- Where doeRthe content appear?

  The content appearRin the targeted video from 0:08:36 to 0:08:83 :

  httpR/s s s_youtube.com/s atch?v=iHGdltAg_nY&t=2B6

  It appearRin your Rource video from 0:01:01 to 0:01:05 :

  httpR/s s s_youtube.com/s atch?v=CKmhcNZlabc&t=61

Country s here copyright applieR US

I Rate U+VED 9 E+H[ TY Ow 9 EDJUDY that:

- I am the os nerj or an agent authorized to act on behalf of the os ner of an e cluRive right that iRallegedly infringed.
- I have a good faith belief that the uRe of the material in the manner complained of iRnot authorized by the copyright os nerj iiRagentj or the las ; and
- ThiRnotification iRaccurate.

On +ov 11] 2023 copyright@xraldm.com s rote:

Zellog

wor thtRink: Arandon Clement iRthe copyright os ner - httpR/is s s youtube com/s atch?v=Dd9 m 68g0Ao
wor thtRink: Mike OtbriRki iRthe copyright os ner - httpR/is s s youtube com/s atch?v=HGdtAg_nY

Httached are the agreementtRating s e are authorized to manage the righttRfor their videoR

Thank youj

On Tuej +ov Bj 2023 at q8:2⊕M YouTube Copyright <youtube-diRputeR_0ds Nn68puio_0B@google.com> s rote:



○  I acknos ledge that under Section 712(f) of the VMCH any perRon s ho
   knos ingly materially miRepreRenttRthat material or activity iRinfringing
   may be Ruboect to liability for damageR

○  I undertRand that abuRe of thiRtool s ill reRut in termination of my YouTube
   chamel.

Huthorized Signature: Michael Clement

Zelp Center • Email OptionR

You received thiRemail to provide information and updateRaround your
YouTube channel or account.



© 2021 Google [ [ C d/b/a YouTubej q01 Cherry Hvej San AruRoj CH q8066

---

Zi Copyright Managemenj

Thank you for your removal reRNueR. We've reviesed your reRNueR and need
Rome more infomation from you before s e can proceed. 9 leaRe read the entire
email carefully for a complete update of each video'RRtatuR

+eed more info Hction needed

In order to remove the content in NueRion j s e muR confirm that you are the
copyright os ner or the copyright os ner'Rauthorized repreRentative. If you are
acting aRan authorized repreRentativej pleaRe let uRknos . wor each UDl j
pleaRe identify the copyright os ner you are repreRenting.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Zere iRthe information you filled in:

• Copyright Os ner +ame (Company +ame if applicable): Piral VDM
• Your wull l egal +ame (HlaReR uRename Ror initial Rnot accepted):
  Michael Clement
• Your Title or Job 9oRtion (What iRyour authority to make thiRcomplaint?):
  Vigital DightRManager
• HddreRR
  ○  210 Peazey V rive
  ○  ChilderRurgj Hl 37088

- ○ US
- UPename: Copyright Management
- Email HddeRP: copyright@viraldm.com
- 9hone: 276-26B4B68B

- UD! of allegedly infringing video to be removed:
  httpR//s s s_youtube.com/s atch?v=Dd9m_68g0Ao
- VeRcRibe the s ork allegedly infringed: My companj organization or clientR video
  - ○ Title of video: Unfortunately locking the lava in s ith a gate doeRn't s ork either. More incredible video from today.
  - ○ Source of video: httpR//s eb.facebook.com/s atch?
    ref=Rearch&v=6355536B6883266&e_ternal_log_id=0a6f8586-6203-85a6-c20B-c5c60ebbbb5c&NFlava%20gate&_rdc=1&_rdr
  - ○ Type of video: Internet video
  - ○ Where doeRthe content appear?
    The content appearRin the targeted video from 0:11:22 to 0:11:25 :
    httpR//s s s_youtube.com/s atch?v=Dd9m_68g0Ao&t=652
    It appearRin your Rource video: httpR//s eb.facebook.com/s atch?
    ref=Rearch&v=6355536B6883266&e_ternal_log_id=0a6f8586-6203-85a6-c20B-c5c60ebbbb5c&NFlava%20gate&_rdc=1&_rdr

- UD! of allegedly infringing video to be removed:
  httpR//s s s_youtube.com/s atch?v=iHGdIAq_nY
- VeRcRibe the s ork allegedly infringed: My companj organization or clientR video
  - ○ Title of video: MammatuRat SunRet (8K)
  - ○ Source of video: CKmhoKZlabc
  - ○ Type of video: Internet video
  - ○ Where doeRthe content appear?
    The content appearRin the targeted video from 0:08:36 to 0:08:83 :
    httpR//s s s_youtube.com/s atch?v=iHGdIAq_nY&t=2B6
    It appearRin your Rource video from 0:01:01 to 0:01:05 :
    httpR//s s s_youtube.com/s atch?v=CKmhoKZlabc&t=61

- Countrj s here copyright applieR US
- I Rate U+VED 9E+H TYOw9EDJUDY that:
  - ○ I am the os nerj or an agent authorized to act on behalf of the os ner of an e cluRRve right that Ralllegedlj infringed.
  - ○ I have a good faith belief that the uRe of the material in the manner complained of iRnot authorized by the copyright os nerj iIRagentj or the las ; and
  - ○ ThiRnotification iRaccurate.
  - ○ I acknos ledge that under Section 712i(f) of the VMICH anj perRon s ho knos ingly materiallj miRrepreRentRthat material or activitj iR infringing may be Ruject to liability for damageR
  - ○ I underRtand that abuRe of thiRtool s ill reRult in termination of my YouTube channel.
- Huthorized Signature: Michael Clement

You received thiRemail to provide information and updateRaround your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTubej g01 Cherrj Hvej San Arunoj CH g8066



# Copyright Infringement Notification Confirmation

Thank you for your RubmiRRion. It iRunder revies to enRure it iRvalid and includeRall reNuired elementR. We s ill reply to thiRemail s hen s e've taken action on your reNueR. You can alRo check on the RatuRof your takedos in reNueR in the Demoval reNueRR tab s tich iRfound in the Copyright Rection of your channel.

Zere iRthe information you filled in:

- Copyright Os ner + ame (Company + ame if applicable): Piral VDM
- Your wull ( egal + ame (HilaReR uRemameRor initialRnot accepted):
  Michael Clement
- Your Title or Job 9oRtion (What iRyour authority to make thiRcomplaint?):
  Vigital DightRManager
- HidreRR
  ○ 210 Peazey V rive
  ○ ChilderRburg| H| 37088
  ○ US
- URemame: Copyright Management
- Email HidreRR: copyright@viraldm.com
- 9 hone: 276-26B-BB8B

- UD[ of allegedly infringing video to be removed:
  httpR//s s s .youtube.com/s atch?v=Dd9rn 68g0Ao
- V eRcribe the s ork allegedly infringed: My companyj organization or clientR video
  ○ Title of video: Unfortunately locking the lava in s ith a gate doeRn't s ork either. More incredible video from today.
  ○ Source of video: httpR//s eb.facebook.com/s atch?
    ref=Rearch&v=6355536B688326Bke_temal_log_id=0a6f8586-
    6203-85a6-q20B-d5c60ebbbb5c&NHava%20gate&_rdc=18_rdr
  ○ Type of video: Internet video
  ○ Where doeRthe content appear?
    The content appeaRin the targeted video from 0:11:22 to 0:11:25 :
    httpR//s s s .youtube.com/s atch?v=Dd9rn 68g0Ao&t=652
    It appeaRin your Rource video: httpR//s eb.facebook.com/s atch?
    ref=Rearch&v=6355536B688326Bke_temal_log_id=0a6f8586-
    6203-85a6-q20B-d5c60ebbbb5c&NHava%20gate&_rdc=18_rdr

- UD[ of allegedly infringing video to be removed:
  httpR//s s s .youtube.com/s atch?v=HGdIfAq_nY
- V eRcribe the s ork allegedly infringed: My companyj organization or clientR video
  ○ Title of video: MammaluRat SunRet (8K)
  ○ Source of video: CKmhoKZiabc
  ○ Type of video: Internet video
  ○ Where doeRthe content appear?
    The content appeaRin the targeted video from 0:08:36 to 0:08:83 :
    httpR//s s s .youtube.com/s atch?v=HGdIfAq_nY&t=2B6
    It appeaRin your Rource video from 0:01:01 to 0:01:05 :
    httpR//s s s .youtube.com/s atch?v=CKmhoKZiabc&t=61

On + ov B[ 2023 YouTube Copyright

- Country s here copyright applieR US
- I Rate U+ V ED 9 E+ H[ TYOw 9 EDJUDY that:
  - I am the os ner] or an agent authorized to act on behalf of the os ner of an e cluRe right that Ralegedly infringed.
  - I have a good faith belief that the uRe of the material in the manner complained of iRnot authorized by the copyright os ner] iiRagent] or the las ; and
  - ThiRnotification iRaccurate.
  - I acknos ledge that under Section 712(f) of the VMCH any perRon s ho knos ingly materially miRrepreRentRthat material or activity iR infringing may be Rubxect to liability for damageR
  - I underRRand that abuRe of thiRtool s ill reRult in termination of my YouTube channel.
- Huthorized Signature: Michael Clement

- The YouTube Team

Zelp Center • Email OptionR

You received thiRemail to provide information and updateRaround your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube] g01 Cherry Hve] San Aruno] CH q8066

On + ov B] 2023 copyright@viraldrm.com s rote:

Pideo IVR Dd9m 68g0Axj iHGdfAg_nY

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:15:29 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5XI23WJJ6PDFfG7ECOZY5MIME] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+39nqg2n9bucc07@google.com>
Date: Tue, Nov 14, 2023 at 5:19 AM
Subject: [5XI23WJJ6PDFfG7ECOZY5MIME] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=aC87PQ4JK2o

https://www.youtube.com/watch?v=vaghO1CQq80

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright1@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=eC87PO4JK2o

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 09-15-2023 Scituate, MA-Hurricane Lee creates massive surf in Cape Cod

○ Source of video: yHRKz5WimUo

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:43 to 0:00:48 :

https://www.youtube.com/watch?v=eC87PO4JK2o&t=43

It appears in your source video from 0:00:53 to 0:01:03 :

https://www.youtube.com/watch?v=yHRKz5WimUo&t=53

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=vaghO1CQq80

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 4-5-2023 Glenallen, MO tornado damage - drone - first light

○ Source of video: xnWaHL_DEHM

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:19 to 0:00:32 :

https://www.youtube.com/watch?v=vaghO1CQq80&t=19

It appears in your source video from 0:00:07 to 0:00:20 :

https://www.youtube.com/watch?v=xnWaHL_DEHM&t=7

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

On Nov 13, 2023 copyright@viraldrm.com wrote:

Hello,

For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=eC87PQ4JK2o
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=eqhO1CQq80

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Sun, Nov 12, 2023 at 1:58 AM YouTube Copyright <youtube-disputes+39ncj2n9buco07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

○ I understand that abuse of this tool will result in termination of my YouTube
channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aC87PQ4JK2o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 09-15-2023 Scituate, MA~Hurricane Lee creates massive surf in Cape Cod
  - Source of video: yHRKz5WimUo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:43 to 0:00:48 :
    https://www.youtube.com/watch?v=aC87PQ4JK2o&t=43
    It appears in your source video from 0:00:53 to 0:01:03 :
    https://www.youtube.com/watch?v=yHRKz5WimUo&t=53

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vaghO1CQo80
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4-5-2023 Glenallen, MO tornado damage - drone - first light
  - Source of video: xnWaHL_DEHM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:19 to 0:00:32 :
    https://www.youtube.com/watch?v=vaghO1CQo80&t=19
    It appears in your source video from 0:00:07 to 0:00:20 :
    https://www.youtube.com/watch?v=xnWaHL_DEHM&t=7

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=eC87PQ4JK2o
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 09-15-2023 Scituate, MA-Hurricane Lee creates massive surf in Cape Cod
  ○ Source of video: yHRKcz5WimUo
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:43 to 0:00:48 :
    https://www.youtube.com/watch?v=eC87PQ4JK2o&t=43
    It appears in your source video from 0:00:53 to 0:01:03 :
    https://www.youtube.com/watch?v=yHRKcz5WimUo&t=53

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vagihO1CQo80
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 4-5-2023 Glenallen, MO tornado damage - drone - first light
  ○ Source of video: xnWaHL_DEHM
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:19 to 0:00:32 :
    https://www.youtube.com/watch?v=vagihO1CQo80&t=19
    It appears in your source video from 0:00:07 to 0:00:20 :
    https://www.youtube.com/watch?v=xnWaHL_DEHM&t=7

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraktm.com wrote:

Video IDs: eC87PQ4JK2o, vaghO1CCq80

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 10:33:47 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6DO2KWIDUS3MTVBCDRER2YZUHI] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+29kcf4e5pehsmi07@google.com>
Date: Sun, Nov 12, 2023 at 8:24 AM
Subject: [6DO2KWIDUS3MTVBCDRER2YZUHI] YouTube Copyright Complaint Submission
To: <copyright@viraldm.com>

 YouTube

Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=MIOYwrFLXBM

https://www.youtube.com/watch?v=WvQR4GObbqk

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=MlOYwwFLXBM

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
- ○ Source of video: ygGLqD4a0jM
- ○ Type of video: Internet video
- ○ Where does the content appear?

The content appears in the targeted video from 0:03:59 to 0:04:04 :

https://www.youtube.com/watch?v=MlOYwwFLXBM&t=239

It appears in your source video from 0:00:09 to 0:00:14 :

https://www.youtube.com/watch?v=ygGLqD4a0jM&t=9

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=WvQR4GOhbqk

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
- ○ Source of video: lxdFh8nYMgM
- ○ Type of video: Internet video
- ○ Where does the content appear?

The content appears in the targeted video from 0:06:40 to 0:06:45 :

https://www.youtube.com/watch?v=WvQR4GOhbqk&t=400

It appears in your source video from 0:05:22 to 0:05:27 :

https://www.youtube.com/watch?v=lxdFh8nYMgM&t=322

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=MIOYwFLXBM
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=WxGR4GOhbqk
Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:56 PM YouTube Copyright <youtube-disputes+29kch4e5pehsm07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info: Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ◦ 210 Veazey Drive
  ◦ Childersburg, AL 35044
  ◦ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

◦ I understand that abuse of this tool will result in termination of my YouTube
  channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=EMjOYwFLXBM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - Source of video: ygGLqD4a0jM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:59 to 0:04:04 :
    https://www.youtube.com/watch?v=EMjOYwFLXBM&t=239
    It appears in your source video from 0:00:09 to 0:00:14 :
    https://www.youtube.com/watch?v=ygGLqD4a0jM&t=9

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=WwQR4GOhbqk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: lxdFl6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:40 to 0:06:45 :
    https://www.youtube.com/watch?v=WwQR4GOhbqk&t=400
    It appears in your source video from 0:05:22 to 0:05:27 :
    https://www.youtube.com/watch?v=lxdFl6nYMgM&t=322

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=MlOYwvFLXBM
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - ○ Source of video: ygGLqD4a0JM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:03:59 to 0:04:04 : https://www.youtube.com/watch?v=MlOYwvFLXBM&t=239
    It appears in your source video from 0:00:09 to 0:00:14 : https://www.youtube.com/watch?v=ygGLqD4a0JM&t=9

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=WvQR4GOhbqk
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - ○ Source of video: kdFh6nhMgM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:06:40 to 0:06:45 : https://www.youtube.com/watch?v=WvQR4GOhbqk&t=400
    It appears in your source video from 0:05:22 to 0:05:27 : https://www.youtube.com/watch?v=kdFh6nhMgM&t=322

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viralfrm.com wrote:

Video IDs: MlOYwFLXBM, WvQR4GOhbqk

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:42:70 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6#6NC0UST0S8#CE FZYRPE H] uob- b+e Copyright Complaint Bb+mission

꧞꧞꧞꧞Forwarded message ꧞꧞꧞꧞
From: **YouTube Copyright** <yotb+e#disptesk3ma$in1hwgmg02@google.com>
Date: Bbn, Tov 12, 2023 at N33#M
Bb+jbct: [6#6NC0UST0S8#CE FZYRPE H] uob- b+e Copyright Complaint Bb+mission
-o: <copyright@viraldrm.com>



i Copyright Management,

- hanA yob jor response. E eۤve reviewed it and provided bpdates +elow.

### Request resolved

- he content listed +elow has +een removed.

Videos in ` bestion:

https://www.yotb+e.com/watchoy7W0WuhHR=-BbM

https://www.yotb+e.com/watchoy?+LX9_0Wfi0

E e bse a com+ination oj abomated systems and hbman reviews to
process removal re` bests.

uob may ta/e +acA yobr claim oj copyright injringement at any time ij yob change
yobr mind.

9- he uob- b+e - eam

ere is the injormation yob jilled in:

Copyright = wmer Tame @Company Tame ij applica+leۤGViral DRM
uobr Full ( egal Tame @Iۤiases, bsernames or initials not acceptedGMichael
Clement

uobr¬ itle oɉ ɟo+ Position Qɜhat is yobr aɜthority to maʋe this complaint'qs
Digital Rights Manager

Hddress:

210 Veaɉley Drive
Childers+brg, H( 37044
XB

Xsername: Copyright Management

I mail Hddress: copyright@vraidrm.com
Phone: 2769ɜ6ZZZ4Z

XR( oɉ allegedly inɉringing video to +e removed:
https://www.yobtb+e.com/watchqɿ7W0WuHHRc¬BoM

Descri+e the worʋ allegedly inɉringed: My company, organiɉation or client's video

○ ¬itle oɉ video: ) HE ɜDRⁿPPɟDW¬ omato Drone Footage Bhows Uansas
  ¬own Wet Ripped Hpart
  ○ Bobrce oɉ video: ILdFHNɮuMgM
  ○ ¬ype oɉ video: Qɜemet video
  ○ E here does the content appearq
  ¬he content appears in the targeted video ɉrom 0:17:31 to 0:17:33 :
  https://www.yobtb+e.com/watchqɿ7W0WuHHRc¬BoM  t?ɜ31
  Qɜappears in yobr sobrce video ɉrom 0:02:ɜ& to 0:02:31 :
  https://www.yobtb+e.com/watchqɿ7ILdFHNɮuMgM  t?14ɜ8

XR( oɉ allegedly inɉringing video to +e removed:
https://www.yobtb+e.com/watchqɿ7+LX9_0W\i0

Descri+e the worʋ allegedly inɉringed: My company, organiɉation or client's video

○ ¬itle oɉ video: Fɜll evolɜtion oɉ +eabɜlɉbl tornado near E ɜay, Cⁿ on May Z, 2016
  ○ Bobrce oɉ video: icZP&ɮJ3yɜY
  ○ ¬ype oɉ video: Qɜemet video
  ○ E here does the content appearq
  ¬he content appears in the targeted video ɉrom 0:0N14 to 0:0N1N:
  https://www.yobtb+e.com/watchqɿ7+LX9_0W\i0_  t?4&4
  Qɜappears in yobr sobrce video ɉrom 0:02:20 to 0:02:24 :
  https://www.yobtb+e.com/watchqɿ7icZP&ɮJ3yɜY¯  t?140

Cobntry where copyright applies: XB

Qɜate XTDɿ R PI THᵢ¬ u ⁿ F PI R) XRu that:

○ Qɜm the owner, or an agent abthoriɜed to act on +ehalɉ oɉ the owner oɉ an eLclɜsive right that is allegedly inɉringed.
○ Qɜave a good ɉaith +elieɉ that the bse oɉ the material in the manner complained oɉ is not abthoriɜed +y the copyright owner, its agent, or the lawɜand
○ ¬his notiɉication is acctrate.
○ QɜcʋnowLedge that bnder Bection 712QɜZɜj the DMCH any person who ʋnowingly materially misrepresents that material or activity is inɉringing

may +e sb+ject to lia+ility jor damages.

○ Ønderstand that a+tbse oj this tool will restlt in termination oj my uob- b+e channel.

Hbhori.led Bigna.tbre: Michael Clement

elp Center ; I mail = ptions

uob received this email to provide injormation and bpdates arobnd yobr uob- b+e channel or accobnt.



• 2021 Vbogle ( ( C d/+/a uob- b+e, &01 Cherry H+e, Ban ©rbno, CH &4066

= n Tov 11, 2023 copyright@vralidrm.com wrote:

ello,
For this IinA Reed - immeri is the copyright owner 9https://www.yobb+e.com/watchjv?W0WuhHR= BbM
For this IinA Reed - immeri is the copyright owner 9https://www.yobb+e.com/watchjv?+LX9_0Wlli0

Httached are the agreements stating we are abthori.led to manage the rights jor their videos.
- hanAyob,

= n E ed, Tov N, 2023 at 4:71ℙM uob- b+e Copyright <yobb+es9lisqbtlesk3ma$in1hwqmg0Z@google.com> wrote:



i Copyright Management,

- hanA yob jor yobr removal re' best. E aze reviewed yobr re' best and need some more injormation jrom yob +ejore we can proceed. Please read the entire email carejblly jor a complete bpdate oj each videos statbs.

Teed more injo Hction needed

Ø order to remove the content in ' bostion, we mbst conjirm that yob are the copyright owner or the copyright owner≠s abthori.led representative. Øyob are acting as an abthori.led representative, please let bs Ƙnow. For each XR‹ , please identijy the copyright owner yob are representing.

uob may ta$e +acА yobr claim oj copyright injringement at any time ij yob change yobr mind.

9- he uob- b+e - eam

ere is the injormation yob jilled in:

• Copyright =wner Tame Ø.company Tame ij applica+le GViral DRM
• uobr Ƒbll ( egal Tame Ø#liases, bsernames or initials not acceptedƓ Michael Clement
• uobr - itle or) o+ Position Œ hat is yobr abthority to ma≠e this complaintjɠ Digital Rights Manager
• Hddress:
  ○ 210 Veaьley Drive
  ○ Childers+brg, H( 37044
  ○ XB
• Xsername: Copyright Management

- I mail Hddress: copyright@viraldrn.com
- Phone: 2769262ZZAZ

- XR oj allegedly injringing video to +e removed:
  https://www.yobtb+e.com/watchqv/7WWWuhHR=-BtrM
- Descri+e the worAallegedly injringed: My company, organisation or clients
  video
  ○ -Ille oj video: ) HE $DR= PPDIV- ornado Drone Footage Bhows
    Uansas - own Wet Ripped Hpart
  ○ Bobrce oj video: ILdFhNnuMgM
  ○ -ype oj video: OiterneI video
  ○ E here does the content appearq
  - he content appears in the targeted video jrom 0:17:31 to 0:17:33 :
    https://www.yobtb+e.com/watchqv/7WWWuhHR=-BtrM  t?&31
    Oappears in yobr sobrce video jrom 0:02:2& to 0:02:31 :
    https://www.yobtb+e.com/watchqv/7LdFhNnuMgM  t?14&

- XR oj allegedly injringing video to +e removed:
  https://www.yobtb+e.com/watchqv/?+LX9_0Wri0
- Descri+e the worAallegedly injringed: My company, organisation or clients
  video
  ○ -Ille oj video: Fbll evoblution oj +eabljljt tornado near E ray, C= on
    MayZ, 2016
  ○ Bobrce oj video: icZP&j3yuY
  ○ -ype oj video: OiterneI video
  ○ E here does the content appearq
  - he content appears in the targeted video jrom 0:0N14 to 0:0N1N:
    https://www.yobtb+e.com/watchqv/?+LX9_0Wri0' t?4&4
    Oappears in yobr sobrce video jrom 0:02:20 to 0:02:24 :
    https://www.yobtb+e.com/watchqv/?icZP&j3yuY' t?14O

- Cobntry where copyright applies: XB
- Otate XTDI R PI T H( - u = F P) XRu that:
  ○ Oam the owner, or an agent abthoriJed to act on +ehalj oj the owner
    oj an eLcltsive right that is allegedly injringed.
  ○ Ohave a good jaith +elie| that the bse oj the material in the manner
    complained oj is not abthoriJed +y the copyright owner, its agent, or
    the lawJand
  ○ -his notijication is accbrate.
  ○ OacAnowledge that bnder Bection 712QCJoj the DMCH any person
    who Anowingly materially misrepresents that material or activity is
    injringing may +e sb+$ect to lia+ilityjor damages.
  ○ Obnderstand that a+tse oj this tool will reslIt in termination oj my
    uob- b+e channel.
- HbthoriJed Bignatbre: Michael Clement

  elp Center : I mail = plions



uob received this email to provide injormation and bpdates arobnd yobr
uob- b+e channel or accobnt.

- 2021 Woogle LLC d/+/a uob- b+e, 801 Cherry Hve, Ban@rbro, CH &4066

= n Tov Z, 2023 uob- b+e Copyright



# YouTube

## Copyright Infringement Notification Confirmation

- hank you jor your sb+mission. Ois brder review to ensbre it is valid and inclbdes all re_ bired elements_. E e will reply to this email when we've ta%en action on yobr re' best. uob can also chec%on the statbs oj yobr ta%edown re' best in the _Removal re' bests%za+ which is jobnd in the Copyright section oj yobr channel.

ere is the injormation yob jilled in:

- Copyright =wner Tame 0Company Tame ij applica+le0Viral DRM
- uobr Fbll (egal Tame 0liases, bsernames or initials not accepted0 Michael Clement
- uobr - itle or ) o+ Position 0E hat is yobr athonty to ma%e this complaint0 Digital Rights Manager
- Hddress:
  - 210 VeaJey Drive
  - Childers+brg, H( 37044
  - XB
- Xsername: Copyright Management
- I mail Hddress: copyright@viraldrm.com
- Phone: 2769620Z24Z

- XR( oj allegedly injringing video to +e removed:
  https://www.yobtb+e.com/watch0v/7V0VWuhRE+BbM
- Descri+e the wor%allegedly injringed: My company, organi3ation or client's video
  - - itle oj video: ) HE 0DR=PP0W- ornado Drone Footage Bhows
    - Uansas - own Vel Ripped Hpart
    - Bobrce oj video: )LdFhNuMgM
    - -ype oj video: 0ternet video
    - E here does the content appearq
    - -he content appears in the targeted video jrom 0:17:31 to 0:17:33 :
      https://www.yobtb+e.com/watch0v/7V0VWuhRE+BbM_ t?&31
      0appears in yobr sobrce video jrom 0:02:2& to 0:02:31 :
      https://www.yobtb+e.com/watch0v/?lLdFhNnuMgM_ t?14&

- XR( oj allegedly injringing video to +e removed:
  https://www.yobtb+e.com/watch0v/?+LX9_0WWi0
- Descri+e the wor%allegedly injringed: My company, organi3ation or client's video
  - - itle oj video: Fbll evolotion oj +eabtijbl tornado near E ray, C= on May Z, 2016
    - Bobrce oj video: icZP&J3yuY
    - -ype oj video: 0ternet video
    - E here does the content appearq
    - -he content appears in the targeted video jrom 0:0N14 to 0:0N1N:
      https://www.yobtb+e.com/watch0v/?+LX9_0WWi0_ t?4&4
      0appears in yobr sobrce video jrom 0:02:20 to 0:0224 :
      https://www.yobtb+e.com/watch0v/?icZP&J3yuY_ t?140

- Cobntry where copyright applies: XB
- 0tate XTD( R P( T H(_ -u = F( R) XRu that:
  - 0am the owner, or an agent abthori3ed to act on +ehalj oj the owner

- oj an eLcbsive right that is allegedly injringed.
  - Oeave a good jaith +elie] that the bse oj the material in the manner complained oj is not abthoriJed +y the copyright owner, its agent, or the lawand
  - his notijication is accurate.
  - OacRnowledge that brder Bection 712QGbj the DMCH any person who Rnowingly materially misrepresents that material or activity is injringing may +e sb+*ect to lia+ility jor damages.
  - Ounderstand that a+bse oj this tool will resblt in termination oj my uob-b+e channel.
- Hthor>Jed Bignatbre: Michael Clement

9- he uob-b+e -eam

elp Center : l nail = ptions

uob received this email to provide injormation and bpdates arobnd yobr uob-b+e channel or accobnt.

YouTube

- 2021 Woogle (LC d/+/a uob-b+e, 801 Cherry Hve, Ban@bno, CH 84066

=n T ov Z, 2023 copyright@viraldrm.com wrote:

Video ⦵s: W0WuhHR= BbM, +LX9 0Wfi0

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:44:14 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6LRT3AU65KQ2T7VF4N7Z547DPM] YouTube Copyright Complaint Submission

--------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+33pqw1wxd9jx6l7d@google.com>
Date: Wed, Nov 8, 2023 at 2:42 AM
Subject: [6LRT3AU65KQ2T7VF4N7Z547DPM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=Yh4wa47ny0A

https://www.youtube.com/watch?v=aGfDVyMfTVk

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=VH4wa47rw0A
Describe the work allegedly infringed: My company, organization or client's
video
  ○ Title of video: 5-6-2018 Leilani Estates, HI Time Lapse of giant lava flow
    consuming car, telephone pole falling
  ○ Source of video: ZJlKc23CVm8
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:07:23 to 0:07:32 :
    https://www.youtube.com/watch?v=VH4wa47rw0A&t=443
    It appears in your source video from 0:00:08 to 0:00:18 :
    https://www.youtube.com/watch?v=ZJlKc23CVm8&t=8

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=aGfIDVvMTfVk
Describe the work allegedly infringed: My company, organization or client's
video
  ○ Title of video: 5-6-2018 Leilani Estates, HI Time Lapse of giant lava flow
    consuming car, telephone pole falling
  ○ Source of video: ZJlKc23CVm8
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:01 to 0:01:05 :
    https://www.youtube.com/watch?v=aGfIDVvMTfVk&t=61
    It appears in your source video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=ZJlKc23CVm8&t=0

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  ○ I have a good faith belief that use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who

On Nov 7, 2023 YouTube Copyright



 **YouTube**

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VH4wa47noQA
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 5-6-2018 Leilani Estates, HI Time Lapse of giant lava flow consuming car, telephone pole falling
  ○ Source of video: ZjlKc23CVm8
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:07:23 to 0:07:32 :
    https://www.youtube.com/watch?v=VH4wa47noQA&t=443
    It appears in your source video from 0:00:08 to 0:00:18 :

knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 **YouTube**

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZjfKz23CVm8&t=8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-6-2018 Leilani Estates, HI Time Lapse of giant lava flow consuming car, telephone pole falling
  - Source of video: ZjfKz23CVm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:01 to 0:01:05 :
    https://www.youtube.com/watch?v=aGfDVyMTIVk&t=61
    It appears in your source video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=ZjfKz23CVm8&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: VN4wa47ny0A, aGfDVyMTIVk

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:05:20 9 M
**To:** Piiral VDM <viraldrm@Riplas .com>
**Subject:** ws d: R6j XI 3VD6J I65G7 E0SCZ7 3PY'] uJ T'bj oS S•e Copyright Complaint GS•rmiRRon

jjjjjjjjiiij wors ardød meRRgie jjijjjjiiij
wrom: **YouTube Copyright** <yoSS•eijdiRaS•eR 2RticldSya5•rnNui@google.com>
V'ate: - Se4J ov 1542023 at 5: 0∧M
GS•lect: De: R6j XI 3VD6J I65G7 E0SCZ7 3PY'] uJ T'bj oS S•e Copyright Complaint GS•rmiRRon
- o: <copyright@viraldrm.com>

Xello4

- he content liRed •elos  haR•een removed.

Gincerely4
- he] oS- S•e - eam

f n J ovem•er 1142023 copyright@viraldrm.com s rote:

Xello4
wor thiRiln' : I randon Clement iRthe copriglt os ner j httpR/i/s s s yoSS•e com/s atchov?+4vdN5Z g
wor thiRiln' : Xan' Gchyma iRthe copriglt os ner j httpR/i/s s s yoSS•e com/s atchov?oK qPrmf6l e3W

Httached are the agreementRRating s e are aSthoriØed to manage the rightRRor their videoR
- han' yoS4

f n K ed4J ov (42023 at (.02∧M] oS- S•e Copyright <yoSS•eijdiRaS•eR 2RticldSya5•rnNui@google.com> s rote:



XI Copyright Management4

- han'  yoS8or yoS removal re] S•eR  K e&e revies ed  yoS• re] S•eR and need
Rome more information 8rom yoS+e&e•re s e can proceed. 9leaRe read the entire
email careRlly 8or a complete 3pdate o8each videoRRatSR.

| Need more info | Hdion<br>needed |
| --- | --- |

In order to remove the content in ] S•eRion4is e mSR con8rm that yoS•are the
copyright os ner or the copyright os nerRaSthoriØed repreRentative. 6yoS
are acting aRan aSthoriØed repreRentative4pleaR•e let SR' nos . wor each
WDZ4pleaR•e identi8y the copyright os ner yoS•are repreRenting.

] oSmay taˊ e +acˈ yoSˈ claim oßcopyright inßingement at any time ißyoSchange
yoSˈ mind.

j - he ] oS-ᵉe - eam

Xere iRthe inßormation yoS8lled in:

Copyright f s ner J ame ₤Company J ame i8applica+leU Piral VDM
] oSˈ w8Z Zegal J ame Ⱬ#iliaReRtSRernameRor initialRnot acceptedU Michael
Clement
] oSˈ - tile or Eⁱᵛ 9 oRtion ⱫKhat iRyoSˈ a8tority to maˈ e thiRcomplaintⱭJ
Vigital DightRManager
HddreiRR
210 PeaⱭey Vrive
Childⁱ⁺R+Sⱴ4HZˈ3ˈ055
VG
Wername: Copyright Management
Ǫmail HddreiRR copyright@viralirm.com
9hone: 2ˈ6j26ujuu6u

VDZ oßallegedly inßringing video to +e removed:
httpR//s.s.s.yoSS+e.com/s atchⱯ?+hv8NtSZˈg
VeRtri+e the s orˈ allegedly inßringed: My companyⱭorganiⱭation or clientlR
video

    ▪  - tile o8video: Zava 8om volcano eatRcar zword MSRanglUℚpicˈf riginal
       8om 7ilaSba QrSption 201(
    ▪  GoSrce o8video: wⱭUˈⱭsˈVJ aⱭg
    ▪  - ype o8video: ⱬtemet video
    ▪  Khere doeRthe content appearⱭ
    ▪  - he content appearRin the targeted video 8om 0:0&:2& to 0:0&:33ˈ:
       httpR//s.s.s.yoSS+e.com/s atchⱯ?+hv8NtSZˈⱭxt?ˈ6&
    ▪  +appearRin yoSˈ RsSrce video 8om 0:01:3& to 0:01:53ˈ:
       httpR//s.s.s.yoSS+e.com/s atchⱯ?wⱭUˈⱭsˈVJ aⱭⱭx t?&&

VDZ oßallegedly inßringing video to +e removed:
httpR//s.s.s.yoSS+e.com/s atchⱯ?oK ⱭPmi6fˈe3W
VeRtri+e the s orˈ allegedly inßringed: My companyⱭorganiⱭation or clientlR
video

    ▪  - tile o8video: - he MeRoyclone j HIien QtormR
    ▪  GoSrce o8video: Hm¹ I_7XⱭ3ˈ3H
    ▪  - ype o8video: ⱬtemet video

- K here doeHthe content appearg
  - he content appearRin the targeted video 8om 0:06:1 to 0:06:1 :
    http://s.s.yo3S3e.com/s atchq/7oK gPmm6f_e3WkrT3u_
  - appearRin yoS RoScce video 8om 0:0003 to 0:0:06 :
    http://s.s.yo3S3e.com/s atchq/2Hm'L_TXE9 3Hx1?3

CoSntry s here copyright applieR WG
FRate WU VGD 9 GU HZ- ] f w 9 GDBVD]  that:
- Fam the os ner4or an agent aShoriQed to act on +eha8o8the os ner o8an eNisfve right that iRallegedly in8inged.
- have a good 8aith +elie8that the SRe o8the material in the manner complained o8iRnot aShoriQed +y the copyright os ner4iRagent4or the las ; and
- hiRnoti8ication iRaccSrate.
- Fac' nos ledge that Snder Gection  12Ab8the VMCH any perRon s ho ' nos ingly materially miRrepreRent Rthat material or activity iRin8inging may +e RSvect to lia+ility 8or damageR
- SnderRand that a+Se o8thiRtool s ill refRt in termination o8my ] oS Sve channel.

HSthoriQed GigratSre: Michael Clement

Xelp Center • Qmail f ptlonR

] oSreceived thiRemail to provide in8ormation and SpdateRaroo8nd yoS ] oS Sve channel or accoSnt.



© 2021 ' oogle ZZC d/+/a ] oS S+e4&01 Cherry Hve4Gan l rSno4CH &5066

## Copyright Infringement Notification Confirmation

- han' yoS8or yoS FS+miRRon. +iRSrder revies to enFSe it iRvalid and inclSteRall re) Sired elementR K e s ill reply to thiRemail s hen s eFe ta' en action on yoS re) SreR ] oScan alRo chec' on the RatSRo8yoS ta' edos n re) SrR in the IDemoval re) SeRRLa+ s hich iRRo8nd in the Copyright Rection o8 yoS channel.

Xere iRthe in8ormation yoS8illed in:

- Copyright f s ner Jame 2Company Jame i8applica+eU Piral VDM
  - ] oS wSi/Zegal Jame 2+la8e4iS8ername4or initialRnot acceptedU Michael Clement
  - ] oS - iile or E3+ 9oRtion 2K' hat iRyoS aSthority to ma' e thiR

f nJov u42023] oS S+e Copyright

- complaintqUVigitalDightRManager
  - HddreRR
    - 210 PeaQy'Vrive
    - ChilderR-Srg4rlZ 3   055
    - VG
  - WERname: Copyright Management
  - Qmail HddrefRR copyright@viraldrm.com
  - 9hone: 2   6j26ujuu5u

  - WDZ oßallegedly inßinging video to +e removed:
    httpR//s.s.s_yoSS-e.com/s.atchq/7+h46NrfZ_g
  - VeRCri+e the s or  allegedly inßinged: My company4organiQation or clientR video
    - - tle oßvideo: Zava 8om volcano eatRcar2word MSRangUQpic
      f riginal 8om 7 ila5ea QrSption 201(
    - GoSRce oßvideo: wUJ '  QsV | aCg
    - - ype oßvideo: +temel video
    - K here doeRtie content appearg
    - -he content appearRin the targeted video 8om 0:0k:2& to 0:0k:33 : httpR//s.s.s_yoSS-e.com/s.atchq
      y7+h4bNrfZ_gx t?_6&
    - ‡appearRin ycSr RcSrce video 8om 0:01:3& to 0:01:53 :
      httpR//s.s.s_yoSS-e.com/s.atchq/v0UJ '_QsV | aGgx t?&&

  - WDZ oßallegedly inßinging video to +e removed:
    httpR//s.s.s_yoSS-e.com/s.atchq/7oK.gPrmßf_e3W
  - VeRCri+e the s or  allegedly inßinged: My company4organiQation or clientR video
    - - tle oßvideo: - he MeRcyclone j Hilen GlormR
    - GoSRce oßvideo: Hm' l_7XE93H
    - - ype oßvideo: +temel video
    - K here doeRtie content appearg
    - -he content appearRin the targeted video 8om 0:06:1    to
      0:06:1( : httpR//s.s.s_yoSS-e.com/s.atchq
      y7oK.gPrmßf_e3Wk t?3uu
    - ‡appearRin ycSr RcSrce video 8om 0:00:03 to 0:00:06 :
      httpR//s.s.s_yoSS-e.com/s.atchq/?Hm' l_7XE93Hx t?3

- CoSnry s here copyright applieR VG
- =Rate WU VQD 9 QJ HZ- ] I w 9 QDEIVDj  that:
  - =am the os ner4or an agent aShori Qed to act on +eha8o8the os ner
    o8an eNtSR-e right that IRallegedly inßinged.
  - =have a good ßaith +elieRtiat the SRe o8the material in the manner
    complained o8iRnot aSthoriQed +y the copyright os ner4iRagent4or
    the las ; and
  - - hiRnotißcation iRaccSrate.
  - =ac' nos ledge that Snder Gection   12&Ub8the VMCH any perRon
    s ho ' nos ingly materially miRepreRentRthat material or activity iR
    inßinging may +e fS+Ject to lia+ility ßor damageR
  - =SnderRtand that a+SRe o8thiRtool s ill reRSt in termination o8my
    ] oS S+e channel.
- HStroriQed GignatSre: Michael Clement

j - he ] oS S+e - eam

Xelp Center • Qmail f_pliorfR

] oSreceived thiRemail to provide in&rmation and SpdateRaroS9d yoS
] oS Sre channel or accoSht.

YouTube

© 2021 '_oogle ZZC d!•/a ]oS_S•e4801 Cherry Hve4Gan I rSno4CH &5066

f n J ov u42023 copyright@xiraldrm.com s rote:

Pideo ¥/R +!w8NrRZ' g4oK gPrmn6f e3W

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 8:39:56 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7GEHN2HGFNYGCNJ3O2J4HEHAV4] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0rio3cv3dpxrxl7@google.com>
Date: Thu, Nov 16, 2023 at 8:35 PM
Subject: [7GEHN2HGFNYGCNJ3O2J4HEHAV4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=QUvaxC1Wv8A

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=oN1V5Em7oMY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Micheal Clement
Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=QUxavC1Wv6A
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: A STORM OF COLOR Time Lapse - Isolated Supercell, tornado, rainbow and lightning storm
○ Source of video: LYubHpEMTPM
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:05:38 to 0:05:41 :
https://www.youtube.com/watch?v=QUxavC1Wv6A&t=338
It appears in your source video from 0:01:12 to 0:01:18 :
https://www.youtube.com/watch?v=LYubHpEMTPM&t=72

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=oN1V5Em7oMY
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Booker, TX Supercell - June 3rd, 2013 (4K version)
○ Source of video: ak05BG6eNLU
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:06:19 to 0:06:24 :
https://www.youtube.com/watch?v=oN1V5Em7oMY&t=379
It appears in your source video from 0:00:06 to 0:00:12 :
https://www.youtube.com/watch?v=ak05BG6eNLU&t=6

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the

- law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Micheal Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=QUxavC1tVvi8A
For this link: Mike Olbinski is the copyright owner - https://www.youtube.com/watch?v=oN1V5Em7oMY

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Tue, Nov 14, 2023 at 12:22 AM YouTube Copyright <youtube-disputes-pho5cy6dpxo07@google.com> wrote:

 YouTube

Hi Copyright Management,

Thank you for your response. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

• Copyright Owner Name (Company Name if applicable): Viral DRM
• Your Full Legal Name (Aliases, usernames or initials not accepted): Micheal Clement
• Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager

- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QUvavC1Wy8A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: A STORM OF COLOR Time Lapse - Isolated Supercell, tornado, rainbow and lightning storm
  - Source of video: LYubHpEMTPM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:38 to 0:05:41 :
    https://www.youtube.com/watch?v=QUvavC1Wy8A&t=338
    It appears in your source video from 0:01:12 to 0:01:18 :
    https://www.youtube.com/watch?v=LYubHpEMTPM&t=72

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oN1V5Em7oMY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Booker, TX Supercell - June 3rd, 2013 (4K version)
  - Source of video: ak05BQ6eNLU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:19 to 0:06:24 :
    https://www.youtube.com/watch?v=oN1V5Em7oMY&t=379
    It appears in your source video from 0:00:06 to 0:00:12 :
    https://www.youtube.com/watch?v=ak05BQ6eNLU&t=6

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Micheal Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldrm.com wrote:

Good evening,
The content used in this case was uncredited and unlicensed by a known repeat copyright offender. Please ensure this valid claim is actioned per the legislation under the DMCA.

Imad. L.
Viral DRM Copyright Team

On Sun, Nov 12, 2023 at 8:23 AM YouTube Copyright <youtube-disputes+0rto3cy3dpxro07@google.com> wrote:

 YouTube

Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Add video details Action needed**

We are concerned that your copyright notification may not be valid for the video(s) listed below. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified below, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Videos in question:

https://www.youtube.com/watch?v=QUbavC1Wv6A

▷ Video (internet video)

Title of your video: A STORM OF COLOR Time Lapse - Isolated Supercell, tornado, rainbow and lightning storm

Content found in 0:05:38 to 0:05:41

https://www.youtube.com/watch?v=oN1V5EmToMY

▷ Video (internet video)

Title of your video: Booker, TX Supercell - June 3rd, 2013 (4K version)

Content found in 0:06:19 to 0:06:24

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Micheal Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QUvavC1WvbA
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: A STORM OF COLOR Time Lapse - Isolated Supercell, tornado, rainbow and lightning storm
  - ○ Source of video: LYubHpEMTPM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:05:38 to 0:05:41 :
    https://www.youtube.com/watch?v=QUvavC1WvbA&t=338
    It appears in your source video from 0:01:12 to 0:01:18 :
    https://www.youtube.com/watch?v=LYubHpEMTPM&t=72

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oN1V5Em7oMY
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Booker, TX Supercell - June 3rd, 2013 (4K version)
  - ○ Source of video: ak05BOGSeNLU
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:06:19 to 0:06:24 :
    https://www.youtube.com/watch?v=oN1V5Em7oMY&t=379
    It appears in your source video from 0:00:06 to 0:00:12 :
    https://www.youtube.com/watch?v=ak05BOGSeNLU&t=6

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Micheal Clement

On Nov 11, 2023 YouTube Copyright

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
- Micheal Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QUxavC1Wv6A
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: A STORM OF COLOR Time Lapse - Isolated Supercell, tornado, rainbow and lightning storm
  - ○ Source of video: L.YubHpEMTPM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - The content appears in the targeted video from 0:05:38 to 0:05:41 :
  https://www.youtube.com/watch?v=QUxavC1Wv6A&t=338
  It appears in your source video from 0:01:12 to 0:01:18 :
  https://www.youtube.com/watch?v=L.YubHpEMTPM&t=72

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=soN1V5Em7oMY
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Booker, TX Supercell - June 3rd, 2013 (4K version)

- ○ Source of video: ak05BQ6eNLU
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:06:19 to 0:06:24 :
  https://www.youtube.com/watch?v=oN1V5Em7oMY&t=379
  It appears in your source video from 0:00:06 to 0:00:12 :
  https://www.youtube.com/watch?v=ak05BQ6eNLU&t=6

- • Country where copyright applies: US
- • I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- • Authorized Signature: Micheal Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▲ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@vraktm.com wrote:

Video IDs: QUvavC1Wv6A, oN1V5Em7oMY

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 9:53:45 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7H7G6FI27MIJJYTBEXMCHQEN764] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1omjdjitq5207@google.com>
Date: Thu, Nov 16, 2023 at 9:45 PM
Subject: [7H7G6FI27MIJJYTBEXMCHQEN764] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=KKhqpsj7rHY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=EKKhqpsj7HYY

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
○ Source of video: -KouDHBpX4A
○ Type of video: Internet video
○ Where does the content appear?
  The content appears in the targeted video from 0:11:43 to 0:11:52 :
  https://www.youtube.com/watch?v=EKKhqpsj7HYY&t=703
  It appears in your source video from 0:01:24 to 0:01:25 :
  https://www.youtube.com/watch?v=-KouDHBpX4A&t=84

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Mike Theiss is the copyright owner - https://www.youtube.com/watch?v=AmNbrCastNcU

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you.

On Thu, Nov 16, 2023 at 8:18 AM YouTube Copyright <youtube-disputes+1omjidjitqp5207@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Need more info? Action needed**

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KKhqpsj7HYY
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Hurricane Katrina Historic Storm Surge Video -
    Gulfport, Mississippi
  ○ Source of video: -KouDHBpX4A
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:11:43 to 0:11:52 :
    https://www.youtube.com/watch?v=KKhqpsj7HYY&t=703
    It appears in your source video from 0:01:24 to 0:01:25 :
    https://www.youtube.com/watch?v=-KouDHBpX4A&t=84

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

On Nov 15, 2023 YouTube Copyright

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- • Copyright Owner Name (Company Name if applicable): Viral DRM
- • Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- • Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- • Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- • Username: Copyright Management
- • Email Address: copyright@viraldrm.com
- • Phone: 256-267-7747

- • URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KKthqnsj7HYY
- • Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi

- Source of video: -KouDHBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:43 to 0:11:52 :
    https://www.youtube.com/watch?v=-KKhqpsj7HYY&t=703
    It appears in your source video from 0:01:24 to 0:01:25 :
    https://www.youtube.com/watch?v=-KouDHBpX4A&t=84

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@xraktm.com wrote:

Video IDs: KKhqpsj7HYY

**From:** Copyright Management <copyright@wraxrm.com>
**Sent:** 11/16/2023 10:14:13 9 M
**To:** 5iraxPVM <wraxrm@l ripxiD.com>
**Subject:** R0s: \i22CdPF2dV[ FMBLLXŒ ESJ ERHAQUWNX\ e Copyright Compxint SN mil l ion

YrrrrrrYRorDarsess mel l age 'rrrrrrr
Rrom: **YouTube Copyright** <yoNN e\il pNel u3id] wf0b>\i70z@google.com>
Date: KN L ow16, 2023 at 7F0 CM
SN ject: \i22CdPF2dV[ FMBLLXŒ ESJ ERHAQUWNX\ e Copyright Compxint SN mil l ion
Ko: <copyright@wraxrm.com>



ki Copyright Management,

KhanT yoN-or yoN rel ponl e. J eNe rewe Des it ans prowses Npsatel ] exD.

**Request resolved**

Khe content xl tes ] exD hal ] een removes.

5iseol in +Nel lion:

http://DDD yoNN e.comDatchw: ?SbF6aF5QD

J e N e a coml iration o-aNomates l yl tenl ans hNhan rewe Dl to
procel l renowaxre+Nel tl .

─────────────

WkNnray la Te l acT yoN caim o-copyright in-ringment at any time i-yoNchange
yoN mins.

YKhe WkNNNl e Keam

k ere il the in-ormation yoN-ians in:

Copyright 8 Dner Lame _Company Lamei-appxca] xe(: 5iraxP VM
WkN RkkOxagaxLame _Qtal el , N ername l or initiaxt not acceptes(: Michaex
Cement
WkN Klke or Bj 9ol ifion _J hat il yoN aNhority to maTe thi compxintq(:
PligtaxVrightl Manager

usrrel l :

210 5ealbayPrive

Chiserl ] Ng, CIO3FOdd

XS

Xl ername: Copyright Management

) maix2assrel l : copyright@inraxrm.com

9hone: 2F6Y2ôz'l'zdz

XVOo-axegsesy in-ringing wseo to ] e removes:

http://DDD.yoNN.e.com/Datchqw_?SbF6aFSOD

Pel crl] e the DorT axegsesy in-ringes: My company, organisation or cæntl

wseo

○ Klbe o-wseo: BQJ YPV/899 1L H Komaso Prone Rootage ShoDl l arl al

  KoDn Het Vippes Qpart

○ SoNtce o-wseo: X6sRI-4nWMgM

○ Kype o-wseo: internet wseo

○ J here sœl the content appearq

  Khe content appeanl in the targetes wseo -rom 0:06:11 to 0:06:32 :

  http://DDD.yoNN.e.com/Datchqw_?SbF6aFSOD_1'3z1

  1t appearl in yoN l oNce wseo -rom 0:00:00 to 0:02:21 :

  http://DDD.yoNN.e.com/Datchqw_X6sRI-4nWMgM_t'0

CoNtry Dhere copyright applæl : XS

1late XLP) V 9) LQQXW8R9) VBXWVthat:

○ =am the oDner, or an agent aNhoribes to act on ] ehax o-the oDner o- an

  e8cXl ive right that il axegsesy in-ringes.

○ =have a goos -ailh] exis- that the N e o-the materiaxin the manner

  companies o-il not aNhoribes ] y the copyright oDner, itl agent, or the

  xiD-ans

○ Khil noti-ication il accNate.

○ =acTnoDesge that Nser Section F12_{ o-the PMCQ any perl on Dho

  TnoDingy materiaxy mil reprel enil that materiaxor activityl il in-ringing

  mayl ] e il N ject to xial ixity-or samagel.

○ =Nserl tans that a] Ne o-thil tooxDixrel N in termination o-my WoNKNe

  charnexx

QNhoribes SignatNre: MichaexCerment

kexp Center © maix8 ptionl

WoNreceives thil emaixto prowise inormation ans Npsatel aroNts yoN

WoNKNe charnexor accoNnt.

▶ Youlube

G 2021 Hooge CCC s/l /a WoNKNe, 701 Cherry Qxe, San AnNo, CQ7d066

8 n Low16, 2023 copyright@inraxrm.com Drote:

Ror thil anT: Vees Kimmer il the copyright oDner Yhttp://DDD.yoNN.e.com/Datchqw_?SbF6aFSOD

Qtaches are the agreementl l tating De are aNtoribes to manage the rightl -or their wseol .
KhanT yoN

8 n KhN L ow16, 2023 at 12:07 9 M VWNWj e Copyright <yoNNj eXil pNel u3idl wT0s-g7 0z@googe.com> Drote:



k i Copyright Management,

KhanT yoN or yoN removexre+Nel t_J e we reveDes yoN re+Nel t ans nees
l ome more in-ormation-rom yoN] e-ore De can proces. 9 eal e reas the entire
emaixcare+Ng-or a compete Npsate o-each wseo| l latN .

Lees more in Qction neeses

=n orser to remove the content in +Nel tion, De mN l conirm that yoNare the
copyright oDner or the copyright oDnerl aNtoribes reprel entative. =yoNare
acting al an aNtoribes reprel entative, peal e xeit N TnoD. Ror each XVQ
peal e isentiy the copyright oDner yoNare reprel enting.

WeNmay ta Te 1 ac T yoN caim o-copyright in-ringement at any time i-yoNchange
yoN mins.

YKhe VWNNj e Keam

k ere il the in-ormation yoN+Nees in:

• Copyright 8 Dner Lame _Company Lame i-appxca] xel: 5irax P VM
• WeN RNWCQgaxLame _Qxal el , N ernamel or iniliat not acceptes:
  Michaex Cement
• WeN Kixe or Bx] 9oi ition _J hat il yoN aNtnority to ma Te thi compxaint(:
• Pigitaxv ight! Manager
• Qasrel l
  ◦ 210 5 eaboy Prive
  ◦ Chixerl ] Ng, QQ3F0dd
  ◦ XS
• Xl ername: Copyright Management
• ) maixQassrel l : copyright@vexaxrm.com
• 9hone: 2F6 26z Yz dz

• XVO o- axegesy in-ringing wseo lo ] e removes:
  http://DDD yoNNj e.com Datchqw ?StFFaFSQD
• Pel cri ] e the DorT axegesy in-ringes: My company, organtiation or cxientl
  wseo
  ◦ Kixe o- wseo: BQU  V 8 9 9 ≠ H Kornaso Prone Rootage ShoDl
    l arl al KoDn Het Vippes Qpart
  ◦ SoNce o- wseo: x6sRt4nW lgM
  ◦ Kype o- wseo: ≠xtemet wseo
  ◦ J here s oel  the content appearg
    Khe content appearl  in the targeles wseo -rom 0:06:11 to 0:06:32 :
    http://DDD yoNNj e.com Datchqw ?StFFaFSQD_ L 3z 1
    ≠ appearl  in yoN l oNce wseo -rom 0:00:00 to 0:02:21 :
    http://DDD yoNNj e.com Datchqw x6sRt4nW lgM_ L 0

• CoNtry Dhere copyright appxel : XS
• ≠ l tate XLP ] V 9 ) LQQXW6 R 9 ) VBXV What:
  ◦ =am the oDner, or an agent aNtoribes to act on ] ehaxo- the oDner
    o- an e&oN l ve right that il axegesy in-ringes.
  ◦ = have a goos -aith ] exe- that the N e o- the materixin the manner

8 nLowlF, 2023 VeNKNJe Copyright



## Copyright Infringement Notification Confirmation

KlanTf yoN-or yoN I N mil l ion. ‡il Nnser reweiD to enl Ne it ll voxis ans incۤeel aۥceۤNres eۤementۤ. J e Diareۤpy to thi emaixDhen Delive taۤten action on yoN re÷Nei t. VeNcan aۤt o checۤT on the l laۤN o- yoN taۤfesoDn re÷Nei t in the Vۤemowareۤ÷Nei ll 'laۤ. Dhich il -oNis in the Copyright ۤection o-yoN channex

k ere il the inۤormation yoN÷aۤes in:

- Copyright 8 Dher L ame  Company L ame i- appxcaۤ xeۤ; 5 iraxۤP VM
- VeN RۤۤeOۤgaxۤame _Qۤai el , N emamel  or inixiaۤt not acceptesۤ(;  MichaexCۤement
- VeN Kite or Boۤj  9 ol ition _J hat il  yoN aNۤhority to maTe thi compۤaintۤ(;  PigitaۤVightl  Manager
  - Qۤssrel I:
    - 210 5 eaۤbeۤyۤPۤiۤveۤ
    - Chۤiۤserۤl  Ng, QۤiۤO3FۤOۤdd
    - XS
- Xۤi emame: Copyright Management
- ] maixQۤssrel I: copyright@ۤwۤraۤxۤim.com
- 9 hone: 2F6ۤ2ۤ6zۤ4zۤdz

- XۤVۤOۤo-aۤeۤgۤesۤy in÷inging viۤseۤo tۤ ] e removeۤs:  http://DDD.yۤoNۤNۤ e.com/Daۤtۤcۤhۤwۤ ?ۤSۤiۤFۤ6aۤFۤSۤOۤD
- Peۤl  onۤ] eۤ the DۤorۤTaۤeۤgۤesۤy in÷ingeۤs: My company, organization or cۤlienۤtۤ  viۤseۤo
  - Kite o-viۤseۤo: BۤOۤJ  ۤPۤVۤ8ۤ9ۤ9ۤ‡ H Komۤasۤo Prone Rۤootۤage ShoۤDI
  - I anۤl al  KoۤDn Het Vۤipۤpۤesۤ Qۤparۤt
  - SoۤNۤceۤ o-viۤseۤo: ۤ6ۤsۤRۤ÷ۤnۤ÷ۤNۤgۤM
  - Kۤypۤe o-viۤseۤo: ۤ‡tۤernetۤ viۤseۤo
  - J hereۤ soeۤl  the content appeaۤrۤq
  - Kheۤ content appear÷ in the targeۤtes viۤseۤo -rom 0:06:11 to 0:06:32 :

---



companixes o-il  not aNۤhorixes ] y the copyright oDner, iۤl  agent, or  the ۤxiۤD- ans
  - Khil  notiۤ-icaۤtion il  accNۤatۤe.
    - ۤaۤcۤTnoDesۤge that Nsۤser ۤSۤectۤion F12_[ o- the PMۤCۤQ any perۤl  on  Dho TۤnoۤDۤnۤgۤy materiۤaۤwۤy miۤl reۤpۤreۤl  enۤtۤ that materiaۤoۤr aۤctۤiۤvۤitۤy iۤl  in÷inging maۤyۤ] e I Nۤjectۤ toۤ] aۤ] idۤy -or saۤmۤaۤgeۤl
    - ÷Nsۤerۤ tans that al  N e o-thۤi  tۤooۤxۤDۤwۤrۤeۤl  Nۤ in terۤminۤatۤion o- my  VeNۤKۤNۤJۤe channۤex
  - ONۤhoribes SignatۤNۤe: MichaexCۤement

keۤ.aۤpۤ.Center@ۤ.maiۤxۤ8ۤ.ptۤionۤl

VeNۤreۤceۤiveۤs thiۤl  emaۤiۤxۤtoۤ proۤwۤiۤseۤ in-ormaۤtion ans Nۤpۤsۤateۤlۤۤ aۤroۤNۤtۤsۤ yۤoۤN  VeNۤKۤNۤJۤe channۤexۤor aۤccۤoۤNۤtۤ.

G 2021 Hۤoۤoۤgۤaۤe CۤCۤCۤ sۤJۤ/ا VۤeۤNۤKۤNۤJۤe, 701 Cۤhۤeۤrۤrۤyۤ Qۤwۤe, San Aۤrۤhۤtۤoۤ, CۤOۤ7dۤ0ۤ6ۤ6

http://DDD.yoNNJ e.com/Datchaw./?SbF6eFSQD_l'3z1
‡ appearl in yoNf oNce wiseo -rom 0:00:00 to 0:02:21 :
http://DDD.yoNNJ e.com/Datchaw/x8z R44nfMgM_t 0

- CoNntry Dhere copyright appxel : XS
- ‡ liate XLP ) V 9 ) L CCXV6 R9 ) VBXVWhat:
  ○ =am the oDner, or an agent aNhonbes to act on ] ehax o- the oDner o- an e&cN ive right that il awegesy in-ringes.
  ○ =have a goos -aith ] exe- that the N e o- the materiaxin the manner companies o-il not aNhonbes ] y the copyright oDner, ill agent, or the ଛiD- ans
  ○ Khil noli-cation il accNate.
  ○ =acTnoDesge that Nser Section F12_{ o- the PMCQ any perl on Dro TnoDingy materiaxw mil reprel entl that materiaxor activity il in-ringing may ] e I Nject to xa] ixty -or sxamagel .
  ○ =Nserl tans that a] N e o-thil tooxDixrel Nt in termination o- my WNNNNj e channex
- QNhonbes SignatNre: MichaexCement

YtNe VtNNNj e Keam

k.ep.Center ©. mai x8 ptionl

VtNreceives thil emaixto prowise incormation ans Npsalel aroNis yoNr WNNNj e channexor accoNt.

▶ YouTube

G 2021 Hooge CCC s/]/a WNNNj e, 701 Cherry Qwe, San ArNho, CQ 7d066

8 nL owlF, 2023 copyright@wraxsrm.com Drote:

5 iseo #P1 : ?SbF6eFSQD

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:29:18 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [22SFYGUZ0TYP2S6BGUO6SVBLRM] YouTube Copyright Complaint Submission

--------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+37qZn7e1nzxw207@google.com>
Date: Sat, Nov 11, 2023 at 6:06 PM
Subject: [22SFYGUZ0TYP2S6BGUO6SVBLRM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=ZhDtmHvIv-o

https://www.youtube.com/watch?v=Jgo1me6hvx8

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=ZhDtmHvtv-o

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground

○ Source of video: 5RfuGEjrHbE

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:02 to 0:00:04 :

https://www.youtube.com/watch?v=ZhDtmHvtv-o&t=2

It appears in your source video from 0:00:03 to 0:00:07 :

https://www.youtube.com/watch?v=5RfuGEjrHbE&t=3

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=jqo1me6hvo8

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground

○ Source of video: 5RfuGEjrHbE

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:02 to 0:00:04 :

https://www.youtube.com/watch?v=jqo1me6hvo8&t=2

It appears in your source video from 0:00:00 to 0:00:02 :

https://www.youtube.com/watch?v=5RfuGEjrHbE&t=0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=ZhD1mhvbx-o
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=sjo1me6hvx8

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 7:10 AM YouTube Copyright <youtube-disputes+37q2n7e1rxwu207@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management

---

may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- Email Address: copyright@viralidm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZhDtmHvtv-o
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  ○ Source of video: 5RfuGEjrHbE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=ZhDtmHvtv-o&t=2
    It appears in your source video from 0:00:03 to 0:00:07 :
    https://www.youtube.com/watch?v=5RfuGEjrHbE&t=3

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Figo1me6hvx8
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  ○ Source of video: 5RfuGEjrHbE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=Figo1me6hvx8&t=2
    It appears in your source video from 0:00:00 to 0:00:02 :
    https://www.youtube.com/watch?v=5RfuGEjrHbE&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

 **YouTube**

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZhDtmHxtv-o
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  ○ Source of video: 5RtluGEjrHbE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=ZhDtmHxtv-o&t=2
    It appears in your source video from 0:00:03 to 0:00:07 :
    https://www.youtube.com/watch?v=5RtluGEjrHbE&t=3

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=igio1me6hvo8
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  ○ Source of video: 5RtluGEjrHbE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=igio1me6hvo8&t=2
    It appears in your source video from 0:00:00 to 0:00:02 :
    https://www.youtube.com/watch?v=5RtluGEjrHbE&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner

- of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: ZhDtmHvIy-o, jqo1me6hvx8

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:36:55 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4SG4CXR664EL26BLF5ST32ZWNI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+06uc1nf8xet6c07@google.com>
Date: Tue, Nov 14, 2023 at 4:02 AM
Subject: [4SG4CXR664EL26BLF5ST32ZWNI] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=3GqvXFIc-MM

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: 6012603170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=3GqxXFfc-MM
Describe the work allegedly infringed: My company, organization or client's
video

○ Title of video: La Palma Volcano eruption insane drone video of lava
fountain jet huge ash cloud 4k
○ Source of video: lLqXMqr5MWY
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:17:57 to 0:18:00 :
https://www.youtube.com/watch?v=3GqxXFfc-MM&t=1077
It appears in your source video from 0:01:27 to 0:01:33 :
https://www.youtube.com/watch?v=lLqXMqr5MWY&t=87

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an
exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner
complained of is not authorized by the copyright owner, its agent, or the
law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who
knowingly materially misrepresents that material or activity is infringing
may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube
channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WXChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  ○ 1315 Carroll Dr
  ○ Terry, MS 39170
  ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=3GqxXFtc-MM
- Describe the work allegedly infringed: My company, organization or clients video
  ○ Source of video: ItLqXMqr5MWY
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:17:57 to 0:18:00 :
    https://www.youtube.com/watch?v=3GqxXFtc-MM&t=1077
    It appears in your source video from 0:01:27 to 0:01:33 :
    https://www.youtube.com/watch?v=ItLqXMqr5MWY&t=87

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

On Nov 13, 2023 copyright@vxchasing.com wrote:

Video IDs: 3GqvXFfc-MM

**From:**     Copyright Management <copyright@viraldm.com>
**Sent:**     11/16/2023 : 9B9lP:VM
**To:**       Diral Rs M <viraldm@wiplaF.com>
**Subject:** [ FdS66YGLZ Z CITVYCBL] V∆ - 2CT - 2lⱮUb7q7ze Copyright Complaint B7zmiwion

........ [ orF-arded mewege .........
[ rom9YouTube Copyright <yo7l7ze.diwo7iewNⱮoronwn v.ajp0L@google.com>
Rate9B7rⱧk ov 12Ⱨ2023 at 10B: fMM
B7z'ecti966YGLZ Z CITVYCBL] V∆ - 2CT - 2lⱮUb7q7ze Copyright Complaint B7zmiwion
qo9<copyright@viraldm.com>



Yi Copyright ManagementH

qhan? yo7 jor yo7r rewponwe. Z ewe revieF ed it and provided 7pdatewzeloF.

**Request resolved**

qhe content lwted zeloF hawzeen removed.

Dideowin x7evlon9

httpw9lFFF.yo7l7ze.comⱧFatchⱮⱮ(D).mRPLTs.CⱮⱮ

httpw9lFFF.yo7l7ze.comⱧFatchⱮⱮ(oC1qlTP.ⱮⱮ

Z e 7we a comzination oj a7lomated wwtemwand h7man revieFwto
procewwremoval rex7ewⱮw

Ub7 mayla?e zac? yo7r claim oj copyright injringement at any time j yo7 change
yo7r mind.

. qhe Ub7q7ze qeam

Yere iwthe injormation yo7'jilled in9

Copyright b Fner k ame AⱮCompany k ame ij applicazleBⱮDiral Rs M
Ub7r[ 7ll Tegal k ame AⱮawewⱧFwernamewor initialwⱧnot acceptedBⱮMichael
Clement

Ub/r qllle or j oz Vowton Æ hat iwyo/r a7hority to ma?re thwcomplaintⱲ
Rigital s ightwManager
Wddrewₑ
210 Dea ey Rrive
Childenz 7rgHϺ 3·POⲬ
5 B
5 wername9Copyright Management
Gmail Wddrewₑcopyrightl@vraidrm.com
Vhone92P6„26LⳑLCⳑ

5 s T oj allegedly injrinjing video to ze removed9
httpwⅢFFF_yo7l7ze.comFatchOⳑD) mRPLⳑs Cal
Rewrize the For7 allegedly injringed9My company·Hrgani ation or clientⱿw
video
○ qllle oj video9[ 7ll evol7hion oj zea7hj7l tornado near Z rayⷠCb  on May LH
  2016
○ Bo7rce oj video9fcLVₑj 3yⱢE
○ qype oj video9Ᵽnternet video
○ Z here doewthe content appearO
  qhe content appearwin the targeted video jrom 09·CⳒP9 to 09·Ᵽ·Ⳓ9
  httpwⅢFFF_yo7l7ze.comFatchOⳑD) mRPLⳑs Cal ⳑt (2„0
  ta appearwin yo7r wo7rce video jrom 09·3CⳒⳑto 09·CⳒP9
  httpwⅢFFF_yo7l7ze.comFatchOⳑicLVₑj 3yⱢE·ⳑt(22Ⳓ

5 s T oj allegedly injrinjing video to ze removed9
httpwⅢFFF_yo7l7ze.comFatchOⳑoC1plTP„Ⳓⳑ
Rewrize the For7 allegedly injringed9My company·Hrgani ation or clientⱿw
video
○ qllle oj video9[ 7ll evol7hion oj zea7hj7l tornado near Z rayⷠCb  on May LH
  2016
○ Bo7rce oj video9fcLVₑj 3yⱢE
○ qype oj video9Ᵽnternet video
○ Z here doewthe content appearO
  qhe content appearwin the targeted video jrom 09·8Cⳓⳑ0 to 09·8CⳓⳒ 9
  httpwⅢFFF_yo7l7ze.comFatchOⳑoC1plTP„Ⳓⳑ ⳑt 1110
  ta appearwin yo7r wo7rce video jrom 09·C3P to 09·C3⳨Ⳓ9
  httpwⅢFFF_yo7l7ze.comFatchOⳑicLVₑj 3yⱢE·ⳑt(1„P

Co7rtry Fhere copyright appliew65 B
uⱮate 5 k RGs  VGk Wf7qUb1  VGsj 5 s Uftat9
○ uam the oFnerⱵbr an agentⱶa7thori ed to act on zehalj oj the oFnerⱳoj an
  el cl7wve right that iwallegedly injringed.
○ uhave a good jailh zelleⱼ that the 7we oj the material in the manner
  complained oj iwnot a7thori ed zy the copyright oFnerⱵtwagentⱵbr the
  laFⱥand
○ qhiwnoljicalion iwacc7rate.
○ uac7noF ledge that 7nder Bection P12Ⳑⱴoj the RMCⱳany perwon Fho
  7noFingly materially miwreprewentwhat material or activity iwirjinging

may ze w9z'ect to liazillity jor damagew

○ u7nderwand that az7we oj thiwtool Fill rew7lt in termination oj my Ub7q7ze channel.

W7thori ed Bignat7res9Michael Clement

Yelp Center ; Gmail b ptionw

Ub7 received thiwemail to provide injormation and 7pdatewaro7nd yo7r Ub7q7ze channel or acco7nt.



• 2021 ) oogle TTC d/z/a Ub7q7zeH 01 Cherry WeeHBan @r7noHCW: Q66

b n k ov 11H2023 copyright@vraldrm.com F7ote9

YelloH
[ or thiwiin79s eed qimmer iwthe copyright oF7ner. httpw9lFFF_yo7t7zze.com/Fatch0t( D)_mRPL_Ts_ClU
[ or thiwiin79s eed qimmer iwthe copyright oF7ner. httpw9lFFF_yo7t7zze.com/Fatch0t( oC1piTP_@)

W7tached are the agreementwxtating F7e are a7thori ed to manage the rightwjor their videow
qhan? yo7H

b n Z edHk ov 8H2023 at 29/2HVM Ub7q7ze Copyright <yo7t7zze_diwp7tewN9vronwn_v_aip0L@google.com> F7ote9



Yl Copyright ManagementH

qhan? yo7 jor yo7r removal rex7ewl. Z e4e reviwF ed yo7r rex7ewl and need wome more injormation jrom yo7 zejore F7e can proceed. V7eawe read the entire email care7j7ly jor a complete 7pdate oj each video4wtaf7w

k eed more injo W7tion needed

un order to remove the content in x7evitiori7F7e m7vt conjirm that yo7 are the copyright oF7ner or the copyright oF7ner4wa7thori ed repreventative. ij yo7 are acting awan a7thori ed repreventative4pleawe let 7w7no7F_[ or each 5s TH pleawe identijy the copyright oF7ner yo7 are repreventing.

Ub7 may ta7e zac7 yo7r claim oj copyright injringement at any time ij yo7 change yo7r mind.

, qhe Ub7q7ze qeam

Y7ere iwthe injormation yo7 jilled in9

• Copyright b F7ner k ame ACompany k ame ij applicaz7le.)Dorai Rs M
• Ub7r [ 7ll Tegal k ame A4leawwFiwernamewor iniialwnot accepted.9
  Michael Clement
• Ub7r qitle or ] oz Vowition AZ hat iwyo7r a7thority to ma7e thiwcomplaint0i9
  Rigital s ightwManager
• W7dre9
  ○ 210 Dea ey R7rive
  ○ Childerw7rgHW7T 3P0C2
  ○ 5B
• 5 wernames9Copyright Management

- Gmail Wddrewe@copyright@viraldrm.com
- Vhone9ZP6;26l,LLQ.

- 5 s T oj allegedly injringing video to ze removed9
  https//FFF_yo7i7ze.comFatchO\( D)_mRPLTs CW
- Rewrize the For? allegedly injringed9My company+brgani ation or client4w video
  - qllle oj video9( 7il evol7tion oj zea7lj7l tornado near Z rayHCb on May LH2016
    ○ Bo7rce oj video9dcLV; j 3y\E
    ○ qype oj video9artemet video
    ○ Z here doewthe content appearO
  qhe content appearwin the targeted video jrom 09(QP0 to 09lP9(Q9
  ttappearwin yo7r wo7rce video jrom 09(39Q2to 09(Q0lP9
  https//FFF_yo7i7ze.comFatchO\(D)_mRPLTs CW i( 2; 0
  https//FFF_yo7i7ze.comFatchO\(icLV; j 3y\E' i( i22Q

- 5 s T oj allegedly injringing video to ze removed9
  https//FFF_yo7i7ze.comFatchO\(oC1pjTP_Q)
- Rewrize the For? allegedly injringed9My company+brgani ation or client4w video
  - qllle oj video9( 7il evol7tion oj zea7lj7l tornado near Z rayHCb on May LH2016
    ○ Bo7rce oj video9dcLV; j 3y\E
    ○ qype oj video9artemet video
    ○ Z here doewthe content appearO
  qhe content appearwin the targeted video jrom 09(830 to 09l89(6 9
  ttappearwin yo7r wo7rce video jrom 09(39 P to 09(39Q9
  https//FFF_yo7i7ze.comFatchO\(oC1pjTP_Q) i( 1110
  https//FFF_yo7i7ze.comFatchO\(icLV; j 3y\E' i( 1: P

- Co7mtry Fhere copyright appliew6S B
- uatate 5k RGs  VGk WfQub [  VGs ] 5 s Uthat9
  ○ uam the oF nerHbr an agent a7lhori ed to act on zehal) oj the oF ner oj an el cl7iwe right that iwallegedly injringed.
  ○ uhave a good jailh zelie) that the 7we oj the material in the manner complained oj iwnot a7lhori ed zy the copyright oF nerHtwagentHbr the laF &and
    ○ qhiwnolljication iwacc7rate.
    ○ uac7noF Fledge that 7nder Bection P12)\loj the RMCWany penon Fho 7noF ingly materially miwepreventwhat material or activity iw injringing may ze wҌ ect to liazility jor damagew
    ○ u7nderwand that az7we oj thiwtool Fill rew7lt in termination oj my Uo7q7ze channel.
- Wlthon ed Bignat7reWMichael Clement

<u>Yelp Center : Gnail b pllony</u>

Uo7 received thiwemail to provide injormation and 7pdatewaro7nd yo7r Uo7q7ze channel or acco7nt.



- 2021  oogle TTC d/z/a Uo7q7zeH 01 Chem;WerHBan @7notFCW; Q66

 YouTube

# Copyright Infringement Notification Confirmation

qhan? yo7 jor yo7r wZz miwwon. #iw7nder revieF to enw?re it iwvalid and incl?dewall rex7ired element w Z e Fill reply to thiwemail Fhen F ewe ta?en action on yo7r rex7ewl. Uo7 can alwo chec? on the wtat7wo j yo7r a7edoFn rex7ewt in the % emoval rex7ewtWaz Fhich iwjo7nd in the Copyright wection oj yo7r channel.

Yere iwthe injormation yo7 jilled in9

- Copyright b F ner k ame AСompany k ame ij applicacle:DDiral R≤M
- Ub7r(7li Tegal k ame AWiawwWFwernamewor initialwnot accepted.B Michael Clement
- Ub7r qille or j oz Vowlion AZ hat iwyo7r a7honty to ma7e thiwcomplaintO9 Rigital≤ ightwManager
- Wdrewe9
  ○ 210 Dea ey Rrive
  ○ Childenνz7rgHWT 3POΩ
  ○ 5B
- 5 wername9Copyright Management
- Gmail Wdrew9copyright@viraldrm.com
- Vhone92Р6, 26L,LLΩ

- 5 s T oj allegedly injringing video to z e removed9 httpw9FFF yo7Гze.com/FatchOu D) mRPL1s.CW
- Rewrize the F or? allegedly injringed9My companyHbrgani ation or client4w video
  ○ qille oj video9 7li evol7tion oj zea7lij7l tornado near Z rayHCb on May LH2016
    ○ Bo7rce oj video9cLV: j 3yLE
    ○ qype oj video9tnternet video
    ○ Z here doewthe content appearO
    qhe content appearwin the targeted video jrom 09CPΩ to 09PPΩ Q9 httpw9FFF yo7Гze.com/FatchOu D) mRPL1s.CW/ t( 2: 0 ts appearwin yo7r wo7rce video jrom 09039ΩΩο 09CQΩP9 httpw9FFF yo7Гze.com/FatchOu( igLV: j 3yLE' t( 22Ω

- 5 s T oj allegedly injringing video to z e removed9 httpw9FFF yo7Гze.com/FatchOu( oC1pjTP.4Ω
- Rewrize the F or? allegedly injringed9My companyHbrgani ation or client4w video
  ○ qille oj video9 7li evol7tion oj zea7lij7l tornado near Z rayHCb on May LH2016
    ○ Bo7rce oj video9cLV: j 3yLE
    ○ qype oj video9tnternet video
    ○ Z here doewthe content appearO
    qhe content appearwin the targeted video jrom 09 83ΩΟ to 09 83Ω6 9 httpw9FFF yo7Гze.com/FatchOu( oC1pjTP.4Ω( t( 1110 ts appearwin yo7r wo7rce video jrom 09039 P to 09039 Q9 httpw9FFF yo7Гze.com/FatchOu( igLV: j 3yLE' t( 1: P

- Co7ntry Fhere copyright appliew05 B
- utate 5k RGs VGk WFqUb( j VGe J 5s U that9
- uam the oF ner∂r an agent a7thori ed to act on zehalj oj the oF ner

- oj an el cf7wve right that iwallegedly injringed.
  - u have a good jaith z elie] jhat the 7we oj the material in the manner complained oj iwnot a7thori ed z y the copyright oF nerfitwagenirbr the laF&and
  - qhwrotjication iwacc7rate.
  - uac7noF Fledge that 7nder Bection P12AJ oj the RMCWany penvon Fho 7noFingly materially mivreprevenwthat material or activity iw injringing may ze wF2ect to liazility jor damagew.
  - u7rdervland that az7we oj thiwtool F ill rewJlt in termination oj my Ub7q7ze channel.
- WFhon ed Bignat7re9Michael Clement

. qhe Ub7q7ze qeam

<u>Yelp Center</u> : <u>Gmail b pilonw</u>

Ub7 received thiwemail to provide injormation and 7pdatewaro7nd yo7r Ub7q7ze channel or acco7nt.

▶ YouTube

- 2021 Loogle TTC d/z/a Ub7q7zeH 01 Cherry WeirBan @7noFCW C066

b n k ov L H2023 <u>copyright@viradrm.com</u> Frote9

DIdeo bRv8D) mRPL Ts CuLHbC1pjTP.l0u

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:46:34 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [46ZZGWUQUXSNJBYV2UUEXNAM2Q] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Thu, Nov 16, 2023 at 5:57 PM
Subject: Fwd: [46ZZGWUQUXSNJBYV2UUEXNAM2Q] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 4:36 PM
Subject: Fwd: [46ZZGWUQUXSNJBYV2UUEXNAM2Q] YouTube Copyright Complaint Submission
To: brenda@wxchasing.com <brenda@wxchasing.com>, copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0stmqvrbqkkmg07@google.com>
Date: Tue, Nov 14, 2023 at 11:43 AM
Subject: [46ZZGWUQUXSNJBYV2UUEXNAM2Q] YouTube Copyright Complaint Submission
To: <stormhighway@gmail.com>

► YouTube

Hi Dan Robinson,

Thank you for your removal request. We've reviewed it and provided updates
below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=aKk6joK8RhM

We use a combination of automated systems and human reviews to

process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
Address:
301 West Illinois Street Apt B
New Baden, IL 62265
US
Username: Dan Robinson
Email Address: stormhighway@gmail.com
Phone: 618-920-0811

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=aK6ioK8RhM
Describe the work allegedly infringed: My video
○ Title of video: St. Louis tornado - debris & jetliner flythrough - Hwy 370 at Earth City, MO - June 7
○ Source of video: bsACwJkp0Cl
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:04:10 to 0:04:15 :
https://www.youtube.com/watch?v=aK6ioK8RhM&t=250
It appears in your source video from 0:01:31 to 0:01:36 :
https://www.youtube.com/watch?v=bsACwJkp0Cl&t=91

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube

On Nov 14, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the "Removal requests" tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
- Address:
  ○ 301 West Illinois Street Apt B
  ○ New Baden, IL 62265
  ○ US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=aKK6ioK8RbM
- Describe the work allegedly infringed: My video
  ○ Source of video: bsACwJkp0CI
  ○ Type of video: Internet video



channel.

Authorized Signature: Daniel J. Robinson

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- Where does the content appear?
  The content appears in the targeted video from 0:04:10 to 0:04:15 :
  https://www.youtube.com/watch?v=aKK6ioK8RhM&t=250
  It appears in your source video from 0:01:31 to 0:01:36 :
  https://www.youtube.com/watch?v=bsACw/kjqOOtl&t=91

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Daniel J. Robinson

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 stormhighway@gmail.com wrote:

Video IDs: aKK6ioK8RhM

stormhighway.com  -  cisinternet.net  -  icyroadsafety.com

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:74:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [Z62GWU QXQSNJ BYEV2QBASJ] M2XuEoTbT- e Copyright Complaint NT- mission

---------- Forwarded message ---------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: bTe5J ov 1Z62GWU QXQSNJ BYEV2QBASJ] M2XuEoTbT- e Copyright Complaint NT- mission
NT- ject: Fwd: [Z62GWU QXQSNJ BYEV2QBASJ] M2XuEoTbT- e Copyright Complaint NT- mission
bo: - renda@wxchasing.com <- renda@wxchasing.com>&copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <yoTlT- e.dispJlles=0stmqvn-gkkmg04@google.com>
Date: bTe5J ov 1Z62023 at 11Z3 ] M
NT- ject: [Z62GWU QXQSNJ BYEV2QBASJ] M2XuEoTbT- e Copyright Complaint NT- mission
bo: <stormhighway@gmail.com>



Hi Dan Ro- insor5

bhank yoTr for yoTr removal reqTest. U e' ve reviewed it and provided Tpdates
- elow.

**Request resolved**

bhe content listed - elow has - een removed.

Videos in qTestion:

https://www.yoTlT- e.com/watch?v=aKk6ioK8RhM

U e Tse a com- ination of aTtomated systems and hTman reviews to
process removal reqTests.

EoT may take - ack yoTr claim of copyright infringement at any time if yoT change
yoTr mind.

, bhe EoTbT- e beam

Here is the information yoT filled in:

Copyright Owner J ame (Company J ame if applica~ Ie): Daniel B. Ro~ inson

EoTr FTil Legal J ame (] liases5Tsernames or iritials not accepted): Daniel B. Ro~ inson

EoTr bitle or Bo~ Position (U hat is yoTr aTthority to make this complaint?): I am the photographer and rights holder

] ddress:

301 U est Illinois Ntreet ] pt Y

J ew YadenSIL 62267

QN

Qsername: Dan Ro~ inson

Amail ] ddress: stormhighway@gmail.com

Phone: 618.920.0811

QRL of allegedly infringing video to ~ e removed:
https://www.yoTlT~ e.com/watch?v=aKk6ioK8RhM

Descri~ e the work allegedly infringed: My video

- ○ bitle of video: Nt. LoTis tornado, , de~ ris & jetliner flyftroTgh , Hwy 340 at Aarth City5MO , Bline 4
- ○ NoTrce of video: ~ s] CwBkp0Cl
- ○ byte of video: Internet video
- ○ U here does the content appear?
- bhe content appears in the targeted video from 0:0Z:10 to 0:0Z:17 :
  https://www.yoTlT~ e.com/watch?v=aKk6ioK8RhM&t=Z70
  It appears in yoTr soTrce video from 0:01:31 to 0:01:36 :
  https://www.yoTlT~ e.com/watch?v=~ s] CwBkp0Cl&t=91

CoTntry where copyright applies: QN

I state QJ DAR PAJ ] LbE OF PARBQRE that:

- ○ I am the owner5or an agent aTthorized to act on ~ ehalf of the owner of an excl7sive right that is allegedly infringed.
- ○ I have a good faith ~ elief that the Tse of the material in the manner complained of is not aTthorized ~ y the copyright owner5its agent5or the law; and
- ○ this notification is acc7rate.
- ○ I acknowledge that Tnder Nection 712(f) of the DMC] , any person who knowingly materially misrepresents that material or activity is infringing may ~ e sT~ ject to lia~ ility for damages.
- ○ I Tnderstand that a~ Tse of this tool will res Tlt in termination of my EoTbT~ e channel.

] Tthorized NignaTre: Daniel B Ro~ inson

Help Center • Amail Options

EoT received this email to provide information and Tpdates aroTnd yoTr EoTbT~ e channel or accoTnt.

© 2021 Woogle LLC d/-/a EoTbT- e5901 Cherry] ve5Nan YrTnoSC] 9Z066



## ▶ YouTube

## Copyright Infringement Notification Confirmation

bhank yoTfor s-T- mitting a copyright takedown reqTest. EoTr reqTest will - e reviewed to make sTre it's valid and inclTdes all reqTired elements.

In yoTr reqTest5yoT have asked that we remove the videos and prevent any copies from - eing Tploaded in the fTtTre. U e'll reply to this email when we we taken action on yoTr reqTest.

bo check the statTs of yoTr takedown reqTest5go to the "Removal reqTests" ta- in EoTbT- e NiTdio's Copyright page. From here5yoT can also Tm off the "Prevent copies" featTre. bhis is the featTre that makes - est efforts to prevent copies of the videos yoT asked Ts to remove from - eing reTploaded to EoTbT- e.

Keep in mind that this featTre shoTld only - e selected when yoT have exclTsive worldwide rights to the content specified in yoTr takedown reqTest.

Here is the information yoT gave Ts:

- Copyright Owner Jame (Company Jame if applica- le): Daniel B. Ro- inson
- EoTr FTll Legal Jame (] liases5Tsernames or initials not accepted): Daniel B. Ro- inson
- EoTr title or Bo- Position (U hat is yoTr aTthority to make this complaint?): I am the photographer and rights holder
- ] ddress:
  - ○ 301 U est Illinois Ntreet ] pt Y
  - ○ Jew Yaden5IL 62267
  - ○ QN
- Qsername: Dan Ro- inson
- Amail] ddress: stormhighway@gmail.com
- Phone: 618.920.0811

- QRL of allegedly infringing video to - e removed:
  https://www.yoTT- e.com/watch?v=aK6joK8PbMM
- Descri- e the work allegedly infringed: My video
  - ○ NoTrce of video: - s] CwBqbCI
  - ○ bype of video: Internet video
  - ○ U Tere does the content appear?
    bhe content appears in the targeted video from 0:0Z:10 to 0:0Z:17 :
    https://www.yoTT- e.com/watch?v=aK6joK8PbMM&t=Z70
    It appears in yoTr soTrce video from 0:01:31 to 0:01:36 :
    https://www.yoTT- e.com/watch?v=- s]_CwBqbCI&t=91

- CoTntry where copyright applies: QN
- I state QI DAR PAJ] LbEOF PARBQRE that:

- ○ I am the owner5or an agent aTfhorized to act on - ehalf of the owner of an excl7sive right that is allegedly infringed.
- ○ I have a good faith - elief that the Tse of the material in the manner complained of is not aTfhorized - y the copyright owner5its agent5or the law, and
- ○ this notification is accoTrate.
- ○ I acknowledge that Tnder Nection 712(f) of the DMCJ  any person who knowingly materially misrepresents that material or activity is infringing may - e sT-ject to lia- ility for damages.
- ○ I Tnderstand that a- Tse of this tool will resTlt in termination of my EoTbT- e channel.
- • ] Tfhorized NignatTre: Daniel B Ro- inson

, bhe EoTbT- e beam

Help Center • Amail Options

EoT received this email to provide information and Tpdates aroTnd yoTr EoTbT- e channel or accoTnt.

▶ YouTube

© 2021 Woogle LLC d/- /a EoTbT- e5901 Cherry] ve5Nan YTrno5C] 9Z066

On J ov 1Z5Z0Z3 stormhighway@gmail.com wrote:

Video Ds: aKk6ioK8RhM

_____

stormhighway.com ,  cisirternet.net ,  icyroadsafety.com

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:17:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [A65DRZWQBJJ2DAHLDV6LAJOQ] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0keomwhd2h1o07@google.com>
Date: Mon, Nov 13, 2023 at 10:46 AM
Subject: [A65DRZWQBJJ2DAHLDV6LAJOQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=WP38vkg0Ehw

https://www.youtube.com/watch?v=bA5bsTePVuE

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=WP38vkgDEhw

Describe the work allegedly infringed: My company, organization or client's

video

- ○  Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport,
     Mississippi
  - ○  Source of video: -KouOHBpX4A
  - ○  Type of video: Internet video
  - ○  Where does the content appear?
     The content appears in the targeted video from 0:08:52 to 0:08:53 :
     https://www.youtube.com/watch?v=WP38vkgDEhw&t=532
     It appears in your source video from 0:02:40 to 0:02:41 :
     https://www.youtube.com/watch?v=-KouOHBpX4A&t=160

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=bA5bsTePVuE

Describe the work allegedly infringed: My company, organization or client's

video

- ○  Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport,
     Mississippi
  - ○  Source of video: -KouOHBpX4A
  - ○  Type of video: Internet video
  - ○  Where does the content appear?
     The content appears in the targeted video from 0:03:25 to 0:03:27 :
     https://www.youtube.com/watch?v=bA5bsTePVuE&t=205
     It appears in your source video from 0:01:11 to 0:01:13 :
     https://www.youtube.com/watch?v=-KouOHBpX4A&t=71

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- ○  I am the owner, or an agent authorized to act on behalf of the owner of an
     exclusive right that is allegedly infringed.
  - ○  I have a good faith belief that the use of the material in the manner
     complained of is not authorized by the copyright owner, its agent, or the
     law; and
  - ○  This notification is accurate.
  - ○  I acknowledge that under Section 512(f) of the DMCA any person who
     knowingly materially misrepresents that material or activity is infringing

may be subject to liability for damages.
- ◦ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldrm.com wrote:

Good evening.
The content used in this case was uncredited and unlicensed by a known repeat copyright offender. Please ensure this valid claim is actioned per the legislation under the DMCA.

Imad. L
Viral DRM Copyright Team

On Sun, Nov 12, 2023 at 5:13 PM YouTube Copyright <youtube-disputes+0keomwhd2h1o77@google.com> wrote:



Hi Copyright Management,

Thank you for your response. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Add video details Action needed

We are concerned that your copyright notification may not be valid for the video(s) listed below. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified below, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your response with the uploader(s).

Videos in question:

https://www.youtube.com/watch?v=WP38vkg0Ehw

☐ Video (Internet video)

Title of your video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi

Content found in 0:08:52 to 0:08:53

https://www.youtube.com/watch?v=bA5bsTePVuE

☐ Video (Internet video)

Title of your video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi

Content found in 0:03:25 to 0:03:27

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=WP38vkg0Ehw
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  ○ Source of video: -KouDHBpX4A
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:08:52 to 0:08:53 :
    https://www.youtube.com/watch?v=WP38vkg0Ehw&t=532
    It appears in your source video from 0:02:40 to 0:02:41 :
    https://www.youtube.com/watch?v=-KouDHBpX4A&t=160

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bA5bsTePVuE
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  ○ Source of video: -KouDHBpX4A
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:03:25 to 0:03:27 :

https://www.youtube.com/watch?v=bA5bsTePVuE&t=205
It appears in your source video from 0:01:11 to 0:01:13 :
https://www.youtube.com/watch?v=KouDHBpX4A&t=71

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law, and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Mike Theiss is the copyright owner - https://www.youtube.com/watch?v=WP38Akg0Ehw
For this link: Mike Theiss is the copyright owner - https://www.youtube.com/watch?v=bA5bsTePVuE

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 5:56 PM YouTube Copyright <youtube-disputes+t0keomwhz2h1o07@google.com> wrote:

[image: YouTube]

Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filed in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=WP38vkgIEhw
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Hurricane Katrina Historic Storm Surge Video -
    Gulfport, Mississippi
  - Source of video: -KouDHBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:52 to 0:08:53 :
    https://www.youtube.com/watch?v=WP38vkgIEhw&t=532
    It appears in your source video from 0:02:40 to 0:02:41 :
    https://www.youtube.com/watch?v=-KouDHBpX4A&t=160

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bA5bsTePVuE
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Hurricane Katrina Historic Storm Surge Video -
    Gulfport, Mississippi
  - Source of video: -KouDHBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:25 to 0:03:27 :
    https://www.youtube.com/watch?v=bA5bsTePVuE&t=205
    It appears in your source video from 0:01:11 to 0:01:13 :
    https://www.youtube.com/watch?v=-KouDHBpX4A&t=71

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

On Nov 7, 2023 YouTube Copyright

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=WP38vkg0Ehw
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - ○ Source of video: -KouOHBpX4A
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  The content appears in the targeted video from 0:08:52 to 0:08:53 : https://www.youtube.com/watch?v=WP38vkg0Ehw&t=532
  It appears in your source video from 0:02:40 to 0:02:41 : https://www.youtube.com/watch?v=-KouOHBpX4A&t=160

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=bA5bsTePVuE
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - ○ Source of video: -KouOHBpX4A
  - ○ Type of video: Internet video

- ○ Where does the content appear?
  The content appears in the targeted video from 0:03:25 to 0:03:27 :
  https://www.youtube.com/watch?v=bA5bsTePVuE&t=205
  It appears in your source video from 0:01:11 to 0:01:13 :
  https://www.youtube.com/watch?v=-KoubHBpX4A&t=71

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viralrifm.com wrote:

Video IDs: WP36Akg0Efw, bA5bsTePVuE

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 : 5:09:59 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd:[XX1W Gl P3M3W7 XEQZ CY] DuV9DM7boSES e Copyright Complaint 7S- mission

++++++Forwarded message ++++++
From **YouTube Copyright** <yoSfS-e+dispStesj.16..llhxtw-6N04@google.com>
Date:Mon Y ov 13 2023 at 2:23:AM
7S- leict:[XX1W Gl P3M3W7 XEQZ CY] DuV9DM7boSES e Copyright Complaint 7S- mission
Eo5<copyright@viraldrm.com>



J.I Copyright Management

Ehank yoSfor yoSr response. ' eeve reviewed it and provided Spdates - elow.

### Request resolved

Ehe content listed - elow has - een removed.

Videos in ?Sestion5

https5//www.yoSfS-e.com/watch=v-8KsGhpL_6K_a:-

https5//www.yoSfS-e.com/watch=v-8-k) PJ.W_wdX

' e Sse a com- ination of aSlomated systems and h9nan reviews to
process removal re??Sests.

boSmay take - ack_yoSr claim of copyright infringement at any time if yoSr change
yoSr mind.

+Ehe boSES- e Eeam

Jere is the information yoSfilled in5

Copyright ( wner Yame z:Company Yame if applica- leSDigital Rights Manager
boSr FS ll egal Yame z:Aiases Sernames or initials not acceptedSMicheal
Clement

bo$r title or W0- Position z   hat is yo$r a$thority to make this complaint=$

Digital Rights Manager

Xddress5

210 Vea$y Drive

Childers- $rg  XI  390NN

' 7

' sername5Copyright Management

u mail Xddress5copyright@viraldrm.com

Phone5296-664-44N4

' RI of allegedly infringing video to - e removed5
https5www.yoSS- e.com watch=v6ks0npl_6KL a_

Descri- e the work allegedly infringed5My company organi$ation or client&
video

○  Eile of video5J $rricane Gatrina J istoric 7 torm 7$rge Video +O$fport
Mississippi

○  7 o$rce of video5FGoSSJ ) px NX

○  Eype of video5$ternet video

○  ' here does the content appear=
Ehe content appears in the targeted video from 0$0N0N to 0$0N0V4 5
https5www.yoSS- e.com watch=v6ks0npl_6KL a_ _i82NN
lt appears in yo$r so$rce video from 0$0V8J to 0$0V8J 5
https5www.yoSS- e.com watch=v6-GoSSJ ) px NX _i830_

' RI of allegedly infringing video to - e removed5
https5www.yoSS- e.com watch=v6- k) PJ VV wtiX

Descri- e the work allegedly infringed5My company organi$ation or client&
video

○  Eile of video5' nfort$nately looking the lava in with a gate doesn&work
either. More incredi- le video from today.

○  7 o$rce of video5
https5www.face- ook.com vc_chasing videos 63 - : 3646NN$266

○  Eype of video5$ternet video

○  ' here does the content appear=
Ehe content appears in the targeted video from 0$0V$0 to 0$0$09N5
https5www.yoSS- e.com watch=v6- k) PJ VV wtiX_i890
lt appears in yo$r so$rce video5
https5www.face- ook.com vc_chasing videos 63 - : 3646NN$266

Co$ntry where copyright applies5 7
Lstate ' YDu R Pu YXl Eb ( F Pu RW Rb that5

○  Lam the owner or an agent a$thori$ed to act on - ehalf of the owner of an
e; cl$sive right that is allegedly infringed.

○  Uave a good faith - elief that the $se of the material in the manner
complained of is not a$thori$ed - y the copyright owner  its agent or the
law and

○  Ehis notification is acc$rate.

○  Lacknowledge that $nder 7 ection 912&L of the DMCX any person who

knowingly materially misrepresents that material or activity is infringing may - e sS - ³ct to lia-ility for damages.
○ LSnderstand that a- See of this tool will resSt in termination of my boSES- e channel.

XShoriQed 7 ignatSreSMichael Clement

Jelp Center @umail (ptions

boSreceived this email to provide information and Spdates anoSrd yoS
boSES- e channel or accoSt.



B 2021 Qoogle l l C dl-/a boSES- e , 01 Cherry Xve 7 an) rSno CX , N066

( n Yov 11 2023 copyright@xraldrm.com wrote5

Jello
For this link5) Mike Eheiss is the copyright owner +https5Jwww.yoSS- e.comJwatch=6)KsQno( 6)KL a:
For this link5) randon Clement is the copyright owner +https5Jwww.yoSS- e.comJwatch=6- k) PJW wfX

Xttached are the agreements stating we are aShoriQed to manage the rights for their videos.
Ehank yoS

( n¯ ed Yov: 2023 at 122: APM boSES- e Copyright <yoSS- e+disgSesi_16_ltyqw- 6N04@google.com> wrote5



J i Copyright Management

Ehank yoSfor yoSr removal re?Sest. ¯ e³e reviewed yoSr re?Sest and need some more information from yoS - efore we can proceed. Please read the entire email carefSlly for a complete Spdate of each video& statSs.

Yeed more info Xction needed

In order to remove the content in ?Sestion we mSst confirm that yoSare the copyright owner or the copyright owner& aShoriQed representative. If yoSare acting as an aShoriQed representative  please let Cs know. For each ¯ RI please identify the copyright owner yoSare representing.

boSmay take - ack yoSr claim of copyright infringement at any time if yoSchange yoSr mind.

+Ehe boSES- e Eeam

Jere is the information yoSfilled in5

• Copyright ( wner Yame zCompany Yame if applica- le5DDigital Rights Manager
• boSr FSll egal Yame zXliases Ssernames or initials not accepted15 Michael Clement
• boSr Eitle or Wo- Position z¯ hat is yoSr aSthority to make this complaint=15 Digital Rights Manager
• Xddress5
  ○ 210 VeaQey Drive
  ○ Childers- Srg X1 390NN

- ∘ ˙ 7
- ∘ ˙ semaneſCopyright Management
- ˙ urnail Xddressſ&copyright@viraldrm.com
- ˙ Phoneſ236ſ&2644¼Nł

- ˙ Rl of allegedly infringing video to - e removedſ5
  https5łwww.yoſS-e.com\watch=vⓄKsⓄmpl_6KⒸ_a:_
- Descri- e the work allegedly infringedſ5My company organiⓄation or clientⓇ
  video
  - ∘ Eitle of videoſLJ ſrricane Gatrina J_istoric 7torm 7ſrge Video +
    QSłport Mississippi
  - ∘ 7 oSrce of videoſ5¢GoſJ.) px NX
  - ∘ Eype of videoſ&remełt video
  - ∘ ˙ ˙ here does the content appear꞊
    Ehe content appears in the targeted video from 05ⓄNⓄN to 05ⓄNⓄ4 5
    https5łwww.yoſS-e.com\watch=v8KsⓄmpl_6KⒸ_a:_ł82NN
    It appears in yoſ soSrce video from 05Ⓙ93, to 05Ⓙ93 5
    https5łwww.yoſS-e.com\watch=v8¢GoſJ.) px NX_ł830_

- ˙ Rl of allegedly infringing video to - e removedſ5
  https5łwww.yoſS-e.com\watch=v8-k1 PJ_W_wlIX
- Descri- e the work allegedly infringedſ5My company organiⓄation or clientⓇ
  video
  - ∘ Eitle of videoſ5_nfortſnately locking the lava in with a gate doesn⁊
    work either. More incredi- le video from today.
  - ∘ 7 oSrce of videoſ5
    https5łwww.face-ook.com\w_chasing\videos\63:-:3646NN3266
  - ∘ Eype of videoſ&remełt video
  - ∘ ˙ ˙ here does the content appear꞊
    Ehe content appears in the targeted video from 05ⓄNⓄ90 to 05ⓄNⓄN5
    https5łwww.yoſS-e.com\watch=v8-k1 PJ_W_wlIX_ł890
    It appears in yoſ soSrce videoſ5
    https5łwww.face-ook.com\w_chasing\videos\63:-:3646NN3266

- ˙ CoⒸntry where copyright appliesſ5 7
- ˙ Lstate˙ YDuⒾ PuⒾXI Eb˙( F PuⒾW Rb thatſ5
  - ∘ Iam the owner - or an agent aSthoriⒸed to act on - ehalf of the owner
    of an e¡ cⒾSive right that is allegedly infringed.
  - ∘ I have a good faith - elief that the Sse of the material in the manner
    complained of is not aSthoriⒸed - y the copyright owner_ its agent or
    the law_ and
  - ∘ Ehis notification is accSrate.
  - ∘ I acknowledge that Ѕnder 7 ection 912¢L of the DMCX any person
    who knowingly materially misrepresents that material or activity is
    infringing may - e sⒶ- Ⅰect to lia- ility for damages.
  - ∘ I Snderstand that a- Sse of this tool will resSlt in termination of my
    accoSnt.
  - ∘ boſS- e channel_
- ˙ XSthoriⒸed 7 ignatSreſMichael Clement

Jelp Center @umaill( ptions

boSreceived this email to provide information and Spdates aroſnd yoſ
boſS- e channel or accoSnt.

 Vouſube

B 2021 Qoogle l l C d⌐a boſS-e_ 01 Cherry Xve_ 7 an ı rSno CX_ N066



# Copyright Infringement Notification Confirmation

Ehank yoΩ for yoΩr sΩbmission. It is Ωnder review to ensΩre it is valid and inclΩdes all reΩ3ired elements. ' e will reply to this email when weΩye taken action on yoΩr reΩ3est. boΩ can also check on the statΩs of yoΩr takedown reΩ3est in the ΩRemovalΩ reΩ3estsΩΩΩ which is foΩnd in the Copyright section of yoΩr channel.

ΩHere is the information yoΩ filled inΩ

- Copyright ( wner Yame ΩCompany Yame if applica- IelΩΩDigital Rights Manager
- boΩr FΩll egal Yame ΩXliases  Ωsernames or initials not acceptedΩΩ Michael Clement
- boΩr Eitle or WΩ- Position Ω' hat is yoΩ aΩ9nonly to make this complaintΩIΩ Digital Rights Manager
- XddressΩ
  ○ 210 VeaΩey Drive
  ○ Childers- Sg ΩXΙ 390ΩN
  ○ ' 7
- ΩsernameΩΩCopyright Management
- u mail XddressΩΩcopyright@ΩuralΩm.com
- PhoneΩ296Ω264Ω444N4

- RΙ of allegedly infringing video to - e removedΩ
  httpsΩΩwww.yoΩSΩ- e.comΩwatch=v@ksΩnpΙ_6KΙΩ a_
- Descri- e the work allegedly infringedΩMy company organiΩation or clientΩ video
  ○ Eile of videoΩJ ΩΩricane Gatina Jistoric 7Ιomm 7Ωrge Video +
    QΩΩport Mississippi
  ○ 7 oΩrce of videoΩΩGoΩΩJ.) px NX
  ○ Eype of videoΩΩinternet video
  ○ ' here does the content appear=
    Ehe content appears in the targeted video from 0ΩΩ0ΩN to 0ΩΩΩNΩ4  5
    httpsΩΩwww.yoΩSΩ- e.comΩwatch=v@ksΩnpΙ_6KΙ a:_  I82NN
    It appears in yoΩr soΩrce video from 0ΩΩΩΩ to 0ΩΩ9Ω3 5
    httpsΩΩwww.yoΩSΩ- e.comΩwatch=v@GoΩΩJ.) px NX_ I830_

- RΙ of allegedly infringing video to - e removedΩ
  httpsΩΩwww.yoΩSΩ- e.comΩwatch=v@- k) PJ ΙW wΙΙX
- Descri- e the work allegedly infringedΩMy company organiΩation or clientΩ video
  ○ Eile of videoΩ nfortΩnately locking the lava in with a gate doesnΩ work either. More incredi- Ie video from today.
  ○ 7 oΩrce of videoΩ
    httpsΩΩwww.face- ook.comΩw.chasingΩvideosΩ63- ::3646NNΩ266
  ○ Eype of videoΩΩinternet video
  ○ ' here does the content appear=
    Ehe content appears in the targeted video from 0ΩΩ0ΩΩ to 0ΩΩΩΩNΩ5
    httpsΩΩwww.yoΩSΩ- e.comΩwatch=v@- k) PJ ΙW wΙΙX_ I890
    It appears in yoΩr soΩrce videoΩ
    httpsΩΩwww.face- ook.comΩw.chasingΩvideosΩ63- ::3646NNΩ266

- CoΩntry where copyright appliesΩ 7

- Lstate ` YDuR PuLYXI Eb ( F PuRW/ Rb that5
  - ○ Lam the owner or an agent aShonQed to act on - ehalf of the owner of an e; clSsive right that is allegedly infringed.
  - ○ Lbave a good faith - elief that the Sse of the material in the manner complained of is not aShonQed - y the copyright owner its agent or the law and
  - ○ Ehis rotification is accSrate.
  - ○ Lacknowledge that Snder 7 ection 912JLbf the DMCX any person who knowingly materially misrepresents that material or activity is infringing may - e sS- lect to lia- lity for damages.
  - ○ LSnderstand that a- See of this tool will resSlt in termination of my boSES- e channel.
- X ShonQed 7 ignatSre5Michael Clement

+Ehe boSES- e Eeam

Jelp Center @umail L ptions

boSreceived this email to provide information and Spdates aroSnd yoS9 boSES- e channel or accoSht.

▶ YouTube

B 2021 Qoogle I l C dl- /a boSES- e _01 Cherry Xve_7an) (Sno_CX_N066

( n Yov 4 2023 copyright@xiraldrm.com wrote5

Video IDsSKsGhpl_6K( a: - k) PJW wdX

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:46:06 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AC6G3O3HACBMUK4TX5PR2BKDI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+01gpqrmvwt1pk07@google.com>
Date: Tue, Nov 14, 2023 at 2:41 AM
Subject: [AC6G3O3HACBMUK4TX5PR2BKDI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=FOsiZFGJqGI

https://www.youtube.com/watch?v=fB2oTCs-kac

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=FOsjZFGJqGI

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas
   Town Get Ripped Apart
○ Source of video: IxdFI8hYMgM
○ Type of video: Internet video
○ Where does the content appear?
   The content appears in the targeted video from 0:00:36 to 0:00:46 :
   https://www.youtube.com/watch?v=FOsjZFGJqGI&t=36
   It appears in your source video from 0:00:00 to 0:00:19 :
   https://www.youtube.com/watch?v=IxdFI8hYMgM&t=0

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=fBZoTCs-kac

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: EF4 Photogenic Canada Day Tornado in Didsbury, Alberta.
○ Source of video: ii46SWfhrZA
○ Type of video: Internet video
○ Where does the content appear?
   The content appears in the targeted video from 0:07:48 to 0:07:53 :
   https://www.youtube.com/watch?v=fBZoTCs-kac&t=468
   It appears in your source video from 0:02:18 to 0:02:23 :
   https://www.youtube.com/watch?v=ii46SWfhrZA&t=138

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an
   exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner
   complained of is not authorized by the copyright owner, its agent, or the
   law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who
   knowingly materially misrepresents that material or activity is infringing
   may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=FOsjZFGJqGI
For this link: Aaron Jayjack is the copyright owner - https://www.youtube.com/watch?v=fBZoTCs-kac

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 9:25 AM YouTube Copyright <youtube-disputes+01pcnmvrf1pk07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

• Copyright Owner Name (Company Name if applicable): Viral DRM
• Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
• Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
• Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
• Username: Copyright Management
• Email Address: copyright@viraldrm.com
• Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FOsjZFGJuGI
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: kdFIt6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:00:36 to 0:00:46 : https://www.youtube.com/watch?v=FOsjZFGJuGI&t=36
    It appears in your source video from 0:00:00 to 0:00:19 : https://www.youtube.com/watch?v=kdFIt6nYMgM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=IBZoTCs-kac
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: EF4 Photogenic Canada Day Tornado in Didsbury, Alberta.
  - Source of video: ii46SWIhZA
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:07:48 to 0:07:53 : https://www.youtube.com/watch?v=IBZoTCs-kac&t=468
    It appears in your source video from 0:02:18 to 0:02:23 : https://www.youtube.com/watch?v=ii46SWIhZA&t=138

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



On Nov 7, 2023 YouTube Copyright

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FOsjZFGJuGI
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  ○ Source of video: kdFfk8nYMgM
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:36 to 0:00:46 :
    https://www.youtube.com/watch?v=FOsjZFGJuGI&t=36
    It appears in your source video from 0:00:00 to 0:00:19 :
    https://www.youtube.com/watch?v=kdFfk8nYMgM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fBZoTCs-kac
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: EF4 Photogenic Canada Day Tornado h Didsbury, Alberta.
  ○ Source of video: ii46SWfhZA
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:07:48 to 0:07:53 :
    https://www.youtube.com/watch?v=fBZoTCs-kac&t=468
    It appears in your source video from 0:02:18 to 0:02:23 :
    https://www.youtube.com/watch?v=ii46SWfhZA&t=138

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viralfm.com wrote:

Video IDs: FOsjZFGJqGl, fBZoTCs-kac

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 11:20:15 9 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d: lf X W69 G27 E Q ZZMW X W¶ G9 E Z¶ uo TVf be Copyright Complaint E ïbmi Rïon

¶¶¶¶¶ws ar ded me ¶Rege s¶¶¶¶¶
wrom **You Tube Copyright** <yoTf ïbes¶l Ro TfeïR_3t3h3 4th5y320 U@google.com>
Vate: E ïrj Gov 12) 2023 at 11:52:9 M
E ïbe:ct: lf X W69 G27 E Q ZZMW X W¶ G9 E Z¶ uo TVf be Copyright Complaint E ïbmi Rïon
Wo <copyright@viraldm.com>



Ni Copyright Managemenj

Wkan4 yoT or yoTfr re¶Pon Re. Qe Ae revies ed it and provided TpdateRbelos.

**Request resolved**

Wke content liR ïed belos haRbeen removed.

Pideo Rïn Hïe Rïon:

http R/i s s_ yo TT be.com's a tc hkvf wd E ïf Z¶l Mqo

Qe TfRe a combination o_ a TTornated Ry RemRand hTman revies Rïto
proce Rf removal re Hïe RR:

uoT may tade ba c4 yoT r claim o_ copyright in ringement at any time i_ yoTr change
yoTr mind.

S/We uo TVf be Wearn

Nere iR ïhe in ormation yoT_ ïlled in:

Copyright 7 s ner Game ˘Company Game i_ applicable= Piral VDM
uo Tf w Ill 8egal Game ˘ ïia ReR_ TfRername Rf or initial Rïnot accepted= Michael
Clement
uo Tf Wíïe or Kob 9o Rïion Qhat iRyo Tf a Tïhority to make thiRcomplaintk=
Vigïal DightRManager

l orrreK

210 PeaQey Vrive

ChilderRoTrg| [ 8 350ZZ

( E

( Rername: Copyright Management

) mail [ ddrreRR copyright@xiraldrm.com

9hone: 266$26J.SJ.ZJ

( D8 o  allegedly in ringing video to be removed:
httpR//s s s .yoTlTBe.com/s atchk vf.C28Lbzz.c6mM
VeRcribe the s or4 allegedly in ringed: My companyj organiQation or clientR
video

○ WNe o  video: NTrricane Xlalia RamRwlorida SboarRRrnaRRring bridge rom
   Rorm RTrge

○ EoTrce o  video: s ' ' C1' [ GSD

○ Wype o  video: Xernet video

○ Qhere doeRthe content appeark

Whe content appearRin the targeted video rom 0:02:22 to 0:02:26 :
httpR//s s s .yoTlTBe.com/s atchk vf.C28Lbzz.c6mnM&tf.1Z2
XappearRin yoTr RoTrce video rom 0:00:0J to 0:00:11 :
httpR//s s s .yoTlTBe.com/s atchk v f.s ' ' C1' [ GSD&tf.J

( D8 o  allegedly in ringing video to be removed:
httpR//s s s .yoTlTBe.com/s atchk vf.wdEiRZ'! Mqo
VeRcribe the s or4 allegedly in ringed: My companyj organiQation or clientR
video

○ WNe o  video: Ges uor4 wbooding CheorRSYroo4lyn SBong XRand SDas 24
   s ith Vrone

○ EoTrce o  video: LexxTY.Jp5Ns

○ Wype o  video: Xernet video

○ Qhere doeRthe content appeark

Whe content appearRin the targeted video rom 0:00:26 to 0:00:33 :
httpR//s s s .yoTlTBe.com/s atchk vf.wdEiRZ'! Mqo&tf.26
XappearRin yoTr RoTrce video rom 0:00:Z_ to 0:00:53 :
httpR//s s s .yoTlTBe.com/s atchk v f.LexxTY.Jp5Ns&tf.Z_

CoTrtry s here copyright applieR ( E

XRate ( GV) D 9 ) G[ 8W 7 w 9 ) DK[ Du that:

○ Xam the os nerj or an agent aTThoriQed to act on behal  o  the os ner o  an
   e; clTRive right that lRallegedly in ringed.

○ Xrave a good  aith belie  that the TRe o  the material in the manner
   complained o  iRnot aTThoriQed by the copyright os nerj iiRagentj or the
   las• and

○ VWiRroll ication lRaccTrate.

○ Xsc4nos ledge that Tnder Eiection 5127=o  the VMC[  any perRon s ho
   4nos ingly materially miRepreRentRRthat material or activity iRin ringing
   may be RTb ect to liability or damageR

○ XinderRand that abTTe o  thiRtool s ill reRRlt in termination o  my uoTWlBe

channel.

[ ThooriOꝶ EignaiTre: Michael Clement

Nelp Center © mail 7 plonR

uoT received thiRemail to provide in ormation and TpdateRaro Tnd yoTr uoTWDbe channel or accoTnt.



B_2021 ' oogle 88C d0v/a uoTWDej_01 Cherry [ vej Ean Y Tnoj CJ_Z066

7 n Gov 11] 2023 copyright@xraldrm.com wrote:

- ( DB o allegedly in ringing video to be removed:  httpR//s.s.s_yoTTDe.com/s atchkvf wdEiℝZ1 ' Mqo

  ○ WIte o yoTr copyrighted sor4: Ges sor4 wooding CTreoRSYroo4jn SRong ℝand SDas Z4 s ith Vrone
  ○ Wjeo o copyrighted sor4: ℝternel videol motion picTTre
  ○ Qhen s aRit aTTborecR: - Eep 30j 2023
  ○ Y y s hom s aRit aTTborecR:  Yrandon Clement
  ○ Qhere doeRTne content appearR.
  ○ We content appearRin the targeted video rom 0:00:26 to 0:00:33 : httpR//s.s.s_yoTTDe.com/s atchkvf wdEiℝZ1 ' Mqo&tf 26
  XappearRin yoTr ℝoTrce video rom 0:00Z_ to 0:00:53 : httpR//s.s.s_yoTTDe.com/s atchkvf L txTYJ p5Ns &tf Z_

7 n Qedj Gov qj 2023 at 6-Z_ [ M uoTWDbe Copyright <yoTTDe8lilℝbTjeℝ 3t3h3etfo3y32oJ/@google.com> s rote:



Ni Copyright Managemenⱼ

Want4 yoT or yoTr removal reHfeℝ.

QeWe removed ℝome o the videoRin yoTr noti cation. Nos evej s e need ℝome more in ormation rom yoTbe ore se can proceed s ith removing the remaining video ℝe 9 leaℝe read the entire email care Tlly or a complete Tpdate o each videoURRaiTℝ.

[ dd video detailℝ] citon needed

uoTr identi ication o the ℝpeci ic copyrighted sor4 at itℝℝℝe iℝTndear. We identi y the ℝpeci ics or4 allegedly in ringedj anℝering ℝome or alℝ o the oilos ing HfeRionℝs ill be help Tl:

- DeHTired:
  ○ Qhat iRthe title o yoTr copyrighted sor4k XyoTr s or4 iRTnitledj give a deℝcription o the contentRin the s or4.
  ○ Qhat type o copyrighted s or4 iRitlk
- ) nco Traged:
  ○ Qhen s aRit aTTborecR
  ○ Y y s hom s aRit aTTborecR
  ○ XportionRo_yoTr s or4 appear in thiℝvideoj s hat are the ℝpeci ic timeRtampRin thich thiRoccTfℝ

PideoRin HfeRion:

httpR//s.s.s_yoTTDe.com/s atchkvf wdEiℝZ1 ' Mqo

☐ Pideo Xemet video=

Wle o yoTr video: Gas uor4 wlooding ChaoRSYroo4lyn Sßong Xßand SDas 24 s ith Vrone

Content o Tnd in: 0:00:26 to 0:00:33

DeHeiR reRolved

Whe content liiRed belos haRßeen removed.

PideoRin HßeRion:

https://s.s.s_yoTlТbe.com/s atchkvf_C28Lbpz c6mM

Qe TRe a combination o aTromated RaRemiRand hTman rewies Rto proceRR removal reHßeRR

uoTr may tade bac4 yoTr claim o copyright in ringement at any time i yoTr change yoTr mind.

SWe uoTVtße Weam

Nere iRthe in ormation yoT lied in:

- Copyright 7 s ner Game TCompany Game i applicableⁿ Pirai VDM
- uoTr wIll ßegal Game Ʈ liaReʈ TRername Ror initialRnot acceptedⁿ Michael Clement
- uoTr Wtle or Kob 9 oRtion 'Qhat iRyoTr aTthority to ma4e thRcomplaintk= Vigial DightRManager
- [ ddreiRR
  - ◦ 210 Pea©ey Vrine
  - ◦ ChilderR Trigi [ 8 350ZZ
  - ◦ ( E
- [ Rername: Copyright Management
- ] mail [ ddreiR copyright@viraidrm.com
- 9 hone: 256ø26ø/Sü/ZJ

- ( D8 o allegedly in ringoing video to be removed:
  https://s.s.s_yoTlТbe.com/s atchkvf_C28Lbpz c6mM
- VeiRcriße the s or4 allegedly in ringed: My company organiQation or clientR video
  - ◦ Wle o video: NTrricane Xalia RamRworida SßoarRRnaRhing bridge rom Rom RTrge
  - ◦ EoTrce o video: s˙ ˙ C1˙ [ 6SD
  - ◦ Wpe o video: Xternet video
  - ◦ Qhere doeRthe content appeark
  - ◦ We content appeaRRin the targeted video rom 0:02:22 to 0:02:26 :
    https://s.s.s_yoTlТbe.com/s atchkvf_C28Lbpz c6mM Xkif 1ZZ
    XappeaRRin yoTr RoTrce video rom 0:00:0J to 0:00:11 :
    https://s.s.s_yoTlТbe.com/s atchkvf.s˙ ˙ C1˙ [_6SD&kf J

- ( D8 o allegedly in rinoging video to be removed:
  https://s.s.s_yoTlТbe.com/s atchkvf_wdEiRZ'[ Mtoo
- VeiRcriße the s or4 allegedly in ringed: My company organiQation or clientR video
  - ◦ Wle o video: Gas uor4 wlooding ChaoRSYroo4lyn Sßong Xßand S Das 24 s ith Vrone
  - ◦ EoTrce o video: Lew TYJp5Ns
  - ◦ Wpe o video: Xternet video
  - ◦ Qhere doeRthe content appeark
  - ◦ We content appeaRRin the targeted video rom 0:00:26 to 0:00:33 :
    https://s.s.s_yoTlТbe.com/s atchkvf_wdEiRZ'[ Mtoo&kf 26

7 n Gov -J 2023 uoTWbe Copyright

- CoTnTry s here copyright appleR [ E
- XRate ( GV / I D 9 ) GJ 8W 7 w 9 ) DX[ Du that:
  ○ Xam the os ner] or an agent aTThoriQed to act on behal ○ the os ner
    ○ a ne: clTRve rght that lRallegedly in ringed.
  ○ Xvave a good  aith belie  that the TRe ○ the material in the manner
    complained o  iRnot aTThoriQed by the copyright os ner] liRagent[ or
    the las • and
  ○ WiRnoII ication iRacc:Trate.
  ○ XecAnos ledge that Tnder Eection 5127=o  the VMC[  any periRon
    s ho 4nos ingly materially miRepreRentRthat material or activity iR
    in ringing may be RTb ect to liability or damageR
  ○ XTnderRand that abTRe ○  thiRtool s ill reRTlt in termination o  my
    uoTWbe channel.
- [  ThoriQed EignaTire: Michael Clement

Nelp Center © mail 7 ptionR

uoT received thiRemail to provide in ormation and TpdateRaro Tnd yoTr
uoTWbe channel or acco Tnt.

▶ YouTube

B 2021 `oogle 88C d/b/a uoTWbej _01 Cherry [ vej Ean Y rTnoj CL _Z066

---



## Copyright Infringement Notification Confirmation

Wand yoT or yoTr RTbmiRRon XiRTnder revies  to enRTre it iRvaid and
indTdeRaII re Tltied elementR Oe s ill reply to thiRemaiI s hen s e4e ta4en
action on yoTr reRHeR uoT can alRo chec4 on the RaITRo  yoTr ta4edos n
reRHeR in the Wemoval reRHeRHtab s hich iR o Tnd in the Copyright Rection o
yoTr channel.

Nere iRthe in ormation yoT  illed in:

- Copyright 7 s ner Game 7Company Game i  applicable= Pirai VDM
- uoTr will Begal Game 7  liaReR  TRemameRor initialRnot accepted=
  Michael Clement
- uoTr WMe or Kob 9 oRtion 7Q hat iRyoTr aTThonty to ma4e thiRcomplaintk=
  Vigilai DightRManager
- [ ddreRR
  ○ 210 PeaQey V rive
  ○ ChilderRo Trgi [ 8 350ZZ
  ○ [ E
- [ Rename: Copyright Management
- ) mail [ ddreRR copyright@vridm.com
- 9 hone: 256SZ6J SIJ ZJ

- ( D8 o  allegedly in ringing video to be removed:

httpR/Js s s_yoTlTbe.com/s atchkvf.C28Lbpz.c6mM

- VeRcribe the s or4 allegedly in ringed: My companyj organiQation or clientR video
  ○ Wle o video: NTiricane Xialia RamiRwlorldaSbocatRmaRhing bridge rom Rom Rfge
  ○ EoTrce o video: s ` ` C1  ¦ 6SD
  ○ Wype o video: Xiernet video
  ○ Qhere doeRthe content appeark
  ○ We content appearRin the targeted video rom 0:02:22 to 0:02:26 :
  httpR/Js s s_yoTlTbe.com/s atchkvf.C28Lbpz.c6mM&tf 1Z2
  XappearRin yoTr RvTrce video rom 0:00:0J to 0:00:11 :
  httpR/Js s s_yoTlTbe.com/s atchkvf.s ` ` C1  ¦ 6SD&tf.J

- ( D8 o allegedly in ringing video to be removed:
  httpR/Js s s_yoTlTbe.com/s atchkvf.wdEHRZ'1_Mqo
- VeRcribe the s or4 allegedly in ringed: My companyj organiQation or clientR video
  ○ Wle o video: Ges uord wooding ChaoRSYroo4lyn Stong Xland S Das Z4 s ith Vrone
  ○ EoTrce o video: L+xxTYJp5Ns
  ○ Wype o video: Xiernet video
  ○ Qhere doeRthe content appeark
  ○ We content appearRin the targeted video rom 0:00:26 to 0:00:33 :
  httpR/Js s s_yoTlTbe.com/s atchkvf.wdEHRZ'1_Mqo&tf 26
  XappearRin yoTr RvTrce video rom 0:00:Z_ to 0:00:53 :
  httpR/Js s s_yoTlTbe.com/s atchkvf.L+xxTYJp5Ns &tf Z_

- CoTritry s here copyright applieR (_E
- XRate ( GV) D 9 ) Gt 8Wo 7 w 9 ) DK( Du that:
  ○ Xam the os nerj or an agent aTthoriQed to act on behal  o the os ner o an e; clTRe right that Ralegedly in ringed.
  ○ Xeave a good  aith belie  that the TRe o the material in the manner complained o  iRnot a TthoriQed by the copyright os nerj itRagentj or the las + and
  ○ WiiRnoti ication iRaccTrate.
  ○ Xeo4nos ledge that Tnder Eection 512?=o the VMCf  any perRon s ho 4nos ingly materialy miRrepreRentRthat material or activity iR in ringing may be RDbect to liability or damageR
  ○ XfnderRtand that abTTe o  thiRtool s ill reRTlt in termination o  my uoTWbe channel.
- [ TthoriQed EignatTre: Michael Clement

StWe uoTWbe Weam

Nelp Center © mail ZationR

uoT received thiRemail to provide in ormation and TpdateRaro Tnd yoTr uoTWbe channel or accoTnt.

[ YouTube ]

B 2021 _ oogle 88C d/b/a uoTWbej _01 Cherry l vej Ean Yr Tnoj Cl _Z066

7 n Gov J j 2023 copyright@xtralqm.com s rote:
Pideo XjR C28Lbpz c6mMj wdEHRZ'1_Mqo

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 9:22:57 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AXBICHFYTZHCVDBHC3XSGHZYNMI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3vdtz798cgb4d07@google.com>
Date: Thu, Nov 16, 2023 at 12:16 PM
Subject: [AXBICHFYTZHCVDBHC3XSGHZYNMI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=JBJJBqOVjaTc

https://www.youtube.com/watch?v=R62E2sQJAL0

https://www.youtube.com/watch?v=wOmCx3RkFx0

https://www.youtube.com/watch?v=xgQ6UILwArY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM

Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=J8JJBgOVjaTc

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - ○ Source of video: 6pImOaxdAO4
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - The content appears in the targeted video from 0:00:06 to 0:00:09 :
  https://www.youtube.com/watch?v=J8JJBgOVjaTc&t=6
  It appears in your source video from 0:01:15 to 0:01:16 :
  https://www.youtube.com/watch?v=6pImOaxdAO4&t=75

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=R62E2sQJAL0

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW
  - ○ Source of video: 53Iwz5wydhg
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - The content appears in the targeted video from 0:00:00 to 0:00:05 :
  https://www.youtube.com/watch?v=R62E2sQJAL0&t=0
  It appears in your source video from 0:00:10 to 0:00:15 :
  https://www.youtube.com/watch?v=53Iwz5wydhg&t=10

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=mM1_a_SRcF4

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - ○ Source of video: ygGLqD4a0jM
  - ○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:00 to 0:00:05 :

https://www.youtube.com/watch?v=mM1_a_SRcF4&t=0

It appears in your source video from 0:02:25 to 0:02:30 :

https://www.youtube.com/watch?v=xgGLqD4a0jM&t=145

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=xwOmCx3RkFy0

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!

○ Source of video: 6pImOavdAO4

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:17 to 0:00:20 :

https://www.youtube.com/watch?v=xwOmCx3RkFy0&t=17

It appears in your source video from 0:01:13 to 0:01:16 :

https://www.youtube.com/watch?v=6pImOavdAO4&t=73

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=xgQ6UlLwArY

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW

○ Source of video: 53lwz5wydhg

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:23 to 0:00:25 :

https://www.youtube.com/watch?v=xgQ6UlLwArY&t=23

It appears in your source video from 0:00:18 to 0:00:19 :

https://www.youtube.com/watch?v=53lwz5wydhg&t=18

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@xtraldrm.com wrote:

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=mM1_a_SRcF4

  ○ Title of your copyrighted work: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  ○ Type of copyrighted work: Internet video/ motion picture
  ○ When was it authored?: May 7, 2023
  ○ By whom was it authored?: Reed Timmer
  ○ Where does the content appear?
  ○ The content appears in the targeted video from 0:00:00 to 0:00:05 : https://www.youtube.com/watch?v=mM1_a_SRcF4
     It appears in your source video from 0:02:25 to 0:02:30 : https://www.youtube.com/watch?v=qGLqD4a0lM

On Wed, Nov 15, 2023 at 9:51 PM YouTube Copyright <youtube-disputes+3xdtz798cpb4d07@google.com> wrote:

 YouTube

Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Add video details Action needed

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful.

- Required:
  ○ What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  ○ What type of copyright work is it?
- Encouraged:
  ○ When was it authored?
  ○ By whom was it authored?
  ○ If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=mM1_a_SRcF4

☐ Video (Internet video)

Title of your video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri

Content found in 0:00:00 to 0:00:05

Under review

We need more time to review the information you provided for the video(s) below. We'll get back to you once we've completed our review.

Videos in question:

https://www.youtube.com/watch?v=IBJBgOVjaTg

☐ Video (Internet video)

Title of your video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!

Content found in: 0:00:06 to 0:00:09

https://www.youtube.com/watch?v=R62E2sOJAL0

☐ Video (Internet video)

Title of your video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW

Content found in: 0:00:00 to 0:00:05

https://www.youtube.com/watch?v=vOmCx3RkFy0

☐ Video (Internet video)

Title of your video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!

Content found in: 0:00:17 to 0:00:20

https://www.youtube.com/watch?v=xgO6UlLwArY

☐ Video (Internet video)

Title of your video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW

Content found in: 0:00:23 to 0:00:25

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:

- https://www.youtube.com/watch?v=IBJBgOVjaTc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - Source of video: 6plnlOaxdAO4
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:00:06 to 0:00:09 :
    https://www.youtube.com/watch?v=IBJBgOVjaTc&t=6
    It appears in your source video from 0:01:15 to 0:01:16 :
    https://www.youtube.com/watch?v=6plnlOaxdAO4&t=75

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=R62E2sQJAL0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW
  - Source of video: 53lwzSwythg
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=R62E2sQJAL0&t=0
    It appears in your source video from 0:00:10 to 0:00:15 :
    https://www.youtube.com/watch?v=53lwzSwythg&t=10

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=mM1_a_SRcF4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - Source of video: ygGLqD4a0JM
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=mM1_a_SRcF4&t=0
    It appears in your source video from 0:02:25 to 0:02:30 :
    https://www.youtube.com/watch?v=ygGLqD4a0JM&t=145

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vOmCx3RkFp0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - Source of video: 6plnlOaxdAO4
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:00:17 to 0:00:20 :
    https://www.youtube.com/watch?v=vOmCx3RkFp0&t=17
    It appears in your source video from 0:01:13 to 0:01:16 :
    https://www.youtube.com/watch?v=6plnlOaxdAO4&t=73

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qO6UlLwArY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW

On Nov 15, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US

---

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

  - Source of video: 53Iwz5wydhg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:23 to 0:00:25 :
    https://www.youtube.com/watch?v=agO6UlLwAnY&t=23
    It appears in your source video from 0:00:18 to 0:00:19 :
    https://www.youtube.com/watch?v=53Iwz5wydhg&t=18

- Username: Copyright Management
- Email Address: copyright@viralsfm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iBJJBgOVjaTc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - Source of video: 6pImOaxdAO4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:06 to 0:00:09 :
    https://www.youtube.com/watch?v=iBJJBgOVjaTc&t=6
    It appears in your source video from 0:01:15 to 0:01:16 :
    https://www.youtube.com/watch?v=6pImOaxdAO4&t=75

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=R62E2sQJAL0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW
  - Source of video: 53IwzSlwydhg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=R62E2sQJAL0&t=0
    It appears in your source video from 0:00:10 to 0:00:15 :
    https://www.youtube.com/watch?v=53IwzSlwydhg&t=10

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=mM1_a_SRcF4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - Source of video: ygGLqD4a0jM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=mM1_a_SRcF4&t=0
    It appears in your source video from 0:02:25 to 0:02:30 :
    https://www.youtube.com/watch?v=ygGLqD4a0jM&t=145

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=wOmCx3RkFp0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - Source of video: 6pImOaxdAO4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:17 to 0:00:20 :
    https://www.youtube.com/watch?v=wOmCx3RkFp0&t=17
    It appears in your source video from 0:01:13 to 0:01:16 :
    https://www.youtube.com/watch?v=6pImOaxdAO4&t=73

- URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=xgO6lJLwArY

- Describe the work allegedly infringed: My company, organization or clients video
  - ○ Title of video: INSIDE: A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW
  - ○ Source of video: 53lwz5wydhg
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:00:23 to 0:00:25 : https://www.youtube.com/watch?v=xgO6lJLwArY&t=23
    It appears in your source video from 0:00:18 to 0:00:19 : https://www.youtube.com/watch?v=53lwz5wydhg&t=18

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

On Nov 15, 2023 copyright@viraktm.com wrote:

Video IDs: JBJBgrOVjaTc, R62EzsQJAL0, mMf1_a_SRcF4, wOmcCx2RKFy0, xgO6lJLwArY

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:59:30 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [Xl W2CGl 567B 6QZ'Y] ЕіТ J WZMb7oSYS- e Copyright Complaint + S mission

jjjjjjjjj Forwarded message jjjjjjjjj
From: **YouTube Copyright** <yoSS_ejdispQes_3dp-NSsicnp64Q@google.com>
Date: Mon u ov 13  2023 at 6:31AM
+S  **ісt:** [Xl W2CGl 567B 6QZ'Y] ЕіТ J WZMb7oSYS- e Copyright Complaint + S mission
Yo: <copyright@viraldrm.com>



ki Copyright Management

Yhanf  yoS4r yoSr response. T e'Ve reviewed it and provided Spdates - elow.

**Request resolved**

Yhe content listed - elow has - een removed.

Videos in qSestion:

https://www.yoSS-e.com/watch?v=2J qdk 8 YPK9f

https://www.yoSS-e.com/watch?v=Ef1J PG1 C0hN

_____

T e Sse a com- ination o4qiStomated systems and hShan reviews to
process removal reqSests.

7oSsmaytai4e – acf  yoSr claim o4copyright in4ingement at any time i4yoSchange
yoSr mind.

j Yhe 7oStYSe e Yeam

_____

k ere is the in4ormation yoS4illed in:

Copyright ( wner u ame )Company u ame i4applica- lel: Viral DRM
7oSr FSl zegal u ame )Xliases  Ssernames or initials not accepted(: Michael
Clement

/oʒʳ Ƴitle or tɔ- Position )Ⅰ hat is yoʒʳ aʒthority to matʳe this complaint?Ⅼ:
Digital Rights Manager
Xddress:
210 VeaⅬey Drive
Childers- Ʒrg Xz 39055
Z+
Zsername: Copyright Management
Ⅰmail Xddress: copyright1@viraidrm.com
Phone: 296j26QⅭⅮ5Ϙ

ƵRz o4aⅼlegedly in4inging video tɔ - e removed:
https://www.yoSⱾS- e.com/watch?v=2Ⅰgdk 8 YPKɡf
Descri- e the worƒ allegedly in4inged: My company organiⱴⅼtion or clientʹs
video

○  Ƴitle o4video: Pⅼ zXR+YRXYⅼ +PⅼⱴJ RⅫ Ⲥz( ƵⅮ+ )nacreoⱾs cloSisⱼ.
     ⲨMⅼJ zXP+J j +enⅼ4 2020
○  +oʒʳce o4video: Ꞡoak mƺhq98N
○  Ⲩype o4video: Ꞃemet video
○  ⲦⅠ here does the content appear?
   Ⲩhe content appears in the targeted video 4om 0:09:9x to 0:06:01 :
   https://www.yoⱾⱾS- e.com/watch?v=2Ⅰgdk 8 YPKɡf_Ⅰ=39x
   Ⲱappears in yoⲤ9 soʒʳce video 4om 0:00:1Ϙto 0:00:20 :
   https://www.yoⱾⱾS- e.com/watch?v=Ꞡoak mƺhq98N_Ⅰ=1Ϙ

ƵRz o4aⅼlegedly in4inging video tɔ - e removed:
https://www.yoⱾⱾS- e.com/watch?v=Ꞓrⅼ1 PGⅠ ϘhtN
Descri- e the worƒ allegedly in4inged: My company organiⱴⅼtion or clientʹs
video

○  Ƴitle o4video: FꝪⅼ evolⱥion o4- eaꝪ&Ꝺ tornado near Ⲧray Ⲥ( on May Ϙ
     2016
○  +oʒʳce o4video: icⲤP×4By78
○  Ⲩype o4video: Ꞃemet video
○  ⲦⅠ here does the content appear?
   Ⲩhe content appears in the targeted video 4om 0:00:30 to 0:00:32 :
   https://www.yoⱾⱾS- e.com/watch?v=Ꞓrⅼ1 PGⅠ ϘhtN_Ⅰ=30
   Ⲱappears in yoⲤ9 soʒʳce video 4om 0:03:96 to 0:03:9N:
   https://www.yoⱾⱾS- e.com/watch?v=icⲤP×4By78_Ⅰ=236

ⲤoꞀhtry where copyright applies: Z+
Ⲱate ƵuⅮJ Ⅰ R PJ u XzY7 ( Ꞓ PJ REƵR7 that:

○  Ⲱam the owner or an agent aꝪhorⅠLed to act on - ehaⅼ4o4the owner o4an
     e&ⅽⱣsive right that is allegedly in4inged.
○  Ⲱave a good 4iⅼth - elie44hat the Sse o4the material in the manner
     complained o4is not aꝪhorⅠⱳd - y the copyright owner  its agent  or the
     law; and
○  Ⲩhis no4i4cation is accᵌrate.
○  Ⲱacⅼ nowledge that Ꞗnder +ection 912)Ⅹ�config4the DMⲤX any person who
     f nowingly materially misrepresents that material or activity is in4inging

( n uov 11  2023 copyright@viraldrm.com wrote:

k ello
For this lirf : Xdrien MaStiSt is the copyright owner j https://www.yoSS_e.com/watch?v=2l qdk 8 YPK9f
For this lirf : Reed Yimmer is the copyright owner j https://www.yoSS_e.com/watch?v=Erl1 PGf QOhN

Xttached are the agreements stating we are aShortiLbd to manage the rights 4or their videos.
Yharif yoS

( n T ed uov N 2023 at 9:12ARM 7oSYS e Copyright <yoSS-aidisiStes_3dp- NSicnp64Q@google.com> wrote:



k i Copyright Management

Yharif yoS4or yoS removal reqSest. T e've reviewed yoS reqSest and need
some more information 4rom yoS- e4bre we can proceed. Please read the entire
email care4lly 4or a complete Spdate o4each video's statSs.

u eed more in4o Xction needed

Worder to remove the content in qSestion  we mSt con4rm that yoSare the
copyright owner or the copyright owner's aShoriLbd representative. W4yoS are
acting as an aShoriLbd representative  please let Ss f now. For each ZRez
please identi4y the copyright owner yoSare representing.

7oSmay tal e – acf_yoSr claim o4copyright in4ingement at any time i4yoS change
yoSr mind.

j Yhe 7oSYS e Yeam

k ere is the in4ormation yoS44lled in:

• Copyright ( wner uame )Company uame i4applica- IeL: Viral DRM
• 7oS FSl zegal uame )Xliases  Ssernames or initials not acceptedL:
  Michael Clement
• 7oS Ytle or Eo– Position )T hat is yoS aShority to mal e this complaint?L:
  Digital Rights Manager
• Xddress:
  ◦ 210 VeaLby Drive
  ◦ Childers – Srg Xz 39055
  ◦ Z+
• Z sername: Copyright Management

may - e sS- Ief;L to lia- Iity 4or damages.
  ◦ Wnderstand that a– See o4this tool will resSlt in termination o4my 7oSYS e
    channel.

XShoriLbd + ignatSre: Michael Clement

k elp Center • J mail ( ptions

7oSreceived this email to provide in4ormation and Spdates aroSnd yoS
7oSYS e channel or accoSnt.

© 2021 Google zzC dr-/a 7oSYS e x01 Cherry Xxe + an BrSno  CX x5066

- J mail Xddress: copyright@viraldrm.com
- Phone: 296j26qQ5Q

- ZRz o4allegedly in4inging video to - e removed:
  https://www.yoSS- e.com/watch?v=2l.gdk.8.YPK9f
- Descri- e the worf allegedly in4inged: My company organi4tion or clients video
  - Ytfle o4video: Pj zXR + YRXYt + Pk J RlØ Czj ZD+ )nacreoSs dloSt5LYlMLzXP+ J j + erllt 2020
    - +oSrce o4video: Goak mSng98N
    - Ype o4video: Wemet video
    - T here does the content appear?
    - Yhe content appears in the targeted video 4om 0:0.99x to 0:06:01 :
      https://www.yoSS- e.com/watch?v=2l.gdk.8.YPK9f_t=39x
      Wappears in yoS soSrce video 4om 0:00:1Qto 0:00:20 :
      https://www.yoSS- e.com/watch?v=Goak.mSng98N_t=1Q

- ZRz o4allegedly in4inging video to - e removed:
  https://www.yoSS- e.com/watch?v=Ef1 PGf OhhN
- Descri- e the worf allegedly in4inged: My company organi4tion or clients video
  - Ytfle o4video: FSfl evolStion o4- eaSi4Sl tornado near T ray C(  on May Q 2016
    - +oSrce o4video: icCP+4By78
    - Ype o4video: Wemet video
    - T here does the content appear?
    - Yhe content appears in the targeted video 4om 0:00:30 to 0:00:32 :
      https://www.yoSS- e.com/watch?v=Ef1 PGf OhhN_t=30
      Wappears in yoS soSrce video 4om 0:03.96 to 0:03:9N:
      https://www.yoSS- e.com/watch?v=icCP+4By78_t=236

- CoSntry where copyright applies: Z+
- Wtate ZuDJ R P J u Xz Y7 ( F P J REZR7 that:
  - Wam the owner  or an agent aSthori4ed to act on - ehal4o4the owner o4an e8clSsive right that is allegedly in4inged.
  - Wave a good 4aith - elie4that the Sse o4the material in the manner complained o4is not aSthori4ed - y the copyright owner  its agent or the law; and
  - Yhis noti4cation is accSrate.
  - Wac4nowledge that Snder + ection 912)4o4the DMCX any person who 4nowingly materially misrepresents that material or activity is in4rnging may - e sS- Hct to lia- ility 4or damages.
  - W6nderstand that a- Sse o4this tool will resSlt in termination o4my 7oSYS- e channel.
  - XShori4ed + igna4Sre: Michael Clement

Kelp Center • J mail ( ptions

7oSreceived this email to provide in4ormation and Spdates aroSSnd yoS 7oSYS- e channel or accoSfit.

 YouTube

© 2021 Google zzC d/- /a 7oSYS- e x01 Cherry Xve + an BrSno CX x5066

 YouTube

# Copyright Infringement Notification Confirmation

Yhan*f* yoS*t*4*r* yoS sS- mission. *W*is S*r*y*d*er review to ens*S*re it is valid and incl*S*des all req*S*red elements. T e will reply to this email when we've taf en action on yoS req*S*est. 7oScan also chec*f* on the stat*S*s o4yoS t*f* edown req*S*est in the "Removal req*S*ests" *t*a_ which is 4o*S*rd in the Copyright section o4 yoS channel.

*k* ere is the in4ormation yoS 4*l*led in:

- Copyright ( wner *u* ame )*C*ompany *u* ame I4applica- *l*el.: Viral DRM
- 7oS *F*S*l* zegal *u* ame )X*l*iases *S*sernames or initials not accepted):
  Michael Clement
- 7oS *f* Y*l*tle or *E*b~ Position )T *f* at is yoS a*S*thority to ma*f* e this complaint?*l*:
  Digital Rights Manager
- X*d*dress:
  ○ 210 Vea*l*by Drive
  ○ Childers- S*f* g Xz 39055
  ○ Z+
- Z se*r*name: Copyright Management
- J mail X*d*dress: copyright@viraldrm.com
- Phone: 296)26Q*C*Z*S*Q

- ZR*f*z o4allegedly in4inging video to ~ e removed:
  https://www.yoS*S*- e.com/watch?v=2I gd*f* 8 YPK9*f*
- Descri~ e the wor*f* allegedly in4inged: My company organi*Z*ution or clients video
  ○ *Y*itle o4video: P*l* z XR + YRXY*f* +P*x* J R*I*Ø Cz*f* ZD+ )*x*acreo*S*s
    cI*o*S*d*sL *Y*M*l*z XP+ J *i* eni*A* 2020
  ○ +o*S*rce o4video: G*o*a*f* m*S*h*ci*9N
  ○ Y*f* pe o4video: *V*ernet video
  ○ T here does the content appear?
    *Y* he content appears in the targeted video 4*r*om 0:09:8x to 0:06:01 :
    https://www.yoS*S*- e.com/watch?v=2I gd*f* 8 YPK9*f*_ t=39x
    *V*appears in yoS so*S*rce video 4*r*om 0:00:1*Q*to 0:00:20 :
    https://www.yoS*S*- e.com/watch?v=Goa*f* m*S*h*ci*9N_ t=1Q

- ZR*f*z o4allegedly in4inging video to ~ e removed:
  https://www.yoS*S*- e.com/watch?v=Erl1 PG*f* O*h*N
- Descri~ e the wor*f* allegedly in4inged: My company organi*Z*ution or client's video
  ○ *Y*itle o4video: *F*S*l* evol*S*tion o4~ ea*S*i*f*4*l* tornado near T ray C( on
    May Q 2016
  ○ +o*S*rce o4video: i*c*CP*x*4*J*y78
  ○ Y*f* pe o4video: *V*ernet video
  ○ T here does the content appear?
    *Y* he content appears in the targeted video 4*r*om 0:00:30 to 0:00:32 :
    https://www.yoS*S*- e.com/watch?v=Erl1 PG*f* O*h*N_ t=30
    *V*appears in yoS so*S*rce video 4*r*om 0:03:96 to 0:03:9N:
    https://www.yoS*S*- e.com/watch?v=i*c*CP*x*4*J*y78_ t=236

- CoS*f*try where copyright applies: Z+
- *V*8ate Z*u*DJR P.*l* u Xz*Y*7 ( *F* PJ REZ*R*7 that:
- *V*8m the owner ~ or an agent a*S*thor*l*zed to act on ~ e*h*al4o4the owner

- o൴an e&ც൴ive right that is allegedly in൴nged.
- ○ ൴ave a good ൴it൴ - e൴e൴that the ౮൴e o൴the material in the manner complained o൴is not a౮ho൴ƄЋd - y the copyright owner  its agent or the law, and
- ○ ౮his noti൴cation is acc౮rate.
- ○ ൴c൴ nowledge that ౮nder ൴ ection 9123౴ o൴the DMCX  any person who ൴nowingly materially misrepresents that material or activity is in൴nging may - e s౮৴ec৴ to ൴a-൴ity ൴r damages.
- ○ ൴൴nderstand that a- ౮ee o൴this tool will res౮৴ in termination o൴my 7o౮Y౮ e channel.
- • X౮hon൴bद + ৴gnat౮e: Michael Clement

j ৴he 7o౮Y౮ e ৴eam

<u>൴elp Center</u> • <u>౴mai൴ ৴ ptions</u>

7o౮౮received this email to provide in൴mation and ৴pdates aro౮nd yo౮౴ 7o౮Y౮ e channel or acco౮nt.

▶ YouTube

© 2021 Google ｚｚC d৴-৴a 7o౮Y౮ e x01 Cherry X౴e ৴an ᏴᴆᏚᴑ CX x5066

( n u o৴ Q 2023 <u>copyright@viraldrm.com</u> wrote:

Video ൴৴s: 2৴ gdk 8 YPK9৴  ᴇᴦ᳚ PG৴ ᏟᴑhN

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:32:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BGAYH7JON3QDHQS4PDEOAMDAPU] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+00j2k3usoo9zw07@google.com>
Date: Mon, Nov 13, 2023 at 4:51 AM
Subject: [BGAYH7JON3QDHQS4PDEOAMDAPU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=FF4TRCCTTc

https://www.youtube.com/watch?v=SBHU4kau4mA

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=FiF4TRcC1Tc

Describe the work allegedly infringed: My company, organization or client's

video

- ○ Title of video: Undulatus Asperatus Sunset
- ○ Source of video: rq3lqckbl_E
- ○ Type of video: Internet video
- ○ Where does the content appear?

The content appears in the targeted video from 0:07:06 to 0:07:10 :

https://www.youtube.com/watch?v=FiF4TRcC1Tc&t=426

It appears in your source video from 0:00:48 to 0:00:58 :

https://www.youtube.com/watch?v=rq3lqckbl_E&t=48

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=SBHU4kau4mA

Describe the work allegedly infringed: My company, organization or client's

video

- ○ Title of video: The RAW POWER of Hurricane Michael in Panama City.

Sound & visuals in 4K

- ○ Source of video: C6zGEMMMjws
- ○ Type of video: Internet video
- ○ Where does the content appear?

The content appears in the targeted video from 0:12:52 to 0:12:56 :

https://www.youtube.com/watch?v=SBHU4kau4mA&t=772

It appears in your source video from 0:01:36 to 0:01:45 :

https://www.youtube.com/watch?v=C6zGEMMMjws&t=96

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Mike Olbinski is the copyright owner - https://www.youtube.com/watch?v=FIF4TRCCiT7c
For this link: Daniel Robinson is the copyright owner - https://www.youtube.com/watch?v=SBHU4kau4mA

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:56 PM YouTube Copyright <youtube-disputes+b2fy3usoo9zw07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

• Copyright Owner Name (Company Name if applicable): Viral DRM
• Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
• Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
• Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
• Username: Copyright Management

may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FIF4TRCCIT7c
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Undulatus Asperatus Sunset
  - ○ Source of video: rq3lqckbt_E
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:07:06 to 0:07:10 :
    https://www.youtube.com/watch?v=FIF4TRCCIT7c&t=426
    It appears in your source video from 0:00:48 to 0:00:58 :
    https://www.youtube.com/watch?v=rq3lqckbt_E&t=48

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=SBHU4kau4mA
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: The RAW POWER of Hurricane Michael in Panama City: Sound & visuals in 4K
  - ○ Source of video: C6zGEMMMjws
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:12:52 to 0:12:56 :
    https://www.youtube.com/watch?v=SBHU4kau4mA&t=772
    It appears in your source video from 0:01:36 to 0:01:45 :
    https://www.youtube.com/watch?v=C6zGEMMMjws&t=96

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FiF4TRcCiT7.g
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Undulatus Asperatus Sunset
  ○ Source of video: rg3lqckbI_E
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:07:06 to 0:07:10 :
    https://www.youtube.com/watch?v=FiF4TRcCiT7.c&t=426 :
    It appears in your source video from 0:00:48 to 0:00:58 :
    https://www.youtube.com/watch?v=rg3lqckbI_E&t=48

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=SBHU4kau4mA
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: The RAW POWER OF Hurricane Michael in Panama City. Sound & visuals in 4K
  ○ Source of video: C6zGEMMNjws
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:12:52 to 0:12:56 :
    https://www.youtube.com/watch?v=SBHU4kau4mA&t=772 :
    It appears in your source video from 0:01:36 to 0:01:45 :
    https://www.youtube.com/watch?v=C6zGEMMNjws&t=96

- Country where copyright applies: US
- I state, UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: FF4TRCCT7c, SBHU4kau4mA

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 : 5:65PVM
**To:** Diral Rs M <viraldrm@wiplaF.com>
**Subject:** [ Fd5XC6s I 6VWs 2J G7s EMEMQ RZY7] 3Y] uJ oTl Tbe Copyright Complaint S Tbmiwwion

-------- [ orF-arded mewwage --------
[ romsYouTube **Copyright** <yoTlTbe-diwoTlewwQphTPmTc: 1bj_0N@google.com>
Rate5STr4_ov 124/2023 at 3:50MM
STbect5XC6s I 6VWs 2J G7s EMEMQ RZY7] 3Y] uJ oTl Tbe Copyright Complaint S Tbmiwwion
I o5<copyright@viraldrm.com>



f i Copyright Management4

I han'  yoT qr yoTr rewponwe. Qe'xe revieF ed it and provided TpdatewbeloF.

**Request resolved**

I he content lwted beloF hawbeen removed.

Dideowin =Tewlon5

httpwllF:FF.yoTlTbe.comFatcb6vKHOnSGddEej_g

httpwllF:FF.yoTlTbe.comFatcb6vKCyJ (: )bn( ic

Qe Twe a combination oqaTlomated wywtemwand hTlman revieF wto
procewwremoval re=Tewlx

] oT may lal_e bac'_yoTr claim oqcopyright inqringement at any time iqyoT change
yoTr mind.

- I he ] oTl Tbe I eam

f ere iwthe inqrmation yoT qlled in5

Copyright OFner   ame lCompany   ame iqapplicable5Diral Rs M
] oTr[ Tll Legal   ame I Hiawew4Twemamewor inilalwnot accepted5Michael
Clement

J o I r I tle or J ob Vowtion LUhat I wyo I r a tthonty to ma e thwcomplant8z5

Rigital s ightwManager

Hddrew6

210 Dea' ey Rrive

Childevb Trg4HU390j j

&S

&wemame5Copyright Management

Email Hddrew6copyright@wraidrm.com

Vhone5296-26N-NN N

&s Uoqallegedly inginging video to be removed5

http://FFF_yo1TTbe.com/F.atch8xKHOhSGddEej_g

Rewcribe the For' allegedly ingringed5My company4organi' ation or clientw video

○ I itle oqvideo5Rrone qotage oqHndover tornado Filh color correction
○ SoTrce oqvideo5http://fib.F.atch/oe_S0CFTS/
○ I ype oqvideo5jntemet video
○ Qhere doewthe content appear8

I he content appearwin the targeted video qtom 05D1St9 to 05D: St2 5

http://FFF_yo1TTbe.com/F.atch8y/4tOhSGddEej_g: HON

_t appearwin yoTr woTrce video8http://fib.F.atch/oe_S0CFTS/

&s Uoqallegedly inginging video to be removed5

http://FFF_yo1TTbe.com/F.atch8xKCyI L_) bnLic

Rewcribe the For' allegedly ingringed5My company4organi' ation or clientw video

○ I itle oqvideo5j Til evoITlion oqbea Tic4Ttornado near Qray4CO on May N4 2016
○ SoTrce oqvideo5icN/Pt43yJ Y
○ I ype oqvideo5jntemet video
○ Qhere doewthe content appear8

I he content appearwin the targeted video qtom 05D9:5J 0 to 05D63P 5

http://FFF_yo1TTbe.com/F.atch8xKCyI L_) bnLic: HON_ic: tK3L 0

_t appearwin yoTr woTrce video qtom 05D33S9 to 05D3:5 J 5

http://FFF_yo1TTbe.com/Pt43yJ Y:-tK1: 9

CoTntry Fhere copyright appliew6&S

_wate & _REs_VE_HU J_OJ_VEs_) &s_| that5

○ _am the oFner4or an agent aThor1' ed to act on behalqoqthe oFner oqan e, cITwive right that iwallegedly inqinged.
○ _have a good qaith belieqthat the Twe oqthe material in the manner complained oqiwnot aTthor1' ed by the copyright oFner4twagent4or the laF+ and
○ I hiwnotiqication iwaccTrate.
○ _ac' noF'ledge that Tnder Section 912Uqoqthe RMCH any pervon Fho ' noFringly materially miwreprewentwhat material or activity iwinqringing may be wTbiect to liability qor damagew
○ _Tndervtand that abTwe oqthiwtool Fill rewIlt in termination oqmy J oTl Tbe

channel.

HTthori' ed SignalTre5Michael Clement

f elp Center ©Email Optionw

] oT received thivemail to provide inqrmation and Tpdatewaro Tnd yoTr
] oT Tbe channel or acco Tnt.



B 2021 Voogle UJC d/b/a ] oTl Tbe4P01 Cherry Hve4San G Tno4CH R 066

On   ov 1142023   copyright@viraldrm.com Frote5

f ello4
[ or thiviln' 5s eed I immer iwthe copyright of Frer - httpvit:FFF yoTlTbe comF atotbivt4OhSGdsIeu g
[ or thiviln' 5s eed I immer iwthe copyright of Frer - httpvit:FFF yoTlTbe comF atotbivtKOyJ (.) bnUc

Httaching are the agreementwwtating Fe are aTthori' ed to manage the rightwqr their videow
I hani' yoT4

On Q ed4   ov : 42023 at 2.86AMM ] oTl Tbe Copyright <yoTlTbe-diwqTtew4DphTPmTfc: 1bj_ 0N@google com> Frote5



f i Copyright Management4

I hani' yoT qvr yoTr removal re=Text, Q exe revieF ed yoTr re=Text and need
wome more inqrmation qrom yoT beqzre Fe can proceed. Vieawe read the entire
email careqTljy qvr a complete Tpdate oqeach videowwtaTlw

eed more inqp Hction needed

n order to remove the content in =Tewtion4Fe mTivt conqzm thatyoT are the
copyright oFrer or the copyright oFnerwaTthori' ed repreventative._qyoT are the
acting awan aTthori' ed repreventative4please let Tiv' noF= [ or each &s U4
please identiqy the copyright oFrer yoT are repreventing.

] oT may jal e bacl' yoTr claim oqcopyright inqngement at any time iqyoT change
yoTr mind.

- I he ] oTl Tbe I eam

f ere iwthe inqrmation yoT qled in5

* Copyright OF ner    ame lCompany   ame iqapplicatbc5Dirai Rs M
* ] oTr [ Tll legal    ame LHiavew4Twernamewor initialwnot acceptedz5
  Michael Clement
* ] oTr I itle or ] ob Vowition LQhat iwyoTr aTlhonly to ma' e thivcomplaint8z5
  Riglal s ightwManager
* Hddrew6
  ○ 210 Dea' ey Rrive
  ○ Childevo Trg4HU390j j
  ○ &S
* &wername5Copyright Management
* Email Hddrew6copyright@viraldrm.com
* Vfone5296-26N·NN N

- &s U ocqallegedly inqriging video to be removed5
  http:v//FFF.yoTTbe.com/FaIrcbVd4OnSGddEej.g
- Rewrqbe the F or' allegedly inqringed5My company4organi' ation or clientw video
  - I itle oqvdeo5Rrone qpotage oqHrdover tornado F ilth color correction
  - SoTrce oqvdeo5http:v4fb.F.atchXoe_S0CFTS/
  - I ype oqvdeo5rrternet video
  - Qhere doewthe content appear8
  - I he content appearwin the targeted video qrom 03013:9 to 03013: 5 to 03013: 5 2:5
  http:v//FFF.yoTTbe.com/FaIrcb4xHOnSGddEej.g_tK9g
  _t appearwin yoTr woTrce video5http:v4fb.F.atchXoe_S0CFTS/

- &s U ocqallegedly inqriging video to be removed5
  http:v//FFF.yoTTbe.com/FaIrcb4XOjy(_)_bnLic
- Rewrqbe the F or' allegedly inqringed5My company4organi' ation or clientw video
  - I itle oqvdeo5q TIl evolTtion oqbea ThqfI tornado near Q ray4CO on May N42016
  - SoTrce oqvdeo5icNVP43yI Y
  - I ype oqvdeo5rrternet video
  - Qhere doewthe content appear8
  - I he content appearwin the targeted video qrom 03035:0 to 05063P 5
  http:v//FFF.yoTTbe.com/FaIrcb4xHOjy(_)_bnLic_tK5j.0
  _t appearwin yoTr woTrce video qrom 0303539 to 0303j j 5
  http:v//FFF.yoTTbe.com/FaIrcb4xGoNVP43sjI Y_tKt_9

- CoTntry F here copyright applievo6&S
- _vtate & _REs_VE_HIJ J_OJ_VEs j &s j_thatI5
  - _am the oF ner4or an agent aTlhori' ed to act on behalqoqthe oF ner oqan e, cTWve right that wallegedly inqringed.
  - _have a good qaith belieqthat the Twe oqthe material in the manner complained oqiwnot aTlhori' ed by the copyright oF ner4itwagent4or the laF* and
  - I hiwnotiqication iwacc Trate.
  - _ac' noF ledge that Tnder Section 912qa'cqthe RMCH any penvon Fho ' noF ingly materially miwrepreventwhat material or activity iw inqriging may be wTbject to liability qor damagew
  - _Trderwtand that abTve oqthiwtool F ill rewTlt in termination oqmy J oTl Tbe channel.
- HThori' ed Signat Tre5Michael Clement

---

f elp Center ©Email Optionv

J oT received thiwemail to provide inqrmation and Tpdatewaro Tnd yoTr
J oTl Tbe channel or acco Tnt.

  YouTube

B 2021 Woogle UIC d/b/a J oTl Tbe4P01 Cherry Hve4San Gr Tno4CH P_066

# Copyright Infringement Notification

On _ov N42023 J oTl Tbe Copyright

# Confirmation

I han ` yoT qr yoT wΠmiwwon. I wΠder reveF to enwΠre it iw waid and incΠdewal re=Πred elementiw Q e Fill reply to thiwemail FΠen FeΠe ta' en action on yoΠr re=Tewl. ] oT can alwo chec` on the waΠwoqoΠr ta' edoΠn re=Tewl in the x= removal re=Tewwelab FΠich iwqΠnd in the Copyright wection oq yoΠr channel.

f ere iwthe inqrmation yoT`qlled in5

- Copyright OFΠer`ame LCompany`ame iiapplicablee5DΠraI Re M
- ] oΠ [ ΠΠ Πegal `ame LΠilawew4Πwernamewor inΠialwnot acceptede5
  Michael Clement
- ] oΠ Πitle or ) ob Vowition LQΠat iwyoΠr aΠΠorΠy to ma' e thiwcomplaint8z5
  Πigital w ightwManager
- Πddrew6
  ○ 210 Dea' ey Πrive
  ○ Childenw Πrg4HU390j j
  ○ &S
- &wername5 Copyright Management
- Email Πddrew6 Πcopyright@wraldnm.com
- VΠone5296-26NNΠj N

- &s U oqallegedly inqriging video to be removed5
  httpw6iFFF.yoΠΠΠbe.comΠF atchΠ8vΠΠOΠSGΠdEei g
- Rewribe the For` allegedly inqrged5Mly company4organi'aΠion or clientiw video
  ○ Πitle oqvideo5Rrone qpotage oqΠndover tornado Fith color
    correction
  ○ SoΠce oqvideo8httpw6ip F atchΠce_S0CFTS/
  ○ I ype oqvideo5 Πrernet video
  ○ QΠere doewthe content appear8
  Πhe content appearwin the targeted video qrom 0901ΠΠ9 to 0Π0: ΠΠ2 5
  httpw6iFFF.yoΠΠΠbe.comΠF atchΠ8vΠΠOΠSGΠdEei g: i8KΠ9
  Πappearwin yoΠr woΠrce video8httpw6ip F atchΠce_S0CFTS/

- &s U oqallegedly inqriging video to be removed5
  httpw6iFFF.yoΠΠΠbe.comΠF atchΠ8vΠΠyU ( _ )bnΠ_ic
- Rewribe the For` allegedly inqrged5Mly company4organi'aΠion or clientiw video
  ○ Πitle oqvideo5 ΠΠi evoΠΠion oqbeaΠΠiqΠ tornado near Q ray4CO on
    May Nΐ2016
  ○ SoΠce oqvideo5icNΠP Π3jΠ Y
  ○ I ype oqvideo5 Πrernet video
  ○ QΠere doewthe content appear8
  Πhe content appearwin the targeted video qrom 0905Π9 to 0Π063ΠP 5
  httpw6iFFF.yoΠΠΠbe.comΠF atchΠ8vΠΠyU ( _ )bnΠ_ic: iKΠΠ0
  Πappearwin yoΠr woΠrce video qrom 0Π03Π9 to 0Π03Πj j 5
  httpw6iFFF.yoΠΠΠbe.comΠF atchΠ8vΠΠGcNΠP Π3jΠ Y_iKΠ: 9

- CoΠntry FΠere copyright appliew6&S
- Πdate & `REs_VFΠ ΠΠ ] Ql_VEs }&s ] that5
  _am the oF ner4or an agent aΠhorΠ' ed to act on behalqoqthe oF ner
    oqan e_cΠiwe right that iwallegedly inΠrnged.
  ○ _ have a good qaiΠ belieqthat the Πwe oqthe material in the manner
    complained oqiw not aΠhorΠ' ed by the copyright oF ner4Πwagent4or
    the IaΠF+ and
  ○ I hiw noΠΠcaΠon iw accΠrate.
  ○ _ac'noFΠedge that Πider Section 912Πzqoqthe RMCΠ any perwon
    Πno ` noΠ ingly materially miwrepreventwthat material or activity iw

infringing may be wTdiect to liability qpr damagew
  ○  Tndemand that abTwe oqthiwtool Fill rewTlt in termination oqmy
     ] oTl The channel.
  • HTlthoiT ed SignatTreSMichael Clement

- I he ] oTl The I eam

f elp Center ©Email OptionW

] oT received thiwemail to provide inqrmation and TpdatewaroTnd yoTr
] oTl The channel or accoTnt.

▶ YouTube

B 2021 Woogle UJC d/b/a ] oTl Tbe4P01 Cherr
y Hvee4San GrTno4CH Fl 066

On  ov N42023 copyright@xiraldrm.com Frote5

Dideo_Rv6HOhSGddEej g47yJ( : ) brt ic

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:22:06 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [C6ZCLW25ATDGTVWOOIQJ7645CI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Sun, Nov 12, 2023 at 11:34 AM
Subject: Fwd: [C6ZCLW25ATDGTVWOOIQJ7645CI] YouTube Copyright Complaint Submission
To: <viraldrm@sriplaw.com>, Joel Rothman <joel@sriplaw.com>, Brandon Clement <brandon@wxchasing.com>

This is another concerning email.
The claim was only filed a few days ago.  It was never actioned in the first instance.

YouTube removed one video, but are refusing to action the other due to advising we had failed to respond to a counter notification.
Upon searching for https://www.youtube.com/watch?v=H_laoaV9Fkw the first correspondence regarding this was around 5 days ago during the takedown request.

I have never seen an email like this before from YouTube.

Daniel Shaw.

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0eeekl7uu4mu407@google.com>
Date: Mon, Nov 13, 2023 at 3:35 AM
Subject: [C6ZCLW25ATDGTVWOOIQJ7645CI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response.

We've removed some of the videos in your notification. Please read the entire email carefully for a complete update of each video's status.

**Request 1 ecvinel**

We received a counter notification from the uploader of the video(s) listed below in response to a previous notification you submitted regarding this material.

As we stated when we provided you with the counter notification, you were given 10 days to provide us with evidence that you had filed an action seeking a court order against the counter notifier to restrain the allegedly

infringing activity.

That time has expired and the appropriate course of action, should you wish to pursue the matter further, is to do so directly with the user. We are unable to provide further assistance.

Videos in question:

https://www.youtube.com/watch?v=H_IaoaV9Fkw

▢ Video (hitenet video)

Title of your video: Unfortunately looking the lava in with a gate doesn't work either. More incredible video from today.

Content found in: 0:01:16 to 0:01:21

To learn more about copyright, go to YouTube's Copyright Center. If you still think this copyright removal request is valid, you may appeal this decision. Learn more about your resolution options.

---

**Request resodel**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=EPeOkKK8b14

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=EPeOkKK8b14

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: THUNDER SNOW! Blizzard with over a dozen close-range lightning strikes in Mammoth Mountain, CA
- ○ Source of video: hCFoOuSUdyE
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:14:44 to 0:14:50 :
  https://www.youtube.com/watch?v=EPeOkKK8b14&t=884
  It appears in your source video from 0:00:00 to 0:00:06 :
  https://www.youtube.com/watch?v=hCFoOuSUdyE&t=0

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=H_laoaV9Fkw

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
- ○ Source of video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:01:16 to 0:01:21 :
  https://www.youtube.com/watch?v=H_laoaV9Fkw&t=76
  It appears in your source video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ The notification is received.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=EFeOkKK6b14
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=H_laoaV9Fkw

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:53 PM YouTube Copyright <youtube-disputes+0eeekl7u44mal07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

• Copyright Owner Name (Company Name if applicable): Viral DRM
• Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
• Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
• Address:
  ○ 210 Veazey Drive

- ○ Childersburg, AL 35044
- ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=EPeOkKK8b14
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: THUNDER SNOW! Blizzard with over a dozen close-range lightning strikes in Mammoth Mountain, CA
  - ○ Source of video: hCFoOuSUdyE
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:14:44 to 0:14:50 :
    https://www.youtube.com/watch?v=EPeOkKK8b14&t=884
    It appears in your source video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=hCFoOuSUdyE&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=H_laoaV9FKw
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More in incredible video from today.
  - ○ Source of video: https://www.facebook.com/watch/?
    ref=search&v=6388836764432668&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:01:16 to 0:01:21 :
    https://www.youtube.com/watch?v=H_laoaV9FKw&t=76
    It appears in your source video: https://www.facebook.com/watch/?
    ref=search&v=6388836764432668&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright

▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=EPeOkKK8b14
- Describe the work allegedly infringed: My company, organization or client's
  video
  ○ Title of video: THUNDER SNOW! Blizzard with over a dozen close-
    range lightning strikes in Mammoth Mountain, CA
  ○ Source of video: hCFo0uSUoyE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:14:44 to 0:14:50 :
    https://www.youtube.com/watch?v=EPeOkKK8b14&t=884
    It appears in your source video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=hCFo0uSUoyE&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=H_laoaV9FKw
- Describe the work allegedly infringed: My company, organization or client's
  video
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't
    work either. More incredible video from today.
  ○ Source of video: https://www.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=0a6f484c-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:16 to 0:01:21 :
    https://www.youtube.com/watch?v=H_laoaV9FKw&t=76
    It appears in your source video: https://www.facebook.com/watch?

ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbb98c&q=Have%20gate&_rdc=2&_rdr

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: EPeOkKK8b14, H_laoaV9Fkw

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 5:56:21 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [CDATUKCVFJUE55BCLCXtY33EB4] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 4:35 PM
Subject: Fwd: [CDATUKCVFJUE55BCLCXtY33EB4] YouTube Copyright Complaint Submission
To: brenda@wxchasing.com <brenda@wxchasing.com>, copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2n92cczfbeg7s07@google.com>
Date: Tue, Nov 14, 2023 at 11:42 AM
Subject: [CDATUKCVFJUE55BCLCXtY33EB4] YouTube Copyright Complaint Submission
To: <stormhighway@gmail.com>



Hi Dan Robinson,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=fADXOzb1t3Q

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
Address:
301 West Illinois Street Apt B
New Baden, IL 62265
US
Username: Dan Robinson
Email Address: stormhighway@gmail.com
Phone: 618-920-0811

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=fADXOzb1BQ
Describe the work allegedly infringed: My video

o  Title of video: ULTIMATE Compilation of Car & Truck Slides / Spinouts in Bad Weather! High Quality Cameras
o  Source of video: gY0gda12pXg
o  Type of video: Internet video
o  Where does the content appear?
   The content appears in the targeted video from 0:09:00 to 0:09:05 :
   https://www.youtube.com/watch?v=fADXOzb1BQ&t=540
   It appears in your source video from 0:02:01 to 0:02:06 :
   https://www.youtube.com/watch?v=gY0gda12pXg&t=121

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
o  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
o  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
o  This notification is accurate.
o  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
o  I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Daniel J. Robinson

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

On Nov 14, 2023 YouTube Copyright

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the 'Prevent copies' feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
- Address:
  - 301 West Illinois Street Apt B
  - New Baden, IL 62265
  - US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fADXQzb19GQ
- Describe the work allegedly infringed: My video
  - Source of video: gYtgda12pXg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:00 to 0:09:05 :
    https://www.youtube.com/watch?v=fADXQzb19GQ&t=540
    It appears in your source video from 0:02:01 to 0:02:06 :
    https://www.youtube.com/watch?v=gY0gda12pXg&t=121

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Daniel J. Robinson

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 stormhighway@gmail.com wrote:

Video IDs: fADXOzb1I3Q

stormhighway.com - cisinternet.net - icyroadsafety.com

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 11:24:03 7 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d: fCP23| Q 2KVWKK3i  U SKTM2BEVZYୟ  uob[ b- e Copyright Complaint +b- miRRon

ୟୟୟୟୟୟ wors arded meRRge ୟୟୟୟୟୟ
wrom: **YouTube Copyright** <yotdb- e6fiRbtteR2rgRnh5dc2s_RDN@google.com>
Vate: MondႎECov 1382023 at 213 7M
+b- **A**ct: fCP23| Q 2KVWKK3i  U SKTM2BEVZYୟ  uob[ b- e Copyright Complaint +b- miRRon
[ o: <copyright@viraldm.com>



j i Copyright Managemen8

[ hanf  yob 'or yobr rePponRe. U eୟe revies ed it and provided bpdateR- elos.

**Request resolved**

[ he content liRed - elos  haR- een removed.

PideoRin 5beRion:

httpR/is s yobtb- e.com/s atch?v=ZJBhMU_N5K

httpR/is s yobtb- e.com/s atch?v=Xuv_VPEOf

U e bRe a com- ination o' abomated RୟRemRand hbman revies Rto
proceRR removal re5beRR

uob may taf e – adᵒ yobr claim oᵒ copyright in'ringement at any time iᵒ yob change
yobr mind.

9[ he uob[ b- e [ eam

j ere iRthe in'ormation yob 'illed in:

Copyright Bs ner Eame GୟCompany Eame iᵒ applica- le(: Pbral VDM
uobr wbll Ougal Eame GୟiaRbRbRemameRtor initialRrot accepted(: Michael
Clement

uob r[ itle or Lo~ / oH ton Ȝ hat iHȝ or aothority to mat ҽ th Htcomplaint'r'(:

Ⅴ ig ital DightRManager

WdrefR

210 Peaȝ ȅ y Ⅴ rive

ChilderR brgȜ WO340-H

T+

TRename: Copyright Management

Ȝ mail WdrefR copyright@ⅴ iraldrm.com

7 hone: 2469 26 NȜ H-H

TDOo' allegedly in'ringing video to ~ e removed:
http R//s s s_yobtb~ e.com/s atch?ⅴ=ZⅠBⅠ MⅡ_ NⅪ K

V eRcri~ e the s or f  allegedly in'ringed: My company Ȝ organi Ȝ e Ⅼ on or client fR
video

○ [ itle o' video: wⅪ ll eⅴ o Ⅼ Ⅼ on o' ~ eab Ⅱ bⅠ tornado near U ray Ȝ CB  on May Nȣ
2016

○ + ob rce o' video: ich Ⅴ J' X ȣ yu K

○ [ ype o' video: Ȝ lemet video

○ U here doe fRthe content appear?

[ he content appearRin the targeted video 'rom 0:03:03 to 0:03:43 :

http R//s s s_yobtb~ e.com/s atch?ⅴ=ZⅠBⅠ MⅡ_NⅪ K_z t=1_3

Ȝ appear fRin yob r Rob rce video 'rom 0:02:1Hto 0:03:2, :

http R//s s s_yobtb~ e.com/s atch?ⅴ=ich Ⅴ J' X ȣ yu K z t=13H

TDOo' allegedly in'ringing video to ~ e removed:
http R//s s s_yobtb~ e.com/s atch?ⅴ=Ⅹ uu ⅴ_Ⅴ PE ȌⅠ

V eRcri~ e the s or f  allegedly in'ringed: My company Ȝ organi Ȝ e Ⅼ on or client fR
video

○ [ itle o' video: wⅪ ll eⅴ o Ⅼ Ⅼ on o' ~ eab Ⅱ bⅠ tornado near U ray Ȝ CB  on May Nȣ
2016

○ + ob rce o' video: ich Ⅴ J' X ȣ yu K

○ [ ype o' video: Ȝ lemet video

○ U here doe fRthe content appear?

[ he content appearRin the targeted video 'rom 0:01:44 to 0:02:33 :

http R//s s s_yobtb~ e.com/s atch?ⅴ=Ⅹ uu ⅴ_ⅤPE ȌⅠ z t=114

Ȝ appear fRin yob r Rob rce video 'rom 0:02:1Hto 0:03:2, :

http R//s s s_yobtb~ e.com/s atch?ⅴ=ich Ⅴ J' X ȣ yu K z t=13H

Co Ⅼ n try s here copyright applie fR T+

ȌRate T EⅤⅤ ZⅠ D 7 ZEⅤ Ȍ Ⅼ u Bw 7 ZDⅬ TDu that:

○ Ȍ am the o s ner Ȝ or an agent a Ⅼ th or Ⅺ ed to act on ~ eha Ⅰ' o' the o s ner o' an
e' cb Rⅴ e right that iRalleged Ⅼ y in'ringed.

○ Ȍ ave a good' aith ~ elie' that the bRe o' the material in the manner
complained o' iRnot a Ⅼ th or Ⅺ ed ~ y the copyright o s ner Ȝ iRagent Ȝ or the
las Ⅺ and

○ [ hiRno Ⅼ' ication Ⅰ Ractcrate.

○ Ȍ ac f nos ledge that b nder + ection 412 Ȍ Ⱬ o' the VMCWany per Ron s ho
f nos ingly materiall y mi Rep reRen tRthat material or activity i Rin'ringing

Bn Ecv 1182023 copyright@vraldrm.com s role:

- TDOo' allegedly in'ringing video to - e removed: httpR/is s.s_yobtb- e.com/s atch?v=Z-jBhI4ILl_N6K

  - [lte o' yobr copyrighted s orf : wdil evoltuion o' - eabti' bI tornado near U ray8CB on May N82016
  - [ype o' copyrighted s orf : lɛɛrnet video/ motion picture
  - U hen s aRit abthored?: Mar 1 J8201,
  - @ys hom s aRit abthored?:  Deed [ immer
  - U here doeRthe content appear?
  [he content appearRin the targeted video 'rom 0:03:03 to 0:03:43: httpR/is s.s_yobtb- e.com/s atch?v=Z-jBhI4ILl_N6Kz t=1_3
  @appearRin yobr Rbrce video 'rom 0:02:1H to 0:03:2_: httpR/is s.s_yobtb- e.com/s atch?v=icfW_J XQyuKz t=13H

- TDOo' allegedly in'ringing video to - e removed: httpR/is s.s_yobtb- e.com/s atch?v=Xuv_VPEQf

  - [lte o' yobr copyrighted s orf : wdil evoltuion o' - eabti' bI tornado near U ray8CB on May N82016
  - [ype o' copyrighted s orf : lɛɛrnet video/ motion picture
  - U hen s aRit abthored?: Mar 1 J8201,
  - @ys hom s aRit abthored?:  Deed [ immer
  - U here doeRthe content appear?
  [he content appearRin the targeted video 'rom 0:01:44 to 0:02:33 : httpR/is s.s_yobtb- e.com/s atch?v=Xuv_VPEQf z t=114
  : httpR/is s.s_yobtb- e.com/s atch?v=icfW_J XQyuKz t=13H

@appearRin yobr Rbrce video 'rom 0:02:1H to 0:03:2_,

may - e Rb - Act to lia- lilty or damageR
  - QnderRand that a- bRe o' thiRtool s ill reRlt in termination o' my uob[ b- e channel.

Without Xed + ignatre: Michael Clement

j elp Center x Zmail B ptionR

uob received thiRemail to provide in'ormation and bpdateRarobnd yobr uob[ b- e channel or accobnt.



: 2021 - oogle CCC d/- /a uob[ b- e8J01 Cherry Wee8+an @rbno8CWJH66

---

Bn U ed8Ecv_82023 at 6:4_, WM uob[ b- e Copyright <yobtb- e8IiRbbeR ZrgRrh5dc2s_ RDN@google.com> s role:



j i Copyright Management8

[ harf 'yob 'or yobr removal re5boR. U e]ve revies ed yobr re5boR and need Rome more in'ormation 'rom yob - e ore s e can proceed. 7 leaRe read the entire email care'blly 'or a complete bpdate o' each videoXRratboR

Wtd video detailRVtaction needed

uobr identi'ication o' the Rpeci'ic copyrighted s orf at iRRbe iRbndear. [ o identi'y the Rpeci'ic s orf  allegedly in'ringed8anRs ering Rome or al o' the 'ollos ing 5beRionRis ill - e help'bl:

- DeRbired:
  - U hat iRthe title o' yobr copyrighted s orf ? Qyobr s orf iRbntitled8 give a deRcription o' the contentRin the s orf_.
  - U hat type o' copyrighted s orf iRRit?

- Zrcodraged:
  - U_en s aRit abbhored'?
  - @y s hom s aRit abbhored'?
  - Oporton Ro` yobr s orf appear in thiRvideo8s hat are the Rpeci`ic timeRtampRin s hich thiRoczbrR?

PideoRin SberRion:

httpR/ls s s_yotb-e.com/s atch?v=ZjB MlU N5K

☐ ▸ Pideo @temet video(

[ itle o` yobr video: wtll evolbtion o` - eabti'bl tornado near U ray8CB on May N8 2016

Content `obnd in: 0:03:03 to 0:03:43

httpR/ls s s_yotb-e.com/s atch?v=Xuux_VPEOf

☐ ▸ Pideo @temet video(

[ itle o` yobr video: wtll evolbtion o` - eabti'bl tornado near U ray8CB on May N8 2016

Content `obnd in: 0:01:44 to 0:02:33

uob may tal fe _ad_yobr claim o` copyright in'ringement at any time i` yob change yobr mind.

9[ he uob[ b- e [ eam

j ere iRthe in'ormation yob `illed in:

- Copyright Bs ner Eame (Company Eame i` applica-le( Poral VDM
- uobr wtll Oagal Eame @Ea-ReRRename Ror initialR not accepted(:
- Michael Clement
- uobr [ itle or Lo- 7 oRtion @U hat iRyobr abthority to ma[ e thiR complaint?(:
- Vigtial DightRManager
- WtdreiRR
  - 210 PeaXey Vrive
  - ChitderR brg8WO340 H
  - T+
- TRename: Copyright Management
- Zmail WtdreiRR copyright@viraldm.com
- 7 hone: 246926N N

- TOOo` allegedly in'ringing video to - e removed:
  httpR/ls s s_yotb-e.com/s atch?v=ZjB MlU N5K
- VeRcri- e the s orf allegedly in'ringed: My company&organiXation or clientR video

[ itle o` video: wtll evolbtion o` - eabti'bl tornado near U ray8CB on May N8 2016
  - +obrce o` video: icN7 J XoyuK
  - [ ype o` video: @temet video
  - U here doeRthe content appear?
  - [ here doeRthe content appearRin the targeted video `rom 0:03:03 to 0:03:43 :
  httpR/ls s s_yotb-e.com/s atch?v=ZjB MlU N5K: z t=1_3
  Oappear Rin yobr Rbrce video `rom 0:02:1H to 0:032_ :
  httpR/ls s s_yotb-e.com/s atch?v=icN7 J XoyuK z t=13H

- TOOo` allegedly in'ringing video to - e removed:
  httpR/ls s s_yotb-e.com/s atch?v=Xuux_VPEOf
- VeRcri- e the s orf allegedly in'ringed: My company&organiXation or clientR

video

- ○ [ itle o' video: wÁll evolÁtion o' - eabti'bl tornado near U ray8CB on
  May N2016
- ○ • orce o' video: ieÑJ J' X6yuK
- ○ [ ype o' video: ⓒamet video
- ○ U i here doeR the content appear?
  [ he content appearR in the targeted video 'rom 0:01:44 to 0:02:33 :
  httpR//s s s_yobtb- e.com/s atch?v=X6uv_VPEOÁ z t=114
  ⓒappearR in y6br R6brce video 'orm 0:02:11 H to 0:03:2, :
  httpR//s s s_yobtb- e.com/s atch?v=ieÑJ J' X6yuK z t=13H

- Cobntry s here copyright appÁeR T +
- ⓒRate TEV2D 7 ZⒺVⒸ] u B w 7 ZDLTDu that:
  - ○ ⓒam the os neRor an agent abthoriXed to act on - ehal' o' the os ner
    o' ane' cÁbRve right that it alegedly in'inged.
  - ○ ⓒave a good 'aith - elie' that the bRe o' the material in the manner
    complained o' iR not abthoriXed - y the copyright os ner8iRagent8or
    the las &and
  - ○ [ hiR noti'cation iR accbrate.
  - ○ ⓒacf nos ledge that bnder + ection 412Ⓒ] o' the VMC W any periRon
    s ho nos ingly materialy miRepreRentRthat material or activity iR
    in'inging may - e Rb- Åct to lia- ility or damageR
  - ○ ⓒbnderRtand that a- bRe o' thiR tool s ill reRÁt in termination o' my
    bob[ b- e channel.
- U i thoriXed + ignatbre: Michael Clement

i elp Center x Zmail B ptionR

bob received thiR emaiÁ to provide in'ormation and bpdate Rarobnd yobr
bob[ b- e channel or accobnt.



: 2021 - google CCC d'- /a bob[ b- e8JÓ1 CherryWe8R-an @tbno8C W J H066

# Copyright Infringement Notification
# Confirmation

[ hanf yob' or yob' R6- miR Rion. ⓒR bnder revies to enRbre it iR valid and
incÁbdeRalÁ reSbired elementR U e s iÁÁ reply to thiR email s hen s eÁve ta'en
action on yobr reSbeR R. bob can aÁRo chec' on the RtatbRo' yobr ta' edos n
reSbeR R in the Demoval reSbeR R la- s hich iR 'obnd in the Copyright Rection o'
yobr channel.

j ere iR the in'ormation yob 'ÁÁed in:

- Copyright Bs ner Eame ⓒompany Eame i' applica- le(: P bral VDM
- bob' wÁÁ Ocgai Eame OÁlaReRR6RBrename Ror initiaÁ R not accepted(:
  Michael Clement
- bobr [ itle or Lo- 7 oR tion ⒼU i hat iR yobr abthority to ma'e thiR complaint?(:
  V igilai DÁghtRManager
- WÁdreR R

- ○ 210 PeaXey V rive
  - ○ ChilderR brgßVO340H
  - ○ T+
- TRename: Copyright Management
- Zmail VdresRR copyright@xraidm.com
- 7hone: 24692©N**N·N**N

- TDOo' allegedly in'inging video to - e removed:
  httpsR//s s s_yobtb- e.com/s atch?v=ZjBtMlLl_N5K
- VeRcri- e the s orf allegedly in'inged: My company&organiXation or clientR
  video
  - ○ [ itle o' video: wxll evoltion o' - eabti'bt tornado near U ray&CB on
    May N82016
    - ○ +obrce o' video: icN7 J'X9yuK
    - ○ [ype o' video: Qternet video
    - ○ U here doeRthe content appear?
      [ he content appearRin the targeted video 'rom 0:03:03 to 0:03:43 :
      httpsR//s s s_yobtb- e.com/s atch?v=ZjBtMlLl_N5K z t=1_3
      ©appearRin yobr Rbrce video 'rom 0:02:1H to 0:03:2_ :
      httpsR//s s s_yobtb- e.com/s atch?v=icN7 J'X9yuK z t=13H

- TDOo' allegedly in'inging video to - e removed:
  httpsR//s s s_yobtb- e.com/s atch?v=xXuux_VPEQl
- VeRcri- e the s orf allegedly in'inged: My company&organiXation or clientR
  video
  - ○ [ itle o' video: wxll evoltion o' - eabti'bt tornado near U ray&CB on
    May N82016
    - ○ +obrce o' video: icN7 J'X9yuK
    - ○ [ype o' video: Qternet video
    - ○ U here doeRthe content appear?
      [ he content appearRin the targeted video 'rom 0:01:44 to 0:02:33 :
      httpsR//s s s_yobtb- e.com/s atch?v=xXuux_VPEQl z t=114
      ©appearRin yobr Rbrce video 'rom 0:02:1H to 0:03:2_ :
      httpsR//s s s_yobtb- e.com/s atch?v=icN7 J'X9yuK z t=13H

- Cobntry s here copyright applieR T+
- QRate TEV2D 7 ZEVCQ u B w 7 ZDLTDu that:
  - ○ Qam the os nerRor an agent abthonXed to act on - ehal' o' the os ner
    o' an e' cbRRve right that Rallegedly in'inged.
  - ○ Qhave a good 'aith - elie' 'hat the tiRe o' the material in the manner
    complained o' iRnot abthonXed - y the copyright os ner8iRagentBor
    the las &end
    - ○ [ hiRnoli'ication iRaccbrate.
    - ○ Qacf nos ledge that bnder + ection 412C 'j o' 'he VMCWany perRon
      s ho' nos ingly materially miRRepreRentRthat material or activity iR
      in'inging may - e RØ- Act to lia- lity or damageR
    - ○ QbderRand that a- bRe o' thiRtool s ill reRblt in termination o' my
      uob[ b- e channel.
- WxthonXed + ignatbre: Michael Clement

9[ he uob[ b- e [ eam

<u>i_elp Center</u> x <u>Zmail B ptionR</u>

uob received thiRemail to provide in'ormation and bpdateRarobnd yobr
uob[ b- e channel or accobnt.

 VouTube

: 2021 - oogle CCC d/- /a uob[ b- e8J01 Cherry Wee8+an©bno8CWJH066

Bn Eov N2023 copyright@viraldrm.com s rote:

Pideo Q/R ZiBhdU N5K8Xuuv, VPEQf

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 9:19:21 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [D5JV5ULVB2MTN2NGBCY5GL67RA] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0k86m7lhzo8x07@google.com>
Date: Sun, Nov 12, 2023 at 5:27 AM
Subject: [D5JV5ULVB2MTN2NGBCY5GL67RA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=CuFmKduleJE

https://www.youtube.com/watch?v=VqJ_I2_3pVY

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@vnraidrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=CuFmKoUejE

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: EF4 Photogenic Canada Day Tornado in Didsbury, Alberta.

○ Source of video: ii46SWhrZA

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:44 to 0:00:47 :

https://www.youtube.com/watch?v=CuFmKoUejE&t=44

It appears in your source video from 0:02:56 to 0:02:57 :

https://www.youtube.com/watch?v=ii46SWhrZA&t=176

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=eVuJ_l2_3pVY

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20

○ Source of video: y73ZV7S6Sz4

○ Type of video: Internet video

○ Where does the content appear? Custom thumbnail

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Aaron Jayjack is the copyright owner - https://www.youtube.com/watch?v=CuFmKoUejE
For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=VqJ_l2_3pYY

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 6:24 AM YouTube Copyright <youtube-disputes+0k86om7hzo8x07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

• Copyright Owner Name (Company Name if applicable): Viral DRM
• Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
• Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
• Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
• Username: Copyright Management
• Email Address: copyright@viraldrm.com
• Phone: 256-267-7747

• URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=CuFmKoUejE
• Describe the work allegedly infringed: My company, organization or client's
  video

- ○ Title of video: EF4 Photogenic Canada Day Tornado h Didsbury, Alberta.
  - ○ Source of video: ii46SWftrZA
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - ○ The content appears in the targeted video from 0:00:44 to 0:00:47 :
    https://www.youtube.com/watch?v=CuFmKoUaiEk&t=44
    It appears in your source video from 0:02:56 to 0:02:57 :
    https://www.youtube.com/watch?v=ii46SWfrZA&t=176

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VaJ_t2_3pVY
- Describe the work allegedly infringed: My company, organization or clients video
  - ○ Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madil Oklahoma 4-22-20
  - ○ Source of video: y73ZVT56S24
  - ○ Type of video: Internet video
  - ○ Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab which is found in the Copyright section of

On Nov 7, 2023 YouTube Copyright

your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=CuFmKoUejE
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: EF4 Photogenic Canada Day Tornado h Didsbury, Alberta.
  ○ Source of video: ii46SWIhiZA
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:44 to 0:00:47 : https://www.youtube.com/watch?v=CuFmKoUejE&t=44
    It appears in your source video from 0:02:56 to 0:02:57 : https://www.youtube.com/watch?v=ii46SWIhiZA&t=176

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=VqJ_lr2_3pVY
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madil Oklahoma 4-22-20
  ○ Source of video: y73ZVT56S24
  ○ Type of video: Internet video
  ○ Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your

YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: CuFmKoJJejE, VqJ_I2_3pVY

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:46:57 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [DEKKVQK74JYOGCROEYFOPTENJI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3og468hm84o0w07@google.com>
Date: Sat, Nov 11, 2023 at 6:28 PM
Subject: [DEKKVQK74JYOGCROEYFOPTENJI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=60Vvs9yEwT8

https://www.youtube.com/watch?v=xpW2VyYNts

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@wraldtm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=60Vvs9yEwT8

Describe the work allegedly infringed: My company, organization or client's

video

○ Title of video: LARGEST TORNADO EVER!!! From Birth to Death (w/
Radar & Commentary) 5-31-13

○ Source of video: Q7X3fyId2U0

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:08 to 0:00:12 :

https://www.youtube.com/watch?v=60Vvs9yEwT8&t=8

It appears in your source video from 0:02:59 to 0:03:12 :

https://www.youtube.com/watch?v=Q7X3fyId2U0&t=179

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=xoIW2VyYNIs

Describe the work allegedly infringed: My company, organization or client's

video

○ Title of video: Mayfield, Ky Tornado Damage Drone 4k

○ Source of video: ZaL1fidTEAk

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:02:36 to 0:02:49 :

https://www.youtube.com/watch?v=xoIW2VyYNIs&t=156

It appears in your source video from 0:02:06 to 0:02:07 :

https://www.youtube.com/watch?v=ZaL1fidTEAk&t=126

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an
exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner
complained of is not authorized by the copyright owner, its agent, or the
law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who
knowingly materially misrepresents that material or activity is infringing
may be subject to liability for damages.

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=60Vvs9vEwT8
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=xpW2VyVyNls

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 9:33 AM YouTube Copyright <youtube-disputes+3og468hm84o0w07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=60VvsSyEwT8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: LARGEST TORNADO EVER!!! From Birth to Death (w/ Radar & Commentary) 5-31-13
  - Source of video: Q7X3fyld2U0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:08 to 0:00:12 : :
    https://www.youtube.com/watch?v=60VvsSyEwT8&t=8
    It appears in your source video from 0:02:59 to 0:03:12 : :
    https://www.youtube.com/watch?v=Q7X3fyld2U0&t=179

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qoW2VyYNIs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Mayfield, Ky Tornado Damage Drone 4k
  - Source of video: ZaL1fldTEAk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:36 to 0:02:49 : :
    https://www.youtube.com/watch?v=qoW2VyYNIs&t=156
    It appears in your source video from 0:02:06 to 0:02:07 : :
    https://www.youtube.com/watch?v=ZaL1fldTEAk&t=126

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.





© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=60Vvs9vEwT8
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: LARGEST TORNADO EVER!!! From Birth to Death (w/ Radar & Commentary) 5-31-13
  ○ Source of video: Q7X3fykd2U0
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:08 to 0:00:12 :
    https://www.youtube.com/watch?v=60Vvs9vEwT8&t=8
    It appears in your source video from 0:02:59 to 0:03:12 :
    https://www.youtube.com/watch?v=Q7X3fykd2U0&t=179

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=noW2VyYNls
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Mayfield, Ky Tornado Damage Drone 4k
  ○ Source of video: ZaL1fioTEA4k
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:02:36 to 0:02:49 :
    https://www.youtube.com/watch?v=noW2VyYNls&t=156
    It appears in your source video from 0:02:06 to 0:02:07 :
    https://www.youtube.com/watch?v=ZaL1fioTEA4k&t=126

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  ○ This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 60Vvs9yEwT8, xpWl2VyNts

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 : 5l95lP VM
**To:** Diral Rs M <viraldrm@wiplaF.com>
**Subject:** [ F d5XRI W6J GフE OZYMiGCDMl [ 6uRT J 299bSɔ-+-j e Copyright Complaint , - j miwion

▨▨▨▨ orF-arded mewege ▨▨▨▨
[ romYouTube CopyrightK <yo-t-j eNlwo-1ew41w6w HR3h-w0J @google.com>
Rate5, -n uov 12 2023 at A5P PM
, - j lect5KRI W6J GフE OZYMiGCDMl [ 6uRT J 299bSɔ-+-j e Copyright Complaint , - j miwion
+o5<copyright@viraldrm.com>



f i Copyright Management

+han' yo- qolr yo-r rewponwe. E e%e revieF ed it and provided - pdatewj eloF.

### Request resolved

+he content liwted j eloF hawj een removed.

Dideowin =-ewlon5

httpv8/FFF.yo-t-j e.com/FatcbkvKA_GjDj wOZLM

httpv8/FFF.yo-t-j e.com/FatcbkvK r7rfE M3) +ec

E e -we a comj ination oga-tomated wvwtemwand h-man revieF wto
procewwremoval re=-ewbw

Sɔ- may la j ej ac' yo-r claim ojcopyright inolringement at any time iqyo- change
yo-r mind.

N+he Sɔ- +-j e +eam

f ere iwthe inqrmation yo- qjled in5

Copyright ) Fner uame lCompany uame iqapplicaj le5Diral Rs M
Sɔ- r [ -Il Gegal u ame LTiawew - wername wor inilialwnot acceptedz5Michael
Clement

So- r •tle or I o J  Vowtion Lt: hat I wyo– r a–thonty to ma  e thwcomplantlsæb

Rigital s ightwManager

Tddrew6

210 DeaLåy Rrive

Childenÿ - rg  T G3P099

Y,

Ywername5Copyright Management

Zmail T ddrew6copyrighti@viraldrm.com

Vhone52P61926j [¶] 9]

Ys Gocallegedly inqinging video to J e removed5

httpw8lFFF_yo-t-j e.com/Fatch8xKA_G¡D¡ wQ2¡ M

Rewcrjj e the For' allegedly inqinged5My company organiLbtion or clientw video

∘ •tile oqvideo5, evere , tornwwNRaniel, haF NVatreon Qive, tream

∘ , o–rce oqvideo5•¡ SGQ&MTVQ0a&

∘ •ype oqvideo55&æmet video

∘ E here doewthe content appear6

•he content appearwin the targeted video qtom 0506500 to 050650-0 5

httpw8lFFF_yo-t-j e.com/Fatch8yK4c_G¡D¡ wQ2¡ Mx tK360

&appearwin yo–r vwo–rce video qtom 29] 5] [5] 5

httpw8lFFF_yo-t-j e.com/Fatch8xKej_SGQ&MTVQ0a& lK100P¡

Ys Gocallegedly inqinging video to J e removed5

httpw8lFFF_yo-t-j e.com/Fatch8jK_r7rE_M3]_•sc

Rewcrjj e the For' allegedly inqinged5My company organiLbtion or clientw video

∘ •tile oqvideo5Ynd–lat–wTwperat–w, - rwet

∘ , o–rce oqvideo5r=3¡=c' ¡_Z

∘ •ype oqvideo55&æmet video

∘ E here doewthe content appear6

•he content appearwin the targeted video qtom 050500 to 050 050IP 5

httpw8lFFF_yo-t-j e.com/Fatch8jVK_r7rE_M3]_+scx1K600

&appearwin yo–r vwo–rce video qtom 0500159 to 0501500 5

httpw8lFFF_yo-t-j e.com/Fatch8jVc=3¡=c' ¡ L_Z x tk09

Co–ntry Fhere copyright appliewSY,

&wate YuRZs VZuTG=S] [ VZs I Ys S that5

∘ 8am the oFner or an a 'gent a–thoriLed to act on j ehalqoqthe oFner oqan

e¡ cl– wve right that iwallegedly inqinged.

∘ 8have a good qaith j eliecqhat the –we oqthe material in the manner

complained oqiwnot a–thoriLbd j y the copyright oFner itwagent  or the

laF• and

∘ •hiwnotiqication iwacc–rate.

∘ 8ac' noF'ledge that –nder , ection P12¡zqoqthe RMCT any penson Fho

' noF'ingly materially miwpreventwhat material or activity iwinqringing

mayj e w j lect to liaj ility qor damagew.

∘ &–nderwtand that aj –we oqthiwtool Fill rew•lt in termination oqmy Soc •• j e

channel.

T-thoriLbd, ignat-reSMichael Clement

f elp Center @Zmail ) pllonw

So- received thivemail to provide inqrmation and - pdateware- nd yo- r
So- +-j e channel or acco- rit.



B 2021 Qoogle QC d/j /a So-+-j e A01 Cherry Tve , an (r-no CT A9066

## f i Copyright Management

+hanl  yo- qpr-yo-r removal re=- ewt. E E'Ve revieF ed yo-r re=-ewt and need
wome more inqrmation qrom yo- j eqpre Fe can proceed. Vleave read the entire
email carecj qpr a complete - pdate opeach videovwtal- w

u eed more inqp T ction needed

& order to remove the content in =-ewtion Fe m-vt conqrm that yo- are the
copyright oFherr or the copyright oFnerwa-thoriLbd repreventative. &yo- are
acting awan a-thoriLbd repreventative  pleave let-v' noF-[ or each Y s G
pleave identiqy the copyright oF ner yo- are repreventing.

So- may [al e j ac' yo-r claim ocopyright inqringement at any time iqyo- change
yo-r mind.

N+he So- +-j e +eam

f ere iwithe inqrmation yo- q||ed in5

* Copyright ) Fner uame LCompany uame iqapplicaj lec5Diral Rts M
* So-r[ (-l Qepal uame LTiawew - vernamewor initialwnot acceptedz5
  Michael Clement
* So-r +itle or l qj Vovulion lE hat iwyo-r a-thority to ma' e thivcomplaintBz5
  Rigital s ightwManager
* T cdrew6
  ○ 210 Deaubey Rive
  ○ ChildeNy - rg  T G3P099
  ○ Y,

* Ywername5Copyright Management
* Zmail T cdrew6copyright@viraldrm.com
* Vhone52P6N26j [¶] 9]

) n u ov 11  2023  copyright@viraldrm.com  Frote5

f ello

[ or thiwin'i 5ueFwMedia ueiFor' iwthe copyright oF ner Nttpw&lFF F yo-t-j e.comlFatch8vKA; G D; wQ2l_M
[ or thiwin 5MiF e l } imw i iwthe copyright oF ner Nttpw&lFF F yo-t-j e.comlFatch8vK (7 /E M3} +ec

T tached are the agreementwtating Fe are a-thoriLbd to manage the rightwqr their videow
+hanl  yo-

) n E ed  u ov :  2023 at 3\30 fM So- +-j e &Nlwp- tewt1w9Iwj hP33n-wjl @google.comP Frote5







- Y s Gocpallegedly inqringing video to j e removed5
  http∞///FFF.yo-t-j.e.com/F atch8vKA. Cj Dj_wQZl_M
- Rewcrij e the F or allegedly inqringed5My company organi∪ation or clientw
  video
  ○ ∘tle oqvideo5. evere. tomvwNRaniel. haF N∨atreon Gve. tream
  ○ ...o- rce oqvideo5rj SGcQ/MTV∨oa &
  ○ ∘type oqvideo5Eternet video
  ○ E here doewthe content appear8
  ○ •he content appearwin the targeted video qom 05J65J0 to 05J65J0 5
    http∞///FFF.yo-t-j.e.com/F atch8vKA. Cj Dj_wQZl_M×tK360
    &appearwin yo- r wo- rce video qom 25J] 5J] to 2 5J] 5J] 5
    http∞///FFF.yo-t-j.e.com/F atch8vKcj_SGcQ/MTV∨oa &tK100PL

- Y s Gocpallegedly inqringing video to j e removed5
  http∞///FFF.yo-t-j.e.com/F atch8vKcf-r7rE.M3j.+ec
- Rewcrij e the F or allegedly inqringed5My company organi∪ation or clientw
  video
  ○ ∘tle oqvideo5Ynd- lat-wT wperat-w. -rwet
  ○ ...o- rce oqvideo5r-3j=c j_L_Z
  ○ ∘type oqvideo5Eternet video
  ○ E here doewthe content appear8
  ○ •he content appearwin the targeted video qom 05J05J0 to 05J05JP 5
    http∞///FFF.yo-t-j.e.com/F atch8vKcf-r7rE.M3j.+tec×tK600
    &appearwin yo- r wo- rce video qom 05J0J09 to 05J1 5J0 5
    http∞///FFF.yo-t-j.e.com/F atch8vKc=3j=c j_L_Zx tK09

- Co-ntryFhere copyright applievEY.
- &ate Yu:RZs_VZu TC=S j_| VZs | Y s S that5
  ○ &am the oF ner or an agent a-thoriLed to act on j ehalpoqthe oF ner
    oqan e: cl-wre right that I∨allegedly inqringed.
  ○ &have a good qaith j elieqthat the -we oqthe material in the manner
    complained oqi∨not a-thoriLed j y the copyright oF ner inⅴagent or
    the laF+ and
  ○ •hiwnotiqication i∨acc- rate.
  ○ &ac' noF ledge that -nder. ection P12uqcqthe RMCT any perwon
    Fho' noF ingly materially mivreprewentwhat material or activity iw
    inqriging may j e w j Iect to lia j iIity qpr damagew
  ○ & ∩derwand that aj -we oqthiwtool Fill rew It in termination oqmy
    So- +-j e channel.
- T-thoriLed. ignat-re5Michael Clement

_f elp Center ©Zmail_) pti∘nw

So- received thivemail to provide in∮rmation and --pdatewaro- nd yo-r
So- +-j e channel or acco-nt.

## Copyright Infringement Notification

B 2021 Qoogle QC d/j/a So- +-j e. A01 Cherry Tve.. an (r-no. CT.A9066

## Confirmation

+han΄ yo- qr΄ yo- r΄ w j΄ miwwon. &vw~nder revieF΄ to enw΄re it iwvald and
ind΄-dewall re=~ired elementiv E΄ e FIll reply to thiwemail΄ Fhen F΄eΊe ta΄ en
action on yo~ r re=~ewΊ. So~ can alwo΄ checΊ on the wtat-woqo~ r΄ ta΄ edoF΄n
re=~ewΊ in the 'w removal΄ re=~ewΊ΄ laj΄. Fhich iwq~nd in the Copyright wection oq
yo~ r΄ channel.

f΄ ere iwithe inqrmation yo~ q΄ied in΄5

* Copyright ) Fner΄ uame ΊCompany΄ uame iqaplica j΄ lezΊDral΄Rw M
* So~ r [΄ -Il Gagal΄ uame ΊTΊawew - wernamewor΄ initialwnot accepted΄z5
  Michael Clement
* So~ r΄ +itle or l΄ oj΄ Vowlion ΊE hat΄ iwyo~ r΄ a~thority to ma΄ e thiwcomplaint΄&z5
  Rigital ightwManager
* T΄drewΊ6
  ○ 210 Deal΄ey΄ Rrive
  ○ Childewy - rg΄ TG3P099
  ○ Y΄.
* Ywername΄5΄Copyright Management
* Ζmail΄T΄drewΊ5copyright@΄viraldrm.com
* Vhone΄ΊZ΄P6΄l΄ξ6΄| ΄9|΄9|

* Y΄s Gcoallegedly΄inqriging΄video΄to j΄e΄removed΄5
  httpw&΄F΄F΄F΄yo~ t-j΄e.comΊF΄atcΊ8vΊK΄G΄D΄l΄wΊOZ΄l΄M
* Rewrij΄e the΄For΄ allegedly΄inqringed΄5Ίy company΄ organΊuΊtion or clientw΄
  video΄
  ○ +ile΄ oqvideo5, evere, tormwΊNΊRaniel, haF΄ NΊatreon Give , tream
  ○ ,o~ rce΄ oqvideo5rj΄SQGΊMΊTVΊ0΄a&
  ○ *ype΄ oqvideo5Ίernet΄video
  ○ Ζΐere΄ doewthe΄content΄appear΄6
    +he΄content΄appearwin the΄targeted΄video΄qom 03Ί050΄0 to 03΄0650΄0 5
    httpw&΄F΄F΄F΄yo~ t-j΄e.comΊF΄atcΊ8vΊK΄G΄D΄l΄wΊOZ΄l΄MxΊK΄560
    &appearwin΄yo~ r΄vo- rce΄video΄qom΄25j΄5} to΄25j΄5} 5
    httpw&΄F΄F΄F΄yo~ t-j΄e.comΊF΄atcΊ8vΊl΄j΄SQGΊMΊTVΊ0΄a&΄lΊK΄100PJ΄

* Y΄s Gcoallegedly΄inqriging΄video΄to j΄e΄removed΄5
  httpw&΄F΄F΄F΄yo~ t-j΄e.comΊF΄atcΊ8vΊK΄r7΄fΖ M3}΄+ec
* Rewrij΄e the΄For΄ allegedly΄inqringed΄5Ίy company΄ organΊuΊtion or clientw΄
  video΄
  ○ +ile΄ oqvideo5Ynd~lat-wΊT΄wperat-w, -rwet
  ○ ,o~ rce΄ oqvideo5r~3l=c΄j΄l΄Z
  ○ *ype΄ oqvideo5Ίernet΄video
  ○ Ζΐere΄ doewthe΄content΄appear΄6
    +he΄content΄appearwin the΄targeted΄video΄qom΄03΄0510΄0 to 03΄051P΄5΄+ecxΊK600
    httpw&΄F΄F΄F΄yo~ t-j΄e.comΊF΄atcΊ8vΊK΄r7΄fΖ M3}΄+ec
    &appearwin΄yo~ r΄vo- rce΄video΄qom΄03΄01l΄5P΄9 to΄03΄01Ί5΄0 5
    httpw&΄F΄F΄F΄yo~ t-j΄e.comΊF΄atcΊ8vΊK΄w΄3l=c΄j΄l΄Z΄x΄lΊK΄9

* Co~ntry΄Fhere΄copyright΄appliewΊ6Y΄
* &wate΄Yu΄R΄Z΄s΄V΄z΄u΄TG~S΄l΄ | ΄V΄z΄s΄l΄Y΄s΄S΄thal΄5
  ○ Ίam the΄oF΄ner΄ or an΄agent΄a~thorΊuΊd΄to act΄onΊj΄ehalqoqthe΄oF΄ner
    oqan e΄cl~we΄right΄that΄iwallegedly΄inqringed.
  ○ Ίhave΄a good΄qaith΄j΄eliejΊthat΄the -΄we΄oqthe΄material΄in the΄manner
    complained΄oqiwnot΄a~thorΊuΊdΊj΄y΄the΄copyright΄oF΄ner΄ itwagent΄ or
    the΄laF~ and
  ○ +hiwnotiqcation΄iwacc~rate.
  ○ Ίac΄ noF΄ledge΄that -΄nder ΄ ectionΊP12Ίz΄qoqthe΄RMCΊ any΄perwon
    F΄ho΄ noF΄ingly΄materially΄miwreprewentwΊhat΄material or activity΄iw
    inqriging΄may΄j΄e΄w j΄ect΄to΄liaj΄ility΄qor΄damagew

- ○ & ndevand that aj - we oqthiwtool Fill rew lt in termination oqrny
  So- +-j e channel.
- T- thonLtd , ignat-re5Michael Clement

N•he So- +-j e •eam

f_elp Center ©Zmail ) ptionw

So- received thiwemail to provide inqrmation and - pdatewaro- nd yo-r
So- +-j e channel or acco-nt.

B 2021 Qoogle GGC d/\ /a So- +-j e A01 Cherry Tve _ an ( r-no CT A9066

) n u ov ]  2023 copyright@viraldrm.com Frote5

Dideo &vbA( Q Dj wO2( M ´r7E M3) +ec

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 8:04:42 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [E32E4R3FEBE4S36SBKSSGOFA24] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes-r3bxofksgpqf6607@google.com>
Date: Sun, Nov 12, 2023 at 2:21 AM
Subject: [E32E4R3FEBE4S36SBKSSGOFA24] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

### Request resolved

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=sRF3bBKtuOg

---

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=lNthC9avlp4

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=RFr3bBKbuOg
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&u=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:07:45 to 0:07:55 :
  https://www.youtube.com/watch?v=RFr3bBKbuOg&t=465
  It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&u=lava%20gate&_rdc=1&_rdr

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=eiNtnC9avlp4
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Icy Road Insanity - Winter storms - Snow and Ice Driving on slippery roads- compilation
  - Source of video: eGOExK1qZc
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:08:26 to 0:08:37 :
  https://www.youtube.com/watch?v=eiNtnC9avlp4&t=506
  It appears in your source video from 0:01:03 to 0:01:07 :
  https://www.youtube.com/watch?v=eGOExK1qZc&t=63

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=RFo3bBKtuOg
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=tNhfnC9avlp4

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 11:21 AM YouTube Copyright <youtube-disputes+3bxcfksgpqf607@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info: Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - ○ 210 Veazey Drive
  - ○ Childersburg, AL 35044
  - ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=REF3bBKbuOg
- Describe the work allegedly infringed: My company, organization or client's
  video
  - ○ Title of video: Unfortunately locking the lava in with a gate doesn't
    work either. More incredible video from today.
  - ○ Source of video: https://web.facebook.com/watch?
    ref=search&v=6388836764432668&external_log_id=1a-0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:07:45 to 0:07:55 :
    https://www.youtube.com/watch?v=REF3bBKbuOg&t=465
    It appears in your source video: https://web.facebook.com/watch?
    ref=search&v=6388836764432668&external_log_id=1a-0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=INthC3avIc4
- Describe the work allegedly infringed: My company, organization or client's
  video
  - ○ Title of video: Icy Road Insanity - Winter storms - Snow and Ice
    Driving on slippery roads- compilation
  - ○ Source of video: eGOExKt1qZc
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:08:26 to 0:08:37 :
    https://www.youtube.com/watch?v=INthC3avIc4&t=506
    It appears in your source video 0:01:03 to 0:01:07 :
    https://www.youtube.com/watch?v=eGOExKt1qZc&t=63

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

On Nov 7, 2023 YouTube Copyright

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RF3bBKbuOg
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  ○ Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:07:45 to 0:07:55 :
    https://www.youtube.com/watch?v=RF3bBKbuOg&t=465
    It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fNtnC9aylq4
- Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: Icy Road Insanity - Winter storms - Snow and Ice
  Driving on slippery roads- compilation
- ○ Source of video: eGOExKt1qZc
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:08:26 to 0:08:37 :
  https://www.youtube.com/watch?v=INhC9avb4&t=506
  It appears in your source video from 0:01:03 to 0:01:07 :
  https://www.youtube.com/watch?v=eGOExKt1qZc&t=63

- • Country where copyright applies: US
- • I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- • Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@xviralfrm.com wrote:

Video IDs: RF-3bBKbuOg, INhC9avb4

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:50:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ELR73Z2FWFH7XUYUCRXS7U5UVY] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2c7z9i30i0k89807@google.com>
Date: Tue, Nov 14, 2023 at 4:15 AM
Subject: [ELR73Z2FWFH7XUYUCRXS7U5UVY] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=Vhr4_6kIOxCE

https://www.youtube.com/watch?v=sU2El3Luq5s

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement

Your Title or Job Position (What is your authority to make this complaint?):
Owner

Address:
1315 Carroll Dr
Terry, MS 39170
US

Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: 6012603170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Wh4_6kIOwCE
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: 5-5-2018 Leilani Estates - Hawaii Volcano - Lava Flows Busts Gate - Overtakes Homes and Vehicles
  ○ Source of video: TOfGnDflRLg
  ○ Type of video: Internet video
  ○ Where does the content appear?
  The content appears in the targeted video from 0:01:18 to 0:02:01 :
  https://www.youtube.com/watch?v=Wh4_6kIOwCE&t=78
  It appears in your source video from 0:02:28 to 0:02:31 :
  https://www.youtube.com/watch?v=TOfGnDflRLg&t=148

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=sU2EB3Lup5s
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: 10-27-2021 Scituate, Ma drone video of massive waves slamming seawall
  ○ Source of video: 0HMn6Ue3uFs
  ○ Type of video: Internet video
  ○ Where does the content appear?
  The content appears in the targeted video from 0:01:17 to 0:01:28 :
  https://www.youtube.com/watch?v=sU2EB3Lup5s&t=77
  It appears in your source video from 0:00:00 to 0:00:25 :
  https://www.youtube.com/watch?v=0HMn6Ue3uFs&t=0

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who

On Nov 13, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab which is found in the Copyright section of your channel.

Here is the information you filed in:

- Copyright Owner Name (Company Name if applicable): WXChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  ○ 1315 Carroll Dr
  ○ Terry, MS 39170
  ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Wh4_6klOxCE
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 5-5-2018 Leilani Estates - Hawaii Volcano - Lava
    Flows Busts Gate - Overtakes Homes and Vehicles
  ○ Source of video: TOfGnDIfRLg
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:01:18 to 0:02:01 :
    https://www.youtube.com/watch?v=Wh4_6klOxCE&t=78
    It appears in your source video from 0:02:28 to 0:02:31 :



Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

knowingly materially misrepresents that material or activity is infringing
may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube
channel.

Authorized Signature: Michael Clement

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=TOfGnDIIRLg&t=148s
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 10-27-2021 Scituate, Ma drone video of massive waves slamming seawall
  - Source of video: 0HMn6Ue3uFs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:28 :
    https://www.youtube.com/watch?v=sU2EI3Lup5s&t=77
    It appears in your source video from 0:00:00 to 0:00:25 :
    https://www.youtube.com/watch?v=0HMn6Ue3uFs&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@vxchasing.com wrote:

Video IDs: Wh4_6KIOwCE, sU2EI3Lup5s

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 5:33:6:9 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d 5f X6l W G6G79:3VEQM77ZDM¸9 YZl ] 7ouWTe Copyright Complaint buTmiRRon

¶¶¶¶¶¶wors arded me¶Rege ¶¶¶¶¶¶
wromYouTube Copyright <youtu.To5i|RuteR 21y_1oR LlN0j _@google.com>
VatesButa4Zov 11 42023 at ¸5n ¸¶BM
buT ec5f X6l W G6G79:3VEQM77ZDM¸9 YZl ] 7ouWTe Copyright Complaint buTmiRRon
W05<copyright@viraldm.com>



ki Copyright Management4

Wkan¸ you for your rePonRe¸' eqre revies ed it and provided updateRTelos.

---

**Request resolved**

Wke content liRRed Telos  haRTeen removed.

PideoRin ?ueRlon5

httpR5|s s s youtuTe.com's atch=v8KaEW6Chc_n7

' e uRe a comTiration of automated R̥RemRand human revies Rto
proceRRremoval re?ueRR:

---

7ou may Ia_e Tac_ your claim of copyright infringement at any time if you change
your mind.

SWe 7ouWTe Weam

---

k ere iRthe information you filled in5

Copyright Xs ner Zame (Company Zame if applicaTle)5Piral VDM
7our wall Yegal Zame (GliaR̥eR̥luR̥ername R̥or initialR̥not accepted)5Michael
Clement
7our Wle or LoT 9oRlion ('hat iR̥your authority to ma¸e thR̥complaint=)5
Vigtial DightR̥Manager

GddreHo

210 Peazay Vrive

ChiderRTurg4GY 3A0l l

Eb

ERename5Copyright Management

[ mail GddreRFEcopyrightl@xraldrm.com

9hone52A6Sf6j $j l j

EDY of allegedly infringing video to Te removed5

httpF6jls s s_youluTe.com/s atch=v6j bwCDWcNjG

VeRcriTe the s or, allegedly infringed5My company4organization or clientR
video

○ ʼ Wle of video59urRuit SG l ' ' Rorm timeSapRe flim

○ b ource of video5oagrReCmLYpE

○ Wpe of video5Riemet video

○ ʼ here doeRthe content appear=
  We content appearRin the targeted video from 0iD 2  to 0iD 5i3 5
  httpF6jls s s_youluTe.com/s atch=v6j bwCDWcNjGx18A6
  &appearRin your Rource video from 0i5APA  to 0i5i3i0 5
  httpF6jls s s_youluTe.com/s atch=v6oagrReCmLYpEx183A_

EDY of allegedly infringing video to Te removed5

httpF6jls s s_youluTe.com/s atch=v6KaEVlChc_n7

VeRcriTe the s or, allegedly infringed5My company4organization or clientR
video

○ ʼ Wle of video5Wle MeRcyclone SGllen b tormR

○ b ource of video5Gm_l_' k L9 3G

○ Wpe of video5Riemet video

○ ʼ here doeRthe content appear=
  We content appearRin the targeted video from 0i5Oi5j  to 0i5Oi5i1 5
  httpF6jls s s_youluTe.com/s atch=v6KaEVlChc_n7x18j
  &appearRin your Rource video from 0i5Oi5i3 to 0i5Oi5j j 5
  httpF6jls s s_youluTe.com/s atch=v6Gm_l_' k L9 3Gx1833

Country s here copyright applieREEb

8Rate EZV[ D 9[ ZGYW7 Xw9[ DLED7 that5

○ 8am the os ner4or an agent authorized to act on Tehalf of the os ner of an
  eNluRve right that lRallegedly infringed.

○ 8eave a good faith Telief that the uRe of the material in the manner
  complained of iRnot authorized Ty the copyright os ner4lRagent4or the
  las ; and

○ WklRnotificationlRaccurate.

○ &ac, nos ledge that under b ection A12() of the VMCG any perRon s ho
  .nos ingly materially miRepreRentRthat material or activity iRinfringing
  may Te RuTrect to liaTility for damageR

○ &underRand that a TuRe of thiRtool s ill reRuR in termination of my 7oulWiTe
  channel.

Guthorized b ignature5Michael Clement

Xn Zov 1142023 7ouWTe Copyright

k elp Center • [ mail XptionR

7ou received thiRemail to provide information and updateRaround your 7ouWTe channel or account.



© 2021 J oogle YYC d/7a 7ouWTe4 01 Cherry Gwe4ban Bruno4CG  l 066



k i Copyright Management4

Wan,  you for your rePponRe. '  eye revies ed it and provided updateRTelos.

De?ueR reRolved

Wle content liRed Telos haRTeen removed.

PideoRin ?ueRion5

http5Xs s s_youtTe.com/s atch=4j bwCDWtcNG

'  e uRe a comTination of automated RyRemRand human revies Rto proceRR removal re?ueRR

7ou may la_e_Tac._your claim of copyright infringement at any time if you change your mind.

SWe 7ouWTe Wam

k ere iRthe information you filled in5

- Copyright Xs ner Zame (Company Zame if applicaTle)SPirai VDM
- 7our wull Yegal Zame (GliaReRiuRRename Ror initial Rnot accepted)5
  Michael Clement
- 7our WTle or LoT 9 oRTion ('  hat iRyour authority to ma_e thRcomplaint=)5
  Vigital DightRManager
- GddreR5
  ○ 210 Peazey V rive
  ○ ChilderRTurg4GY'3A0l l
  ○ Eb
- ERename5Copyright Management
- [ mail GddreRRcopyright@viraldm.com
- 9 hone5ZA6SZ6j $ J l j

- EDY of allegedly infringing video to Te removed5
  http5Xs s s_youtTe.com/s atch=4j bwCDWtcNG
- VeRcriTe the s or:  allegedly infringedSMy company4organization or clientR video.
  ○ WTle of video59 urRui SGJ '  Rorm time3apPe film
  ○ b ource of video5oagiRcCmLYjE
  ○ Wpe of video5Remet video
  ○ ' here doeRthe content appear=
  We content appearRin the targeted video from 030 32  to 030 353 5
  http5Xs s s_youtTe.com/s atch=4j bwCDWtcNGx tBA6

- &appearRin your Rource video from 0ß0ßß. to 0ß0ßß0 5
  http0ß0js s s_youluTe.com/s atch=v6oagRoCmLYpEx783A.
- EDY of allegedly infringing video to Te removed5
  http0ß0js s s_youluTe.com/s atch=v6KaEW6Ohc_n7
- VeRiRn Te s or, allegedly infringed5My companyßorganization or clientR
  video.
  - Vitle of video5Vfe MeRocyclone SGfen b tormR
  - b ource of video5Gm.t,' k L93G
  - Vype of video5Sfernet video
  - ' here doeRthe content appear=
  - We content appearRin the targeted video from 0ß0ß0ß) to 0ß0ß01 5
    http0ß0js s s_youluTe.com/s atch=v6KaEW6Ohc_n7x18j
    &appearRin your Rource video from 0ß0ß0ß to 0ß0ß0ß j 5
    http0ß0js s s_youluTe.com/s atch=v6Gm.t,' k L93Gx1833

- Country s here copyright applieRREb
- 8Rate EZV[ D 9[ Z GYVf X w9[ DLED7 traI5
  - 8am the os ner4or an agent authorized to act on Tehalf of the os ner
    of an eNluRve right that IRallegedly infringed.
  - 8have a good faith Telief that the uRe of the material in the manner
    complained of IRnot authorized Ty the copyright os ner4iRagent4or
    the las , and
  - WiRnotification IRaccurate.
  - 8ac, nos ledge that under Rection A12(f) of the VMCG any perRon
    sho, nss ingli materialli miRrepreRentRthat material or activity iR
    infringing may Te RuTiect to liaTiliti for damageR
  - 8underRtand that aTuRe of thiRtool s ill reRult in termination of my
    7ouWiTe channel.

- Guthorized b ignature5Michael Clement

k elp Center • [ mail XptionR

7ou received thiRemail to provide information and updateRaround your
7ouWiTe channel or account.

© 2021 J oogle YYC dY7a 7ouWiTe4_01 Cherry Gve4b an Bruno4CG_L066



ki Copyright Management4

Wfan, you for your removal re?ueR ' , eWe revies ed your re?ueR and need
Rome more information from you Tefore s e can proceed. 9leaRe read the entire

X n-Zov 1142023 copyright@viraldm.com s rote5

k ello4
wor thiRin, 5Mi, e XiTriR i iRthe copyright os ner Shttp0ß0js s s_youluTe.com/s atch=v6_b wxDV8NoG
wor thiRin, 5k an, b chyma iRthe copyright os ner Shttp0ß0js s s_youluTe.com/s atch=v6KaEW6Ohc_n7
Gttached are the agreementRRating s e are authorized to manage the rightRfor their videoR
Wfan, you4

X n' ed4Zov , 42023 at l 5Q28M 7ouWiTe Copyright <youluTeSlliRputeR 21 v , 1oR L IN0l.l@oogle.com> s rote5

email carefully for a complete update of each video ßRatuR

Zeed more info Gction needed

&order to remove the content in ?ueRIon is e muR confirm that you are the copyright os ner or the copyright os nerßauthorized repreRentative. &you are acting aRan authorized repreRentative4 pleaRe let uR, nos . wor each EDY4 pleaRe identify the copyright os ner you are repreRenting.

?ou may ta_e Tac_ your claim of copyright infringement at any time if you change your mind.

SWe ?ouWiTe Weam

k ere iRthe information you filled in5

- Copyright Xs ner Zame (Company Zame if applicaTie)SPiral VDM
  ○ ?our wull Yegal Zame (GllaReRluRename Ror initialRnot accepted)5
    Michael Clement
  ○ ?our Wile or LoT 9oRtion (` hat iRyour authority to ma_e thRcompliant=)5
    Vigilal DighRManager
- GddreRG5
  ○ 210 Peazay Vrive
  ○ ChilderRTurg4GY3A0l l
  ○ Eb
- ERename5Copyright Management
- [ mail GddreRG5copyright@wiraldm.com
- 9hones2A6SZ6] $j l j

- EDY of allegedly infringing video to Te removed5
  https5l/s.s.s_youtuTe.com/s atch=v8j bwCDMtcNjGx l8A6
- VeRciTe the s or, allegedly infringed5My company4organization or clientR video
  ○ Wile of video59urRut SGl ` Rorm timeSapiRe fim
  ○ bource of videoSoagReCmLYpE
  ○ Wpe of videoS8lemet video
  ○ ` here doeRthe content appear=
    We content appearRin the targeted video from 05l 2  to 05l 5l3 5
    https5l/s.s.s_youtuTe.com/s atch=v8j bwCDMtcNjGx l8A6
    &appearRin your Rource video from 050A5A: to 05l63l0 5
    https5l/s.s.s_youtuTe.com/s atch=v6oagReCmLYpE x l83A:

- EDY of allegedly infringing video to Te removed5
  https5l/s.s.s_youtuTe.com/s atch=v8Kq6EWbCbc_n7
- VeRciTe the s or, allegedly infringed5My company4organization or clientR video
  ○ Wile of videoSWe MeRocyclone SGllen btormR
  ○ bource of videoSGm_t_` k l3 3G
  ○ Wpe of videoS8lemet video
  ○ ` here doeRthe content appear=
    We content appearRin the targeted video from 05l05j  to 05l05jl 5
    https5l/s.s.s_youtuTe.com/s atch=v8Kq6EWbCbc_n7x l8j
    &appearRin your Rource video from 050l53 to 05l0lj j 5
    https5l/s.s.s_youtuTe.com/s atch=v9Gm_t_` k l3 3Gx l833

- Country s here copyright applieREEb
- ßRate EZV[ D 9[ Z GYW X w9[ DLED7 that5
  ○ &am the os ner4or an agent authorized to act on Tehalf of the os ner of an eNbuRve right that iRallegedly infringed.
  ○ ßhave a good faith Telief that the uRe of the material in the manner complained of iRnot authorized Ty the copyright os ner4iRagent4or

Xn Zovj 42023 TouWTe Copyright

the las : and
- WiRnotification iRaccurate.
  - &ac, nos ledge that under brection A12(f) of the VMCG any perRon
  - s Ro , nos ingly materially miRepreRenRthat material or activity iR
    infringing may Te RuTect to liaTility for damageR
  - &andorRend that a TuRe of thiRtool's ill reRult in termination of my
    7ouWTe channel.
- Guthorized b ignature5Michael Clement

k elp Center • [ mail Xption R

7ou received thiRemail to provide information and updateRaround your
7ouWTe channel or account.

 7ouTube

© 2021 J oogle YYC d7Ta 7ouWTe4 01 Cherry Gve4b an Bruno4CG  L066

 YouTube

## Copyright Infringement Notification Confirmation

Wan, you for your RuTmiRRon. &iRunder revies to enRure it iRvalid and
includeRall re7uired elementR' e s ill reply to thiRemail s hen s exe ta, en
action on your re7ueR. 7ou can alPo chec, on the RatuRof your la, etos n
re7ueR in the Removal re7ueRRuLaT's hich iRfound in the Copyright Rection of
your channel.

k ere iRthe information you filled in5

- Copyright X s ner Zame (Company Zame if applicaTle5Piral VDM
- 7our wal Yegal Zame (GiaRe RiuRframeRor initialRnot accepted)5
  Michael Clement
- 7our Wle or LoT 9 oRtion (' hat iRyour authority to ma, e thiRcomplaint=j5
  Vigital DightRManager
- GddreRR5
  - 210 Peazay V rive
  - ChilderRTurg4GY3A0l l
  - Eb
- ERername5Copyright Management
- [ mail GddreRRcopyright@xraidm.com
- 9 hone5Z A6SZ6j $ ] ]

- EDY of allegedly infringing video to Te removed5
  https5s s youTuTe.com s atch=6j b wCDWNdG
- V eRcriTe the s or, allegedly infringed5My company4organization or clientR
  video
  - W le of video5ourRuti SG ] ' Rom time5apiRe film
  - b ource of video5ourRo5eml video
  - ' here doeRthe content appear=
  - We content appearRin the targeted video from 0j5 2 to 0j5 j3 5
    http5j5s s youluTe.com s atch=6j b wCDWNGx 8A6
    &appearRin your Rource video from 0j5A5 to 0j5i3 0 5

httpℝ§is s_youtuTe.com's atch=v&oagRoCmLYpExt83A_

- EDY of allegedly infringing video to Te removed5
  httpℝ§is s_youtuTe.com's atch=v&KdE⅃ℝOhc_n7
- VeRnTie's or, allegedly infringed5My company4organization or clientℝ video
  ○ ᵂile of video5ᵂe MeRocyclone SCien b tormℝ
  ○ b ource of video5Gm_t_' k L93G
  ○ ᵂpe of video5Skernel video
  ○ ' here doeℝthe content appear=
  ○ ᵂe content appearℝin the targeted video from 0$0$ to 0$0$315
  httpℝ§is s_youtuTe.com's atch=v&KdE⅃ℝOhc_n7x18⅃
  &appearℝin your ℝource video from 0$0$3 to 0$0$_1 5
  httpℝ§is s_youtuTe.com's atch=v&Gm_t_' k L93Gxt833

- Country's here copyright applieRℝℇb
- ℝRate ℇZV⅃ℑ D9⅃ ZGᵂᵂ X w9⅃ DLℇD7 that5
  ○ ℝam the os ner4or an agent authorized to act on Tehalf of the os ner of an eⁿtuiℝve right that iRallegedly infringed.
  ○ ℝhave a good faith Telief that the uℝe of the material in the manner complained of iRnot authorized Ty the copyright os ner4itRagent4or the las; and
  ○ ᵂiRnotification iRaccurate.
  ○ &ic, nos ledge that under b ection A12(f) of the VMCG any perRon sho, nos ingly materially miRepreRenRthat material or activity iR infringing may Te ℝuTect to lia Tility for damageℝ
  ○ ℝunderRand that a TuRe of thiRtool's ill reRult in termination of my ᵂouᵂiℝe channel.
- Guthorized b ignatureℝMichael Clement

Sᵂe ᵂouᵂiℝe ᵂeam

ᵏelp Center • ℑ mail XptionR

ᵂou received thiRemail to provide information and updateRaround your ᵂouᵂiℝe channel or account.

▶ YouTube

© 2021 ⅃oogle ᵂYC dⅢa ᵂouᵂiTe4 01 Cherry Gve4b an Bruno4CG_L066

Xn Zlovj 42023 copyright@viralfrm.com s rote5
Pideo &ℝ§j b wCDᵂℓⁿgG4KaE⅃ᵂ0hc_n7

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 8:15:58 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EOXODSA7HCSBARGJPJUOEEFOQQ] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+t1b8l09lxvfb107@google.com>
Date: Sun, Nov 12, 2023 at 4:45 PM
Subject: [EOXODSA7HCSBARGJPJUOEEFOQQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response.

We've removed some of the videos in your notification. However, we need some more information from you before we can proceed with removing the remaining video(s). Please read the entire email carefully for a complete update of each video's status.

**Add video details**                                          Action
                                                               needed

We are concerned that your copyright notification may not be valid for the video(s) listed below. Please keep in mind that in many countries, it is legal to use copyrighted works in specific ways without the owner's authorization, particularly for transformative purposes such as news reporting, parody, commentary, or review.

Some countries protect such uses under doctrines of "fair use" or "fair dealing," while others allow for specific exceptions to copyright protection.

Learn more about fair use in the United States.

If you still believe your copyright is infringed by the YouTube video(s) identified below, please explain in detail why you think so. We ask that you provide more detail than was included in your initial notice. Here are questions you may wish to consider:

How much of your copyrighted work is used? How is the market for your original work affected by this use? Does this use significantly transform your original work, or does it serve the same purpose? Does this use fall into an exception to copyright protection? Please note that we may share your

response with the uploader(s).

Videos in question:

https://www.youtube.com/watch?v=Yq1csYbgDmw

☐ Video (Internet video)

Title of your video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.

Content found in: 0:03:29 to 0:03:31

---

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=LKRb4R06h z8

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=LKRb4R06h z8

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Full evolution of MEGA HABOOB in southern Arizona on July 10, 2018!

○ Source of video: bI-ddO7Rl3lE

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:03:35 to 0:04:40 :
https://www.youtube.com/watch?v=LKRb4R06hp8&t=215
It appears in your source video from 0:00:30 to 0:00:40 :
https://www.youtube.com/watch?v=bI-ddO7Rl3lE&t=30

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Yq1csYbgDmw

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.

○ Source of video:
https://www.facebook.com/wxchasing/videos/638883676443266

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:03:29 to 0:03:31 :
https://www.youtube.com/watch?v=Yq1csYbgDmw&t=209
It appears in your source video:
https://www.facebook.com/wxchasing/videos/638883676443266

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=LKRb4R06hz8
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=Yq1osYbgDmw

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 2:13 AM YouTube Copyright Copyright <youtube-disputes+1b809lxvfb107@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

**Need more info: Action needed**

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=LKRb4R06hz8
- Describe the work allegedly infringed: My company, organization or client's
  video
  ○ Title of video: Full evolution of MEGA HABOOB in southern Arizona
    on July 10, 2018!
  ○ Source of video: bt4dO7R08lE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:03:35 to 0:04:40 :
    https://www.youtube.com/watch?v=LKRb4R06hz8&t=215

It appears in your source video from 0:00:30 to 0:00:40 :
https://www.youtube.com/watch?v=bHdO7R3BE&t=30

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Yq1csYbgDmw
- Describe the work allegedly infringed: My company, organization or client's video.
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video:
  https://www.facebook.com/wxchasing/videos/638883676443266
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:03:29 to 0:03:31 :
  https://www.youtube.com/watch?v=Yq1csYbgDmw&t=209
  It appears in your source video:
  https://www.facebook.com/wxchasing/videos/638883676443266

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=LKRb4R06hz8
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Full evolution of MEGA HABOOB in southern Arizona
    on July 10, 2018!
  - Source of video: bI-dO7R8IE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:35 to 0:04:40 :
    https://www.youtube.com/watch?v=LKRb4R06hz8&t=215
    It appears in your source video from 0:00:30 to 0:00:40 :
    https://www.youtube.com/watch?v=bI-dO7R8IE&t=30

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Yq1csYbgDmw
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Unfortunately locking the lava in with a gate doesn't
    work either. More incredible video from today.
  - Source of video:
    https://www.facebook.com/wxchasing/videos/638883676443266
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:29 to 0:03:31 :
    https://www.youtube.com/watch?v=Yq1csYbgDmw&t=209
    It appears in your source video:
    https://www.facebook.com/wxchasing/videos/638883676443266

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: LKRb4R06hz8, Yq1csYbgD.mw

**From:** Co p yi ghth gJAlyn ernchep@ex Xah, gne> - > h1wa/ m> 6
**Sent:** 22030 5: Fˆ25V 216: ynp
**To:** I wsytJDRp g@ewat1e> x . øxrtav/ m> 6
**Subject:** dv 1VqftD| EL|7 : [ZW RLDI HXU7 : 3RCZ p yEntMMShyJJmrcoalyugJm> <tavgo.MS> w: vri

ffffffffJufmv aeth1y> h... a] hyffffffff
dem "**YouTube Copyright**@m@m6hTlw<Mh.b2Si.cˆfe> |i.sd85< x 1 mrl th/ m> 6
DaghˆyWMv> mp2JHy 5: Fˆpgp0V9p
oˆMah gAfD| EL|7 : [ZW RLDI HXU7 : 3RCZ p yEntMMShyJJmrcoalyugJm> <tavgo.MS> w: vri
XmY@ex Xah, gne> - > h1wa/ m> 6



8 yˆQ ahyogne> yp h1wa+

Xiai , ycmˆMreycrfM-gh> msalyh4Mh. g/y  hˆMhyhsalv/h1yagai 1ycsmavh1yˆk1agh.
Shtrv /

### Request resolved

Xihy mi ghi glivgh1yShtrv yua. yShhi yel> msh1/

I vhnm yˆyy4Mh. gr1 V

ugr. Wv v /ycrfMˆSh/ m> 0i au ui sf > n . -> 3C D2W

hyMhygv m> Swagm yrNhˆ Mer> adh1y c. gh> _yai 1yuˆe ai yhsalv _ygm
<m h.. yel> msalyh4Mh. g/

EmˆMp acga. hˆSa _ycmˆMy law ynˆY mcoalyˆugˆvˆMail h> hi gegai cˆgr hyˆkˆzrfMy uai ] h
crfMa> vi1/

TyˆvhyEmˆMShyˆrha>

8 hˆhywyghyˆvˆMte> agai ycrfˆyMvh1yˆkV

UmrcoalyˆugˆV vi hˆgr a> hyˆJm> <ai cˆyr a> hyˆMˆo<<tlwaShi_yˆQ ahyogne> yp h1ˆua
EmˆMejˆMˆCh] abyˆza> hyˆVMai.h. ˆyMh a> h. yrˆgaiˆogail yi mgn   h<gh1 Vˆp wi aiht
Uh> hi g
EmˆMykyˆghyregˆirˆSynm ygai yr . uagˆwvˆycmˆMgail ˆMˆyrmˆggnne> a, hyguvy m> <tavgi _V



# Copyright Infringement Notification Confirmation

Xuai . ycnMWaycrftvfy MS> w. wri /ygwyM 1hejhslwv ygryhi . Mvygavysatvfyai 1 w tiMh. yatyd4Mwh1ytth> hi g./y hy vfyjh<trygngwvy> awtyv uhi y h4Mvga. hi a gni yni ycnMyah4Mh. gfyEnf@ ai yst my uh , yni ygufry gq4M ynfyznMga. h1mv i eh4Mh. gavgfryhVh> mafyfh4Mh. g /ya4Syi uvvuwyMfM 1ywvguhyUmcoalyug h gni yN cnfAy uai i htf

8 hfywvgfhyhNte> agani ycnfyMfh 1ywi.V

- Umcoalyug/ y i heya> hytUmr <ai cyz.a> hyMa<<tvaSh1yfOafvygntq> yp h1va
- EnfAgiMACh1 ayz.a> hytVtvai. h. yMvhai a> h. ynyai vga1 y mga  h hi g
- EnfMvcfahynyq1 nSyn vgan y> uagwycnfMgvifMgrmegyqnp> a, hygwvy m>  hyIQafivygmp> . yp h1va
  - L > avglyV1dh. . Vcex. teh. gmp> > h1 wi/ m>
- nuni hfy CtT 3· T· f· H

y

- ( RQnjfajth1) h1tcywfAWj wi) ysd4hmgnSfyvaP> nfih1V
  ugx. Wv v/crfMhfvi. m> 9 agu sf > q   -> 3C D2fV
- Dh. oie6hyghny me ygith) h1tcywfAWj h1Wjo cy m> <ai cvynjf ai Wagni yny fAi g Y svfhm
  - ○ onfMe hynfyxfhfrivj 13Cah 1 z J
  - ○ Xc<hynfyosfMhfaj gmfgmfisy
    - ○ Xufnyhynfyirh. ygufry ni gh gqs<<haqj y
    - ○ Xufnyhynfyvh<<trifmaa ywfgnfygntq hgh1)yed4hmfvi> y5V5V5V5grp5V5V5V5-. yV
      ugx. Wv v/crfMhfvi. m> 9 agu sf >q  ... -> 3C D2fVB d 5y
    - ○ ngs<<hae wycnfMe qnfMe hysd4hmrWvtr> y5V5V5V5grp5V5V5V5-. yV
      ugx. Wv v/crfMhfvi. m> 9 agu sf_ 13Cah 1 z.J B d 5

- UmfMgrqv uhdhy mrcoalyuge<<tav. Vf. o
- ry gqfyV z DLRyhL z VCX<E> dynLRf ( REgqayV
  - ○ np> yghyrv i heynjrai yaj hi gniMgrmah1 ygnp. gni ySfvuathyhfghyrvi i he
    nfybi yrG fMvanyqly uggawgwygnfh) h1tcywfAWj h1f/
    - ○ quasfvyyaj mntfjMwagySnfaNjagcgnhyM hynfMyhyp> aghwahywgh hp> ai i he
      m> <tavh1ynfhvyi mtpih4gnmalwh1ySqgufry mrcoalyugrnvi hewgjyaj hi gfyre
      gni yav &ai 1
    - ○ Xuwy mgMfvgani yyoya  Mfgh/
    - ○ nja . j mr i fh1] hygiagyM fhephh gani yC2: =NyntghyhJQ> p UfVfgai oy<he mi
      v uny i mr wi] tc> agfivaltc> wdi<<h. hi g yaag> agfnaatynga gewfgw
      whhaki] wi] y> acySfvy hS&  ggmfvaSfvaqyMvayi a> a] h. /
    - ○ njM 1he gai 1 ygiargrSM1 hynfNgvwgmfmyw vfyfh. Mgwfgh> wagni ynfy> c
      EnfMX&fvhyj uai i htf
- Wgfrmah1yp vfi agfhfyp wuathynfvh1> hi g

TXfvhyEnMMS&vyhta>
  y                                                                                            y
  y                                                                                            y
  y BhtsUhi dvayL > avf  <ggri.                                                                y
  y                                                                                            y

y    EmMn hva1 ysuvp> avigry-emxt h ywh/He> agsn ysi 1 yk-1agh. ysemM 1ycmMe    y
    EmMMSny uai i hlyraga   nfM g

y    y                                                                    y
y                                                     y
y    y                                                                    y
y    - y 5: 2yZ mnf hyCCJy15ΩbyEnMMSh y6S2yJJuhseyWshsyai yc4M myLUW9h533   y

7 i yz msgH+y 5: Pysix_tsh_gmp-_> h1ysl/_nx_ysrghV

I Whnry0. Ψ- q   -> 3C D?W

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 11/16/2023 11:31:45 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [F:J2ZAOPUVWIOWAGMY75RPAUORY] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2a6juhri28yx3c07@google.com>
Date: Tue, Nov 14, 2023 at 2:21 PM
Subject: [F:J2ZAOPUVWIOWAGMY75RPAUORY] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



Hi Live Storms Media,

Thank you for your removal request. We've reviewed it and provided updates below.

---

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=QFOF8tjyt1g

https://www.youtube.com/watch?v=VcQIC4I6jbU

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Live Storms Media
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement

Your Title or Job Position (What is your authority to make this complaint?):
Owner

Address:
210 Veazey Drive
Childersburg, AL 35044
US

Username: Live Storms Media
Email Address: jp@livestormsmedia.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=QFOF8fjyr1g

Describe the work allegedly infringed: My company, organization or client's video

○   Title of video: 08-30-2023 Perry, FL - Extreme Idalia Winds - Damage - Debris

○   Source of video: P-vq-mOASuSk
○   Type of video: Internet video
○   Where does the content appear?

The content appears in the targeted video from 0:23:55 to 0:24:01 :
https://www.youtube.com/watch?v=QFOF8fjyr1g&t=1435
It appears in your source video from 0:00:38 to 0:00:40 :
https://www.youtube.com/watch?v=P-vq-mOASuSk&t=38

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=VcGlC4f6jbU

Describe the work allegedly infringed: My company, organization or client's video

○   Title of video: 01-31-2023 Dallas, TX - Icy Weather Day 2 - Stuck Vehicles and Messy Roads

○   Source of video: mq2FW48f3BU
○   Type of video: Internet video
○   Where does the content appear?

The content appears in the targeted video from 0:00:18 to 0:00:21 :
https://www.youtube.com/watch?v=VcGlC4f6jbU&t=18
It appears in your source video from 0:01:02 to 0:01:05 :
https://www.youtube.com/watch?v=mq2FW48f3BU&t=62

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

○   I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○   I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○   This notification is accurate.

○   I acknowledge that under Section 512(f) of the DMCA any person who

On Nov 14, 2023 YouTube Copyright



# YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filed in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Live Storms Media
- Email Address: jp@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=QFQF8ljv1g
- Describe the work allegedly infringed: My company, organization or clients video
  ○ Source of video: Pxq-mOASuGk
  ○ Type of video: Internet video
  ○ Where does the content appear? The content appears in the targeted video from 0:23:55 to 0:24:01 : https://www.youtube.com/watch?v=QFQF8ljv1g&t=1435 It appears in your source video from 0:00:38 to 0:00:40 : https://www.youtube.com/watch?v=Pxq-mOASuGk&t=38



Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VcQlC4I6jbU
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: mq2FW48t3BU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:18 to 0:00:21 :
    https://www.youtube.com/watch?v=VcQlC4I6jbU&t=18
    It appears in your source video from 0:01:02 to 0:01:05 :
    https://www.youtube.com/watch?v=mq2FW48t3BU&t=62

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

On Nov 14, 2023 ju@livestormsmedia.com wrote:

Video IDs: QFOR8 fjY1g, VcQlC4I6jbU

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:23:01 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FKDLNGMLFCLOG6PJ4tWVRYYTOJM] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2voy8jfa8v2ao07@google.com>
Date: Sun, Nov 12, 2023 at 10:33 AM
Subject: [FKDLNGMLFCLOG6PJ4tWVRYYTOJM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=H25gq_qUEVc

https://www.youtube.com/watch?v=Y634fo9JeAE

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement

Your title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@vxraidrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=H25gq_pUEVc
Describe the work allegedly infringed: My video
○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas
   Town Get Ripped Apart
○ Source of video: lxdFh8nYMgM
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:00:00 to 0:02:06 :
https://www.youtube.com/watch?v=H25gq_pUEVc&t=0
It appears in your source video from 0:00:00 to 0:02:06 :
https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Y634fo9JeAE
Describe the work allegedly infringed: My video
○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas
   Town Get Ripped Apart
○ Source of video: lxdFh8nYMgM
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:02:58 to 0:05:12 :
https://www.youtube.com/watch?v=Y634fo9JeAE&t=178
It appears in your source video from 0:00:01 to 0:02:20 :
https://www.youtube.com/watch?v=lxdFh8nYMgM&t=1

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
○ I am the owner, or an agent authorized to act on behalf of the owner of an
   exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner
   complained of is not authorized by the copyright owner, its agent, or the
   law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who
   knowingly materially misrepresents that material or activity is infringing
   may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=H25cq_gUEVc
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=Y63tf69JeAE

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:32 PM YouTube Copyright <youtube-disputes+2voy8jjo8y2ao07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

channel.
Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=H25gq_gUEVc
- Describe the work allegedly infringed: My video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: kdFhI6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:02:06 :
    https://www.youtube.com/watch?v=H25gq_gUEVc&t=0
    It appears in your source video from 0:00:00 to 0:02:06 :
    https://www.youtube.com/watch?v=kdFhI6nYMgM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Y634fo9JeAE
- Describe the work allegedly infringed: My video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: kdFhI6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:58 to 0:05:12 :
    https://www.youtube.com/watch?v=Y634fo9JeAE&t=178
    It appears in your source video from 0:00:01 to 0:02:20 :
    https://www.youtube.com/watch?v=kdFhI6nYMgM&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

  YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**Copyright Infringement Notification**

On Nov 7, 2023 YouTube Copyright

## Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=H25gq_gUEVg
- Describe the work allegedly infringed: My video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: kdFIk6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:02:06 : https://www.youtube.com/watch?v=H25gq_gUEVg&t=0
    It appears in your source video from 0:00:00 to 0:02:06 : https://www.youtube.com/watch?v=kdFIk6nYMgM&t=0

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Y634f09JeAE
- Describe the work allegedly infringed: My video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: kdFIk6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:58 to 0:05:12 : https://www.youtube.com/watch?v=Y634f09JeAE&t=178
    It appears in your source video from 0:00:01 to 0:02:20 : https://www.youtube.com/watch?v=kdFIk6nYMgM&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

● Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▲ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

On Nov 7, 2023 copyright@xtraldrm.com wrote:

Video IDs: Hz5gq_gIJEVc, Y63466JeAE

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 11:34:30 7 M
**To:** Piral VDM <viraldm@Riplas .com>
**Subject:** ws d: R̶ʁ̶  C7OK 2W7 I LK S2COTOᴄ̶ᴜEZZY¶ uob- b+e Copyright Complaint Vb+miʁRon

¶¶¶¶¶¶¶vors arded meʁʁiʁge ¶¶¶¶¶¶¶
wrom: **YouTube Copyright** <youtb+edifiBbtteiʁ323n_3s.cbaagOU6@oogle.com>
Vate: Mon Nov 13 2023 at 221 EM
Vb+Ac: R̶ʁ̶  C7OK 2W7 I LK S2COTOᴄ̶ᴜEZZY¶ uob- b+e Copyright Complaint Vb+miʁRon
- o: <copyright@viraldm.com>



j i Copyright ManagemenN

- hanf  yob 'or yobr reʁboinʁe. K eqre revies ed it and provided bpdateʁ+elos .

### Request resolved

- he video ʁeliʁed +elos  have already +een removed. L ecabʁe the content
iʁtbravaila+leNʁ e are bna+le to faf e action on them.

Pideo Rin XbeʁRon:

http R/ /s s s_yotb+e.com/s atchQ+GfImV/ oggeJ o
_____

- he content liʁed +elos  haʁ+een removed.

Pideo Rin XbeʁRion:

http R/ /s s s_yotb+e.com/s atchQoGi/_2UWHOᴿEL
_____

K e bʁe a com+ination o'  abtomated ʁyʁemʁand hbman revies _Rto
proceʁʁ removal reXbeʁR

uob may taf e +acf_yobr claim o' copyright in'ringement at any time i' yob change
yobr mind.

9- he uob- b+e - eam

j ere iRthe in'ormation yob 'illed in:

Copyright Ss ner 8 ame 'Company 8 ame i' applica+ie= Piral VDM
uobr wtdl Tegal 8 ame 'EliaReRNReRnameRor initialRnot accepted= Michael Clement
uobr - ille or Yo+ 7 oRtion 'K 'hat iRyobr abthority to maf'e thiRtcomplaintO=
Vigital DightRManager
EddreRR
210 Pea5ey Vrive
ChilderR+brgNET 3COl+H
z W
z Rename: Copyright Management
( mail EddreRR copyright@viraldm.com
7hone: 2OS9626U8JJHJ

z DT o' allegedly in'ringing video to +e removed:
httpR//s.s s.yobtb+e.com/s atchOxGTmV/.ogge)o
VeRri+e the s orf allegedly in'ringed: My companyNorganiSation or clientR video

- o - ille o' video: YEK 9/DS77 Bl - omado Vrone wootage Whos R&anReR
  - os n l et Dipped Epart
  - Wobrce o' video: l, dwhJnulMglM
  - - ype o' video: Bternet video
  - K here doeRthe content appearQ
  - -he content appearRin the targeted video 'rom 0:OO14 to 0:OO22 :
  httpR//s.s s.yobtb+e.com/s atchOxGTmV/.ogge).ox tG314
  BappearRin yobr Robrce video 'rom 0:00:11 to 0:00:OO:
  httpR//s.s s.yobtb+e.com/s atchOxG.dwhJnulMglMxtGl

z DT o' allegedly in'ringing video to +e removed:
httpR//s.s s.yobtb+e.com/s atchOxGU/.2UWHOAEL
VeRri+e the s orf allegedly in'ringed: My companyNorganiSation or clientR video

- o - ille o' video: 1Ol Wborm Wborge K aRPerREs ayj omeRin wt. MyerRLeach 9j brricane Bin
  - Wobrce o' video: alJy- ICP'ro
  - - ype o' video: Bternet video
  - K here doeRthe content appearQ
  - -he content appearRin the targeted video 'rom 0:OO3Oto 0:06:HD :
  httpR//s.s s.yobtb+e.com/s atchOxGU/.2UWHOAEL xtG33O
  BappearRin yobr Robrce video 'rom 0:00:23 to 0:01:10 :
  httpR//s.s s.yobtb+e.com/s atchOxGalJy- ICP'roxtG23

Cobntry s here copyright applieR z W
BRate z 8 V ( D 7 ( 8 ET+ u Sw7 ( DYz Du that:
- Bam the os nerNor an agent abthoriSed to act on +ehal' o' the os ner o' an e, dbRve right that iRallegedly in'ringed.
  - Bbave a good 'aith +elie' 'hat the bPe o' the material in the manner

Sn 8ov 11N2023 copyright@viraldrm.com s rote:

j elloN
wor thiRinf : Deed - immer iRthe copyright os ner 9httpR//s s s_yobtb+e.com/s atchQ Giffm V( ogge) o
wor thiRinf : Ma, SiRon iRthe copyright os ner 9httpR//s s s_yobtb+e.com/s atchQ GiL 2UWHQ4EL

Attached are the agreementRRating se are abthorifed to manage the rightR or their videoR
- hanf yobN

SnK edN8ov JN2023 at HQ4 7M uob- b+e Copyright <yobtb+e9liRbbteR 32fin 3s cbaag0U@google.com> s rote:



j i Copyright ManagementN

- hanf yob 'or yobr removal reXbeR K e ve revies ed yobr reXbeR and need
Rome more in'ormation 'rom yob +e ore se can proceed. 7leaRe read the entire
email care'biiy 'or a complete bpdate o' each video'RRatbR

8 eed more in'o Ection needed

Bn order to remove the content in XbeRionNs e mbR con'irm that yob are the
copyright os ner or the copyright os ner'RathoriSed repreRentative. Byob are
acting aRan abthoriSed repreRentativeNpleaRe let bRf nos . wor each z DTN
pleaRe identi'y the copyright os ner yob are repreRenting.

uob may taf e +acf _yobr claim o' copyright in'ringement at any time i' yob change
yobr mind.

9- he uob- b+e -eam

j ere iRthe in'ormation yob 'illed in:

- Copyright Ss ner 8ame ºCompany 8ame i' applica+le= Piral VDM
- uobr wXl Tegal 8ame  ÆliaRRnRnameRºFor initialRnot accepted=
  Michael Clement
- uobr -itle or Yo+ 7 oRtion 'K hat iRyobr abthority to maf e thiRcomplaintQ=

- Vigilal DightRManager
- EddreRR
  - 210 PeaSey Vrive
  - ChidenRorgKET 3COHH
  - z W
- z Rename: Copyright Management
  - ( mail EddreRR copyright@viraldrm.com
  - 7 hone: 2OS9S6LUUHJ

- z DT o' allegedly in'ringing video to +e removed:
  httpRI/s s s yobtb+e.com/s atchQcGfmV( ogge) o
- VeRri+e the s orf allegedly in'ringed: My companyAbrganiSation or clientR video
  - -llfe o' video: YEK 9/DS77 B I - omado Vrone woolage WhoS R
    &anRaR- os n I et Dipped Epart
  - Wbrce o' video: I, dwkJnuMgM
  - -ype o' video: Bkemet video
  - K'here doeRthe content appearQ
  - -he content appearRin the targeted video 'rom 0:0O14 to 0:0O22 :
    httpRI/s s s yobtb+e.com/s atchQcGfmV( ogge) ox tG314
    BappearRin yobr Rbrce video 'rom 0:0O:01 to 0:0o0O :
    httpRI/s s s yobtb+e.com/s atchQcG dwkJnuMgM tGI

- z DT o' allegedly in'ringing video to +e removed:
  httpRI/s s s yobtb+e.com/s atchQcGI( 2UWHOHEJ
- VeRri+e the s orf allegedly in'ringed: My companyAbrganiSation or clientR video
  - -llfe o' video: 1OI Wborm Vtbrge K aRheREs ay j omeRin wt. MyerR
    Leach $j brnicane Ben
  - Wbrce o' video: aUy- ICP'ro
  - -ype o' video: Bkemet video
  - K'here doeRthe content appearQ
  - -he content appearRin the targeted video 'rom 0:0O3Oto 0:06:HO :
    httpRI/s s s yobtb+e.com/s atchQcGI( 2UWHOHEJ x tG33O
    BappearRin yobr Rbrce video 'rom 0:0O:23 to 0:01:10 :
    httpRI/s s s yobtb+e.com/s atchQcGaUy- ICP'rox tG23

- Cobnty s here copyright applieR z W
- BRate z 8V ( D 7 ( 8 ET- u Sw 7 ( DYz Du that:
  - Bam the os nerNor an agent abthoriSed to act on +ehal' o' the os ner
    o' an e, clbRive right that iRallegedly in'ringed.
  - Bhave a good 'aith +elie' that the bRe o' the material in the manner
    complained o' iRnot abthoriSed +y the copyright os nerNRor agentNor
    the las ; and
  - -hiRnoti'ication iRacchrate.
  - Bacf nos ledge that bnder 'Rection OL27=o' the V.MCE any perRon
    s ho f nos ingly materially miRrepreRentRthat material or activity iR
    in'ringing may +e Rb+Act to lia+ility or damageR.
  - BbnderRtand that a+bRe o' thiRtool is ill reRbit in termination o' my
    uob- b+e channel.
- EkthoriSed Vignatbre: Michael Clement

Lelp Center • ( mail SbtionR

uob received thiRemail to provide in'ormation and bpdateRarobnd yobr
uob- b+e channel or accobnt.



Sn8ov Uk2023 uob-b+e Copyright

© 2021 Loogle TTC d/4a uob-b+eN01 Cherry EveNVan LrbnoNCE 4H066

▶ YouTube

## Copyright Infringement Notification Confirmation

- hanf´ yob´or yobr Ro+miFRon. BiFRbnder reves´ to enRbre it iRvaid and indbbeRal reXbired elementR K e s ill reply to thiRemail s hen´s eye´ taf en action on yobr reXbeR. uob can alRb checf´ on the RatrRo´ yobr taf edos n reXbeR in the ´Demoval reXbeRR lat+ s hich iR´obnd in the Copyright Rection o´ yobr channel.

j ere iRthe in´ormation yob´lled in:

- Copyright Ss er 8ame ´Company 8ame i´ applica+e= Pirai VDM
- uobr wM ´legal 8ame ´EliaiReRuReRemameRor´iniaiaRnot accepted=
  Michael Clement
- uobr - ille or Yo+ 7 oRlion ´K´hat iRyobr abthonly to ma´e thiRcomplaintQ=
  Vigial DighRManager
- EedreRR
  ○ 210 Pea5ey V ine
  ○ ChilderRebrgNET 3C0I·H
  ○ z W
- z Rename: Copyright Management
  ( mail EedreRR copyright@viraidm.com
- 7 hone: 2OS926U.ULUHJ

- z DT o´ allegedly in´ringing video to +e removed:
  httpR//s s s yobtb+e.com/s atchQ-CdImV( cogie) o
- VeRci+e the s orf´ allegedly in´ringed: My companyRbrganiRation or clientR video
  ○ - iitle o´ video: YEK 9/OS77 BI - omado V rone woolage Whos R
    &anReiR- os n l et Dipped Epart
  ○ Wobrce o´ video: L dwUnuIMgM
  ○ - ype o´ video: Biemet video
  ○ K here doeRthe content appearQ
  ○ -he content appearRin the targeted video ´rom 0:0O14 to 0:0O22 :
    httpR//s s s yobtb+e.com/s atchQ-CdImV( cogie) oxtG14
  ○ BappearRin yobr Rbrce video ´rom 0:00:01 to 0:00:0O :
    httpR//s s s yobtb+e.com/s atchQ-CG dwbUnuIMgMxtGI

- z DT o´ allegedly in´ringing video to +e removed:
  httpR//s s s yobtb+e.com/s atchQ-GI( 2UWHDAEL
- VeRci+e the s orf´ allegedly in´ringed: My companyRbrganiRation or clientR video
  ○ - iile o´ video: 1O1 Wbrm Wbrge K aiReeREs ayj omeRin wt. MyeiR
    Leach 9j brricane 8n
  ○ Wobrce o´ video: aUy- ICP´ro
  ○ - ype o´ video: Biemet video
  ○ K here doeRthe content appearQ
  ○ -he content appearRin the targeted video ´rom 0:0O30ho 0:06:·HD :
    httpR//s s s yobtb+e.com/s atchQ-GI( 2UWHDAEL x tG33O
  ○ BappearRin yobr Rbrce video ´rom 0:00:23 to 0:01:10 :
    httpR//s s s yobtb+e.com/s atchQ-GaUy- ICP´rox tG23

- Cobnty s here copyright applieR z W
- BRate z 8 V ( D 7 ( 8 ET- u Sw 7 ( DYz Du that:
  ○ Bam the os nenNbr an agent authoriSed to act on +ehal' o' the os ner
    o' an e, cbRVee right that iRallegedly in'ringed.
  ○ Bnave a good 'aith+ele 'that the bRe o' the material in the manner
    complained o' iRnot abthoriSed +y the copyright os nerNlRagemNbr
    the las ; and
  ○ -hiRtool i cation iRaccbrate.
  ○ Bacf nos ledge that bnder Vkection Oi 27=o' the VMCE any perRon
    s ho i' nos ingly materially miRrepreRentRthat material or activity iR
    in'ringing may +e Rb+Act to lia+ility o' damageR
  ○ BorderiRand that a+bRe o' thiRtool s ill reRblt in termination o' my
    uob- b+e channel.
  - EbthoriSed Vignaitre: Michael Clement

9- he uob- b+e -eam

j_elp Center • L mail S.ptionR

uob received thiRemail to provide in'ormation and bpdateRarobnd yobr
uob- b+e channel or accobnt.

▶ YouTube

© 2021 j_oogle TTC d/+/a uob- b+eNl01 Cherry EveNlan L'tbnoNCE 4H066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:47:10 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [O2KtVKt UKSTBtMEMZt RKVUYHj_HYuTobJb-e Copyright Complaint Sb- mission
**Attachments:** Erandon Clement +Viral DRM Copyright Management 9 greement FinalкsignedБpd,

++++++Forwarded message +++++++
**From: Copyright Management** <copyright@viraldrm.com>
Date: UhtN8 ov 16N2023 at 1:02 PM
Sb- Act: Re: [O2KtVKt UKSTBtMEMZt RKVUYHj_HYuTobJb-e Copyright Complaint Sb- mission
Uo: TobJb-e Copyright <yobtb-e+displtesj_3t7b0t1t32t240f @google.com>

For this fin' : Erandon Clement is the copyright owner +https://www.yobtb-e.com/watchqv?z=O8FbRLU3Bo

9ttached are the agreements staling we are abthori'Ked to manage the rights ,or their videos.
Uhan' yobN

Qn UhtN8 ov 16N2023 at G\G3 PM TobJb-e Copyright <yobtb-e+displtesj_3t7b0t1t32t240f @google.com> wrote:



] | Copyright ManagementN

Uhan' yob ,or yobr removal re=best.

( e)e removed some o, the videos in yobr noti,ication. ] owever\Nwe need some more in,ormation ,rom yob - e,ore we can proceed with removing the remaining video\t5 Please read the entire email care,bIly ,or a complete bpdate o, each video)s statts.

**Need more info**                      9ction needed

J\n order to remove the content in =bestion\Nwe mbst con\tirm that yob are the copyright owner or the copyright owner)s abthori'Ked representative. J\yob are acting as an abthori'Ked representative\hplease let bs ' now. For each BRK)please identi,y the copyright owner yob are representing.

**Request resolved**

Uhe video\6s5listed - elow have already - een removed. Eecatse the content is bravaila- le\Nwe are bna- le to ta' e action on them.

Videos in =bestion:

https://www.yobtb-e.com/watchqv/?H926Jkay20

( e bse a com-ination o, abtomated systems and htrman reviews to process removal re=bests.

Tob may ta` e - ac` yobr claim o, copyright in,ingement at any time i, yob change yobr mind.

+Uhe TobLb- e Ueam

] ere is the in,ormation yob ,lled in:

Copyright Qwner 8 ame kCompany 8 ame i, applica- le5 Viral DRM
Tobr Fbll Kegal 8 ame k9 liasesNbsernames or initials not accepted5 Michael Clement
Tobr Uitle or zo- Position K ` hat is yobr abthority to ma` e this complaintq5
Digital Rights Manager
9 ddress:
210 Vea Xey Drive
Childers- brgN8 K 3 Q U44
BS
Bsername: Copyright Management
Hmail 9 ddress: copyright@viraldrm.com
Phone: 2 G5 = 2 6f ◄ f ◄f

BRKo, allegedly in,inging video to - e removed:
https://www.yobtb-e.com/watchqv/?H926Jkay20
Descri- e the wor` allegedly in,inged: My company Nbrgan Xation or client} video
  ◦ Uitle o, video: CKQSH UQR8 9 DQ UH9 RS Uj RQBOj UQ( 8 +Madill Q' lahoma 4 ◄2 ◄2 ◄0
  ◦ Sobrce o, video: yf 3 l VUG8 SX4
  ◦ Uype o, video: Jhternet video
  ◦ ( here does the content appearq
Uhe content appears in the targeted video ,rom 0:04:16 to 0:04:23 :
https://www.yobtb-e.com/watchqv/?H926Jkay20`.t?2 Q6
J appears in yobr sobrce video ,rom 0:00:46 to 0:00:G4 :
https://www.yobtb-e.com/watchqv/?yf 3 l VUG8 SX4`,t?46

BRKo, allegedly in,inging video to - e removed:
https://www.yobtb-e.com/watchqv/?=O6 F ◄RLU8 Bo
Descri- e the wor` allegedly in,inged: My company Nbrgan Xation or client} video
  ◦ Uitle o, video: 11 ◄lL ◄2 Q ◄ Orchard Par` N8 T ◄Orchard Par` ma Xb o, mayhem
  ◦ Sobrce o, video: HI nf yhT ◄rhM
  ◦ Uype o, video: Jhternet video



## Copyright Infringement Notification Confirmation

Than' yob, or yobr sb- mission. J is bnder review to ensbre it is valid and inclbdes all re=bired elements. ( e will reply to this email when we@e ta' en action on yobr re=best. Tob can also chec' on the statbs o, yobr ta' edown re=best in the Removal re=bests list- which is, obnd in the Copyright section o, yobr channel.

] ere is the in,ormation yob ,illed in:

- Copyright Qwner 8ame i Company 8ame i, applica- le5 Viral DRM
- Tobr F9I Kegal 8ame K9 lasesNbsernames or initials not accepted5 Michael Clement
- Tobr Ulle or zo- Position K' hat is yobr abthority to ma' e this complaint@5 Digital Rights Manager

---

- 2021 Qoogle KKC d\- la TobUb- eN'01 Cherry 9 venNSan ErbnoNC9 74066

] elp Center , Hmail Qptions

Tob received this email to provide in,ormation and bpdates arobnd yobr TobUb- e channel or accobnt.

9bbon'Xed Signatbre: Michael Clement

Cobntry where copyright applies: BS

Jstate B8 DHR PH89'KJT QF PHR2BRT that:

- Jam the owner'br an agent abthori'Xed to act on - ehal, o, the owner o, an e&clbsive right that is allegedly in,ringed.
- Jhave a good ,aith - elie, that the bse o, the material in the manner complained o, is not abthori'Xed - y the copyright owner'Nts agent'br the law, and
- Uhis noti,ication is accbrate.
- Jac' nowledge that bnder Section G12k5o, the DMC9 any person who ' nowingly materially misrepresents that material or activity is in,ringing may - e sb- Aect to lia- ility ,or damages.
- Jbnderstand that a- bse o, this tool will resllt in termination o, my TobUb- e channel.

Cobntry where copyright applies: BS

( here does the content appearq

Uhe content appears in the targeted video ,rom 0:01:G2 to 0:01:GG:
https://www.yobtb- e.com/watchqv?=Q8 FHRLU8Bo' t2112
J appears in yobr sobrce video ,rom 0:00:30 to 0:00:33 :
https://www.yobtb- e.com/watchqv2Hl nf yhT nM' t230

- 9ddress:
  - 210 VeaxЬy Drive
  - Childers- brgN₮K₃Ͼɫ44
  - BS
- Bsename: Copyright Management
- Hmail 9ddress: copyright@viraldrm.com
- Phone: 2Ѻ₃‹₆6ſ ₦ſ 4ſ

- BRKo, allegedly inɼinging video Ьo - e removed:
  https://www.yobtb- e.com/watchɋv?H9 2iʒJkav20
- Descri– e the woɼ' allegedly inɼinged: My company ℕɼgan/₀ɵНion oɼ clienth video
  - Uɫle o, video: CKɋSH UɋR89 DΩ LH9RS Uʝ RɋBOʝ Uɋ[  8  +
    Madiſ Qˈ lahoma 4₤2‹₤0
  - Soɓrce o, video: yſ 3l VLGͶSХ4
  - Uype o, video: Jɫternet video
  - ( here does the content appearq
    Uhe content appears in the targeted video ,ɼom 0:04:16 to 0:04:23 :
    https://www.yobtb- e.com/watchɋv?H9 26iʒJkav20ˈ ɼ22G6
    J appears in yobr soɓrce video ,ɼom 0:00:46 to 0:00:G4 :
    https://www.yobtb- e.com/watchɋv?yſ 3l VLGͶSХ4ˈ ɼ246

- BRKo, allegedly inɼinging video Ьo - e removed:
  https://www.yobtb- e.com/watchɋv?=O8 FɨRLU8Bo
- Descri– e the woɼ' allegedly inɼinged: My companyℕɼgan/₀ɵНion oɼ clienth video
  - Uɫle o, video: 11‹ɫL‹€22 Oɼchard Parˈ N₮T‹Oɼchard Parˈ maХ₮e o, mayhem
  - Soɓrce o, video: HI nſ yhT ɼhM
  - Uype o, video: Jɫernet video
  - ( here does the content appearq
    Uhe content appears in the targeted video ,ɼom 0:01:G2 to 0:01:GG:
    https://www.yobtb- e.com/watchɋv?=O8 FɨRLU8Boˈ ɼ2112
    J appears in yobr soɓrce video ,ɼom 0:00:30 to 0:00:33 :
    https://www.yobtb- e.com/watchɋv?HI nſ yhT ɼhMˈ ɼ230

- Cobntɼy where copyright applies: BS
- Jstate B8DHR PH89 KUT QſF PHR₂BRT that:
  - Jam the owneɼNbr an agent abɫhon𝒳ed to act on – eɦal, o, the owner o, an e&tibsive right that is allegedly inɼinged.
  - Jhave a good ,aith - elie, that the bse o, the material in the manner complained o, is not abthonХed - y the copyright owneɼNts agentNbr the lawkand
  - Uhis noɫ,ication is accɫorate.
  - Jac' nowledge that bnder Section Gⅎ2k5o, the DMC9 any person who 'nowingly materially misrepresents that material or activity is inɼinging may – e sb- ʝect to lia– lity oɼ damages.
  - Jnderstand that a- bse o, this tool will resɫit in termination o, my TobLЬ- e channel.
- 9bthonХed Signabtre: Michael Clement

+Uhe TobLЬ- e Uearn

Ⅼelp Ͼenter · Hmail Ϙptions

Tobe received this email to provide incrmation and bpdates aɼobnd yobr TobLЬ- e channel or accobnt.



• 2021 Ooogle KKC dl-/a ToloUb- eN701 Cherry 9.velSa an.ErbnoNC9 .74066

On 8 ov 1 GR2023 copyright@viraldrm.com wrote:

Video .Ds: H9 26.lbay20N=O8 FbRLU3Bo

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 : 43:01 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd4[AI GPI DOH3A BUKCT AHKX DI M5X X Q GoYuYbe Copyright Complaint SYbmission

--------- Forwarded message ---------
From **YouTube Copyright** <yoYtYbe-displYtes-2K6GqObei i 3205@google.com>
Date4SYhk7 ov 12k2023 at 1242 PM
SYbec4[AI GPI DOH3A BUKCT AHKX DI M5X X Q GoYuYbe Copyright Complaint SYbmission
uo4<copyright@viraldrm.com>



Hi Copyright Managementk

uhanNyoY or yoYr response. X eYve reviewed it and provided Ypdates below.

**Request resolved**

uhe content listed below has been removed.

Videos in Wlestion4

https4//www.yoYtYbe.comVwatch i v7T=PRd mYLic

https4//www.yoYtYbe.comVwatch i v7RZrl eJeOICg

X e Yse a combination o aYtomated systems and hYman reviews to process removal reVYests.

GoYmaytaYe bacNyoYr claim o copyright in ringement at any time i  yoYr change yoYr mind.

- uhe Yeam

Here is the in ormation yoY lled in4

Copyright Zwner 7 ame (Company 7 ame i  applicable)4Viral DRM
GoYrY Ml egal 7 ame (TliaseskYsernames or initials not accepted)4Michael Clement

Co Yr uitle or Ubb Position (X hat is yoYr aYhonty to mahe this complaint' )4

Digital Rights Manager

Tddress4

210 Veaj ey Drive

Childersb YrgKT1  3K0LL

z S

z sername4Copyright Management

Bmail T ddress4 copyright@vraidrm.com

Phone42K6-265-55L5

z RI  o  allegedly in ringing video to be removed4

https4//www.yoYYbe.com/watch\_v2T=PRd mYLic

Describe the woYNallegedly in ringed4My company/korganij ation or clientis video

- o  uitle o  video4HYrricane Qatrina Historic Storm SYrge Video - A Yl pork Mississippi
  - o  SoYrce o  video4-OoY0H  px LT
  - o  uype o  video48Iternet video
  - o  X here does the content appear'

uhe content appears in the targeted video  rom 040048 to 040&1 4

https4//www.yoYYbe.com/watch\_v2T=PRd mYLic3Y2K18

8 appears in yoYr soYrce video  rom 04024.0 to 0024.3.4

https4//www.yoYYbe.com/watch\_v2-OoY0H\_px LT9I2160

z RI  o  allegedly in ringing video to be removed4

https4//www.yoYYbe.com/watch\_v7RZrLeJeOICg

Describe the woYNallegedly in ringed4My company/korganij ation or clientis video

- o  uitle o  video4HYrricane Qatrina Historic Storm SYrge Video - A Yl pork Mississippi
  - o  SoYrce o  video4-OoY0H  px LT
  - o  uype o  video48Iternet video
  - o  X here does the content appear'

uhe content appears in the targeted video  rom 040048L to 040486 4

https4//www.yoYYbe.com/watch\_v7RZrLeJeOICg9I23L

8 appears in yoYr soYrce video  rom 04024.0 to 0024.3.4

https4//www.yoYYbe.com/watch\_v2-OoY0H\_px LT9I2160

Co Yntry where copyright applies4z S

8state z 7DBR PB7T1 uGZ F PBRtz RGthat4

- o  8am the owerkor an agent a Ythorij ed to act on behal  o  the owner o  an e=clYsive right that is allegedly in ringed.
  - o  8rave a good  alth belie  that the Yse o  the material in the manner complained o  is not a Ythorij ed by the copyright ownerkits agentkor the law; and
  - o  uhis noti icationis accYrate.
  - o  8acKnowledge that Ynder Section K12( ) o  the DMCT any person who Nnowingly materially misrepresents that material or activity is in ringing

Zn 7 ov 11k2023 copyright@viraldrm.com wrote4

Hellok
For this íinNíMíNe uheiss is the copyright owner - https://www.yoYtbe.com/watch'_v7T=PRd mY Ic
For this íinNí MíNe uheiss  is the copyright owner - https://www.yoYtbe.com/watch'_v7RZrI eJeOtCg

Ttached are the agreements stating we are a Ythoríj ed to manage the rights  or their videos.

uhanNyoYk

Zn x edK7 ov &k2023 at 24&PM GoYuYbe Copyright <yoYtbe-disoYtes+2kGG#bei j3205@google.com> wrote4



Hi Copyright Managemenk

uhanNyoY or yoYr removal reYWest. X efèe reviewed yoYr reYWest and need
some more in ormation rom yoY be ore we can proceed. Please read the entire
email care Ylly or a complete Ypdate o  each videoßs stat√s.

7 eed more in o T ction needed

ßn order to remove the content in Westionkwe mYst con irm that yoY are the
copyright owner or the copyright ownerßs a Ythoríj ed representative. 8 yoY are
acting as an a Ythoríj ed representativekplease let Yßs Now. For each z Rl k
please identi y the copyright owner yoY are representing.

GoY may take bacNyoYr claim o  copyright in ringement at any time i  yoYr change
yoYr mind.

- uhe GoYuYbe ueam

Here is the in ormation yoY  illed in4

* Copyright Z wner 7 ame i (Company 7 ame i  applicable)4Viral DRM
* GoYr FMI l egal 7 ame (TliaseskYsernames or initials not accepted)4
  Michael Clement
* GoYr uitle or Ubb Position (X hat is yoYr a Ythoríty to maNe this complaint' )4
  Digital Rights Manager
* Tddress4
  ○ 2IO Veaj ey Drive
  ○ Childersb YrgkT1 3K0LL
  ○ z S
* z sername4Copyright Management

may be s Y0¢ct to liability or damages.
○ 8Ynderstand that ab Yße o  this tool will resYlt in termination o  my GoYuYbe
  channel.

T Ythoríj ed SignatYre4Michael Clement

Help Center • Bmail Z ptions

GoYreceived this email to provide in ormation and Ypdates aro Yñd yoYr
GoYuYbe channel or accoYñt.



© 2021 Aoogle I I C dïb/a GoYuYbek: 01 Cherry T'vekSan' 'Yñokc̃T : L066

- Email T ddress 4 copyright@viraldrm.com
- Phone4 2K6-265-55L5

- z RI o allegedly in ringing video to be removed4
  https4//www.yoYYbe.com/watch\_v7T=PRd mY1 Ic
- Describe the worNallegedly in ringed4My company/organiji ation or client\$ video
  ○ utle o video4HYrricane Catrina Historic Storm SYrge Video -
     AYI portdMississippi
  ○ SoYrce o video4-OoY0H\_px LT
  ○ uype o video48etemet video
  ○ X'here does the content appear'
     uhe content appears in the targeted video rom 04J8&& to 04J8&.1 4
     https4//www.yoYYbe.com/watch\_v7T=PRd mY1 Ic9I?Kt 8
     8 appears in yoYr soYrce video rom 04J24.0 to 04J24.3.4
     https4//www.yoYYbe.com/watch\_v2=OoY0H\_px LT 9I?160

- z RI o allegedly in ringing video to be removed4
  https4//www.yoYYbe.com/watch\_v7RZrl eJeOlCg
- Describe the worNallegedly in ringed4My company/organiji ation or client\$ video
  ○ utle o video4HYrricane Catrina Historic Storm SYrge Video -
     AYI portdMississippi
  ○ SoYrce o video4-OoY0H\_px LT
  ○ uype o video48etemet video
  ○ X'here does the content appear'
     uhe content appears in the targeted video rom 04J06L to 04J06I6 4
     https4//www.yoYYbe.com/watch\_v7RZrl eJeOlCg9I?3L
     8 appears in yoYr soYrce video rom 04J24.0 to 04J24.3.4
     https4//www.yoYYbe.com/watch\_v2=OoY0H\_px LT 9I?160

- CoYntry where copyright applies4z S
- 8state z 7 DBR PB7 Tl uGZ F PBRLz RGthat4
  ○ 8am the owenkor an agent aYthorij ed to act on behal o the owner
     o an e=cYsive right that is allegedly in ringed.
  ○ 8have a good aith belie  that the Yse o the material in the manner
     complained o  is not aYthorij ed by the copyright ownerkits agentkor
     the law; and
  ○ uhis not ication is accYrate.
  ○ 8acNnowledge that Ynder Section K12( ) o the DMCT any person
     who Nnowingly materially misrepresents that material or activity is
     in ringing may be sYbject to liability or damages.
  ○ 8Ynderstand that abYse o  this tool will resYlt in termination o  my
     GoYuYbe channel.
- T Ythorij ed SignatYre4Michael Clement

Help Center • Email Z ptions

GoYreceived this email to provide in ormation and Ypdates aroYYd yoYr
GoYuYbe channel or accoYnt.



© 2021 Aoogle I I C d/b/a GoYuYbek, 01 Cherry TyekSan° YrhokCT  L066



# Copyright Infringement Notification Confirmation

uhanNyoY or yoYr sYbmission. **8** is Ynder review to ensYre it is valid and incfYdes all reWired elements. X e will reply to this email when we've taHen action on yoYr reWYest. QoY can also checNon the statYS o yoYr taHedown reYWest in the IZemoval reWYestsBab which is oYhd in the Copyright section o yoYr channel.

Here is the in ormation yoY illed in4

- Copyright Zwner 7 ame (Company 7 ame i applicable)4Viral DRM
- QoYr FYll egal 7 ame (TliaseskYsernames or initials not accepted)4 Michael Clement
- QoYr uitle or Ubb Position (X hat is yoYr aYthority to maHe this complaint` )4 Digital Rights Manager
- T dress4
  ○ 210 Veaj ey Drive
  ○ Childersb YrgkT1 3K0LL
  ○ z S
- z sername4Copyright Management
- Bmail T ddress4copyright@viraldrm.com
- Phone4ZK6-265-55L5

- z RI o allegedly in ringing video to be removed4 https4www.yoYYbe.com watch\_v2T1=PRd mY1 Ic
- Describe the wonNallegedly in ringed4My companyKorganij ation or clientS video
  ○ uitle o video4HYrricane Qatrina Historic Storm SYrge Video -
    AYl portkMississippi
  ○ SoYrce o video4OoY0H\_px LT
  ○ uype o video4Bnternet video
  ○ X here does the content appear`
    uhe content appears in the targeted video rom 040=8& to 040&1 4
    https4www.yoYYbe.com watch\_v2T1=PRd mY1c9I2Kl&
    **8** appears in yoY soYrce video rom 04024.0 to 04024.3 4
    https4www.yoYYbe.com watch\_v2=OoY0H\_px LT9I?160

- z RI o allegedly in ringing video to be removed4 https4www.yoYYbe.com watch\_v2RZ r1 eJeOICg
- Describe the wonNallegedly in ringed4My companyKorganij ation or clientS video
  ○ uitle o video4HYrricane Qatrina Historic Storm SYrge Video -
    AYl portkMississippi
  ○ SoYrce o video4OoY0H\_px LT
  ○ uype o video4Bnternet video
  ○ X here does the content appear`
    uhe content appears in the targeted video rom 0400&L to 040480 4
    https4www.yoYYbe.com watch\_v2RZ r1 eJeOICg9I?3L
    **8** appears in yoY soYrce video rom 04024.0 to 04024.3 4
    https4www.yoYYbe.com watch\_v2=OoY0H\_px LT9I?160

- CoYntry where copyright applies4z S
- **8** tate z 7DBR PB7 T1 uGZ F PBRtJz RGtha&
  ○ 8am the ownerkor an agent aYthorij ed to act on behal o the owner

- o an eclҰsive right that is allegedly in ringed.
  - o Ꮙhave a good ꬰaith belieꬰ that the Ꮙse oꬰ the material in the manner complained oꬰ is not aꭐthoriꭎed by the copyright ownerꟷits agentꟷor the law, and
  - o ꭐhis notiꭒcation is accꭐrate.
  - o ꭕacknowledge that ꭐnder Section K12Ꮙ oꬰ the DMCꭐ any person who knowingly materially misrepresents that material or activity is inꬰringing may be sꭐbject to liability or damages.
  - o ꭕꭐnderstand that abꭐse oꬰ this tool will resꭐlt in termination oꬰ my GoꭐꭐꭐꭐYoꭐꭐꭐꭐꭐꭐꭐꭐbe channel.
- ꭐ ꭐꭐthoriꭎed SignatꭐꭐreＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩ4Michael Clement

- uhe GoꭐꭐꭐꭐYoꭐꭐꭐꭐꭐꭐꭐꭐꭐbe ueam

<u>Help Center</u> • <u>ＢＢＢＢＢＢＢＢＢＢＢＢＢＢＢＢＢmail ＺＺＺＺＺＺＺＺＺations</u>

GoꭐꭐꭐꭐYreceived this email to provide inꬰormation and ꭐpdates aroꭐnd yoꭐꭐr GoꭐꭐꭐꭐꭐYoꭐꭐꭐꭐꭐꭐꭐꭐꭐbe channel or accoꭐnt.

© 2021 ꭐꭐoogle ꭐꭐꭐꭐC d/b/a GoꭐꭐꭐꭐYoꭐꭐꭐꭐꭐꭐꭐꭐꭐbe꜇ 01 Cherry ꭐꭐꭐꭐꭐꭐꭐꭐvenꭐꭐꭐSan꭬ꭐꭐꭐꭐꭐ꭬ꭐꭐꭐ꭬ꭐꭐ꭬ꭐꭐꭐ꭬ꭐꭐꭐꭐꭐraꭐꭐꭐꭐꭐꭐꭐꭐꭐꬰotoꭐꭐꭐꭐ꭬CＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩ꬀ＬＬＬＬＬＬＬＬＬＬＬＬＬＬＬＬ066

Zn 7 ov 5k2023 <u>copyright@viraldrm.com</u> wrote4

Video ＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰꭰ9꭬ꭐꭐ꭬ꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐꭐＴＴＴＴＴＴＴＴＴ=PRd mＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩＩￜￜￜckRZrl eJeOￗＣＣＣＣＣＣＣＣＣＣＣＣＣＣＣＣＣg

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 9:93:P:VM
**To:** Diral Rs M <viraldm@wiplaF.com>
**Subject:** [ FdSX WC6RW6G37: 2W2EW J3s7s I MP2ZoYJ Yue Copyright Complaint TYumiwion

### FOR BRIEF OF EVIDENCE

bC] S +j R
http://FFF.yoYrYue.com/F.atch_vNpp.J4_A2dy2

‖‖‖‖‖‖‖ | orF.arded meweoge I ‖‖‖‖‖‖‖‖
| romYouTube Copyright <yoYYtuelfluoYtewk3gj2_vf.hFiFF0_@google.com>
Rate5] hY(r+ ov 16s2023 at 10‖90?YM
TYuect5X WC6RW6G37: 2W2EW J3s7s I MP2ZoYJ Yue Copyright Complaint TYumiwion
] o5<copyright@viraldm.com>



8 I Copyright Management‖

] hanK yoY' or yoYr removal ref Yevt.

Oe]ve removed wome o' the videowin yoYr notiFication. V!eawe read the entire
email care'Y!ly' or a complete Ypdate o' each videoywatYw

**Under review**

Oe need more time to reveF the in'ormation yoY provided o' the video]wL
ueloF. O e]l get uacKto yoYonce Fe]ve completed oYr reveF.

Dideowin F Yewlon5

http://FFF.yoYYue.com/F.atch_vNfilpMTz u'z.g

☐ Dideo ]Sternet videoL

] ]ite o' yoYr video5] 'M evoYtion o' uea Yt'Yl tornado near O rayqtC-   on May
: q2016

Content 'oYnd in5‖9]P91 to 0]9]9‖4

http://FFF.yoYYue.com/F.atch_vN_9U8'1]8/ZZ

☐ Dideo ]Sternet videoL

] ]ite o' yoYr video5s ed Tprite wtorm 2014 in PE

Content 'o Ynd in5060&50 to 03068&

https6/FFF_yoYYue.com/Fatch_vN8o40-6hRt_b

☐ Dideo )3lernet videoL

] ile o', yoYr video5s - - [ i - j T b 3 z - s +]  inwide inner core o' Category
P8 Yrricane  8a in 8-oYmac(2oYtwana

Content 'o Ynd in5060&50 to 03068&3

## Request resolved

]he video\xLliwted ueloF have already ueen removed. z ecaYwe the content
iwYhavaliiaulleF e are Ynaule to taYe action on them.

Dideowin f Yewlon5

https6/FFF_yoYYue.com/Fatch_vNtpJ4__A2by2

Oe Ywe a comuination o' a Ytomated wystemwand hYman revieFwto
procewwremoval ref Yewtw

ZoYrmay taYe uacKyoYr claim o' copyright infringement at any time i' yoY change
yoYr mind.

## H] he ZoY] Yue ] eam

8ere iwthe in'ormation yoY''lled in5

Copyright - Fner +ame )Company +ame i' applicaule5DDiral Rs M
ZoYr] YI Gegal +ame )b iawexq Ywemamewor inilialwnot accepted5Michael
Clement
ZoYr] lile or Ubu Vowition )Ohat iwyoYr aYthority to maYe thiwcomplaint, L5
Rigital s ightwManager
bddriew5
210 Dea' ey Rrive
Chldenw/Yrgqb/G390PP
JT
Jwername5Copyright Management
j mail b ddriew6copyright@viraldrm.com
Vhone52961#6: H : P:

J.s Go' allegedly in ringing video to u e removed5
https6/FFF_yoYYue.com/Fatch_vNtbJpMTz u'z g
Rewcriue the F orK allegedly in'noerf5My companoncomani'ation or clientw

video

- ○ ]itle o´ video5¶ Yl evolМtion o´ ueaΜ Υ tornado near OrayqC~ on May: q 2016
- ○ To Υrce o´ video5ic: V4´" 3yZ
- ○ ]ype o´ video5Ełemet video
- ○ Οhere doewΜhe content appear,
- ]he content appearwin the targeted video ´rom 03ΡΡ91 to 0ЄΡ924 5
  httpx6fFF_yoΥYue.com/Faﬅch_vNΜbipMTz u z g_ łN241
  \$appearwin yoΥ woΥrce video ´rom 0Є2Є3 to 0Є0Є3 5
  httpx6fFF_yoΥYue.com/Faﬅch_vNic: V4´" 3yZ___łN!:-3

Js Go´ allegedly in´ringing video to ue removed5
httpx6fFF_yoΥYue.com/Faﬅch_vN_9ΜΒ´ HΒiZZ
Rewcrue the ForK allegedly in´ringed5My companyrorganiˇation or clientw
video

- ○ ]itle o´ video5s ed T priﬅe wtorm 2014 in ΡΕ
- ○ To Υrce o´ video5T Ru+   z.- ΗΚ
- ○ ]ype o´ video5Ełemet video
- ○ Οhere doewΜhe content appear,
- ]he content appearwin the targeted video ´rom 0ЄЄЄ0 to 0ЄЄ8Є& 5
  httpx6fFF_yoΥYue.com/Faﬅch_vN_9ΜΒ´ HΒ´ZZ_łN910
  \$appearwin yoΥ woΥrce video ´rom 0 Є2ЄΕ to 0Є0Є3ΙΡ 5
  httpx6fFF_yoΥYue.com/Faﬅch_vNΤΡu+_z.- ΗΚ_łN!:.6

Js Go´ allegedly in´ringing video to ue removed5
httpx6fFF_yoΥYue.com/Faﬅch_vNΒxo´0ЄnRL_b
Rewcrue the ForK allegedly in´ringed5My companyrorganiˇation or clientw
video

- ○ ]itle o´ video5s -  [ l - j T b Ҟ z - s *j   inwde inner core o´ Category Ρ 8 Υrricane Ϡa in 8 o´maaGαYriwana
- ○ To Υrce o´ video5  : T´l f 6y:3Z
- ○ ]ype o´ video5Ełemet video
- ○ Οhere doewΜhe content appear,
- ]he content appearwin the targeted video ´rom 0Є0ЄЄΛ0 to 0Є0ЄЄ3 5
  httpx6fFF_yoΥYue.com/Faﬅch_vNΒxo´0ЄnRL_b_łN340
  \$appearwin yoΥ woΥrce video ´rom 0Є0ЄΛ0 to 0Є0ЄЄ3 5
  httpx6fFF_yoΥYue.com/Faﬅch_vN__T´l f 6y:3Z_łN30

Js Go´ allegedly in´ringing video to ue removed5
httpx6fFF_yoΥYue.com/Faﬅch_vNqpJ4_A2dy2_
Rewcrue the ForK allegedly in´ringed5My companyrorganiˇation or clientw
video

- ○ ]itle o´ video5Canton] exawΜΜ[ ]ornado Ηb pril 24q201:  s bO ´ootage
- ○ To Υrce o´ video5  hΜ3aΚd´ 6f 0
- ○ ]ype o´ video5Ełemet video
- ○ Οhere doewΜhe content appear,
- ]he content appearwin the targeted video ´rom 0ЄΛΡЄ to 0Є4ЄΙ 5
  httpx6fFF_yoΥYue.com/Faﬅch_vNqpJ4_A2dy2_łN&83

\$appeavin yoYr woYrce video rom U9UU5U3 to U9UU9Z'5
https@FFF_yoYtYue.comFatch_vN_hM3arkdi'6i 0_iN33

CoYntry Fhere copyright appliewdJ T

\$tate J +Rj s Vj +b GJ Z - J Vj s UJ s Z thai5
- Sam the oF'nerqor an agent aYthoiY'ed to act on uehal' o' the oF'ner o' an
  exclYwve right that iwallegedly in'ringed.
- \$rave a good 'aith uelie' that the Yue o' the material in the manner
  complained o' iwnot aYthoiY'ed uy the copyright oF'nerqlwagentqor the
  laF'; and
- J hiwnoi''ication iwacoYrate.
- SacKeoF'ledge that Ynder Tection 912)'Lo' the RMCb any penvon FYo
  KnoFingly materially miwepreventwhat material or activity iwin'ringing
  may ue wkrect to liauility or damagew
- SYndenvand that au'we o' thiwtool Fill rewMt in termination o' my ZoYJ Yue
  channel.

bYthoi' ed TignatYreSMichael Clement

8 elp Center • J mail - ptlonw

ZoYrreceived thiwemail to provide in'ormation and Ypdatewaro'Ynd yoYr
ZoYJ Yue channel or accoYnt.



© 2021 oogle GGC d/U/a ZoYJ Yueq401 Cherry bveqTan z YYnqoCb 4P066



## Copyright Infringement Notification Confirmation

J hanKyoY' or yoYr wYumiwwion. \$iwYnder revieF to enwYre it iwvalid and
indYdewual ref 'Yfred elementw. O e Fill reply to thiwemail Fhen FeBe taKen
action on yoYr ref Yewl. ZoYcan alvo checKon the watYwo' yoYr taKedoF'n
ref Yewl in the is emoval ref Yeww tau Fhich iw'oYnd in the Copyright wection o'
yoYr channel.

8ere iwthe in'ormation yoY'illed in5

- Copyright - F ner + ame )Company + ame J' applicaule5ZJiral Rs M
- ZoY'J Ml Gagal + ame )biavewq Ywernamewor initialwnot accepted5
  Michael Clement
- ZoYr J itle or Ubu Vowition )O hat iwyoYr aYthority to maKe thiwcomplaint, L5
  Rigital s ightwManager
- b ddrew6
  ○ 210 Dea' ey Rrive
  ○ ChildenwYrgqb G390PP
  ○ JT

- J wemame5Copyright Management
- J mail b ddrewa6copyright@viraldrm.com
- Vhone5296P26: H : P:

- J s Go' allegedly in'ringing video to ue removed5
  httpx6lFFF_yoYYue.com/Fatch_vNHbjtMTzu'zq
- Rewrtiue the Fork'allegedly in'rirged5My company'organi' ation or client\w video
  - ] itle o' video5'l evolMtion o' uea'M'l tornado near O'rayqC-' on May.' q2016
  - ToYrce o' video5ic:' V4'''3yZ
  - ] ype o' video5&iemet video
  - O'here doewthe content appear,
  - ]he content appeanwin the targeted video 'rom 05IP51 to 05I92:4 5
    $appearwin yoYr woYrce video 'rom 05I2I3 to 05I3I3 5
    httpx6lFFF_yoYYue.com/Fatch_vNic: V4'''3yZ___tN1: 3

- J s Go' allegedly in'ringing video to ue removed5
  httpx6lFFF_yoYYue.com/Fatch_vN 9L8' HbZZ
- Rewrtiue the Fork'allegedly in'rirged5My company'organi' ation or client\w video
  - ] ile o' video5s ed Tprite wtorm 2014 in PE
  - ToYrce o' video5Pu+_ z - I· hK
  - ] ype o' video5&iemet video
  - O'here doewthe content appear,
  - ]he content appeanwin the targeted video 'rom 05I8I50 to 05I63I& 5
    httpx6lFFF_yoYYue.com/Fatch_vN 9L8' HbZZ_tN910
    $appearwin yoYr woYrce video 'rom 05I25I6 to 05I35IP5
    httpx6lFFF_yoYYue.com/Fatch_vNT Pu+_ z - I· hK_tN1: 6

- J s Go' allegedly in'ringing video to ue removed5
  httpx6lFFF_yoYYue.com/Fatch_vN8xi0o6nRL b
- Rewrtiue the Fork'allegedly in'rirged5My company'organi' ation or client\w video
  - ] ile o' video5s - [ I - j T b 9 z - s +]  inwde inner core o'
    Category P 8 Yrricane 8ța in 8:oYrraqGoYiwana
  - ToYrce o' video5 : T' I f 6y 3Z
  - ] ype o' video5&iemet video
  - O'here doewthe content appear,
  - ]he content appeanwin the targeted video 'rom 05I6I50 to 05I65I3 5
    httpx6lFFF_yoYYue.com/Fatch_vN8xi0o9nRL b_tN940
    $appearwin yoYr woYrce video 'rom 05I0I50 to 05I03I3 5
    httpx6lFFF_yoYYue.com/Fatch_vN _T' I f 6y 3Z_tN30

- J s Go' allegedly in'ringing video to ue removed5
  httpx6lFFF_yoYYue.com/Fatch_vNguJ4__A2ov2
- Rewrtiue the Fork'allegedly in'rirged5My company'organi' ation or client\w video
  - ] itle o' video5Canton ] exaw] ornado Hb:pril 24q201: : s bO' 'ootage
  - ToYrce o' video5 hM3akdf 6f 0
  - ] ype o' video5&iemet video
  - O'here doewthe content appear,
  - ]he content appeanwin the targeted video 'rom 05I4P3 to 05I45I1 5
    httpx6lFFF_yoYYue.com/Fatch_vNguJ4__A2ov2__tN83
    $appearwin yoYr woYrce video 'rom 05I05I3 to 05I052 5
    httpx6lFFF_yoYYue.com/Fatch_vN hM3akdf 6f 0_tN33

- CoYrtty Fhere copyright applied5JT
- $wtate J+Rj s Vj +bG Z - [ Vj s Ui s Z that5

- ○ Sam the oF neropr an agent aYhoИ' ed to act on uehaI' o' the oF ner
  o' an exclYwee right that iwallegedly in ringed.
- ○ Stave a good' aith uelie' that the Yse o' the material in the manner
  complained o' iwnot aYhoИ' ed uy the copyright oF reqtiwagentapor
  the IaF; and
- ○ J thiwtool' ication iwaccoYrate.
- ○ BacKИoFledge that Yrder Tection 912)'Lo' the RMCb any person
  Fho YnoF ingly materially miwrepresentwthat material or activity iw
  in ringing may ue wИ ject to IiauiIity or damagew
- ○ SИ derwtand that auYwe o' thiwtooI FiII rewИt in termination o' my
  ZoYJ Yue channel.
- • bYhoИ' ed TIgnatYreSMichael Clement

HJ he ZoYJ Yue J eam

ZoYJ received thivemail to provide in'ormation and Ypdatewaro'Иd yoYr
ZoYJ Yue channel or accoYnt.

▶ YouTube

© 2021 J oogle GGC dVuia ZoYJ Yued401 CherrybveqJ TanzzYnooGb 4P066

- n t ov 19q2023 copyrightt@iraIdm.com Frote5

Dideo SИ6INipMTzu'zgq: 9LB'18VZZqKxo9ИRI bagpJ4  A2dy2

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:57 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [A8I HVI YPCFMX ZZASHPY3A6GN] Zoul ube Copyright Complaint - ubmission

++++++Forwarded message ++++++
From: **YouTube Copyright** <youtube-disputes-z0l8dpwwu4ob_07@google.com>
Date: ed Bov 4) 2023 at 12:90 RM
- ubect: [A8I HVI YPCFMX ZZASHPY3A6GN] Zoul ube Copyright Complaint - ubmission
l o9<copyright@viraldrm.com>



Ai Copyright Management

I hank Mou 8or your removal re, uest.   e've reviewed it and provided updates below.

**Request resolved**

I he content listed below has been removed.

Videos in , uestion9

https://www.youtube.com/watchov?444nT=1yvg

https://www.youtube.com/watchov?__JJc4RxoPHZ

e use a combination o8automated systems and human reviews to
process removal re, uests.

Zou may taWe bacXyour claim o8copyright in8ingement at any time i8you change
your mind.

+I he Zoul ube I eam

Aere is the in8ormation you 8lled in9

Copyright T wner Bame @Company Bame i8applicableBViral DRM
Zour Full Qegal Bame 0Dliases9 usernames or initials not accepted8Michael

Client

Zour l itle or l ob Position O hat is your authority to maΙΨΒ this complaint‚β

Digital Rights Manager

Νddress‚

210 Veaxey Drive

Childersburg‚ NC350: :

U‚

Username‚Copyright Management

Email Νddress‚copyright@viraldm.com

Phone‚256‚‚67‚#7:.7

URQo‚allegedly inΒinging video to be removed‚

https‚//www.youtube.com/watchq√244ΔnΤ = 1ynq

Describe the worΨallegedly inΒinged‚My companyj organiJation or clients video

- ○ l itle o‚video‚158 - torm - urge     ashes Νway Αomes in Ft. Myers  each +Αurricane Χin
- ○ - ource o‚video‚al4yl iCV‚o
- ○ l ype o‚video‚Χemet video
- ○ here does the content appearq

The content appears in the targeted video ‚rom 0‚4‚‚3 to 0‚49 0 ‚9

https‚//www.youtube.com/watchq√244ΔnΤ = 1ynq¨ t‚1043

Χappears in your source video ‚rom 0‚0‚‚2 to 0‚0‚‚7 ‚9

https‚//www.youtube.com/watchq√2al4yl iCV‚o¨ t‚12

URQo‚allegedly inΒinging video to be removed‚

https‚//www.youtube.com/watchq√__JΙc4R√0ΡΗΖ

Describe the worΨallegedly inΒinged‚My companyj organiJation or clients video

- ○ l itle o‚video‚3‚+l3+t‚J l wo - emi l rucΨ ) lown T ver T.n V ideo‚Νmarilo l Ο.mp:
- ○ - ource o‚video‚Ν=p=Y‚0antS
- ○ l ype o‚video‚Χemet video
- ○ here does the content appearq

The content appears in the targeted video ‚rom 0‚7‚‚I  to 0‚7‚‚7 ‚9

https‚//www.youtube.com/watchq√__JΙc4R√0ΡΗΖ¨ t‚105l

Χappears in your source video ‚rom 0‚0‚‚4 to 0‚0‚‚‚6 ‚9

https‚//www.youtube.com/watchq√N=p=Y‚0antS¨ t‚14

Country where copyright applies‚U‚

Χstate UΒDSR PSΒNQ Z T F PSRLURZ trat‚

- ○ Χam the ownerj or an agent authorixed to act on behal‚o‚the owner o‚an e.clusive right that is allegedly inΒinged.
- ○ Χhave a good ‚aith belie‚that the use o‚the material in the manner complained o‚is not authorixed by the copyright ownerj its agentj or the lawΧand
- ○ l his noti‚cation is accurate.
- ○ ΧacΨnowledge that under - ection 512‚‚o‚the DMCN any person who

Tn Bov 7j 2023 Zoul ube Copyright



## YouTube

# Copyright Infringement Notification Confirmation

I hankWyou 5or your submission. Xis under review to ensure it is valid and includes all re_uired elements.    e will reply to this email when we've ta5en action on your re_uest. Zou can also chec6on the status o8your ta6edown re_uest in the (Removal re_uests( tab which is 8ound in the Copyright section o8 your channel.

Aere is the in5ormation you 8iled in9

- Copyright T wner 5ame Œ6company 5ame i8applicable5Viral DRM
- Zour Full Qegal 5ame Œ6liases( usernames or initials not accepted5 Michael Clement
- Zour Title or Lob Position O hat is your authority to ma6e this complaint5 Digital Rights Manager
- Nddress9
  - 210 Veaxey Drive
  - Childersburg( NQ350: :
  - U-
- Username5Copyright Management
- Smail Nddress5copyright@viraldrm.com
- Phone9256•67•77: 7



- URQo8allegedly in8ringing video to be removed9 https://www.youtube.com/watchv/7444nT=1vng
- Describe the wor6allegedly in8inged5My company( organization or client(s video
  - I itle o8video9158 - torm - urge    ashes Nway Acomes in Ft. Myers
    ) each +Aurricane Xan
    - ource o8video9ai4yi iCV5o
  - I ype o8video9Xemet video
  - here does the content appearq
  I he content appears in the targeted video 8rom 09:49:3 to 09:49:0 9 https://www.youtube.com/watchv/7444nT=1vng1:21043
  Xappears in your source video 8rom 090:9:2 to 090:057: 9

---

Wowingly materially misrepresents that material or activity is in8ringing may be sub5ect to liability 5or damages.
- Xunderstand that abuse o8this tool will result in termination o8my Zoul ube channel.

Nuthoriïed - ignature95Michael Clement

Aelp Center ; Smail T ptions

Zou received this email to provide in5ormation and updates around your Zoul ube channel or account.

## YouTube

- 2021 ©oogle QQC d6b/a Zoul ubej I 01 Cherry Nvej - an ) runoj CNI : 066

https9//www.youtube.com/watchqv?al4yl_ICV8o'_l212

- URQ6allegedly in8inging video to be removed9
  https9//www.youtube.com/watchqv?_JJc4RyoPHZ
- Describe the worVallegedly in8inged9My companj organization or client(s
  video

  - I litle o8video93=41j l wo - emil nuc¼) lown T ver T n Video&
    Nmanilo I G mp:
    ○ - source o8video9N=p=Y60antS
    ○ I type o8video9Ikernel video
    ○ here does the content appearq
  I he content appears in the targeted video 8om 09 73¶l  to 09 7¶¶7 9
  https9//www.youtube.com/watchqv?_JJc4RyoPHZ_l2105l
  Xappears in your source video 8om 09¶094 to 09¶09¶6 9
  https9//www.youtube.com/watchqv?N=p=Y60antS'_l214

- Country where copyright applies9J-
- Xstate UBDSR PSBNQ Z T F PSRLURZ trat9
  ○ Xam the ownerj or an agent authorixed to act on behal8o8the owner
    o8an e_clusive right that is allegedly in8inged.
  ○ Xhave a good 8aith belie8that the use o8the material in the manner
    complained o8is not authorized by the copyright ownerj its agentj or
    the law8and
  ○ I his noti8ication is accurate.
  ○ XacPnowledge that under - ection 512ZEc8the DMCN any person
    who Pnowingly materially misrepresents that material or activity is
    in8inging may be subject to liability 8or damages.
  ○ Xunderstand that abuse o8this tool will result in termination o8my
    Zoul ube channel.
- Nuthorixed - ignature9Michael Clement

+I he Zoul ube I eam

<u>Aelp Center ; Small T ptions</u>

Zou received this email to provide in8ormation and updates around your
Zoul ube channel or account.

YouTube

- 2021 @oogle QCC d/b/a Zoul ubej l 01 Cherry Nvej - an) runoj CN l - 066

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 9:08:50 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [HWNA6UAUGDL3PDV2E2NNJ4UN5E] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+25yhpwo9dqpb807@google.com>
Date: Tue, Nov 14, 2023 at 10:35 AM
Subject: [HWNA6UAUGDL3PDV2E2NNJ4UN5E] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=fBk5m4LGGCY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: 6012603170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=fBk5m4LGGCY
Describe the work allegedly infringed: My company, organization or client's
video
　○ Title of video: 9-3-2019 Grand Abaco, Bahamas Helicopter Video shows
　　total destruction of Island From Hurricane Dori
　○ Source of video: 8QoqtB6HPMY
　○ Type of video: Internet video
　○ Where does the content appear?
　　The content appears in the targeted video from 0:01:52 to 0:01:58 :
　　https://www.youtube.com/watch?v=fBk5m4LGGCY&t=112
　　It appears in your source video from 0:03:30 to 0:03:40 :
　　https://www.youtube.com/watch?v=8QoqtB6HPMY&t=210

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
　○ I am the owner, or an agent authorized to act on behalf of the owner of an
　　exclusive right that is allegedly infringed.
　○ I have a good faith belief that the use of the material in the manner
　　complained of is not authorized by the copyright owner, its agent, or the
　　law; and
　○ This notification is accurate.
　○ I acknowledge that under Section 512(f) of the DMCA any person who
　　knowingly materially misrepresents that material or activity is infringing
　　may be subject to liability for damages.
　○ I understand that abuse of this tool will result in termination of my YouTube
　　channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - ○ 1315 Carroll Dr
  - ○ Terry, MS 39170
  - ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fBi5m4LGGCY
- Describe the work allegedly infringed: My company, organization or clients video
  - ○ Title of video: 9-3-2019 Grand Abaco, Bahamas Helicopter Video shows total destruction of Island From Hurricane Dori
  - ○ Source of video: 8OoqtB6HPMY
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:01:52 to 0:01:58 :
    https://www.youtube.com/watch?v=fBi5m4LGGCY&t=112 :
    It appears in your source video from 0:03:30 to 0:03:40 :
    https://www.youtube.com/watch?v=8OoqtB6HPMY&t=210

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@vxcchasing.com wrote:

Video IDs: fBk5m4LGGCY

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:07:24 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [!HQUK3AAW33DEWHGVPWFfMYFfI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+14gs5n7g8jnodl7@google.com>
Date: Tue, Nov 14, 2023 at 2:45 AM
Subject: [!HQUK3AAW33DEWHGVPWFfMYFfI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=pM72ktiBaKdo

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager

Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@xraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=pM72ktBaKdo

Describe the work allegedly infringed: My company, organization or client's video

- ○ Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
- ○ Source of video: al8yTICV/fro
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:02:27 to 0:02:44 :
  https://www.youtube.com/watch?v=pM72ktBaKdo&t=147
  It appears in your source video from 0:00:15 to 0:01:03 :
  https://www.youtube.com/watch?v=al8yTICV/fro&t=15

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@xraldrm.com wrote:

Hello,
For this link: Max Olson is the copyright owner - https://www.youtube.com/watch?v=pM72ktBaKdo

Attached are the agreements stating we are authorized to manage the rights for their videos.

Thank you,

On Wed, Nov 8, 2023 at 1:09 PM YouTube Copyright <youtube-disputes+14gs5n7g8jnxz07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Need more info Action needed**

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pM72kiBaKdo
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 15ft Storm Surge Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  ○ Source of video: al8yTICVfro
  ○ Type of video: Internet video
  ○ Where does the content appear?
  ○ The content appears in the targeted video from 0:02:27 to 0:02:44 : https://www.youtube.com/watch?v=pM72kiBaKdo&t=147
  It appears in your source video from 0:00:15 to 0:01:03 : https://www.youtube.com/watch?v=al8yTICVfro&t=15

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

On Nov 7, 2023 YouTube Copyright

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=plM7 z9i8aKdp
- Describe the work allegedly infringed: My company, organization or client's video:
  ○ Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  ○ Source of video: al8yTICV/fro
  ○ Type of video: Internet video
  ○ Where does the content appear?



○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

The content appears in the targeted video from 0:02:27 to 0:02:44 :
https://www.youtube.com/watch?v=pM72ktBaKdo&t=147
It appears in your source video from 0:00:15 to 0:01:03 :
https://www.youtube.com/watch?v=ai8yTlCVfro&t=15

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: pM72ktBaKdo

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:2: 9 6 5M
**To:** 7iral PVM <viraldrm@DiplaR.com>
**Subject:** s Re9M AX[ BI H-YT CY ZSG6VNZ] [ V6NXY uGxb[ b- e Copyright Complaint Bb- milDDion

+++++++s orRarded meDDge ++++++
s rom 9YouTube Copyright < yotb-_ered DbbteDrDlA- 6A- 8ie6l0A@google.com>
Pate9f Hb. Xov 16, 2023 at 9:2[k M
Bb- s Re9M AX[ BI H-YT CY ZSG6VNZ] [ V6NXY uGxb[ b- e Copyright Complaint Bb- milDDion
[ o9<copyright@viraldrm.com>



f i Copyright Management,

[ hanMyob 4or yobr re[ponDz. ' eqe revieRed it and provided bpdateD- eloR.

**Request resolved**

[ he content liDed - eloR haD- een removed.

7ideoDin ?beDion9

httpDl/RRR.yotb- e.com/Ratch=vJG67SE-6Dz

' e bDz a com- ination o4abtomated DyDemD and hbman revieRDto
proceDD removal re?beDD.

Gob may taW - aciWobr claim o4 copyright in4ingement at any time i4yob change
yobr mind.

+[ he Gxb[ b- e [ eam

f ere iDthe in4ormation yob 4iled in9

Copyright ] Rner Xame lCompany Xame i4applica- le97 iral PVM
Gobr s tll Oegal Xame lk iaDzD bDbrnameDor initialDnot acceptedz9Michael
Clement
Gobr [ itle or Hb- 5oDDion L ' hat lDyobr abthority to maW thiDcomplaint=9
Pigital VightDManager

k dareuJH
210 7 eaUby Prive
ChilderD brg, k O320::
( B
( Darname9Copyright Management
Nmai k ddreDD copyright@ixraldrm.com
5 fone9226 @6AAA A

( VOo4allegedly inffinging video to - e removed9
http://RRR.yobtb- e.com/Ratch=vJC67 SE-OZ
PeiDzri - e the RorWallegedly inffinged9My company, organiUtion or clientD video

○ [ itle o4video9KCV/NPF CN f k IO7f/PN| !!!!
○ Boßrce o4video92' f 6mUy&k VW
○ [ ype o4video9ffiemet video
○ ' here doeDthe content appear=
 [ he content appearrDin the targeted video 4fom 09/19ZZ to 09/223: 9
http://RRR.yobtb- e.com/Ratch=vJC67 SE-OZ _ U 11Z
if appearrDin yobr Doßrce video 4fom 09/19/0 to 09/229/6 9
http://RRR.yobtb- e.com/Ratch=vJ2' f 6mUy&k VW U/A0

Cobntry Rhere copyright applieDX B
FDate ( XPNV 5 NXx C[ G| s 5 NVrH VGfrati9
○ Fam the oRner, or an agent abthoriUed to act on - ehal4o4the oRner o4an
 eKcbDve right that IDallegedly infringed.
○ Fhave a good 4aith - elie4that the tDo o4the material in the manner
 complained o4iDnot abthoriUed - y the copyright oRner, itDagent, or the
 laR, and
○ [ hiDnot4cation iDacchrate.
○ FacYWoRledge that bnder Bection Z121&o4the PMCK any perDon Rho
 WoRingly materially miDrepreDentDthat material or activity iDinffinging
 may - e Dli- æct to lia- lity 4or damageD.
○ ffinderDand that a - bDo o4thiDtool Rill reDlt in termination o4my Gob[ b - e
 channel.

k bthoriUed BignatbreBMichael Clement

f elp Center • Nmai| ] ptionD

Gob received thiDemail to provide in4rmation and bpdateDaroßnd yobr
Gob[ b- e channel or accobnt.

© 2021 Toogle CCO d/ - /a Gob[ b- e, E01 Cherry k ve, Ban' 4fano, Ck E 066

f ello,
s or thiDinWWveed [ immer iDthe copyright oRner • http://RRR.yobtb- e.com/Ratch=vJC67 SE-OZ

k ttached are the agreementIDDating Re are abħorīuīeđ to manage the rightID4or their videoD
[harīMyob,

] n´ ed, Xov 1Z, 2023 at EZ  J5M Qobī [b- e Copyright <yobīb- e eīIDbbteDūIIA- 6A  8ηe6IUA@google.com> Rŗote9



▶ YouTube

ſ ſ Copyright Management,

[ħarīMyob4or yobr removal re?beīī ΄  eĳe revīeŖed yobr re?beīī and need
Dome more īnformation 4rom yob - e4ore Re can proceed. 5īeaīe read the entire
email care4ully 4or a complete bpdate o4each videoDĐattbĐ

Xeed more īnfo k ction needed

īn order to remove the content in ?beĐion, Re mbīī con4īrm that yob are the
copyright oŖner or the copyright oŖnerĐabthorīǔeđ repreĐentatīve. īŖyob are
acting aĐan abthorīǔeđ repreĐentatīve, pleaĐe īet bDWyoīR. s or each ( VQ
pleaĐe īdentī4y the copyright oŖner yob are repreĐenting.

Qob may taīW -- actWyoŖr claim o4copyright īn4īngement at any tīme ī4yob change
yobr mind.

+[ he Qobī [b- e [ eaŗn

ſ are īDīhe īnformation yob 4īled īn9

• Copyright ſ Ŗŗner Xame LCompany Xame ī4applīca- īe6?īral PVM
• Qobr stbī Oĳaį Xame īĳk īīaĐaĐI bDŗnameDor īnītīaIDnot acceptedŗ9
   Mīchaeī Cīement
• Qobr [ītīe or Hb- 5oĐtīon L ´ haī īDyobr abthority to maīWe thīDcomplaīnt=9
   Pīgītaī VīghtDManager
• k ddreīĐ9
   ◦ 2t0 7eaīby Prīve
   ◦ ChīīderD brg, k OŠ2Ū: :
   ◦ ( B
• ( DarnameŗCopyright Management
• Nmaīī k ddreĐĐ:copyright@yūraīdrm.com
• 5hone9ŠŠ6-Š6A•AA:A

• ( VOo4allegedly īn4īngīng vīdeo ŧo - e removedŗ9
   httpDĐVŖRŖR.yobīb- e.com/Ŗatch=vJO667SE=ŌZ
• PeĐĐrī- e the RorWallegedly īn4īngedŗMy company, organīǔatīon or clīentĐ
   vīdeo
   ◦ [ītīe o4vīdeo9ЯKCVNP F ΘN ſ k īŌ7ſPNJ !!!!
   ◦ Bobrce o4vīdeo9Z´ ſ 6mīĴ&k VW
   ◦ [ ype o4vīdeo9Ŗīīemet vīdeo
   ◦ ´ here doeĐīhe content appear=
     [ he content appearĐīn the targeted vīdeo 4rom O9Ū1ŗǍZ to O9Ū2ŗǍ:  9
     httpDĐVŖRŖR.yobīb- e.com/Ŗatch=vJO667SE=ŌZ     LĪ11Z
     ī4 appearDīn yobr Dobrce vīdeo 4rom O9Ū19Ū0 to O9Ū296ŗ9
     httpDĐVŖRŖR.yobīb- e.com/Ŗatch=vJZ´  ſ 6mīĴ&k VW L¡A0

• Cobntry ĺhere copyright applīeđX  B
• ſ Date ( XPŊ V 5NXīk Cſ Gſ  ĵ 5NVHſ VGĺhat9
   ◦ Ŝam the oŖner, or an agent abthorīǔeđ to act on - ehaī4o4the oŖner
     o4an eĳcībĐīve rīght that īĐallegedly īn4rīnged.
   ◦ Ŝ have a good 4aīth - eīīe4that the bĐe o4the materīaī īn the manner
     complaīned o4īDnot abthorīǔeđ - y the copyright oŖner, ītĐagent, or

] n Xov 1Z, 2023 Gob[ b- e Copyright

the IaR, and
- [ltiDnotlikcation IDaccbrate.
- FacWoMPledge that bnder Brection Z121&c4the PMICK any perDon
Rno WoRingly matenally miiDepreDnntDhat material or activity iD
infringing may e D- ⅅct to ⅼia- ⅈlity 4r damageD
- ⅉorⅾlorⅮanⅾ that a- ⅅb o4thiDtool Rill reⅮlt in termination o4my
Gob[ b- e channel .
- k tthoriⅬeⅾ Bignatbre9Michael Clement

f elp Center • Nmail ] ptionD

Gob received thiDemail to provide inⅎrmation and bpdateⅮarobnd yobr
Gob[ b- e channel or accobnt.



© 2021 T oogle CCG ⅾⅼ- ⅼa Gob[ b- e, E01 Cherry.k.ve, Ban' ⅎbno, Ck. E. 066



# Copyright Infringement Notification Confirmation

[ hanⅣyob 4br yobr Ⅾb- miⅮon. ⅼf ⅼⅅxnⅾer revieR to enⅅre it iⅅvaliⅾ and
inⅾbⅈⅾeⅅall re?Ⅾireⅾ elementⅮ ' e Rill reply to thiDemail Rhen Reope taⅣen
action on yobr re?beⅅ. Gob canⅼⅅo checⅣon the DatbDo4yobr taⅤeⅾoRn
re?beⅅl in the Ⅿemoval re?beⅅⅮⅼa-. Rhich iDⅣbⅾn in the Copyright Dection o4
yobr channel.

f ere iⅅthe inⅎrmation yob 4lieⅾ in9

- Copyriⅾht ] Rner Xame LCompany Xame i4applica- lei67iral PⅤM
- Gⅆbr stiⅼ Gⅻal Xame Ⅼk iiaⅅbⅮ bⅅrnameⅮor initialⅮnct accepteⅾⅮ
  Michael Clement
- Gⅆbr [itle or Hb- 5oⅮtion Ⅼ' hat iⅅyobr abthority to maⅣe thiⅅcomplaint=9
  Ⅾigital ⅤiⅾhtⅮManager
- k ⅾⅾreⅮ9
  - 210 7 eaⅬby P nve
  - ChilⅾenⅮ brg, k O32Ⅾ: :
  - ⅈ B
- ( Ⅾarname9Copyright Management
- Nmail k ⅾⅾreⅮⅮⅾecopyright@ⅹuⅾⅼdm.com
- 5 hone9ZZ6- ⅈ6Aⅺk' A

- ( ⅤOⅾalleⅾⅼy inⅎrinⅾing viⅾeo to - e removeⅾ9
  httpⅮ//RRR.yobtb- e.com/Ratch=vⅼO667 SE- ⅈZ:
- Pe Ⅾbri- e the RorⅣallegeⅾly in4ringeⅾ9My company, organiⅼbtion or clientⅮ
  video
  - [ itle o4video9KCⅤNPF ⅭN ⅼ k ⅼⅅ7 ⅼPNⅠ !!!!
  - Bobrce o4video9Z' f ⅈmⅼⅉkk VW'
  - ] ype o4video9Rlernet video
  - ' here doeⅮthe content appear=
  - [ he content appearⅮin the targeted video 4om 09:19ZZ to 09:2ZⅮ: 9
    httpⅮ//RRR.yobtb- e.com/Ratch=vⅼO667 SE- ⅈZ:_ U11Z
  - ⅼf appearⅮin yobr Ⅾbⅈrce video 4om 09:19:0 to 09:2906 9

httpDl/RRR.yobb>.e.com/Ratch=v2'_f.6mJub&k.WV.LJA0

- Cobntry Rhere copyright appliedDX_B
- FDate ( XPN/ 5NXxC G J s 5NVrt VG'hat9
  - Fam the oRner, or an agent abthoriLed to act on – ehal4o4the oRner o4an ek0bDue right that lDallegedly inRinged.
  - Phave a good 4aith – elie4that the bDe o4the material in the manner complained o4iDnot abthoriLbd – y the copyright oRner, itDagent, or the laR; and
  - [hiDnoli4cation lDaccbrate.
  - FaciWoRledge that brder Bection Z12i&o4the PMCk any perDon Rho WoRingly materially miDepreDentDthat material or activity iD inRringing may – e D> @ct to lia– lity 4br damageD
  - RorderDand that a– bDe o4hiDtool Rill reiDit in termination o4my Qob[ b· e channel.
- k bthoriLed Bignatbre9Michael Clement

+[he Qob[ b· e [ eam

f_elp_Center • Nnai]]_ptionD

Qob received thiDemail to provide information and bpdateDarobnd yobr Qob[ b· e channel or accobnt.

▶ YouTube

© 2021 T.oogle CCC d/–/a Qob[ b– e, E01 Cherry k.ve, Ban'_br>o, Ck_E_066

J n Xov 1Z, 2023 copyright@xiral4mm.com Rrote9

7ideo iPDOD667 SE–02:

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:18:44 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [J7OIEGESGNVEUOOSUKCZ37L2DM] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+11k2voq8afe8t07@google.com>
Date: Mon, Nov 13, 2023 at 10:26 AM
Subject: [J7OIEGESGNVEUOOSUKCZ37L2DM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=9CGWwKQOMlU

https://www.youtube.com/watch?v=GGvGcS9lS6A

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=9CGIWwKQOMiU

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: New York Flooding Chaos - Brooklyn - Long Island - Raw 4k with Drone

○ Source of video: ZjY_uB7p5Hw

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:02:43 to 0:02:54 :

https://www.youtube.com/watch?v=9CGIWwKQOMiU&t=163

It appears in your source video from 0:14:00 to 0:14:05 :

https://www.youtube.com/watch?v=ZjY_uB7p5Hw&t=840

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=GGoGCS9iS6A

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 2/10/13 Hattiesburg, MS; Tornado RAW *John Sibley HD*

○ Source of video: hGLSSUHrOeE

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:02:11 to 0:02:18 :

https://www.youtube.com/watch?v=GGoGCS9iS6A&t=131

It appears in your source video from 0:01:11 to 0:01:20 :

https://www.youtube.com/watch?v=hGLSSUHrOeE&t=71

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=9CGWwKQOMjU
For this link: John Sibley is the copyright owner - https://www.youtube.com/watch?v=GGvGCS9ISrA

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 6:49 AM YouTube Copyright <youtube-disputes+11k2vq8afe8f07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9CGWwKQOMlU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: New York Flooding Chaos - Brooklyn - Long Island - Raw 4k with Drone
  - Source of video: ZjY_uB7p5Hw
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:02:43 to 0:02:54 :
    https://www.youtube.com/watch?v=9CGWwKQOMlU&t=163
    It appears in your source video from 0:14:00 to 0:14:05 :
    https://www.youtube.com/watch?v=ZjY_uB7p5Hw&t=840

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=GGvGCS9lS6A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 2/10/13 Hattiesburg, MS; Tornado RAW* "John Sibley HD"
  - Source of video: hGLSSUHOeE
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:02:11 to 0:02:18 :
    https://www.youtube.com/watch?v=GGvGCS9lS6A&t=131
    It appears in your source video from 0:01:11 to 0:01:20 :
    https://www.youtube.com/watch?v=hGLSSUHOeE&t=71

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9CGWvwKQOMIU
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: New York Flooding Chaos - Brooklyn - Long Island - Raw 4k with Drone
  ○ Source of video: ZjY_uB7p5Hw
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:02:43 to 0:02:54 :
    https://www.youtube.com/watch?v=9CGWvwKQOMIU&t=163
    It appears in your source video from 0:14:00 to 0:14:05 :
    https://www.youtube.com/watch?v=ZjY_uB7p5Hw&t=840

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=GGvGCS9IS9A
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 2/10/13 Hattiesburg, MS; Tornado RAW *John Sibley HD*
  ○ Source of video: hGLSSUHrOeE
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:02:11 to 0:02:18 :
    https://www.youtube.com/watch?v=GGvGCS9IS9A&t=131
    It appears in your source video from 0:01:11 to 0:01:20 :
    https://www.youtube.com/watch?v=hGLSSUHrOeE&t=71

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viralrfm.com wrote:

Video IDs: 9CGWwKQOMjU, GGvGCS9iS6A

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 8:02:13 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [JO6YKZVPVF5NRWUK4NTSNQQ54E] YouTube Copyright Complaint Submission

**FOR BRIEF OF EVIDENCE**

ACTIONED
https://www.youtube.com/watch?v=edf9cRQ379c

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0wpi38avev6yj07@google.com>
Date: Fri, Nov 17, 2023 at 8:25 PM
Subject: [JO6YKZVPVF5NRWUK4NTSNQQ54E] YouTube Copyright Complaint Submission
To: <news@newsmedia.net.au>
Cc: <copyright@viraldrm.com>

 YouTube

Hi News Media Network,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=edf9cRQ379c

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filed in:

Copyright Owner Name (Company Name if applicable): James Chambers /
News Media Network / Viral DRM

Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw

Your Title or Job Position (What is your authority to make this complaint?):
Rights Manager

Address:
PO Box 162
Vaucluse, NSW 2030
AU

Username: News Media Network

Email Address: news@newsmedia.net.au

Secondary Email Address: copyright@viraldm.com

Phone: 0407 890 009

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=edf9cRG379c

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video:   Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia

○ Source of video: B4JvqZRzbc4

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:54 to 0:01:11 :
https://www.youtube.com/watch?v=edf9cRG379c&t=54

It appears in your source video from 0:12:00 to 0:12:10 :
https://www.youtube.com/watch?v=B4JvqZRzbc4&t=720

Country where copyright applies: AU

I, in good faith state that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Daniel Shaw

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 news@newsmedia.net.au wrote:

The offending video has recently been made private by the uploader. Stating that "The issue is resolved" will not resolve this valid complaint.

It has NOT been removed and remains a valid claim for a copyright takedown.

YouTube's inaction for acting on this valid claim is giving the offending YouTube channel additional time to hinder this claim and destroy and/or hide evidence.

Far more evidence than what is required under the DMCA has already been supplied, however we shall go into far more detail than what is needed.

Your Question: What is the title of your copyrighted work?
**Our Answer: "Damaging Halloween Storms – HUGE Hail – Southeast Queensland Australia"**

Your Question: What type of copyrighted work is it?

**Our Answer: Professional Video Content (Rights Managed by our organisation)**

When was it authored?

**31st October 2020 at 14:00 (2.00pm QLD time) in Springfield Lakes, QLD Australia.**

Original Content Submission Attached (.PDF)

Master Reference Link: https://www.dropbox.com/scl/fo/44955mo79kelokmo1uulf/h?rlkey=6l3p5gp6w59jm6jqt5fxq57p1&dl=0

Your Question: By whom was it authored?
**Answer: James Chambers (Per submission attachment)**

Your Question: If portions of your work appear in this video, what are the specific timestamps in which this occurs?

**Answer: The content appears in the targeted video from 0:00:54 to 0:01:11 (As Previously supplied)**

**Answer: It appears in our client's source video from 0:12:00 to 0:12:10 (As Previously supplied)**

Please ensure you don't send an automated reply advising the content has already been removed when it has been hidden from view.

If the content has been removed by the offending publisher, manually apply a justified copyright strike.

Daniel Shaw

National News Director

**News Media Network -** www.newsmedia.net.au

**Severe Weather Australia -** www.severeweather.com.au
**Global Weather Net -** www.globalweathernet.com
Ph: +61-407-890009
Ph: +1-415-341-7499

**From:** YouTube Copyright <youtube-disputes+0wpi38avey6yj07@google.com>
**Sent:** Thursday, 16 November 2023 7:26 PM
**To:** news@newsmedia.net.au
**Cc:** copyright@viraldrm.com
**Subject:** [JO6YK2VPVF5NRWJK4NTSNQG54E] YouTube Copyright Complaint Submission



Hi News Media Network,

Thank you for your response. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Add video details** Action needed

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  - What type of copyrighted work is it?

- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=edf9cRQ379c

☐ Video (internet video)

Title of your video:   Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia

Content found in: 0:00:54 to 0:01:11

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): James Chambers / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:
  - P O Box 162
  - Vaucluse, NSW 2030
  - AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Secondary Email Address: copyright@viraldrm.com
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=edf9cRQ379c
- Describe the work allegedly infringed: My company, organization or client's video

- o  Title of video:    Damaging Halloween Storms - HUGE Hail -
     Southeast Queensland Australia
  o  Source of video: B4yVqZRzbc4
  o  Type of video: Internet video
  o  Where does the content appear?
     The content appears in the targeted video from 0:00:54 to 0:01:11 :
     https://www.youtube.com/watch?v=sd9soRQ379c&t=54
     It appears in your source video from 0:12:00 to 0:12:10 :
     https://www.youtube.com/watch?v=B4yVqZRzbc4&t=720

- Country where copyright applies: AU
- I, in good faith state that:

  o  I am the owner, or an agent authorized to act on behalf of the owner
     of an exclusive right that is allegedly infringed.
  o  I have a good faith belief that the use of the material in the manner
     complained of is not authorized by the copyright owner, its agent, or
     the law, and
  o  This notification is accurate.
  o  I acknowledge that there may be adverse legal consequences for
     making false or bad faith allegations of copyright infringement by
     using this process.
  o  I understand that abuse of this tool will result in termination of my
     YouTube channel.

- Authorized Signature: Daniel Shaw

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

On Nov 16, 2023 YouTube Copyright

    Hello,

Sincerely,
The YouTube Team

On November 15, 2023 copyright@xtraldrm.com wrote:

    Hello,

    Here is the information you are needing.

    - Required:

      o  What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.

         - Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia

      o  What type of copyrighted work is it?

         - Motion Picture

    - Encouraged:



Hi News Media Network,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Add video details Action needed

Your identification of the specific copyrighted work at issue is unclear. To identify the specific work allegedly infringed, answering some or all of the following questions will be helpful:

- Required:
  - What is the title of your copyrighted work? If your work is untitled, give a description of the contents in the work.
  - What type of copyrighted work is it?

- Encouraged:
  - When was it authored?
  - By whom was it authored?
  - If portions of your work appear in this video, what are the specific timestamps in which this occurs?

Videos in question:

https://www.youtube.com/watch?v=edl9cRO379c

☐ Video (internet video)

Title of your video:   Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia

Content found in 0:00:54 to 0:01:11

○ When was it authored?
  ▪ November 6, 2020
○ By whom was it authored?
  ▪ James Chambers
○ If portions of your work appear in this video, what are the specific timestamps in which this occurs?
  ▪ 12:00 - 12:10

Thank you,

Copyright Management Team

On Tue, Nov 14, 2023 at 8:48 AM YouTube Copyright <youtube-disputes+0wpj38avey8yb07@google.com> wrote:

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- ○ Copyright Owner Name (Company Name if applicable): James Chambers / News Media Network / Viral DRM
- ○ Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- ○ Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- ○ Address:
  - ▪ PO Box 162
  - ▪ Vaucluse, NSW 2030
  - ▪ AU

- ○ Username: News Media Network
- ○ Email Address: news@newsmedia.net.au
- ○ Secondary Email Address: copyright@viraldrm.com
- ○ Phone: 0407 890 009

- ○ URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=edf9cRQ379c
- ○ Describe the work allegedly infringed: My company, organization or client's video

  - ▪ Title of video:    Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia
  - ▪ Source of video: B4JvqZRzbo4
  - ▪ Type of video: Internet video
  - ▪ Where does the content appear?
    The content appears in the targeted video from 0:00:54 to 0:01:11 : https://www.youtube.com/watch?v=edf9cRQ379c&t=54
    It appears in your source video from 0:12:00 to 0:12:10 : https://www.youtube.com/watch?v=B4JvqZRzbo4&t=720

- • Country where copyright applies: AU
- • I, in good faith state that:

  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.

- • Authorized Signature: Daniel Shaw

Help Center • Email Options

You received this email to provide information and updates around your

On Nov 14, 2023 YouTube Copyright

YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

 YouTube

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- ○ Copyright Owner Name (Company Name if applicable): James Chambers / News Media Network / Viral DRM
- ○ Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- ○ Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- ○ Address:
  - ▪ PO Box 162
  - ▪ Vaucluse, NSW 2030
  - ▪ AU

- ○ Username: News Media Network
- ○ Email Address: news@newsmedia.net.au
- ○ Secondary Email Address: copyright@viraldrm.com
- ○ Phone: 0407 890 009

- ○ URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=edf9cRQ379c
- ○ Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia
  - ▪ Source of video: B4yVqZRzbo4
  - ▪ Type of video: Internet video
  - ▪ Where does the content appear?
    The content appears in the targeted video from 0:00:54 to 0:01:11 : https://www.youtube.com/watch?
    v=edf9cRQ379c&t=54
    It appears in your source video from 0:12:00 to 0:12:10 :
    https://www.youtube.com/watch?v=B4yVqZRzbo4&t=720

- • Country where copyright applies: AU
- • I, in good faith state that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ○ This notification is accurate.
- ○ I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 news@newsmedia.net.au wrote:

Video IDs: edf9cRQ379c

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:10:57 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [K5AGEPORVUKLCTNYS2Z2KH3MH4] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+05ri5gwqtazr6w07@google.com>
Date: Mon, Nov 13, 2023 at 4:49 AM
Subject: [K5AGEPORVUKLCTNYS2Z2KH3MH4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=7V-TBVqjk96o

https://www.youtube.com/watch?v=Z5MsrRtPtY

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=7VTBVgjk96o

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: INSANE Tornado Suction Vortices! May 31, 2013 - El Reno, OK EF-5

○ Source of video: kON9Plz4w28

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:04:28 to 0:04:36 :

https://www.youtube.com/watch?v=7VTBVgjk96o&t=268

It appears in your source video from 0:00:07 to 0:00:16 :

https://www.youtube.com/watch?v=kON9Plz4w28&t=7

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=Z5MsrRPIY

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: EF-5 tornado: April 27, 2011 Tornado Outbreak in Mississippi and Alabama

○ Source of video: vhKjx9GuARQ

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:02:58 to 0:03:03 :

https://www.youtube.com/watch?v=Z5MsrRPIY&t=178

It appears in your source video from 0:02:06 to 0:02:12 :

https://www.youtube.com/watch?v=vhKjx9GuARQ&t=126

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing

may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=7V.TB.Vqik96o
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=Z5MsrRtPtY

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 5:03 PM YouTube Copyright <youtube-disputes+05if5qwztg6vv07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

• Copyright Owner Name (Company Name if applicable): Viral DRM
• Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
• Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
• Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
• Username: Copyright Management

- Email Address: copyright@viraldm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7vTBVqjk96o
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: INSANE Tornado Suction Vortices! May 31, 2013 - El Reno, OK EF-5
  - ○ Source of video: kOh9Plz4w28
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - The content appears in the targeted video from 0:04:28 to 0:04:36 :
    https://www.youtube.com/watch?v=7vTBVqjk96o&t=268
    It appears in your source video from 0:00:07 to 0:00:16 :
    https://www.youtube.com/watch?v=kOh9Plz4w28&t=7

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Z5MsrRPIY
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: EF-5 tornado: April 27, 2011 Tornado Outbreak in Mississippi and Alabama
  - ○ Source of video: vhKj9GuARQ
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - The content appears in the targeted video from 0:02:58 to 0:03:03 :
    https://www.youtube.com/watch?v=Z5MsrRPIY&t=178
    It appears in your source video from 0:02:06 to 0:02:12 :
    https://www.youtube.com/watch?v=vhKj9GuARQ&t=126

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - ◦ 210 Veazey Drive
  - ◦ Childersburg, AL 35044
  - ◦ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7V.TBVqjk96o
- Describe the work allegedly infringed: My company, organization or client's video
  - ◦ Title of video: INSANE Tornado Suction Vortices! May 31, 2013 - El Reno, OK EF-5
  - ◦ Source of video: kOh9PIzdw28
  - ◦ Type of video: Internet video
  - ◦ Where does the content appear?
    The content appears in the targeted video from 0:04:28 to 0:04:36 :
    https://www.youtube.com/watch?v=7V.TBVqjk96o&t=268
    It appears in your source video from 0:00:07 to 0:00:16 :
    https://www.youtube.com/watch?v=kOh9PIzdw28&t=7

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Z5MsrRIPIY
- Describe the work allegedly infringed: My company, organization or client's video
  - ◦ Title of video: EF-5 tornado: April 27, 2011 Tornado Outbreak in Mississippi and Alabama
  - ◦ Source of video: vhKjx9GuARQ
  - ◦ Type of video: Internet video
  - ◦ Where does the content appear?
    The content appears in the targeted video from 0:02:58 to 0:03:03 :
    https://www.youtube.com/watch?v=Z5MsrRIPIY&t=178
    It appears in your source video from 0:02:06 to 0:02:12 :
    https://www.youtube.com/watch?v=vhKjx9GuARQ&t=126

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ◦ I am the owner, or an agent authorized to act on behalf of the owner

of an exclusive right that is allegedly infringed.

o I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

o This notification is accurate.

o I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

o I understand that abuse of this tool will result in termination of my YouTube channel.

• Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 7VTBVgjk96o, Z5MsrRfPtY

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:10:54 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KA62WUT7XROYK5RWQRQPSSi67M] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2xxj57r6zu7st7@google.com>
Date: Tue, Nov 14, 2023 at 2:53 AM
Subject: [KA62WUT7XROYK5RWQRQPSSi67M] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=5kEqHK8JUC4

https://www.youtube.com/watch?v=9rhNH9U8uH4E

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: 6012603170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=5kEqHK8JUC4
Describe the work allegedly infringed: My company, organization or client's
video
  ○ Title of video: 06-19-23 Louin, MS-First light drone shows extensive
    tornado damage
  ○ Source of video: LXC_Cx3Fx10
  ○ Type of video: Internet video
  ○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=9nNH9U8uH4E
Describe the work allegedly infringed: My company, organization or client's
video
  ○ Title of video: Many are wondering the scale of the #flooding in
    #Montpelier this should answer those questions. #Vermont
    #Vermontflooding #Vermontfloods
  ○ Source of video:
    https://twitter.com/bclemms/status/1678754509026217986?s=20
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:01:01 :
    https://www.youtube.com/watch?v=9nNH9U8uH4E&t=10
    It appears in your source video:
    https://twitter.com/bclemms/status/1678754509026217986?s=20

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or the
    law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is infringing
    may be subject to liability for damages.

On Nov 13, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WXChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=5kEqHK8JUC4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 06-19-23 Louin, MS-First fight drone shows extensive tornado damage
  - Source of video: LXC_Cx3Fx10
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9nNHsU8urH4E
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Many are wondering the scale of the #flooding in



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

You received this email to provide information and updates around your YouTube channel or account.

Help Center • Email Options

Authorized Signature: Michael Clement

- I understand that abuse of this tool will result in termination of my YouTube channel.

#Montpelier this should answer those questions. #Vermont #Vermontflooding #Vermontfloods

- Source of video:
  - https://twitter.com/bclemms/status/1678754509026217986?s=20
  - Type of video: Internet video
  - Where does the content appear?

  The content appears in the targeted video from 0:00:10 to 0:01:01 :
  https://www.youtube.com/watch?v=9nNH9U8uH4E&t=10

  It appears in your source video:
  https://twitter.com/bclemms/status/1678754509026217986?s=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: 5kEqHK8JUC4, 9nNH9U8uH4E

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:20:50 7 M
**To:** Piral VDM <viraldrm@Riplas .com>
**Subject:** vs d: ff K5AKC3AEC0U5LA4EGTNYS7 5wZ NHD»4] 4ue Copyright Complaint b4umiRRon

-------- wors ardded merRige ---------
vrom: **YouTube Copyright** <yo4t4ue-diBa4teRe0px2qrbzcu4..._0G@google.com>
Vate: ba19  ov  1192023 at q:2qLM
b4uject: De: ff K5AKC3AEC0U5LA4EGTNYS7 5wZ NHD»4] 4ue Copyright Complaint b4umiRRon
] o: <copyright@viraldrm.com>

Eello9

] han, Rfor yo4r reiWeR, ] he content haRueen removed.'   e 4Re a comuination of a4tomated RgRemRand h4man revies Rto procefRt removal reiWeiRR

] he eaReRe s ay to Riumit complaintRiRthrofgh thiRform.

bincerely9
] he Oo4] 4ue ] eam

Z n  ovemuer 1192023 copyright@viraldrm.com s rote:

Eello9

wor thiRLin, : Maz Z fRoni Rthe copyright os ner - httpR//s s s. yo4t4ue.com/s a/tch?v=Y CP0Dd5R7 ds
wor thiRLin, : 7 ecoRE an, : iRthe copyright os ner - httpR//s s s. yo4t4ue.com/s a/tch?v=Z uRMNCEoCB

Uttached are the agreementRRating s e are adthoril ed to manage the rightRtor their videoR

] han, yo49

Z n ' ed9  ov ( 92023 at S2Q7 M Oo4] 4ue Copyright <yo4t4ue-diBa4teRe0px2qrbzcu4..._0G@google.com> s rote:



El Copyright Management9

] han, yo4 for yo4r removal reiWeR,'    e)Re revies ed  yo4r reiWeR and need
Reme more information from yo4 uefore s e can proceed. 7 leaRe read the entire
email carefiMy for a complete 4pdate of each video)RRat4iR

**Need more info**

A order to remove the content in WeRlon9s e m4R confirm that yo4 are the
copyright os ner or the copyright os ner R a4thoril ed repreRentative. Ayo4
are acting a Ran a4thoril ed repreRentative9pleaRe Re l4R, nos . wor each
NDJ9pleaRe identify the copyright os ner yo4 are repreRenting.

| | Uction needed |
| --- | --- |

Qo4 may la e uac, yo4r claim of copyright infringement at any time if yo4 change yo4r mind.

- ] he Qo4J 4ue ] eam

Eere iRthe information yo4 filled in:

Copyright Z s ner   ame ' Company   ame if applicau!e! : Piral VDM
Qo4r w4lJ iegal   ame ' UliaReR4tRernameRor initialRnot accepted! : Michael Clement
Qo4r ] tle or 8ou 7 oRtion' ' hat I Ryo4r a4thority to ma, e thiRcomplaint?! :
Vigital DightRManager
UddreRR
210 Peal ey Vrive
ChilderR4rg9UJ 350SS
Nb
NRername: Copyright Management
Kmail UddreRR copyright@vraidrm.com
7hone: 256-26G-GGSG

NDJ of allegedly infringing video to ue removed:
httpR/is s s yo4t4ue.com/s atch?v=YCP0Dd5R7 ds

VeRtriue the s or, allegedly infringed: My company9organi ation or clentR video

- ] tle of video: 15ft b torm b 4ge '   aReRUs ay EomeRUn w4, MyerRL each
  - E4ricane Än
- bo4rce of video: al ( y! ICPfro
- ] ype of video: Aternet video
- ' here doeRthe content appear?
- ] he content appearRin the targeted video from 0:02:2q to 0:02:S( :
  httpR/is s s yo4t4ue.com/s atch?v=YCP0Dd5R7 ds &t=1Sq
- AappearRin yo4r R4rtce video from 0:00:15 to 0:00:3S:
  httpR/is s s yo4t4ue.com/s atch?v=al( y! ICPfro&t=15

NDJ of allegedly infringing video to ue removed:
httpR/is s s yo4t4ue.com/s atch?v=ZuRMNCEoCB

VeRtriue the s or, allegedly infringed: My company9organi ation or clentR video

- ] tle of video: [ alJKD Kw5 ] Z D  UVZ Kl Deno Z, lahoma - ] he Var, eR
  VayQ
- bo4rce of video: rM-P8U5  7 1R
- ] ype of video: Aternet video
- ' here doeRthe content appear?

] he content appearRin the targeted video from 0:01:Sq to 0:06:0G:
httpR/is s s yo4t4ue.com/s atch?v=ZuRMNCEoCB&t=10q

AappearRin yo4r R4rce video: httpR/is s s yo4t4ue.com/s atch?v=rM-
P8U5 71R

Co4ntry s here copyright applieR Nb
ARate N VKD 7 K UJ OZ w7KD8NDOthat:

○ Aam the os ner9or an agent a4thoril to act on uehaf of the os ner of an
ezcl4Rxe right that iRallegedly infringed.

○ Arave a good faith uelief that the 4Re of the material in the manner
complained of iRnot a4thoril ed uy the copyright os ner9itRagent9or the
las xand

○ ] hRnotification iRacc4rate.

○ Aec, nos ledge that 4nder Section 512°f1 of the VMCU any perRon s ho
, nos ingly materiatly miRrepreRentRthat material or activity iRinfringing
may ue R4uÏect to ÏiauiÏity for damageR

○ A4nderRtand that au4Re of thiRtool s iÏl reRiÏt in termination of my Oo4J 4ue
channel.

U4thori ed uÎgna4re: Michael Clement

Eelp Center : Kmail ZptionR

Oo4 received thiRemail to provide information and 4pdateRaro4nd yo4r
Oo4J 4ue channel or acco4nt.



• 2021 Yoogle JJC dÏu/a Oo4J 4ue9q01 Cherry Uve9oan L4no9CU qSÜ66



# Copyright Infringement Notification
# Confirmation

] han, yo4 for yo4r RÏumiRRon. AilR4nder revies to enRÏre it iRvalid and
incÏdeRaÏno Wired elementR' e s iÏl reply to thiRemail s hen s e@e ta, en
action on yo4r reÏMeR. Oo4 can aÏRo chec, on the RÏat4Rof yo4r ta, edos n
reÏMeRÏn the Demoval reÏMeRÏRtau, s hich iRlo4nd in the Copyright Rection of
yo4r channel.

Eere iRthe information yo4 filed in:

   ○ Copyright Zs ner ame 'Company ame if applicauleÏ: Piral VDM
      ○ Oo4r weÏl Jegal ame 'UÏaReR94RemarneRor initialRnot acceptedÏ:
         Michael Clement
      ○ Oo4r ] tle or Bou 7 oRÏton'' hat ÏRyo4r a4thority to ma, e thiR

Zn ov C22023 Oo4J 4ue Copyright

- complaint?!: Vigilal DightRManager
  ○ UdderRR
    ■ 210 Peal ey V rive
    ■ ChilderR4rg3UJ 350SS
    ■ Nb
  ○ NRename: Copyright Management
  ○ Kmail UidrieRR copyright@viraldrm.com
  ○ 7hone: 256-26G-GGSG

  ○ NDJ of allegedly infringing video to ue removed:
    httpR/s s s_yo4i4ue.com/s atch?v=YCP0Dd5R7ds
  ○ VeRcriue the s or, allegedly infringed: My company§organial ation or
    clentRvideo
    ■ ]ile of video: 15ft b form b4rge ' aReRUs ay EomeRin wt.
      MyerRLeach - E4rricane Ain
    ■ b o4rce of video: al( y] iCPiro
    ■ ]ype of video: Aernet video
    ■ ]here doeRthe content appear?
    ■ ]he content appearRin the targeted video from 0:02:2q to
      0:02:S : httpR/s s s_yo4i4ue.com/s atch?
      v=YCP0Dd5R7ds &t=1Sq
    ■ AappearRin yo4r Ro4rce video from 0:00:15 to 0:00:3S :
      httpR/s s s_yo4i4ue.com/s atch?v=ral( y] iCPiro&t=15

  ○ NDJ of allegedly infringing video to ue removed:
    httpR/s s s_yo4i4ue.com/s atch?v=ZuRMNCEoCB
  ○ VeRcriue the s or, allegedly infringed: My company§organial ation or
    clentRvideo
    ■ ]ile of video: [ AUiKD Kiw-5] ZD  UVZ  KI Deno Z, lahoma -
    ■ ]he Var, aR VayQ
    ■ b o4rce of video: rM-AP8U5 _7 1R
    ■ ]ype of video: Aernet video
    ■ ]here doeRthe content appear?
    ■ ]he content appearRin the targeted video from 0:01:Sq to
      0:06:0G: httpR/s s s_yo4i4ue.com/s atch?
      v=ZuRMNCEoCB&t=10q
    ■ AappearRin yo4r Ro4rce video:
      httpR/s s s_yo4i4ue.com/s atch?v=rM-AP8U5 _7 1R

- Co4ntry s here copyright appleR Nb
- ARate N  VKO 7 K   UJ] OZ w 7 KD8NDOthat:
  ○ Aem the os ner9or an agent a4thoril ed to act on uehalf of the os ner
    of an ezei4Rie right that iRallegedly infringed.
  ○ Ahave a good faith uelief that the 4Re of the material in the manner
    complained of iRnot a4thoril ed u y the copyright os nerSltRagentSor
    the las xand
  ○ ] hiRnotification iRacc4rate.
  ○ Aec. nos ledge that 4nder bection 512'f1 of the VMCU any perRon
    s ho , nos ingly materially miRepreRentRthat material or activity iR
    infringing may ue R4ulect to liauility for damageR
  ○ A4nderRtand that au4Re of thiRtool s ill reRtlt in termination of my
    Ox4] 4ue channel.
- U4thoril ed bignat4re: Michael Clement

- ]he Ox4] 4ue ] eam

Eelp Center : Kmail ZptionR

Oo4 received thiRemail to provide information and 4pdateRaro4nd yo4r Oo4j 4ue channel or acco4nt.

YouTube

- 2021 Y.oogle JJC d/u/a Oo4j 4ue9g01 Cherry Uye9b.an L4fno9CU qS066

Zn  ov GB2023 copyright@viraldrm.com s role:

Pideo A/R YCP0Dd5f7 ds 9ZuRMNCEoCB

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 4:4PVM
**To:** Diral Rs M <viraldm@wiplaF.com>
**Subject:** [ Fd4A G2OHMRBs CDs RLIK3TXBCDV] YubSo-T-•e Copyright Complaint K-+miwion

¶¶¶¶[ orF•rded mewege ¶¶¶¶¶
[ romYouTube Copyright <yo-t-+edriwo-text 11g0 7bcto3o30P@google.com>
Rate•Kat,] ov 11, 2023 at Mf.uf M
K-+2ct4A G2OHMRBs CDs RLIK3TXBCDV] YubSo-T-•e Copyright Complaint K-+miwion
To4<copyright@viraldm.com>



Hi Copyright Management,

ThanWyo- for yo-r rewponwe. ' e%e revieF ed it and provided - pdatew+eloF.

### Request resolved

The video•wZiIw¢d +eloF have already +een removed. Ueca--we the content
iw-navaila+le, F e are -na+le to taW¢ action on them.

Dideowin J-ewtion4

httpw/FFF.yo-t-+e.com/Fatch¢v).aoJ_O¢dG'_iN

---

' e--ve a com+ination okc-tomated wyw¢mward h-man revieF yto
procewwremoval reJ-ewWw

---

So-- maytaW¢ +acWo-r claim okcopyright inkingement at any time ikyo- change
yo-r mind.

qThe So-T-•e Team

---

Here iwthe inkormation yo- killed in4

Copyright BFner] ame •Company] ame ikapplica+le2Diral Rs M
So-r[ -iLegal] ame # ¶iawew -•vernamewor initialwrot accepted2IMichael
Clement
So-r Title or zo+ Vowition = hat iwyo-r a-thority to maW¢ thiwcomplaint[ ¶

Rigrial s ightwManager
f ddrew4
210 Deafay Rrive
Childew~rg, f L 3C0uu
YK
Yeername4•Copyright Management
' mail f ddreww4copyright@viraldm.com
Vhone42C6q86R•PuP

Ys L okallegedly inkringing video to +e removed4
httpwf/FFF_yo-t-+e.com/F.atchY.v).ao]_O6dG'_IN
Rewcri+e the ForWallegedly inkringed4My company, organiEation or clientw video
○ Title okvideo4Tornado Ramage ] ear Ridtw~ry.f I+erta qz~ly 1, 2023
○ Ko-rce okvideo4cV.Jhl] 2Yfmc
○ Type okvideo4Si4ernet video
○ ' here doewthe content appear(
The content appearwin the targeted video krom 040040 to 040042.4
httpwf/FFF_yo-t-+e.com/F.atchY.v).ao]_O6dG'_iN8).1)0
5.appearwin yo-r wo-rce video krom 04026Nto 04034114
httpwf/FFF_yo-t-+e.com/F.atchY.v).cV.Jhl]_2Yfmc8)).1ON

Ys L okallegedly inkringing video to +e removed4
httpwf/FFF_yo-t-+e.com/F.atchY.v).cV.Jhl]_2Yfmc
Rewcri+e the ForWallegedly inkringed4My company, organiEation or clientw video
○ Title okvideo4' [ u Vhotogenic Canada Ray Tornado $i Ridtw~ry.f I+erta.
○ Ko-rce okvideo4iiu6K'_k6J
○ Type okvideo4Si4ernet video
○ ' here doewthe content appear(
The content appearwin the targeted video krom 040042 to 04040u 4
httpwf/FFF_yo-t-+e.com/F.atchY.v).cV.Jhl]_2Yfmc8)).2
5.appearwin yo-r wo-rce video krom 04026Nto 04024u0 4
httpwf/FFF_yo-t-+e.com/F.atchY.v).iiu6K'_k6J_8)).1ON

Co-ntry Fhere copyright appliew4YK
5Wate Y] R' s  V' ] f LTSB[ V' s zY's S that4
○ 5am the oFner, or an agent a-thoriEed to act on +ehalkokthe oFner okan e9d-wve right that iwallegedly inkringed.
○ 5have a good kaith +eliekthat the - we okthe material in the manner complained okiwnot a-thoriEed +y the copyright oF-ner, itwagent, or the laF; and
○ Thiwnotikication iwacc-rate.
○ 5aciWocF ledge that - nder Kection Ol2+4Zokthe RMC/ any penvon Fho WoF-ingly materially miweprewentwwhat material or activity iwinkringing may +e w +#ct to lia+ility for damagew
○ 5-nderwand that a+- we okthiwtool Fill rew-lt in termination okmy So-T-+e channel.

f - thorlEsd Kignat- re4Michael Clement

Help Center • ' mail B.ptionw

So-. received thiwemail to provide information and - pdatewaron-nd yo-r
So- T-+e channel or acco- rt.

▶ YouTube

© 2021 Google LLC d/¼a So- T-+e.; 01 Cherry f ve, Kan Ur-no, Cf : u066

Bn] ov11, 2023 copyright@xtraldrm.com Frote4

• Y's L okallegedly inkriging video to +e removed4 httpw/fF.F.F yo-t-+e.com/Fatch( v) ao]_ OfdG'_IN

  ○ Title okyo-r copyrighted ForW ' [ u Vhotogenic Canada Ray Tornado $ Ridw+-ry. f Herta.
  ○ Type okcopyrighted ForW &Iernet video/ motion pict-re
  ○ ' hen Fawit a-thored( 4z-11, 2023
  ○ Uy Fhom Fawit a-thored( 4 f aron 2y/acW
  ○ ' here doewthe content appear(
  The content appearwin the targeted video kom 04040 to 0404424httpw/fF.F.F yo-t-+e.com/Fatch( v) ao]_ OfdG'_IN 1.10
  $ appearwin yo-r wo-rce video kom 04026No 04034httpw/fF.F.F yo-t-+e.com/Fatch( v) iiudK'_i&&f

Bn' ed,] ov N 2023 at 64Z? I M So- T-+e Copyright <yo-t-tedriw-tewl 1lq0Pocho3o30P2@google.com> Frote4



Hi Copyright Management,

ThanWyo- kor yo-r removal reJ-ewL ' exwe reviwFed yo-r reJ-ew4 and need wome more information kom yo- +elore Fe can proceed. Vleawe read the entire email carek lly kor a complete - pdate okeach videowwlat- w

f dd video detalwf clion needed

So- r identilication okthe wpecilic copyrighted ForWat iww-e iw-nclear. To identily the wpecilic ForWallegedly inkringed, anwFering wome or all okthe kollo Fing J- ewtionwFil +e help}e]4

  • s eJ- ired4
    ○ ' hat iwthe title okyo-r copyrighted ForW $yo-r ForWw- ntitled,
      give a description okthe contentwin the ForW
    ○ ' hat type okcopyrighted ForWwit(
  • ' nco- raged4
    ○ ' hen Fawit a-thored(
    ○ Uy Fhom Fawit a-thored(
    ○ $portionwokyo- r ForWappear in thiwvideo, Fhat are the wpecilic
      timewtampwin Fhich thiwcoc- rw(

Didewin J- ewlon4

httpw/fF.F.F yo-t-+e.com/Fatch( v) ao]_ OfdG'_IN

☐ Dideo -$iternet videoZ

Title okyo-r video4Tomato Ramage ] ear Ridw+-ry. f Herta qz- ly 1, 2023

Content Ko- nd in40404 0 to 040442

Ynder revieF

' e need more time to revieF the information yo~ provided Ior the video~vZ + eboF.' eæt get ~acVMo yo~ once Foxxe completed o~r revieF.

Dideowin J~ewion4

https//wiFFF.yo~t~e.com/Faïchi_v).cV/Jhl)_2YÏmc

☐  Dideo ~foïemet videoZ

Title oïvo~r video4'' [ u Vhotogenic Canada Ray Tornado $i Ridw~ry, f I+erta.

Content Ko~ nd in404u0402 to 04u04Uu

So~ may taVW +acVWo~r claim okcopyright inkringement at any time ïkyo~ change yo~r mind.

qThe So~T~+e Team

Here iwithe inkormation yo~ killed in4

- Copyright BF ner ] ame ~Company ] ame ikapplicæ+le2iDïral R s M
- So~r [ ~lLegal ] ame 4 iïawew~ wernamewor initialwnot accepted2i Michael Clement
- So~r Title or zo+ Vowition ≠ hat iwyo~ r a~thority to maiW thiwcomplaint/2i
- f ddrew4
  ○ 210 Deaïzy Rrive
  ○ Childerw~ rg, f L 3CDuu
  ○ YK
- Ywername4Copyright Management
- ' mail f ddreww4copyright@viraldm.com
- Vhone4ZC6q6F6PuP

- Y s L okallegedly inkringing video to +e removed4 https//wiFFF.yo~t~e.com/Faïchi_v).aoJ_ObdG_:iN
- Rewcri+e the ForWallegedly inkringed4My company, organiEation or clientw video
  ○ Title okvideo4Tornado Ramage ] ear Ridw~ry, f I+erta qz~ly 1, 2023
  ○ Ko~rce okvideo4cV/Jhl]_2YÏmc
  ○ Type okvideo49iïemet video
  ○ ' here doewithe content appear(
  The content appearwin the targeted video Ikom 040040 to 040042.4 https//wiFFF.yo~t~e.com/Faïchi_v).aoJ_ObdG_:iN8u.10 $i appearwin yo~r wo~rce video Ikom 04u26Nto 04u34.14 https//wiFFF.yo~t~e.com/Faïchi_v).cV/Jhl)_2YÏmc8t)1CN

- Y s L okallegedly inkringing video to +e removed4 https//wiFFF.yo~t~e.com/Faïchi_v).cV/Jhl]_2YÏmc
- Rewcri+e the ForWallegedly inkringed4My company, organiEation or clientw $i Ridw~ry, f I+erta.
  ○ Title okvideo4iiuo6K' k6i
  ○ Ko~rce okvideo49iïemet video
  ○ Type okvideo49iïemet video
  ○ ' here doewithe content appear(
  The content appearwin the targeted video Ikom 040042 to 040u04u.4 https//wiFFF.yo~t~e.com/Faïchi_v).cV/Jhl)_2YÏmc8t)2 $i appearwin yo~r wo~rce video Ikom 04026Nto 04u240.4 https//wiFFF.yo~t~e.com/Faïchi_v).iiuo6K'_k6iE_8t)1CN

- Co-ntry Fhere copyright appliewVK
- 5wate YJ R~ s V 1 I LTSB] V s zYs.S tha4
  - 5am the oF ner, or an agent a-thoriBed to act on +ehalkokthe oFner
    okan e9d-we right that wallegedly infringed.
  - Ihave a good faith +eliekthat the - we okthe material in the manner
    complained okiwnot a-thoriBad +y the copyright oF ner, itwagent, or
    the laF; and
  - Thiwnotlication iwacc- rate.
  - 5acWoFledge that -nder Kection OI2+ Zokthe RMCf  any penven
    Fho WoFingly materially miwrepreventwthat material or activity iw
    inkringing may +e w +2ct to lia+ility kor damagew
  - 5-ndenvand that a+~we okthiwtool F ill rew It in termination okmy
    So- T- +e channel.
- f -thoriBad Kignal-re4Michael Clement

Help Center · _ mail Bpt]onw

So- received thiwemail to provide inkormation and --pdatewaro-nd yo- r
So- T- +e channel or acco- nt.

▶ YouTube

© 2021 Google LLC d/t+/a So-T-+e, _01 Cherry I.ve, Kan Ur-no, Cf_-u066

---

▶ YouTube

## Copyright Infringement Notification Confirmation

ThankWyo- kor yo- r w +miwwion. $ iw-nder rewieF to enw re it iwvalid and
indi-dewall reJ-Lted elementw' _ e FIll reply to thiwemail Fhen F +e laWen
action on yo- r reJ-ewt. So- can alwo checWon the wtat-wokyo- r taiWedoF n
reJ-ewt in the w emovaJ reJ-ewwwta+ Fhich iwlo-nd in the Copyright wection ok
yo- r channel.

Here iwthe inkormation yo- killed in4

- Copyright BF ner ] ame <Company ] ame ikapplica+le2IDiral Rs M
- So- r [ -iLLegal ] ame ≠ liawew - wernamewor initialwnot accepted2I
  Michael Clement
- So- r Title or zo+ Vowition ≠  hat iwyo- r a-thorty to maiW thiwcomplaint2I
  Rigital s ightwManager
- f ddrewwl4
  - 210 DeaLEsy Rirve
  - Childerw+- rg. f L 3CDuu
  - YK
- Ywername4Copyright Management
- _ mail f ddrewwl4copyright@viraldrm.com
- Vhone42O6q6rRPuP
- Y s L okallegedly inkringing video to +e removedl4
  htt)wlfFFF.yo-t+e.com/FatchtV.v)aoJ_C6dG_iN
- Rewcri+e the ForWallegedly inkringed4My company, organiEation or clientw

video

- ○ Title okvideo4 [ u Vhotogenic Canada Ray Tornado $ Ridw+-ry,
    f I+erta.
  ○ Ko- rce okvideo4cV-Jht] 2Yimc
  ○ Type okvideo49iemet video
  ○ ' here doewt+he content appear(
  The content appeanwin the targeted video kom 040040 to 040042 4
  httpwf/FFF yo-t-+e.com/Fatch( v) ao] ObdG : iN81) 10
  $ appeanwin yo- r wo- rce video kom 04024θNto 04044.1 4
  httpwf/FFF yo-t-+e.com/Fatch( v) cV-Jht] 2Yimc8U.1θN

- ● Y s L okallegedly inkringing video to +e removed4
  httpwf/FFF yo-t-+e.com/Fatch( v) cV-Jht] 2Yimc
- ● Rewcri+e the ForWallegedly inkringed4My company, organifiation or clientw
  video
  ○ Title okvideo4 [ u Vhotogenic Canada Ray Tornado $ Ridw+-ry,
    f I+erta.
  ○ Ko- rce okvideo4iiu6K  k6θ
  ○ Type okvideo49iemet video
  ○ ' here doewt+he content appear(
  The content appeanwin the targeted video kom 040042 to 04040u 4
  httpwf/FFF yo-t-+e.com/Fatch( v) cV-Jht] 2Yimc8U.2
  $ appeanwin yo- r wo- rce video kom 042240Nto 042240 4
  httpwf/FFF yo-t-+e.com/Fatch( v) iiu6K  k6θ  81.1θN

- ● Co-ntry Fhere copyright appliewdYK
- ● 5elate Y] R' s V' ] I LTSB] V' s zY's S that4
  ○ 5am the oF ner. or an agent a- thorified to act on +ehalkokthe oF ner
    okan e9d- wie right that iwallegedly inkringed.
  ○ Ihave a good Iaith +eliekthat the -we okthe material in the manner
    complained okiwnot a-thorifiad +y the copyright oF ner, itwagent, or
    the laF; and
  ○ Thiwnollication iwacc- rate.
  ○ 5acWoFledge that - nder Kection OI2-Κ2okthe RMCf  any perwon
    Fho WoFingly materialy miwrepreventwhat material or activity iw
    inkringing may +e w +2ct to lia+ility kor damagew
  ○ 5-nderwand that a+- we okthiwtool Fill rew It in termination okmy
    So- T-+e channel.

- ● f - thorified Kignat-re4Michael Clement

qThe So- T- +e Team

Help Center • ' mail Bottonw

So- received thiwemail to provide information and - pdatewaro- nd yo- r
So- T- +e channel or acco- nt.

YouTube

© 2021 Google LLC d/+/a So- T- +e.. 01 Cherry f ve. Kan Ur- no. Cf .. u066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:77:43 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [| HQJM/VUKACVИC77HCE AØ2RAY] MuTobVWSe Copyright Complaint UbSmission

---------- Forwarded message ----------
From: **YouTube Copyright** <yobtbSe-disptbtes+25io8ajmgvt750] @google.com>
Date: Weixz ov 17x2023 at 6:03.NM
UbSject: Re: [| HQJM/VUKACVИC77HCE AØ2RAY] MuTobVWSe Copyright Complaint UbSmission
Wo: <copyright@viraldrm.com>

ellox

Wlie content listed Sellow has Seen removed:

https://www.yobtbSe.com/watchk vf.YIME.Mz_OrT

https://www.yobtbSe.com/watchk vf.qipmz·I6jbV5

Uincerelyx
Wlie TobVWSe Weam

? n z ovemSer 11x2023 copyright@viraldrm.com wrote:

> ellox
> For this linq: Ndrien Mabdbti is the copyright owner - https://www.yobtbSe.com/watchk vf.YIME.Mz_OrT
> For this linq:     anq Uchyma is the copyright owner - https://www.yobtbSe.com/watchk vf.qipmz·I6jbV5
> Wanq yobx

? n E edxz ov 5x2023 at 5:05.NM TobVWSe Copyright <yobtbSe-disptbtes+25io8ajmgvt750] @google.com> wrote:



i Copyright Managementx

Wanq yob 'or yobr removal re=best. E eBe reviewed yobr re=best and need
some more information 'rom yob Se ore we can proceed. Please read the entire
email care'blly 'or a complete bpdate o' each videoB staltos.

**Need more info**                    Nction
                                       needed

@ order to remove the content in =bestionxwe mbst con'irm that yob are the
copyright owner or the copyright ownerB athorißed representative. Gyob
are acting as an athorißed representative.explease let bs qnow. For each

KROplease identi'y the copyright owner yob are representing.

Tob may tage Sacq yobr claim o' copyright in'ingement at any time I' yob change ybbr mind.

- We TobWSe Weam

ere is the in'ormation yob 'illed in:

Copyright ?'wner z ame (Company z ame I' applicaSe): Viral DRM
Tobr Fbll Oggal z ame (Nliasesxdsernames or initials not accepted): Michael Clement
Tobr Wfe or QbS Position (E hat is yobr abthority to maqe this complaintk):
Dighital Rights Manager
Nddress:
210 Vea8ey Drive
ChildersStrgxNO34077
KU
Ksername: Copyright Management
Ymail Nddress: copyright@viraldrm.com
Phone: 246-26]-]1 7]

KROo' allegedly in'inging video to Se removed:
https://www.yobtbSe.com/watchkv.f YIME Mz _'0rT
DescriSe the worq allegedly in'inged: My companyxorgani8ation or clientB video

- Wfle o' video: P? ONR UWRNV? UP YRG CO?KDU (nacreobs clobds)
  W?NYQNPUY - Uenja 2020
- Uobrce o' video: Hoa  mbh=4L5
- Wpe o' video: @iternet video
- E here does the content appeark
  We content appears in the targeted video 'rom 0:16:27 to 0:16:31 :
  https://www.yobtbSe.com/watchkvf YIME Mz _'0rTJ if ' 57
  @appears in yobr sobrce video 'rom 0:00:15 to 0:00:26 :
  https://www.yobtbSe.com/watchkvf Hoa _mbh=4L5J if 15

KROo' allegedly in'inging video to Se removed:
https://www.yobtbSe.com/watchkvf.dipnz 6-6bV5
DescriSe the worq allegedly in'inged: My companyxorgani8ation or clientB video

- Wfle o' video: DNT ? F W Y WE @ U - Wmado terror in z eSrasqa
- Uobrce o' video: Y-5F4Qb58UA

- Wpe o´ video: ❸Iemet video
- ❸ here does the content appeark

We content appears in the targeted video ´rom 0:11:75 to 0:12:76 :
https://www.yobtbSe.com/weatchkd´qipmz´❸6bV5J.if.f.105
❸appears in yobr sobrce video ´rom 0:0] :70 to 0:0] :75 :
https://www.yobtbSe.com/weatchkd´Y-5F4Qq58UA.f.f.760

Cobntry where copyright applies: KU

❸tate Kz DYR P'Yz NOW´ ?´F PYRO❸RT that:

- ❍ ❸am the owner,or an agent abthori❸ed to act on ❸ehalf o´ the owner o´ an eLicbsive right that is allegedly in´ringed.
- ❍ ❸ave a good´aith ❸elie´ that the bse o´ the material in the manner complained o´ is not abthori❸ed ❸y the copyright owner,its agent,or the law,❸and
- ❍ ❸his noti´ication is accbrate.
- ❍ ❸acknowledge that bnder Uection 412(´) o´ the DMC❸N any person who qnowingly materially misrepresents that material or activity is in´ringing may❸e sb❸ject to lia❸ility ´or damages.
- ❍ ❸bnderstand that a❸bse o´ this tool will resblt in termination o´ my Tob❸VbSe channel.

❸bthori❸ed Uignatbre: Michael Clement

❸elp Center ·´ Ymail´?ptions

❸ob received this email to provide in´ormation and bpdates arobnd yobr Tob❸VbSe channel or accobnt.

 YouTube

- 2021 ❸oogle ❸❸❸ d/S/a Tob❸VbSe,x´01 Cherry NexxLan ❸tbnoxCN´7066

# Copyright Infringement Notification Confirmation

Whang yob´or yobr stb❸mission. ❸is bnder review to enb❸re it is valid and inclbdes all re=hired elements. ❸e will reply to this email when we❸e tagen action on yobr re=best. ❸ob can also checq on the statbs o´ yobr tagedown re=best in the ❸❸emoval re=best❸Ba❸ which is ´obnd in the Copyright section o´ yobr channel.

❸ere is the in´ormation yob´illed in:

- ❍ Copyright ´? wner z ame (Company z ame)´applicaS)e): Viral DRM
- ❍ ❸obr Fbll ❸egal z ame (N❸asesxtbsernames or initials not accepted):

?´ n z ov] x2023 Tob❸VbSe Copyright

Michael Clement
- Your Title or Job Position (E hat is your authority to make this complaint): Digital Rights Manager
- Address
  - 210 VealBey Drive
  - ChildersSbrgoNC34077
  - KU
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 246-26) -] 7]

○ KROo' allegedly in'ringing video to Se removed:
https://www.yobttSe.com/watch?v.f YIME Mz_ 0rT
○ DescriSe the wong allegedly in'ringed: My companyorganiⱫation or clientlⱭ video
  - Wile o' video: P? OOR UVRNW UP  YRⱭ5 CO? KDU (nacreobs clobds) V5 OYONPUY - Uenja 2020
  - Uobrce o' video: Hoa_ mbh=4L5
  - Wype o' video: Ⱥlemeil video
  - E here does the content appeark
  - Wie content appears in the targeted video 'rom 0:16:27 to 0:16:31 : https://www.yobttSe.com/watch?k
  vf YIME Mz_ 0rT J tf ' 57
  - Ⱥappears in yobr soorce video 'rom 0:00:15 to 0:00:26 : https://www.yobttSe.com/watch?k vf Hoa_ mbh=4L5 J tf 15

○ KROo' allegedly in'ringing video to Se removed:
https://www.yobttSe.com/watch?kvf qipmz Ⱥ6bV5
○ DescriSe the wong allegedly in'ringed: My companyorganiⱫation or clientlⱭ video
  - Wile o' video: DNT ? F W Y WⱭ ⱭU - Wmado terror in z.6Ⱥaspa
  - Uobrce o' video: Y-5F4Qo58UA
  - Wype o' video: Ⱥlemeil video
  - E here does the content appeark
  - Wie content appears in the targeted video 'rom 0:11:75 to 0:12:76 : https://www.yobttSe.com/watch?k
  vf qipmz Ⱥ6bV5UJ tf 1 05
  - Ⱥappears in yobr soorce video 'rom 0:0] ;70 to 0:0] :75 : https://www.yobttSe.com/watch?k Y-5F4Qo58UA J tf 760

- Cobntry where copyright applies: KU
- Ⱥtate Ⱪz DYR PYz NOQT ? F PYRQKRT that:
  ○ Ⱪm the owneror an agent abthoriⱫed to act on Sehal' o' the owner o' an eⱪclbsive right that is allegedly in'ringed.
  ○ Ⱪave a good 'aith Salie' that the bse o' the material in the manner complained o' is not abthoriⱫed Sy the copyright ownerkits agentor the lawⱪand
  ○ Wiis noti'ication is acctrate.
  ○ Ⱪacprowledge that bnder Uection 412() o' the DMCN any person who gnowingly materially misrepresents that material or activity is in'ringing may Se stSJect to liaSility 'or damages.
  ○ Ⱪnderstand that aStse o' this tool will reslit in termination o' my TobⱯSe channel.

- NbthoriⱫed Uignatbre: Michael Clement

- We TobWSe Weam

elp Center : Ymail ? ptions

Tob received this email to provide information and bpdates arobnd yobr TobWSe channel or accobht.

YouTube

- 2021 Hoogle QCC dJSa TobWSex' 01 Cherry NvexJan @bnoxCN ' 7066

? n z ov ] x2023 copyright@wraldrm.com wrote:

Video @Js: YIIVIE Mz  '0rTxqipmz @6bV5

**From:** Copyright Management <copyright@vl chading.com>
**Sent:** 11/16/2023 10:40:22 7 M
**To:** PiraVDRM <siraVrm@dripVv. com>
**Subject:** Fv w: [OOPK 4VPl UK ST BE 2W Y l 44SMHMubo-+ 9e Copyright CompVlrint k - 9middon

꿰꿰꿰꿰꿰Fon avwvwmeddage 꿰꿰꿰꿰꿰
From: **YouTube Copyright** <yo-t-9eVwdo-ted. 3lN+burnfseoVl08@gooqVl.com>
Date: +h  Vos 16 2023 at 2 l:2VM
k - 9ject [OOPK 4VPl UK ST BE 2W Y l 44SMHMubo-+ 9e Copyright CompVlrint k - 9middon
+o: <copyright@vl chading.com>



Ti K UChading

+hanf  yo- ˚or yo- r remosaVteq- edt. K e 9e resiev ewit anvprosiewv- pwated
9eVv .

**Request resolved**

+he content Vdtew9eVv  had 9een remosew.

Piweod in q-edtion:

https://v.v.yo-t-9e.comVv atchesLqBVF- RX+3Oo

K e - de a comfirnation o˚ a- tomatewvdvtemd anwh- man resiev.d to
proce:d remosaVteq- edtl.

bo- may laf e 9adt yo- r cVdim o˚ copyright in ˚ringement at any time i˚ yo- change
yo- r minw.

5+he bo- + 9e +eam

Tere id the in˚ormation yo- ˜ lVWwin:

Copyright Ev ner Vlame 윗Company Vlame i˚ appVca9Vei: K l Chading
bo- r F- Wl 9egaVlame Ql Vladed˜ - demamed or initiaVl not acceptew: MichaeV
CVlfment
bo- r +itVl e or Sb9 7 oddtion 0K hat id yo- r a- thority to maf e thid compVlint=(:
.

t·v ner

J wwredt

1314 Carro∖Dr

·erry Mk 3∖t80

Qk

Qdername: K UChading

Ymai∖U wwredt copyright@rJ.chading.com

7 hone: ᴰ01(260䒑180

QR) o´ a∖ege∖∖\∖∖ in͂inging si∖eo to 9e remosew.

httpd//v v v yo-t-9e.com/v atch=sLqB∖F--RX÷3Qo

Dedcri9e the v orf a∖egew∖\∖∖ in͂ingew My company organization or c∖ent'd si∖eo

∘  +it∖e o´ si∖eo: Recow9reaf ing I - "a∖d k nov 5) af e Y"ect 5∖bssem9er 2022

∘  k o–rce o´ si∖eo: 1UM yFgz&1to

∘  +ype o´ si∖eo: Zfeemet si∖eo

∘  K here ∖oed the content appear=

∘  +he content appeard in the targe∖ew si∖eo ´rom 0:00:H∖to 0:00:40 : httpd//v v v yo-t-9e.com/v atch=sLqB∖F--RX÷3Qox tLH

    Z appeard in yo–r do–rce si∖eo ´rom 0:00:13 to 0:00:1N: httpd//v v v yo-t-9e.com/v atch=s∖1UMyFgz&1toxtL13

Co–ntry v here copyright app∖ed: Qk

Z∖tate O∖DYR 7Y∖U) +b E F 7YRSQR9 that:

∘  Z∖am the ov ner or an agent a–thorize∖to act on 9eha∖V o´ the ov ner o´ an el c∖V dise right that id a∖∖ege∖∖\ in͂ingew.

∘  Z∖ase a g∖oow ∖aith 9e∖V∖´ that the –de o´ the materia∖V in the manner comp∖ine∖wo´ id not a–thorize∖w9y the copyright ov ner ∖id agent or the ∖e∖v; am∖w

∘  +hid noti´ication∖id acc–rate.

∘  Z∖cf nov ∖V∖∖ge that - nwer k ection 412Q[ o´ the D∖CJ any perdo∖n v ho f∖nov ing∖V materia∖∖∖ midrepredentd that materia∖V or activit∖V id in͂ging may 9e d–9ject to ∖∖a9i∖N∖y ´or wa∖maged.

∘  Z–mwerdtam∖what a9–de o´ ´thid too∖V i∖V∖ed-∖V∖n termination o´ my bo–+–9e channe∖V

J–thorizew∖k ignat–re: ∖ichae∖V∖C∖∖ement

Te∖V Center • Ymai∖N∖Ep∖tiond

bo– receise∖w ∖thid emai∖V∖o prosiwe in͂ormation anw–p∖ated aro–nw∖yo–r bo–+–9e channe∖V∖or acco–nt.

▶ YouTube

© 2021 Boog∖\ ) C w9/a bo–+–9e N∖01 Cherry J∖se k an I r–no  CJ N∖066



# Copyright Infringement Notification Confirmation

+hanÝ yo- ´or yo- r d-9middion. Ǽid - r wer resiev to end- re it id saŸwanw incŸved aŸ ⱥc- irewe ̌ementid. K e v iŸ Ⱥep Ÿ to thid emaiŸ w hen v e Ÿ9e taf en action on yo-r req-ett. bo- can aŸŸo checⱡ on the dtat-d o´ yo- r taf ewo vn req-ett in the ´RemosaⱯ req-edit ́taŸ v hich id ´o-nw in the Copyright ́ection o´ yo-r channeⱱ

Tere id the in´ormation yo- ´ÝŸwin:

* Copyright Ev ner Ýame (ᵭCompany Ýame i´ appŸⱥ9ᵭeⱡ K I Cⱨading
* bo- r F-ŸŸ egaŸ Ýame -ᵭ Ÿaded - demamed or initiaŸ not acceptⱥ⁏
  Michⱥe⁏CŸement
* bo- r +itŸe or Sⱥ9 7 odition ᵭⱡ hat id yo- r a-thority to ma´e thid compŸⱥintⱥ⁏:
  Ev ner
* J wwedd:
  ○ 1314 CarroŸ ᵭDr
  ○ -erry Mⱡ 3N18⁁
  ○ ᵭⱡ
* Qⱥername: K UCⱨading
* YmaiŸ wwedd: copyright@v.I cⱨading.com
* 7hone: ᵭⁱ01( 26051⁸⁰

* QR) o´ aŸⱥgewŸ in´inging siweo to 9e remodew:
  httpd://v v v yo-t-9e.com/v atchⱥ=L dB WF- RXⱥ3Qo
* Dedcri9e the v or´ aŸⱥgewŸ in´ingew. My company organization or cŸientd
  siweo
  ○ k o-rce o´ siweo: 1UMⱥFgz&t1o
  ○ *ype o´ siweo: Ziternet siweo
  ○ K here weed the content appeare
  ○ +he content appeard in the targetew siweo ´rom 0:00 H H to 0:00:40 :
    httpd://v v v yo-t-9e.com/v atchⱥ=L dB WF- RXⱥ3Qoxt1t H
    Zappeard in yo-r do-rce siweo ´rom 0:00:13 to 0:00:1N:
    httpd://v v v yo-t-9e.com/v atchⱥ=L 1UMⱥFgz&t1oxL 13

* Co-ntry v here copyright appŸed: ᵭⱡ
* ZŸate QⱠDYR 7 YⱠU ) +b EF 7 YRSᵭRb that:
  ○ Zam the ov ner - or an agent a- thorizew to act on 9eha Ÿo´ the ov ner
    o´ an el cŸvdise right that id aŸⱥgewŸ in´ingew.
  ○ Zhase a goow aith 9eŸe´ that the - de o´ the materiaŸ in the manner
    compŸⱥinew o´ id not a- thorizew 9y the copyright ov ner itd agent or
    the Ÿw; anw
  ○ +hid noti´ication id acc- rate.
  ○ Zacⱡ nov Ÿⱥge that- rwerⱡ ection 412ᵭⱡ o´ the DMCJ anyperdon
    v ho ⱡnov ing Ÿ materiaŸ Ÿ midreprendentd that materiaŸ or actidit Ÿ id
    in´inging may 9e d-9ject to Ÿⱥ9iŸit Ÿ or wamaged.
  ○ Z´ wertⱡamw hat a9- de o´ thid tooŸ v iŸⱱ ed- Ÿt in termination o´ my
    bo- +-9e channeŸ
* J - thorizew ⱡignat- re: Michⱥe ⱡCŸement

5+he bo- +-9e +eam

_TeⱥŸ Center • YmaiŸ Æptiond_

bo- receisewthid emaiMo prosiwe in'ormation amw- pwated aro- nwyo- r
bo- +-9e channeNor acco- nt.

YouTube

© 2021 Boog¥.) C.w9/a bo-+-9e. N01 Cherry J.se. kan1 r.-no. CJ N066

En\Vos 14  2023 copyright@v.l.chafing.com v rote:

    Piweo Zid: qBVF-RX+3Qo

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : BVƒ3 RM
**To:** siral wF M <viraldm@[riplaK com>
**Subject:** LKiPฅGRCGw6vMs 3J J 6w4V2YT] u4 VF3DฅToSOฅ e Copyright Complaint VฅS- mi[[ion

*******- LorKarded me[[ age *******
L rom **YouTube Copyright** <yoSฅS- eeti[ p3ie[ 80] lom7eei12e20_@google.com>
wateiP] ed Aov 1h 2023 at_ **P0RM**
VฅS- leciRฅGRCGw6vMs 3J J 6w4V2YT] u4 VF3DฅToSOฅ e Copyright Complaint VฅS- mi[[ion
QฅP<copyright@viraldm.com>



‘ i Copyright Management

Chanq yoSฅor yoSฅ re[ port e. J ฅ7ฅe revieKed it and provided Sฅpdate[ - eloK.

**Request resolved**

Ohe content li[ted - eloK ha[ - een removed.

s ideo[ in j Sฅ[ tionP

http[ PKKK_yoSฅS- e.comKatch=vzti5our6i mqD

J e Sฅ e a com- ination o7aSฅtomated [_y[tem[_and hฅhan revieK[t to
proce[[ removal rej Sฅ[t[t.

ToSฅmay tage _ acq yoSฅ claim o7copyright inฅingement at any time i7yoSฅchange
yoSฅ mind.

+Ohe ToSฅSฅ e Qฅam

‘ ere i[ the inฅormation yoSฅ7iled inP

Copyright _ Kner Aame lฅCompany Aame i7applica- le๐ฅs iral wFM
ToSฅ LSฅl uegal Aame lฅiaj e[ Sฅ ername] or initia[[ not acceptedฅฅMichael
Clement
ToSฅ Qlle or Yo- Rq[ ition U hat i[ yoSฅ aฅhority to mage th[ complaint=tฅP
wigital Fight[ Manager

ɔ otre[ ] ʰ
210 s eaßy wrive
Childer[ - Srg 5u 3H�0ᴄᴅ
] W
] [ernameꟼCopyright Management
4 mail 5 ddre[ [ Pɔopyright@ʋraldrm.com
Rʰoneꟼ2H�627, ⁺, ᴅˌ

] F u o7allegedly inꟼnging video to - e removedꟼ
http[ ꟼKKK_yoSꟼS- e.com/Katch=vzti5ourꟜj mqᴅ
we[ cri- e the Korq allegedly inꟼngedꟼMy company organisation or client[
video
  ○ Qlle o7videoꟼᴅ06ꟼHᵉᴇ021 J a verly GW+uightring Wirqe[ s eʰicle
  ○ WoSrce o7videoꟼᴄꟀ) 9vl ct˙ V
  ○ Ope o7videoꟼxternet video
  ○ J ʰere doe[ the content appear=
  Ohe content appear[ in the targeted video ʔom 0ꟺHꟼᴅH to 0ꟼ6ꟺHꟼ
  http[ ꟼKKK_yoSꟼS- e.com/Katch=vzti5ourꟜj mqᴅkiz- ᴅH
  x appear[ in yoS˙[ oSrce video ʔom 0ꟼꟺ0ꟼV to 0ꟺ0ꟼHꟼ
  http[ ꟼKKK_yoSꟼS- e.com/Katch=vzꟼC5 ] 9vl ct˙ V&tzV

CoSntryKhere copyright applie[ ꟼ W
x[ tate [ ] Aw4 F R4A5uᴄꟼ _L R4FꟛJ FꟛT thatꟼ
  ○ xam the oKner or an agent aSthori9ed to act on - eʰalꟼo7the oKner o7an
    e; clꟅ[ we right that I[ allegedly inꟼnged.
  ○ xʰave a good ʔaith- eʰieꟛʰat the Ʂ[ e o7the material in the manner
    complained o7I[ not aSthori9ed - y the copyright oKner il[ agent or the
    laK+ and
  ○ Oʰi[ notiꟼcation I[ accSrate.
  ○ xacqnoKledge that Ʂnder Vlection H1ᴈᴃo7the wMC5 any per[ on Kho
    qnoKingly materially mi[ repre[ ent[ that material or actiʋity I[ inꟼnging
    may - e [ Sˀect to lia- lity ʔor damage[ .
  ○ xꟅndeꟛ[ tand that a- Ʂ[ e o7thi[ tool Kill re[ Slt in termination o7my ToSᴄꟅ- e
    channel.

5Sʰori9ed WignatSreꟼMichael Clement

˙ elp Center ꟼ4 mail_ption[

ToSreceived thi[ email to provide inꟼrmation and Ʂpdate[ arcꟅʳd yoꟅ
ToSᴄꟅ- e channel or accoꟅnt.

▶ YouTube

B 2021˙ oogle uuᴄ dⁱ-ʲa ToSᴄꟅ- e ˖ 01 Cherry 5ʋe Wˀn1 ʳSno C5 ˖ ᴅ066

5ttached are the agreement[ [ tating Ke are a3hori9ed to manage the right[ ]or their video[ .

Chan¢ yoS

_ nO9e  Aov 1D 2023 at 2836M ToSCS- e Copyright <yoSS- e-df[ pSe[ 80[ ]cm9ee112e20. @google.com> KroteP

  ▶ YouTube

' i Copyright Management

Chan¢ yoS7or yoS removal rej Se[ t. J e1ve reve6Ked yoS9 rej Se[ t and need [ one more inZrmation 7rom yoS- e7ore Ke can proceed. Rlea[ e read the entire email care5[[y 7or a complete 9pdate o7each video[ [ tat5[ .

Aeed more in?: 5ction needed

xn order to remove the content in J Se[ltion Ke m5[ t con7rm that yoSare the copyright oKner or the copyright oKner[ a3hori9ed repre[ entative. x7yoSare acting a[ an a3hori9ed repre[ entative  plea[ e let 5[ qnoK. Lor each[ Fu plea[ e identi[y the copyright oKner yoSare repre[ enting.

ToSmay lage – acq yoS claim o7copyright in7ingement at any time i7yoS change yoS mind.

+Ohe ToSCS- e Qeam

' ere i[ the inZrmation yoS 7lled inP

• Copyright _ Krer Aame IIompany Aame i7applica- le03iral wFM
• ToSr L9I uegal Aame I5lia[ e[ 9[ emame[ or initia[  not accepted0P
   Michael Clement
• ToSr O1le or Yo- Ro[ ltion U hat i[ yoSr a3hority to ma9e th[ complaint=0P
   wiglia[ Fight[ Manager
• 5 ddre[ [ P
   ◦ 210 s ea9ey wrive
   ◦ Childer[ - 9tg  5 u 3H0DD
   ◦ ] W
• ] [ emame0IIopyright Management
• 4 mail 5 ddre[ [ P copyright@uria6m.com
• Rhone P2H5 626, †, D.

• J Fu o7allegedly in7inging video to - e removed0P
   http[ PKKK yoSS- e.comKatch=vzt5our6j.mq0
• we[ cri- e the Korq allegedly in7inged0My company organi9ation or clien[[
   video
   ◦ Olle o7video7O6e2H0021 J averly GW+uightning Winrie[ s ehicle
   ◦ WoSrce o7video7O5j 9rvl ct` V
   ◦ Qpe o7video7xetemet video
   ◦ J here doe[ the content appear=
     Ohe content appear[ in the targeted video 7om 0R1H0H to 0R60H0P
     http[ PKKK yoSS- e.comKatch=vzt5our6j.mqOKtz- DH
     x appear[ in yoS9 [ oSrce video 7om 0R0JRV to 0R50H0P
     http[ PKKK yoSS- e.comKatch=vzO5j 9rvl_ct`VAtzV

• CoSntry Khere copyright applie[ [9[ W
• X[ate J Aw4F R4A5uO[ _ L R4FY[ FT tha0P
   ◦ xam the oKner or an agent a3hori9ed to act on - ehal7o7the oKner
     o7an e[ cl59ive right that i[ allegedly in7inged.
   ◦ xhave a good 9aith - elie7that the 9[ e o7the material in the manner
     complained o7[ i not a3hori9ed - y the copyright oKner i[ agent or

- the laK and
  - ◦ OhI[ notIfIcatIon I[ accS❘ate.
  - ◦ xacqnoKledqe that S❘der V❘action H 2❘Eo7the wMC5 any perf on Kno qnoKIngly materIallyⓘ mI[ reprel enlⓘ that materIal or actIvItyⓘ InfrIngIng may ❘ e [ Sⓘectfⓘo ❘Ia-❘Ily ❘r damage❘.
  - ◦ x❘rderI and that a-S[ e o7thI[ ❘ool KIll re[ Slt In termInatIon o7my ToSCS e channel.
- 5 S❘orI❘ed V❘gnalS❘e❘MIchael Clement

‾ elp Center ©4 maIl _ptIon[

ToSCS receIved thI[ emaIl to provIde In❘ormatIon and S❘date[ ⓘaro❘nd yoS❘ ToSCS e channel or accoS❘t.

B 2021 ‾ oogle uuC dⓘⓘa ToSCS e _ 01 Cherry 5❘e ❘an I r❘no _ C5 _ D066



# Copyright Infringement Notification Confirmation

Chan❘ yoS❘or yoS❘[ S- ml[ ❘Ion. xⓘ[ S❘der revIeK to en[ S❘e ItI[ valId and IndSⓘeⓘ re❘ S❘red elementⓘ_ J e KIll reply to thⓘ emaIl Khen KeⓘIe ❘a❘en actIon on yoS❘ re[ S❘[ t. ToS❘can all o checq on the [ ❘atⓘ[ o7yoS❘ ❘a❘edo❘Kn re[ S❘[ t In the ❘Femoval re[ S❘[ [ ❘ I❘Ia-_ KhIch i[ ❘oS❘nd In the Copyrightⓘ ❘ectIon o7 yoS❘ channel.

‾ ere iⓘ[ the In❘ormatIon yoS❘lled inⓘP

- **Copyrightⓘ _ K❘er ❘a❘me ❘Company ❘a❘me i7applIca-** leⓘⓘ❘s iral wFM
- **ToS❘ LS❘ueg❘al ❘a❘me ❘S❘lia[ e[** S[ ename[ or initialⓘ not accepted[ MIchael Clement
- **ToS❘ ❘ Itle or Yo- Ro[** ❘ItIon ❘ hat iⓘ yoS❘ a❘S❘orIty to ma❘e thⓘ complaint ❘IⓘP wIg❘Ial FIgh❘[ Manager
- 5 d❘re[❘P
  - ◦ 210  s ea❘❘ey wrIve
  - ◦ ChIlder[ - S❘rg  5 u 3❘H❘DD
  - ◦ ❘ W
- ❘ ename ❘FCopyrIght Management
- 4 maIl 5 d❘re[ [ ❘copyright@x❘ra❘dm.com
- ❘hone ❘P2❘H5❘❘26[ ❘ *-, ❘D❘



- ❘ F u o7allegedly in❘rIngIng video to - e removed ❘P
  http[ ❘PKKKK_yoSS- e.com❘Katch=x❘t5o❘ur6]_mq❘D
- weⓘ cri- e the Ko❘q allegedly in❘rIngedⓘ My company organI❘atIon or clientⓘ video
  - ◦ OlIe o7video ❘D6❘6❘H❘021 J awerly GW=uIghtInng WrI❘e[ s ehIcle
  - ◦ ❘VⓘoSrce o7video ❘D5 [ 9❘vl ct❘ V
  - ◦ Ope o7video ❘x❘ternel video
  - ◦ J here ❘do❘[ the content appear=
    One content appear[ in the targeted video ❘om 0❘H❘2❘H to 0❘H❘62❘H ❘P
    http[ ❘PKKK_yoSS- e.com❘Katch=x❘t5o❘ur6]_mq❘D❘z_ DH
    ❘x appear[ in yoS❘ [ oSrce video ❘om 0❘0❘0❘V to 0❘R❘0❘H ❘P

http[ PiKKK_yoSS_e.com/K;atch=vzC5j.9vl_ct'_V&tzV

- CoSthry Khere copyright applie[ [P] W
- x[late ] Aw4F R4A5u0T_ [_R4F Y] FT thatP
  - xam the oK'ner or an agent aShori9ed to act on - ehal7o7he oKner o7an e; d5[ ive right that i[ allegedly in7ringed.
  - xhave a good 7aith - elie7 that the S[ e o7he material in the manner complained o7i[ not aShori9ed - y the copyright oKner i[ agent or the laK- and
  - Oh[_ noti7;cation i[_ accS;ate.
  - xacproKKedge that 9nder Vection H!2i[Eo7the wMC5 any per[ on Kho qnoKingly materially mi[ repre[ ent[ that material or activity i[ in7ringing may - e [S- 7ect to lia- ility 7or damage[.
  - xSrder[ tand that a- S[ e o7thi[ tool Kill re[ St in termination o7my ToSCS- e channel.
- 5 9hori9ed VignatSteRMichael Clement

+One ToSCS- e Oeam

'_elp Center @mail__ptlon[

ToSreceived thi[ email to provide in7ormation and 9pdate[ aroSnd yoS9 ToSCS- e channel or accoSnt.

▶ YouTube

B 2021 ' ;oogle uuC d/-;/a ToSCS- e . 01 Cherry 5;ve_Wan1 r9no_C5 - _D066

_n Aov 13_2023 copyright@viraldmn.com K;roteP

s ideo w[ Ri5our6j mgD

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:22:06 5 M
**To:** 9iral PVJM <viraldrm@DiplaR.com>
**Subject:** s Rd: ꞷFj 5 X0l 9 VkJ G7J X95 EQVPQ9 ZXY 7 Ju oTbTSe Copyright Complaint ETSmitDDon

-------- sorRarded meDDge --------
srom: **YouTube Copyright** <yoTlTSe-dIDþTleD-1dj_0chdeT3ra0X0@google.com>
Date: Eat, Qov 11, 2023 at j:17 M M
ETSect: Ve ꞷFj 5 X0l 9 VkJ G7J X95 EQVPQ9 ZXY 7 Ju oTbTSe Copyright Complaint ETSmitDDon
bo: <copyright@viraldrm.com>

Aello,

bhanHDicr yoTr ref TeD. bhe content haDSeen removed. Y e TDa a comSiration okaDtomated DjDemDand hTman revieDto proceDDremoval ref TeDD

bhe eaDeDj Ray to DrSmit complaintDiDtro Tgh thjDkom.

Eincerely,
bhe l oTbTSe beam

J n QovemSer 11, 2023 copyright@viraldrm.com Rrote:

Aello,

s or thjDin¶t 4 aron VigEþy iDthe copyright oRrer - httpD/RRR.yoTlTSe.comRatch'_vqF7PJ_I=8K2=no
s or thjDin¶t Veed bimmer iDthe copyright oRrer - httpD/RRR.yoTlTSe.comRatch'_vqFEpQciSyKc

4 ttached are the agreement DDating Re are a TthoriQed to manage the rightDior their videoD
bhanHyoT,

J n Y ed, Qov j, 2023 at 2:33¶ M l oTbTSe Copyright <yoTlTSe-dIDþTleD-1dj_0chdeT3ra0X0@google.com> Rrote:



Ai Copyright Management,

bhanHyoT Kor yoTr removal ref TeD. Y e je revieRed yoTr ref TeD and need
Dome more information itom yoT Sefore Re can proceed. 5leaDe read the entire
email careKlllly or a complete Tpdate okeach video DDaiTD

**Need more info**

4 ction
needed

Jn order to remove the content in f TeDion, Re mTD confirm that yoT are the
copyright oRrer or the copyright oRrer DaTthoriQed representDntatiwe. JyoT
are acting aiDan aTthoriQed repreDentatiwe, pleaDe let TD HoR. s or each
KVF, pleaDe identily the copyright oRrer yoT are repreDenting.

I oT may IaHt SachyoTr claim okcopyright inkfingement at any time IkyoT change yoTr mind.

- bhe I oTbTSe beam

Aere iDthe inkormation yoT killed in:

Copyright J Rner Qame LCompany Qame ikapplicaSlez 9iral PVM
I oTr s Tll Fegal Qame l4 liaDtD TDdrnameDor initialDnot acceptedz Michael Clement
I oTr bitle or ZbS5oDtion LY hat IDyoTr aTthority to maHb thiDcomplaint z
Pigital VightDManager
4drelD
210 9eaQby Prive
ChilderlDSTrg, 4F 370??
KE
KDtrname: Copyright Management
[ mail 4 ddrelD copyright@vraldrm.com
5hone: 276-26X-XX?X

KVF okallegedly inkringing video to Se removed:
httpD//RRR vo TlTSe.com/Ratch\ vqF?PJ =8K2=no
PeDzriSe the RorHallegedly inkringed: My company, organiQation or clientD video

- bitle okvideo: Volling s orH MIDDDDppl [ s ? bornado sirlD Fight Prone Pamage
- EoTrce okvideo: CvUltrnh2D
- bype okvideo: )nternet video
- Y here doeDthe content appear'

bhe content appearDin the targeted video krom 0:07:02 to 0:06:00 :
httpD//RRR vo TlTSe.com/Ratch\ vqF?PJ =8K2=no' tq302
JtappearDin yoTr DoTrce video krom 0:003X to 0:02:10 :
httpD//RRR vo TlTSe.com/Ratch\ vqCvUltrnh2D tq3X

KVF okallegedly inkringing video to Se removed:
httpD//RRR vo TlTSe.com/Ratch\ vqLEpQeiSxKc
PeDzriSe the RorHallegedly inkringed: My company, organiQation or clientD video

- bitle okvideo: s Tll evolTtion okSeaTlkltl tornado near Y ray, CJ on May X, 2016
- EoTrce okvideo: icX5j lKDyl &
- bype okvideo: )nternet video
- Y here doeDthe content appear'

bhe content appearDin the targeted video krom 0:0?:72 to 0:06:77 :
http0//RRRvoTITSe.comRatch' voTEpQqoiSvKc' tq2i.2
Jt appearDin yoTr DoTrce video krom 0:02:70 to 0:03:7? :
http0//RRRvoTITSe.comRatch' vqic?6j.iQvi & tq1f60

CoTrtry Rhere copyright applieD KE
JDate KQP[ V 5[ Q4FbI  J s 5[ VZKVI  that:
  ○ ] am the oRner, or an agent aTThoriQed to act on Sehalkokthe oRner okan
    exclTDve right that iDallegedly inkringed.
  ○ ] have a good keith Seliekthat the TDb okthe material in the manner
    complained okiDnot aThoriQed Sy the copyright oRner, iDagent, or the
    laR, and
  ○ thiDnotikcation iDaccTrate.
  ○ ]achroRledge that Trder Eection 712iizcokthe PMC4 any perDon Rho
    HroRingly materially miDpreDentDhat material or activity iDinkringing
    may Se DTSect to liaSility kor damageD.
  ○ ]TnderQand that aSTDe okthiDtool Rill reDlTit in termination okmy I oTbTSe
    channel.

4 TThoriQed EigraiTire: Michael Clement

Aelp Center:  [ mail J ptionD

I oTreceived thiDemail to provide information and TpcdateDaroTrd yoTr
I oTbTSe channel or accoTrt.

 YouTube

• 2021 Woogle FFC dISia I oTbTSe.J 01 Cherry 4 ve, Ean@rTmo, C4 i ?066

 YouTube

## Copyright Infringement Notification Confirmation

bharHyoTr yoTr DTSmitDion Jt IDTnder revieR to enDTre il iDvalid and
incTfdeDaiqel_Tired element)  Y e Rill reply to thiDemail Rhen ReiSe tarhin
action on T T ttel re feD.1 I oT can aiD check on the DaTTbokyoTr tanHsoiRn
ref TeiD in the X removal ref TeiDDtas Rhich iDloTnd in the Copyright Dection ok
yoTr channel.

Aere iDthe information yoT killed in:

  ○ Copyright J Rrer Qame lCompany ikapplicaSiez 9iral PVM
  ○ I oTr s TIl Fegal Qame l4 ilaDtQ TDrameDor initialDnot accepledz
    Michael Clement
  ○ I oTr bitle or ZoS 5 oDtiton LY hat IDyoTr aTThority to maHe thiD

complaint' z Pigital VightDManager
- 4ddreDD
  ◦ 210 9eaQay Prive
  ◦ ChilderDSTrg, 4 F 370??
  ◦ KE
- KDrname: Copyright Management
- [ mail 4 ddreDD copyright@viraldrm.com
- 5hone: 276-26X-XYX

◦ KVF okallegedly inkringing video to Se removed:
  httpD//RRRyoTlTSe.com/Ratch'voF7PJ =8K2=no
◦ PeDriSe the RorHallegedly inkringed: My company, organiQation or
  clientD/video
  ▪ bite okvideo: Voiling s orH MiDDDDppi [ s? bornado sirQ
    Fight P rone Pamage
  ▪ EoTrce okvideo: CvUthinh2D
  ▪ bype okvideo: }ternet video
  ▪ Y here doeDthe content appear'
    bhe content appearDin the targeted video krom 0:07:02 to
    0:06:00 : httpD//RRRyoTlTSe.com/Ratch'
    voF7PJ =8K2=no' tq302
  ▪ }t appearDin yoTr DoTrce video krom 0:00:3X to 0:02:10 :
    httpD//RRRyoTlTSe.com/Ratch' voCvUthinh2D tq3X

◦ KVF okallegedly inkringing video to Se removed:
  httpD//RRRyoTlTSe.com/Ratch' voUEqQqiSvKg
◦ PeDriSe the RorHallegedly inkringed: My company, organiQation or
  clientD/video
  ▪ bite okvideo: s Tl evolTlion okiSeaTliRl tornado near Y ray, CJ
    on May X, 2016
  ▪ EoTrce okvideo: icX5j iQJyl &
  ▪ bype okvideo: }ternet video
  ▪ Y here doeDthe content appear'
    bhe content appearDin the targeted video krom 0:07:72 to
    0:06:77 : httpD//RRRyoTlTSe.com/Ratch'
    voUEqxQqiSvKc' tq2j 2
  ▪ }t appearDin yoTr DoTrce video krom 0:02:70 to 0:03:77 :
    httpD//RRRyoTlTSe.com/Ratch' voicX5j iQJyl &' tq160

- CoTntry Rhere copyright applieD KE
- }Date KQPl ( V 5[ Q4 Fbi J s 5[ VZKVl that:
  ◦ ] am the oRner, or an agent aTthoriQed to act on Sehalkokthe oRner
    okan exclTDive right that iDallegedly inkinged.
  ◦ ] have a good laith Seliekthat the TDe okthe material in the manner
    complained okiDnot aTthoriQed Sy the copyright oRner, iIDagent, or
    the laR, and
  ◦ bhlDnotikication iDaccTrate.
  ◦ ] acHoRledge that Tnder Eection 712llzokthe PMC4 any perDDn
    Rho HnoRingly materially miDepreDentDthat material or activity iD
    inkinging may Se DTS ect to liaSility kor damageD.
  ◦ ] TnderDtand that aSTDe okthiDtool Rill reDTlt in termination okmy
    I oTbTSe channel.
- 4 TlhoriQed EignatTre: Michael Clement

- bhe I oTbTSe beam

Aelp Center : I mail I otionD

I oTreceived thiDemail to provide information and TpdateDaroTrid yoTr I oTbTSe channel or accoTrit.

 YouTube

- 2021 Woogle FFC dlSla I oTbTSe I 01 Cherry 4 ve, Ean ®Tno, C4 I 2066

J n Qov X, 2023 copyright@viralirm.com Rrote:

9ideo JPD F?PJ =8Kz=no, DEpQciSyKc:

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:05:9P VM
**To:** Diral Rs M <viraldrm@wiplaF.com>
**Subject:** [ F d: IZH3APB3[ A2VSZ6EB9P-W6s J[ SJ OQbKSٍ e Copyright Complaint YKٍ miwion

ய்யய்யய்[ orF-arded mewege ய்யய்ய
[ rom: **YouTube Copyright** <yoKKٍ_serliwpKfewf09b-ciP_v1nd0P2@google.com>
Rate: MonN8 ov 13٣ 0٢ 023 at 222 VM
YKٍ ject: IZH3APB3[ A2VSZ6EB9P-W6s J[ SJ OQbKSٍ e Copyright Complaint YKٍ miwion
So: <copyright@viraldrm.com>



+i Copyright ManagementN

Shanb yoK-or yoKٍ rewponwe. q e4e revieF ed it and provided Kpdatewٍ eloF.

She content liwted ] eloF hawٍ een removed.

Dideowin xKeviton:

httpw//F-FF yoKtKٍ e.comٍ Fatchkٍ vf M 7_cVR٢ OxoB

httpw//F-FF yoKtKٍ e.comٍ Fatchkٍ vf =VB_3Iٍ k2MiM0

**Request resolved**

q e Kٍ we a comٍ ination o-aٍ Komated ٍ ywtemwand hKٍ nan revieF-wto
procewwremoval rexKٍ ewtw.

QxKٍ may tabe ] acb yoKٍ claim o-copyright in-ingement at any time i-yoKٍ change
yoKٍ mind.

uShe QxKSٍ e Seam

+ere iwthe in-omation yoKٍ -illed in:

Copyright ( Fner 8ame )Company 8ame i-applica[ lez Diral Rs M
QaKٍ [ Kٍl Zٍegal 8ame )UliawavٍN ٍ we- ٍ ramevor inilalwnot acceptedz Michael
Clement

CRKr SiIte or '?oj  Vowton Jq hat IwyoKr akRonrty to mabe thwcompIanrikz

Rigtial is ightwManager

Uddrew

210 Dea=ay Rrive

ChIldervJ KrgNuZ 35099

AY

Awemame: Copyright Management

J mail Uddrew copyright@vratdfm.com

Vhone: 256ù26FùPP9P

As Z o- allegedly inrınging video to J e removed:

https://FFF_yoKfKl e.com/F atchk vf M7_cVR2KqB

Rewcrlj e the Forb allegedly in-ringed: My companyAbrgani=ation or clientw video

○ SIIe o- video: An-ortKKately locbing the lava in Fith a gate doeswt Forb either. More increclj Ie video -rom today.

○ YoKrce o- video: https://FFF-aceJ oob.com/F atchk
 ref-weaırch&vf 637773&P6993266&e' ternal_log_idf 0a6-9796ù6203u
 97a6u_20Pu 7c60el11 17c&xf lava%20gate

○ Sype o- video: Cliternet video

○ q here doewthe content appeark

She content appeawin the targeted video -rom 0:06:23 to 0:0627 :
 https://FFF_yoKfKl e.com/F atchk vf M7_cVR2KqB&tf 373

Cappearwin yoKr woKrce video: https://FFF-aceJ oob.com/F atchk
 ref-weaırch&vf 637773&P6993266&e' ternal_log_idf 0a6-9796ù6203u
 97a6u_20Pu 7c60el11 17c&xf lava%20gate

As Z o- allegedly inrınging video to J e removed:

https://FFF_yoKfKl e.com/F atchk vf =VB_3Kù2MM0

Rewcrlj e the Forb allegedly in-ringed: My companyAbrgani=ation or clientw video

○ SIIe o- video: +Krricane Mıchael Category 5 eyeFall uVanama CltyN [ lorida

○ YoKrce o- video: J _ ( 0H7( v( UA

○ Sype o- video: Cliternet video

○ q here doewthe content appeark

She content appeawin the targeted video -rom 0:05:00 to 0:051, :
 https://FFF_yoKfKl e.com/F atchk vf =VB_3Kù2MM0&tf 300

Cappearwin yoKr woKrce video -rom 0:00:02 to 0:01:02 :
 https://FFF_yoKfKl e.com/Fatchk vf J _ ( 0H7( v( UA&tf 2

CoKfity Fhere copyright appliew AY

Ghate A8 RJ s VJ 8 U2SQ( [ VJ s ?As Otrat:

○ Qam the oFnerNbr an agent aktKbri=ed to act on ] ehal-o- the oFner o- an e' cIKive right that IwallegedIy in-ringed.

○ Qave a good -aith J eIie- that the Kwe o- the material in the manner complained o-iwnot akKbori=ed ] y the copyright oFnerNtwagentNbr the IaFl and

( n 8 ov 11 N 2023 copyright@xraldm.com Frote:

+ elloN

[ or thiWinb: Wandon Clement iwithe copyright oFrner uhttpw//FF_yoKKq.a.comF.atchkxf.M.7._c)/R.QxpB
[ or thiWinb: Raniel s o] inwon iwthe copyright oFrner uhttpw//FF_yoKKq.a.comF.atchkxf.=W8_3K/2MM0

Uttached are the agreementiwtating Fe are aKthori-ed to manage the rightw-or their videow

Sharib yoKN

( n SKeNB ov PN 2023 at 10:91 VM QxKSXq e Copyright <yoKKq.adiwpRewT09b-clP_V1ndlP@google.com> Frote:



+i Copyright ManagementN

Sharib yoK-or yoKr removal rexKewt, q_e've revieF ed yoKr rexKewt and need
wome more in-ormation -rom yoK] e-ore Fe can proceed. Vleave read the entire
email care-Kly -or a complete Kpdate o-each video'wwtatKw

8 eed more ino Uction needed

@ order to remove the content in xKewtionN Fe mKd con-irm that yoKare the
copyright oFner or the copyright oFner'waKthori-ed repreventative. GyoKare
acting awan aKthori-ed repreventativeNpleave let KwbnoF-_[ or each As ZN
pleave identi-y the copyright oFrner yoKare repreventing.

QxKmay)abe ] acb yoKr claim o-copyright in-ringement at any time i-yoKchange
yoKr mind.

uSHe QxKSXq e Seam

+ere iwthe in-ormation yoK-illied in:

- Copyright ( Frner 8 ame )Company 8 ame i-applica] lez Dirai Rs M
- QxK [ Kl Zegal 8 ame ) JliawewNwemamevor initialwrot acceptedz
  Michael Clement
- QxKr Slie or ?o] Vowition )q hat iwyoKr aKthonity to make thiwcomplaintkz
  Rigital sightwManager
- Uddreww
  ○ 210 Dearay Rrive

· 2021 ©oogle ZZC d/) /a QxKSXq eN 01 Cherry UveNTan WKnoNCU . 9066

UKthori-ed YignatKre: Michael Clement

+ elp Center ; J mail (_plonw

QxKreceived thivemail to provide in-ormation and Kpdatewaro-Kd yoKr
QxKSXq e channel or accoKKt.



○ Shiwnol-i-cation iwaccKrate.

○ QxbnoF-ledge that Knder Yection 512)z)o-the RMCU any pervon Fro
   bnoFingly materially miwpreventwhat material or activity iwin-ringing
   may j e wKj ject to lia] lity -or damagew

○ QKdemand that a] Kwe o-thiwtool Fill rewKt in termination o-my QxKSXq e
   channel.

- ○ Childen√ KgNUZ 35099
- ○ AY
- • Awsername: Copyright Management
- • J mail Uddrew: copyright@viraldrm.com
- • Vhone: 256₡6ßAP₡9P

- • As Z o- allegedly in-ringing video to J e removed:
  httzw//FFF yoℵtKℙ e.comℙFatchᴋvf M⁷_Z_cVℝᴈwゐB
- • Reworℐ e the Forth allegedly in-ringed: My company⋀ℙorganⅰ=ation or clientw video
  - ○ Stle o- video: An∘rℳℱxately locking the lava in Filth a gate doewⁿt
    Forb either. More incred�] e video -rom today.
  - ○ Yoℵrce o- video: httzw//FFF -aceᴊ_oob.comℙFatchᴋ
    reℱ wearchᴋvf 637773⧸ℙ6993266ℓe¹ternaℐ_loq_ⅰdf 0æ6-9796u
    6203⋅97ⁿa6u_20Pﹺ_7ⅽ60eⅈⅈ]117c&xℱlaval%20gate
  - ○ Sype o- video: ℚIℓernet video
  - ○ q here doewⁿthe content appearℐ
  - ○ Ъhe content appearwin the targeted video -rom 0:06:23 to 0:06:27 :
    httzw//FFF yoℵtKℙ e.comℙFatchᴋvf M⁷_Z_cVℝᴈwゐB&tℱ 3Т3
    ℚappearwin yoℵℵ woℵrce video: httzw//FFF -aceᴊ_oob.comℙFatchᴋ
    reℱ wearchᴋvf 637773⧸ℙ6993266ℓe¹ternaℐ_loq_ⅰdf 0æ6-9796u
    6203⋅97ⁿa6u_20Pﹺ_7ⅽ60eⅈⅈ]117c&xℱlaval%20gate

- • As Z o- allegedly in-ringing video to J e removed:
  httzw//FFF yoℵtKℙ e.comℙFatchᴋvf =VℬⅠ 3Kℵ2MMℚ
- • Reworℐ e the Forth allegedly in-ringed: My company⋀ℙorganⅰ=ation or clientw video
  - ○ Stle o- video: + Krⅰcane Michael Category 5 eyeℱ all uVanama CityN
    Lℱlorida
  - ○ Yoℵrce o- video: J_ℐ_0H7ℤ_wℱ UA
  - ○ Sype o- video: ℚIℓernet video
  - ○ q here doewⁿthe content appearℐ
  - ○ Ъhe content appearwin the targeted video -rom 0:05:00 to 0:05:1 , :
    httzw//FFF yoℵtKℙ e.comℙFatchᴋvf =VℬⅠ 3Kℵ2MMℚ&tℱ 300
    ℚappearwin yoℵℵ woℵrce video -rom 0:00:02 to 0:01:02 :
    httzw//FFF yoℵtKℙ e.comℙFatchᴋvf J_ℐ_0H7ℤ_wℱ UA&tℱ 2

- • CoℵKitry Fhere copyright appliℐw AY
  - ○ Ψⅈate A8RJ s VℐⅇUZℚℚℐ(ⅠVJ s 7As Qhat:
    - ∎ ℚam the o- henℕℵr an agent aℵthorⅰ=ed to act on] ehaⅈ-o- the o-ℱner
      o- an e¹ cⅼKive right that wⅼaℐegedⅼy in-ringed.
    - ∎ ℚ⍺ave a good -aith] elⅰe– that the Kwe o- the material in the manner
      complained o- iwnot aℵthorⅰ=ed ] y the copyright o-Fℱenℕℵwagentℕ∘r
      the ⅼaℱℐ and
    - ∎ Ъhwroℐⅰ-ication iwaccoℵℵxate.
    - ∎ ℚⅽbno⍵Fledge that Kⁿder⁹ection 512]=o- the RMCU my perwon
      Fho ⅼbno⌐ℱingℐy materⅰaℐly miwrepreventwthat material or activⅰty iw
      in-ringing may] e wℵℐ ject to liaℐ ⅼility -or damagew
    - ∎ ℚKⅾⅈerwtand that a] Kwe o- thwtool Fiⅼℐ rewℵℐt in termⅰnation o- my
      QℵKℙℐ e channeⅈ.
  - • UℵKhorⅰ=ed Ψⅰgnatℵ℟e: Michael Clement

+elp Center ℤ J mail ℐ ptⅈonw

QℵKℙ receⅈved thⅈwemail to provide ino-rmation and Kpdatewaro⌐Kⁿd yoℵℵ
QℵKℙℐ e channeⅈ or accoℵℵxt.

 YouTube

· 2021 ©Google ZZC dl] Ia QnbS९ eN 01 Cherry UveNan WKronCU _ 9066



**YouTube**

## Copyright Infringement Notification Confirmation

Sharb yoK-or yoKr vK] miwon. ६KwKfeder revieF to enwKfe it iwvald and indKdewal rexfiected elementw q e Fll reply to thiwemail Fhen FeKe taben action on yoK rexKeiwL QnKcan alwo checb on the waitKvo–yoK tabedoF n rexKeiwl in the 's emoval rexKeiwW la]. Fhich iw-oKfd in the Copyright wection o-yoK channel.

+ere iwthe in-omation yoK-illed in:

- Copyright ( Fner 8ame )Company 8ame i- applica] lez Dirai Rs M
- QnKr [ Kl Zegal 8ame )UliawewNKwername wor initialwnot acceptedz
  Michael Clement
- QnKr Slile or ?o] Vowition ]q hal iwyoK arKhority to mabe thiwcomplaintkz
  Rigital s ightwManager
- Uddreww
  ∘ 210 Dea=ey Rnive
  ∘ ChildenJ KgNUZ 35099
  ∘ AY
- Awername: Copyright Management
- J mail Uddreww copyright@uraldm.com
- Vhone: 256Q26bP9P

- As Z o- allegedly in-ringing video to ] e removed:
  httpw//FFF_yoKfKJ e.com/Fatchkvf M 7_cVR7woB
- Rewori] e the F orb allegedly in-ringed: My companyNrgani=ation or clientw
  video
  ∘ Slile o- video: An-ortKnately locKhing the lava in Filh a gate doewn't
    F orb either. More incredi]] e video-rom today.
  ∘ YoKfce o- video: httpw//FFF-acel_oob.com/Fatchk
    ref wearchkvf 6377736P69932668e ternal_log_idf 0a6-9796u
    6203a87a6u_20Pu_7c60e] 1117c&xf lava%20gate
  ∘ Sype o- video: Qlernel video
  ∘ q here doewthe content appeark
    She content appearwin the targeted video-rom 0:06:23 to 0:06:27 :
    httpw//FFF_yoKfKJ e.com/Fatchkvf M 7_cVR7woB&tf 373
  ∘ Qappearwin yoKr voKfce video: httpw//FFF-acel_oob.com/Fatchk
    ref wearchkvf 6377736P69932668e ternal_log_idf 0a6-9796u
    6203a87a6u_20Pu_7c60e] 1117c&xf lava%20gate

- As Z o- allegedly in-ringing video to ] e removed:
  httpw//FFF_yoKfKJ e.com/Fatchkvf =VB_3Kq2MM0
- Rewori] e the F orb allegedly in-ringed: My companyNrgani=ation or clientw
  video
  ∘ Slile o- video: + Knicane Michael Category 5 eyeF all uV anama ClityN
    J orida
  ∘ YoKfce o- video: _J_( 0H7( vf UA
  ∘ Sype o- video: Qlernel video
  ∘ q here doewthe content appeark
    She content appearwin the targeted video-rom 0:05:00 to 0:05:1 , :
    httpw//FFF_yoKfKJ e.com/Fatchkvf =VB_3Kq2MM0&tf 300

( n 8ov PN2023 QnKS९ e Copyright

&appearvin yoVÆ voVrce video -rom 0:00:02 to 0:01:02 :
httpw/FFF_yoVKq e.comFFaichkvf_J_( OH7/_vf_UA&tf_2

- CoVKity Fhere copyright appliew AY
- Glate A8R Js V J8 UZSQt [ _V J.s ?As Qthat:
  ○ Qam the oFnerVør an agent aKthoriwed to act on ] ehal-o- the oFner o- an e' dKiVe right that iwallegedly in-ringed.
  ○ Qave a good -ailth ] elie- that the Kve o- the material in the manner complained o- iwnot aKthoriwed ] y the copyright oFnerNtwagentVør the laFl and
  ○ Shiwnoli-cation iwaccKrate.
  ○ QicbnoFl edge that Knder Yection 512)-zo- the RMCU any pervon Fho bnoFingly materially miwrepreventwwhat material or activity iw in-ringing may ] e wKJ ject to lia] ility-or damagew
  ○ QKderwand that a] Kve o- thiwtool Fill rewKlt in termination o- my QoVKSQj e channel.
- UKthoriwed VignatKre: Michael Clement

uShe QoVKSQj e Seam

+elp Center : J mail ( ptionw

QoVKreceived thiwemail to provide inrormation and Kpdatewaroriærd yoVÆ QoVKSQj e channel or accoVKt.

[▶] YouTube

- 2021 @oogle ZZC d/] /a QoVKSQj eN 01 Cherry UveNr'an WKronNCU_9066

( n 8 ov PN2023 copyright@viralrm.com Frote:

Dldeo Gxw M' 7, cVR?xvpBN4VB_3K2MM0

**From:** Copyright Management <copyright@vichading.com>
**Sent:** 11/16/2023 10:52:25 9M
**To:** PiraVDRM <siraWrm@dripVv.com>
**Subject:** Fvw [Xl WU GWZG79WEI PCW?QZG9X3R?Y] ouTube Copyright Complaint Submidion

--------- Forv awewmeddage ---------
From: **Copyright Management** <copyright@vichading.com>
Date: Thurj os 16=2023 at 10:7E9M
Subject: Fvw [Xl WU GWZG79WEI PCW?QZG9X3R?Y] ouTube Copyright Complaint Submidion
To: <siraWrm@dripVv.com>

--------- Forv awewmeddage ---------
From: **YouTube Copyright** <youtube-widputed41c3apmdo10uh0E@googVe.com>
Date: Thurj os 16=2023 at 11:5_9M
Subject: [Xl WU GWZG79WEI PCW?QZG9X3R?Y] ouTube Copyright Complaint Submidion
To: <copyright@vichading.com>



Ai H GChading+

Thank you for your removaxVe`uedt. He ope resiew ewit awv prosiew upvated beVv.

**Request resolved**

The content VbtewbeVv had been removesw.

Piweod in`uedtion:

httodt//v.vv_youtube.com/vatch?s=8KQZFn60kWg

httodt//v.vv_youtube.com/vatch?s=8ᵈᵘkvuL0wg

He ude a combination of automatewdydtemd anw human resiev,d to proceddi removaxVe`uedtd.

Jou may take back your cvdim of copyright infringement at any time if you change your minw.

- The J ouTube Team

Aere id the information you fl¥ewin:

Copyright Qv ner J ame )Company J ame if app¥cab¥: H I C|\€rding
J our Ful¥egal¥ ame jz ¥ac#ed+uckemamed or inlia¥ not accepeJew¥ MicheaV
Cl¥ment
J our Ti¥€ or Ubb 9odtion JH hat id your authority to make thid comp¥int?¥:
Qv ner
z wwedt:
1315 Carro¥Dr
Terry•MS 3  1E
ZS
Zdername: H G|\€rding
Kma¥2 wwedt: copyright@v.l.cl¥erding.com
9hone: )j60\1L260-31E

ZRX of a¥¥gev¥ infinging siweo to be remosew.
httpd//v.v.v. youtube.com/v atch?s=8KCZFn60kWg
Decribe the v ork a¥¥gev¥ infringew My company•organi¥ ation or c¥ient¥
siweo

  ○  Ti¥€ of siweo: Xa 9a¥ria Po¥ano eruption indane wrone siweo of ¥ésa
      fountain ¥¥t huge adh c¥¥uw7k
  ○  Source of siweo: tX¯ GM¯ r5M¥H ]
  ○  Type of siweo: Jt¥emet siweo
  ○  H here wwoed the content appear?
      The content appeardn the targetew siweo from 0:01:3( to 0:01:71 :
      httpd//v.v.v. youtube.com/v atch?s=8KCZFn60kWpxt=_(
      J appeardn your dource siweo from 0:00:71 to 0:00:7E:
      httpd//v.v.v. youtube.com/v atch?s=tX¯ GM¯ r5M¥H ] x t=71

ZRX of a¥¥gev¥ infinging siweo to be remosew.
httpd//v.v.v. youtube.com/v atch?s=8¥¥I kv uL0xg
Decribe the v ork a¥¥gev¥ infringew My company•organi¥ ation or c¥ient¥
siweo

  ○  Ti¥€ of siweo: J¥dane siweo: Tomawo hitd v inwfarm- Capturewby wrone in
      7k
  ○  Source of siweo: -j ] O3H__¯¥g
  ○  Type of siweo: Jt¥emet siweo
  ○  H here wwoed the content appear?
      The content appeardn the targetew siweo from 0:01:03 to 0:01:0( :
      httpd//v.v.v. youtube.com/v atch?s=8¥¥I kv uL0xgx t=63
      J appeardn your dource siweo from 0:00:0( to 0:00:15 :
      httpd//v.v.v. youtube.com/v atch?s=-j ] O3H__¯¥gx t=L

Country¥ here copyright app¥¥edt: ZS
Jdtate Z) DKR 9Kj z X¥¯ QF 9 KRU¥ZR¥  that:

Qn j os 15•2023 ] ouTube Copyright

- ○ Jam the ov ner•or an agent authori' ew to act on behal Ⅴ of the ov ner of an el cⅤdsie right that id a Ⅵegew Ⅴ infringew.
- ○ Jhase a goovⅤ faith be Ⅵef that the use of the materiaⅤ in the manner complⅤine ov id not authori' ew by the copyright ov ner•itd agent•or the Ⅶv; anw
- ○ Thid notification id accurate.
- ○ Jacknov Ⅵdge that unwer Section 512Ⅱ Lof the DMCz any perdon v ho knov ing Ⅵ materia Ⅵ midrepredendt that materia Ⅴ or actidiⅥ id infringing may be dubⅥ ct to ⅥabiliⅥ for wamaged.
- ○ Junwerdtanw that abude of thid too W iⅥⅤedu Ⅵ in termination of my ] ouTube channeⅤ

z uthori' ew Signature: Michae Ⅴ C Ⅴ ement

Aely Center • Kmai Ⅴ Qptiond

] ou receidew thid emaiⅥo prodiwe information anwupdated aroun•your ] ouTube channe Ⅴ or account.

▶ YouTube

© 2021 Ⅵbog Ⅵ XXC w b/a ] ouTube+ 01 Cherry z se•San Bruno•Cz  7066

---

▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your dubmiddion. J id unwer resiev to endure it id saⅤe anw incⅥ wed aⅥe Ⅵ uirew eⅥ mentd. H e v i Ⅵ rep Ⅵ to thid emaiⅥ v hen v e ege taken action on your re' uedt. ] ou can a Ⅵ o check on the dtatud of your takew ov n re' uedt in the Removas Vei _uedt•dⅥ ab v hich id fourw in the Copyright decition of your channeⅤ

Aere id the information you fiⅥ Ⅵ in:

- Copyright Qv ner j ame Ⅵ Company Ⅴ ame if appⅥ Ⅵ ab Ⅵ: H I Chading
- ] our Full Ⅵ egaⅥ ame Ⅵ Ⅵ dded•unwemamed or initia Ⅵ not acceptew Ⅴ Michae Ⅴ C Ⅴ ement
- ] our Tit Ⅵ e or Ubb 9 odition Ⅵ H het id your authority to make thid compⅥ int?Ⅴ Qv ner
- z wwredt:
  - ○ 1315 Carro Ⅵ Dr
  - ○ Terry•MS 3  1ED
  - ○ ZS
- Z®ename: H GChading
- Kmai Ⅵ z wwredt: copyright@v i chading.com
- 9 hone: j6011L260-31ED
- ZFX of a Ⅵ egew Ⅵ infringing siw eo to be removew: httpd://v v v .youtube.com/v atch?s=8KQZFn60kⅥg
- Dedcribe the v ork a Ⅵ egew Ⅵ infringew. My company•organi' ation or cⅥ ent•Ⅵ

siweo
- ○ Source of siweo: tX' GM' r5MH ]
- ○ Type of siweo: Jtemet siweo
- ○ H here woed the content appear?
- The content appeard in be targetew siweo from 0:013( to 0:01:71 :
  httpd//v v v youtube.com/v atch?s=8KCZFn60WWpx t= (
- J appeard in your dource siweo from 0:00:71 to 0:00:7E :
  httpd//v v v_youtube.com/v atch?s=X GM' r5MH ] x t=71

- ZRX of aWegewW infriging siweo to be remosew.
  httpd//v v v_youtube.com/v atch?s=8Wk( kv u( 0xg
- Dedcribe the v ork aWegewW infringew. My company+organi' ation or cWent&

siweo
- ○ Source of siweo: -j ] O3H__Vg
- ○ Type of siweo: Jtemet siweo
- ○ H here woed the content appear?
- The content appeard in be targetew siweo from 0:01:03 to 0:01:0( :
  httpd//v v v_youtube.com/v atch?s=8Bj( kv u( 0wgx t=63
- J appeard in your dource siweo from 0:00:0( to 0:00:15 :
  httpd//v v v_youtube.com/v atch?s=-j ] O3H__Vgx t=(

- Country v here copyright appWet: ZS
- Jdate Zj DKR 9 K( z XT] Qi' 9 KRUZ[R] that:
  - ○ Jam the ov ner+or an agent authori' ew to act on behaWof the ov ner
    of an eJcdlusive right that is aWegewW infringew.
  - ○ Jhase a good faith beWief that the use of the materiaWin the manner
    compWineov id not authori' ew by the copyright ov ner+itd agent+or
    the Wv ;anw
  - ○ Thid notification id accurate.
  - ○ Jacknov Wewge that unver Section 512)f(,of the DMCz any perdon
    v ho knov ingW materiaWW midrepredendt that materiaWor actisity id
    infriging may be dubJ¢ect to Wabi¢Wy for wamaged.
    - Junverdtanw that abude of thid tooWi WWewuWin termination of my
      ] ouTube channeW
- z uthori' ewSignature: MichaeVCWement

- The ] ouTube Team

Ae¥ Center • KmaiWQplionq

] ou receisewthid emaiWto prosiwe information anwupwated arounvyour
] ouTube channeWor account.

▶ YouTube

© 2021 Wboog¥ XXC wb¥a ] ouTube+ 01 Cheny z se+San Bruno+Cz _ 7066

Qhj os 15=2023 copyright@v I chadlng.com v rote:

Piweo Jd: 8KOZFn60kWg+8Wi( kv u( 0wg

**From:** Copyright Management <copyright@vΙchading.com>
**Sent:** 11/16/2023 10:59:5P VM
**To:** DiraΡs wM <FiraΡrm@dripiΡv.com>
**Subject:** Xv[ : IW G꜕ EG2E5VG9J DCG5OZEV꜕8w5Y] ouTube Copyright ComplΡint Submiddion

------- Xorvarf eΙ meddage -------
Xrom: **YouTube Copyright** <youtube-Ι idputed+1c3apmdo10uRΡ09@googIΡ.com>
s ate: Thuⅎ ⅎoF 16ⅎ 2023 at 1N4 VM
SubΡct: IW G꜕ EG2E5VG9J DCG5OZEV꜕8w5Y] ouTube Copyright ComplΡint Submiddion
To: <copyright@vΙchading.com>



Hi k EChadingⅎ

Thanⅎ you ꜗor your remoFaRequedtⅎ k eꜛe reFievΡeⅎ it anⅎ proFΡeⅎ upⅼated
beꜛΡv.

---

**Request resolved**

The content RΡteⅼ beꜛΡv had been remoFΡⅼ.

DΙⅎ eod in question:

httpd:ΙΙvⅎv_youtube.comΙvⅎatchEFBKQⅎ ZXn60ⅎGg

httpd:ΙΙvⅎv_youtube.comΙvⅎatchEFBK9ΡPΙvuPDⅎLg

k e ude a combination oꜛ automateⅼ dydtemd anⅎ human reFievⅎd to
procedd remoFaiRequedtd.

---

Ϳou mayⅎtaⅎ e bacⅼ  your cΙΙim oꜗ copyright inꜛringement at any time iꜛ you change
your minⅎⅎ .

- The Ϳ ouTube Team

Here id the inꜛormation you ꜗ iΙΡⅎ inⅎ

Copyright Qvⅼnerⅎ amePⅎCompanyⅎ ameiꜛ applRRcabΙⅼiLⅎ  k ΙChading
Ϳour XullRⅼegaR  ame iⅎz RΡdeⅼ  udernamed or iniliaR not accepteⅼ[Lⅎ MichaeRⅎ

Cl[ment

] our Tit[e or Ubb Voxition ]k hat id your authority to maf e thid compl[aint=L

Qv ner

z[ [ redt

131 N Carroll R[ r

Terry[ MS 34190

ZS

Zdername: k EChading

Omai R[ [ redt: copyright@v[ chading.com

Vhone: j6011,260-3190

ZwWo´ aR[ge[ R[in´inging F[[ eo to be remoF[ :

http:// v v v .youtube.com/v atch=RRKQ_ZXn60f_Gg

s edcribe the v orf aR[ge[ R[in´inge[ ; My company[ organi´ ation or cRenta[ F[[ eo

○ Tit[R o´ F[[ eo: We VaiRia DoxiGano eruption inclane [ rone F[[ eo o´ iRF a
´ ountain At huge adh cRu[ 5f

○ Source o´ F[[ eo: tWtEMqnNMk ]

○ Type o´ F[[ eo: 7Remet F[[ eo

○ k here [ oed the content appear=

The content appeard in the targe[e[, F[[ eo ´rom 0:01:3P to 0:01:51 :
http:// v v v .youtube.com/v atch=RRKQ_ZXn60f_Gqx i84P
Z appeard in your dource F[[ eo ´rom 0:00:51 to 0:00:59 :
http:// v v v .youtube.com/v atch=RRWtMEMqnNMk_] x t851

ZwWo´ aR[ge[ R[in´inging F[[ eo to be remoF[ :

http:// v v v .youtube.com/v atch=RRK4iPt vuPQ g

s edcribe the v orf aR[ge[ R[in´inge[ ; My company[ organi´ ation or cRenta[
F[[ eo

○ Tit[R o´ F[[ eo: 7xdane F[[ eo: Toma[ o hitd v in[ ´arm- Capture[ by [ rone in
5f

○ Source o´ F[[ eo: -, ] ( 3k ___Rg

○ Type o´ F[[ eo: 7Remet F[[ eo

○ k here [ oed the content appear=

The content appeard in the targe[e[, F[[ eo ´rom 0:01:03 to 0:01:0P :
http:// v v v .youtube.com/v atch=RRK4iPt vuPQ gx t8G3
Z appeard in your dource F[[ eo ´rom 0:00:0P to 0:00:1N:
http:// v v v .youtube.com/v atch=RR-_] [ 3k___Rqx i8P

Country v here copyright appR ect ZS

7date Z_ , s Ov VO, z VT] QX VOwLZw] that:

○ 7am the ov ner[ or an agent authori´ e[ to act on behaRo´ the ov ner o´ an
el cRaciRe right that id aR[ge[ R[in´inge[ .

○ 7heRe a goo[ ´aith beR[e´ that the ude o´ the materiaRin the manner
compRaine[ o´ id not authori´ e[ by the copyright ov ner[ itd agent[ or the
Rav ; an[

○ 7hid noti[ication id accurate.

○ 7ad nov R[[ ge that un[ er Section N t2] Lo´ the s MCz any perdon v ho



# Copyright Infringement Notification Confirmation

Thank you 'or your dubmiddion. T id ur[ er reſiev to endure it id FaſR  an[
inᴿRⁿ[ aſRequire[ . ᴿ[Rment∅  k  e v iſRopⁿ to thid emaiR⸝ hen ve ſiⁿ taſ en
action on your requedt. ] ou can aRᴬo cheᴿ on the datud o' your taſ e[ ovin
requedt in the ᴬemoⁿFaſRequestᴿᴿhab vhich id 'our[ ' in the Copyright deciion o'
your channeᴿ

Here id the in'ormation you 'iᴿ[  in:

- Copyright Qvner . ame ] Company . ame i' appᴿRcabᴿⱢ: k l Chading
- ] our XuᴿRⱯgaR ame ]z Radedj udeⁿamed or iniⁿaᴿⱢ not accepteᴿ[ : k l
  Michael ᴿᴿRⁿment
- ] our TiⁿRⱢ or Lbb Vodition ]k ⁿhat id your authority to maſ e thid compᴿRiⁿt=L:
  Qv ner
- z [ [redt:
  - 131 N CarroᴿⱢⱼ r
  - ⁿ Terryj MS 34190
  - ⁿ ZS
- ⁿᴿⱮername: k  E Chading
- OmaiᴿⱢ ] [ redt: copyright@v l chading.com
- Vhone: ]601l 260-3190

- Zv vRo' aiⱤRⱮgeᴿ [ᴿ in'ringing Fᴿ[ eo to be remoᴿFeᴿ[ : :
  httpdⁿ/v v v _youtube.comⁿv aitch=FBKⱯ⸝ _ZXⁿ60T Gg
- s edcribe the v orf aiⱤRⱮgeᴿ [ᴿ in'ringeᴿ[ : My companyⱼ organiⁿation or cᴿRentᴿᴿ
  Fᴿ[ eo
  - ⁿ Source o' Fᴿ[ eo: tWEMᴿqrNᴿⱮk ]
  - ⁿ Typo o' Fᴿ[ eo: ZⁿiⁿernetFᴿ[ eo
  - ⁿ k here [ oed the content appearⁿ
    The content appeared in the targeteᴿ[ Fᴿ[ eo 'rom 0:01:3P to 0:01:51 : :
    httpdⁿ/v v v _youtube.comⁿv aitch=FBKⱯ⸝ _ZXⁿ60TGgx i84P
    Zappeared in your douce Fᴿ[ eo 'rom 0:00:51 to 0:00:59 :
    httpdⁿ/v v v _youtube.comⁿv aitch=FBtWEMᴿqrNᴿk ] x i851



© 2021 GoogᴿⱢ ᴸᴸC [ b/a ] ouTubej 401 Cherry z Feⱼ San Brunoⱼ Cz 45066

HeᴿⱤ Center • OmaiⱤ Qptiond

] ou receiſeⱤ[ thid emaiᴿⱮ proſᴿ[ e in'ormation an[  up[ ated arounⱟ[  your
] ouTube channeᴿⱮor account.

z uthoⁿ 'eⱤ  Signature: MichaeᴿᴿᴿRⁿment

- ⁿ Zunⱟ[ erdtan[  that abude o' thid tooⱤ ſ iⱤReduᴿᴿ⸝ in termination o' my ] ouTube
  channeⱤ
  maybe dubⱼᴬct to ᴿiabiᴿⱤy ſor [ amaged.

'f novingᴿⱤ materiaᴿᴿᴿ mid repredentd that materiaᴿⱯor actfty id in'ringing

- ZvW'o aⱤegeⱤ in'ringing Ⱥ[ eo to be remoƤeⱤ :
  httpd//v v v _youtube.com/v atch=BIK9IPⱤ v uPQⱤg
- s eɔcribe the v orⱤ aⱤRegeⱤ in'ringeⱤ : My companɥ organi'ation or cⱤRentⱥ Ⱥ[ eo
  - Source o' Ⱥ[ eo: - , | ( 3k __Ⱥg
  - Type o' Ⱥ[ eo: Ⱥnternet Ⱥ[ eo
  - k here [ oeⱤ the content appearᵉ=
    The content appeared in the targeteⱤ Ⱥ[ eo 'rom 0:01:03 to 0:01:0P :
    httpd//v v v _youtube.com/v atch=BIK9IPⱤ v uPQⱤ gx 863
    Ⱥappeared in your ɔource Ⱥ[ eo 'rom 0:00:0P to 0:00:1N :
    httpd//v v v _youtube.com/v atch=FⱤ-_ | ( 3k __Ⱥgx18P

- Countrɥ v here copɥright appⱤeⱤ: ZS
- 7Ɽate Z, s Ow VO, z WⱤ QX VOwⱤZwⱤ that:
  - 7am the ov nerⱼ or an agent author'[ to act on behaⱤRo' the ov ner o' an eⱤclⱤuⱤive right that id alⱤegeⱤ in'ringeⱤ .
  - 7haⱤe a gooⱤ [ aith beliⱤ' that the uⱤe o' the materiaⱤin the manner complaineⱤ o' id not author'[ by the copɥright ov nerⱼ itd agentⱼ or the Ɽⱥv ; anⱤ
  - 7hid notification id accurate.
  - 7acⱤnov Ⱥ[ ge that unⱤ[ er Section Nt2) Lo' the s MCz anɥ perⱤon v ho I nov ingⱤ[ materialⱤ[ midrepreⱤentⱤ that materiaⱤor acti'itɥ id in'ringing maɥ be ɔuⱤⱼect to Ⱥia6iⱤitɥ 'or [ amageⱤ.
  - 7urt[ erⱤan[ [ hat abuⱤe o' thid toolⱤ[ imⱤReⱤuⱤt in termination o' mɥ ] ouTube channeⱤ
- z uthori'eⱤ  Signature: MichaeⱤ ClⱤment

- The ] ouTube Team

HeⱤⱤ_Center • OmaiⱤ (OptionaⱤ)

] ou receiⱤeⱤ thid emaiⱤⱤo proⱤiⱤ[ e in'ormation anⱤ [ upⱤ[ ated arounⱤ[ your
] ouTube channeⱤ or account.

▶ YouTube

© 2021 GoogⱤ WⱤC | Ⱥⱥ/a | ouTubeⱼ 401 Cherrɥ z Ⱥⱥ San Brunoⱼ Cz 45066

Qn, o'1Ⱥ 2023 copyright@v l chading.com v rote:

DȺ[ eo ß d' KQ, ZXn60' Cgj KⱥIPⱤ v uPQⱤg

**From:** Co p yl ghth gfAlty enchep@ex twh. gnp- . > h1w/ m- 6
**Sent:** 22l23 0 5. Fy25V DfRvynp
**To:** dwayF[ p /@ewait p> x . awta4/ m- 6
**Subject:** G4 1YXE L Zd B. SvTWlC3: l o[ d n[ RL L ] YI mfEMuhp mrcow +gh m- <tawgo Ml> w. uni

ffffffffyQ nw4 aeh1 y> h.. a- hyfffffff
Gem- **YouTube Copyright@** @nfMfuhf1w<M> 851cci 5fQu7_55vx. - rm th/ m- 6
Fagh yo MvAnsy23 y 5. Fygav yiHp
oMuh gfXE L Zd B. SvTWlC3: l o[ d n[ RL L ] YI mfEMuhp mrcow +gh m- <tawgo Ml> w. uni
Bm@ex twh. gnp- _> h1w/ m- 6



I yOahyo gnp- . yp h1ua

B ai kyonMymqomtAgh> msalyh7Mh. gJE h shyhsau4 h1 yagai 1 ycmswh h1yM 1agh.
uh1m4 /

---

**Request resolved**

B hy m ghi glawgh1 yuh1m4 yra. yuhhi yd> msh1/

d vhm yw yTMh. gni V

+gh- VM 4 4/cmfMAuhr_ m- 0 ag +?=OH- 3mmc- 5

---

E hyMhygv m> uwagem yrmpMm> adh1 y c gh> _ yai 1 yrhf- au yhsau4 . ygm
<m h.. yh> msalyh7Mh. g/

---

] nMp acgaikhyua kyonhAy taw yrny mrcow +gaww- n> hi grgai cgn> hywon1My +ai - h
cmfAp> v1/

fyB+hyj mfEMuhyBna>

---

I hd ywygh1yw qm> agm yomfMyh1 yuiV

b mrcow +gl. 4 h9Aa> hyD m> <ai cyAa> hywgar<twauth1yyOahyo gnp- e yp h1ua
] mMyGMfuQh- atyAa> hyhHua. h.. yMh a a> h. ymywqaa1. y mga. h <gh1y]yb w-aht
b h1> hi g
] mMyBagh yrnyMuhy1m ygan yjE +agav yomfMgrMymagaygnp> akhygrwy m> <tawg?yV
: . . . /

L 4 i ne

H1 i åh .. V

.: 25ytha.ihoJ Fæh

b +v/l he uÅe  yHOJPÆII

y    To

T. hå a> hĿÚahyg gmP~  yþ h1 ûa

O> aÿÿHt1 åh.. vÿvx. ĿÅh gmP~ > h1ĿÚaj mP~

n +m hÿÿ: R3 Jy 3v/f v/ l v    y

T[ Oÿÿgath~ h1 tÿÿÚÿÿÚ~ ÿÿ~ yÿÿ4 hngÿÿÚ hyÿh> mÅn1V

*gr_ VÅ4.4 /oÿÅÅÅÅh/ m> Cÿ a.g +?>=OH: 3ÿÿac: 5

F h. awhÿÿhÿÿÚ mÅÿÿattÿÿ~ h1 tÿÿÚÿÿÿÿÚ~ h1 ÿÿþo cy mP~ <ai c yrñe ai Ãagani yñy tÅai gÿ swÅhm

○ BÅÿÿhÿÿngÿÿÚ hnÿÿg/2f2Lf .: y. e +aefÿÿy aek~yÅ] fL e +aefÿÿy aek> aJhyÿÿgP~ ac+h>

○ o nÅÿÿ hÿÿngÿÿÚ hmÅÿÿQS v<+j kerp

○ Bc<hyÿÿgÿÿÚ h1tÿÿÿÿj gÿÿ§ hgÿÿÚ4/hm

○ E +hÅy/rÅh.. yÿÿHy m gÅi gÿÿ<<haÿÿÿÿ§y

BÅhy m gÅi gÿÿ<<haÿÿ yÿÿgÿÿÿÿhÿÿgÿÿ hgÅ1 yÿÿsÿÿWÅhnÿÿÿÿP~ yÿÿÚÿÿ: VÅFÿÿgÿÿÿÿÚÿÿ. Ŀo v/Ÿ

*gr_ VÅ4.4 /oÿÅÅÅÅh/ m> Cÿ a.g +?>=OH: 3ÿÿac: 5z gr2: Py

gÿÿ<<haÿÿ yÿÿ yÿÿmÅÿÿÿÿy nÅÿÿ hysÿÿÿÿhnÿÿÿÿP~ yÿÿÿÿÚ2V v gÿÿÿÿÚÿÿ52ÿÿVÅ y/

*gr_ VÅ4.4 /oÿÅÅÅÅh/ m> Cÿ a.g +?>=OS v<+j kerp z gÿÿ25v

b mÅÿÿ gÿÿÚ4 +hÿÿhy mccÿÿÿÿ~ +gÿÿ~<ÿÿÚÿÿ. ÿÿÿÿ~ ÿÿÿÿo

ry gÿÿÿÿÚ3ÿÿÿÿ~ f AF Oj yñ OAHC3 j. Gñ Cj V/f[ ] yÿÿagÿÿ/

○ qÿÿ~> yÿÿÿÿÿÿyÿÿÿÿnÅ i hÿÿyÿÿÿÿþÿÿai yÿÿ~ hi gÿÿÅ Å mÿÿÿÿÿÿÚ h1 yÿÿÿÿþÿÿ  gmñ yÿÿh+aÿÿyñngÿÿÿÿÿÿhyÿÿÿÿn4 i hÿÿyÿÿÿÿþ ai

h1 nÅ wÅÿÿÿÿyÿÿÿÿw~gÿÿ§ agÿÿwy ÿÿÿÿÿÿÿÿÿÿth~ h1 tÿÿÚÿÿÿÿÿÿÿÿ~ h1 /

○ nÿÿrÿÿÿÿsÅhÿÿyÿÿÿÿ m mÿÿÿÿ yÿÿÿÿ yÿÿÿÿÿÿÿÿhÅÿÿÿÿÿÿÅgÿÿaÿÿÿÿgÿÿÿÿrÿÿÿÿ hyÿÿÅÿÿ M hyÿÿÿÿ gÿÿ~ hyÿÿ~ agÅnÿÿaÿÿÿÿyÿÿÿÿ~ gÿÿÿÿhyÿÿÿÿÿÿP~ agÅnÿÿaÿÿÿÿ yÿÿ gÅ hyÿÿP~ aÿÿÿÿ i he

mP~ <Ãaÿÿh1 yÿÿÿÿÿÿgÿÿ~ y/ mgÿÿÅÿÿ mÿÿÿÿÿÿ mÿÿÿÿÅ mÿÿÿÿÿÿÿÿh1 yÿÿ yÿÿÿÿÿÿghÿÿyÿÿ mccÿÿÿÿ~ +gÿÿÿÿ4 i hÿÿÿÿ§ yÿÿ~ hi gÿÿyÿÿÿÿÅ ÿÿh

tÿÿ4 ÿÿÿÿÿÿ§i 1

○ B+v/j mgÿÿ~ agÿÿÿÿ yÿÿ yÿÿÿÿÿÿ9    Mÿÿÿÿgÿÿ/

○ ÿÿÿÿa ki mÅ ÿÿ1~ hyÿÿaÿÿÚ M f hÿÿÿÿÿÿÿÿÿÿh. gÿÿÿÿÚ yÿÿÚ2: (ÿÿ§yÿÿÿÿÿÿghÿÿyÿÿ F þ bÅ+ÿÿÿÿai cÿÿÅ+he m y4 +m

ki mÅÿÿ~ tÿÿÿÿÚÿÿ~ agÿÿÿÿÿÿaÿÿÿÿÿÿ~tÿÿÿÿ~ v/Å+<Åh. hi gÿÿÿÿgÿÿÿÿ~ agÅÿÿaÿÿ§ Ŀnÿÿ§a gÿÿÿÿÿÿÿÿ~ÿÿÿÿÿÿ~ÿÿÿÿÿÿÿÿ~ ~ÿÿ~ÿÿ~ÿÿ~ w~

> aÿÿÚÅhy Mÿÿÿÿh  gÿÿ~ÿÿ~Å a wÅÿÿÿÿ~ gÿÿÿÿÿÿÿÿ~ yÿÿ~ > a~ h. /

○ ÿÿÿÿM f1 he gÿÿÅ 1 gÿÿÿÿÿÿaÿÿÿÿÿÿÅ M f hyÿÿÿÿÿÿÿÿÿÿÚ~ w~ yÿÿÿÿÿÿ§ mÅÿÿÿÿÿÿÿÿh. Mÿÿ§ a yÿÿ§ h> wÿÿaÿÿÿÿ~ yÿÿÿÿÅ~ o j mÅÿÿÿÿÿÿÚh

+ai i hÿÿ/

HÅÿÿgÿÿÿÿÚÿÿÅh1 j o wi aÿÿÿÿÿÿ§ hÿÿyÿÿþ w+ahÿÿyÿÿþ fñ~ hi g    y

y  i hÿÿ<jþ hi gÿÿÚÿÿyÿÿÿÿO> aÅvÿÿÅ~ ÿÿÿÿÿÿgÿÿÅ .    y

y    y

y  j mÅÿÿÿÿjñ hÿÿÿÿÅ1 gÿÿÿÿyÿÿþ> aÿÿÚÿÿÚ gÿÿÿÿÿÿÿÿÿÿmÿÿÿÿÿÿÿÿhÿÿÿÿjÅwÿÿÿÿÿÿ~ agÿÿñ yÿÿÅi 1 jÿÿÚÿÿ1ÿÿÚÿÿÅÿÿÿÿ. yÿÿÿÿÿÿÿÿtÅÅ M 1 yÿÿÿÿmÅÿÿ    y

y  j mÅ Åÿÿh1 y +ai i hÿÿyÿÿÿÿÚa   nÅ Å g

y    ▶ YouTube

y    y

y    y

y  y 5. 2 gÿÿÿÿnÿÿÿÿm hÿÿyÿÿ COÿÿy/ ÿÿÿÿÿÿÿÿÚaj mÅÿÿÿÿÅÿÿh yÿÿÚ52 jÿÿÚ +hÿÿÿÿÿÿÿÿyÿÿÅÿÿÿÿsÅÿÿÿÿn yÿÿai yñÅÅÅ mÿÿþ HÿÿU 533    y

L j ÿÿ ÿÿ mÿÿÿÿg2Ry 5: P3j mÅÿÿÅÅÅh/ yÿÿþ mccÿÿ ÿÿ~ +g



# Copyright Infringement Notification Confirmation

B<ai kҳ΄ni΄΄mΤΜ΄ Μι> w. wri /yɡ΄vΜ΄ 1hͷɡͷsΜ4.ɡͷhi . Μɳɡ΅wͷysͷΤ΄ͷ΄i 1
w ΅Μh. yͷΤ΄Ζ7ΤΜΜh΄1΄΄h>hi g ΅/ͷΕ hɣ4 ΅kͷh<Τͷɡͷɡ΄wͷy΅> a΄wΜ +hi ͷ4 h΄h΄yɡΜhi
a ɡͷ΄ yͷΤΜͷɡͷh7Μh. gΜ m΅ ai yͷ ΄ ΅my ΄΄h kͷ΄΄ ͷΤhy gΜΜ΄ yͷΜΤΜͷΜ΄΄ɡΜΜh1ͷͷi
΄h7Μh. gͷ΄ɡͷhͷ΄΄ΰΤ>΄ϋΜΡΜh7Μh. gΤ΄ͷΜΤ΄΅Τ΄wͷywҳΤΜΜ 1yͷΰͷhyΰ΄ mͷΰw΄΄ͷ΄g΄h gͷ΄ yͷɳ
ͷmΜΰy ΄΄ai i hΤ΄/

l h΄hywΰΰͷhywi΄ͷɡΤΰ΄ agͷ΄i yͷΤΤΜͷΰΜͷɡͷh1ͷͷi΄V

- b.mͷͷw΄΄gΜ.4.1hɡΜ΅a> hyΰ΄ ͷΤ<ai cϥΜa> hͷΰ΄a<ΤͷwͷauΤh)yΰͷΰΤ΄hyͷɡΤΡ΄ e
  p.h1΄΄a
  - ] ͷΜΜΰΤΜΰΟ΄> ΅aͷΜΰa> hΰΰΤΜΰΰ΄a. h. ΄Μhͷ΄i΄ a> h. yͷΰΜΰ΄ɡΰΰΰΤΤ΄ yΤ ͷɡΤ΄i   h<ɡΤ1jͷV
  p.w΄΄hΰΤb΄ th> hi g
  - ] mΜΜΰΰΜΰΰynΰΰΜhΰyn m΄ɡΰΰΰi ͷΰ΄Ε +ͷɡͷΰΰͷΤΜΰΰΜΰΤ΄Μΰ΄ɡΰΜΤͷͷΰɡΰΰͷΰΤ΄ akΤhɡΰΰwy mΤ΄ <Τͷ΄΄ɡ΅΄)V
  L.4i.h΄
- H11΄h.. V
  - ∘ : 25yΰΜh΄a.΄hΰͷΡΰ΄΄΄΄h
  - ∘ b΄ ΄Μhͷ΄uΜΰ΄ ΰΰHΟΡΡΡΰ΅i l
  - ∘ To
  - T. h΄΄i a΄> h΄ΰͷΟΜΰ΄hyͷɡͷͷ΄ . yͷ h1΄΄a
  - Ο΄> a΄΄΄΄H11΄h.. Vͷͷx. ΄ͷ΄h.ɡͷ΄> _h1΄΄΄΄i.΄ mΤ΄_
  - n΄mi hΤΰΤ΄: Ρΰΰ΄΄ 3vΤΰvvΤ΄ v

- T[ Οϥͷ΄΄gΰΤh΄ h1΄ΰΰͷΰΜ΄΄΄ w΄΄yΰΰΜΰΜhΤΰΰΰΤɡΰΰΰΤͷΰΰΰ> mͷ΄h1V
  ΄gΤ΄.ΜΜΤ΄4.4.ΰͷΤΜΰΜΜΰΰΰhΰ΄ mΤ΄ΰΰ4.ag +7͵<ΟΤΰ΄. 3΄mΜΰ΄: 5
- F΄h.. ͷ΄ͷhɡΤΰΰΰΤ΄΄ mΜΰͷΰΤΤΤ΄ h1΄ͷͷΰΜΰϥΰ΄ h1ΰΤΰ΄ cy mΤΰΰ<ai c yΤ΄ ai ΄Τ΄gΜΰ΄ yΜΰΰ΄ΰΰΜΤ΄΄ gΜ   y
  sΰ΄hΰΰm
  - ∘ ͷͷΜΜΰ΄ hyΰΰɡͷͷΤ΄ΰΰΰͷΰΰΤΟΟΡΟS vΰc+] kͷͷΰ΄΄p
  - ∘ E<hͷΰΜͷ΄΄mΤ΄ɡΜ΄ g΄΄ai hɡͷ΄΄h΄΄΄m
  - ∘ E΄+h΄h΄y΄Τ΄ hͷ΄΄ͷΰΰΰΰ΅y mΤ΄ g΄h΄΄ gͷ΄<h΄aΰΰΤ΅y
  Bͷh΄y΄m΄ g΄hΰΰg΄΄<h΄a΄΄ yΰΰΰg΄hΰΰΤgΤ΄gͷ΄ h΄΄΄1yͷͷΰΰΤͷ΄ɡΰΰm΄> yΟΰΰ΄΄. ΜΡΟΤΰɡͷ΄ΰΰΰΟΰ΄6΄΄. ΰΰΰyͷV
  ΄gΤ΄.ΜΜΤ΄4.4.ΰͷΤΜΰΜΜΰΰΰhΰ΄ mΤ΄΄΄ 4.ag +7͵<ΟΤ΄΄. 3΄mΜΰ΄: 5ΰΰΰgΤ΄: ΡΰΤy
  gͷ΄<h΄a΄΄ ΰΰΰyͷΰΰΜΜΰΰ΄ mΤΜΰ΄ hͷΰΰΰΤΰΰɡΰΰΰΤ΄΄ yΟΰΰΰ΄͵Ο2ΰΰΰΤɡΰΰΰΟͷ6΄΄2ΰΰΰΟΤΰΡΰ΄ yΤ΄΄
  ΄gΤ΄.ΜΜΤ΄4.4.ΰͷΤΜΰΜΜΰΰΰhΰ΄ mΤ΄ΰΰ4.ag +7͵<ΟΤΰͷΰΰ΄S vΰc+] kͷͷ΄΄p z ɡΤ΄25v

- b mΜΰΰΰg΄΄4.+h΄hΰΰy mͷΰΰͷw΄΄g΄΄΄<ΤͷΰΰΰΤ΄΄. ΰΰΰΤΰΰΟo
- ΄y g΄΄ΰΰhɡΤΰΰΟΑΟFΟ[΄ y΄ΟΑΟHΟCΟ8΄΄] yΜ΄ Ο΄΄n.ΟΡ[ ΅ΤΤΤΰΰΰΟ] ΅y΄΄agΰΰΰy΄
  - ∘ ΄ΰΰ΄΄> g΄΄΄hͷy΄Τ΄ i h΄΄y΄ΰΰΜɡΰΰΰΤ΄΄ ya΄΄ hi g΄΄Μ΄΄ΰΰΜΰΰΤΤΜΰΰ΄ h1΄ɡͷ΄΄a gΤ΄ΰΰΰ yΤ΄ ͷΰΤΤ+΄ͷΰΤ΄aΤΰΰΟ΄΄gͷ΄΄΄mΤ΄΄ hΤΰΰΰΤΰΰΰΤͷΰΰ΄΄ hΤΰΰΰΤ΄΄ he
    m΄΄΄Τi yΤΰΰ ]ΰΰΜΰΜΰΤͷΰΰΰΤ΄΄ ΰΰΰΤΤΰΰΰΰΜhΰΰͷΰΰ΄Τ΄΄. yΜ ΄΄ΰΜΰΰ΄΄Τ΄ ]΄Τ΄. ΟΤ΄΄΄΄΄ ΄΄ai i he
    m΄΄΄Τ<Τΰΰΰΰi΄΄ 1yΰΜ΄΄΄y mͷΰΤΤΤͷΰ΄ΟΰΰΰΜΰΜΰΰ΄Τ΄ 1yΰΰ΄ɡΤh΄y mͷΰΰw΄΄΄ɡΜΰΰΜΜ΄΄i hΤΰΰΰΤ΄ ya΄΄ hi g΄΄΄yΤΤ΄
    g΄h΄y΄΄a4.Θgi i 1
    - ∘ Bͷwΰ΄y mͷͷͷΰΰͷa΄gͷΰΤΤ΄ yͷΰΰ΄a   ΜΰΰΰΤɡ΄΄/
    ΄ya΄ ΄΄i mΤΰΰΰΤΰΰf΄1΄΄- hΤɡΰΰΰΤaΘΜ΄ 1hͷ΄ɡͷΰΰͷΰΰ΄ h΄΄ gΤ΄ ΰΰΰyΟΟ2΄: (ΟΰΰͷΰΰΰΤΤΰΰΟΤΰΰΟΡ΄΄΄pΰΰΰΤ b΄Hΰΰΰɡΰΰai cΰΰΰyΰΰΰΰΤ΄΄΄΄mΰΰΰ΄
    4΄mͷΰΰΰΤΤΰΜΰΰi w΄΄-΄΄w΄΄΄<ΟΤΤΤΰΰΰΤͷΰΰΰΤΤΰΰΰΤ΄΄ w΄΄h΄΄<h. hi ΰΰΰΤg΄ΰΰΰg΄ͷΰΰΰΰΤΤ΄΄΄ agΟΟͷͷ΄aΤΤ΄ΤΰΰΰΤ΄gΰΰΰͷΰΰ΄΄ gͷΰΰΰwΰΰΰwΰΰΰΤ΄΄
    w΄Τ΄΄- w΄΄-΄y΄΄> a΄cΟΤΤhΰΰΰΤΰ΄ ΜΟΜΰΰ΄.h΄ gͷΰΰΰm΄a΄΄΄΄ΤΰΰΰΰΰΤy΄Τ΄΄/΄a> a-΄h΄/
    ΰΰΰ΄4΄΄ 1hͷ΄ gΜΰΰΰΤ 1΄΄ygΰΰΰΤΤɡΟΰ΄ΤͷΰΰΰΤΰΰΰΤΰΰΰΰΰΰ΄ΜͷΰΰΤΟɡͷ΄΄wΰΰΤΤΰΰ΄΄ΰΰ΄ m΄΄ɡΟΰΰΟΟ. ΜΟΜΰΰΰ΄gͷΰΰΰ΄΄> w΄΄΄agͷ΄΄i y΄΄nΡ΄΄- c
    ] mΜΜΜΰΜΰΤΤΤΰΰy ΄΄ai i hΤ΄/
  - ∘ HΜΜΰΜΰΜΰh΄1΄΄ y΄΄ wΤΰΰΰagΜΰΰΰΤ΄hΤΰΰ w΄΄΄΄hͷΰΰ΄ th> hi g

fΟΑΡ΄΄h΄j mΜΜΜΰ΄΄΄hyΰΰΰaΰΰ΄a>
y΄ y
y΄ y   l_h1΄΄΄ΰΤΰΰΰΰΰΤΰΰΟhΰ΄ gΤΰΰ΄΄yΟΟ΄> a΄΄΄΄Τ΄_<Τ΄΄ɡΤ΄Τ.._



**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:03:33 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [M5FU2M7EMND7B5QTBN7NX4SICQ] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 4:36 PM
Subject: Fwd: [M5FU2M7EMND7B5QTBN7NX4SICQ] YouTube Copyright Complaint Submission
To: brenda@wxchasing.com <brenda@wxchasing.com>, copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+16zk0j65lm6ea07@google.com>
Date: Tue, Nov 14, 2023 at 11:46 AM
Subject: [M5FU2M7EMND7B5QTBN7NX4SICQ] YouTube Copyright Complaint Submission
To: <stormhighway@gmail.com>



Hi Dan Robinson,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=1hvVYOm-v_Y

---

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
Address:
301 West Illinois Street Apt B
New Baden, IL 62265
US
Username: Dan Robinson
Email Address: stormhighway@gmail.com
Phone: 618-920-0811

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=1hvVYOm=v_Y
Describe the work allegedly infringed: My video
  ○ Title of video: Violent EF4 tornado crossing road at close range - Abilene, Kansas, May 25, 2016
  ○ Source of video: jf2eVEUVhSo
  ○ Type of video: Internet video
  ○ Where does the content appear?
The content appears in the targeted video from 0:01:58 to 0:01:59 :
https://www.youtube.com/watch?v=1hvVYOm=v_Y&t=118
It appears in your source video from 0:00:55 to 0:00:56 :
https://www.youtube.com/watch?v=jf2eVEUVhSo&t=55

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Daniel J. Robinson

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

On Nov 14, 2023 YouTube Copyright

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the 'Prevent copies' feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?): I am the photographer and rights holder
- Address:
  ○ 301 West Illinois Street Apt B
  ○ New Baden, IL 62265
  ○ US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=thVYOm=v_Y
- Describe the work allegedly infringed: My video
  ○ Source of video: jf2eVEUWNSo
  ○ Type of video: Internet video
  ○ Where does the content appear?
     The content appears in the targeted video from 0:01:58 to 0:01:59 : https://www.youtube.com/watch?v=thVYOm=v_Y&t=118
     It appears in your source video from 0:00:55 to 0:00:56 : https://www.youtube.com/watch?v=jf2eVEUWNSo&t=55

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- • Authorized Signature: Daniel J. Robinson

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 stormhighway@gmail.com wrote:

Video IDs: 1hvVYOm-v_Y

stormhighway.com - gisiritemet.net - icyroadsafety.com

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:27:55 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MBNXW733NUVZV5K4ULDT4GNNW4] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0gb22z64zqse07@google.com>
Date: Mon, Nov 13, 2023 at 3:31 AM
Subject: [MBNXW733NUVZV5K4ULDT4GNNW4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>

> YouTube

Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=16HcrxwyH80

https://www.youtube.com/watch?v=cJ-6cCpko4M

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=16HcrwvH80

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.

○ Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:02:12 to 0:02:36 :

https://www.youtube.com/watch?v=16HcrwvH80&t=132

It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=s-J-foCpko4M

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: The Most Insane Tornado Video Compilation of All Time (Drone & Ground Footage, Andover, KS)

○ Source of video: IKOSt6SAeuM

○ Type of video: Internet video

○ Where does the content appear?

The content appears in the targeted video from 0:00:00 to 0:00:24 :

https://www.youtube.com/watch?v=s-J-foCpko4M&t=0

It appears in your source video from 0:00:05 to 0:01:00 :

https://www.youtube.com/watch?v=IKOSt6SAeuM&t=5

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=16HcrxviH80
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=cJ-foCpko4M

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:42 PM YouTube Copyright <youtube-disputes+1qbz22y64zqse07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

**Need more info Action needed**

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive

○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing
  may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube
  channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- ○ Childersburg, AL 35044
- ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=16HcrwyH80
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - ○ Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:02:12 to 0:02:36 :
    https://www.youtube.com/watch?v=16HcrwyH80&t=132
    It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cJ-foCpko4M
- Describe the work allegedly infringed: My company, organization or client's video
  - ○ Title of video: The Most Insane Tornado Video Compilation of All Time (Drone & Ground Footage, Andover, KS)
  - ○ Source of video: IKDSt6SAeuM
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=cJ-foCpko4M&t=0
    It appears in your source video from 0:00:05 to 0:01:00 :
    https://www.youtube.com/watch?v=IKDSt6SAeuM&t=5

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

▶ YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=16HcxwyhN80
- Describe the work allegedly infringed: My company, organization or clients video
  ○ Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  ○ Source of video: https://web.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=18_rdr
  ○ Type of video: Internet video
  ○ Where does the content appear?
  The content appears in the targeted video from 0:02:12 to 0:02:36 :
  https://www.youtube.com/watch?v=16HcxwyhN80&t=132
  It appears in your source video: https://web.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=18_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cJ-foCpko4M
- Describe the work allegedly infringed: My company, organization or clients video
  ○ Title of video: The Most Insane Tornado Video Compilation of All Time (Drone & Ground Footage, Andover, KS)
  ○ Source of video: JKDSI6SAeuM
  ○ Type of video: Internet video
  ○ Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:24 :
  https://www.youtube.com/watch?v=cJ-foCpko4M&t=0

It appears in your source video from 0:00:05 to 0:01:00 :
https://www.youtube.com/watch?v=rKDSt6SAeuM&t=5

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 16HxcwyH80, cJ-foCpko4M

**From:** Co p yl gh th gAAyn enchegy@el tdh. gn⊵- > h1Vai/ n⊵ 6
**Sent:** 22030 5: 9y25PK3IPKynp
**To:** Rxeys wp @Xeati⊵ l . extaF/ n⊵ 6
**Subject:** [ F1PX 3| Vdp Gl w/ECQs : l WZYJ JuCTT[ b❖ nMJ M-hyGnrcoaj , gGn⊵ <tavi gp M> v . vni

XXXXXXXX n⊵Faeh1y> h. , aij XXXXXXXX
[ en⊵ PYouTube Copyright@cnMAh-hNu <tdh.42g a> xgF.._D.57l_i mn th/ n⊵ 6
s agh9k h1y mp2Vy 5: 9ygq7B3kp
oM-h . gPK 3| Vdp Gl w/ECQs : l WZYJ JuCTT[ b❖ nMJ M-hyGnrcoaj , gGn⊵ <tavi gp M> v . vni
] n⊵@l_tdh. gn⊵- > h1Vai/ n⊵ 6



EyⓌⓄxhygn⊵- yp h1VaH

], ai ' ycnMymycnMagh> mtatyh7/Mh. gjA h-thyhrohFh1ygai 1ycnnMh1yM-1agh.
+htnF/

**Request resolved**

], hy mghi gh< gh1y-htnFy a. y-hhi y 4-> mth1/

Rvhm yi y7/Mh. gni P

.gr..RⓅFF/cnMAh-hl n⊵-Faig_8d<oVⓄuEx-_( p D

.gr..RⓅFF/cnMAh-hl n⊵-Faig_8d<M'_)_uVJl 5

A hyM-hyay n⊵ +vi agni ynp-Mn⊵ agh1y c_dh>_yai 1y-M-ai yhrohF_ygn
<en h. , yh> mtatyh7/Mh. g/

-nMⓅ aoga[ hyra_' ycnMy/ax>ynny mrcoaj , gyi qe j h> hi grgagni cgr> hyyqcnMy, ai j h
cnMay> V 1/

Ṃ, hy rMJ M-hyJ ha>

Ehetw. g hyi qn⊵- agni ycnMygh1 yi P

Gnrcoaj , gⓄFi haj a> hyGn⊵ <ai cy cJ a> hyvga<<tv a+thzyⓄxhygn⊵- yp h1Va
- nMay MyⓄj agj a> hyb ka. h. hyM-hi a> h. ynw vgai. yi mga  h<gh1z+p v . aht


## Copyright Infringement Notification Confirmation

**From:** Co p yi gh t fr. gl4 hy i em< h< gp<@w l  1xzh. gn< > h 1 vai/ rr< 6
**Sent:** 2203:04: 7 g/2!4VEt2Q yp
**To:** Rx< t< ys wp /@<< at t(r< l . e< t< F/ rr< 6
**Subject:** [ F 1 Pj < s W USI 3 Um] T: BEZBYK t Hj  uUb - y WM M hy Jm< o< 8/kgJ/m< < <av go M> v . vni

############ m< F< <d h 1 y< h. . a9 h y ############
[ em > **You Tube** **Copyright** l< / m M< h< H9 v < < tdj .  4e . ch t< 871 N74 . l . 9 m6 9h / rr< 6
s a g h9 M j M< N< k< j x 304 4: 7 y< g<4473/Hb
o M< h . g9 v h9 j3 s W USI 3 Um] T: BEZBYK t Hj  uUb - y WM M hy Jm< o< 8/kgJ/m< < <av go M> v . vni
l m9 g< l  1xzh. gn< > h 1 vai/ rr< 6

] h tm A

' h q f y< h q h F h 1 y< k< v > a g< n g< i  1 y h M  1 y< agg< i  h y m< o< 8/kg< h 1 y F m< N yx M y h i g9 h 1 y/ rr< h . i qp/ h 1 > y< n g< < < h< a< y< i  y< h y< M h m< i y< ag< . i M< V j m< g< kv  y< h< a. m i A y F h y a i q<< em h . . y< m A< gh 1 X A h. g

f9 g< < < m< a< g h A< m< N > a< o y M > g< y  m< < <av  g< ri 9< a< el v i  9 y< g h9 a< el u 9 g h 9< a< el . 9 a< ty . M. A y   1 M V j  9 g< a 1 h > a< d y< a i  1 y 1 h 1 a> a g< n i  /

l m f h a< k y> m< t y< + r m h y  m< o< a8/kg< 9 m< ng y i  W M M hy h  u Jm< o< 8/kg< U h i  d r< i y9 / z< m< N< g< t< g h< y M< g< k v  y m< < <a8/kg< h 1 N g< k v v m< o< a8/kg< h> m< t< i y< h X A h. g y vg< t< t M A< cm< t< P a< cg< < <ha tg< k v y f h  v . vni  /

l m p< < <ha t y< t< h a. h y< h. < m   1 y< m< g< k v y> a< vj F g< k< gh 1 y9 mt r F i f 9 y< h r P

- W M M A A< h9 a ty a> h
- Ka> h y< r< g< h< y< h< e m i A y  rr< < <ai  O< f m< y r< t< 8< a i  'Q a g< r< i A< i    1 M V j  9 y< f M V i  h. . y h i  g< g< < g< < h A< cm< t< M< n< < <dn. hi  g< k/9 g< < < tv a + f< r< / V j  m< y i . g< i   h> V j< r< 9 c< r< M< k< n y< k v< y< h9 t< h 9 m< y< h< i n i  N  v  9 g< g< y< < em h . . y< m A< gh 1 X A h. g
- W M A< y   m M g< g< r< i 9< h. vf h i  . h
- s h g< < u. y< n y M< < < m< g< r< m< k< y  y< m< t< k< g< < < ha tv  y< g< h A< y< a i   1 y rr< < < f< n g< i /
- o g< t g< h< g< a< g< d< h y< r' 7 n y< r< y< m< t< k< y< s < < ha tv y< g< h A< y< a i  1 y rr< < < f< n g< i /
- H i y< a g< r  k > hi  g< r' t< y< s y M< < < m< g i  9 y< f m  M< h hi  g< g< r< n i  A y  M k y< a. . y< n y  m< o< a8/kg< h9< . g< a< g< n i  y h< g< 9< a g< n y< a8/y9/8 g< h 1 F m< t< N< v i  y< h r9 v g< h 1 f /

O h a< d y> m< t y< + r m h y< m< t A< g< h . m< t< M< n < < y< n< g< r< n . /

o v    h < h t< A
l khy W M M l M< h y . ha>

G i y< k< m< t< h> + h< g< t< D< N< 4: 7 y< < l . 1xzh. gn< > h 1 va/ . rr< > y F< m< t< j< P

] h tm A
] h< t< w  g< k h y/ ?n< > a g< n i  y< m< t A< g< h y h h 1 v g< /

- w h X< M< h< t< 1 P
  - ◦ ' ' . kag< v . y< g< h y< d g< h y< h9 g< n< t M< v  m< < <o< 8/kg< h 1 y F m< t< N< j  V j< 2 m t< k< i A< j F  m< t< k< y . W M  q< g< h 1 A< j9< d h y< o< y/ h.   e< < g< n i  y< ri9< g< h y  m i  g< h i  g i  y/ . y< g< h 1 y F m< t< N< V
    - 43$2 V/5 4: 7 j< p  m . y< n y  v . g< g< p . o v  5< g< < . 9< t i  X< < < ai  g< l  m< t< a 1 f< m< p< s . a> a 8< h
  - ◦ ' ' . k< a g< g< < < hy< r< t< 9/ m< < <o< 8/kg< h 1 y F . m< t< k< v . y< g< t< j
    - ▪ p  m< g< r< n i y r< v . g< k< h
- b i  m M< < < a 8< h 1 P
  - ◦ '' . kh i y F< a . x< g< a M< k< m< r< h 1 (
    - ▪ 43$2 V/5 4: 7
  - ◦ Y< o< y F< x< m< > j F< a . x< g< a M< k< m< r< h 1 (
    - ▪ O< t< h y< o g< n< e< . y< p  h 1 v< a
  - ◦ f9 < < m< g< n . y< n9< r< m< t< A< y F< m< t< k< y< s < < ha< g< v< i y< a. v . y< o< A< h m< n y F K< a g< p< a< t< h y< g< h 1 y < < h . v9< y< p< > h . g< n > < . y< J F< k v  k< g< k v . y m   M< (
    - ▪ 4 P< 3 n< A< D< g< n y F< 3 H< f< 3< y i . g< n< e< 8< h 9< t< 1 y< o< A< h m y< 4 R 2 P< 4 g< < m y< A< t< 4/ 7 E< t< D< y . g i  y< m< A< e . h y< A< h< f h< m

l k< a i  N< y< cn< M< A

Umhcoa8kgr, ai a9h> hi g ha>

Gi y  h1A9Kcmy2DA 4: 7yaguIf2.JjHp yWM M+hyJ.mrcoa8kg@gm8Ahh5lv.<9h...4e...ch8Z1N74.l_9mh8hl_m-6Yf-mghP



] yQdhyo.gmr- . yp h1‡eA

I kai Njcm‡‡negrtMagh. <m. h/

' hzßvgh> mth1y m> hyr9ßkhych1hm yj  yzm‡i9y mg9v agm i. jßj  nFhdh‡a9F hy hh1‡y m> h
> m‡yy 7m‡> agm i yßm> yzm‡A‡h7h‡h7F hy ai y<em hh1‡F igkyh> m‡l 9gdhyqh> avi v 9
d‡hm‡l iyh‡a. hy‡ha1ygk hyh i gh‡yh> a‡y aa‡h‡Ac9‡ne‡ay m> <t‡gh y A‡iaghyr9‡ha  k
d‡hm‡z.y gqdJ/

y

**Add video details**                                                    H_gri
                                                                         i hh1h1

y

WtMa9/h1i gi9r agm i yr9ßk‡h‡y <h. vßr y mrcoa8k igh1yF-m‡lyqgv. Mhy_yM_ tha‡‡yl m
v‡h i gi9Ogd‡h‡y <h. vßr y Fm‡l‡y‡tt‡9h1t‡cyf 7ai 9h1‡A‡ai . Fh‡ai 9y m> hyrngh‡tyr9ߋh
9‡ht‡nFi‡v 9yX‡Mh. gm i. yF-tt‡yrh‡y‡hi‡c‡A‡P

• wh9X‡M‡h1P
   ∘ ' kagv ygh‡vg‡dh‡yr9‡cm‡Ay mrcoa8k igh1yF-m‡tK y9zm‡tA‡yF-m‡ty.yM.ggh1‡A
     9‡dhy‡yl‡h.  o<gm‡y yr9ßk‡h‡y ni ghi g yv y‡gh‡yFm‡t‡V
   ∘ ' kaggv<hyn‡9y mrcoa8k igh1yF-m‡ty‡yg
• bi  n‡Ma‡9h1P
   ∘ ' khi y.F.a. yg‡l‡M‡‡mh1(
   ∘ Y o‡F‡km‡> ‡F.a. yg‡l‡M‡‡mh1(
   ∘ f9‡cmgn‡i. yr9‡cm‡tA‡F-m‡t‡ya<<‡iaaqi ygh‡v y‡dh‡h‡m9F‡kaga‡ehi‡gh
     . <h. vßr ygp> h. gp> <. y‡.‡F-kv K‡gk‡v ym_ 1‡e (

y

Rvf hm yj  yX‡Mh. gri P

kgs-_‡F‡F‡F‡cm‡l‡M+h/. m> l‡F‡ai K d_p 4u‡E‡V‡K1‡C_<4

☐ ‡Kvf hmyni ghai hgs‡A‡hm‡L

l  d‡hyr9‡rtM‡p‡M hm‡91‡43‡Z‡V5 4: 7y‡p m_ yrn‡v d9o o9‡p-9i v9r ai gi rn‡a a1m
s a> a9h

U‡ri ghi g‡hM 1y‡ P‡H‡P‡3‡R‡D‡gn‡yl‡P‡3‡F3

y

**Request resolved**

I khy ni ghi ghc gh1 y+htnF Jxa_ y+hhi yh> ntth1/

RvI hni yi jXMh. gni P

kgr; RFFF/cntMMhhi/ nr> iFaq k( d KE Ql Gefi GN

y

' hyM hyay nr> +4 agni ynMeMatn- agh1y c_dr>_yai 1ykMi- ai yhbhF_ygn
<am h._yh> ntatyhXMh. g /

y

WrMi> aegaMhy+a_Ncnt Mi ta> ynfi/ mcoaMkgy/ ai 9h> hi gagni ogg> hyMcntM kai 9h
cntMi> v 1/

Sj khyMtM Mhyi ha>

y
y
y

J hdny ghy/ ?ni> agni ycntMyfdh1 yi P

UmcoaBkigGFi hqKa> hyiUni> <ai oyKa> hyiai+<tv a+thiiDdhyo gni>_yi h1va
WrMi/ Mi-Di9aiyKa> hyi+ha. h. AyMi hi a> h. yrni vgai. yi nga  h<gi1Mi> v kaht
Uth> hi g
WrMi/ vi tvraynni ynii gni yi  kagyi ycntMiaiMisi nirgiygni> ahtvgk v yi nr> <tavi gi IP
GFi he
H11di.. P
: 24yiRnaOhcyi adn
UkctIhe +Mei/AHOJfD4.&&
x.o
x. hai a> hiRDdhyoigni>. yi h1va
b> aviyH11dh.. Ri<I_tvdh.gni>_> h1yai/ nr>
nkni hi9 DS 3  5  &

xi vOyni9atn9h1tcyi 2ai 9i 9ydMi nnggyi+yai> ntth1P
kgr; RFFF/cntMMhhi/ nr> iFaq k( d p 4uB/XK1C <4
s h. ei+hyghyF ntMyatIn9h1tcyi 2ai 9h1fiPo yi nr> <ai cAyntai Qagni yrni thi gi
dvi hm

- I ghyiaMvi hmi9n3StVS 4: 7iyp m_ynni gfyi o i5yoi 9i ai gi mi ai nyai a> a9h
- onMei hyni9dMi hmgBXNf Qp o i Wkr
- I c<hyni9dMi hmr i9i ghei hgdMi hmm
- ' khehyi hmi_yghy ni ghi gni> <hae i y
- I khy ni ghi gni> <hae i yi ghi vgaBhi9h1yiMi hmyi ni nr> yiP 3ARDgrgyiP 3iF7ai P

Gi yXmÿ2Dÿ 4: 7 yWM MhyJJmtcea8kg



] yぷdhyo gnæ- . yo h1ぷA

I kai NgnfsゃfnegrzMメyh> mtatyjnXMh. gjy  hizhydnchiFh11シmM&pfぷXMh. gni 1y hh1
.m² h> nriyy²?nfi> aghh> yznMメh?hfnyF hy ai yesm hh1/ynha. hy²a1ygfhyhi gfh
h> aiy aefiM&zyfnfay m² <fhgiyM^1afhyr£yfia kyぷd/hnrz y g£g叫/

H11yぷd/hmf/hgnt, H gni ý hh1h1

ý

WnMmyf/hi g²-agni ynfgkhy <h  vfi y mcoafikgh1ぷF mfyfagy. ,Mメy µM  thaefj myfhi gfc
gfhy <h  vfi yhF nfMメtfh1hi1 tcyu  ?ai 9h1fyai . Fhai 9y m² hynmfytynfifhy²fhtnfi ý 9
XMh. gni . yfnfⅠyhyktc²hhhF

- whXMfn1P
  ○  kagy ygfhygfhyfnfyznMメy mcoafikgh1yFmfiN yfgznM&Fmfpy yM ggfh1A
    9zhyayfh. aegni ynfigkhy mi gfi g yi g²hiy²fmfN
  ○  kagy²<nyrfiy mcoaikgh 1yF mfpy yq
- bi  mtafi9h1P
  ○  khi yFa ygeiM&mfh1{
    °  YぷfFkm² yFa ygeiM&mfh1{
  ○  fysmgni yfygznM&fmfNye<<haegy gfiv yd/hmfF kageafhygfhy <h  vfi
    g²² h, g²-< yw yFkv kygkv yn  Mfi {

ý

RVfhm yi yぷXMh gni P

kggr . FFFF/cmM&h/ m² ぷFag k( d. p.4uBXM1C _ <4

□ RVfhnryri gfiei hg²Ml/hnL

I qfyyfgznM&pM/hnfN43£V5 4. 7y p. m. yn m² gfp oyぷo\&i vfi ai gl gl m²a1mes a> a9h

Uni ghi gfnM 1yi PiHP.3ⅠfDygniꙮP.3fF3

ý

xi 1 hg²fchfF

' hy hh1y² mfhyg² hygnyfnchfF ygfhyi ?nfi> agni yznMメcmfh/h1yfnfgfh/yfhnm² L
+hhfrF/i  h2y9hg²ra Ngmznfyfn  hyFhzfhy m² <fgfi1yrfM&fnhfF/

RVfhm yi yぷXMh gni P

kggr . FFFF/cmM&h/ m² ぷFag k( d. KEC9l Ge4l GN

□ RVfhnryri gfiei hg²Ml/hnL

I qfyyfgznM&pM/hnfN4V5 . 5 4. 7yぷh1aeg, tai 1メメCmgtyぷUaemi aぷ£l em<v aぷo gmæ-
G<khaぷÝo gnæ- yo.M&jh)£l F-o£.

Uni ghi gfnM 1yi PiHR4l7,/ygnyfR4R3

ý

VMM&² aco²alNyra ,NgnMメy, taぷ> ynfiy mcoafikgi ²ai 9h> hi gagni ogꙮ² hyfgznM kai 9h
cmfM&>v 1f/

5jl kfyWM M hnyj ha>

The content on this page is illegible and appears to be corrupted or rendered in an unreadable font.

Gi yX mtyj2&y 4: 7yWtM MÞhyJ mrcoa8kg

- I kv y ngv/ agni y ya   Maig/
  ○ ŋa N rF ih19hŋga9M 1heŋo h  ŋni yß: =Þygáhŋs p UHŋai cyche mi
    Fkŋ N rFi 9tcy> agheatcy> v ei<eh. hi g yŋasp˜ agheatyma˜ gn4gw
    v 2ai 9v 9y> acvhŋy Mh  ggŋpai˜veg9heŋi a> a9h. /
    ŋM 1he gii 1yŋasp<M hyn9ŋv yŋm y`oŋh. Mgy yŋe˜ v agni ynŋ>˜ c
    WtM Mhy kai i hi'
  ● HMŋeroŋh1yo8i agMhŋp v kahŋJ Ih> hi g

y
y
y                    1 htsyUhi gŋeyýp> aoyG=ŋni .
y
y    WtMh hvdh1yŋkv y> avŋgnv˜emt4/hyj ?nÞ agni yai 1yM˜1agh. yiemM1ycnMe
y    WtM Mhy kai i hyŋŋe   nM g
y     YouTube
y
y    ©y 4: 2yž mÞh'ŋcOUyL9+9ayWtM MÞhy4/2yJUkheŋoHdhiŋai ĭ/4M mMÜ'HW&433

## Copyright Infringement Notification Confirmation

I kai NycmMyŋrcrtMy M> v. vni /ygv M 1heŋohoh'F gŋphi . Mehygy ytaMyai 1
vi tMh. yatyŋ2XMh1Uyht> hi g /ý hyF vÞŋh<tcgŋŋkv y> avyFkhi ý Fhdhýa Nhi
a gni yn ycmMýeh'XMh. gyWtMy ai yai. my kh  Nyn yŋhiy geŋM yn9ŋmMŋgaN1 nrFi
dhXMh. gv yŋhiyŋeh> matyŋoXMh. g zŋai>˜Fkv kyw yŋtM 1yvi yŋh'yUmrcoa8kg'h  gni yn?
cnMey kai i hi'

] hdiyv yŋhiyi ?nÞ agni ycmM9ŋth1yw P

  ○ Umrcoa8kg GFi hŋqKa> hyvUm˜ <ai cyKĭa> hyŋ9v<<tv a+tUŋiQchyg gŋeÞ˜
    p hi va
  ○ WtMý Mh/D19aýKa> hyrHta. h. /Mi hia> h. ynŋw ygat. ý mga   h˜gh1iP
    p v kahŋJ Ih> hi g
  ○ WtMý gŋivŋnum˜ynm gni yž  kagv ycmMŋgaNgŋmagŋgnŋp˜aNhŋqkv
    nÞ <tav g UŋGFi he
  ○ H11oh... P
    ▪ : 24yRhaQhcyŋ eh
    ▪ Ukd'Ihe +Méý4yHOyŋ Dtĭ&&
    ▪ x o
  ○ x . hei a> hŋQchyo gnÞ˜ yp h1va
  ○ b> ayŋH11eh.  RyeĭL˜kch gnÞ˜ > h1vai/ nÞ
  ○ nkm hiŋ D3S 3 5   &

  ○ x w_Qyŋ9ni9h1tcyiÞai 9vi 9ym4/nmgnv˜hyeh> mth1P
    kgr. QRFFi/cnMaNhi/ nÞ ĭFaŋ kĭĝ d p 4ĭ4iX̌1C ˜<4
  ○ s h. eÞhygkhyF mÞkyatih9n1tcyiÞai 9h1iŋp cy nÞ˜ <ai cýneÞai iQagni yre
    khi gr yŋiM nm
    ▪ ornMe hyrŋykhmngDkNŋ Qp oWer
    ▪ I c9hyŋŋ9ýhnrŋ ghai hgkoŇhm
    ▪ I khtyni gŋhi gŋe<<haei yŋ ýghygeŋ8hgi1y̌dMhm y̌n Þ˜ yir-P3t3ǍDgn
      4P 3iF3ý9kgr. QRFFi/cnMaNhi/ nÞ ĭFaŋ kĭ

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 : 5²52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd5]Xl 6ⁱ₽ⁱ J G⁷ EQ Z¹Yⁱ₽ⁱV u TbS- J VE2⁺) V₀, N 4e Copyright Complaint T, 4mission

**FOR BRIEF OF EVIDENCE**

uCN̲ XED
https5]www.yo,̲ t̲ 4e.com/watchAvHbqQ,k̲ b4ⁿf
https5]www.yo,̲ t̲ 4e.com/watchAvHfS₉- E- _ wbF9

`......... Forwarded message .........`
From**YouTube Copyright** <yo,̲ t̲ 4e:disp̲ tesq2t²ajp8set86:0-̲ @google.com>
Date5O,edtKov 1YK2023 a t 12₃6₉PM
T, 4ect5]Xl 6ⁱ₽ⁱ J G⁷ EQ Z¹Yⁱ₽ⁱV u TbS- J VE2⁺) V₀, N 4e Copyright Complaint T, 4mission
No5<news@newsmedia.net̲ a̲ >
Cc5<copyright@viraldrm.com>



Zi̲ Xews Media Xetwor=K

Nxam= yo,̲ for yo,̲ r response. Q,e)xe reviewed it and provided̲ , pdates 4elow.

**Request resolved**

N̲e content listed 4elow has 4een removed.

Videos in 8,̲ estion5

https5]www.yo,̲ t̲ 4e.com/watchAvHfS₉- E- _ wbF9

Q,e̲ , se a com4ination of a,̲ tomated systems and h,̲ man reviews to
process removal re8,̲ ests.

V₀,̲ may la=a 4a₀= yo,̲ r claim of copyright infringement at any time if yo,̲ change
yo,̲ r mind.

` Nhe V₀, N 4e Nxam

Zere is the information yo,̲ filled in5

Copyright  wner Xame LCompany Xame if applica4le₂5Daniel Thaw / Xews

Media Xetwor= / viral UHM

Wo, r F, Il begal Xame lu liasesK sernames or initials not accepted5Daniel Thaw

Wo, r Nile or Ub4 Position LQ hat is yo, r a, thority to ma=e this complaintAo5

Rights Manager

u ddress5

P  Go' 162

Va, cl, seKXTQ 2030

u+

+ sername5Xews Media Xetwor=

Email u ddress5Xews@newsmedia.net.a.

Tecondary Email u ddress5copyright@viraldrm.com

Phone5090: k&0 00&

+Rb of allegedly infringing video to 4e removed5

https5//www.yo.l.4e.com/watchAvHTSp-_E-_:wbF9

Descri4e the wor= allegedly infringed5My company/organi?ation or clients video

○ Nile of video5Xerrifying enco, nter when lightning stri=es close to a - antas plane in Tydney u, stralia

○ To, rce of video5Xms9i, &&_k

○ Nype of video5Xternet video

○ Qhere does the content appearA

Nhe content appears in the targeted video from 05IY59 to 05IY5I&5

https5//www.yo.l.4e.com/watchAvHTSp-_E-_:wbF9:_tH509

Il appears in yo, r so, rce video from 05I0I9k to 05I15I2 5

https5//www.yo.l.4e.com/watchAvHrlms9i_&&_k:_tHfk

+Rb of allegedly infringing video to 4e removed5

https5//www.yo.l.4e.com/watchAvHeaQk_b4vyl

Descri4e the wor= allegedly infringed5My company/organi?ation or clients artwor=

○ Nile of artwor=5Chic=ashaK  =ahomaK+ Tu Noreado 2011 Photographer5 Daniel Thaw 29th May 2011 Rights Managed 4y Xews Media Xetwor=. bEuD JMuI E CuX GE F  +XD ZERE https5//www.yo.l.4e.com/watchA vH nqcuI PNW =

○ Nype of artwor=5Photo

○ Qhere does the content appearA C, stom th, m4nail

Co, ntry where copyright applies5u +

JKn good faith state that5

○ J am the ownerKor an agent a, thori?ed to act on 4ehalf of the owner of an e' cl, sive right that is allegedly infringed.

○ J have a good faith 4elief that the, se of the material in the manner complained of is not a, thori?ed 4y the copyright ownerKits agentKor the law and

○ Nhis notification is acc, rate.

○ J ac=nowledge that there may 4e adverse legal conse8, ences for ma=ing

n Xov 19K2023 V6, N, 4e Copyright

false or 4ad faith allegations of copyright infringement 4y , sing this process.

○ J, nderstand that a4, se of this tool will res, lt in termination of my V6, N, 4e channel.

u, thon?ed Tignat, re5Daniel Thaw

Zelp Center ©Email   ptions

V6, received this email to provide information and , pdates aro, nd yo, r V6, N, 4e channel or acco, nt.

▶ YouTube

B 20211 oogle bbC d/4/a V6, N, 4eK601 Cherry u veKTan Gr, norKCu, 89066

▶ YouTube

Zi Xews Media XetworrK

Nnarr= yo, for yo, r removal re8, est.

Qexe removed some of the videos in yo, r notification. Please read the entire email caref, lly for a complete, , pdate of each video's stat, s.

+nder review

Qe need more time to review the information yo, provided for the video1sz 4elow. Qex4 get 4ac= to yo, once wexe completed o, r review.

Videos in 8, estion5

https5//www.yo, L.4e.com/watchA4rfTSo-, E-, , wbF9

□ʸ Video Uʰʲtemet videoz

Nile of yo, r video5Nemfying enco, nter when lightning stri=es close to a -, antas plane in Tydney u, stralia

Content fo, nd in50/8/Y909 to 05DYB08

Re8, est resolved

Nne content listed 4elow has 4een removed.

Videos in 8, eston5

https5//www.yo, L.4e.com/watchA4+gQk, b4nxfl

Qe, se a com4ination of a, tomated systems and h, man reviews to process removal re8, ests.

V6, may ta=e 4ac= yo, r claim of copyright infringement at any time if yo, change yo, r mind.

˙ Nhe V6, N, 4e Neam

Zere is the information yo,  filed in5

- Copyright     wrer Xame lCompany Xame if applice4Iez5Daniel Thaw /
  Xews Media Xeiwor= / Viral DRM
- Wo, r F, Il begal Xame Iu IiasesK, semames or iritals not accepte5Daniel
  Thaw
- Wo, r Nle or Ub4 Position LQ hat is yo, r a, thorlty to ma=e this complaint/Ao5
  Rights Manager
- u ddress5
  - ○ P₋ Go' 162
  - ○  Va, cl, seKXTQ 2030
  - ○ u+
- + semame5Xews Media Xeiwor=
- Email u ddress5Xews@newsmedia.net.a,
- Tecondary Email u ddress5Copyright@viraldrm.com
- Phone5090:  k&0 008

- + Rb of allegedly infringing video to 4e removed5
  https5//www.yo, L 4e.com/watch?v=ff Sb₋ E₋: wbF9
- Descri4e the wor= allegedly infringed5My companyKorgani?ation or clients
  video
  - ○ Nle of video5Nemifying enco,, nter when lightning stri=es close to a
    - antas plane in Tydney u, stralia
  - ○ To, rce of video5Internet video
  - ○ Nype of video5Internet video
  - ○ Q here does the content appearA
  - ○ Nne content appears in the targeted video from 05Y′9 to 05Y′&.5
    https5//www.yo, L 4e.com/watch?v=ff Sb₋ E₋: wbF9: H309
    }t appears in yo, r so, rce video from 05D′K to 05′1′2.5
    https5//www.yo, L 4e.com/watch?v=h ms9i, &8 k; tHfk

- + Rb of allegedly infringing video to 4e removed5
  https5//www.yo, L 4e.com/watch?v=hqQk, b4rvjl
- Descri4e the wor= allegedly infringed5My companyKorgani?ation or clients
  artwor=
  - ○ Nle of artwor=6Chic=ashaK  =ahomaK+ Tu Nornado 2011
    Photographer65Daniel Thaw 29th May 2011 Rights Managed 4y
    Xews Media Xeiwor=, bEuD }Mu,l E CuX GE F  + XD ZERE
    https5//www.yo, L 4e.com/watch?v=H nopcuPNV =
  - ○ Nype of artwor=5Photo
  - ○ Q here does the content appearA, C, stom th, m4nail

- Co, ntry where copyright applies5u+
- Nol good faith state that5
  - ○ I am the ownerKor an agent a, thori?ed to act on 4ehalf of the owner
    of an e' cl, sive right that is allegedly infringed.
  - ○ }have a good faith 4elief that the, se of the material in the manner
    complained of is not a, thori?ed 4y the copyright ownerKits agentKor
    the law and
  - ○ Nhis notification is acc, rate.
  - ○ }ac=nowledge that there may 4e adverse legal conse8, ences for
    ma=ing false or 4ad faith allegations of copyright infringement 4y
    , sing this process.
  - ○ ], nderstand that a4, se of this tool will res, lt in termination of my
    W&, N 4e channel.
- u, thori?ed T'ignat, re5Daniel Thaw

V6, received this email to provide information and , pdates aro, nd yo, r
V6, N 4e channel or acco, rt.



B 2021 Loogle bbC d/4a V6, N 4eK601 CherryuveKTan Gr,notKCu 80066



# Copyright Infringement Notification Confirmation

Nianr= yo, for yo, r s, 4miession. 3 is, nter review to ens, re it is valid and
ind, des all re8, ired elements, Oe will reply to this email when we)ve ta=en
action on yo, r re8, est. V6, can also chec=on the stat, s of yo, r ta=edown
re8, est in the >Removal re8, estsota4 which is fo, nd in the Copyright section of
yo, r channel.

Zere is the information yo, filled in5

- Copyright    wner Xame LCompany Xame if applica4le=6Daniel Thaw /
  Xews Media Xetwor= / Viral DRM
- V6, r F, ll begal Xame Lu liases=K sernames or initials not accepted=6Daniel
  Thaw
- V6, r Nle or Ub4 Position LQ hat is yo, r a, thority to ma=e this complaint=6
  Rights Manager
- u ddress5
    ○ P    Go' 162
    ○ P    Va, cl, seKXTQ  2030
    ○ u+
- + sername5Xews Media Xetwor=
- Email u ddress5news@newsmedia.net.a,
- Tecondary Email u ddress5copyright@viraldrm.com
- Phone5090:  k&0 00&

- + Rb of allegedly infringing video to 4e removed5
  https5//www.yo, l, 4e.comVwatchAv-fT Sp-, E--: wbF9
- Descri4e the wor= allegedly infringed5My companyKorgani?ation or clients
  video
    ○ Nle of video5Nerifying enco, nter when lightning stri=es close to a
      - antas plane in Tydney u, stralia
    ○ To, rce of video5N(ms9i, &8_k
    ○ Nype of video5Internet video
    ○ Q here does the content appearA
      Nne content appears in the targeted  video from 05LY5I9 to 05LY5I0& 5
      https5//www.yo, l, 4e.comVwatchAv-fT Sp-, E--: wbF9, I4009
      3 appears in yo, r so, rce video from 05LY5I9K to 05LY5I2:5
      https5//www.yo, l, 4e.comVwatchAv-h(ms9i, &8_k, tHfx

- + Rb of allegedly infringing video to 4e removed5
  https5//www.yo, l, 4e.comVwatchAv-tegC-L, b4ruf)
- Descri4e the wor= allegedly infringed5My companyKorgani?ation or clients
  artwor=
    ○ Nle of artwor=5Chic=ashaK  =ahomaK+ T u Nomado 2011
      Photographer5Daniel Thaw 29th May 2011 Rights Managed 4y
      Xews Media Xetwor=, bEuD JMu l  E CuX GE F  + XD ZERE

https://www.yo.L 4e.com/watchAvd mpcu PNW =

- ○ Nype of artwor=5Photo
- ○ Qhere does the content appearAC, stom th, m4nail

- Co, ntry where copyright applies5u+
- JKn good faith state that5
  - ○ ] am the ownerKor an agent a, thori?ed to act on 4ehalf of the owner of an e' cl, sive right that is allegedly infringed.
  - ○ ] have a good faith 4elief that the , se of the material in the manner complained of is not a, thori?ed 4y the copyright ownerKits agentKor the law~ and
  - ○ Nhis notification is acc, rate.
  - ○ ] ac=nowledge that there may 4e adverse legal conse8, ences for ma=ing false or 4ad faith allegations of copyright infringement 4y , sing this process.
  - ○ ], rderstand that a4, se of this tool will res, lt in termination of my W6, N 4e channel.
- u, thori?ed T ignat, re5Daniel Thaw

` Nhe V6, N 4e Nsam

Zelp Center @Email _ ptions

W6, received this email to provide information and , pdates aro, nd yo, r
W6, N 4e channel or acco, nt.

▶ YouTube

B 2021 L oogle b6C d/4/a W6, N, 4e)9601 CherryuuekTan Gr, no)KCu, 8)9066

n Xov 19)K2023 news@newsmedia.net,a,, wrote5

V ideo ]Ds5TSạ- E- : wbF9)KegQ k, b4ryf]

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:46:37 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [CK\/2K\ \/FDUST8MT6MI ED2Z'Y\/FH] uobl b- e Copyright Complaint Eb- mission

\+++++Forwarded message +++++
From: **YouTube Copyright** <yotb- e-disptates902o/w0 7c63I t0T@google.com>
Date: I hb, Nov I6, 2023 at Y2 18M
Eb- **ı**ect: [CK\/2K\ \/FDUST8MT6MI ED2Z'Y\/FH] uobl b- e Copyright Complaint Eb- mission
I o: <copyright@viraldrm.com>



Ki Copyright Management,

I han  yob bor removal re/\best.J  efıe reviewed it and provided bpdates
- elow.

**Request resolved**

I he content listed - elow has - een removed.

Videos in Abestion:

https://www.yotb- e.com/watch\ vqHV/Yh? IH\/0u

j  e bse a com- iration okobtomated systems and hbman reviews to
process removal re/\bests.

uob may la  e - ac  yobr claim okcopyright inkringement at any time ikyob change
yobr mind.

+I he uobl b- e I eam

Kere is the inkormation yob killed in:

Copyright ?'wner Qame <Company Qame ikapplica- Ieı: Viral DRM
uobr FIıl Xegal Qame <$liases, tsernames or iritials not accepted\: Michael
Clement
uobr I itle or W- Position ij  hat is yobr abthority to ma  e  this complaint' I:

Digital Rights Manager

Address:

210 VeaSey Drive

Childers- brg, SX 37044

QE

Qsername: Copyright Management

Umail Sddress: copyright@viraldrm.com

Phone: 2Y6-e26T-fiT4T

QFX okallegedly infringing video to - e removed:

https://www.yottb- e.com/watch_vqHVcVYh?IHV0Du

Descri- e the wor  allegedly inringed: My company, organiSation or client's video

   ○  I ile okvideo: Fire I ornado Video +SMSBfiOZ  Fire Vorte) / I wister / Firenado Footage

   ○  Eobrce okvideo: YEyJ 2OQU z

   ○  I ype okvideo: (Internet video

   ○  j here does the content appear'

   I he content appears in the targeted video from 0:02:2Y to 0:02:32 :

   https://www.yotdb- e.com/watch_vqHVcVYh?IHV0Du_tq14Y

   (t appears in yobr sobrce video from 0:00:03 to 0:00:11 :

   https://www.yotdb- e.com/watch_vqYEyJ 2OQU z _˙tq3

Cobntry where copyright applies: QE

(state QODUR PUCS Xl u ? F PURV0Rru that:

   ○  (am the owner, or an agent abthoriSed to act on - ehalkokthe owner okan e) clbsive right that is allegedly infringed.

   ○  (have a good kaith - eliekthat the bse okthe material in the manner complained okis not abthoriSed - y the copyright owner, its agent, or the law&and

   ○  I his notification is accbrate.

   ○  (ac  nowledge that bnder Eection Y12%Lokthe DMCS any person who nowringly materially misrepresents that material or activity is infringing may - e sb- ßect to lia- ility for damages.

   ○  (Understand that a- bse okthis tool will resblt in termination okmy uobl b- e channel.

SbthoriSed Eignatbre: Michael Clement

Kelp Center x Umail ? ptions

uobr received this email to provide inkormation and bpdates arobnd yobr uobl b- e channel or accobnt.



: 2021 Zoogle XXC d/- /a uobl b- e ˙ 01 Cherry Sve, Ean©rbno, CS ˙ 4066

 YouTube

## Copyright Infringement Notification Confirmation

I han  yob lor yobr sb- mission. It is bnder review to ensbre it is valid and indcbdes all reﬁaired elements. e will reply to this email when weﬁve ta en action on yobr reﬁbest. uob can also chec  on the statts okyobr ta  edown reﬁbest in the ﬁemoval reﬁbestsﬁa⌐ which is lobnd in the Copyright section ok yobr channel.

Kere is the information yob kiled in:

- Copyright ?wner ﬁame =Company ﬁame ikapplica- lel: Viral DRM
- uobr Fﬁll Xegal ﬁame =Sﬁases, bsernames or initials not accepted⌐: Michael Clement
- uobr l itle or V6- Position : ﬁhat is yobr abthority to ma e this complaint⌐ l: Digital Rights Manager
- Sddress:
  ○ 210 VeaΣey Drive
  ○ Childers- brg, SX 3Y044
  ○ ɋE
- Qsername: Copyright Management
- Umail Sddress: copyright@viraldrm.com
- Phone: 2Y6-Ξ6T4T4T

- ɋRX okallegedly inlringing video to - e removed:
  https://www.yobtb- e.com/watch  vqHVWh? lHV0Du
- Descri- e the wor  allegedly inlringed: My company, organiΣation or clientΣ video
  ○ l itle okvideo: Fire l ornado Video +SMSPБOZ  Fire Vorte) / l wister / Firenaдo Footage
    ○ Eobrce okvideo  YEyJ2OQU z
    ○ l ype okvideo: iInternet video
    ○ l here does the content appear'
    ○ l he content appears in the targeted video krom 0:02:2Y to 0:02:32 :
      https://www.yobtb- e.com/watch  vqHVWh?l HV0Du   lq14Y
      it appears in yobr sobrce video krom 0:00:03 to 0:00:11 :
      https://www.yobtb- e.com/watch  vqYEyJ2OQU z  ' lq3

- Cobntry where copyright applies: ɋE
- (state ɋODUR PUOSXU u ? F PURVORu that:
    ○ (am the owner, or an agent abthoriΣed to act on - ehalkokthe owner okan e)clbsive right that is allegedly inlringed.
    ○ (have a good laith - eliekthat the bse okthe material in the manner complained okis not abthoriΣed - y the copyright owner, its agent, or the law&and
    ○ l his notilication is accbrate.
    ○ (ac  nowledge that bnder Eection Y12ﬁXokthe DMCS any person who  nowingly materially misrepresents that material or activity is inlringing may - e sb- ﬁect to lia- ility lor damages.
    ○ (Understand that a- bse okthis tool will resblt in termination okmy uobl b- e channel.
- Sbthorized Eignatbre: Michael Clement

+I he uobl b- e l eam

Kelp Center x Jmail ? ptions

uob received this email to provide information and bpdates arobnd yobr
uobl b- e channel or accobnt.

 YouTube

; 2021 Zoogle XXC d/-/a uobl b- e. • 01 Cherry Sve, Ean ©tbno, CS • 4066

? n Oov 1Y, 2023 copyrighti@viraldrm.com wrote:

V/deo Ds: HvVYn?IHVDu

**From:** Copyright Management <copyright@wraxrm.com>
**Sent:** 11/16/2023 11:12:23 4 M
**To:** 9irax5 PM <wraxrm@Vripxl .com>
**Subject:** DI s: R d FCFC[ 6B4 LX6OES3JX8P5 HL4QIoUWVe Copyright Compaint BUVmiWon

KKKKKKKKf arsss meVMege KKKKKKK[
Drom **YouTube Copyright** <yoU LUbeI6iVpteVJ 122Yn2Uvwo81m4U @pooqe.com>
5 ate: BUNVow127 2023 at 3 0L-FM
BUVect: R d FCFC[ 6B4 LX6OES3JX8P5 HL4QIoUWVe Copyright Compaint BUVmiWon
Ve: <copyright@wraxrm.com>



[ i Copyright ManagementT

WkamY you 2or youl reVponVe. z e,we rewei es it ans prowises UpsateVNexd .

**Request resolved**

Whe content xVtes Nexd  ha VNeen removes.

9iseoVin uUbVtion:

httpV/il 1 _yoUUVe.coml atch _w kPVwf qEgJl

httpV/il 1 _yoUUVe.coml atch _w uf_yJlSwip1g

z e UVe a comNnation o7aUomates VWVemVans hUhan rewei_V to
proceW removexreuUbVV.

JoUmayJtaYe NacY youL osim o7copyright inJingement at any time i7youUchange
youJ mins.

KVhe JoUVVe Veam

[ ere iVthe in2dmation youU2es in:

Copyright dI ner v ame 'Company v ame i7applxcaNe? 9irax5 PM
JoU DUMesigav ame 'Fxa keV1UMername/V or iniiaV/not acceptes? Micheax
Cement

JoU Wbe or =oN4 oVbton z hat l V yoU aUthorlty to maYe thV compxant  `?:

5 lglaxPIghtV Manager

Fssre V.

210 9 ea 8y 5 rve

ChiserVNJgTFE 3X0bb

_B

_ Vername: Copyright Management

OmaxFssreV. copyright@wraxrm.com

4 hone: 2X6i26jLKLbL

_ PEo7axegesy inInglng wseo to Ne removes:

http://l l l_yoUUNe.coml_atch_ w kPwrf_d EqJl_

5 eVzriNe the l orY axegesy inInges: My company7organiBation or cxent(V wseo

 ○ Wke o7wseo: 02K02k2021 BcitLateTMF K5 rone Vho1Vo7maVVwe l  aweV craVh into homeVTkoses ans samages homeVT
 ○ BoUce o7wseo: 40ea) 0CJ v O
 ○ Wype o7wseo: Netrnet wseo
 ○ z here soeV the content appear
    Wke content appearVin the targetes wseo 7om 0:1L:b0 to 0:1`:10 :
    http://l l l_yoUUNe.coml_atch_ w kPwrf_d EqJl_l fi_1060
    Aappear V in yoU VoUce wseo 7om 0:00:00 to 0:00:bL :
    http://l l l_yoUUNe.coml_atch_ w 40ea) 0CJ v OJ fi_0

_ PEo7axegesy inInglng wseo to Ne removes:

http://l l l_yoUUNe.coml_atch_ w uf_yJl5xeo1g

5 eVzriNe the l orY axegesy inInges: My company7organiBation or cxent(V wseo

 ○ Wke o7wseo: 02K02k2021 BcitLateTMF K5 rone Vho1Vo7maVVwe l  aweV craVh into homeVTkoses ans samages homeVT
 ○ BoUce o7wseo: 40ea) 0CJ v O
 ○ Wype o7wseo: Netrnet wseo
 ○ z here soeV the content appear
    Wke content appearVin the targetes wseo 7om 0:0b:2` to 0:0b:b` :
    http://l l l_yoUUNe.coml_atch_ w uf_yJl5xeo1gJ_fi_26`
    Aappear V in yoU VoUce wseo 7om 0:00:00 to 0:02:1L :
    http://l l l_yoUUNe.coml_atch_ w 40ea) 0CJ v OJ fi_0

CoUntry I here copyright appieV._B

AMate_v 5 OP 4 Ox FEW d D 4 OP= PJ that:

 ○ Aem the ol ner7or an agent aUthoriBes to act on NehaxXo7lhe ol ner o7an e&cXJVwe right that l V axegesy inInges.
 ○ Arave a goos Zaith Nase7that the Uke o7he materiaxin the manner compxaines o7lVnot aUthoriBes Ny the copyright ol nerTitVagentTor the xeI ; ans
 ○ VWI V not7 cation l V accUrate.
 ○ AecYnol xesge that Unser Bection X12`7?o7lhe 5 MCF any perVon I ho Ynol Ingy materiaxywml Vrepre Vent Vhat materiaxor activity lVinInging

may Ne VUNect to xiaNxty Tor samageV.
○ AUserVans that aNUAe o7hiVtoooct ixreVUA in termination o7my JoUVUNe charnex

FUthoriBes Bignatu;e: MichaexCement

[ exp Center • Onaixd ptionV

JoUrecieves thiVemaixto prowise in2ormation ans UpsateVaroUns yoU JoUVUNe charnexor accoUnt.



© 2021 j ooge EEC s/Na JoUWUNe TΩ01 Cherry F/eTBan qrUnoTCF Ωb066

d n v ow11T2023 copyright@wraxrm.com 1 rote:

[ exoT
Dor thiVimY qranson Cement iV the copyright o7 ner Khttp:V/i i i _yoUUNe.com1 atch w rKPwrf u EpJl
Dor thiVimY qranson Cement iV the copyright o7 ner Khttp:V/i i i _yoUUNe.com1 atch w uf _yJ1Swop1g

Fttaches are the agreementVVating I e are aUthoriBes to manage the rightV Tor their wiseoV.
WhanYyoUT

d n z es Tv ow T2023 at L:X6-FM JoUVUNe Copyright <yoUUNei6iVoUeV1 12YxΩuww61mr0LL@googe.com> 1 rote:



[ i Copyright ManagementT

WhanY yoUDor yoU removxwxreuUbvt. z e(Ve rewei es yoU reuUbMans nees
Vome more in2ormation 7rom yoUNe2re I e can procees. 4 xeaVe reas the entire emaixcare2Uw Tor a composie Upsate o7each wiseoV MatUV.

v ees more inD Fction neeses

Aworser to remove the content in uUbVfonTl e mUX confirm that yoUare the copyright o1 ner or the copyright o1 nerVaUthoriBes repreVentatiVe. A;yoUare acting aVan aUthoriBes repreVentatiVe Tpea;Ve xet UVYnol _Dor each _PET peaVe isentiTy the copyright o1 ner yoUare repreVenting.

JoUmay ta;Ve ba;cV yoU caim o7copyright inTingement at any time i7yoUchange yoUr mins.

K;We JoUVUNe Vkam

[ ere iVthe in2ormation yoUT;Nes in:

• Copyright d1 ner v ame 'Company v ame i7app;xcaNe2 9iraxδ PM
• JoU DUEδxgaxw ame 'FxaVeVTUVername Vor iniUaxV not accepteζ?
  MichaexCement
• JoU Wbe or =oN4 oVttion 'z hat iVyoU aUthority to maYe thiVcompxaint ?
  5iqtxaxPrightVManager
  • FssreV.
    ○ 210 9eaδey 5 rive
    ○ ChiseiVMUgrTFE3XΩbb
    ○ _B
• _Vername: Copyright Management

- OmaioF ssreW. copyright@wraxrm.com
- 4 hone: 2X6b26LlKLlbL

- PE o7axegessy inZinging wiseo to Ne removes:
  http:V//l.1_youUNe.coml_atch_w kPwrf_qEqJl
- 5 eVcriNe the l orY axegessy inZinges: My company7organiation or cxientV wiseo
  ○ Wbe o7wiseo: 02K02K2021 BcitLiateTMF K5rone VnolVo7maVWive
    i aveVcraVh into home\/7Zooses ans samages homeVT
  ○ BoUrce o7wiseo: 40bea)_0Cl_v O
  ○ Wpe o7wiseo: Aétemet wiseo
  ○ z here soeV the content appear
  ○ We content appearV in the targetes wiseo 7om 0:1L:b0 to 0:1' :10 :
    http:V//l.1_youUNe.coml_atch_w kPwrf_qEqJl l j 1060
    Aappear V in youU VoUrze wiseo 7om 0:00:00 to 0:00:bL :
    http:V//l.1_youUNe.coml_atch_w 40bea)_0Cl_v O_t_0

- PE o7axegessy inZinging wiseo to Ne removes:
  http:V//l.1_youUNe.coml_atch_w uf_vJlSvp1g
- 5 eVcriNe the l orY axegessy inZinges: My company7organiation or cxientV wiseo
  ○ Wbe o7wiseo: 02K02K2021 BcitLiateTMF K5rone VnolVo7maVWive
    i aveVcraVh into home\/7Zooses ans samages homeVT
  ○ BoUrce o7wiseo: 40bea)_0Cl_v O
  ○ Wpe o7wiseo: Aétemet wiseo
  ○ z here soeV the content appear
  ○ We content appearV in the targetes wiseo 7om 0:0b2'  to 0:0:b' :
    http:V//l.1_youUNe.coml_atch_w uf_vJlSvp1gl l j 26'
    Aappear V in youU VoUrze wiseo 7om 0:00:00 to 0:02:1L :
    http:V//l.1_youUNe.coml_atch_w 40bea)_0Cl_v O_t_0

- CoUltry I here copyright appieV._  B
- AAate _v5 OP 4 Ov FEW d D4 OP= PJ that:
  ○ Aim the ol nerTor an agent aUhories to act on Nehax7o7the ol ner
    o7an e&cUWve right that iVaxegessy inZinges.
  ○ Arave a goos Zaith Naxe7that the UVe o7the materiaxin the manner
    compaines o7iVnot aUhories Ny the copyright ol nerTtVagentTor
    the xil ; ans
  ○ WhiVnotiTcation iVaccUrate.
  ○ AecVnol xesge that User Bection X12'7o7the 5MCF ivJs per Von
    I ho Yrol ingry materiaxy mVrepreVentVthat materiaxor activity iV
    inZinging may Ne VUNect to xaNiltiy Zor samageV.
  ○ AUserVMans that aNUxe o7thV tooxl ixrexUx in termination o7my
    JoUVNe channex
- FUlhonies Bignatrle: MichaexCement

JoUrecaives thiVemaixto prowise inZormation ans UpsateVarolhs yoU
JoUVNe channexor accoUht.



© 2021_Logoe EEC s/Na JoUUNe TG01 Cherry FweTBan q rbo TCF_0b066

Case 3:23-cv-05977-JSC   Document 1-3   Filed 11/17/23   Page 384 of 582



**YouTube**

## Copyright Infringement Notification Confirmation

WhenY yoUŽr yoUr VUNmiVAon. AiV/Uuser rewel   to enŪŽe it iVẽxis ans incŪseV axeŪŽres exemenṭV z e I  axepy to thiVemaixl  henI  e,we ṭaŶen action on yoŪ reuẀV. JoUcan aẀo checY on the VtatŪV/yoŪ taŶesoI  n reuẀV in the iPemoweueuẀVyWtaNI hich iV7ŪŪŪs in the Copyright Vection o7 yoŪ channex

[ ere iV the inẮmation yoUŽxes in:

- Copyright d I  ner v ame 'Company v ame i7appxcaNe? 9 ira5 PM
- JoU DŪŠogaxv ame 'FŽxaVeVtŪxername'V or initiaV/not acceptes?  MicheaxCement
- JoUt Vtxe or =oN4oVtion 'z  hat iVyoUŽ aŪhority to maYe thVcompoaint  2
- 5 igtaxŽFightVManager
- F ssreV.
  ○ 210 9eaŠby 5 rive
  ○ ChiseVAŪgTFE3X0bb
  ○ _B
- Vername: Copyright Management
- OmaixF ssreV. copyright@wraxrm.com
- 4 hone: 2X6i26LKLbL

- _PE o7axegessy inẀinging wŝeo to Ne removes:
  httpV/i I  I _youUNe.com/I  atch w kPVwf_qEqJI
- 5 eVŽxiNe the I  or7axegessy inẀinges: My companyŽorganiŠation or cientI/ wŝeo
  - Wŝe o7wŝeo: 02X02X2021 BcitŪateTMF K5rone VhoIVo7maVive I  aweVcraVh into homeV7Žcoses ans samages homeVT
  ○ BoUce o7wŝeo: 40ea) 0CI  v O
  ○ Wype o7wŝeo: NemetVwŝeo
  ○ z here soeV/the content appear
  - Wxe content appearV in the targetes wŝeo 7om 0:1L:b0 to 0:1'  :10 :
    httpV/i I  I _youUNe.com/I  atch w kPVwf_qEqJI I  hI  1060
    AappearV in yoUY VoUŽoe wŝeo 7om 0:00:00 to 0:00:bL :
    httpV/i I  I _youUNe.com/I  atch w 40ea) 0CI  v OI  t 0

- _PE o7axegessy inẀinging wŝeo to Ne removes:
  httpV/i I  I _youUNe.com/I  atch w uf_vJiSwoi1g
- 5 eVŽxiNe the I  or7axegessy inẀinges: My companyŽorganiŠation or cientI/ wŝeo
  - Wŝe o7wŝeo: 02X02X2021 BcitŪateTMF K5rone VhoIVo7maVive I  aweVcraVh into homeV7Žcoses ans samages homeVT
  ○ BoUce o7wŝeo: 40ea) 0CI  v O
  ○ Wype o7wŝeo: NemetVwŝeo
  ○ z here soeV/the content appear
  - Wxe content appearV in the targetes wŝeo 7om 0:0b:2'  to 0:0b:b'   :
    httpV/i I  I _youUNe.com/I  atch w uf_vJiSwoi1gI  I  26'
    AappearV in yoUY VoUŽoe wŝeo 7om 0:00:00 to 0:02:1L :
    httpV/i I  I _youUNe.com/I  atch w 40ea) 0CI  v OI  t 0

- CoUtryI I  here copyright appxeV _B
- AŽate_ v5 OF4Ov FEM d D4OF= PJ  that:
  ○ Žam the oI  ner7or an agent aŪhoriŠes to act on Nehaxo7o7 the oI  ner

  - o7an e&cU\/we right that \/\axiegssy in7inges.
    - ◦ Ahave a goos 7aith Naxie7hat the U\e o7the materiaxin the manner companiees o7i\/not aUhorities N\/ the copyright of nerf\t\/agentfor the ail : ans
    - ◦ \frN\/notification \/acclJate.
    - ◦ Axcl\/ol \exge that U\er Bection X12'7o7he 5MCF any per\bn I ho \/nol incgr materiary m\/repre\ent\/that materiaxor activity i\/ infringing may N\e \U,Nect to axN\t\t\/ \br samage\/.
    - ◦ \t\/User\/ans that aNU\e o7hi\/tcod \axre\U,k in termination o7my JoU\/N\e channex
  - • FU\hori8es Bignatu\e: MichaexClement

K\/\e JoU\/N\e \/\eam

Leq. Center • Onaixd ptlon\/

JoU\/receives th\/\/emaixto prowise in\ormation ans Upsate\/aroUns yoU\/ JoU\/N\e channexor accoUnt.

[▶] YouTube

© 2021 Loogae EEC s\Na JoU\/\/\eTQ01 Chenry F\e\eTBan qJ\bo7CF Qt066

d\n v owl_T2023 copyright@\/eraxrm.com I rote:
9iseo ⚡V: kP\/\f qEgJl Tuf y\tS\wep1g

**From:** Co p yi ghth gAAtyn erxhep@<l  txh. gnæ- > h1vai/ rræ-6
**Sent:** 22:03:04: 7y22F7VfÆÆyop
**To:** s vatjwvF p /@vait<æ- l . o<tæ[ / rræ-6
**Subject:** Cl 1ÆÆVI Uwp S T rs BBwwERrs 7EO3ZYFF l  HjÆrMuÆAhyS rrrcew +gŠ rræ- <tavi go,MÆ- v. vni

99999999£Ornf aefh1t y- h .. a- hyŠ999999
Oarr- ÐYouTube Copyright@@n MÆÆnh9\/v-<tÆb..k2h>-S-[..,e>-3..vAM-..rrm fh/ .rræ-6
wagh9ÆÆN h9ÆVnÆÐtÇ 4: 7y<>gÇ2f22f+p
oMÆÆ- gÆÆVI Uwp S T rs BBwwERrs 7EO3ZYFF l  HjÆrMuÆAhyS rrrcew +gŠ rræ- <tavi go,MÆ- v. vni
urr@@<l  txh. gnæ- > h1vai/ rræ-6



EwjOÆhyÞ gnæ-  y,p h1vai8

u+ai j yorrÆÆyrrrrÆÆyh> rrtatyhi' Mh. gÐN hvÆhydncbh[ h1ygai 1ycerrÆÆh11yÆ+1agh.
bhtnj /

s vfhm yi y Mh. grni P

+gr-ÆÆ[ l l OrrÆÆÆÆhi  rræ- 0. ag-+?<EL T-SXvwÆZvvl

N hyÆÆhysv rræ- bvi agrni yrfyÆÆMÆrr-adh1y c gh>..yai 1yvhÆÆ-ai yhtdxl[..ygm
<rn h... yh> rrtatyhi' Mh. g/

---

**Request resolved**

BrnÆÆy acgal hyba l yorrÆÆy tax>-yrfy rrcæw +gy faj - h> hi gegai cgÞ- hyÆÆyorrÆÆy +ai - h
crrÆÆy- v l1/

gy-+hyŠ rnMuÆÆhyuha>

---

Ehetyw yÆÆhyyi frræ- agrni yorrÆÆyth1yi P

Srrrcæw +gÆÆ[ i hajÆÆ>- hy£Š rræ- <ai cyMÆ- hyÆÆyo<tv abfri@@OÆhyo grræ-. y,p h1va
BrnÆÆyOÆÆyOh>- aiyÆÆ>- hyŠthe. h. 9ÆÆMi hai a>- h. yrnyavi ygat. yi rrga   h-<gh10@Þ v +aht
StH>- hi g
BrnÆÆyugrhyrryÆÆhtyi rnni ygni tÐÆÆ +agv yorrÆÆyÆÆyrrrrÆÆygÆÆrrÞ aj hygr-v y rræ- <tavi gÆÆ
...

Xj l ne

H11én.. P

: 24js haŜngweath

S∙∙∙t1he bMe 9jHOς7D4RR

y     l o

y     l . hä a> hĜOdhγg gnP∙ , ip h1 uu

( > aυβH11éh.. ∥∥eJ_ Ⅰ∨ςh_gmP∙_ > h1υeJ_ nP

n ∙mi hiŞ D39 3V9Λ/RRV

y

l FOnͰyäth∙ h1tcγl feI ∙ v ∙ yΜ/hmgnbhγéh> ndh1P

+gs. ∥∥ [ [ /ƞntΜΜbl/ nP ⊞ ag +?d∊LTŜXwv+BΩwl

wh..  eähγgh↑j mj γäth∙ h1tcγl feI ∙ h1fĜp cγ mP <ai cĜyne ai iĜagni yne thi g

dΜ/hm

○  uvghγnfyΜ/hnnͰ4791: 9 4: 7yΩ4 1hi 9uJ J9urni a1m

○  onMé hγnfyΜ/hnfjǐ nP+N | z T nĜY

○  uc<hγnfyΜ/hnfjǐ ghǐ hgdΜ/hm

○  N +hätylnih..yghiγ mi ghi ga<<haeĜy

u+hγ mi ghi ga<<haeä y yghγgae hgh1yΜ/hnnͰnP+ yΜP7P:.ygnͰyΜP7P7P

+gs. ∥∥ [ [ /ƞntΜΜbl/ nP ⊞ ag +?d∊LTŜXwv+BΩwl _ gzĜRiⱮ∙ y

ggs<<hae yj ycnMé nMé hyдΜ/hnnͰnP∙ yⱮR4RRgnͰuⱮR4RⱮDP

+gs. ∥∥ [ [ /ƞntΜΜbl/ nP ⊞ ag +?d∊_ nͰ∙nN | z T nĜY'' gzĜR

SnͰM geⱮ  +hdhγ mnca∙ +ga<<dh.. Ⱨ o

ry gäßyl Vw.( Fyi ( VHĜQᴊBΜXOn( F U FBₐⱮgaͰP

○  gP> yghγnf l hiĜneai yP∙ hi geiͰMⱮynaĜh1ygnPe  gni ybh+afynfghγnf l hṇnfjai

    h∂ tΜΜdhγͰ∙ +ggₐgy yäth∙ h1tcγl faI ∙ h1/

○  nͰædhγnγ mnfyJavgrybhḥhfjgⱮággnͰyM.hynfighγP∙ aĜhatylⱮ yghηP∙ aiĜi he

    nP ∙täu↑ h1γnfǐ y mgaiͰMⱮnMⱮĜh1ybΣghγ mnca∙ +gnⱮ l hiĜeⱮ yäⱮ∙ hi gⱮnⱮgh

    taⱮ yäi 1

○  u+v y mⱮfↇ agni y∙ γa   Meigi/

○  nⱮ j iǐ nf nf1∙ hygⱮagM 1hⱮğoh∙ gni yĜ2: ĜⱮgnͰfghγꞱywp ŜHⱮjai cγ∙the m ⱨ +m

    jÌ inf∥ v ∙ tcp∙ aghⱮatcĜp∙ v dh<∙ah. hi g gⱮagP∙ aⱮhȯatynⱮa gⱮĜⱮgⱨ yi faI ∙ v ∙

    > aⱮbhγ MⱮA  gⱮnΜⱮabⱨⱮcⱨfⱮeⱮJ/mⱮⱨJⱮ> a∙ h../

○  nⱮⱮ 1he gai 1grⱮagebM/hynfⱮgⱮv ygmⱨⱮ υhⱮth. MⱮgi yⱮhe∙ v agni ynͰP∙ cĜBnⱮMⱮMⱮh

    +ai l hf

HⱮⱮgmⱮaⱮh1γo∙ i agⱮMⱮÌⱮP∙ v +äⱮhγŜ f∙ hi g

y

y     y

y     ⱮẼⱮin<γŜ/hi ghⱮyⱱϳ > aⱮyⱮX<gni.

y     y

y     BⱮMⱮfⱮh hⱱⱮh1ygⱱϳγ> aⱮygnⱨ<ⱮndⱮ/hγⱪ fnP∙ agni yⱪi 1yⱪ∙1ⱪagh. yⱱⱮntⱮM 1ycnⱮMé

y     BⱮMⱮMⱮhγ +äⱪ i hⱪγnaⱮ_ nͰM g

y     y

y     y      YouTube

y     y     y 4: 2y7nm trⱮⱪCŜŜγⱮⱪBⱮⱪyⱪBⱮMⱮMⱮhⱪgⱪ42γŜ +hⱪaⱪyΜⱪtⱪhⱪ9ⱪⱪaⱪ iⱪⱪ9ⱪ4Μ nⱪ6ŜⱪHⱪⱪJ_R433



# Copyright Infringement Notification Confirmation

y

y   BmMn hvch1ygr-v,y> avkgy-amd/hyw fme- agni ,ai 1jvk-1agh. yeanM 1ycmMe
y   BmMuhhy =ai l hqnga   mMg
y
y
y   • y4 : 2yf.rrm hyCCSyf0b0yBnMuMxh8L42yS-hneoyHch9o.ai yOeM.n8S-HyLR433


YouTube

Xi yWng2R9y 4: 7yx1 tvdh. gne-_> h1\el/_rr= $ enghP

s vfhnjw. $LT-5XwwEZvvl

**From:**  Cop yl ghth gl Myn emhep@ex lueh. gn⊩ -> h1w/. n⊩ 6
**Sent:**  22030 4: 9d23P95 9ynp
**To:**  Vway Dp.@uarl⊩ x . ewlaR/ n⊩ 6
**Subject:** vR15gF 9n 9[BLLXlCEV S9iFJ.n VH p t.Cp AEmM,lClnyLmcoa WlyLn⊩ <lawgo.MC> w. wi

K⊩⊩⊩⊩⊩⊩⊩K vmRaed h1y>.h. . a VVw⊩⊩⊩⊩⊩⊩K
vm- **9YouTube Copyright** @n MM.ClrKlw<M⊩.1 9V,FMm/R9u⊩N-MX-X .Vmn Wh/. n⊩ 6
l agh9yh 1-yf mg⊩2T*y 4: 9y⊩g[4P9z/. p
oM.lh g9F 9n 9[BLLXlCEV S9iFJ.n VH p t.Cp AEmM,lClnyLmcoa WlyLn⊩ <lawgo.MC> w. wi
On⊩@ex. lueh. gn⊩ -> h1w/. n⊩ 6



BxyQ alyygn⊩- yp. h1w+

ONai Ylzn Mymryznf M.gh> msalyhbM. glH hjshylshaRh1yy⊩ai 1ycmsw/h1yM+1agh. ClnfR/

**Request resolved**

ONy m ghi glw gh1 yC ln hfR,Na. yC lhi yd> msh1/

Vwfhm ylwybM. gm⊩ 5

Ngc. 9IRRR/cnf M,Qu/. m⊩ fRag Nxsf v. [qfL'. v> 3Y

Ngc. 9IRRR/cnf M,Qu/. m⊩ fRag Nxsf 2. r<2M⊩-_R

H lyM.hyay m⊩ Qwagani ymy M.m⊩ agh1y c. qh>. yai 1yNM⊩ai yhsalR. ygm
<m h.. yd> msalyhbM. g/

Em M⊩ aoga lryuQa . Yznf⊩/lwu. yny mcoa W9Lw<ui Wp> hi grgagai cyn⊩ hywsznfM/ Nai Wi cnf M⊩ w1/

KC NyEm M,Clnyl Cla>

Bhshywyghlyui<n⊩ agani yznf M/lh1yw 5

Urmcoa W9 yF Ri h⊩lf a>. hyBJm⊩ <ai cyl a> hywy⊩<twaQh1 9Q alyygn⊩- e yp.h1w⊩
Em M⊩/ M,Clw9yF a>. hy⊩. tw. h. ⊩M/hu⊩ a> h. yrsw/⊩⊩/. y mga.  h<gh1. 5p/wNsht

> ao€hy MÞh ggnj√aÓ√ogyrnej/a> a√Wh. /
> o rM 1he gii 1g√a gr CM hymgNuvgm√yR√lgh. Mg√y gh√> √agan yn√> o√Er√hÓMÓh
>  Nai i hf
> . M√t√r√e/h1yo√W ra√gM r5p √w√ehtn√J√t√> hi g

> y
> y
> y Bht<√Uhi g√e√y√J > a√yF <ggni.
> y
> y Er√M√n hvat1g√h√v√t> a√√g√m√r<rn√s√√h y√w<n√e> agrn y√i 1√A<1a√h, y√e√mM 1y√cm√e
> y Er√MÓMÓhy Nai i h√yr√ga     rM√ g
> y
> y
> y ©y 4: 2√√Grm√t√n/√C√CJy√t√C√D√yEr√MÓMÓh y 42√UNr√e√xy sh√o ai y√√ eM.r√yU, y P433



## Copyright Infringement Notification Confirmation

Ob√i Y√crn√√nrng√rt√A√y MÓ> w , v√√ i y√g√w√M 1h√q√h√s√a√Rog√n√hi . M√ñ√y√gg√vy√s√r√aN√y√i 1
√w lM√h. y√o√k√y√nt√i√M√et√ñ√y√tt√h√> h√i g√y√H h√r√R√√k√y√h<√sg√m√g√h√v√y√h√> a√u√g√R√N√v√i √P√bi√s√h√yr√√hi
a gri y√ñ y√crn√√kr√h√hM√A. g√E√r√t√M√√r√a√i√yt. r√y N√r. Y√crn y√g√N√y gr√y√M √√rry√crn√M√e√g√√h1n√rÑi
dh√i√M√A, g√a√v√g√ht√v√ÓÓr√> r√a√√j√a√h√bh√M., o ′√gr√Q√R N√w√Nv√y√rn√M 1 √y√w√g√N√y√Jm√co√a√√W√g√h gn√ y√n
cm√A√y Nai i h√f/

Bh√q√√w√y√g√h y√w√<rn√e> agrn y√crn√M√√t√h 1 y√w5

- U√m√co√a√√W√g√F R i h√g√√ a√> h√y√√U√m√e <ai o√√ a√> h√y√w√s<√tw√a√Ó√h √5√Ó√a√√h√y√o√gm√> e
p.h1√o√a
- Er√M√A√y M√A√Ó√h√Wa√y√ a√> h√y√√ tu. h. √y√M√hi a√> h, yr√w√√w√g√a√t. √y√r√√ng√a   h<g√h 1√5
p v√N√eht√h√J√t√> hi g
- Er√M√A√Ó√h√yrn√g√J√ m√√Jrn ng√ni g√H Ng√v√yc√rn√M√g√n√M√y N√√a√g√g√m√> a′h√g√N√v√y rn√ <ta√w√gt._5
    F R i he . 5
    .  1 i fn . . 5
      o . 2√Á√y√h√a√(h√c√√ o√eh
      o  U√M√i l√he G√M√e√l√√y  Q√g√T 4√P√P
      o  J o J
  - . ) . h√ñ a> h√5√Q√a√h√y√o gn√> . y√h h1√o√a
  - J > a√w√y  1 i fn . . S√je√x. t√w√h  gn√r√> . > h1√w√/ . m√>
  - n N h h√5√√ T3√K : 3√X√O√O√√P√X

- ) . D√O√m√j√a√t√h√V√W1√tc√j√w<a√i√√V√M√√V√W√s√4/h√rn√g√n√√O√h√y√a√t√> m√t√n15
  N√g√s. √S√R√R√R√/√cr√n√M√A√Ó√n_ m√> i√R√a√g√N√w√st v. Lq√F I. √√U√p. 3√Y
- I  h . a√e√O√a√y√h√t√y√R√m√t√y√a√t√t√√V√W 1 √tc√j√w√<a√i√√W1√5√p oy m√> <ai c√y√rn√√V√e√i √√√a√g√n√i √√a√g√n√i √y√n√y Nai i g
  s√√/h√rn

      o  orn√M√e  h√y√m√√s√√/h√√n√f√i√√p√H  T√F 7 P√X√√J√C√C√m
      o  Q<√h√y√n√ñ√s√e√√/h√r√n√f√i√√g ghi hg√s√√/h√rn
      o  H Nfn√i√y√h fn. y√g√N√h y m√ ghi ggn<<na√e√k√y
      o  O√N√t√y m√i ggn<<h√a√e  √y√w√√g√N√y√g√a√e/W√g√n 1 √y√s√√/h√rn√y√e√rn> y√4/9√i/√X√S√H 1 √y√g√rn/√4/9√i/√X√5√2√4/5√5√√ y
        N√g√s. √S√R√R√R√/√cr√n√M√A√Ó√n_ m√> i√R√a√g N√w√st v. Lq√F I. √√u√p. 3√/√8√a√d P. T√y
        g√a√s√<<h√a√e √y√w√y√crn√M√e√y rn√M√e √h√y√s√4/h√rn√y√e√rn> y√4/9√i: √P√X√y√g√rn√y√4/9√i: √5√F√y5
        N√g√s. √S√R√R√R√/√cr√n√M√A√Ó√n_ m√> i√R√a√g N√w√st b H T√F 7 P√X√√J√C√C√n√R√d_ 2.3√X
y

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:269 1 5M
**To:** 7iral PVM <viraldrm@DiplaR.com>
**Subject:** s Rd9sF2[ ( AX5BI  HBY23FTZSS@TV: BNJ uob-b+e Copyright Complaint z b+miIIDon

#########s.orRarded meDage ########
srom9YouTube Copyright <yotb>e8tilDbteD1i_okieo_i.iae2a0k@google.com>
Pate9-bef Nov 1.1 2023 at  @3'NM
z b+eciSsF2[ ( AX5BI  HBY23FTZSS@TV: BNJ uob-b+e Copyright Complaint z b+miIIDon
- o9<copyright@viraldrm.com>



?i Copyright Managementf

- han  yob *or yobr reIDonDz. J e9e revieRed it and provided bpdateD+eloR.

**Request resolved**

- he content IIDed +eloR haD+een removed.

7ideoDin EbeDlon9

httpDl/RRR.yobb>e.com/RatchQxLMZxCF_NLl-Lx8

httpDl/RRR.yobb>e.com/RatchQxL+qI_xqLY2F2G

J e bDe a com+ination o=abbomated DxDemDand h bman revieRDto
proceDD removal reIEeDD.

uob may Ia_e_+ac_yobr claim o=copyright in+ingement at any time i=yob change
yobr mind.

8- he uob- b+e - eam

?ere iDthe inermation yob #lled in9

Copyright F Rner Wame )Company Wame i=applica+le'97iral PVM
uobr s til Hegal Wame )NiaDeDbDbrnameDor initialDnot accepted'9Michael
Clement

uobr - Itle or Yo+ 5oUtion JJ hat IJyobr authonty to ma e tnuUcompliantUJ9

Pigltal VightIDManager

NddreIDD

210 7 eaJ eY P rive

ChilderDrbrgf NH3] 0: :

Bz

BDrrnameSCopyright Management

Amail NddreIDDcopyrightl@viraldrm.com

5 hone92[ 6826ik8k: k

BVHo=allegedly inringing video to +e removed9

httpDtRRR.yotb+e.com/RatchQuLMZxCFNU-Ly6

PeLDzi+e the Ror  allegedly inringed9My companyf organij ation or clientD video

∘ - Itle o=video9381&f - Ro z emi - rbc  DSloRn F ver F n7 ideo_Nmarillo
  - U .mp:
∘ z obrce o=video9NTpTZ60antA
∘ - ype o=video90ßemet video
∘ J here doeDthe content appearQ
- he content appearDin the targeted video =rom 09009/0 to 09009 0 9

httpDtRRR.yotb+e.com/RatchQuLMZxCFNU-Ly6KiL10

6appearDin ybbr Dbbrce video =rom 09009/6 to 09009/0 9

httpDtRRR.yotb+e.com/RatchQuLNTpTZ60antAKiL16

BVHo=allegedly inringing video to +e removed9

httpDtRRR.yotb+e.com/RatchQuL+gLxoLy7F2G

PeLDzi+e the Ror  allegedly inringed9My companyf organij ation or clientD video

∘ - Itle o=video9[ 8[ 0[20[1&  ?obDonf - , A treme slaDh slooding - hobDandD o=Dalled carDlitter the ?obDon Metro
∘ z obrce o=video90Ytg9+Poj mAA
∘ - ype o=video90ßemet video
∘ J here doeDthe content appearQ
- he content appearDin the targeted video =rom 09009/0 to 09009/2 9

httpDtRRR.yotb+e.com/RatchQuL+gLxoLy7F2&iL0

6appearDin ybbr Dbbrce video =rom 09009/0 to 09009/x 9

httpDtRRR.yotb+e.com/RatchQuLbYg9+Poj mAAKiL0

Cobntry Rhere copyright applieDDEz

QDate BWP AV 5 AWNH+ u F s 5 AVYBVu thal9

∘ Qam the oRnerf or an agent abthorij ed to act on +ehalfo=the oRner o=an e, clbDve right that IDallegedly inringed.
∘ Qhave a good =aith +elie=that the bDo o=the material in the manner complained o=IDnot abthorij ed +y the copyright oRnerf itDagentf or the laR, and
∘ - hiDnoti=cation IDaccbrate.
∘ Qic noRledge that bnder z ection [ 12]f o=the PMCN any perf Don Rho noRingly materially miDepreDentDthat material or activity iDinringing

Fn Wov 13, 2023 copyright@viraldrm.com Rrote9

?ellof
s or thiDin 9Sla e SroRn iDthe copyright oRner 8http:DiFRRR.yoitbve.com/RatchQuLMZxCFNU-LyB
s or thiDin 9Srandon Clement iDthe copyright oRner 8http:DiFRRR.yoitb+e.com/RatchQuL+gl_xoLy7F2G

Nttached are the agreementiDDating Re are aithori
 jd to manage the rightiDor their videoD.
-han  yobf

Fn z bnf Wov 12, 2023 at 28:07NM uob-b+e Copyright <yoitb+e8LiDbbbiD11_olao_Liae2a0k@google.com> Rrote9



?1 Copyright Managementf

-han  yob +or yobr removal reEbeD. J elve reveiRed yobr reEbeD and need
Dome more inermation +rom yob +e+ore Re can proceed. SieaDe read the entire
email carefolly +or a complete bpdate o+each videoDDatbD.

Weed more ine Nction needed

Qi order to remove the content in EbeDior+ Re mtD con+rm that yob are the
copyright oRner or the copyright oRnerDaithori
 jed represDentative. Qyob are
acting aDan aithori
 jed represDentative+ pleaDe let bD  noR, s or each BV+f
pleaDe identify the copyright oRner yob are repreDenting.

uob may la_e +ac_ yobr claim o+copyright inringement at any time i+yob change
yobr mind.

8- he uob-b+e - eam

?ere iDthe inermation yob #iled in9

  • Copyright F Rner Wame )Company Wame i+applica+le 9? iral P VM
  • uobr s tiI Hegal Wame )NiaiDeD bDbramameDor initialDnot accepted 9
    Michael Clement
  • uobr - iIte or Yo+ 5 oDtion )J hat iDyobr aithority to ma  e thiDcomplaintQ9
    PigitalVightDManager
  • NxdrleDD
      ○ 210 7 eaj ey Prive
      ○ ChilderD+brgf NH3[ 0: :
      ○ Bx
  • BiDramameDCopyright Management

may +e D+rect to lia+ility +or damageD.
  ○ QorderDand that a+bDp o+thiDtool Rill reDit in termination o+my uob- b+e
    channel.

Nbthorj ed z igraibre9Michael Clement

?elp Center • Amail F ptionD

uob received thiDemail to provide inermation and bpdateDarobnd yobr
uob-b+e channel or accobnt.



© 2021 I oogle HC d/+/a uob-b+ef &01 Cherry Nvel z an Srbnof CN & 066

- Amail Nddre:DD:copyright@viraldm.com
- 5 hone:92[ 6826k8k k: k

- BVH o:allegedly inringing video to +e removed9
  http:DJ/RRR:yotib+e.com/RatchQuL:MZ:vCF NU-L v/8
- PeiDzr+e the Ror  allegedly inringed9My company/ organji ation or clientD video_
  - :lfle o=video9338:38.8/ - Ro z emi - rbc  DSloRn F ver F n 7 ideo_
    Nmarilto - U :mp:
    - z o:brce o=video9NT pT Z60antA
    - ype o=video9:8emet video
    - J here doeDthe content appearD
    - he content appearDin the targeted video =rom 090/09:0 to 090/09 9
      http:DJ/RRR:yotib+e.com/RatchQuL:MZ:vCF NU-L v/8KL10
      6appearDin yobr Dbrce video =rom 090/09:6 to 090/08:0 9
      http:DJ/RRR:yotib+e.com/RatchQuLNT pT Z60antA:KL16

- BVH o:allegedly inringing video to +e removed9
  http:DJ/RRR:yotib+e.com/RatchQuL:+gl  xoL y2 F 2G
- PeiDzr+e the Ror  allegedly inringed9My company/ organji ation or clientD video
  - :lfle o=video9[ 8!08201& ? obDonrf-:, A, treme slaDh s boding
    - hobDrndDo=Dailed carDllter the ? obDon Metro
    - z o:brce o=video9:0hjg9:P oj mAA
    - ype o=video9:8emet video
    - J here doeDthe content appearD
    - he content appearDin the targeted video =rom 090/09:0 to 090/09:2 9
      http:DJ/RRR:yotib+e.com/RatchQuL:+gl  xoL y2 F 2[&LL0
      6appearDin yobr Dbrce video =rom 090/09:0 to 090/09:x: 9
      http:DJ/RRR:yotib+e.com/RatchQuL:bYg:P oj mAAKLL0

- Cobntry Rhere copyright applieDDEEz
- 6Date BVP AV 5 AVWNH+ u F s  5 AVY9BV u that9
  - 6am the oRnerf or an agent abthonj ed to act on +ehal/o=the oRner
    o=an e, cbDve right that IDallegedly inringed.
  - 6aave a good =aith +elie=that the tbDo =the material in the manner
    complained o=iDnot abthonj ed +y the copyright oRnerf itDagentf or
    the laR, and
  - hiDnotification IDaccbrate.
  - 6ac noRledge that bnder z ection [ 12)/± o=the PMCN any perDon
    Rho  noRingly materially mlDrepreDentDthat material or activity iD
    inringing may +e D:+ject to lia+ilty or damageD.
  - 6pnderiDand that a +tDo =thiDtool Rill reiDkt in termination o=my
    uob-+re channel.
- Nbthonj ed z jgnabtbre9Michael Clement

?elp Center • Amail F iptionD

uob received thiDemail to provide inrermation and bpdateDarobnd yobr
uob-+re channel or accobnt.



© 2021  L oogle H-C d/+/a uob- b+ef 801 Cherry Nwef z an S bnof CN k: 066

 YouTube

## Copyright Infringement Notification Confirmation

- han  yob •er yobr D+miDon. 6iDbnder reveR to enDre it iDvalid and indcbeDall reExtred elementD J e Rill reply to thiDemail Rhen ReQe ta en action on yobr reEbeD. uob can allD chec  on the DattDo+yobr ta  edoRn reEbeD. in the Nemoval reEbeDDat Rhich iDebrand in the Copyright Daction o= yobr channel.

?ere iDthe inermation yob +iled in9

- Copyright F Rner Name )Company Name i=applica+le'97iraI PVM
- uobr s till Hegal Name )NilaDaD bDamame Dor initialDnot accepted'9
  Michael Clement
- uobr ~ille or Yo+ 5oDtion )J hat iDyobr athority to ma e thDcomplaintD9
  Pigital VightDManager
- NddreD9
  ○ 210 7 eaj ey P rive
  ○ ChilderO+brgf NH3[ 0: :
  ○ Bz
- BDamame9Copyright Management
- Amail NddreD9copyright@viraldrm.com
- 5 hone92[ 6Q26ik8k: k

- BVHo=allegedly in+ringing video to +e removed9
  http://RRR.yobtb+e.com/RatchQ/LMZxCF NL+ Ly6
- PeiDzri+e the Ror   allegedly in+ringed9My companyf organji ation or clientD video
  ○ ~itle o=video9338l8f - Ro z emi - rbc  DSibrRn F ver F n 7 ideo_
    Nrratilo - U .mp;
  ○ z obrce o=video9NT p T Z60antA
  ○ ~ype o=video9Q9emet video
  ○ J here doeDthe content appearQ
  ○ ~he content appearDin the targeted video =rom 09/09/0 to 09/09/0 9
    http://RRR.yobtb+e.com/RatchQ/LMZxCF NL+ Ly6/AKLl0
    6appearDin yobr Dobroe video =rom 09/09/6 to 09/09/0 9
    http://RRR.yobtb+e.com/RatchQ/LNT p T Z60antAKlL16

- BVHo=allegedly in+ringing video to +e removed9
  http://RRR.yobtb+e.com/RatchQ/L+pl_xol_yZ F2G
- PeiDzri+e the Ror   allegedly in+ringed9My companyf organji ation or clientD video
  ○ ~itle o=video9[ 8f 08201 8 7 obDDonf- , A  treme siaiDn s toding
  ○ - hobDrxdDo=Dalled carDitter the ? obDDon Metro
  ○ z obrce o=video9bYg9f P oj mAA
  ○ ~ype o=video9Q9emet video
  ○ J here doeDthe content appearQ
  ○ ~he content appearDin the targeted video =rom 09/09/0 to 09/09/2 9
    http://RRR.yobtb+e.com/RatchQ/L+pl_xol_yZ F2 8lL0
    6appearDin yobr Dobroe video =rom 09/09/0 to 09/09/x 9
    http://RRR.yobtb+e.com/RatchQ/LbYg9f P oj mAAKLL0

- Cobntry Rhere copyright applieDDBz
- 6Date BVP AV 5 AVNH+ u F s  5 AVYBVu thati9
  ○ 6am the oRnef or an agent abthorij ed to act on +ehal=o=the oRner

o=an e, dbⅮwe right that ⅠⅮallegedly in=inged.

○ Ⓗave a good ⁻aith ⁻elie⁻that the ⁻Ⅾb o=the material in the manner complained o=iⅮnot atithonj ed ⁻y the copyright oⅮneⁿ ⅠiⅮagenⁿ or the laⅰⅬ and

○ - hiⅮnotification ⅠⅮaccbrate.

○ Ⓖⅰc noⁿledge that ⁻nder z ection⌊ 12⌋⁻ o=the ⅮMCN any pe=Ⅾn Ⓡho  noⅬingly materialy miⅮepreⅮentⅮthat material or activity iⅮ in=inging may ⁻e Ⅾ=⁻ect to lia⁻ility ⁻or damageⅮ.

○ ⓄrderⅮand that a⁻tⅮb o=thⅮⅮtool Ⅾili reⅮⅮt in termination o=my uob- b=e channel.

• Ⓝithonj ed z ⌊gnatⁿe⌋Michael Clement

8- he uob- b=e - eam

?elp Center • Ⅾmail ⅠF ptionⅮ

uob received thiⅮemail to provide ⌊re=mation and bpdateⅮaround yobr uob- b=e channel or accobnt.

▸ YouTube

© 2021 ⅠⅬoogle ⅠⅬⅬC. di=⁻a uob- b=eⁿ 801 Cherry Nvei z an Stbnoⁿ CN & 066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 8:26:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [OCXULJUBE6TLLBC6KLDVESJOI] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1cq8p6tibdgqw07@google.com>
Date: Sun, Nov 12, 2023 at 5:31 AM
Subject: [OCXULJUBE6TLLBC6KLDVESJOI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=IbTn_4UA_DY

https://www.youtube.com/watch?v=s2HowmCP_yA

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=IbTn_4UA_DY

Describe the work allegedly infringed: My company, organization or client's video

- Title of video: IDALIA MEGA STORM SURGE with Hurricane hammering Cedar Key, Florida
- Source of video: P_gG-dtvKWg
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:05:08 to 0:05:14 :
  https://www.youtube.com/watch?v=IbTn_4UA_DY&t=308
  It appears in your source video from 0:09:16 to 0:10:40 :
  https://www.youtube.com/watch?v=P_gG-dtvKWg&t=556

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=s2HowmCPyuA

Describe the work allegedly infringed: My company, organization or client's video

- Title of video: THE ULTIMATE TORNADO UP CLOSE - Divine Tornado Conception 4K
- Source of video: Gfr8MExtDYI
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:03 :
  https://www.youtube.com/watch?v=s2HowmCPyuA&t=0
  It appears in your source video from 0:04:11 to 0:04:14 :
  https://www.youtube.com/watch?v=Gfr8MExtDYI&t=251

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing

may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@vraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=lbTn_4UA_DY
For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=s2HowmCPvuA

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 2:17 AM YouTube Copyright <youtube-disputes+1cq8fo6fbdqow07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info: Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management

- Email Address: copyright@viraldmn.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lbTn_4UA_DY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: IDALIA MEGA STORM SURGE with Hurricane hammering Cedar Key, Florida
  - Source of video: P_qG-dtwKWg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:08 to 0:05:14 :
    https://www.youtube.com/watch?v=lbTn_4UA_DY&t=308
    It appears in your source video from 0:09:16 to 0:10:40 :
    https://www.youtube.com/watch?v=P_qG-dtwKWg&t=556

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=s2HowmCPyuA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: THE ULTIMATE TORNADO UP CLOSE - Divine Tornado Conception 4K
  - Source of video: Gfr8MExDYI
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:03 :
    https://www.youtube.com/watch?v=s2HowmCPyuA&t=0
    It appears in your source video from 0:04:11 to 0:04:14 :
    https://www.youtube.com/watch?v=Gfr8MExDYI&t=251

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=IbTn_4UA_DY
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: IDALIA MEGA STORM SURGE with Hurricane hammering Cedar Key, Florida
  ○ Source of video: P_gG-dtxKWg
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:05:08 to 0:05:14 : https://www.youtube.com/watch?v=IbTn_4UA_DY&t=308
    It appears in your source video from 0:09:16 to 0:10:40 : https://www.youtube.com/watch?v=P_gG-dtxKWg&t=556

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=s2HowmCPwA
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: THE ULTIMATE TORNADO UP CLOSE - Divine Tornado Conception 4K
  ○ Source of video: Gfr8MExdDYI
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:03 : https://www.youtube.com/watch?v=s2HowmCPwA&t=0
    It appears in your source video from 0:04:11 to 0:04:14 : https://www.youtube.com/watch?v=Gfr8MExdDYI&t=251

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner

of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: IbTn_4UA_DY, s2HowmCPyuA

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:46:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [PGKU6GXT5I7JNO4ID7S4YHEJMA] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1uru2bhor9p7907@google.com>
Date: Thu, Nov 16, 2023 at 9:11 AM
Subject: [PGKU6GXT5I7JNO4ID7S4YHEJMA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=IPoxMMVLCNE

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager

Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@xraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=iPdxMMVLCNE
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: TERRIFYING TORNADO EXPERIENCE - May 23, 2022
○ Source of video: MFT3i23IN0A
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:00:52 to 0:01:03 :
https://www.youtube.com/watch?v=iPdxMMVLCNE&t=52
It appears in your source video from 0:01:02 to 0:01:09 :
https://www.youtube.com/watch?v=MFT3i23IN0A&t=62

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@xraldrm.com wrote:
Hello,
For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=iPdxMMVLCNE
Attached are the agreements stating we are authorized to manage the rights for their videos.

Thank you,

On Wed, Nov 15, 2023 at 10:38 PM YouTube Copyright <youtube-disputes+1uru2bhor9q7907@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info: Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iPdxMMVLCNE
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: TERRIFYING TORNADO EXPERIENCE - May 23, 2022
  ○ Source of video: MFT3i23IN0A
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:00:52 to 0:01:03 : https://www.youtube.com/watch?v=iPdxMMVLCNE&t=52
    It appears in your source video from 0:01:02 to 0:01:09 : https://www.youtube.com/watch?v=MFT3i23IN0A&t=62

- Country where copyright applies: US
- I state: UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or

On Nov 15, 2023 YouTube Copyright

 

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iPdxMMVLCNE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: TERRIFYING TORNADO EXPERIENCE - May 23, 2022
  ○ Source of video: MFT3i23IN0A
  ○ Type of video: Internet video
  ○ Where does the content appear?
  The content appears in the targeted video from 0:00:52 to 0:01:03 : https://www.youtube.com/watch?v=iPdxMMVLCNE&t=52

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- Authorized Signature: Michael Clement
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ This notification is accurate.
  the law, and

It appears in your source video from 0:01:02 to 0:01:09 :
https://www.youtube.com/watch?v=MFT3i23lN0A&t=62

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: jPdxMMVLCNE

**From:** Copyright Management <copyright@vl chading.com>
**Sent:** 11/16/2023 11:24:27 PM
**To:** ViraTRs M <vira瓜rm@dripⅡv.com>
**Subject:** [ vF- 앉W WUMSRBⅠ 6EZ's Y6HETΖZB2Yubo-+-9e Copyright CompⅡaint S- 9middon

ᴴᴴᴴᴴᴴᴴⅩ[ ᴏrv arFeF meddage ᴴᴴᴴᴴᴴᴴⅩ
[ rom: **YouTube Copyright** <yo-t-9eFⅵdo-ted50p+F7dⅡⅠ_9N401_@googⅡ.com>
Rate: +-e8 ᴏwⅠA읺2023 at 3:4ᴺYM
S- 9ect: 앉W WUMSRBⅠ 6EZ's Y6HETΖZB2Yubo-+-9e Copyright CompⅡaint S- 9middon
+o: <copyright@vⅠchading.com>



ᵀ i q 7Chading8

+ham F- yo- ᴺr yo- removeDeL- edt. q eᙾe revieᵥ eF it anF provⅢFeF- pFated
9e쪼ᵥ.

---

**Request resolved**

+he content 쪼teF 9e쪼ᵥ had 9een removeF.

ViFeod in L-edtion:

http://vⅴᵥ.yo-t-9e.com/ᵥatchOᴕ6S6YUⅠV67Mⅼc

q e-de a comⅢnation oᴺt-tomateF dydtemd anF ᴴh-man revieⱴ d to
proceⅆ removeDeL- edtd.

---

bo- may 쪼e낙 9aᴄt yo- r ᴄⅢim oᴺdopyright inⅢngement at any time iᴺyo- charge
yo- r minF.

k+he bo- +-9e +eam

---

ᴵ ere id the inⱮrmation yo- ᴺ쪼F in:

Copyright Bᴠ ner   ame (Company  ame iNⱭppⅢa9Ⅲ): q ⅠChading
bo- r [ - ⅢⅢegaD   ame (Y쪼ksd8- demamed or initia쪼 not accepteF): MichaeD
C쪼ment
bo- r +Ⅲ쪼 or 낙09 PodⅢion (q hat id yo- r a-thority to ma낙e thid compⅢaintⱭ):

tsvner

YFFredt

1317 CarrolᴅRr

+erry6MS 3411 0

] S

] demame: q ?Chading

zmailᴅYFFredt copyright@yJ.chading.com

Phone: 6012603110

] s J oNatᴅgeFᴉ] inᴇnging wiFeo to 9e removeF:

httpd//v.v v.yo-t-9e.com/v.atchQxGS6YUᴉ_V67Mfc

Redcrᴉ9e the v or= aᴉᴇgeFᴉ] inᴇ]ngeF: My company/&organi° ation or clᴉentᴉ

wiFeo

  ○ +itᴉᴅ oNwiFeo: 7k7k201, Jeiᴉani z dtated8Mt Uiᴉᴅᴅeavoᴅanoᴇer-·pdᴅᴅave

    ᴅv·d dhot Nbm Frone A°

  ○ So-rce oNwiFeo: PYU-eᴇR, - 00

  ○ +ype oNwiFeo: 7temet wiFeo

  ○ q here Feed the content appearᴅ

  +he content appeard in the targeteF wiFeo Nbm 0:22:A6 to 0:22:70 :

  httpd//v.v v.yo-t-9e.com/v.atchQxGS6YUᴉ_V67Mfcx tGt 366

  T appeard in yo-·rdo-·rce wiFeo Nbm 0:00:22 to 0:00:30 :

  httpd//v.v v.yo-t-9e.com/v.atchQxGPYU-eᴇR_-00x tG22

Co=ntry v here copyright appliedᴅt ] S

Tᴅtdate ]  Rz s Pz  YJ+b Bᴉ Pz sᴅZᴉ s b that:

  ○ Tam the ov·nerᴅor an agent a·thori° eF to act on 9ehatᴉᴅoNthe ov·ner oNᴅn

    el cᴅᴅive right that id aᴉᴉᴇgeFᴉ] inᴇᴉngeF.

  ○ Thave a gooF Nᴉith 9eᴉieN that the -·de oNthe materiaᴉᴅn the manner

    compᴉaineF oNtd not a-·thori° eF 9y the copyright ov·nerᴅid agentᴉor the

    ᴉav; anF

  ○ +hid noNfication id acc-·rate.

  ○ Tac=mov ᴅFge that -·nFer Section 712(NoNthe RMCY any perdon v ho

    =rov ing ᴉᴅ] materiaᴉᴅᴅ midrepredentᴅ that materiaᴉᴅor activity id inᴇᴉnging

    may 9e d-·9ect to ᴉaᴅiᴉity Nor Famaged.

  ○ T-nFerdtanF that a9-·de oNtᴉid tooᴅv ᴉᴉᴅed-ᴉᴅin termination oNmy bo-+-9e

    channeᴅ

Y-·thori° eF Signat-re: Michaeᴅᴅᴅᴉᴅᴇment

' eᴅD Center · zmailᴅᴅᴅptiond

bo-·receiveF thid emailᴅᴅo prowiFe inᴇrmation anF=·pFᴇated aro-nF· yo-r

bo-+-9e channeᴅᴅor acco-nt.

▲ YouTube

© 2021 Wbog@ JJC F9/9a bo-+-9e8401 Cherry Yᴇe8San Er- no8CY 4A066



# YouTube

## Copyright Infringement Notification Confirmation

+han+-yo- Nd+-yo- r d-9middion. T id - nF er rewev  to end+-re it id vad F anF
incðFed aðDeL - ireF e@mentd, q  e viðDepD to thid emaiDvhen ve ýXe ta+en
action on yo-r reL- edt. bo-  can aðDo chec= on the dtat-d oNyo-r ta=eFov n
reL- edt in the &-removeDeL - editð3a9 v hich id Nd-nF in the Copyright ðection oN
yo-r channeD

ˆ ere id the inNdrmation yo-  Nð F in:

- Copyright Bv ner   ame (Company   ame INapplðza9Dð): q ] Chading
- bo- r [ -ð DlegaD  ame ( Yðdedð8-demamed or initiaðl not accepleF):
  MichaeLðDðment
- bo- r +ilðD or 2o9 Podition (q hat id yo- r a-thority to ma+e thid complðaintð):
  Bv ner
- YFFredt:
  - 1317 CarroLðDRr
  - +erry@MS 34110
  - ○ ] S
- ] dername: q ?Chading
- z maiDYFFredt: copyright@vi.Lchading.com
- Phone: 6012603110

- ] s J oNaðDageFD inNringing viFeo to 9e removeF:
  httpdÐ//v v v yo-t-9e.com/v atchOaðS6YUj V67Mtc
- Redcri9e the v v a-aðDageFD inNringeF: My companyðorganiˆ ation or clðientð
  viFeo
  - +ilðD oNviFeo: 7d7ð201, JeiðDni z dated8Mt UiðD-ea voðDano er-ptð8
    ðve Nðv d ihot Nðm Fronte A¬-
    - So-r ce oNviFeo: PYU-ðR-00
    - ○ type oNviFeo: ˆitemet viFeo
  - q here Fixed the content appearQ
    - +he content appeard in the targeteF viFeo Nðm 0:22:46 to 0:22:70 :
    httpdÐ//v v v yo-t-9e.com/v atchOaðS6YUj V67Mtcx1Gl 366
    Tappeard in yo-r d0- rce viFeo Nðm 0:00:22 to 0:00:30 :
    httpdÐ//v v v yo-t-9e.com/v atchOaðPYU-eR - 00x1G22

- Co-ntry v here copyright appldðed:] S
- Tðdate]  Rz s Pz  YJ+b B[  Pz s Zj  s b that:
  - Tam the ov ner ðor an agent a- thorið eF to act on 9ehalðDoNthe ov ner
    oNen el cðDiwe right that id aðDageFD inNringeF.
  - Thave a goo F Naith 9eðDNthat the -de oNthe materiaðDn the manner
    complðaineF oNd not a-thorið eF 9y the copyright ov ner ðitd agent ðor
    the ðlav; anF
  - +hid notðDicationid acc- rate.
  - Tac-nov ðlFge that - nF er Section 712 ðNoNthe RMCY any perðon
    v ho -nov ingðDy materiaðDy midrepreðentd that materiaðDor activity id
    inNringing may 9e d-9ect to ðDia9iðDy Ndr Fama9ed.
  - T- nF erðtanF that a9-de oNðhid tooðDy iðDeed-Dln termination oNny
    bo-+- 9e channeD

- Y-thorið eF Signat-re: MichaeLðDðment

k+he bo-+-9e +eam

'eⅅ Center' • z maiⅅptiond

bo·- receiveF thid emaiⅅo prowFe inNrmation anF - pFated aro·- nF· yo·- r
bo·- +- 9e channeⅅbr acco·-nt.

▶ YouTube

© 2021 Vbogⅅ JJC F9l/a bo·+- 9e8401 Cherry Ywe8San Er·-no8CY 4A066

Bn  ow1382023 copyrighti@v.l.chafing.com v rote:

V/Feo Ⓡd: S6YU[ V67Mtc

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 5: 52 9 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d5Pl Xl PDW G7ESQl Z2YJ 7Ql GwwdTEobSb- e Copyright Complaint Qb- miRRon

++++++wors arded meRRgge +++++
wrom **YouTube C Copyright** <yobtb-_ed1Rbbter3 3_1R2114R2-_n t0Z@google.com>
V ate5Sbd4ov 16/02023 at 1084RM
Qb- ect5Pl Xl PDW G7ESQl Z2YJ 7Ql GwwdTEobSb- e Copyright Complaint Qb- miRRon
So5<copyright@viraldm.com>



] i Copyright ManagementA

Shan, yob **Nb**r yobr removal ref beR' · eqe revies ed it and provided bpdateR
- elos .

### Request resolved

She content iiRed - elos  haR- een removed.

PideoRin f beRion5

http://R/s s s_yobtb-_e.com/s atcH?v=1f 8'_2KHOn00

' e bRe a com- ination oNbtomated RyRemRand hbman revies Rto
proceRR removal ref beRR

Eob may la_e _ac._yobr claim oNbcopyright inMingement at any time iNyob charge
yobr mind.

+She EobSb- e Seam

] ere iRthe inMormation yob Niled in5

Copyright Os ner Hame iNapplica- le]5Pirai V DM
EobrMdil Wegal Hame (YllaRaPbRemameRor initialRnot accepted]5Michael
Clement
Eobr Siltie or 7o- 9oRRion (' hat iRyobr abthority to ma, e thRcomplaint?)5

v igiar uigmx manager
Y ddreFR5
210 PeaKey V rive
ChiderR brgAYW340[ [
L Q
L Rename5Copyright Management
I mail YddreFRcopyright@viraldrm.com
9 hone5246 e262 ZZ[ Z

L DWoNallegedly inRinging video to - e removed5
httpR5ls s s_yotb-e.com/s atch?v=1f.8'_2KKOn00
VeRri- e the s or, allegedly inRingedSMy company/organiRation or clientR
video

○ Sitle oNideo506 e24 e2021 '_ averly/UQ +Wghtning Qtri, eRPehide
○ Qobrce oNideo5SY' k=&ctJ x
○ Sype oNideo5iternet video
○ ' here doeRthe content appear?
   She content appearRin the targeted video Ntom 0J/33/Z to 03[ /5[0 5
   httpR5ls s s_yotb-e.com/s atch?v=1f.8'_2KKOn00_t=1xZ
   u appearRin yobr Robroe video Ntom 03[/0/5x to 03[/0/54 5
   httpR5ls s s_yotb-e.com/s atch?v=SY' k=&ctJ x_t=x

Cobtrity s here copyright applieRL Q
uRate L HV/ I D 9 I HYW5E Ow 9 I D7L DE thaI5
○ uam the os ner/Aor an agent abthoriRed to act on - ehalNoNthe os ner oNain
   e; cibRive right that I Rallegedly inRinged.
○ uhave a good Naith - elieNthat the bRe oNthe material in the manner
   complained oNR not abthoriRed - y the copyright os ner/AtRagent/Aor the
   las + and
○ ShiRnotiNication iRaccbrate.
○ uac, nos ledge that bnder Qection 412[jNoNthe VMICY any perRon s ho
   , nos ingly materially miRepreRentRthat material or activity iRinRinging
   may - e Rb- ect to lia- ility Nar damageR
○ ubnderRand that a- bRe oNthiRtool s ill reRbit in termination oNmy EobSb- e
   channel.

Ybbr horiNed Qgnatbre5Michael Clement

] elp Center @ mail OptionR

Eob received thiRemail to provide inNarmation and bpdateRarobnd yobr
EobSb-e channel or accobnt.

YouTube

B 2021 J oogle VWIC dl- /a EobSb- eA 01 Cherry Yve/AQan &tbno/ACY : [ 066

On Hov 14 2023 EobSb- e Copyright



# Copyright Infringement Notification Confirmation

Shan, yob Nar yobr Rb- miffRon, a iRztnder reves to enfore it iRvaid and indobeRal ref bired elementR ' e sill reply to thiRemail s hen s exe ta, en action on yobr ref beR. Eob can alfRo chec, on the RatteRoNyobr ta, edos n ref beR in the Removal ref beRRzta_ s hich iRNbnd in the Copyright Rection oN yobr channel.

] ere iRthe inNrmation yob Nled in5

- Copyright Os ner Hame (Company Hame iNapplica- le)5Piral V DM
- Eobr Wegal Hame (YtiaReRoRerameRor initialRnot accepted)5 Michael Clement
- Eobr Sitle or 7o-' 9oRtion (' hat iRyobr abthority to ma, e thiRcomplaint?)5 Viglial DightRManager
- YddreRR5
  - 210 PeaRey V rive
  - ChilderR brgAYV340[ [
  - LQ
- L Rername5Copyright Management
- I mail YddreRRcopyright@viraldm.com
- 9Tone5246-262-ZZ[ Z

- L DWoNallegedly inMringing video to - e removed5 httpRVis s s_yobtb- e.com/s atch7v=1f 8'_2MKOn00 httpRVis s s_yobtb- e.com/s atch7v=1f 8'_2MKOn00
- VeRcri- e the s cr, allegedly inMnged5My company/organiRation or clientR video
  - Sitle oNvideo506/624/6021'_axerty/ALQ +Wghtning Qtri, eRP ehicle
  - Qobrce oNideo5SY' Kv&cd] x
  - Sype oNideo5atemet video
  - ' here doeRthe content appear?
  - She content appearRin the targeted video Mom 0503BZ to 05[[ a0 5 httpRVis s s_yobtb- e.com/s atch7v=1f 8'_2MKOn00_ t=1xZ tt appearRin yobr Rbbroe video Mom 0505Bx to 0500584 5 httpRVis s s_yobtb- e.com/s atch7v=SY' Kv&cd] x_ t=x

- Cobntry s here copyright applieRRLQ
- uRate LHVI D 9 I HYVEE Ow 9 I D7LDE that5
  - uam the os ner/or an agent abthoriKed to act on - ehalNoNthe os ner oNthe e; cibRve right that iRallegedly inMnged.
  - uhave a good Nabth - elieNthat the bRe oNthe material in the manner complained oNRnot abthoriKed - y the copyright os ner/AitRagent/Aor the las • and
  - ShiRnotiNcation iRaccbrate.
  - uac, nos ledge that bnder Qection 412(NoNthe VMCY any perRon s ho_ nos ingly materially miRrepreRentRthat material or activity iR inMnging may - e Rb- ect to lia- ility Nor damageR
  - UnderRtand that a- bRe oNRiRtool s ill reRRlt in termination oNmy EobSS• e channel.
- YbthoriKed Qignatbre5Michael Clement

+She EobSb- e Seam

] elp Center Q mail OptionR

Eob received thiRemail to provide in№rmation and bpdateRaroбnd yobr
EobSb- e channel or accobnt.

YouTube

B 2021 Joogle VMC dd-/a EobSb-eA_01 Cherry Yve/Qan.&bnoACY- i1066

On Hov 14А2023 copyright@iraldrm.com s role5

Pideo Ь/F5If 8'   2KOn00

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:14:17 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RO7OCKi₩OMMI 3UVSTB4E43EUZYH₭o] u] be Copyright Complaint - ] bmission

‑‑‑‑‑‑‑Forwarded message ‑‑‑‑‑‑
From: **YouTube Copyright** <yo] t] bedisp] tes916] m3₭ 5w1s 504@google.com>
Date: ‑ ] nₐSov 12₩2023 at 2:27₽M
‑ ] b ect: [RO7OCKi₩OMMI 3UVSTB4E43EUZYH₭o] u] be Copyright Complaint - ] bmission
uo: <copyright@viraldrm.com>



] i Copyright Management₦

uhanₐyo] for yo] r response.

] e₦e removed some ok₮he videos in yo] r no₮ification. Please read the entire email care₭] ly for a complete ] pdate ok₭each video₦s sta₮] s.

**Request ] ec₮ine₭**

] e received a co] n₮er no₮ification ₮rom the ] ploader ok₮he video₦ s₭is₮ed below in response to a previo] s no₮ification yo] s] bmi₮ted regarding this material.

Yₐs we stated when we provided yo] with the co] n₮er no₮ification₦yo] were given 10 days to provide ] s with evidence that yo] had ₭iled an action see₭ing a co] r₮ order against the co] n₮er no₮ik₮er to restrain the allegedly ink₮inging activity.

uhat time has e?pired and the appropriate co] rse ok₮action₦ho] ld yo] wish to p] rs] e the matter₭ ₮her₦is to do so directly with the ] ser. j e are ] nable to provide ₭] rther assistance.

Videos in ₌] estion:

https://www.yo] t] be.com₮watch₭v?₮jU- ₭UdrOKₒG

☐ Video ' ₮n₮emet video₌

uitle okyo] r video: ) Yj   •ÐREPPŞO uornado Drone Footage - hows
Tansas uown Oet Ripped Ypart

Content Koj rd in 0:00:00 to 0:00:2Q

uo learn more abo] t copyright▼go to Koj uj be.& Copyright Center. Kyo] still
thirÅ this copyright removal re=] est is valid▼yo] may appeal this decision.
Beam more abo] t yoj r resoJ tion options.

---

**Request resodel**

uhe content listed below has been removed.

Videos in =] estion:

https://www.yoj t] be.com/watch\_vXW∆r O44z 4g7\_ o

j e J se a combination okaJ tomated systems and h] man reviews to
process removal re=J ests.

---

Koj may taAe bacÂ yoj r claim okcopyright inkingment at any time ikyoj change
yoj r mind.

+uhe Koj uj be ueam

---

I ere is the inkormation yoj killed in:

Copyright Ewner Same 'Company Same ikapplicableq Viral DRM
Koj r F] ll Begal Same 'YliasesNj sernames or initials not acceptedq Michael
Clement
Koj r uitle or j ob Position 'j hat is yoj r a] thority to maAe this complaintLq
Digital Rights Manager
Yddress:
210 Vea, ey Drive
Childersbj rgN∆B 370QQ
Z-
Zsername: Copyright Management
Gmail Yddress: copyright@viraldrm.com
Phone: 276∆264 444Q∆

ZRB okallegedly inkringing video to be removed:
https://www.yoj t] be.com/watch\_vXW∆r O44z 4g7\_ o
Describe the worÅ allegedly inkinged: My company▲ organi, aton or clients
video

- o  uitle okvideo: ) Yj  ↑J×tc↑r↑(SU uomato Urone r-oonage - nows  I arsas
  uown Oet Ripped Ypart
  - o  - o] rce okvideo: l?dFh&rKMgM
  - o  uype okvideo: (rternet video
  - o  j  here does the content appearL
    uhe content appears in the targeted video lkrom 0:00:00 to 0:00:2Q:
    https://www.yo] t.] be.com/watchL_vWt_O4l-z_4gi7_ox tX0
    (t appears in yo] [ rso] rce video lkrom 0:00:02 to 0:00:10 :
    https://www.yo] t.] be.com/watchL_vXt3cFh&rKMgMx tX2

ZRB.okallegedly inlringing video to be removed:
https://www.yo] t.] be.com/watchL_vXt_U-_KdJrfQKlG
Describe the worA allegedly inlringed: My companyAorgani_ation or clienls
video

- o  uitle okvideo: ) Yj  ↑DREPP(SO uomato Drone Footage - hows Tarsas
  uown Oet Ripped Ypart
  - o  - o] rce okvideo: l?dFh&rKMgM
  - o  uype okvideo: (rternet video
  - o  j  here does the content appearL
    uhe content appears in the targeted video lkrom 0:00:00 to 0:00:2Q:
    https://www.yo] t.] be.com/watchL_vXj U-_KdJrfQKlG× tX0
    (t appears in yo] [ rso] rce video lkrom 0:00:00 to 0:00:2Q:
    https://www.yo] t.] be.com/watchL_vXt3cFh&rKMgMx tX0

Co] nfry where copyright applies: Z-
(state ZSDGR PGSYBuK EF PGR] ZRK that:

  - o  (am the ownerNor an agent a] thori_ed to act on behalkokthe owner okan
    e7o] sive right that is allegedly inlringed.
  - o  ( have a good kaith beliekthat the ] se okthe material in the manner
    complained okis not a] thori_ed by the copyright owneNits agentNor the
    law; and
  - o  uhis nolification is acc] rate.
  - o  (acoAnowledge that ] nder – ection 7 12'kpokthe DMCY any person who
    Anowingly materially misrepresents that material or activity is inlringing
    may be s] b ect to liability for damages.
  - o  ( ] nderstand that ab] se okthis tool will res] lt in termination okmy Ko] u] be
    channel.

Y] thori_ ed - ignal] re: Michael Clement

I elp Center • Gmail E pltons

Ko] received this email to provide inkrormation and ] pdates aro] nd yo] r
Ko] u] be channel or acco] nt.

 YouTube

© 2021 Ooogle BBC d/b/a Ko] u] beN601 Cherry YveeN an˄ r] noNCY 5CD66

I elloN

For this InA Reed uimmer is the copyright owner +https://www.yo] t] be.comwatch_vXW_O44z.4g7_o

For this InA Reed uimmer is the copyright owner +https://www.yo] t] be.comwatch_vXJ U- KUdrGklG

Yttached are the agreements stating we are a] thori, ed to manage the rights for their videos.

uhanA yo] N

Enj   edNSov 8N2023 at Q24ỹPM Ko] u] be Copyright <yo] t] be·t] isp] tes9 16] m3)t 5w1s_504@google.com> wrote:

 YouTube

I i Copyright ManagementN

uhanA yo] for yo] r removal re=] est. j elve reviewed yo] r re=] est and need some more information kom yo] before we can proceed. Please read the entire email care] ]ly for a complete ] pdate okeach videos stat] s.

Seed more info Y ction needed

(In order to remove the content in =] estionN we m] st con]irm that yo] are the copyright owner or the copyright owners a] thori, ed representative. I( yo] are acting as an a] thori, ed representativeN please le] ] s Anow. For each ZR]BN please identify the copyright owner yo] are representing.

Ko] may ta]e bacA yo] r claim okcopyright inkringement at any time kyo] change yo] r mind.

+uhe Ko] u] be ueam

I ere is the information yo] killed in:

- Copyright Ewner Same ' Company Same Ikapplicable] Viral DRM
- Ko] r F] I Begal Same `Yti asesN semames or initials not accepted]
- Michael Clement
- Ko] r tu]tle or Job Position `j  ]hat is yo] r a] thority to ma]e this complaintLq
- Digital Rights Manager
- Yddress:
  - 210 Vea, ey Drive
  - Childersb] rgN#B370CDQ
  - Z-
- Z sername: Copyright Management
- Gmail Yddress: copyright@viraldrm.com
- Phone: 276·264444Qt

- ZR]B okallegedly inkringing video to be removed:
  https://www.yo] t] be.comwatch_vXW_O44z.4g7_o
- Describe the worNallegedly inkringed: My companyNorgani, ation or clients video
  - u]le okvideo: ) Y]   4DREPP]SO uomado Drone Footage - hows
  - Tansais uowm Oet Ripped Ypart
  - o] rce okvideo: 7rdFNkoNM)gM
  - uype okvideo: internet video
  - j here does the content appearL
  - u]he content appears in the largest video kom 0:00:00 to 0:00:2Q:
  https://www.yo] t] be.comwatch_vXW_O44z.4g7_ox )X]
  t appears in yo] r so] rce video kom 0:00:02 to 0:00:10 :
  https://www.yo] t] be.comwatch_vX]rdFNkoNMgMx tX2

- ZR]B okallegedly inkringing video to be removed:
  https://www.yo] t] be.comwatch_vXJ U- KUdrGklG

- Describe the workallegedly inkinged: My companyNorgani_ation or clients video
  ○ utile okvideo: ] Y|  4DREPPSO uornado Drone Footage - hrws Tansas uovrn Oek Ripped Ypart
  ○ -o] rce okvideo: )7dFkloNMglM
  ○ uype okvideo: (htemet video
  ○ ] here does the content appeard.
  uhe content appears in the targeted video krom 0:00:00 to 0:00:2Q:
  https://www.yo] t] be.com/watch_vXU-_K(UrOKGx_bX0
  it appears in yo] r so] roe video krom 0:00:00 to 0:00:2Q:
  https://www.yo] t] be.com/watch_vXOdFh8oNMglMx bX0

- Co] ntry where copyright applies: Z-
- (state ZSDGR PGSYByuKEF PGR) ZRK that:
  ○ (am the ownerNor an agent a] thori_ed to act on behalkokthe owner okan e?o] sive right that is allegedly inkringed.
  ○ (have a good kaith beliekthat the ] se okthe material in the manner complained okis not a] thori_ed by the copyright ownerNts agentNor the law, and
  ○ uhis nolikication is acc] rate.
  ○ (acknowledge that ] nder – ection 712'kpokthe DMCY any person who knowingly materially misrepresents that material or activity is inkringing may be s] b] ect to liability kor damages.
  ○ (] nderstand that ab] se okthis tool will res] lt in termination okmy Ko] u] be channel.
- Y] thori_ed – ignat] re: Michael Clement

Lelp Center • Gmail E] itions

Ko] received this email to inkormation and ] pdates aro] nd yo] r
Ko] u] be channel or acco] nt.



© 2021 Qoogle BBC d/b/a Ko] u] beN601 Cherry'YveN-_an^_r] noNCY_5Q066

## Copyright Infringement Notification Confirmation

uhankAyo] kor yo] r s] bmission. (t is ] rder review to ens] re it is valid and ind] des all re=] ired elements. ] e will reply to this email when we uve ta?en action on yo] r re=] est. Ko] can also checAon the stat] s okyo] r ta?edown re=] est in the (Removal re=] es]sf tab) which is Ko] nd in the Copyright section ok yo] r channel.

] ere is the inkormation yo]  killed in:

- Copyright Evrner Same 'Company Same ikapplicableq Viral DRM
- Ko] r F] l Begal Same 'YlasesN surnames or initials not acceptedq Michael Clement
- Ko] r uitle or ] ob Position 'j hat is yo] r a] thority to ma?e this complaintLq Digiial Rights Manager

- Yddress:
  - ○ 210 Vea, ey Drive
  - ○ Childersb] rgN‖ B370CQ2
  - ○ Z-
- Zsername: Copyright Management
- Gmail Yddress: copyright@viraldrm.com
- Phone: 276°e6444Q4

- ZRB okallegedly inkringing video to be removed:
  https://www.yoj l] be.com/watch_vXW_O44z-4g7_o
- Describe the worAallegedly inkringed: My companyÑbrgani, ation or clients video
  - ○ utile okvideo: ) Yj  ←DREPPSO uorneado Drone Footage - hows
    Tansas uown Oel Ripped Ypart
  - ○ - o] rce okvideo: l?dFkkorKNgM
  - ○ uype okvideo: /nternet video
  - ○ j here does the content appearl,
    uhe content appears in the targeted video krom 0:00:00 to 0:00:2Q:
    https://www.yoj l] be.com/watch_vXW_O44z-4g7_ox_jX0
    (t appears in yoj r so] rce video krom 0:00:02 to 0:00:10 :
    https://www.yoj l] be.com/watch_vX?dFl-lkkorKMgMx1X2

- ZRB okallegedly inkringing video to be removed:
  https://www.yoj l] be.com/watch_vX1U-_KUdrQKG
- Describe the worAallegedly inkringed: My companyÑbrgani, ation or clients video
  - ○ utile okvideo: ) Yj  ←DREPPSO uorneado Drone Footage - hows
    Tansas uown Oel Ripped Ypart
  - ○ - o] rce okvideo: l?dFkkorKNgM
  - ○ uype okvideo: /nternet video
  - ○ j here does the content appearl,
    uhe content appears in the targeted video krom 0:00:00 to 0:00:2Q:
    https://www.yoj l] be.com/watch_vX1U-_KUdrQKGx_jX0
    (t appears in yoj r so] rce video krom 0:00:00 to 0:00:2Q:
    https://www.yoj l] be.com/watch_vX?dFl-lkkorKMgMx1X0

- Co] ntry where copyright applies: Z-
- (state ZSDQR PGSYBuKE F PGR) ZRK that:
  - ○ (am the ownerÑbr an agent] a] thori, ed to act on behalkokthe owner okan e?cl] sive right that is allegedly inkringed.
  - ○ (have a good kaith beliekthat the ] se okthe material in the manner complained okis not a] thori, ed by the copyright ownerÑits agentÑbr the law, and
  - ○ uhis notikication is acc] rate.
  - ○ (acAnowledge that ] nder - ection 7 12° kpokthe DMCY any person who Anowingly materially misrepresents that material or activity is inkringing may be s] b ect to liability kor damages.
    (] nderstand that ab] so okthis tool wil res] lt in termination okmy
  - Ko] u] be channel.

- Y] thori, ed - ignal] re: Michael Clement

+uhe Ko] u] be ueam

Ie] lp Center • Gmail E] ptions

Ko] received this email to provide inkormation and ] pdates aro] nd yo] r
Ko] u] be channel or acco] nt.

▲ YouTube

© 2021 Ooogle BBC db/a Ko) u] be/501 Cherry Yve N- an'. rl no\CY 5Q066

En Sov 4N2023 copyright@viraldrm.com wrote:

Video IDs: W& O44z 4g7  oN U- KJxtrQXG

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:39:21 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RITCXE2QNBVBJ4CRYtGX5QTTVE] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3raqwm8a6x7q0d7@google.com>
Date: Thu, Nov 16, 2023 at 7:47 AM
Subject: [RITCXE2QNBVBJ4CRYtGX5QTTVE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=h5F4_Vo1Hys

https://www.youtube.com/watch?v=yO2z-TTF_J0

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement

Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 53044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=H5F4_Vo1Hys
Describe the work allegedly infringed: My company, organization or client's
video

- ○ Title of video: March 9, 2023 • Sanger, Texas Lightning Barrage & Power
  Flashes (Adam)
- ○ Source of video: ApI59vaMZc
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:03:33 to 0:04:00 :
  https://www.youtube.com/watch?v=H5F4_Vo1Hys&t=213
  It appears in your source video from 0:00:05 to 0:00:33 :
  https://www.youtube.com/watch?v=ApI59vaMZc&t=5

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=yQ2z-TTF_J0
Describe the work allegedly infringed: My company, organization or client's
video

- ○ Title of video: Full evolution of beautiful tornado near Wray, CO on May 7,
  2016
- ○ Source of video: ic7P9fz2yYQ
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:29:32 to 0:30:15 :
  https://www.youtube.com/watch?v=yQ2z-TTF_J0&t=1772
  It appears in your source video from 0:01:30 to 0:04:16 :
  https://www.youtube.com/watch?v=ic7P9fz2yYQ&t=90

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an
  exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner
  complained of is not authorized by the copyright owner, its agent, or the
  law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who
  knowingly materially misrepresents that material or activity is infringing

On Nov 13, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Adam Lucio is the copyright owner - https://www.youtube.com/watch?v=h5F4_Vo1Hvs
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=yO2z-TTF_j0

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Sun, Nov 12, 2023 at 2:06 AM YouTube Copyright <youtube-disputes+3raqwm8a6x7q007@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need
some more information from you before we can proceed. Please read the entire
email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the
copyright owner or the copyright owner's authorized representative. If you are
acting as an authorized representative, please let us know. For each URL,
please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 53044
  - US
- Username: Copyright Management

may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube
  channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=h5F4_Vo1Hys
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: March 9, 2023 • Sanger, Texas Lightning Barrage & Power Flashes (Adam)
  ○ Source of video: ApI59vaMZc
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:03:33 to 0:04:00 :
    https://www.youtube.com/watch?v=h5F4_Vo1Hys&t=213
    It appears in your source video from 0:00:05 to 0:00:33 :
    https://www.youtube.com/watch?v=ApI59vaMZc&t=5

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=yQ2z-TTF_J0
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  ○ Source of video: ic7P9fz2yYQ
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:29:32 to 0:30:15 :
    https://www.youtube.com/watch?v=yQ2z-TTF_J0&t=1772
    It appears in your source video from 0:01:30 to 0:04:16 :
    https://www.youtube.com/watch?v=ic7P9fz2yYQ&t=90

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 53044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=h5F4_Vo1Hys
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: March 9, 2023 • Sanger, Texas Lightning Barrage & Power Flashes (Adam)
  ○ Source of video: AplI59vaMZz
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:03:33 to 0:04:00 : https://www.youtube.com/watch?v=h5F4_Vo1Hys&t=213
    It appears in your source video from 0:00:05 to 0:00:33 : https://www.youtube.com/watch?v=AplI59vaMZz&t=5

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=yQ2z-TTF_J0
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  ○ Source of video: ic7P9fz3yYQ
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:29:32 to 0:30:15 : https://www.youtube.com/watch?v=yQ2z-TTF_J0&t=1772
    It appears in your source video from 0:01:30 to 0:04:16 : https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=90

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner

of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

• Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldtm.com wrote:

Video IDs: h5F4_Vo1Hys, yOzz-TTF_J0

**From:**   Copyright Management <copyright@viraldrm.com>
**Sent:**   11/16/2023 : 8:28:4 PM
**To:**   Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd8[RJ7 J0 ERG32S3DNMLX/3N7 PN24l6ZoLJ LYe Copyright Complaint 7 LYmission

ꞮꞮꞮꞮꞮꞮForwarded message ꞮꞮꞮꞮꞮꞮ
From9**YouTube Copyright** <yoLrL Yredisp Ltes T0r0tlai wmo6l0+r@google.com>
Date8MonꞘSov 13ꞌ2023 at +8:2PM
7 LYect8[RJ7 J0 ERG32S3DNMLX/3N7 PN24l6ZoLJ LYe Copyright Complaint 7 LYmission
J o8<copyright@viraldrm.com>



f i Copyright Managementk

J he content listed Yelow has Yeen removed.

Videos in ꞀLestion8

https8//www.yoLtL Ye.com/watch_v=F2MncD0a6O

https8//www.yoLtL Ye.com/watch_v+hW ꞌ - ?Rtv=g

**Request resolved**

. e Lse a comYination obsLLomated systems and hLman reviews to
process removal reꞀLests.

ZoL may ta9e Yac9 yoLr claim obcopyright inbringement at any time ibyoL change
yoLr mind.

uJ he ZoLJ LYe J eam

f ere is the inbormation yoL bIlled in8

Copyright Nwner Same @Company Same ibapplicaYe8Viral DRM
ZoLr FLl Wegal Same Ꞁ liasesкLsernames or initials not accepted8Michael
Clement

ZoLr] title or LioY Position Q hat is yoLr aLthority to make this complaint) (8

Digital Rights Manager

) ddress8

210 Veazey Drive

Childers'YLrgk) W35044

' 7

' sername8Copyright Management

Email ) ddress8copyright@viraldrm.com

Phone8256ü26+u²+4+

' RWballegedly infringing video to Ye removed8

https8//www.yoLtLYe.com/watch) v+t2+MncDDb6O

DescriYe the wor9 allegedly infringed8My company/organization or clientß

video

○ ] itle obvideo803d25d2023 Rolling For9kM7 uFirst Wight E_treme ] omado

Damage 4Drone&

○ 7 oLrce obvideo8=v, 67: 1hg4

○ ] ype obvideo83Oternet video

○ . here does the content appear] Entire video

' RWballegedly infringing video to Ye removed8

https8//www.yoLtLYe.com/watch) v+hW_ -?Rtw=o

DescriYe the wor9 allegedly infringed8My company/organization or clientß

video

○ ] itle obvideo811ud=u22 Nrchard Par9kS2dDrone obstrandled semis

stretching bor miles.mp4

○ 7 oLrce obvideo8] 3ARtgSaM5o

○ ] ype obvideo83Oternet video

○ . here does the content appear]

] he content appears in the targeted video brom 080080 to 080082: 8

https8//www.yoLtLYe.com/watch) v+hW_ -?Rtw=o_tH0

0appears in yoLr soLrce video brom 080080 to 080082: 8

https8//www.yoLtLYe.com/watch) v+1 3ARtgSaM5o_tH0

CoLntry where copyright applies8' 7

0tate' SDER PES ) W] NF PERU RZ trait8

○ 0am the ownerkor an agent aLthorized to act on Yehalboothe owner oban

e_cLsive right that is allegedly infringed.

○ 0have a good baith Yeliebthat the Lse obthe material in the manner

complained obis not aLthorized Yy the copyright ownerkits agentkor the

lawkand

○ ] his notibication is accLrate.

○ 0ac9nowledge that Lnder 7 ection 512) Q obthe DMC) any person who

9nowingly materially misrepresents that material or activity is infringing

may Ye sLYect to liaYility bor damages.

○ 0Lnderstand that aYLse obthis tool will resLlt in termination obmy ZoL] LYe

channel.

) Lthorized 7 ignatLre8Michael Clement

f elp Center • Email Nptions

ZoL received this email to provide inttormation and Lpdates aroLnd yoLr
ZoLl LYe channel or accoLnt.

 YouTube

© 2021 ˈ oogle VWC d/Yia ZoLj LYeic÷01 Cherry ) vek7an GrLnoiC ) =4066

Nn Sov 13k2023 copyright@viraldrm.com wrote8

f ellok
For this lin98j aron RigsYy is the copyright owner uthttps//www.yoLl LYe.comIwatch\ vF2-MncDObjO
For this lin98Grandon Clement is the copyright owner uthttps//www.yoLl LYe.comIwatch\ vHtW__-2Rtw=o

) ttached are the agreements stating we are aLthorized to manage the rights ftor their videos.
] han9 yoLk

Nn 7 atkSov 11k2023 at =8>+PM ZoLj LYe Copyright <yoLl Yeudisol tesTol0tailtvmo60+@google.com> wrote8

 YouTube

f i Copyright Managemenk

] han9 yoLr ttor yoLr removal re/ALest., eBe reviewed yoLr re/ALest and need
some more inttormation ttrom yoL Yetbre we can proceed. Please read the entire
email carefLly ttor a complete Lpdate obeach video/8 statLs.

Seed more intb ) ction needed

O order to remove the content in ALestionkwe mLst conttirm that yoL are the
copyright owner or the copyright ownerB aLthorized representative. OyoL are
acting as an aLthorized representativekplease letLs 9now. For each ˈ RWk
please identify the copyright owner yoL are representing.

ZoL may ta9e Yac9 yoLr claim obcopyright inttingement at any time ibyoL change
yoLr mind.

uj he ZoLj LYe ] eam

f ere is the intormation yoL biled in8

• Copyright Nwner Same 0Company Same ibapplica Yte(8Viral DRM
• ZoLr FLlI Wegal Same Q liasesk Lsernames or initials not accepted(8
  Michael Clement
• ZoLr j itle or UbY Position Q ˈ hat is yoLr aLthority to ma9e this complain( (8
  Digital Rights Manager
• ) ddress8
  ○ 210 Veazey Drive
  ○ ChildersYLrgk) W25044
  ○ ˈ 7
• sername8Copyright Management
• Email ) ddress8copyright@viraldrm.com
• Phone8256j26+u+44+

• ˈ RWballegedly inbinging video to Ye removed8
  https//www.yoLl LYe.comIwatch\ vF2-MncDObjO

- DescriYe the wor9 allegedly inbringed8My company/organization or client8 video
  - ] itle obvideo8083d5d2023 Rolling For9kM7 uFirst Wght E_treme
  - ] omado Damage &Trone&
  - 7oLrce obvideo8Pr꜒ 67: ] hg4
  - ] ype obvideo8Iternet video
  - , here does the content appear}  Entire video
- RWballegedly inbriging video to Ye removed8
  https8//www.yoLtLYe.com/watch\ vHhW\ _:?Rw=o
- DescriYe the wor9 allegedly inbringed8My company/organization or client8 video
  - ] itle obvideo811d =u22 Nrchard Par9kS2LDrone obstranded semis stretching for miles.mp4
  - 7oLrce obvideo8] 3ARtgSaM5o
  - ] ype obvideo8Iternet video
  - , here does the content appear}
  - ] he content appears in the targeted video brom 080030 to 0800822 8
    https8//www.yoLtLYe.com/watch\ vHhW\ _:?Rw=o\*tH0
  - Oappears in yoLr soLrce video brom 030030 to 080082 8
    https8//www.yoLtLYe.com/watch\ vH 3ARtgSaM5o\*tH0
- CoLntry where copyright applies8  7
- Qtate  SDER PES\ YZ NF PERU  RZ that8
  - ] am the owner/or an agent aLthorized to act on Yehalbobthe owner
  - obam e_cLusive right that is allegedly inbringed.
  - Qbave a good baith Yeliebthat the Lse obthe material in the manner complained obis not aLthorized Yy the copyright owner/its agent/or the law/and
  - ] his notibication is accLrate.
  - OacSnowledge that Lnder 7 ection 512Q obthe DMC) _ any person who 9nowingly materially misrepresents that material or activity is inbriging may Ye sLYect to liaYility bor damages.
  - OLnderstand that aYLse obthis tool will resLLt in termination obmy ZoLJ LYe channel.
- LLhorized 7 ignatLre8Michael Clement

Felp Center • Email Nptions

ZoL received this email to provide inbormation and Lpdates aroLnd yoLr ZoLJ LYe channel or accoLnt.



© 2021 _oogle VWC dlY/a ZoLJ LYek=01 Cherry LYek7 an GrLnoikC) _4066

## Copyright Infringement Notification Confirmation

] hans yoLbor yoLr sLYmission. Obis Lnder review to ensLre it is valid and incLdes all reqLired elements.  e will reply to this email when we ve taYen

action on yoLr reALest. ZoL can also chec9 on the statLs obyoLr ta9edtown reALest in the [Removal reALestsBay] which is toLnd in the Copyright section ob yoLr channel.

f ere is the intormation yoL tilled in8

- **·** Copyright Nwner Same @company Same lbapplica Yle8Viral DRM
- **·** ZoLr FUI Wegal Same Q laseskLsernames or initials not accepted(8
  Michael Clement
- **·** ZoLr J ile or UbY Position Q hat is yoLr aLthority to ma9e this complain] (8
  Digital Rights Manager
- **·** ) ddress8
  - ○ 210 Veazey Drive
  - ○ ChildersYLrgk) Wd5044
  - ○ ? 7
- **·** ' sername8Copyright Management
- **·** Email ) ddress8copyright@viraldrm.com
- **·** Phone8250l26+u-44+

- **·** RWbeallegedly intringing video to Ye removed8
  https8www.yoLtLYe.comwatch) vF2Ahc-D0b6O
- **·** DescriYe the wor9 allegedly intringed8My company&organization or client8
  video
  - ○ ] itle obvideo803d25u2023 Rolling For9kM7 uFirst Wght E_treme
    ] ornado Damage &Drone&
  - ○ 7 oLrce obvideo8=v: 67: 1hg4
  - ○ ] ype obvideo830emet video
  - ○ , here does the content appearj Entire video

- **·** RWbeallegedly intringing video to Ye removed8
  https8www.yoLtLYe.comwatch) vf-hW_~2Rtw=o
- **·** DescriYe the wor9 allegedly intringed8My company&organization or client8
  video
  - ○ ] itle obvideo811u1=u22 Nrchard Par&kSZLDrone obstranded semis
    stretching tor miles.mp4
  - ○ 7 oLrce obvideo8] 3ARtgSaM5o
  - ○ ] ype obvideo830emet video
  - ○ , here does the content appearj
  - ○ ] he content appears in the targeted video torn 080030 to 080082 8
    https8www.yoLtLYe.comwatch) vf-hW_~2Rtw=o 1+0
  - ○ 8appears in yoLr soLrce video torn 080030 to 080082 8
    **https8www.yoLtLYe.comwatch) vf1 3ARtgSaM5o~ 1+0**

- **·** CoLntry where copyright applies8 7
- **·** Qtate ' SDER PES) W Z NF PERU RZ that8
  - ○ Qm the ownerkor an agent aLthorized to act on Yehaltoothe owner
    oban e_cLsive right that is allegedly intringed.
  - ○ Qhave a good taith Yeliebthat the Lse othe material in the manner
    complained obis not aLthorized Y the copyright ownerkits agentkor
    the lawaand
  - ○ ] his notitication is accLrate.
  - ○ Qac9nowledge that Lnder 7 ection 5120 oothe DMC) any person
    who 9nowingly materially misrepresents that material or activity is
    intringing may Ye sLY ect to liaYility tor damages.
  - ○ Q understand that aYLse oothis tool will resLLt in termination obmy
    ZoL] Lre channel.

- **·** Lthorized 7 ignatLre8Michael Clement

uJ he ZoL] Le) eam

ZoL received this email to provide information and Updates aroLnd yoLr ZoL] LYe channel or accoLnt.

YouTube

© 2021 '_oogle WC d/Y/a ZoL] LYek=01 Cherry ) vek7 an GrLnokC) _=4066

Nn Sov 11k2023 copyright@iraldrm.com wrote8

V/deo Oss82-MrccDiOL60hW' ' -?Rtw=o

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:40:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [S5AAQOEL6EKV6CLF4OZMUENRPY] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0ri2jfz4zx4bpu07@google.com>
Date: Sun, Nov 12, 2023 at 6:20 AM
Subject: [S5AAQOEL6EKV6CLF4OZMUENRPY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=78IpcmSYx6M

https://www.youtube.com/watch?v=d1i_HmTb0ro

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=z78lpom5Yv5M

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
○ Source of video: IxdFfk6nhMgM
○ Type of video: Internet video
○ Where does the content appear?
   The content appears in the targeted video from 0:21:36 to 0:21:49 :
   https://www.youtube.com/watch?v=z78lpom5Yv5M&t=1296
   It appears in your source video from 0:00:04 to 0:00:20 :
   https://www.youtube.com/watch?v=IxdFfk6nhMgM&t=4

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=d1L_HmTb0ro

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
○ Source of video: IxdFfk6nhMgM
○ Type of video: Internet video
○ Where does the content appear?
   The content appears in the targeted video from 0:05:10 to 0:05:31 :
   https://www.youtube.com/watch?v=d1L_HmTb0ro&t=310
   It appears in your source video from 0:00:00 to 0:00:20 :
   https://www.youtube.com/watch?v=IxdFfk6nhMgM&t=0

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing

may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=z78Ipom5Yx5M
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=rd1L_HmTb0ro

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 10:28 AM YouTube Copyright <youtube-disputes+0h28t4za4bpu07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management

- Email Address: copyright@viraldrn.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=78lpcm5Yv5M
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:21:36 to 0:21:49 :
    https://www.youtube.com/watch?v=78lpcm5Yv5M&t=1296
    It appears in your source video from 0:00:04 to 0:00:20 :
    https://www.youtube.com/watch?v=IxdFh6nYMgM&t=4

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=d1_HmTb0ro
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh6nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:10 to 0:05:31 :
    https://www.youtube.com/watch?v=d1_HmTb0ro&t=310
    It appears in your source video from 0:00:00 to 0:00:20 :
    https://www.youtube.com/watch?v=IxdFh6nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=78lcqm5Y6M
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  ○ Source of video: kdFl8nYMgM
  ○ Type of video: Internet video
  ○ Where does the content appear?
     The content appears in the targeted video from 0:21:36 to 0:21:49 :
     https://www.youtube.com/watch?v=78lcqm5Y6M&t=1296
     It appears in your source video from 0:00:04 to 0:00:20 :
     https://www.youtube.com/watch?v=kdFl8nYMgM&t=4

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=d1L_HmTb0ro
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  ○ Source of video: kdFl8nYMgM
  ○ Type of video: Internet video
  ○ Where does the content appear?
     The content appears in the targeted video from 0:05:10 to 0:05:31 :
     https://www.youtube.com/watch?v=d1L_HmTb0ro&t=310
     It appears in your source video from 0:00:00 to 0:00:20 :
     https://www.youtube.com/watch?v=kdFl8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner

of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

• Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 78lpcm5Yx5M_d1i_HmTb0ro

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 4₂457 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d4ff EKQJ 67 Y Œ53Y ŒTwENI 35] Œ5uboS-S•e Copyright Complaint [ S•miRRon

############wors arded me•RRqe ############
wrom **YouTube Copyright** <yoŒS•e•tliRp3eiR_3thyorggmtmay0__@google.com>
Vate4[ Sy ] ov 12] 2023 at 146iMM
[ S•ec4ff EKQJ 67 Y Œ53Y ŒTwENI 35] Œ5uboS-S•e Copyright Complaint [ S•miRRon
-o4<copyright@viraldm.com>



f i Copyright Managemenj

- hanMyoŒ or yoŒr reRponRt₂ q e₂e revies ed it and provided ŒpdateR•elos.

**Request resolved**

- he content liRted +elos haR•een removed.

PideoRin =Œ•Rion4

httpRif/s s s_yoŒS•e.com/s atcl₂iʌ6Œ/1₁/ʌ6QL( )_

httpRif/s s s_yoŒS•e.com/s atcl₂iʌx_nl  +1-VʌPs

q e Œ•e a com•ination o' aŒomated RyRemR and hŒman revies Rto
proceRR removal re=Œ•RR

boŒsmaytalW·taciMyoŒ_claim o' copyright in'ringement at any time i' yoŒchange
yoŒr mind.

8- he boŒ-S•e - eam

f ere iRthe in'ormation yoŒ'illed in4

Copyright l s ner ] ame [Company] ame i' applica•le₄APiral VDM
boŒ wŒl Œegal] ame lNiiaReR ŒRernameRor initiaRRnot accepted₄4MMichael
Clement

boS⋅ ⋅tle or to+ ⁄ oHtion tq hat HỵoS⋅ aSthonity to maⱴⅇ thHtcompiantb⁄4

Vigital DightRManager

NddreⱤⱤ

210 Peazay Vrive

ChilderⱤ⋅Srgi NG3U55

' [

˙ Rername4 Copyright Management

) mail NddreⱤⱤ copyright@vraldm.com

7hone42U₅₈26   8   5

˙ DGo' allegedly in ringing video to +e removed4
httpⱤⱤ s s s yoS⋅Ⓔ⋅e.com/s atch9xoⱪGⱾⱱ/1196Q
[ ) _

VeRri+e the s orWallegedly inRinged4My companj organization or clientⱤ video

– ⋅tle o´ video4⋅Rcredi+te f Sricane Ⱨⱨn [ tom [ Srge&

○ [ oSrce o´ video4httpRꟷ⋅s atch9xưⱱ'33c7K1/

○ ⋅ype o´ video4Remet video

○ q here doeRthe content appearⱫ ) ntire video

˙ DGo' allegedly in ringing video to +e removed4
httpⱤⱤ s s s yoSⱾ⋅e.com/s atch9x  nl  _+1-V iⱢs

VeRri+e the s orWallegedly inRinged4My companj organization or clientⱤ video

– ⋅tle o´ video4QNDY7 [ – –1 D] NV1  ) P) DⱫⱧwrom Eirth to ⱴeath Ls /
Dadar X CommentaryAUⱪ31813

○ [ oSrce o´ video4Q  J'3'yⱲⱫ' 0

○ ⋅ype o´ video4Remet video

○ q here doeRthe content appearⱫ ) ntire video


CoⱾHtryⱶ here copyright applieRⱤ' [

ⱧRate ´ ] V) D7 ] ] NG b I  w 7) DT´ Db that4

○ Ⱨam the os nerj or an agent aSthorized to act on +ehal´ o´ the os ner o´ an eⱫcláSRiⱴe right that iRallegedly inRinged.

○ Ⱨeave a good 'aith +eliế' that the SⱤe o´ the material in the manner complained o´ iRnot aSthorized +y the copyright os nerj itRagentj or the las ; and

○ – hiRtooli'ication I RaccⱾrate.

○ BacⱧWos ledge that Srder [ ection Ui2Uꟷ o´ the VMCN any perRon s ho Wros ingly materially miRepreRentRthat material or activity iRinⱥringing may +e RⱾⱴⱨⱼect to liⱥ+ility' or damageR

○ ⱧBⱧderRand that a +SⱤⱼe o´ thiRtooli s ill reRⱾlt in termination o´ my boS⋅ Sⱨ⋅e channel.

NⱾⱨorized [ ignalSre4Michael Clement


f elp Center • ) mail I pltionⱤ

boSⱾreceived thiⱤemail to provide in´ormation and ⱾpdateRaroⱾⱨd yoS⋅ boS⋅ Sⱨ⋅e channel or accoⱾt.

[ n ] ov 11] 2023 copyright@viraldrm.com s rote4

f elloj
wor thiRfinWlDeed - immer iRthe copyright os ner 8[httpRf/s s s_yoSfS+e.com/s atch6ox6SV/1VlfiCJ(_)\
wor thiRfinWf anW{ chyrna iRthe copyright os ner 8[httpRf/s s s_yoSfS+e.com/s atch6ox_nl_+1-VyPs

Nttached are the agreementRRating s e are aSthorized to manage the rightR'or their videoR
- hanWyoS{

[ n q edj ] ov ( ] 2023 at 3:61MlM boS+ e Copyright <yoSfS+e8ljRsSeR_3invorogrmtmay0_@google.com> s rote4





f i Copyright Managemenj

- hanWyoS'or yoS removal re=SeR, q elve reves ed yoS re=SeR and need
Rome more in'ormation 'rom yoS +e ore s e can proceed. 7 leaRe read the entire
email care'Sly' or a complete Spdate o' each videoRRatSR.

] eed more in'o Nction needed

Bn order to remove the content in=SeRRlorj s e mSR con'irm that yoS are the
copyright os ner or the copyright os nerRaSthorized repreRentative. ByoS are
acting aRan aSthorized repreRentative] pleaRe let SRWos_ wor each' DQ
pleaRe identi'y the copyright os ner yoS are repreRenting.

boS may taW +acWyoS claim o' copyright in'ingement at any time i' yoS change
yoS mind.

8- he boS Sr+e +earn

f ere iRthe in'ormation yoS illed in4

- Copyright l s ner ] ame LCompany] ame i' applica+le4Pirai VDM
  boSr wSl Gegal ] ame LNliaReR SRernameRor initialRnot accepted4
  Michael Clement
- boS - ille or To+ 7oRtion lq hat iRyoS aSthority to maW thiRcomplaint9/4
  Vigtial DightRManager
- NddreRRi
  ∘ 210 Peazey V rive
  ∘ ChilderR+Srgj NG3U055
  ∘ ` 1
- Rername4 Copyright Management
- mail NddreRRi copyright@viraldrm.com
- 7 hone42U6826  8  5

- DGo' allegedly in'inging video to +e removed4
  httpRf/s s s_yoSfS+e.com/s atch6ox6SV/1VlfiCJ(_)\
- VeRc'r+e s orWallegedly in inged4My company] organization or clientiR
  video
  ∘ - ille o' video4Bcredl+le f Srnicane Ban[_torm [ Srge&
  ∘ [ oSrce o' video4httpRf'+s atch/gyp.33c7K1/
  ∘ - ype o' video4Blernet video
  ∘ q 'here doeRthe content appeaR' ) ntire video

© 2021 Yoogle GGC d/+a boS S+ej : 01 Cherry Nve] [ an ErSroj CN : 5066

- ˙ DGɔ allegedly in'inging video to +e removed4
  httpR√ɔˈs s yoꙄꙄꞃe.com's aitcɦ∫ox nl +1 VᴠPꙄ
- VeRɔɾ+e the s orꙶallegedly in'inged4My company organization or clientꞋꞂ
  video
  - ∘ ∙ile o' video4ꝄꝆϓ [ - - l DJ NᴠI ] P) DꝜꝜworom Eirth to Veath
    Lsˈ Dadɑr X CommentanyAᴜꞂЗ1Ꝝ3
  - ∘ [ oꙄrce o' video4Q  J3 ӯꝜ̄ˌ O
  - ∘ ˈype o' videoˑꝆꝆelement video
  - ∘ q 'here doeRɦe content appear9 ) ntire video

- CoꙄntɾyꙄ here copyright applieRꝜ [
  ꝜRate ˈ ] ᴠ) D 7 ) ] NG b l w 7) DT  Db that4
  - ∘ Bam the os nerj or an agent aꙄ∧onzed to act on +eɦalˈ o' the os ner
    o' an eꝆziꙄRˍᴠe right that itꞂallegedly in'inged.
  - ∘ Brave a good 'aith +elieˈ that the ꙄꝜe o' the material in the manner
    complained o' iRnot aꙄ∧onzed +y the copyright os nerj itꞂRagentǀ or
    the las ; and
  - ∘ ∼hiRnoti'ication iRaccꙄtate.
  - ∘ BaɔWosˍledge that Ꙅnderˈ [ ection Uˈ2LꝆɅo' the ᴠMCN any perRon
    s ho Wos ingly materiallyᴹiRrepreRentꝜRthat material or activity iR
    in'inging may +e ꝜꙄ+ɟect to lia+ility or damageꝜ
  - ∘ BꙄꝜnderꞂRand that a+ꙄꝜe o' thiRtoolˈs ill reꙄꝜt in termination o' ˈ my
    boꙄ∼ Ꙅ∼e channel.

- NꙄꝜnorizedˌ [ ignatꙄ∼e4Michael Clement

f elp Center • ) mai l l ptionꝜ

 YouTube

© 2021 Yoogle GꙄC d/+/a boꙄ∼Srejˌ 01 Cherny NeeJ Lan EɾꙄ∫oJ CN · 5066

---

 YouTube

# Copyright Infringement Notification Confirmation

- hamᴠWoꙄˈor yoꙄˈ ꝜꙄ+RꝜmiꝜRˍon. ꞂiRꙄnder reᴠieꙄ to enꝜꙄꝜe it iRᴠalid and
  indꙄꝜeRatˈ re=ꙄᴠedˍelementˌꝜ q e sill reply to thiRemaiˈl hen's eꝜe taᴠᴡin
  action on yoꙄˈ re=ꙄꝜR. boꙄ∼can allRo checꝜWon the RatꙄꝜroˈ yoꙄˈ taᴠᴠdcos n
  re=ꙄꝜR in the [Demoᴠᴠal re=ꙄꝜRR lꞁa+ s hich iR'oꙄꝜd in the Copyright Ꝝection o'
  yoꙄˈ channel.

f ere iRthe in'ormation yoꙄˈilled in4

- Copyright l s ner ] ame LCompany ] ame iˈ applica+le4Ꝝiral ᴠDM
- boꙄˈwꙄl Gagal ] ame LNiaiꝜeꝜ Ꙅ∼ernameRor initialRnot accepted4
  Michael Clement
- boꙄ∼ -ille or ˈTo+ 7 oRlion lq hatˈiRyoꙄˈ aꙄhority to maᴠW thiRcomplaint9/4
  Vigital DightꝜManager
- NdiɾeꝜꝜ
  - ∘ 210 PeazzyᴠVrive

I nǀ ov  j 2023 boꙄ∼Sɾe Copyright

- ○ Childern®Srgi NG3U055
- ○ ○ ͤ T
- • • ͤ Tn®e4Copyright Management
- • ͤ mail N dreͤR®Rͤcopyright@viraldrm.com
- • 7 hone42U0826 8  5

- • ͤDGo' allegedly in'ringing video to ͤe removed4
  http®Rͤ/s s s yoSͤre.com/s atch9ͤxᷮ6SY/11VͤCJ( )
- • VeͤRcrͤe theͤ s or Wallegedly in'ringed4Mͥͥ companͤ organization or cͥentͥR
  video
  - ○ -ille o' video4Bͤxcredͥ+ͤe f Smicanͤeᷮ ᷮn [ torm [ Sͤgeᷮ&
  - ○ [ oSͤce o' video4®http®Rͤ/+ s atcͤͤ/owp 33c7K t /
  - ○ -ypͤe o' video4Bͤemet video
  - ○ q ͤhere doͤeRͤthe content appearͤ ) ͤntire video

- • ͤDGo' allegedly in'ringing video to ͤe removed4
  http®Rͤ/s s s yoSͤre.com/s atch9ͤxᷮ nᷮ   +1-VͤPs
- • VeͤRcrͤe theͤ s or Wallegedly in'ringed4Mͥͥ companͤ organization or cͥentͥR
  video
  - ○ -ille o' video4GNDY'} [ - - I D] NV I ) P) Dᷮᷮxworm Eiͤrth to Veath
    Isͥ / Dadarᷮ X Commentarͤ4AUB3183
  - ○ [ oSͤce o' video4Q  J 3ͤ/ᷮ2ͤ  0
  - ○ -ypͤe o' video4Bͤemet video
  - ○ q ͤhere doͤeRͤthe content appearͤ ) ͤntire video

- • CoStͤtrͤ'ͤ here copyright applieRͤ [
- • BͤRͤateͤ ' }V } D 7 ' ] } NG b I w 7 ) DT  Db thatᷮ
  - ○ Bͤmm theͤ os nerͤ or an agent aSͤhorized to actͤ on +ͤehal' o' theͤ os nerͤ
    o' aneͤ2clSͤRͤe rͤightͤ that iRͤallegedly in'ringed.
  - ○ Bͤave a goodͤ 'aith +ͤelie' 'hat theͤ SͤRͤe o' theͤ material in theͤ manner
    complained o' iRͤnot aSͤhonzed +ͤ theͤ copyright os nerͤ) iͤRͤagentͤ or
    theͤ las ; and
  - ○ -hiRͤnoti'ication iRͤaccuSͤate.
  - ○ BͤacͤWos ledge that Sͤnderͤͤͤͤͤͤͤͤͤͤͤͤͤ[ ection U12LͤAo' theͤ VMCN anͤ perͤRͤonͤ
    sͤhoͤWosͤ inglͤ materiallͤ miRͤepreRͤentͤtͤhat material or activity iRͤ
    in'ringing maͤy +ͤe RͤSͤ+ͤectͤ to lia+ͤ ilitͤ' or damageͤR
  - ○ EͤBͤrderͤRͤand that a+ͤSͤRͤe o' thiRͤtoolͤ sͤ ill refͤRͤlt in termination o' mͤͤ
    boSͤ Sͤ+ͤe channel.
- • NͤShͤorized [ ignatSͤͤͤͤre4Michael Clement

8- heͤ boSͤ Sͤ+ͤe ͤearn

<u>f elp Center</u> • <u>I mai l  l ͤationͤR</u>

boSͤreceived thiRͤemail to provide in'ormation and SͤpdateͤRͤaroSͤrd yoSͤͤ
boSͤ Sͤ+ͤe channel or accoSͤt.

▶ YouTube

© 2021  <u>Yͤoogle GGC d/r/a boS  Srej , 01 Cherry Nͤej [ anͤ ErͤSͤrojͤ CN , 5066</u>

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 9:05:19 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** vs dRf X1 V9J GX7 E MCQwZY6J] XuC7 TE I8Qr-u-+e Copyright Complaint [ -+miRRon

jjjjjjjj wors arded meRRge jjjjjjjj
wrom **YouTube Copyright** <yo-t-+ejdiRo-teR_3ans NehdpiRdW0l_@google.com>
Vate8J_at4J ov 1142023 at :5 _**#**M
[ -+**Hci5R** X1 V9J GX7 E MCQwZY6J] XuC7 TE I8Qr-u-+e Copyright Complaint [ -+miRRon
uo5<copyright@viraldm.com>



ki Copyright Management4

uhanNyo- for yo-r reRponRe. E e've revies ed it and provided - pdateR+elos.

**Request resolved**

uhe content liRed +elos haR+een removed.

PideoRin q-eRlon5

httpR9/s s s_yo-t-+e.com/s atch?v= RhN9 1E KKO

httpR9/s s s_yo-t-+e.com/s atch?v=J MaRf(s edN

E e-Re a com+ination of a-tomated RyRemRand h-man revies Rto
proceRR removal req-eRR

Qo- may taNe +acNyo-r claim of copyright infringement at any time if yo- change
yo-r mind.

j uhe Qo-u-+e ueam

k ere iRthe information yo- filled in5

Copyright ) s ner Jame lCompany Jame if applica+le2Piral VDM
Qo- r w-lf Gegal J ame lUliaReRR-RernameRfor initialRRnot accepted2Michael
Clement

Q2- r ulte or ' o+ 9 oH tion Lt l hat l Hyo- r a- thonty to make thHtcompliant'/z5

Vigital DighRManager

UddreFR5

210 PeaBay Vrive

ChilderR- rg4UG3W0

Y[

YRename5Copyright Management

Omail Uddre FR5copyright@viraldmm.com

9 hone52W6J26]J1 ] ]

YDGof allegedly infringing video to +e removed5
httpFR6s s.s_yo-t-+e.com/s atch?v=_RhN9.1E.KKQ
VeRri+e the s orNallegedly infringed5My company4organiBation or clientR video

  ◦ utlle of video5K- rricane l atina ki Rroric [ torm [ - rge Pideo j 7 - llpon4
    Mi RRi RRppi
  ◦ [ o- rce of video5j o- 0lx.pX  U
  ◦ uype of video5Bnternet video
  ◦ E here doeRthe content appear?
    uhe content appearRin the targeted video from 05§] 50 to 05]J 5i[ 5
    httpFR6s s.s_yo-t-+e.com/s atch?v=_RhN9.1E.KKQ_t=_W0
    la appearRin yo- rRb- rce video from 0§J25§( to 03J25 W5
    httpFR6s s.s_yo-t-+e.com/s atch?v=j_o- 0lx.pX_U_t=1W

YDGof allegedly infringing video to +e removed5
httpFR6s s.s_yo-t-+e.com/s atch?v=J Mafll(s edN
VeRri+e the s orNallegedly infringed5My company4organiBation or clientR video

  ◦ utlle of video5CG [ O u) DJ UV) uOUD[ uk D) Y7 k u) E J j Madll
    ) Nahoma  j2Jj20
  ◦ [ o- rce of video5j 3TPuW6[ 8
  ◦ uype of video5Bnternet video
  ◦ E here doeRthe content appear?
    uhe content appearRin the targeted video from 05J0§2 to 05J05W5
    httpFR6s s.s_yo-t-+e.com/s atch?v=J Mafll(s edN_t=12
    la appearRin yo- rRb- rce video from 05J05 ( to 05J05§ 5
    httpFR6s s.s_yo-t-+e.com/s atch?v=j 3TPuW6[ 8_= l_

Co-ntry s here copyright appliedRY[
tiRate Y J V OD 9 QJ UGaQ) w 9 OD' YDQthat5

  ◦ bam the os ner4or an agent a- thoriBed to act on +ehalf of the os ner of an
    e; cl- Rve right that lRallegedly infringed.
  ◦ bhave a good faith +elief that the - Re of the material in the manner
    complained of iRnot a- thoriBed +y the copyright os ner4lRagent4or the
    las + and
  ◦ uhiRnotification lRacc- rate.
  ◦ badNnos ledge that - nder [ ection W2Jtz of the VMCU any perRon s ho
    Nnos ingly materially miRepreRentRthat material or activity iRinfringing

) n J ov 1142023 copyright@viraldrm.com s rote5

k ello4

wor thiRIinN6MiNe uIeiFRiRthe copyright os ner j  httpF5i s s vo~L+e.com/s atch?v=_FRnN4 1 E iKiO
wor thiRIinN6k anN[ chyma iRthe copyright os ner j  httpF5i s s vo~L+e.com/s atch?v=J MaIfiU s edN

Uttached are the agreementRRating s e are a~thoriBed to manage the rightRfor their videoR
uhanNyo~4

) n E ed4J ov ~42023 at 152AIM Q>~u~+e Copyright <yo~L+eidiFb~teR 3ans NchdpRiWi @google.com> s rote5



ki Copyright Management4

uhanNyo~ for yo~r removal req~eR. E eAe revies ed yo~r req~eR and need
Rome more information from yo~ +efore s e can proceed. 9IeaRe read the entire
email caref~lly for a complete ~pdate of each videoRReRal~R

Jeed more info Uction needed

In order to remove the content in q~eRIion4s e m~R confirm that yo~ are the
copyright os ner or the copyright os nerRa~thoriBed repreRentative. If yo~ are
acting aRan a~thoriBed repreRentative4pIeaRe Iet ~RNnos . wor each YDG4
pIeaRe identify the copyright os ner yo~ are repreRenting.

Q>~ may taHe +acHNyo~r claim of copyright infringement at any time if yo~ change
yo~r mind.

j uhe Q>~u~+e ueam

k ere iRthe information yo~ filled in5

• Copyright ) s ner J ame lCompany if applica+Ie2FPiral VDM
• Q>~r w~Il Qegal J ame UNiaReRt~RemaneRor initialRnot accepted25
  Michael Clement
• Q>~r uitle or' o+9oRtion IE hat iRyo~r a~thority to maNe thiRcomplaint?25
  ViglialDightRManager
• UddreRR5
  ○ 210 PeaBey V rive
  ○ ChilderR~rgAUG3W0
  ○ Yf
• YRename5Copyright Management

---

may +e R +Hict to Iia+Iily for damageR
○ b~nderRand that a+~Re of thiRtool s ill reRIt in termination of my Q>~u~+e
  channel.

U~thoriBed [ ignat~re5Michael Clement

k elp Center ©Omail ) ptionR

Q>~ received thiRemail to provide information and ~pdateRaro~nd yo~r
Q>~u~+e channel or acco~nt.



B 2021 7 oogle GGG d/r4a Q>~u~+e4( 01 Cherry Uve4[ an x~no4CU ( 066

- Omail Uddre RF© copyright@viraldm.com
- 9hone 52 W6j 26j j1 ] ]

- YDGof allegedly infringing video to +e removed5
  http R9/s s s_yo-t-+e.com/s atch?c=_R9hN9 1E KKO
- VeRcr+e the s onRallegedly infringed5My company4organiRation or clientR
  video
  ○ utle of videoSk-rricane I atrina k iRoric [ torm [ -rge Pideo j
    7- Ifport4Ml R R Rppi
  ○ [ o-rce of videoSj l o-0k x pX  U
  ○ uype of videoSnternet video
  ○ E here doeRthe content appear?
  uhe content appearRin the targeted video from 0S] S0 to 0S] S] ( 5
  baappearRin yo-r Rb-rce video from 0S] 23 ( to 0S] 25 W5
  http R9/s s s_yo-t-+e.com/s atch?v=l o-0k x pX_U_t=1W
  http R9/s s s_yo-t-+e.com/s atch?v=l o-0k x pX_U_t=1W

- YDGof allegedly infringing video to +e removed5
  http R9/s s s_yo-t-+e.com/s atch?v=l MaRfilj s edN
- VeRcr+e the s onRallegedly infringed5My company4organiRation or clientR
  video
  ○ utle of videoSCG [ O u) DJ UV ) uOUD[ uk D) Y7 k u) E J j
    Madill ) Nahoma  j22j20
  ○ [ o-rce of videoSj 3TPuWj 8
  ○ uype of videoSnternet video
  ○ E here doeRthe content appear?
  uhe content appearRin the targeted video from 0S] 32 to 0S] 33 W5
  http R9/s s s_yo-t-+e.com/s atch?v=l MaRfilj s edN_t=12
  baappearRin yo-r Rb-rce video from 0S] 05 ( to 0S] 0S] 2 5
  http R9/s s s_yo-t-+e.com/s atch?v=j 3TPuWj 8 _t=_L

- Co-ntry s here copyright applieR5Y [
  tRate YJ VC0 9 OJ UGaO) w9 OO' YDOthat5
  ○ bam the os ner4or an agent a-thoriBed to act on +ehalf of the os ner
    of an e; cl-Rive right that iRallegedly infringed.
  ○ thave a good faith +elief that the - Re of the material in the manner
    complained of iRnot a-thoriBed +y the copyright os ner4itRagent4or
    the las • and
  ○ uhiRnotification iRacco-rate.
  ○ baoNos ledge that -nder [ ection W 2ltz of the VMCU any perRon
    s ho Nros ingly materially miRrepreRentRthat material or activity iR
    infringing may +e R +Rect to lia+ility for damageR
  ○ b-nder Rand that a+-Re of thiRtool s ill reR R t in termination of my
    Qo- u-+e channel.
- U-thoriBed [ ignat-reSMichael Clement

<u>kelp Center ©Omail ) ptionR</u>

Qo- received thiRemail to provide information and -pdateRaro-nd yo-r
Qo- u-+e channel or acco-nt.

[▲] YouTube

B 2021 Zoogle GGC d/l+/a Qo-u-+e4l 01 Cherry Uve4l an x r-no4CU L 066

) n J ov ] 42023 Qo-u-+e Copyright



# Copyright Infringement Notification Confirmation

uhanNyo- for yo- r R +miRRon. b iR-nder revies to enR re it iRvaid and incd-deRai req–ired elementR E e sill reply to thiRemail s hen s e've taRen action on yo-r req-eR. Qo- can allRo checNon the Rat-Rof yo-r taNedos n req-eR in the Removal req-eRRa+ s hich iRfo-nd in the Copyright Rection of yo-r channel.

k ere iRthe information yo- filled in5

- Copyright\ s ner Jame lCompany Jame if applica+le5Riral V DM
- Qo- r w-l Gagal Jame LUliaReR-RemameRor initalRnot accepted5
  Michael Clement
- Qo-r uitle or' o+ 9-oRtion lE hat iRyo- r a-thority to maNe thiRcomplaint?25
  Vigital DightRManager
- UddreRR5
  - 210 PeaBay V rive
  - ChilderR-rg4UG3W0
  - Y[
- YRemame5Copyright Management
- Omail UddreRRcopyright@viraldrm.com
- 9 hone52W6j26]j1] ]

- YDGof allegedly infringing video to +e removed5
  http5Wi/s s s\_yo-t-+e.com/s atch?v= RbhN9 1E KKO
- VeRni+e the s onNallegedly infinged5My company4organiBation or client&R video
  - uitle of video5R- micane l atine k iRtoric [ torm [ -rge Pideo j
  - 7-lJporf4MRRRRpp-
  - [ o-rce of video5] i o-0lx x pX U
  - uype of video5Rnternet video
  - E here doeRthe content appear?
    uhe content appearRin the targeted video from 050] 50 to 05] 5[ 5
    http5Wi/s s s\_yo-t-+e.com/s atch?v= RbhN9 1E KKO \_U= V0l
    baappearRin yo- r Rb- rce video from 05]25[ to 05]25 W5
    http5Wi/s s s\_yo-t-+e.com/s atch?v=j o-0lx x pX \_U =1W

- YDGof allegedly infringing video to +e removed5
  http5Wi/s s s\_yo-t-+e.com/s atch?v=J MaRfiLt s edN
- VeRni+e the s onNallegedly infinged5My company4organiBation or client&R video
  - uitle of video5CG [ O u) DJ UV ) uOUD[ uk D) Y7k u) E J j
    Madil ) Nahoma j22j20
  - [ o-rce of video5y] 3TP uW6[ 8
  - uype of video5Rnternet video
  - E here doeRthe content appear?
    uhe content appearRin the targeted video from 05]032 to 05]03 W5
    http5Wi/s s s\_yo-t-+e.com/s atch?v=J MaRfiLt s edN\_t=12
    baappearRin yo- r Rb- rce video from 05]05[ to 05]05W5 5
    http5Wi/s s s\_yo-t-+e.com/s atch?v=j 3TP uW6[ 8 \_= L

- Co-ntry s here copyright appleRV[
- bRate Y JV CD 9 CJ UQuO) w9 CO' YDOhat5
  - barn the os ner4or an agent a-thoriRed to act on +ehalf of the os ner

of an e; cl- Rve right that IRallegedly infringed.

○ I have a good faith +elief that the - Re of the material in the manner complained of iRnot a-thoriBed +y the copyright os ne4lRagen4lor the las+and

○ uliRnotification iRacco- rate.

○ bacRnos ledge that - nder [ ection \M2ilzof the VMCU any perRon s ho Nnos ingly materially miRepreRentRthat material or activity iR infringing may +e R +liict to lia-hility for damageR

○ b rderRand that a+- Re of thiRtool s ill reR-lt in termination of my Qu- u- +e channel.

• U-thoriBed [ ignat-reSMichael Clement

j uhe Qu- u- +e ueam

kelp Center ©mail ) ptlonR

Qu- received thiRemail to provide information and - pdateRaro-nd yo- r Qu- u- +e channel or acco-nt.

▲ YouTube

B 2021 7 oogle GGC d/+/a Qu-u-+e4l 01 Cherry Uve4l an x-c-no4CU l 066

) n J ov ] 42023 copyright@viraldrm.com s rote5

Pldeo b/F5 RbN9 1E KKO4J Maltl( s edN

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:44:02 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [T6AANXYVOTA55ZLAEB2O23NYM] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2h30uzdtyw6l507@google.com>
Date: Thu, Nov 16, 2023 at 1:33 AM
Subject: [T6AANXYVOTA55ZLAEB2O23NYM] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=rgDZff4k-24

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=rgD2fl4k-24
Describe the work allegedly infringed: My company, organization or client's
video
   ◦ Title of video: Insane video: Tornado hits wind farm- Captured by drone in
     4k
   ◦ Source of video: -NYG3W__I1g
   ◦ Type of video: Internet video
   ◦ Where does the content appear?
     The content appears in the targeted video from 0:13:36 to 0:13:53 :
     https://www.youtube.com/watch?v=rgD2fl4k-24&t=816
     It appears in your source video from 0:00:01 to 0:00:11 :
     https://www.youtube.com/watch?v=-NYG3W__I1g&t=1

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
   ◦ I am the owner, or an agent authorized to act on behalf of the owner of an
     exclusive right that is allegedly infringed.
   ◦ I have a good faith belief that the use of the material in the manner
     complained of is not authorized by the copyright owner, its agent, or the
     law; and
   ◦ This notification is accurate.
   ◦ I acknowledge that under Section 512(f) of the DMCA any person who
     knowingly materially misrepresents that material or activity is infringing
     may be subject to liability for damages.
   ◦ I understand that abuse of this tool will result in termination of my YouTube
     channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WXChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - ○ 1315 Carroll Dr
  - ○ Terry, MS 39170
  - ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=rqD2ff4k-24
- Describe the work allegedly infringed: My company, organization or clients video
  - ○ Source of video: -NYQ3W__I1g
  - ○ Type of video: Internet video
  - ○ Where does the content appear?
  - The content appears in the targeted video from 0:13:36 to 0:13:53 : https://www.youtube.com/watch?v=rqD2ff4k-24&t=816
  - It appears in your source video from 0:00:01 to 0:00:11 : https://www.youtube.com/watch?v=-NYQ3W__I1g&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@voxchasing.com wrote:

Video IDs: rgDZfi4k-24

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:21:16 : M
**To:** 5iral 4 PM <viraldrm@VrplaD.com>
**Subject:** ROd9svF[ **FGl** UJCJ3Y6TBE2XP5 : OwNMl Touwbe Copyright Complaint YubmiWon

¶¶¶¶¶RonDarded meVMege 5¶¶¶¶6
Rrom9**Copyright Management** <copyright@viraldrm.com>
4 ate9Wlu-+ ov 16. 2023 at 109j : M
Yub ect5ROd9svF[ **FGl** UJCJ3Y6TBE2XP5 : OwNMl Touwbe Copyright Complaint YubmiWon
wo9<viraldrm@VrplaD.com>

¶¶¶¶¶RonDarded meVMege 5¶¶¶¶6
Rrom9**YouTube Copyright** <youtube5iVbuteVk0Dv3f gNM 6e3WU@google.com>
4 ate9Yat-+ ov 11- 2023 at 69 N: M
Yub ect5svF[ **FGl** UJCJ3Y6TBE2XP5 : OwNMl Touwbe Copyright Complaint YubmiWon
wo9<copyright@viraldrm.com>



Gi Copyright Management-

wharf  you Wr your reVponVe. ' eVe revieDed it and provided updateVbeloD.

**Request resolved**

whe content lIVed beloD haVbeen removed.

5ideoVin ) ueMfon9

http9iViDDD.youtube.comDatchov?1vcwql 7jz2TV

http9iViDDD.youtube.comDatchov?1H-IrcnUTCc

' e uVe a combination oWutomated VyMemV and human revieDV to
proceW removal re) ueWV.

Tou may tal e bad  your claim oWopyright inWMngement at any time iWou change
your mind.

SaXe Touxube xeam

Gere iV the inXXrmation you XXed in9

Copyright BDner +ame KCompany +ame iWWpplicableOFiral 4 PM
Tour RuiI [ egal +ame KEiIaXeV uXemameV or iniIiaIV not acceptedOMichael Clement
Tour wiIIe or I ob : oVIion K hat iV your authority to maf e thV complainUOXX
4 iigital PightV Manager
EddreV9
210 5eaLey 4 nve
ChiIderVburg- E[ 3N0HH
AY
AXemame9Copyright Management
Xmail EddreVXXcopyrighX@viraldrm.com
: hone92NXSX6JSJHJ

API [ oWWegedly inWWnging video to be removed9
httpX9DDD_youtube.com/Datchq/21vowI Z2TV
4 eXcribe the Dorf allegedly inWWnged9My company-organiLation or clientX/video
  ○ wiIIe oWideo94 rone Wotage oVErdover tornado DiIh color correction
  ○ Yource oWideo9httpXX9ON/DatchV oe+YOCDuY/
  ○ wype oWideo97Xemet video
  ○ ' here doeV the content appearq
  whe content appearV in the targeted video Wm 09003N1 to 09009I   9
  httpX9DDD_youtube.com/Datchq/21vowI Z2TV 12NI
  Z appearV in your Vource video9httpX9ON/DatchV oe+YOCDuY/

API [ oWWegedly inWWnging video to be removed9
httpX9DDD_youtube.com/Datchq/21H-IrquITCc
4 eXcribe the Dorf allegedly inWWnged9My company-organiLation or clientX/video
  ○ wiIIe oWideo9Gurricane +icole SXaVWwe '  aveV and eroVion cauVe home/ to craVh Into ocean
  ○ Yource oWideo9CU &6ovrRpM
  ○ wype oWideo97Xemet video
  ○ ' here doeV the content appearq
  whe content appearV in the targeted video Wm 09028J to 09029NN9
  httpX9DDD_youtube.com/Datchq/21H-IrquITCc 121NJ
  Z appearV in your Vource video Wm 090092 to 090098 9
  httpX9DDD_youtube.com/Datchq/2CU &6ovrRpM' 1212

Country Dhere copyright applieV9AY
7Mate A+4 XP : X+E[ wT BR : XPI APT thal9
  ○ 7am the oDner- or an agent authoriLed to act on behalWWhe oDner oVin excluVIive right that iV allegedly inWWnged.
  ○ 7have a good Waith beIieWthat the uVe oVthe material in the manner

Bn + ov 11- 2023 copyright@viraldrm.com Drote9

Gello-

Ror thV imf 9Peed wimmer iV the copyright oDner Shttp:VdDDD.youtube.com/Datchoy71vcwq 3z2TV
Ror thV imf 9Frandon Clement iV the copyright oDner Shttp:VdDDD.youtube.com/Datchoy7[ H- Irou TCc

Attached are the agreement/VVating De are authorized to manage the right/V Vor their videoV.
wharf you-

Bn ` ed- + ov 8- 2023 at H02.EM Touwube Copyright <youtube98!Vyoute%0Dn3f gN4.6e39V4@google.com> Drote9



Gi Copyright Management-

wharf you Vor your removal re) ueVt. ` eaze revieDed your re) ueVt and need
Vome more inVormation Vom you beVbre De can proceed. : leaVe read the entire
email careVully Vor a complete update oVeach videoV VatuV.

+eed more inVoEction needed

7n order to remove the content in ) ueVtior- De muVt conVVrm that you are the
copyright oDner or the copyright oDnerz/authoriLed repreVentative. 7Vyou are
acting aVan authoriLed repreVentative- pleaVe let uV f noD. Ror each API [ -
pleaVe identiVVthe copyright oDner you are repreVenting.

7ou may taf e bacd your claim oVcopyright inVVngement at any time iVyou charge
your mind.

SVhe Touwube wearm

Gere iV the inVbrmation you VVed in9

•  Copyright BDner + ame iCompany + ame iVVapplicableiG5iral 4 PM
•  7our RuII ( egal + ame iEliaVeV- uVername V or initial Vnot acceptediG
   Michael Clement
•  7our wifle or I ob : oVtion K ` hat iVyour authority to maf e thV complaintyG

- 4 igital FightVManager
  - EddreV9
    ○ 210 5eaLey 4 rive
    ○ ChilderVburg–E[ 3N0HH
    ○ AY
- AVername9Copyright Management
- Xmail EddreVAcopyright@viraldrm.com
- : hone92N9Z6USJHU

- API¸ oWallegedly inWnging video to be removed9
  http9//DDD.youtube.com/Datchqv?1vcwpl ßZTV
- 4 eVcribe the Dorf allegedly inWnged9My company- organi1ation or clientV video
  ○ wile oWideo94 rone Wotage oVEndover tornado Dith color correction
  ○ Yource oWideo9http9//WDDatchv oe+Y0CDoV/
  ○ wype oWideo9Remet video
  ○ ' here doeV the content appearq
    whe content appearV in the targeted video Wom 09/09N1 to 09/09N¸ 9
    http9//DDD.youtube.com/Datchqv?1vcwpl ßZTV r2Nl
    Tappear V in your Yource video9http9//WDDatchv oe+Y0CDoV/

- API¸ oWallegedly inWnging video to be removed9
  http9//DDD.youtube.com/Datchqv?1HHrcuJTCc
- 4 eVcribe the Dorf allegedly inWnged9My company- organi1ation or clientV video
  ○ wile oWideo9Curricane +icole SWaVWve '¸ aveV and eroVion cauVe homeV to craVh into ocean
  ○ Yource oWideo9CU &6dvrReM
  ○ wype oWideo9Remet video
  ○ ' here doeV the content appearq
    whe content appearV in the targeted video Wom 09/29J to 09/29NN9
    http9//DDD.youtube.com/Datchqv?1HHrcuJTCc¸ l21Nl
    Tappear V in your Yource video Wom 09/09 2 to 09/09 8 9
    http9//DDD.youtube.com/Datchqv?CU &6dvrReM¸ l212

- Country Dhere copyright appcleV9AY
- 7Mate A++4 XP ¸ X+E[ wT BR¸ XPI APT that9
  ○ 7am the oDner- or an agent authoriLed to act on behalVWhe oDner oWin excluVive right that IValegedly inWnged.
  ○ 7have a good With beleVWhat the uVe oWhe material in the manner complained oVW not authoriLed by the copyright oDner- itV agent- or the laD; and
  ○ WVnotiWcation iV accurate.
  ○ 7acf noDledge that under Yrection Nt 2(WC) oWhe 4 MCE any perVon Dho TnoDingly materially miVrepreVentVWhat material or activity iV inWnging may be VuVect to liability WVr damageV
  ○ 7underVand that abuVe oWhiV tool Dill reVult in termination oWmy Tcuvube channel.
- EuthorlLed Yignature9Michael Clement

Gelp Center • Xmail BptionV

Tcu received thiV email to provide inWrmation and updateV around your Tcuvube channel or account.

 Youtube

© 2021 Uoogle LLC d/b/a Tcuvube- l 01 Cherry Eve- Yan Fruno–CEl H066

 YouTube

# Copyright Infringement Notification Confirmation

wharf  you tor your VubmiVVion. IV under revieD to enVure it iV valid and includeVal reJuired elementV.'  e Dll reply to thiV email Dhen Delve taf en action on your reJueVt. Tou can alVo checf on the VatuV oVyour taf edoDn re} ueVt in the #removal reJ ueVMzlab Dhich iVVVand in the Copyright Vection oV
your channel.

Gere iVthe inVDrmation you Vibed in9

- Copyright BDner +ame iKompany +ame iVVapplicablei∅5iral 4 PM
- Tour RuIl ( egal +ame iEliaVeV- uVername V or initiaiV not acceptedi∅
  Michael Clement
- Tour witle or I ob : oVition K  hat iV,your authority to maf e thiV complaintyi∅
  4 igital PightV Manager
- EddreV9
  - 210 5ealeay 4 nive
  - ChilderVburg- E[ 3NDHH
  - AY
- AVemame9Copyright Management
- Xmail EddreVMecopyright@viraldm.com
  : Pone92NiS2@6.3 ' J-Hl

- APf  oVallegedly inVVnging video to be removed9
  httpVif/DDD youtube.com/Datchy/?1vowoi )z2TV
- 4 eVcribe the Dorf  allegedly inVVnged9My company- organialion or clientz/
  video
  - wile oVVideo94 rone Vbotage oVEndover tornado Dith color
    correction
  - Yource oVVideo9httpVVI/NDatchV oe+ YOCDoY/
  - wpe oVVideo9Vemet video
  - ' here doeV the content appearq
    whe content appearV in the targeted video Wom 09009N1 to 09009{  9
    httpVif/DDD youtube.com/Datchv/?1vowoi )z2TV  (?N1
    Tappear V in your Vource video9httpVVI/NDatchV oe+ YOCDoY/

- APf  oVallegedly inVVnging video to be removed9
  httpVif/DDD youtube.com/Datchy/1H-IrcnJTCc
- 4 eVcribe the Dorf  allegedly inVVnged9My company- organialion or clientz/
  video
  - wile oVVideo9Gurricane +icole SNaVVwe '  aveV and eroVlon cauVe
    homeV to craVh into ocean
  - Yource oVVideo9CU1 &6dvrRpM
  - wpe oVVideo9Vemet video
  - ' here doeV the content appearq
    wo content appearV in the targeted video Wom 09028J to 09029NN9
    httpVif/DDD youtube.com/Datchv/?1H-IrcnJTCc' i?1NJ
    Tappear V in your Vource video Wom 090092 to 090098.9
    httpVif/DDD youtube.com/Datchv/?CU1 &6dvrRpM' i?12

- Country Dhere copyright applieV9AY

- 7Mate A+4 XP · X+E[ wT BR · XPI APT that9
  - 7am the oDner- or an agent authoriLed to act on behalWoWhe oDner oWm excluWe right that IV allegedly inWnged.
  - 7have a good WaIth belieVthat the uVe oWhe material in the manner complained oWiV not authoriLed by the copyright oDner- itVagent- or the laD; and
  - whIVnotiWcation iV accurate.
  - 7acf noDledge that under Yection Nt2WIDVWe 4 MCE any perVon Dho I noDingly materially miVrepreVentVthat material or activity iV inWnging may be Vub ect to liability WVr damageV.
  - 7underVand that abuVe oWhiVtool Dill reVult in termination oWmy Touwube channel.

- EuthoriLed Yignature9Michael Clement

SWhe Touwube weam

<u>Gelp Center</u> • <u>Xmail BptionV</u>

Tou received thiVemail to provide inWrmation and updateV around your Touwube channel or account.



© 2021 Uoogle [ C d/b/a Touwube-i 01 Cherry Eve-YanFuno-CE| H066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 1:09 : 54 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd:9[7HG5UY4C43T6BEX2QRVPN7] Mu:Bob7bSe Copyright Complaint TbSmission

---------- Forwarded message ----------
From:9**YouTube Copyright** <yobtbSe-disptbtes+0wn3j g1 s_6e3_04@google.com>
Date:9Tat k ov 11 2023 at 69] PM
TbSbtct9[7HG5UY4C43T6BEX2QRVPN7] Mu:Bob7bSe Copyright Complaint TbSmission
7o:9<copyright@viraldrm.com>



Ui Copyright Management

7harj yob or yobr response.' eive reviewed it and provided bpdates Selow.

**Request resolved**

7he content listed Selow has Seen removed.

Videos in ) bestion9

https9//www.yobtbSe.com/watchqv?1vc7pulp2Bs

https9//www.yobtbSe.com/watchqv?G5=lrcn4BCc

' e bse a comSiration o, abtomated systems and hbman reviews to
process removal re) bests.

Bob may:tai e Sao; yobr claim o, copyright in,ingement at any time i, yob change
yobr mind.

- 7he Bob7bSe 7eam

Uere is the in,ormation yob. jiled in9

Copyright Ewner k ame i:Company k ame i, applicaSe:9Viral DRM
Bobr Fbll Gegal k ame iK:iases bsernames or initials not accepted:9Michael
Clement

Bobr rlite or JoS Position K hat is yobr authority to mag e this complaint(9

Digital Rights Manager

Xddress9

210 VeaLey Drive

ChildersSzrg XG3] 055

AT

AsernameSCopyright Management

Qmail XddressScopyright@viraldrm.com

Phone92] 6-264-4454

ARGo, allegedly in ringing video to Sse removed9

https9Jwww.yobttSe.com/watchq/71vc7Juliq2Bs

DescriSe the worj allegedly in ringed9My company organiLation or clienta

video

○ 7itle o, video9Drone ,ootage o, Xndover tornado with color correction

○ T oórce o, video9https9JJ,S,watchWek TOCwbT/

○ Type o, video9Internet video

○ ' here does the content appearq

7he content appears in the targeted video ,rom 09009 1 to 09009 : 9

https9Jwww.yobttSe.com/watchq/71vc7Juliq2Bs' !71.1

It appears in yobr sobrce video9https9JJ,S,watchWek TOCwbT/

ARGo, allegedly in ringing video to Sse removed9

https9Jwww.yobttSe.com/watchq/2G=Iron4BCc

DescriSe the worj allegedly in ringed9My company organiLation or clienta

video

○ 7itle o, video9Jbrricane k icole - Massive ' aves and erosion catse

   homes to crash into ocean

○ T oórce o, video9CLU&6dvrFpM

○ Type o, video9Internet video

○ ' here does the content appearq

7he content appears in the targeted video ,rom 0902934 to 09029 ] 9

https9Jwww.yobttSe.com/watchq/2G=Iron4BCc' !711.4

It appears in yobr sobrce video ,rom 09009.2 to 09009 8.9

https9Jwww.yobttSe.com/watchq/2CLU&6dvrFpM' !712

Cobntry where copyright applies9AT

I state Ak DQR PQk XG7B E F PQRJAR8 that9

○ I am the owner or an agent abthoriLed to act on Sehal, o, the owner o, an

   exclbsive right that is allegedly in ringed.

○ I have a good, aith Selie, that the tse o, the material in the manner

   complained o, is not abthoriLed Sy the copyright owner its agent or the

   law, and

○ 7his noti, cation is acctrate.

○ I acj nowledge that bnder T ection] 12(KDi, the DMCX any person who

   j nowingly materially misrepresents that material or activity is in ringing

   may Se sbSMct to liaSility or damages.

○ I bnderstand that aSose o, this tool will restlt in termination o, my Bob7bSe

En Ikov 11 2023 copyright@viraldrm.com wrote9

Uello

For this Inj 9Reed 7rimmer is the copyright owner - https9//www.yobtbSe.com/watchqv71vcf7oJp28s
For this Inj 9Frandon Clement is the copyright owner - https9//www.yobtbSe.com/watchqv7QG=trcn4BCg

Xttached are the agreements stating we are abthoriued to manage the rights ,or their videos.

7hanj yob

En` ed kov 8 2023 at 5J92KM Bob7bSe Copyright <yobtbSe-disptbes+0wn3j gj s: 6e3j 04@google.com> wrote9



Ui Copyright Management

7hanj yob ,or yobr removal re) best ' ' eaze reviewed yobr re) best and need some more in,ormation ,rom yob Se,ore we can proceed. Please read the entire email care,blly ,or a complete bpdate o, each videos stattos.

k eed more in,o Xction needed

In order to remove the content in j) bestion we mtbst con,irm that yob are the copyright owner or the copyright owners abthoriued representative. I, yob are acting as an abthoriued representative please let tbs j now. For each ARG please identi,y the copyright owner yob are representing.

Bob may tai e Saci yobr claim o, copyright in,ingement at any time i, yob change yobr mind.

-7he Bob7bSe 7eam

Uere is the in,ormation yob Jlied in9

- Copyright Ewner k ame ICompany k ame i, applicaSle9 Viral DRM
- Bobr Fbll Gegak ame IKiiases bsernames or initials not accepted9
    Michael Clement
- Bobr 7itle or JoS Position K hat is yobr abthority to maj e this complaint9
    Digital Rights Manager
- Xddress9
    - 210 VeaLey Drive
    - ChildersStrg XG3J 055
    - AT
- Asername9 Copyright Management
- Qmail Xddress9 copyright@viraldrm.com
- Phone92J 6-264-4454

channel.
XtbhoriLed Tignatbre9Michael Clement

Uelp Center • Qmail Eptions

Bob received this email to provide in,ormation and bpdates arobnd yobr Bob7bSe channel or accobnt.



© 2021 Yoogle GCC d/Sa Bob7bSe : 01 Cherry Xve Tan Hrbno CX : 5066

- ARGo, allegedly in,ringing video to Se removed9
  https//www.yobtbSe.com/watchq?1vc7JuJg2Bs
- DescriSe the worj  allegedly in,ringed9My company organiIation or clients
  video
  - 7ile o, video9Drone ,ootage o, Xrxdover tornado with color
    correction
  - Toixce o, video9https//.Swatch?Wek TOCwbT/
  - Type o, video9Internet video
  - ' here does the content appearq
  7he content appears in the targeted video ,rom 09.09 1 to 09.09 : 9
  https//www.yobtbSe.com/watchq?1vc7JuJg2Bs _ t?.1
  It appears in yobr sobrce video9https//.Swatch?Wek TOCwbT/

- ARGo, allegedly in,ringing video to Se removed9
  https//www.yobtbSe.com/watchq?GE=Iron4BCc
- DescriSe the worj  allegedly in,ringed9My company organiIation or clients
  video
  - 7ile o, video9Ubrricane k icole - Massive`  aves and erosion cabse
    homes to crash into ocean
  - Toixce o, video9CU&6dvrFpM
  - Type o, video9Internet video
  - ' here does the content appearq
  7he content appears in the targeted video ,rom 09:2B4 to 09:29] 9
  https//www.yobtbSe.com/watchq?GE=Iron4BCc_ t?14
  It appears in yobr sobrce video ,rom 09:09:2 to 09:09]6 9
  https//www.yobtbSe.com/watchq?CU&6dvrFpM_ t?12

- Cobntry where copyright applies9AT
- I state Ak DGR PGk XG7B E,F PORJAR8 that9
  - I am the owner  or an agent abthoriLed to act on Sehal, o, the owner
    o, an exclbsive right that is allegedly in,ringed.
  - I have a good  ,aith Selie, that the bse o, the material in the manner
    complained o, is not abthoriLed Sy the copyright owner  its agent or
    the law; and
  - 7his noti,ication is accbrate.
  - I acj nowledge that bnder Tection ] 12kD, the DMCX any person
    who j nowingly materially misrepresents that material or activity is
    in,ringing may Se sbSWct to liaSility, or damages.
  - I bnderstand that aSbse o, this tool will resblt in termination o, my
    Bob7bSe channel.
- XbthoriIed Tignatbre9Michael Clement

Uelp Center • Qmail Editions

Bob received this email to provide in,ormation and bpdates arobnd yobr
Bob7bSe channel or accobnt.





**Copyright Infringement Notification**

© 2021 Yoogle GGC d/Sa Bob7bSe . 01 Cherry Xve  Tan Hrbno  CX . 5066

# Confirmation

7hanҟ yob or ybџ stҕSmission. It is ҕnder revieѡ to enstbre it is valid and incltdes all rel;bted elements.'  e ѡill reply to this email ѡhen ѡe\\ve ta\\ en action on yobr rel\\ best. Bob can also checҟ on the statbs o, ybџ ta\\ edoѡn rel\\ best in the .Removal rel\\ bestsztaʝS ѡhich is .obnd in the Copyright section o, yobr channel.

Uere is the in,ormation yob ,illed in9

- Copyright Eџner ҟ ame ҟCompany ҟ ame j, applica5e9ViۇҖ DRM
- Bobr FÜ¡ Gegal ҟ ame ҟ¡iases ,bsernames or initials not accepted9
  Michael Clement
- Bobr 7itle or JoS9Position K ̝hat is ybџ abthority to ma¡ e this complaint9
  Digital Rights Manager
- Xddress9
  - 210 Vea¡ey Drive
  - ChildersۑҖrg X G3Ɉ 055
  - AT
- Asername9Copyright Management
- Gmail Xddress9copyright@vira¡drm.com
- Phone92Ɉ 6-264-4454

- ARGo, allegedly in,ringing video to Ѕe removed9
  https9\\\\www.yobtbSe.com\\watchy9?1vc7oᲙ¡b2Ოs
- DescriҖSe the worҟ allegedly in,ringed9My company organization or clients video
  - 7itle o, video9Drone ,ootage o, Xndover tornado with color correction
  - Tobrce o, video9https9\\\\SwatchۑNeҟ.TOCweT\\
  - Type o, video9Internet video
  - `here does the content appearq
  - 7he content appears in the targeted video ,rom 09Ɉ09Ɉ 1 to 09Ɉ09Ɉ : 9
  - https9\\\\www.yobtbSe.com\\watchy9?1vc7oᲙ¡b2Ოs' 1Ɉ 1
  - It appears in ybџ sobrce video9https9\\\\SwatchۑNeҟ.TOCweT\\

- ARGo, allegedly in,ringing video to Ѕe removed9
  https9\\\\www.yobtbSe.com\\watchy9?G=Ircn4BCc
- DescriҖSe the worҟ allegedly in,ringed9My company organization or clients video
  - 7itle o, video9Ubrricane Ҟ icole - Massive' aves and erosion cabse homes to crash into ocean
  - Tobrce o, video9CLJ&6ᲝvrFpM
  - Type o, video9Internet video
  - `here does the content appearq
  - 7he content appears in the targeted video ,rom 09Ɉ 2Ɉ 4 to 09Ɉ 2Ɉ 1 9
  - https9\\\\www.yobtbSe.com\\watchy9?G=Ircn4BCc' 1Ɉ 14
  - It appears in ybџ sobrce video ,rom 09Ɉ 0Ɉ 8Ɉ 2 to 09Ɉ 0Ɉ 8Ɉ 9
  - https9\\\\www.yobtbSe.com\\watchy9?CLJ&6ᲝvrFpM' 1Ɉ 1Ɉ 2

- CobntryۑNhere copyright applies9AT
- I state  A¡ OGR PQҟ XG7Ѕ E, PQҖJARѕ that9
  - I am the owner' or an agent abthorized to act on Ѕeha¡, o, the owner o, an exclbsive right that is allegedly in,ringed.
  - I have a good ,aith Ѕelie, that the bse o, the material in the manner complained o, is not abthorized Ѕy the copyright owner its agent or the law; and
  - 7his noti¡cation is accbrate.
  - I acҟ nowledge that brder Tҕ:ction] 12ҟCɈ , the DMCX any person who j nowingly materially misrepresents that material or activity is

in,ringing may Se sbSWct to liaSilty, or damages.

   o  I brderstand that aSSse o , this tool will restlt in termination o, my Bob7bSe channel.

   •  Xbthori,ed Tignatire9Michael Clement

- 7he Bob7bSe 7eam

Uelp Center • Qmail E,plions

Bob received this email to provide in,ormation and bpdates arobnd yobr Bob7bSe channel or accobnt.

YouTube

© 2021 Yoogle G,C d/S/a Bob7bSe , 01 Cherry Xve. Tan Hrbno. CX ,. 5066

Enk ov 4 2023 copyright@viraldrm.com wrote9

Video IDs91vc7pJg2Bs G5=Iron4BCc

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:06:41 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ZPG2M2MCfXSNNP7BYF36ERA] uNoTZThe Copyright Complaint Wfbmission

## FOR BRIEF OF EVIDENCE

SCZX G( D
https://www.yoTlTbe.com/watch-_v_5WG_C(_7NxNs
https://www.yoTlTbe.com/watch-_v_R+_eydUk7rw
https://www.yoTlTbe.com/watch-_v_AXbfx5baSQ
https://www.yoTlTbe.com/watch-_v_oG1V41m7oMN
https://www.yoTlTbe.com/watch-_v_ySawTk.kffx

S+ SZG   SCZX G
https://www.yoTlTbe.com/watch-_v_BIl_sSWelxw
https://www.yoTlTbe.com/watch-_v_7_dyzHQpto

¶¶¶¶¶Forwarded message ¶¶¶¶¶
From: **YouTube Copyright** <yoTlTbeqd.isp7tesKQa735yb16t1h5y07@google.com>
Date: + ed8Gov 14&2023 at 12:0C0PM
WfbHct: [ZPG2M2MCfXSNNP7BYF36ERA] uNoTZThe Copyright Complaint Wfbmission
Zo: <news@newsmedia.neLaT>
Cc: <copyright@viraldrm.com>



i Gews Media Getwor( 8

Zhan(_yoT)or yoTr removal ref Test.

+ else removed some o) the videos in yoTr not()cation. Please read the entire
email care)ITly )or a complete Tpdate o) each videos stafTs.

**Under review**

+ e need more time to review the in)ormation yoT provided )or the video's9
below. + ell get bac( to yoT once we)e completed o)Tr review.

Videos in f Testion:

https://www.yoTlTbe.com/watch-_v_BIl_sSWelxw

☐ Video I Jitemet video9

Zltle o) yoTr video: &Firenado&STstralia in   Dqat ac(Tal speed.

Content )oTnd in: 0:0QC(3 to 0:0Q43

https://www.yoTlTbe.com/watch?v_?f dy=IQ2no

☐ Video Jlnternet video9

Zlte o) yoTr video: &Firenado&STstralia in   Dqat actTal speed.

Content )oTnd in: 0:03:31 to 0:03:0t

## Request resolved

Zhe content listed below has been removed.

Videos in f Ttestion:

https://www.yoTlTbe.com/watch?v_5WG_Cj_7NsNs

https://www.yoTlTbe.com/watch?v_Rt+ exptUa7nv

https://www.yoTlTbe.com/watch?v_AXtdrG0aSQ

https://www.yoTlTbe.com/watch?v_oG1V4l_m7oMN

https://www.yoTlTbe.com/watch?v_ySawTk'lofHx

Zhe videol9listed below have already been removed.  EecaTse the content
is Tavailable8we are Tnable to ta(e action on them.

Videos in f Ttestion:

https://www.yoTlTbe.com/watch?v_ohzBAhA'_RYM

+ e Tse a combination o) aTtomated systems and hTman reviews to
process removal ref Tests.

NoT may ta(e bacl_yoTr claim o) copyright inJingement at any time i )yoT change
yoTr mind.

qZhe NoTZ!be Zeam

ere is the in)ormation yoT )illed in:

Copyright X wner Game l Company Game i )applicable9 Chris Zangey/ Gews
Media Getwor( / Viral DRM
NoTr F Tll Uegal Game lSlases8Tsernames or initials not accepted9 Daniel

vview

NoTr Zllle or zob Position I+ hat is yoTr aTthority to mat(e this complaint- 9

Rights Manager

Sddress:
PX Eo: 162
VaTclTse8GW* 2030
SA
Asername: Gews Media Getwor(
] mail Sddress: news@newsmedia.net.aT
Wecondary] mail Sddress: copyright@viraldm.com
Phone: 0Q07 x50 005

ARU₀) allegedly in)ringing video to be removed:
https://www.yoTlTbe.com/watch- v. 5WG_Cj_7NxNs

Describe the wor( allegedly in)ringed: My company&organi?ation or clients
video

  ○ Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
  ○ WoTrce o) video: 66Ne03E3Ub
  ○ Zype o) video: Jtemet video
  ○ + here does the content appear-
  Zhe content appears in the targeted video )rom 0:00:1Qto 0:00:23 :
  https://www.yoTlTbe.com/watch- v. 5WG_Cj_7NxNs- t_1Q
  J appears in yoTr soTrce video )rom 0:02:04 to 0:02:1Q:
  https://www.yoTlTbe.com/watch- v. 66Ne03E3Ub- t_124

ARU₀) allegedly in)ringing video to be removed:
https://www.yoTlTbe.com/watch- v. R+ eyptUa7rw

Describe the wor( allegedly in)ringed: My company&organi?ation or clients
video

  ○ Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
  ○ WoTrce o) video: 66Ne03E3Ub
  ○ Zype o) video: Jtemet video
  ○ + here does the content appear-
  Zhe content appears in the targeted video )rom 0:06:02 to 0:06:07 :
  https://www.yoTlTbe.com/watch- v. R+ eyptUa7rw- t_362
  J appears in yoTr soTrce video )rom 0:01:0Qto 0:01:06 :
  https://www.yoTlTbe.com/watch- v. 66Ne03E3Ub- t_6Q

ARU₀) allegedly in)ringing video to be removed:
https://www.yoTlTbe.com/watch- v. AXtIdrGQaSQ

Describe the wor( allegedly in)ringed: My company&organi?ation or clients
video

  ○ Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
  ○ WoTrce o) video: 66Ne03E3Ub
  ○ Zype o) video: Jtemet video
  ○ + here does the content appear-
  Zhe content appears in the targeted video )rom 0:07:00 to 0:07:03 :
  https://www.yoTlTbe.com/watch- v. AXtIdrGQaSQ- t_Q20
  J appears in yoTr soTrce video )rom 0:02:32 to 0:02:3Q:

https://www.yoTITbe.com/watch~ v_66Ne03E3Ub~ t_142

ARU o) allegedly inYinging video to be removed:
https://www.yoTITbe.com/watch~ v_Bll_ySVahw

Describe the wor( allegedly inYinged: My company&organi?ation or clients video
- Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
- WoTrce o) video: 66Ne03E3Ub
- Zype o) video: Jternet video
- + here does the content appear-

Zhe content appears in the targeted video Yorm 0:0QC3 to 0:0Q43 :
https://www.yoTITbe.com/watch~ v_Bll_ySVahw~ t_2x3
J appears in yoTr soTrce video Yorm 0:00:00 to 0:01:00 :
https://www.yoTITbe.com/watch~ v_66Ne03E3Ub~ t_0

ARU o) allegedly inYinging video to be removed:
https://www.yoTITbe.com/watch~ v_oG1V4l_m7oMlN

Describe the wor( allegedly inYinged: My company&organi?ation or clients video
- Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
- WoTrce o) video: 66Ne03E3Ub
- Zype o) video: Jternet video
- + here does the content appear-

Zhe content appears in the targeted video Yorm 0:01:Qx to 0:01:43 :
https://www.yoTITbe.com/watch~ v_oG1V4l_m7oMlN~ t_10x
J appears in yoTr soTrce video Yorm 0:01:00 to 0:01:10 :
https://www.yoTITbe.com/watch~ v_66Ne03E3Ub~ t_6Q

ARU o) allegedly inYinging video to be removed:
https://www.yoTITbe.com/watch~ v_ohzBAhA`_RYM

Describe the wor( allegedly inYinged: My company&organi?ation or clients video
- Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
- WoTrce o) video: 66Ne03E3Ub
- Zype o) video: Jternet video
- + here does the content appear-

Zhe content appears in the targeted video Yorm 0:05:25 to 0:05:Qt :
https://www.yoTITbe.com/watch~ v_ohzBAhA`_RYM~ t_465
J appears in yoTr soTrce video Yorm 0:02:33 to 0:02:40 :
https://www.yoTITbe.com/watch~ v_66Ne03E3Ub~ t_143

ARU o) allegedly inYinging video to be removed:
https://www.yoTITbe.com/watch~ v_ySawTk_loffx

Describe the wor( allegedly inYinged: My company&organi?ation or clients video
- Zlle o) video: &Firenado&STsralia in   Dqat actTal speed.
- WoTrce o) video: 66Ne03E3Ub
- Zype o) video: Jternet video
- + here does the content appear-

Zhe content appears in the targeted video ϑom 0:10:13 to 0:10:1Q:
https://www.yoТITbe.com/watch=_v_ySawТk loffix=.t_613
J appears in yoТr soТrce video ϑom 0:00:Qx to 0:00:Q5 :
https://www.yoТITbe.com/watch=_v_66Ne03E3Ub=.t_Qx

ARUo) allegedly inϑinging video to be removed:
https://www.yoТITbe.com/watch=_v_?f.d=iQϑno
Describe the worϏ allegedly inϑinged: My company&organ?ation or clients
video
  ○ Zitle o) video: ϑFirenado&STsralia in   Dqat actТal speed.
  ○ WoТrce o) video: 66Ne03E3Ub
  ○ Zype o) video: Jnternet video
  ○ + here does the content appear-
    Zhe content appears in the targeted video ϑom 0:03:31 to 0:03:Qx :
    https://www.yoТITbe.com/watch=_v_?f.d=iQϑno=.t_211
    J appears in yoТr soТrce video ϑom 0:02:24 to 0:02:QO :
    https://www.yoТITbe.com/watch=_v_66Ne03E3Ub=.t_1Q4

CoТntry where copyright applies: SA
ϑin good ϑaith state that:
  ○ Jam the owner&or an agent aТThori?ed to act on behal) o) the owner o) an
    e; cTsive right that is allegedly inϑinged.
  ○ Jhave a good ϑaith belie) that the Тse o) the material in the manner
    complained o) is not aТThori?ed by the copyright owner&its agent&or the
    law&and
  ○ Zhis noϑ)cation is accТrate.
  ○ Jac)nowledge that there may be adverse legal consef Tences )or mat)ing
    ϑalse or bad )aith allegations o) copyright inϑingement by Тsing this
    process.
  ○ JТnderstand that abТse o) this tool will resТlt in termination o) my NoТZТbe
    channel.

SТThori?ed Wignat?re: Daniel Wfaw

elp Center ' ] mail X)tions

NoТr received this email to provide inϑormation and Т)dates aroТnd yoТr
NoТZТbe channel or accoТnt.

 YouTube

" 2021 ' oogle UUC d/b/a NoТZТbe8501 Cherry Sve8Man ErТno8CS 5QO66

**Copyright Infringement Notification**

# Confirmation

Zhank yoT for yoTr sTbmission. J is Tnder review to ensTre it is valid and incTdes all ref Tired elements. + e will reply to this email when we ve ta( en action on yoTr ref Test. NoT can also chec( on the statTs o) yoTr ta( edown ref Test in the )Removal ref TestsLab which is )oTnd in the Copyright section o) yoTr channel.

ere is the in)ormation yoT )illed in:

- Copyright Xwner )Company Game i )applicable9 Chris Zangey /
- Gews Media Getwor( / Viral DRM
- NoTr F Tll Ukgal Game )SUases9Tsernames or initials not accepted9 Daniel VRaw
- NoTr Zitle or zob Position I+ hat is yoTr aTthority to ma( e this complaint- 9
- Rights Manager
- Sddress:
  - PX Eo; 162
  - VaTcTTsee9GW+ 2030
  - SA
- Asername: Gews Media Getwor(
- ] mail Sddress: news@newsmedia.net.aT
- Vecondary ] mail Sddress: copyright@viraldrm.com
- Phone: 0Q07 x50 005

- ARU o) allegedly in)ringing video to be removed:
  https://www.yoTlTbe.com/watch> v_5VtG_Cj_7NcNs
- Describe the wor( allegedly in)ringed: My company8organi?ation or clients video
  - Zitle o) video: 4Firenado&STTstralia in   Dqat actTal speed
  - WoTrce o) video: 66Ne03E3Ub
  - Zype o) video: Jternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video )rom 0:00:10to 0:00:23 :
  - https://www.yoTlTbe.com/watch> v_5VtG_Cj_7NcNs> t_1Q
  - J appears in yoTr soTrce video )rom 0:02:04 to 0:02:1Q:
  - https://www.yoTlTbe.com/watch> v_66NNe03E3Ub> t_124

- ARU o) allegedly in)ringing video to be removed:
  https://www.yoTlTbe.com/watch> v_R+ exptUa7nw
- Describe the wor( allegedly in)ringed: My company8organi?ation or clients video
  - Zitle o) video: 4Firenado&STTstralia in   Dqat actTal speed
  - WoTrce o) video: 66Ne03E3Ub
  - Zype o) video: Jternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video )rom 0:06:02 to 0:06:07 :
  - https://www.yoTlTbe.com/watch> v_R+ exptUa7nw> t_362
  - J appears in yoTr soTrce video )rom 0:01:0Qto 0:01:06 :
  - https://www.yoTlTbe.com/watch> v_66NNe03E3Ub> t_6Q

- ARU o) allegedly in)ringing video to be removed:
  https://www.yoTlTbe.com/watch> v_AXtdrG0aSQ
- Describe the wor( allegedly in)ringed: My company8organi?ation or clients video
  - Zitle o) video: 4Firenado&STTstralia in   Dqat actTal speed
  - WoTrce o) video: 66Ne03E3Ub
  - Zype o) video: Jternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video )rom 0:07:00 to 0:07:03 :
  - https://www.yoTlTbe.com/watch> v_AXtdrG0aSQ> t_Q20

- J appears in yoTr soTrce video Ƴrom 0:02:32 to 0:02:3Q:
  https://www.yoTlTbe.com/watch•-v-66Neo3E3Ub--t-142
- ARU) o) allegedly inƳringing video to be removed:
  https://www.yoTlTbe.com/watch•-v-BIl_xSWIxlvw
- Describe the wor( allegedly inƳringed: My companyǒorganǐ?ation or clients video
  - Zile o) video: &Frenado&STstralia in    Dqat actTal speed.
  - WoTrce o) video: 66Neo3E3Ub
  - Zype o) video: Jtternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video ƳƳom 0:0QQ3 to 0:0QQ43 :
    https://www.yoTlTbe.com/watch•-v-BIl_xSWIxlvw--t-2x3
  - J appears in yoTr soTrce video Ƴrom 0:00:00 to 0:01:00 :
    https://www.yoTlTbe.com/watch•-v-66Neo3E3Ub--t-1-0

- ARU) o) allegedly inƳringing video to be removed:
  https://www.yoTlTbe.com/watch•-v-oG1V4l_m7oMlN
- Describe the wor( allegedly inƳringed: My companyǒorganǐ?ation or clients video
  - Zile o) video: &Frenado&STstralia in    Dqat actTal speed
  - WoTrce o) video: 66Neo3E3Ub
  - Zype o) video: Jtternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video ƳƳom 0:01:Qx to 0:01:43 :
    https://www.yoTlTbe.com/watch•-v-oG1V4l_m7oMl•-t-10x
  - J appears in yoTr soTrce video Ƴrom 0:01:00Qp to 0:01:10 :
    https://www.yoTlTbe.com/watch•-v-66Neo3E3Ub--t-6Q

- ARU) o) allegedly inƳringing video to be removed:
  https://www.yoTlTbe.com/watch•-v-ohzBAhA`_RYM
- Describe the wor( allegedly inƳringed: My companyǒorganǐ?ation or clients video
  - Zile o) video: &Frenado&STstralia in    Dqat actTal speed
  - WoTrce o) video: 66Neo3E3Ub
  - Zype o) video: Jtternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video ƳƳom 0:05:25 to 0:05:Qt :
    https://www.yoTlTbe.com/watch•-v-ohzBAhA`_RYM•-t-465
  - J appears in yoTr soTrce video Ƴrom 0:02:33 to 0:02:40 :
    https://www.yoTlTbe.com/watch•-v-66Neo3E3Ub--t-143

- ARU) o) allegedly inƳringing video to be removed:
  https://www.yoTlTbe.com/watch•-v-vSawTk_loffx
- Describe the wor( allegedly inƳringed: My companyǒorganǐ?ation or clients video
  - Zile o) video: &Frenado&STstralia in    Dqat actTal speed
  - WoTrce o) video: 66Neo3E3Ub
  - Zype o) video: Jtternet video
  - + here does the content appear-
  - Zhe content appears in the targeted video ƳƳom 0:10:13 to 0:10:1Q:
    https://www.yoTlTbe.com/watch•-v-vSawTk_loffx•-t-613
  - J appears in yoTr soTrce video Ƴrom 0:00:Qx to 0:00:QS :
    https://www.yoTlTbe.com/watch•-v-66Neo3E3Ub--t-Qx

- ARU) o) allegedly inƳringing video to be removed:
  https://www.yoTlTbe.com/watch•-v-7t-dyrQpno
- Describe the wor( allegedly inƳringed: My companyǒorganǐ?ation or clients video
  - Zile o) video: &Frenado&STstralia in    Dqat actTal speed
  - WoTrce o) video: 66Neo3E3Ub

- ○ Zype o) video. Jtemet video
- ○ + here does the content appear-
- ○ Zhe content appears in the targeted video )rom 0:03:31 to 0:03:Qx :
  https://www.yoTTbe.com/watch+ v_ 7t d=IQho• L 211
  J appears in yoT soTrce video )om 0:02:24 to 0:02:QD :
  https://www.yoTTbe.com/watch+ v_ 66Ne03E3uo+ t_1Qd

- • CoTnfry where copyright applies: SA
- • Jin good )aith state that:
  - ○ Jam the owner8or an agent aTfhori?ed to act on behal) o) the owner
    o) an e; cfTsive right that is allegedly inJringed.
  - ○ Jhave a good )aith belie) that the Tse o) the material in the manner
    complained o) is not a Tfhori?ed by the copyright owner8its agent8or
    the law8and
  - ○ Zhis noti)ication is accTrate.
  - ○ Jac) nowledge that there may be adverse legal consef Tences )or
    mai(ing )alse or bad )aith allegations o) copyright inJringement by
    Tsing this process.
  - ○ JTnderstand that abTse o) this tool will resTlt in termination o) my
    NoTZTbe channel.
- • SThori?ed Vignatfre: Daniel Wraw

qZhe NoTZTbe Zeam

elp Center • 1 mail Xptions

NoT received this email to provide in)ormation and Tpdates aroTnd yoTr
NoTZTbe channel or accoTnt.

▶ YouTube

" 2021 · oogle UJC d/b/a NoTZTbe8501 Cherry Sve8Van ErTno8CS 5Q066

Xn Gov 1Ct2023 news@newsmedia.net.aT wrote:

Video JDs: 5WG  Cj 7NxNs8R+ eyptJa7rw8AXIqtrG0aSQ8III y$Wetyw6oG1V4j m7oMN8orb8AhA· RYM8y$awTk)o8fx8?f dy=IQrho

**From:**  Copyright Management <copyright@wxchasing.com>
**Sent:**  11/16/2023 11:16:50 PM
**To:**  Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4 2G5XELZGEBS TM4·P24·S·EL34·CZ₦ o] T] Ye Copyright Complaint G] Ymission

뻐뻐뻐Forwarded message 뻐뻐뻐
From: **YouTube Copyright <**yo] 1] Yedisp] test63d603yX· Y1v·d0Z@google.com>
Date: T] el 8 ov 17 2023 at 3.56., M
G] Ya:c] [4 2G5XELZGEBS TM4·P24·S·EL34·CZ₦ o] T] Ye Copyright Complaint G] Ymission
To: <copyright@wxchasing.com>



j i S HChasingf

Thank yo] qpr yo] removal re ] est. S e?e reviewed it and provided ] pdates
Yelow.

**Request resolved**

The content listed Yelow has Yeen removed.

Videos in ] estion:

https://www.yo] 1] Ye.com/watch=v·Qhi gsl D·sak

S e J se a comYination oq a] tomated systems and h] man reviews to
process removal re ] ests.

I o] may take Yack yo] r claim oq copyright inqringement at any time i qyo] charge
yo] r mind.

uThe I o] T] Ye Team

j ere is the inqormation yo]  qiled in:

Copyright ) wner 8 ame J Company 8 ame iqapplica Ye9 S xChasing
I o] r F]l Legal 8 ame J liasesf ] sernames or initials not accepted9 Michael
Clement
I o] r Title or UdY Position JS hat is yo] r a] thority to make this complaint=9

) wner

ddress:
1315 Carroll Dr
Terryf MG 3z1Z0
4 G

4 sername: S HChasing
( mail  ddress: copyright@wxchasing.com
Phone: 6012603120

4 RL oqalfegedly infringing video to Ye removed:
https://www.yo] l] Ye.com/watch=vObij  qs( D=sak

Descri'te the work allegedly infringed: My company/ organi+eation or client's
video

○ Title oqvideo: 11u0u2022 Daytona Eeacht FL ] ] ricane 8icole erosion
   ca] ses homes to qill into ocean.mp7
○ Go] rce oqvideo: TBke23' BkU,D
○ Type oqvideo: Wernet video
○ S here does the content appear=
   The content appears in the targeted video qrom 0:12:1Z to 0:12:56 :
   https://www.yo] l] Ye.com/watch=vObij  qs( D=sak&tQZ3Z
   Wappears in yo] r so] rce video qrom 0:00:20 to 0:01:30 :
   https://www.yo] l] Ye.com/watch=vQTBke23' BkU08tQ00

Co] ntry where copyright applies: 4 G
Watate 4 8 D( R P( 8  LTI  ) F P( RUJRI  that:
○ Wam the owner or an agent a] ] thori+ed to act on Yehalqoqthe owner oqan
   exc] ] sive right that is allegedly inqriqged.
○ Weave a good qaith Yeleeqthat the ] se oqthe material in the manner
   complained oqis not a] ] thori+ed Y] the copyright ownerf its agentf or the
   law; and
○ This notiqcation is acc] rate.
○ Wacknowledge that ] nder Gection 512.[f)qothe DMC   any person who
   knowinql] materiall] misrepresents that material or activity is inqriging
   may Ye s] Y]ect to lia Yilit] qor damages.
○ W]nderstand that a Y] se oqthis tool will res] lt in termination oqmy ] o] T] Ye
   channel.

] thori+ed Gignaj] re: Michael Clement

j elp Center • ( mail ) ptions

I o]] received this email to provide inqrmation and ] pdates aro] nd yo] r
I o] T] Ye channel or acco] nt.

▶ YouTube

© 2021 Boogle LLC d/Y/a I o] T] Yef z01 Cherry  vef Gan Erf nof C   z7066



# Copyright Infringement Notification Confirmation

Thank yo] qpr yo] r s] Ymission. Wis ] nder review to ens] re it is valid and incl] des all re ] 1ired elements. S e will reply to this email when we'Øe taken action on yo] r re ] 1est. I o] can also check on the stat]s oqo] r takedown re ] 1est in the "Removal re ] 1ests" taY which is qp] nd in the Copyright section oq yo] r channel.

j ere is the inqrmation yo] q4led in:

- Copyright ] wner 8 ame .Company 8 ame iqapplicaYteɃ S xChasing
- I o] r F]l Legal 8 ame J ]iasesf J sernames or initals not aocepted9
  Michael Clement
- I o] r Title or UbY Position .iꞘ hat is yo] r a] thority to make this complaint=9 ) wner
- ddress:
  ○ 1315 Carroll Dr
  ○ Terryf MG 3z1Z0
  ○ 4 G
- 4 sername: S HChasing
- ( mail  ddress: copyright@wxchasing.com
- Phone: 6012603120

- 4 RL oqallegedly inqringing video to Yɘ removed:
  https://www.yo] 1 Ye.com/watch=xOhi_qs] D=sak
- DescriɘŠe the work allegedly inqringed: My companyf organi=ation or clien's video
  ○ Title oqvideo: 11u0u2022 Daytona EeachɃ FL j ] rricane 8 icole erosion caj sss homes to qall into ocean mp7
  ○ Go] rce oqvideo: TBke23 BkU0
  ○ Type oqvideo: Wernet video
  ○ S here does the content appear=
  The content appears in the targeted video qrom 0:12:1Z to 0:12:56 :
  https://www.yo] 1 Ye.com/watch=xOhi_qs] D=sak&tC2Z
  Wappears in yo] r so] rce video qrom 0:00:20 to 0:01:30 :
  https://www.yo] 1 Ye.com/watch=xOTBke23_BkU0&tQ20

- Co]ntry where copyright applies: 4 G
- Wstate 48D( R P( 8   LTI ) F P( RUŠRI  that:
  ○ Wim the owner or an agent a] thori=ed to act on Yehalqoqthe owner oqan excl] sive right that is allegedly inqringed.
  ○ Wave a good qaith Yelieqthat the ] se oqthe material in the manner complained oqis not a] thori=ed Yy the copyright owner f its agentf or the law, and
  ○ This notiqcation is acc] rate.
  ○ Wacknowledge that ] nder Gection 512.Øf)oqthe DMC   any person who knowingly materially misrepresents that material or activity is inqringing may Ye s] Y/ect to lia5ility qpr damages.
  ○ Wynderstand that a Y] se oqthis tool will res] lt in termination oqmy
  • ] o] 1 T] Ye channel.
  • ] thori=ed Gignat] re: Michael Clement

uThe I o] T] Ye Team

j_elp Center • (_mail )_ptions

[ o] received this email to provide inqrmation and ] pdates aro] nd yo]r
[ o] T] Ye channel or acco] nt.

▶ YouTube

© 2021 Boogle LLC d'Ya l o] T] Yef z01 Cherry _ vef Gan Erf,nof C _ z7066

) n8 ov 13f 2023 copyrightd@vxchasing.com wrote:

Video ₩s: nij φf( D<sak

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:59:4 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd:t9 7 H V @ C3UJ YT 6RY2TCl  B: F8E2J HXYoQ Q e Copyright Complaint J Q mission

ᴜᴜᴜᴜᴜᴜForwarded message ᴜᴜᴜᴜᴜ
From:**YouTube Copyright** <yoQ Q eidispQesb1] Sra2ca–0i60S@google.com>
Date:9 Q nH ov 12•2023 at 2:96 8M
J Q ect9 7 H V @ C3UJ YT 6RY2TCl  B: F8E2J HXYoQ Q e Copyright Complaint J Q mission
N:9<copyright@viraldrm.com>



ki Copyright Management+

N:anf  yoQ QQ t$ yoQ response. I  e've reviewed it and provided Q pdates ] elow.

**Request resolved**

N:he content listed ] elow has ] een removed.

Videos in ( Q estion9

https9//www.yoQ Q e.com/watch).voYk 4vRni0yW/

https9//www.yoQ Q e.com/watch).vga?l ( eg0( s=s

I  e Q e a com] ination oW Q Q omated systems and h Q nan reviews to process removal re( Q ests.

YoQ may tat f e ] ad yoQ claim o W Q copyright in W Q ngement at any time i W yo Q change yo Q mind.

uN:he YoQ Q e N:eam

k:ere is the inW:ormation yoQ W:iled in9

Copyright T:wner j ame i K Company j ame i W applica) le9 Q Viral DRM
YoQ F Q l =egal j ame i K5iases+Q er names or initials not accepted9 Q Michael Clement

YoΩ Nµe or Loᒋ Position K hat is youᑭ auᑎhority to mat he this complaint) Ꮆ

Digital Rights Manager

Bddress9

210 VeaᗑeᎩ Drive

Childers] Ωg╀B= 350: :

7 J

7 semame9Copyright Management

Umail Bddress9copyrighti@viraldrm.com

Phone9256u26SᑭᏚᏚ S

7 R= oᏔllegedly inᏔηging video to ] e removed9

https9⸝www.yoᑕᎠ e.com⸝watch) voᎩK 4vRnIᎾᐯᏔ

Descri] e the worᑎ  allegedly inᏔηged9My company+organiᏔation or clientᑎ video

○ Nµe oᏔideoᏚLBI  uᎠRᎢ PPᎶⁱ  Nomado Drone Footage J hows &arᑎaᑎ Nown˙ et Ripped Bpart

○ J oᎲce oᏔideo9ᏆᏆᎾtFh- nᏔMgM

○ Nype oᏔideo9Ꮢᐸternet video

○ I here does the content appear)

Nhe content appears in the targeted video ᏔΨrn 096᠁50 to 09.4Ꮆ06 9

https9⸝www.yoᑕᎠ e.com⸝watch) voᎩK 4vRnIᎾᐯᏔK tᑫ1010

Ꮆappears in yoᑫ soᎲce video ᏔΨrn 090⸝900 to 090⸝Ꮆ03 9

https9⸝www.yoᑕᎠ e.com⸝watch) vqᏆᏚtFh- nᏔMgᏔx tᑫ0

7 R= oᏔllegedly inᏔηging video to ] e removed9

https9⸝www.yoᑕᎠ e.com⸝watch) vqa7ᒋ(egᎾLᑎ=ᑎ

Descri] e the worᑎ  allegedly inᏔηged9My company+organiᏔation or clientᑎ video

○ Nµe oᏔideoᏚLBI  uᎠRᎢ PPᎶⁱ  Nomado Drone Footage J hows &arᑎaᑎ Nown˙ et Ripped Bpart

○ J oᎲce oᏔideo9ᏆᏆᎾtFh- nᏔMgM

○ Nype oᏔideo9Ꮢᐸternet video

○ I here does the content appear)

Nhe content appears in the targeted video ᏔΨrn 092᠁35 to 092᠁3Ꮆ 9

https9⸝www.yoᑕᎠ e.com⸝watch) vqa7ᒋ(egᎾLᑎ=ᑎx tᑫ13ᏚᏚ

Ꮆappears in yoᑫ soᎲce video ᏔΨrn 090⸝900 to 090⸝Ꮆ3 9

https9⸝www.yoᑕᎠ e.com⸝watch) vqᏆᏚtFh- nᏔMgᏔx tᑫ0

CoΩtry where copyright applies97 J

Ꮆtate 7] ᎠUᎡ PUᒋ  B=NᎩ TF PUᎡL7ᎡᎩ tbat9

○ Ꮆam the owner+or an agent aᑕᎾror⸝ed to act on ] ehalᏔ⸝Ᏼ⸝he owner oᏔ⸝an eᑍᑕᒋᎲive right that is allegedly inᏔηged.

○ Ꮆave a good Ᏼ⸝th ] elieᏔ⸝hat the Ꮆe oᏔⁱhe material in the manner complained oᏔⁱs not aᑕᎾroᎲᎬᑎ] ] the copyright owner+its agent+or the law, and

○ Nhis notᎶ⸝ᏔΨation is accᑫᑉate.

○ Ꮆacᒋ nowledge that Ωnder J ection 512ᎶᏋᎾ⸝Ᏼ⸝he DMCB any person who ᒋ nowinglᎩ materiallᎩ misrepresents that material or activity is inᏔηging

may] e sQ ect to lia] lily Wr damages.

○ QQderstand that a] Qse oWhis tool will resQt in termination oWmy YoQQe channel.

BQhoriAed J ignatQre9Michael Clement

k elp Center • Umail T ptions

YoQreceived this email to provide inWrmation and Qpdates aroQnd yoQ YoQQe channel or accoQnt.



© 2021 ' oogle ==C d/] a YoQQ e+401 Cherry Bve+I an ?rQro+CB 4: 066

T n] ov 11+2023 copyright@vraldrm.com wrote9

k ello+

For this inf 9Reed Nnmer is the copyright owner uhttps9//www.yoQQe.comVwatch voYk 4vRnl0vW/
For this inf 9Reed Nnmer is the copyright owner uhttps9//www.yoQQe.comVwatch voa7/( egQ( ss

Bttached are the agreements stating we are aQhoriAed to manage the rights Wr their videos.
Nhanf yoQ+

T n] ed+j ov +2023 at 59 5.PM YoQQe Copyright <yoQQ eudisQ9esth11 Sra2ca- 0i60s@google.com> wrote9



k i Copyright Management+

Nhanf yoQWr yoQ removal re( Qest. I eare reviewed yoQ re( Qest and need some more inWrmation Wom yoQ] eWre we can proceed. Please read the entire email careWQy Wr a complete Qpdate oVeach videos statQs.

j eed more inWBction needed

@ order to remove the content in ( Qastion+we mQst conWm that yoQare the copyright owner or the copyright owners aQhoriAed representative. QyoQare acting as an aQhoriAed representative+please let Qs f now. For each 7Re+ please identiyWhe copyright owner yoQare representing.

YoQmay tal e ] acf yoQ claim oWcopyright inWngement at any time iWyoQchange yoQ mind.

uNe YoQQ e Neam

k ere is the inWrmation yoQWed in9

• Copyright T wner j ame ICompany] ame iWapplica] le9Viral DRM
• YoQ FQl] ame iQiasas+Qernames or initials not accepted9 Michael Clement
• YoQ Nitle or LoJ Position K hat is yoQ aQhority to maf e this complaint) @ Digital Rights Manager
• Bddress9
  ○ 210 Vea/ey Drive
  ○ Childers] Qtg+B+350: :
  ○ 7 J
• 7  semame9Copyright Management

- Ümail Bddress⁸ copyright@viraldrm.com
- Phone⁸256 ²26 Q ⁸⁸ S

- 7 R⁼ oⱮⱭllegedly inⱮᵓinging video to J e removed⁹
  https⁸//www.yoⱭJ e.com/watch?v⁼ YX 4vRni0yⱮ/
- Descri J e the worf allegedly inⱮᵓinged⁹My company∙organiⱭation or clients video
  ○ Nĺle oⱮⱱideo⁸LBI ᵓDRTⱭPPⱭ⁻΄  Nomado Drone Footage J hows
    &ansas Nown ΄ et Ripped Bpart
  ○ J oⱭce oⱮⱱideo⁹⁸ⱱdⱭFh⁻nⱮMgM
  ○ Nype oⱮⱱideo⁹⁸Ɑemel video
  ○ ĺ here does the content appear)
  Nhe content appears in the targeted video Ɱᵓm 09⁸6⁸0 to 09⁸4⁸6 9
  https⁸//www.yoⱭJ e.com/watch) vⱭYX 4vRni0yⱮk tq1010
  ⱭⱭappears in yoⱭ soⱭce video Ɱᵓm 09⁸0⁸0 to 09⁸3⁸3 9
  https⁸//www.yoⱭJ e.com/watch) vqlBtFh⁻nⱮMgMx tq0

- 7 R⁼ oⱮⱭllegedly inⱮᵓinging video to J e removed⁹
  https⁸//www.yoⱭJ e.com/watch) vqa?i⁻qed0 s⁼s
- Descri J e the worf allegedly inⱮᵓinged⁹My company∙organiⱭation or clients video
  ○ Nĺle oⱮⱱideo⁸LBI ᵓDRTⱭPPⱭ⁻΄  Nomado Drone Footage J hows
    &ansas Nown ΄ et Ripped Bpart
  ○ J oⱭce oⱮⱱideo⁹⁸ⱱdⱭFh⁻nⱮMgM
  ○ Nype oⱮⱱideo⁹⁸Ɑemel video
  ○ ĺ here does the content appear)
  Nhe content appears in the targeted video Ɱᵓm 09⁸2⁸5⁸5 to 09⁸3⁸6 9
  https⁸//www.yoⱭJ e.com/watch) vqa?i⁻qed0 s⁼sx tq13⁸5
  ⱭⱭappears in yoⱭ soⱭce video Ɱᵓm 09⁸0⁸0 to 08⁸0⁸3 9
  https⁸//www.yoⱭJ e.com/watch) vqlBtFh⁻nⱮMgMx tq0

- CoⱭntⱭy where copyright applies⁸7 J
- Ɑtate 7 J DUR PUⱭ B⁼NⱭT F PURL7 RY that9
  ○ Ɑᵓim the owner⁻or an agent aⱭrҺorҺed to act on J ehalⱮⱱ/the owner oⱮⱱin eBⱭlⱭⱨive right that is allegedly inⱮᵓinged.
  ○ Ɑⱨave a good Ɱⱱaitⱥ J elieⱮⱱhat the Ɑⱨe oⱮⱱhe material in the manner complained oⱮⱱis not aⱭrⱨorⱥed J y the copyright owner∙its agent∙or the law, and
  ○ Nhis notiⱮⱱation is accⱭrate.
  ○ Ɑacⱥnowledge that Ɑnder J ection 512⟨Ⱨ⟩⟨Ⱨⱨthe DMCB any person who ⱥnowingly materially misrepresents that material or activity is inⱮᵓinging may J e sⱭⱨ ect to ĺia J ility Ɱⱱr damages.
  ○ ⱭⱭⱨderstand that aⱭ Ɑⱨe oⱮⱱhis tool will resⱭⱨ in termination oⱮⱱmy YoⱭJ e channel.
- BⱭrⱥoⱭrⱭed J ignatⱭⱨe⁸Michael Clement

Ⱨelp Center • Ümail Ɑptions

YoⱭⱨeceived this email to provide inⱮⱱrmation and Ɑpdates aroⱭnd yoⱭr YoⱭJ e channel or accoⱭnt.



© 2021 ᵓoogle ⁼⁼C dⱦ/a YoⱭⱭ e⁺401 Cherry Bve⁺Jan ?ᵓQro⁺CB 4⁸.066

Tᵨnⱼ ov 8⁻²2023 YoⱭⱭ e Copyright



# Copyright Infringement Notification Confirmation

Nranf yoQWr yoQ sQ mission. Ois Qnder review to ensQre it is valid and inclQdes all rel Qred elements. I e will reply to this email when we've tafi en action on yoQ ref Qest. YoQcan also checf on the statQs oWyoQ tafi edown ref Qest in the Removal req Qestszta], which is WQnd in the Copyright section oW yoQ channel.

fi ere is the inWormation yoQWiled in9

- Copyright T wner j ame fi Companyj ame fiW appllcaj le9Wiral DRM
- YoQ FQ ji =egalj ame fifi liases+Qsernames or initials not accepted9
  Michael Clement
- YoQ Nitle or Lol Position fi hat is yoQ adQhority to maf e this complaint) 9
  Digital Rights Manager
- B ddress9
  ○ 210 Vea fi ey Drive
  ○ Childersj Qg+B = 350: :
  ○ 7 J
- 7 sername9 Copyright Management
- Umail B ddress9copyright@viraldrm.com
- Phone9256 j26 jSS: S

- 7 R= oWallegedly inWinging video to ] e removed9
  https9//www.yoQQ e.com/watch v.otYk-4vR9ni0vW/
- Descri] e the worfi allegedly inWinged9My company organi ftation or clients video
  ○ Nile oWideo9LBI  uDRT PPfi'  Nomado Drone Footage J hows
  ○ fiansas Nown'  et Ripped B part
  ○ J oQce oWideo9fi8dFh- nWMgM
  ○ Nype oWideo9Qternet video
  ○ I here does the content appear9
    Nne content appears in the targeted video WWrm 09 6 56:0 to 09 40j6 9
    https9//www.yoQQ e.com/watch vctYk-4vR9ni0vWfi- t01010
    fi appears in yoQ soQrce video WWrm 09 00j0 to 09 00j9 9
    https9//www.yoQQ e.com/watch vqf8rFh- nWMgMx tq0

- 7 R= oWallegedly inWinging video to ] e removed9
  https9//www.yoQQ e.com/watch vqa?7i[ egQU s=s
- Descri] e the worfi allegedly inWinged9My company organi ftation or clients video
  ○ Nile oWideo9LBI  uDRT PPfi'  Nomado Drone Footage J hows
  ○ fiansas Nown'  et Ripped B part
  ○ J oQce oWideo98dFh- nWMgM
  ○ Nype oWideo99ternet video
  ○ I here does the content appear9
    Nne content appears in the targeted video WWrm 09 2 556 to 09 39j6 9
    https9//www.yoQQ e.com/watch vqa?7i[ egQU s=sx tq13SS
    fi appears in yoQ soQrce video WWrm 09 00j0 to 09 00j3 9
    https9//www.yoQQ e.com/watch vqf8rFh- nWMgMx tq0

- CoQntry where copyright applies97 J
- fi tate 7] DUR PUj B=NY T F PURL7RY that9
- fi am the owner+or an agent adQhorifed to act on ] ehalWoWthe owner

oVVen eBctGive right that is allegedly inVVnged.
  ○ Gave a good VVith j elievVhat the Qe oVVhe material in the manner complained oVVis not aQhoriАed j y the copyright owner•its agent•or the law, and
  ○ Nis notVVation is accQate.
  ○ Gacf nowledge that Order J ection 5121KQoVVhe DMCB any person who f nowingly materially misrepresents that material or activity is inVVnging may j e sQj ect to laj ility VVr damages.
  ○ QQderstand that a] Qe oVVhis tool will resQt in termination oVVmy YoQQ e channel.
• BQhoriАed J ignatQee9Michael Clement

uNhe YoQQ e Naam

kelp Center • Umail T ptions

YoQeceived this email to provide inVVmation and Qpdates aroQd yoQ YoQQ e channel or accoQt.

© 2021 `_oogle ==C.dOj a YoQQj e+401 C.herry Bve+s lan 2 jQbo=CB 4 .066

YouTube

Tnj ov S=2023 copyright@viraldrm.com wrote9

Video @s9Yk 4vRni0yMfva?i( eg0( s=s

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 9:24:30 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VHECLKFD2CQDRTNPSETQJRSNWA] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1aj4bq5dn9c507@google.com>
Date: Wed, Nov 8, 2023 at 6:56 AM
Subject: [VHECLKFD2CQDRTNPSETQJRSNWA] YouTube Copyright Complaint Submission
To: <copyright@viraldm.com>



Hi Copyright Management,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=4LcJ64MmI7g

https://www.youtube.com/watch?v=qD5i_kp0j5w

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

_____

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=1LcJ64MmI7g

Describe the work allegedly infringed: My company, organization or client's video

- ○  Title of video: The RAW POWER of Hurricane Michael in Panama City. Sound & visuals in 4K
- ○  Source of video: C6zGEMMMjws
- ○  Type of video: Internet video
- ○  Where does the content appear?

  The content appears in the targeted video from 0:13:19 to 0:13:23 :
  https://www.youtube.com/watch?v=1LcJ64MmI7g&t=799
  It appears in your source video from 0:06:33 to 0:06:37 :
  https://www.youtube.com/watch?v=C6zGEMMMjws&t=393

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=qD5L_kp0j5w

Describe the work allegedly infringed: My company, organization or client's video

- ○  Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
- ○  Source of video: https://www.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
  48a6-9207-98c60ebbbb08c&q=lava%20gate
- ○  Type of video: Internet video
- ○  Where does the content appear?

  The content appears in the targeted video from 0:07:45 to 0:07:55 :
  https://www.youtube.com/watch?v=qD5L_kp0j5w&t=465
  It appears in your source video: https://www.facebook.com/watch/?
  ref=search&v=638883676443266&external_log_id=0a6f4846-6203-
  48a6-9207-98c60ebbbb08c&q=lava%20gate

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- ○  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4Lc164Mmi7g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The RAW POWER of Hurricane Michael in Panama City: Sound & visuals in 4K
  - Source of video: C6zGEtMMMjws
  - Type of video: Internet video

law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 YouTube Copyright

- Where does the content appear?
  The content appears in the targeted video from 0:13:19 to 0:13:23 :
  https://www.youtube.com/watch?v=4LcJ64Mmi7g&t=799
  It appears in your source video from 0:06:33 to 0:06:37 :
  https://www.youtube.com/watch?v=C6zGEhMMNjw&t=393

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qD5i_kp0j5w
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch/?
    ref=search&v=638883676443266&external_log_id=0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:45 to 0:07:55 :
    https://www.youtube.com/watch?v=qD5i_kp0j5w&t=465
    It appears in your source video: https://www.facebook.com/watch/?
    ref=search&v=638883676443266&external_log_id=0a6f4846-
    6203-48a6-9207-98c60ebbbb8c&q=lava%20gate

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 4LcJ64Mmi7g, qD5i_kp0j5w

**From:** Copyright Management <copyright@wraxrm.com>
**Sent:** 11/16/2023 10:12:46 9 M
**To:** 5irax℘VM <wraxrm@ⅼ rιᴘxℐⅅ.com>
**Subject:** RⅮs: ᴠⅾ 2℉[ B3℘5ⅿXC2ℭℝ5·4CSℐ6ⅼVMℏ○ⅭⅭⅼe Copyright Complaint VⅭⅼmill ⅼion

ⅥⅥⅥⅥRonⅮarses mell age ⅥⅥⅥⅥⅥ
℉rom: **Copyright Management** <copyright@wraxrm.com>
℗ate: OℏⅭℐ owⅼ6ℭ2023 at 10:0℘9 M
VⅭⅼℬect: RⅮs: ᴠⅾ 2℉[ B3℘5ⅿXC2ℭℝ5·4CSℐ6ⅼVMℏ○ⅭⅭⅼe Copyright Complaint VⅭⅼmill ⅼion
℗○: <wraxrm@ⅼ rιᴘxℐⅅ.com>

ⅥⅥⅥⅥRonⅮarses mell age ⅥⅥⅥⅥⅥ
℉rom: **Copyright Management** <copyright@wraxrm.com>
℗ate: OℏⅭℐ owⅼ6ℭ2023 at 4:40℘9 M
VⅭⅼℬect: RⅮs: ᴠⅾ 2℉[ B3℘5ⅿXC2ℭℝ5·4CSℐ6ⅼVMℏ○ⅭⅭⅼe Copyright Complaint VⅭⅼmill ⅼion
℗○: <wraxrm@ⅼ rιᴘxℐⅅ.com>

ⅥⅥⅥⅥRonⅮarses mell age ⅥⅥⅥⅥⅥ
℉rom: **YouTube Copyright** <yⅽⅼℭⅭⅼⅷℐⅼ pℭeⅼ b1Ƭ·4ⅼ8ⅼ m3ⅼ7r10-_@google.com>
℗ate: VⅭⅼℏℐ owⅼ2ℭ2023 at z:27℘9 M
VⅭⅼℬect: ᴠⅾ 2℉[ B3℘5ⅿXC2ℭℝ5·4CSℐ6ⅼVMℏ○ⅭⅭⅼe Copyright Complaint VⅭⅼmill ⅼion
℗○: <copyright@wraxrm.com>



, ⅼ Copyright ManagementⅩ

℗ℏan  yⅽⅼℭⅼⅼjor yⅽⅼℐ rel ponⅼ e.

ⅾ ewe removes ⅼ ome ○ⅼ the wreoⅼ ⅼ in yⅽⅼℐ noⅼⅼⅼication. 9 seal e reas the entire
emaixcarejℐⅭℐejℐor a compete ℚpsate ○ⅼ each wreoⅼ ⅼ tatℚ.

**Requesⅼ ⅼ ecⅼnel**

ⅾ e receives a co℗ⅼter notⅼⅼⅼication jrom the ℚ℘xoaser ○ⅼ the wreoⅼ qⅼ tes
ⅼⅠⅼxoℚ ⅼn rel ponⅼ e to a previoⅼℚ noⅼⅼⅼication yⅽⅼℚⅼ mittes regarsing thⅼⅼ
materiax

`` 1 De ⅼ tates ℗hen De prowises yⅽⅼℚⅼth the co℗ⅼter notⅼⅼⅼicationⅩyⅽⅼℚⅮere
given 10 sayⅼ to prowise ℚ ℗ⅼth ewisence that yⅽⅼℚhas jixes an action

I ee ing a coᏟt onser agaᎥn t the coᏟter noᏟjyer to rel train the aᵆgesय
injingving activिy.

Ᏻat time hal e×pires ans the appropriate coᏟl e oj actionᏦ hoᏚs yoᏚᏌl h
to pᏟl Ᏽe the matterjᏚtherᏦl to so l o sirecᏗy Ᏸith the Ᏽ er d e are ᏵaᏟᎾe
to prowise jᏚther al il il tance.

5iseol in ?Ᏽl tion:

http://ᏌᏌᏌ.yoᏚᏌb.com/Ᏸatch=ᎳᎳᎷ Ᏼem_S6inc

☐ 5iseo fᏙatemet ᎽᎥseoq

Ᏽe oj yoᏚ Ᏸiseo: J nsᏽalᏚ ˙ l peratᏚ Ꮩᏽl et

ContentjoᏚts in 0:0z:46 to 0:04:06

Ᏽo ᑭearm more aᏞᏅᏚ copyright, go to AoᏚᏚᏚᏞbↃ Copyright Center, Ᏽ yoᏚl tix
thin  fthil copyright removexre?Ᏽl t il ᏙexisiᏦyoᏚmay appeaᎧthil secil ion.
( earm more aᏞᏅᏚ yoᏚ rel ioᏚtion option.

## Request resodel

Ᏽe content ᵡl tes ᏌxᏚᏚ hal  ᏌᏚen removes.

5iseol in ?Ᏽl tion:

http://ᏌᏌᏌ.yoᏚᏌb.com/Ᏸatch=ᎳᏚP5P AS1) 2ᏙᏙᎪ

d e Ᏽ e a comᏌration oj aᏚomates l vl temil  ans hᏚhan reᎽeᏚl  to
procel l  removexre?Ᏽl tl .

AoᏚmayᵡᵢaᵌe Ꮜkc _yoᏚ caiim oj copyright injringement at any time ij yoᏚchange
yoᏚ mins.

NᏚe AoᏚᏚᏚb Ᏽeam

, ere il  the injormation yoᏚᏚjixes in:

Copyright ) Ᏼner ] ame [Company] ame ij appxxicaᏞeq 5iraxP•ᏙM

AoᏚ RᏚᵆ( egaxx] ame l˙ ×al el ᏵᏚ emamel  or iniliᵡᵡ not acceplesq Ꮇichaex
Ꮯement

AoᏚ Ᏽᵢᵌe or ᏐᏌᎽol lition fd hat il  yoᏚ aᏚhority to ma  e thil  compxinit'q

PigltaxV/ightl  Manager

˙ ssrel I :
210 5ea˙ey Prive
Chiserl UOgrK ( 340zz
J W
J l ername: Copyright Management
Xmaix˙ ssrel I : copyright@wraxrm.com
9hone: 24606-N-z-

JV( oj axegsexy injinging wseo to Ue removes:
http://DDD.yoQQUe.com/Datch=w#wll Uxm_S6nc
Pel criUe the Dor˙ axegsexy injinges: My company/korgani˙ ation or czienit
wseo

○ Cbe oj wseo: J ns Q arl Q ˙ I peralQ ˙ W Q hl et
○ Wx Q ce oj wseo: r73&c˙ Ul X
○ Cype oj wseo: Internet wseo
○ d here soel˙ the content appear=
Che content appear in the targetes wseo jrom 0:0z:46 to 0:04:06 :
http://DDD.yoQQUe.com/Datch=w#wll Uxm_S6nc&t82Y6
lt appearl˙ in yxoQ1 oQce wseo jrom 0:00:11 to 0:00:z4 :
http://DDD.yoQQUe.com/Datch=wr73&c˙Ul X&4811

JV( oj axegsexy injinging wseo to Ue removes:
http://DDD.yoQQUe.com/Datch=w#DP5P AS1)˙2VA
Pel criUe the Dor˙ axegsexy injinges: My company/korgani˙ ation or czienit
wseo

○ Cbe oj wseo: J ns Q arl Q ˙ I peralQ ˙ W Q hl et
○ Wx Q ce oj wseo: r73&c˙ Ul X
○ Cype oj wseo: Internet wseo
○ d here soel˙ the content appear=
Che content appear in the targetes wseo jrom 0:07:z Y to 0:07:4z :
http://DDD.yoQQUe.com/Datch=w#DP5P AS1)˙2VA&t84zY
lt appearl˙ in yxoQ1 oQce wseo jrom 0:00:20 to 0:00:z4 :
http://DDD.yoQQUe.com/Datch=wr73&c˙Ul X&4820

CoQltry Dhere copyright appixel : J W
U late J l P XV 9 X J ˙ ˙ ( Q A) R9 XVBlVA that:
○ L am the oDnerKor an agent aQhori˙ es to act on Uahaz oj the oDner oj an
e÷cQ iw right that iI axegsexy injinges.
○ Lhave a goos jaith Uaxiej that the Q e oj the materiaxin the manner
compaines oj il˙ not aQhori˙ es Uy the copyright oDnerKil˙ agentKor the
xiD. ans
○ Chil˙ nolijication il˙ accQate.
○ Lac˙ noDesge that Qnser˙Vlection 412l(jco) the PMC˙˙ any perl on Dho
noDingxy materiaxy mil reprel entl˙ that materiaxor activity il˙ injringing
may Ue l QUj÷ct to xiaUixity jor samagel.
○ LQbserl˙ lans that aUQ e oj thil˙ too oQherel˙ Qt in termination oj my Ao QQUe
charnex

) n] ow11K2O23 copyright@wraxrm.com Drote:

. excK
Ror thi  in : Mi e) XJnl  i il the copyright oDner Nttpi //DDD.yoQQe.com/Datch=WxM Lkm_ S6nc
Ror thi  in : Mi e) XJnl  i il the copyright oDner Nttpi //DDD.yoQQe.com/Datch=#DP5PA51] 2WA

'ttaches are the agreementl tating De are aQhor' es to manage the rightl Jor their wiseol.
Chan yoQK

) n CQΘHj ow~K2O23 at Y:3z9 M AoQQQe Copyright <yoQQeNtil pQel b1T+4Ωl mΘl7r1Θ-@google.com> Drote:

. Qhori' es WignaXQe: MichaexΩement

. exp Center• XmaiX) pllorl

AoQrecelwes thil emaixto prowise injrmation ans Qpsatel  aroQns yoQ
AoQQQe channexor accoQtl.

▶ Youtube

© 2021 Google ( ( C s/Ua AoQQQbkY01 Cherry' veKMen F rQnoKC' Yz066

▶ YouTube

. i Copyright ManagementK

Chan  yoQjor yoQ removexre?QQl I, d ehe rewieΘes yoQ re?'QΘl t ans nees
l one more information jrom yoQUbjore De can proceess. 9 xeal e reas the entire
emaixcarejQor jor a complete Qpsate oj each wiseoX I tatQ.

] ees more injo ' ction neeses

In onser to remove the content in ?Qel l tonKΘe mQl conjirm that yoQare the
copyright oDner or the copyright oDnerX aQhori' es reprel entatiwe. Ij yoQare
acting al an aQhori' es reprel entatiwejkoeal e xel Q   noD. Ror each J V( K
pxeal e isentijy the copyright oDner yoQare reprel enting.

AoQmay ta  e Ubc. yoQ ccaim oj copyright injringement at any time ij yoQoQchange
yoQ mins.

NΘhe AoQQQe Qeam

. ere ii  the injormation yoQQjxΘes in:

• Copyright ) Dner ] ame (Company) ame ij appxxcaUeq 5iraxPVM
• AoQ RQal (egaxj ame f  xal el KQ emamel  or inil axl not acceptesq
    MichaexΩement
• AoQ Obe or BoU 9oi ition fd hat il yoQ aQhority to ma e thi  compxaintcq
    PigitaxX/rightl Manager
    ◦ ssrel l :
        ▫ 210 5ea' ey Priwe
        ◦ ChiseeI UDgiK ( 340zz
        ◦ JW
• J l ername: Copyright Management
• XmaiX' ssrel I : copyright@wraxrm.com
• 9hone: 246Ω26- N -z-

• J V( oj axegessy injringing wiseo to Ue removes:

- http://DDD.yoQQLb.com/Datch=WxMl.Uom._S6nc
- Pel crìLe the Dor axegssy injringes: My companyKorgani'ation or cixnit wseo
    ○ Obe oj wseo: JnsQatiQ ' I peraiQ  WQnl et
    ○ WoQce oj wseo: r73&c  Ul X
    ○ Ope oj wseo: Lxtemet wseo
    ○ d here soel  the content appear=
    ○ One content appearl  in the targeles wseo jrom 0:0z:46 to 0:04:06 :
    http://DDD.yoQQLb.com/Datch=WxMl.Uom._S6nc&l82Y6
    lt.appearl  in yoQ I oQce wseo jrom 0:00:11 to 0:00:z4 :
    http://DDD.yoQQLb.com/Datch=W-r73&c_Ul_X&l811

- J.V( oj axegssy injringing wseo to Ue removes:
    http://DDD.yoQQLb.com/Datch=w8DP5P.AS11.2WA
- Pel crìLe the Dor axegssy injringes: My companyKorgani'ation or cixnit wseo
    ○ Obe oj wseo: JnsQatiQ ' I peraiQ  WQnl et
    ○ WoQce oj wseo: r73&c  Ul X
    ○ Ope oj wseo: Lxtemet wseo
    ○ d here soel  the content appear=
    ○ One content appearl  in the targeles wseo jrom 0:07:z Y to 0:07:4z :
    http://DDD.yoQQLb.com/Datch=w8DP5P.AS11.2WA&l84zY
    lt.appearl  in yoQ I oQce wseo jrom 0:00:20 to 0:00:z4 :
    http://DDD.yoQQLb.com/Datch=W-r73&c_Ul_X&l820

- CoQdtry Dhere copyright appeal : J W
- U tate J J PXV 9 X] ' ( OX ) R 9 XV(BLVA that:
    ○ Lam the oDnerKor an agent aDhon' es to act on Llxhax oj the oDner oj an e~oQ ive right that il axegssy injringes.
    ○ Lhave a goos jaìth Llxxej that the Q e oj the materìaxin the manner companies oj il  not aDhon' es Uy the copyright oDnerKll  agentKor the xiD; ans
    ○ Ohil  noliljcation il  accQate.
    ○ Lac  noDesse that Qnser VÍection 41zfljoj the PMC' any perl on Dho  noDingly materìaxy mil reprel entl  that materìaxor activity il  injringing may Ue l QLlEct to axUxity jor samagel .
    ○ LQnserl tans that aLQ e oj thil  toxoDixerel Qt in termination oj my AcQQQLe channex
- 'Qhon' es WignatQe: MicHaexCement

  exp.Center • Xmaix] ptionl

AoQreceives thil  emaixto prowise injormation ans Qpsatel  aroQos yoQ AcQQQLe channexor accoQnt.

 YouTube

## Copyright Infringement Notification
## Confirmation

© 2021 Googìe ( ( C s/Ua AcQQQLeX01 Cherry' wełVVan.FrQoeKC' .Yz066

 Otan  yoQjor yoQ l QLmil l ion. lt il  Qaser rewieD to enl Qe it il  waxis ans
incoQael  aeze?Qtres exemenll. d e Dixreepy to thil  emainzXhenDe ye ta en
action on yoQ re?Qal l. AoQcan at o chec  on the l latQ oj yoQ ta  escoDn
re?Qal t in the l k/emoware?Qal l klaU Dhich il  joQis in the Copyright l ection oj
yoQ charnex

, ere il  the injormation yoQjwes in:

- Copyright ) Dner ] ame [Company ] ame ij appxcaUeq 5iraxP VM
- AoQ RQae egaxj ame f  xal el KQ ernamel  or inil iat not acceplesq
  Michaex Qxement
- AoQ Qbe or BoU 9ol ition fd hat il  yoQ aQhonity to ma e thl  compxint=q
  Pigitax V ightl  Manager
- ssrel l :
  ∘ 210 5eal ey Prive
  ∘ Chixenl UQgK ( 340zz
  ∘ J W
- J l ername:  Copyright Management
- Xmaix  ssrel l :  copyright@wraxrm.com
- 9hone: 240926-N- z-

- J V(  oj axegessy injringing wiseo to Ub removes:
  httpl ://DDD.yoQQUb.com/Datch=v6xxM Ubm_ S6nc
- Pel criUe the Dor  axegessy injringes: My company Korgani' ation or cxienit
  wiseo
  ∘ Obe oj wiseo: J nsQatiQ  ' l peratiQ  WQtl et
  ∘ WoQce oj wiseo: r73&c  Ul X
  ∘ Qype oj wiseo: lxternet wiseo
  ∘ d here soel  the content appear=
  ∘ One content appearai  in the targetes wiseo jrom 0:0z:46 to 0:04:06  :
    httpl ://DDD.yoQQUb.com/Datch=v6xxM Ubm_ S6nc&l82Y6
    lt appeari  in yoQ l oQce wiseo jrom 0:00:11 to 0:00:z4  :
    httpl ://DDD.yoQQUb.com/Datch=v6r73&c  Ul X&l811

- J V(  oj axegessy injringing wiseo to Ub removes:
  httpl ://DDD.yoQQUb.com/Datch=v6DP 5P AS11 zWA
- Pel criUe the Dor  axegessy injringes: My company Korgani' ation or cxienit
  wiseo
  ∘ Obe oj wiseo: J nsQatiQ  ' l peratiQ  WQtl et
  ∘ WoQce oj wiseo: r73&c  Ul X
  ∘ Qype oj wiseo: lxternet wiseo
  ∘ d here soel  the content appear=
  ∘ One content appearai  in the targetes wiseo jrom 0:07:z Y to 0:07:4z  :
    httpl ://DDD.yoQQUb.com/Datch=v6DP 5P AS11 zWA&l842Y
    lt appeari  in yoQ l oQce wiseo jrom 0:00:20 to 0:00:z4  :
    httpl ://DDD.yoQQUb.com/Datch=v6r73&c  Ul X&l820

- CoQntry Dhere copyright appxial : J W
- Ll tate J l P XV 9 Xl ' ( QX) R 9 XV Bl V A that:
  ∘ l am the DnerKor an agent aQhon' es to act on Uehaxj oj the oDner
    oj an e+cQl ive right that il  axegessy injringes.
  ∘ Uhave a goos jaith Uxiej that the Q e oj the materiaxin the manner
    compxaines oj il  not aQhon' es Uy the copyright oDnerKil  agentKor
    the xiD; ans
  ∘ Ohil  notijicatioil  accQrate.
  ∘ Lac  noDesge that Qnser Vlection 412l jro[] the P MC'  any perl on
    Dho  noDingxy materiaxxy mil reprel enll  that materiaxor activity il
    injringing may Ub l QUfect to xiaUixity jor samageil.
  ∘ L Qserl fans that aUQ e oj thil  tcooDxerl l Qt in termination oj my
    AoQQUb charnex

- · `Qhon` es WignatQe: MichaexCiement

NOhe AoQQJJe Oaam

 exp Center • Xmalxj ptionl

*AoQrecceives thil emaixto prowise information ans Qpsatel aroQns yoQ AoQQJJe charnexor accoQt.*

 YouTube

© 2021 Googue ( ( C s/Ua AoQQJJaKY01 Cherry · wekWan F rQtoKC`` Yz066

) n] ow- K2023 copyright@wraxsrm.com Drote:

5 iseo IPI : wMI Upm, S6ncKQP5 PAS1) 2WA

**From:** Copyright Management <copyright@wraxrm.com>
**Sent:** 11/16/2023 : 4 04l9 5 M
**To:** PiraxVl M <wraxrm@DipxrR.com>
**Subject:** vRs4F 2| BL3VPXlOC2ESXP: CJH6X MAOuLEUWe Copyright Compxint NUVmilDDon

KKKKKKKorRarsess meDDge KKKKKKKK
vromYouTube Copyright < yoLULW4jiDuteD_1YrTW0Dm3i9r10u@gooqxe.com>
Vat9 4NUrb - ow12l2023 at +4295 M
NUVtic4F 2| BL3VPXlOC2ESXP: CJH6X MAOuLEUWe Copyright Compxint NUVmilDDon
Bo4<copyright@wraxrm.com>



zi Copyright Managementb

Bhan, yoU or yoU reDponDs.

F ejle removes Dome o the wseoDin yoU noti ication. 5xeaiD reas the entire
emaixcare Uly or a compxete Upsate o each wseoJDDatLD

**Request l ecinel**

F e receives a coUnter noti ication rom the Uxceaser o the wseoKD siDes
WeoR in reDponDs to a prewioLDnoti ication yoUDUWrittes regarsing thiD
materiax

qDRe Dates Rhen Re provises yoURith the coUrter noti icationbyoURrere
given 10 sayDto provise LDRith ewisence that yoUhas ies an action
Des, ing a coUt orser againtDG the coUrter noti ier to reDrain the axegesxy
in ringing activity.

Bat time haDeDpires ans the appropriate coUDs o actiontDhotUs yoURIDh
to pUrDDs the matter. UtherbiDto so Ds sirecxy Rith the UDsr. F e are UteUVe
to provise Uther aiDDDance.

PiseoDin ' UsDion4

http://RRR.yoUUW4.com/Ratch?v=wMDWrmz_U6nc

☐  Piseo Xtxemel wiseof

Eibe o yoU wseo4HnsUeitLDq DperatLDNUnDet

Content oUrs in4:0:0÷4 6 to 0:4÷4:6

Eo xeam more aWeU copyrightigo to QuLEUM0Copyright Center. XyoUDix thin, thDcopyright removexe 'UeDT DveksiyoUmay appearathDsecDon. _eam more aWeU yoU reDoxtion optionD

---

**Request resodel**

Eibe content xiDes WexR haDWen removes.

PiseoDin 'UeDDion4

httpD/RRR yoUUWe com/Ratch?overPV PV QU 1{ 2NO

---

F e UDa a comWeation o aUomates DyDemDans hUman reweRDto proceDD removexe 'UeDD

---

QuUmay la e Wec yoU oaim o copyright in ingement at any time i yoUchange yoU mins.

KEhe QuLEUW Eeam

z ere iDthe in ormation yoU iœs in4

Copyright ( Rner - ame KCompany - amei appixaWef4PiraxVI M

QuU v Ux egax- ame kquaDaDtDamameDor initiaDnot acceptesf4Michaex Cement

QuU Eibe or LoW5oDtionKF hat iDyoU aUthority to ma, e thDcompoxint?f4

Vigltaxi ightDManager

qssreDDi

210 PealeyVrive

ChxserDWrgbq_3: 0÷+

HN

HDamame4Copyright Management

OmaixqssreDDicopyright@inraxsrm.com

5hone42: 6l26ui4uu+u

Hl _o axegsesy in ringing wseo to We removes4

httpD/RRR yoUUWe com/Ratch?overMIDWmz J6nc

VetDinWe the Ror, axegsesy in ringes4My company/organi)ation or cxenijD wseo

◦ Eibe o wseo4HnsUeitLDq DperatLDNUnDet

○ NoUrce o wseo•4r  3x c, W  U
○ Eype o  wseo•4Xternet wseo
○ F here sceD the content appear?
  Ehe content appearD in the targetes wseo rom 0:40•4 6 to 0:40: 40:6  4
  http DI/RRR.yoUUWe.com/Ratch?v=•MD Wvmz  J 6ncl  t=2:86
  X appearD in yoU r D uUrce wseo rom 0:40/41 to 0:40/4•  4
  http DI/RRR.yoUUWe.com/Ratch?v=r  3x c, W  OI  t=11

HI _ o  amegessy in ringing wseo to We removess4
http DI/RRR.yoUUWe.com/Ratch?v=RV/PV/QJ 1(  2NQ
VeDan We Ror,  amegessy in ringess4My company/organ)ation or c±enjD
wseo
  ○ Elbe o  wseo•4Hns UeitLD q DperatLDNUnDot
  ○ NoUrce o  wseo•4r  3x c, W  O
  ○ Eype o  wseo•4Xternet wseo
  ○ F here sceD the content appear?
  Ehe content appearD in the targetes wseo rom 0:09•4 & to 0:094  + 4
  http DI/RRR.yoUUWe.com/Ratch?v=RV/PV/QJ 1(  2NQ  t= 2&
  X appearD in yoU r D uUrce wseo rom 0:40/0:20 to 0:40/42:  4
  http DI/RRR.yoUUWe.com/Ratch?v=r  3x c, W  OI  t=20

CoUntry Rhere copyright appxieD I=HN
XDate H· VOI  5 O· q_EQ( v 5 OI  LHI  Qtra/4
  ○ Xern the oRnertor an agent aUthon)es to act on Wehax o  the oRner o  an
    eT cxDwe right that lDamegessy in ringes.
  ○ Xewe a goos  aith Wese  that the UDo o  the materiaxin the manner
    compaines o  iDnot aUthon)es W the copyright oRnertxIDagentbor the
    xeR, ans
  ○ EhIDnoti ication IDaccUrate.
  ○ Xec, noRessge that Unser Nection : 12kf o  the VMICq any perDon Rho
    , noRingsy materia±y miDepreDentDthat materiaxor activity IDin ringing
    may We DUWect to xia Wity or samageD
  ○ XUnserDans that a WELb o  thiDtooxRixreDUx in termination o  my QuUEUWe
    channex

q Uthon)es Nignat·Ue•4Michaex C ement

z exp Center • Omaix( ptlonD

QuUreceives thiDemaixto provise in ormation ans UpsateDaroUns yoU r
QuUEUWe channexor accoUnt.

▶ YouTube

© 2021 Google _ C s/We QuUEUWe&01 Cherry q webNan[  rJ rooCq  &•066

qttaches are the agreementDDating Re are aUhon)es to manage the rightD or their wiseoD
Eban, yoUb

( n EUbb- owub2023 at 9:40+5 M QoLELWe Copyright <youLUWeki DuleJ 1nTlWDns9ir10u@roope.com> Rrote4



z i Copyright Managementb

Eban, yoU or yoU removexre' UbD. F ejwe rewieRes yoU re' UbD ans nees
Dome more in omation rom yoUWe ore Re can proceess. 5xeaDb reas the entire
emalxcare Uby or a complete Upsate o each wiseoJDDatLD

- ees more in o qction neeses

Xi onser to remove the content in ' UbDionbRe mLD con irm that yoUare the
copyright oRner or the copyright oRner)DaUhor) es repreDentative. XyoUare
acting aDan aUhon) es repreDentative)peeaDb xel LD, noR. v or each HI _b
peaDb isenti y the copyright oRner yoUare repreDenting.

QoUmay la_e Wec_ yoU caiin o copyright in ringement at any time i yoUchange
yoU mins.

KEhe QoLELWe Eaam

z ere iDthe in ormation yoU Ixees in4

* Copyright ( Rner - ame kCompany - amei appxcaWel4PiraxV/ M
* QoU v Uw_egax- ame kqalaDbDbDbnameDor iniiaDnot acceples4
* MicheexCement
* QoU Ebe or LoW5oDtion kF hat iDyoU aUthoriy to ma, e thiDcompxaint?i4
* Vigilanl ightDManager
* q sssroDbi
  * 210 PeaJey Vrine
  * ChixerDDWigbq_3; 0++
  * HN
* HDbmame4Copyright Management
* Omaixq ssreDDi copyright@wraxm.com
* 5 hone42; 6iX6uKu4u+u

* HI _o axegessy in ringing wiseo to We removes4
  http:DMRRR yoLUWe com RatchPove MIDWmz J 6nc
* VeiDziiVe the Ror, axegessy in ringes4My companyAorgani)ation or cxeniiD
  wiseo
  * Ebe o wiseo4HnsLixtLDq DperalLDNUhDet
  * NoUce o wiseo4r' 3x c, W O
  * Eype o wiseo4Xiemet wiseo
  * F here soeDthe content appear?
  * Ehe content appearDin the targeles wiseo rom 0:0:+4 6 to 0:0: 40:4
    http:DMRRR yoLUWe com RatchPove MIDWmz J 6ncLt=2:6
    XaeppearDin yoU DbUce wiseo rom 0:0:04 1 to 0:0:4x- 4
    http:DMRRR yoLUWe com RatchPove"_3x c, W OLt=1 1

* HI _o axegessy in ringing wiseo to We removes4
  http:DMRRR yoLUWe com RatchPove RV PV OLL 2NO
* VeiDziiVe the Ror, axegessy in ringes4My companyAorgani)ation or cxeniiD
  wiseo
  * Ebe o wiseo4HnsLixtLDq DperalLDNUhDet
  * NoUce o wiseo4r' 3x c, W O

- ◦ Eype o wseoAXtemet wseo
  - ◦ F here soeSDtire content appear?
    Ehe content appearDin the targeteo wseo rom 0409✗& to 04094 + 4
    http2ARRR yoULUWe comPatorPowerRVPV QU t 2NQ t= 2&
    XappearDin yoU TbUbe wseo rom 0400✗20 to 0400✗2: 4
    http2ARRR yoULUWe comPatorPower-3x c, W OLt=20

- • CoUntry Rhere copyright appxeiDi+N
- • XDate H- V Q  5 O- q_EQ( v 5 QLHt  Qhad4
  - ◦ Xim the oRnerlior an agent aUthon)es to act on Wehax o  the oRner
    o ane TouLDwe right that iDaxecges y in ringes.
  - ◦ Xeave a goos  alth Waxe that the LDo o  the materiaxin the manner
    companies o  iDnot aUthon)es Wy the copyright oRnerbriDagentbor
    the xiR; ans
  - ◦ EhiDnoli ication iDaccUrate.
  - ◦ Xec, noRaesge that User Nection : 12ki o  the VMCq any perDon
    Rho , noRingxy materiaxy miDepreeDxntiDthat materiaxor activity iD
    in ringing may We tiLWyect to xaWity or samageD
  - ◦ XUserrDans that aWLDe o  thiDcooRowerieDLiq in termination o  my
    QuLEUWe channex
- • q Uthon)es Nignatule4Michaex Cement

z exp Center • Omaix( ptionD

QuUreceives thiDemaixto prowise in ormation ans UpsateDaroUns yoU
QuLEUWe channexor accoUht.

▶ YouTube

© 2021 Googie   C s/We QuLEUWeb&01 Cherry q webNan[ rUbobCq &+066

---

▶ **YouTube**

## Copyright Infringement Notification Confirmation

Ehan, yoU or yoU DLWirilDDon. XiDUser reweeR to enUDe it iDwexis ans
incUbeDaxce[ Ures exementD F e Rbxrespy to thiDemaixRRhen ReRwe ta, en
action on yoU re' UbDt QuUcan aEo chec, on the DatLDo  yoU ta, esoRn
re' UbDt in the [i emowaxo' UbDQ taWRhich iD oUrs in the Copyright Diiction o
yoU channex

z ere iDthe in ormation yoU ixes in4

- • Copyright ( Rner - amei iCompany- amei i appxicaWet4PiraxV I M
- • QuU- vUe egax- amei iKpaDbEbDbmamebor iniiaDnot accepxesi4
  Michaex Cement
- • QuU Eibe or LoiW6oiDoin kF hat iDyoU aUthority to ma, e thiDcompxaint?i4
  Vigitai igthDManager
- • q ssresiDi4
  - ◦ 210 Peayey Vrive
  - ◦ ChixerDi/Vrigbq_3: 0++
  - ◦ HN
- • HDbmame4 Copyright Management

( n - owub2023 QuLEUWe Copyright

- Omaixq ssreıDDi copyright@wraxrm.com
- 5 hone42: 6i26ıuKu+u

- HI _ o  axegessy in ringing wiseo to Ve removes4
  http://RRR_yoUUWe.com/Ratch?ove=MIDWmz J 6nc
- V eızriWe the Rorı  axegessy in ringes4My company/organ)ation or cxenjD
  wiseo
  ○ Eıbe o  wiseo4Hns ıJaıtLDq LDeratLDNUhDat
  ○ NoUce o  wiseo4r' 3x c₄ Vꟷ O
  ○ Eype o  wiseo4Xemet wiseo
  ○ F here soeıDıhe content appear?
  Ehe content appearıDin the targetes wiseo  rom 040→4 6 to 04₀ 46 4
  http://RRR_yoUUWe.com/Ratch?ove=MIDWmz J 6ncl t=2&6
  XappearlDin yoU DıbUrce wiseo  rom 04004 1 to 0404*: 4
  http://RRR_yoUUWe.com/Ratch?ver' 3x c₄ Vꟷ OL t=11

- HI _ o  axegessy in ringing wiseo to Ve removes4
  http://RRR_yoUUWe.com/Ratch?ove=RVPV QJ 1, 2NQ
- V eızriWe the Rorı  axegessi in ringes4My company/organ)ation or cxenjD
  wiseo
  ○ Eıbe o  wiseo4Hns ıJaıtLDq LDeratLDNUhDat
  ○ NoUce o  wiseo4r' 3x c₄ Vꟷ O
  ○ Eype o  wiseo4Xemet wiseo
  ○ F here soeıDıhe content appear?
  Ehe content appearıDin the targetes wiseo  rom 0409→4& to 0094 + 4
  http://RRR_yoUUWe.com/Ratch?ove=RVPV QJ 1, 2NQ t= 2&
  XappearlDın yoU DıbUrce wiseo  rom 040₀4Q0 to 0404*: 4
  http://RRR_yoUUWe.com/Ratch?ver' 3x c₄ Vꟷ OL t=20

- CoUntry Rhere copyright appleıDiH*N
- XDate H∙ V Oı  5 Oₓ qₓ EQI v  5 OI LHI  Qthat4
  ○ Xem the oRner/for an agent aUJhori)es to act on Wehax o  the oRner
    o  an eTcıLDve right that iDaxegesy in ringes.
  ○ Xrave a goos  alth Weıe  that the LDₒ o the materiaxin the manner
    companies o  iDnot aUJhorı)es Vıe the copyright oRnerxtıDagentıbor
    the xıR; ans
  ○ EhiDnoıl ication lDaccUrate.
  ○ Xec, noRoesge that User Nection : 12kıf o the VMCq any perDon
    Rho₋ noRıngıy materıaxy mıDepretıDentıDhat materiaxor activity iD
    in ringing may We DLWiect to acıVity or samageD
  ○ XUserıDans that aVLDı o  thiDıooxRıxreıDUx in termination o  my
    QuLEUWe channexx
- q Uhori)es Nigna tUre4Michaex Cement

KEhe QuLEUWe Eeam

z ep Center ∙ Omaix_ptıonD

QuUreceives thiDemaixto promise in ormation ans UpsatesDaroUhs yoUr
QuLEUWe channexor accoUnt.


▶ YouTube

© 2021 Google   _Cₒs/We QuLEUWe ts801 Cherry q webNan f rJoboCq &r066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:24:12 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [WAFWRQ4E5WQSM6CLKZATAWD6QE] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2peugaunwad407@google.com>
Date: Sat, Nov 11, 2023 at 11:12 AM
Subject: [WAFWRQ4E5WQSM6CLKZATAWD6QE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=Ku8Sh-XGJXo

https://www.youtube.com/watch?v=TOp5woMfU8c

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@wraidrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=Ku8Sn-XGJXo

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed

○ Source of video:

https://twitter.com/ReedTimmerAccu/status/1576733984364859392?

lang=en

○ Type of video: Internet video

○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=TOp5woMfU8c

Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed

○ Source of video:

https://twitter.com/ReedTimmerAccu/status/1576733984364859392?

lang=en

○ Type of video: Internet video

○ Where does the content appear? Entire video

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

○ This notification is accurate.

○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=fKg6Sn-XGJXo
For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=TOp5woMfU8c

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:34 PM YouTube Copyright <youtube-disputes+2peugaunxacl407@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazzey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fKg6Sn-XGJXo

- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed
    - Source of video: https://twitter.com/ReedTimmerAccu/status/1576733984364859322?lang=en
    - Type of video: Internet video
    - Where does the content appear? Entire video
- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=TOp5woMfU8c
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed
    - Source of video: https://twitter.com/ReedTimmerAccu/status/1576733984364859322?lang=en
    - Type of video: Internet video
    - Where does the content appear? Entire video
- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

## Copyright Infringement Notification Confirmation

On Nov 7, 2023 YouTube Copyright

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=eKujRSn-XGXo
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed
  ○ Source of video:
    https://twitter.com/ReedTimmerAccu/status/1576733984364859392?lang=en
  ○ Type of video: Internet video
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=TOp5woMfU8c
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed
  ○ Source of video:
    https://twitter.com/ReedTimmerAccu/status/1576733984364859392?lang=en
  ○ Type of video: Internet video
  ○ Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viralrm.com wrote:

Video IDs: Ku8Sn-XGJXo, TOp5woMfU8c

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:13:45 7 M
**To:** Piral VDM <viraldrm@Riplas.com>
**Subject:** ws d: ℹ️ MEKPQ3CCJYJ5OGT PNQI ] uQ4i5§ o- E- +e Copyright Complaint O- +miℜRon

ℹ️ℹ️ℹ️ℹ️ℹ️ℹ️ℹ️wos arded meℜRge ℹ️ℹ️ℹ️ℹ️ℹ️ℹ️ℹ️
wrom **YouTube Copyright** <yo- t- +e8tlℜo- teℜ_34ai0+4d _-gi_i0j_@google.com>
Vate: E- eHGov 15H2023 at 11:13# M
O- +Vot: De: ℹ️_MEKPQ3CCJYJ5OGT PNQI ] uQ4i5§ o- E- +e Copyright Complaint O- +miℜRon
Eo: <copyright@viraldrm.com>

QelloH

Ehe content ilℜed +elos  haℜ+een removed:

httpℜ/is s s yo- t- +e.com/s atch' vqJ raNℜQ+es ef

httpℜ/is s s yo- t- +e.com/s atch' vqohuJNhNT DKM

OncerelyH
Ehe J o- +e Eeam

9 n Govern+er 13H2023 copyright@viraldrm.com s rote:

QelloH
wor thiRlinx:  Qanx Qchyma iRthe copyright os ner 8IttipℜR/is s s yo- t- +e.com/s atch' vqJ raNℜQ+es ef
wor thiRlinx: Mixe EheiℜRlℜithe copyright os ner 8IttipℜR/is s s yo- t- +e.com/s atch' vqohuJNhNT DKM

f ttached are the agreementℜℜating s e are a- thori(ed to manage the rightℜRxor their videoR
Ehanx yo- H

9 n O- nℜGov 12H2023 at 1:5  ℹ️ M ] o- E- +e Copyright <yo- t- +e8tlℜo- teℜ_34ai0+4d _-gi_i0j_@google.com> s rote:



Qi Copyright ManagementH

Ehanx yo-  Jor yo- r removal reL- eℜ. [ eℜe revies ed yo- r reL- eℜ and need
Rome more information Jom yo- +e)ore s e can proceed. 7IeaℜRe read the entire
email care)-Ily Jor a complete - pdate o) each videoℜRℜat-R

**Need more info**                                     f ction
                                                        needed

**I**n order to remove the content in L- eℜiℜonℜs e m- R conJirm that yo-  are the
copyright os ner or the copyright os nerℜℜa- thori(ed repreℜRentative. I) yo-
are acting aℜRan a- thori(ed repreℜRentativeℜRℜleaℜRe Iet - Rxnos . wor each

ND=HleaRe identjy the copyright os ner yo- are repreRenting.

] o- may laxe +aex yo-r claim o) copyright inRingement at any time l ) yo- change yo-r mind.

8Ehe ] o-E-+e Eeam

Qere iRthe inJormation yo- Jlled in:

Copyright 9 s ner Game ZCompany Game ) )applica+leU Piral VDM
] o-r w- ll =egal Game Zf llaReR+ RernameR or initialRnot acceptedU Michael Clement
] o-r Elite or uo+ 7 ,oRtion Zl   hat iR yo-r a-thority to maxe thiRcomplaint' U
Vigital DightRManager
f ddreRR
210 Pea(ey Vrive
ChilderR-rgH = 34055
NO
NRername: Copyright Management
I mail f ddreRR copyrighl@xiraldrm.com
7hone: 246826j 8 j 5j

ND= o) allegedly inJringing video to +e removed:
httpR//s.s.s.yo-t-+e.com/s.atch'_vq).raNRY=s.ef.
VeRtri+e the s orx allegedly inJringed: My company+brgani(ation or clientR video

- Elite o) video: =ightning Otrixing Eree in 5Y 8Eree CatcheRon wire'''
- Oo-rce o) video: ] 8-71 DIDQ] f
- Eype o) video: tnternet video
- [ here doeRthe content appear'
Bhe content appearRin the targeted video yom 0:03:06 to 0:03:10 :
httpR//s.s.s.yo-t-+e.com/s.atch'_vq).raNRY=s.ef j_tq1B6
Bt appearRin yo-r Rb-rce video yom 0:00:35 to 0:0:50:
httpR//s.s.s.yo-t-+e.com/s.atch'_vq).8-71 DIDQ] f j_tq35

ND= o) allegedly inJringing video to +e removed:
httpR//s.s.s.yo-t-+e.com/s.atch'_vqohuuNhNT DKM
VeRtri+e the s orx allegedly inJringed: My company+brgani(ation or clientR video

- Elite o) video: wire Eomado Pideo 8f Mf JltGT wire Porte&/ EsiRer/ wirenado wootage
- Oo-rce o) video: 4QyX2GNl xYx

- Eype o) video: Internet video
- [ here doe(the content appear'

Ehe content appearR(in the targeted video )rom 0:0 :56 to 0:0 :5B:
httpR/s.s.s.yo-t-+e.com/s.atch)_vqohuNNNTDKMI.tq4B6
Et appearRin yo-r Rb-rce video )rom 0:00:06 to 0:00:10 :
httpR/s.s.s.yo-t-+e.com/s.atch)_vq4OxX2GNl_xYx1.tq6

Co-ntry s here copyright applieR NO

bRate NGVI D 7I G! =E] 9 w 7I DxND] that:

o Ibam the os nerRor an agent a-thori(ed to act on +ehal) o)the os ner o) an
e&l-Rve right that iRallegedly in)ringed.

o Ehave a good )aith +elie)that the - Re o)the material in the manner
complained o) )Rnot a-thori(ed +y the copyright os nerHRagentRor the
las 2)nd

o EhiRnoti)ication iRaccu-rate.

o bacrnos ledge that -nder Qection 412z(Ab)the VMC! any perRon s ho
xros ingly materially miRrepreRentRthat material or activity iRin)ringing
may +e R +#ct to lia+ility )or damageR

o b-nderRand that a+-Re o)thiRtool s ill reR lt in termination o) my ] o-E-+e
channel.

f -thori(ed Ograt-re: Michael Clement

Qelp Center ; 1 mail 9 ptionR

] o- received thiRemail to provide in)ormation and - pdateRaro-nd yo-r
] o-E-+e channel or acco-nt.


▶ YouTube

- 2021 T oogle ==C d/+/a] o- E-+eH 01 Cherry! veHQan ?r-noHC! 5066

## Copyright Infringement Notification Confirmation

Ehanx yo- )or yo-r R +miRRion. thiR-nder revies to erRre it iRvalid and
incl-deRall re_l-_ired elementR! [ e s ill reply to thiRemail s hen s e)e taxen
action on yo-r reL-eR! ] o- can alRo checx on the Ra+-Ro) yo-r taxedos n
reL-eRt in the Aemoval_reL-eRtRRa+s hich iR)p-nd in the Copyright Rection o)
yo-r channel.

Qere iRthe in)ormation yo- )illed in:

o Copyright 9 s ner Game zCompany Game i )applica+IeU Piral VDM
o ] o-r w-ll =egal Game z! lla ReH+RenameRor initialRnot acceptedU

9 n Gov 11H2023 ] o-E-+e Copyright

Michael Clement
- J o÷ í Eïïïe or uo÷ 7.o÷Rïïon ≴  hat íRyo÷ r a÷thoríïy ïo maxxe ïhïR complaínt° UV ïgïïaï DíghïRManager
- f ddreíR
  - ꞉ 2ïO Pea (ey V ínve
  - ꞉ ChïíderR÷ rgH ꞊ 34O55
  - ꞉ NO
- NRername: Copyríght Management
- ꞉ maíl f ddreíR copyríghtl@víraldrm.com
- 7hone: 246ꞏ826 ꞌ8 ꞌ 5ꞌ

- ꞉ ND꞊ o) allegedly ínꞌrínging vídeo to ÷e removed:
  httpíR/ís.s.yo÷t÷e.com/s atch| vqꞌ raNR7v÷s ef
- V eRcrí÷e the s orx allegedly ínꞌínqed: My company÷brganíqaꞌíon or clíenꞌOR/vídeo
  - ꞉ Ëïïe o) vídeo: ꞊íghtníng Otríxíng Ëree ín 5Y 8Ëree CatcheRon wíre ꞉꞉꞉
  - ꞉ Oo÷rce o) vídeo: ꞌ8÷7ꞌ DïDOꞌ f
  - ꞉ Eype o) vídeo: ïnternet vídeo
  - ꞉ │ here doeRthe content appear'
    Ëhe content appearRín the targeted vídeo ꞌrom 0:03:06 to 0:03:10: httpíR/ís.s.yo÷t÷e.com/s atch| vqꞌ raNR7v÷s ef ꞌ tqꞌ86
  - ꞉ ïa appearRín yo÷ rRo÷rce vídeo ꞌrom 0:00:35 to 0:00:50: httpíR/ís.s.yo÷t÷e.com/s atch| vqꞌ 8÷7ꞌ DïDOꞌ f ꞌ tqꞌ35

- ꞉ ND꞊ o) allegedly ínꞌrínging vídeo to ÷e removed:
  httpíR/ís.s.yo÷t÷e.com/s atch| vqohuUNhNTDKhM
- V eRcrí÷e the s orx allegedly ínꞌínqed: My company÷brganíqaꞌíon or clíenꞌOR/vídeo
  - ꞉ Ëïïe o) vídeo: wíre Ëonnado Pïdeo 8ï Mf Jï6T wíre Porte&/
  - ꞉ ÊsïRer / wírenado wootage
  - ꞉ Oo÷rce o) vídeo: 4OꞌyꞌX2GNï xYx
  - ꞉ Eype o) vídeo: ïnternet vídeo
  - ꞉ │ here doeRthe content appear'
    Ëhe content appearRín the targeted vídeo ꞌrom 0:0꞉.56 to 0:0꞉.5ïB: httpíR/ís.s.yo÷t÷e.com/s atch| vqohuUNhNTDKhM ꞌ tqꞌ486
  - ꞉ ïa appearRín yo÷ rRo÷rce vídeo ꞌrom 0:00:06 to 0:00:10: httpíR/ís.s.yo÷t÷e.com/s atch| vq4OꞌyꞌX2GNï xYxꞌ tqꞌ6

- Co÷ntry s here copyríght applíeR NO.
- ꞉Rate NGV ꞌ D 7ï ꞌG ꞌ÷Eꞌꞌ 9 w 7ï DuNDꞌ that:
  - ꞉ ïam the os nerR÷r an agent a÷ïhorí(ed to act on ÷ehalf o) the os ner o) an eêcï÷Rïve ríght that íRallegedly ínꞌ ínged.
  - ꞉ ïhave a good ꞌaïth÷elíe) that ïhe ÷Rƨ o) the materíal ín the manner complaíned o) íRnot a÷thorí(ed ÷y the copyríght os nerHR÷agentꞌbr the las Z2índ
  - ꞉ ÊhïRno÷ꞌ)ícatíon íRacc÷rate.
  - ꞉ baccnos ledge that ÷nder Oectíon 4ꞌ2kꞌuꞌb) the VMCï÷ any perRon s ho xnos íngly materíally mïRepreRentRthat materíal or actívíty íR ínꞌíngíng may ÷e R÷ꞍMjct to ïía÷ïlïty ꞌor damageR
  - ꞉ b÷nderRand that a÷÷R÷ e o) thíRtool s ïll reÊ÷lt ín termínatíon o) my
- Jo÷Ë÷ꞌe channel.

- f÷ïhorí(ed Oïgnat÷re: Michael Clement

8Ehe ] o-E-+e Esam

Qelp Center : | mail 9 ptionR

] o- received thIRemail to provide in)ormation and - pdateRaro-nd yo- r
] o-E-+e channel or acco-nt.

▶ YouTube

• 2021 T.oogle ==C_d/+/a ] o-E-+eH_01 Chen/f. ve-Dan ?r-noHCf    5066

9 n Gov 11H2023 copyright@viraldm.com s rote:

Pideo tvR ] raNR?y=s ef HohuJNtNTDKM

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:40:46 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XU4BWN3OOKPGWYPDR4ZKF72F4E] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+t.ol00p6uog6lo07@google.com>
Date: Sun, Nov 12, 2023 at 8:30 AM
Subject: Re: [XU4BWN3OOKPGWYPDR4ZKF72F4E] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>

Hello,

Thanks for your request. The content has been removed. We use a combination of automated systems and human reviews to process removal requests.

The easiest way to submit complaints is through this form.

Sincerely,
The YouTube Team

On November 11, 2023 copyright@viraldrm.com wrote:

Hello,
For this link: Brandon Clement is the copyright owner - https://www.youtube.com/watch?v=ShtWjsKLc5o
For this link: Mike Theiss is the copyright owner - https://www.youtube.com/watch?v=eN-qVfV-RmzE

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Wed, Nov 8, 2023 at 4:55 PM YouTube Copyright <youtube-disputes+t.ol00p6uog6lo07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Need more info**                           Action
                                             needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filed in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager
Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=SlhWjsKLc5o
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Unfortunately looking the lava in with a gate doesn't work either. More incredible video from today.
- Source of video: https://web.facebook.com/watch?
  ref=search&v=638836764432668external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:09:42 to 0:09:44 :
  https://www.youtube.com/watch?v=SlhWjsKLc5o&t=582
  It appears in your source video: https://web.facebook.com/watch?
  ref=search&v=638836764432668external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=eN-qW-RmzE
Describe the work allegedly infringed: My company, organization or client's video

- Title of video: Hurricane Wilma Video - Miami Beach, Florida
- Source of video: QDFK40UMotc

- Type of video: Internet video
- Where does the content appear?

The content appears in the targeted video from 0:08:16 to 0:08:20 :
https://www.youtube.com/watch?v=eN-qWV-RmzE&t=496
It appears in your source video from 0:00:34 to 0:00:40 :
https://www.youtube.com/watch?v=QDFK40UMotc&t=34

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

- ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- ○ This notification is accurate.
- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- ○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filed in:

- ○ Copyright Owner Name (Company Name if applicable): Viral DRM
- ○ Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

On Nov 7, 2023 YouTube Copyright

- ○ Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- ○ Address:
  - ▪ 210 Veazey Drive
  - ▪ Childersburg, AL 35044
  - ▪ US
- ○ Username: Copyright Management
- ○ Email Address: copyright@viraldrm.com
- ○ Phone: 256-267-7747

- ○ URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ShtVjsKLc5o
- ○ Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video : Unfortunately looking the lava in with a gate doesn't work either. More incredible video from today.
  - ▪ Source of video : https://web.facebook.com/watch/?ref=search&v=6388836764432668&external_log_id=0a6f484b-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - ▪ Type of video: Internet video
  - ▪ Where does the content appear?
    The content appears in the targeted video from 0:09:42 to 0:09:44 : https://www.youtube.com/watch?v=ShtVjsKLc5o&t=582
    It appears in your source video: https://web.facebook.com/watch/?ref=search&v=6388836764432668&external_log_id=0a6f484b-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- ○ URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=eNcqWV-RmzE
- ○ Describe the work allegedly infringed: My company, organization or client's video
  - ▪ Title of video: Hurricane Wilma Video - Miami Beach, Florida
  - ▪ Source of video: QDFK4OUMotc
  - ▪ Type of video: Internet video
  - ▪ Where does the content appear?
    The content appears in the targeted video from 0:08:16 to 0:08:20 : https://www.youtube.com/watch?v=eNcqWV-RmzE&t=496
    It appears in your source video from 0:00:34 to 0:00:40 : https://www.youtube.com/watch?v=QDFK4OUMotc&t=34

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is

infringing may be subject to liability for damages.

- I understand that abuse of this tool will result in termination of my
  YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube
channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: ShWjsKLc5o, eN-qWV-RmzE

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 : 9:15PVM
**To:** Diral Rs M <viraldm@wiplaF.com>
**Subject:** [ Fd5X WUG7PGE2QZEY7 ] 6WG97 u DTbG] S- o+J+j e Copyright Complaint 7+j miwwion

........ [ orF arded mewege .........
[ rom **YouTube Copyright** <yo+t+j e.diwp+tewXDhe6392p1+0-40Z@google.com>
Rate5J+e  Aov 19  2023 at 4:96i8M M
7+j lectSX WUG7PGE2QZEY7 ] 6WG97 u DTbG] S- o+J+j e Copyright Complaint 7+j miwwion
Jo5<copyright@viraldm.com>



ui Copyright Management

Jhan! yo+ qpr yo+r rewponwe. We've revieF ed it and provided +pdatewj eloF.

**Request resolved**

Jhe content iwted j eloF hawj een removed.

Dideowin =+ewIon5

https//iFFF.yo+t+j e.com/FatcbvKcbl_cYvFeDjk

https//iFFF.yo+t+j e.com/FatcbvkF Oy+gZQE0

We +we a comj ination oga +tomaled wywtemwand h+man revieF wto
procewwremoval re=+ewtw

- o+ may |a| e | ac' yo+r claim o+copyright inqringement at any time iqyo+ change
yo+r mind.

. Jhe - o+J+j e Jeam

uere iwthe inqrmation yo+ qjled in5

Copyright ( Fner Aame )Company Aame iqapplicaj le5Diral Rs M
- o+r[ +il Esgal Aame Jk liavew +wernamewor inilialwnot acceptedI5Michael
Clement

- o•r• Jtle or boj  Vowtion )Whatiwyo•r a•tthonty to ma  e thwcompiant8s
Rigtial s ightwManager
k ddrew6
210 Deazey Rrive
Childerý •rg  k E 3P099
] 7
] wername5Copyright Management
Umail k ddrew6copyrighti@vraidrm.com
Vhone52P6,26Z,ZZ9Z

] s Eoqallegedly inqinging video to j e removed5
httpvd6FFF_yo•t•q e.com/F aitcib8vKcbi_cYvEiDk
Rewzrij e the For'  allegedly inqinged5My company  organization or clientw
video

   ◦  Jltle oqvideo5j nqrt•nately loc' ing the lava in Filth a gate doewt•t For'
    either. More incredj le video qrom today.
   ◦  7 o•rce oqvideo5
    httpvd6FFF_qroej_oo'_com/F&chawing/videov/63:·· 3626993266
   ◦  Jype oqvideo5xtemet video
   ◦  Where doewthe content appear8
   Jhe content appearwin the targeted video qrom 03P9P3 to 03P9P2P 5
   httpvd6FFF_yo•t•q e.com/F aitcib8vKcbi_cYvEiDk_tK323
   x appearwin yo•r• wo•rce video5
   httpvd6FFF_qroej_oo'_com/F&chawing/videov/63:·· 3626993266

] s Eoqallegedly inqinging video to j e removed5
httpvd6FFF_yo•t•q e.com/F aitcib8vKcFQ•rqZOEiD
Rewzrij e the For'  allegedly inqinged5My company  organization or clientw
video

   ◦  Jltle oqvideo5j nd•liat•wk wperat•w7•rwel
   ◦  7 o•rce oqvideo5•3•rc' j t U
   ◦  Jype oqvideo5xtemet video
   ◦  Where doewthe content appear8
   Jhe content appearwin the targeted video qrom 03)Z3:  to 03)Z9Z 5
   httpvd6FFF_yo•t•q e.com/F aitcib8vKF Q•rqZOEiD_tK93:
   x appearwin yo•r• wo•rce video qrom 030)3)4 to 030)3)4 5
   httpvd6FFF_yo•t•q e.com/F aitcib8vKc•3i•rc' j t U_tK4

Co•ntry Fhere copyright appliev6] 7
xwtate ] ARUs VUAk EJ- ( [ VUs b] s - that5
   ◦  xam the o•F ner or an agent a•thorized to act on j ehalqoqthe o•F ner organ
   e&cl•wive right that iwallegedly inqinged.
   ◦  xhave a good qilh j eliecthat the •we oqthe material in the manner
   complained oqiwnot a•thorized j y the copyright o•F ner itwagent or the
   laF• and
   ◦  Jhiwnotiqcation iwacc•rate.
   ◦  xac' noF ledge that •nder 7 ection P12)4,oqthe RMCK any penvon Fho
   ' noF ingly materially miwepreventwhat material or activity iwinqringing

may j e w·j ·fect to liaj ·lilty ·φr damagew
o   x·nderward that aj ·+we ·oqthiwtool Fill rewlt in termination oqmy - o+J+j· e channel.

k·+thorized 7·Igna·l+re5Michael Clement

uelp Center ·@Jmail (· ptionw

- o+ received thiwemail to provide inqrmation and ·+pdatewaro·nd yo·+r
- o+J+j· e channel or acco+rt.



B 2021 Google EEC d·lj ·/a - o+J+j· e  401 Cherry k·ve  7·an T+mo  Ck  49066

( n Aov 11  2023 copyright@xraldrm.com Frote5

uello
[· or thiwiin' 5Trandon Clement iwithe copyright oF·ner. httpw&lFF·F yo+·t+j·e.comlF·atchi&vk+bj· c·Y·v&Dik
[· or thiwiin' 5Mi· e (· jj·inwi· iwithe copyright oF·ner. httpw&lFF·F yo+·t+j·e.comlF·atchi&vk+F· Q+r·q+ZOE0

k·ttached are the agreementwwtaking Fe are a+thorized to manage the rightwφr their videow
Jhan·' yo+

( n Wed Aov :  2023 at 3501#M M - o+J+j· e Copyright <yo+t+j· e.diwp+tewNDne6392pt+0- 402@google.com> Frote5



ui Copyright Management

Jhan·' yo+ φr yo+r removal re=+ewt. We've revieF·ed yo+r re=+ewt and need
wome more inqrmation qrom yo+ j eqne Fe can proceed. Vleawe read the entire
email carefφly φr a complete oqeach video'wwtat+w

Aeed more inφ k·ction needed

x·n order to remove the content in =+ewtion  Fe m+w·t conφrm that yo+ are the
copyright oF·ner or the copyright oF·ner'wa+thorized reprewentative.  xjyo+ are
acting awan a+thorized reprewentative  pleawe let +w·' noF· [· or each] s E
pleawe identiφ the copyright oF·ner yo+ are reprewenting.

- o+ may la· e j· aic·' yo+r claim oqcopyright inqringement at any time iqyo+ change
yo+r mind.

, Jhe - o+J+j· e Jeam

uere iwthe inqrmation yo+ φjled in5

• Copyright (· F·ner Aame )Company Aame iqapplica·j· lel5Diral Rs M
o - o+r [· #l Eegal Aame )k·iawew ·wernamewor inilialwnot accepted5
Michael Clement
o - o+r Jltle or boj· Vowltion )What iwyo+r a+thority to ma· e thiwcomplaint8U5
Rigital·s ightwManager
o   k·ddrew6
o   210 Deazey Rrive
o   Childerv· +rg·  k·E3R099
o   ]· 7
• ]· wername5Copyright Management

- Umail k ddrewo6ecopyright@uiraldrm.com
- Vrone5ZP6,26Z,ZZ9Z

- ] s E ocallegedly ingriging video to j e removed5
  httpv8iFFF.yo+t+j.e.comFaatch8iv4chl.cYwEiD0k
- Rewcrij e the For´ allegedly ingriged5My company organization or clientw video.
  ○ Jllle oqvideo5j nqrt+nately loc´ing the lava in Filth a gate doewit For´ either. More incredij le video qom today.
  ○ 7o+rce oqvideo5
    httpv8iFFF.qicej.oo´.comF.8chawiing/videow63:::36Z6993266
  ○ Jype oqvideo5xtemet video
  ○ Where doewthe content appear8
    Jhe content appearwin the targeted video qom 05iP2Z3 to 05iP2ZP 5
    httpv8iFFF.yo+t+j.e.comFaatch8iv4chl.cYwEiD0k_tK5Z3
  x appearwin yo+r wo+rce video5
    httpv8iFFF.qicej.oo´.comF.8chawiing/videow63:::36Z6993266

- ] s E ocallegedly ingriging video to j e removed5
  httpv8iFFF.yo+t+j.e.comFaatch8iv4F.Q+q-ZOE0
- Rewcrij e the For´ allegedly ingriged5My company organization or clientw video.
  ○ Jllle oqvideo5j nd+lat+wk wperat+w7+nwet
  ○ 7o+rce oqvideo5r=3i=c´j t U
  ○ Jype oqvideo5xtemet video
  ○ Where doewthe content appear8
    Jhe content appearwin the targeted video qom 05iZ3:: to 05iZ9Z 5
    httpv8iFFF.yo+t+j.e.comFaatch8iv4F.Q+q-ZOE0_tK53:
  x appearwin yo+r wo+rce video qom 05i05i4 to 05i05i4 5
    httpv8iFFF.yo+t+j.e.comFaatch8iv4c=3i=c´j t U_tK4

- Co+ntry F here copyright applieo5j 7
- xtate ] ARUis VUAk EJ- ( ] VUis bj s- that5
  ○ xam the oF´ner or an agent a+thorized to act on j ehalqoqthe oF´ner
    oqan e&d+wive right that iwallegedly inginged.
  ○ xhave a good qaith j elieqthat the +we oqthe material in the manner
    complained oqiwnot a+thorized j y the copyright oF´ner iwagent or
    the laF+ and
  ○ Jhiwnotiqcation iwacc+rate.
  ○ xac´noFiledge that +nder 7 ection P12)4qoqthe RMCk, any pervon
    Fho´noF ingly materially miwepreventwhat material or activity iw
    ingriping may j e w+j lect to liaj lilty qor damagew
  ○ x+nderviand that aj i+we oqthiwtool Fill rewrlt in termination oqmy
    -o+-J+j e channel.
- k +thorized 7 ignat+re5Michael Clement

uelp Center ( pliony

- o+ received thiwemail to provide inqrmation and +pdatewaro+nd yo+r
- o+-J+j e channel or acco+nt.

 YouTube

B 2021 Google EEC d/j /a -o+J+j.e 401 Cherry k ve.7 an T r+no.Ck 49066



# Copyright Infringement Notification Confirmation

Jhan' yo+ qr yo+r wrj miwwon. A iw+nder revieF to enwre it iwvald and ind+dewal re=+ired element w We Fill reply to thiwemail Fhen FeFke ta' en action on yo+r re=+ewl. - o+r can alwo chec' on the wat+wo qo+r ta' edoF n re=+ewl in the 's emovaid re=+ewkl laj. Fhich iwq+nd in the Copyright wection oq yo+r channel.

uere iwthe inqrmation yo+ qjled in5

- Copyright ( Fner Aame )Company Aame iqapplicaj lel5Diral Rs M
  - o+r[ +Il Eaigal Aame )k liawew +wenamewor initialwnot accepted5
    Michael Clement
  - o+r Jlile or boj  Vowlion )What iwyo+r a+thonty to ma' e thiwcomplaint8I5
    Rigital s ightwManager
  - k ddrew6
    ○ 210 Deazey Rrive
    ○ Childeny +rg k E3P099
    ○ J 7
- J wename5Copyright Management
  - Umail k ddrew6Copyright@viraldrm.com
  - VhoneS2P6,262,ZZ9Z

- J s E cqallegedly inqringing video to j e removed5
  httpw6lFFF.yo+t+j e.comFFatch8v6chU_cYwEjDk
- Rewzrij e the For' allegedly inqrinqed5My company organization or clientw video
  ○ Jitle oqvideo5J nqrt+nately loc' ing the lava in Filh a gate doewn't For' either. More incredij le video qrom today.
  ○ 7 o+rce oqvideo5
    httpw6lFFF.qirolaj oo'.comFFatch8v6chU_cYwEjDk::-3626993266
  ○ Jype oqvideo5xternet video
  ○ Where doewthe content appear8
    Jhe content appearwin the targeted video qom 05l0P33;3 to 05l0P3P 5
    httpw6lFFF.yo+t+j e.comFFatch8v6chU_cYwEjDk_1KG23
  x appearwin yo+r wo+rce video5
    httpw6lFFF.qirolaj oo'.comFFatch8v6chU_cYwEjDk::-3626993266

- J s E cqallegedly inqringing video to j e removed5
  httpw6lFFF.yo+t+j e.comFFatch8v6cF Q+rqZOEj
- Rewzrij e the For' allegedly inqrinqed5My company organization or clientw video
  ○ Jitle oqvideo5J nd+lat+wK wperat+w7+nwet
  ○ 7 o+rce oqvideo5r=3j=c' j t; U
  ○ Jype oqvideo5xternet video
  ○ Where doewthe content appear8
    Jhe content appearwin the targeted video qom 05l23:- to 05l2 9Z 5
    httpw6lFFF.yo+t+j e.comFFatch8v6KF Q+rqZOEj_1KG3;
  x appearwin yo+r wo+rce video qom 05l05l4 to 05l05l4 5
    httpw6lFFF.yo+t+j e.comFFatch8v6c3l=c' j t; U_IK4

- C o+rty Fhere copyright appliev6J 7
- xdata+j ARUs VUAk Ej- ( [ VUsj bj s - that5
  ○ xam the oFner or an agent a+thorized to act onj ehalqoqthe oFner

- oqan e&cl•wve right that iwallegedly inqnged.
  ○ xt\ave a good qbilt j eliecjhat the •we oqfhe material in the manner complained oqjwnot a•thorized j y fhe copyright oF•er ilwagent or the laF• and
  ○ Jhwnotiqcation iwacc•rate.
  ○ xaz/ noFledge that •nder 7 ection P12)k,oqthe RMCk any penvon Fho ' noF-ingly materially miwrepreventwthat material or activity iw inqrjging may j e wr[ lect to liaj lilty qor damagew.
  ○ x•ndenland that aj •we oqthwtool Fill rewtll in termination oqmy
    - o•J•j e channel.
- k •thorized 7 ignat•re5Michael Clement

. Jhe - o•J•j e Jeam

uelp Center ©Jmail L ptlonw

- o•t received thiwemail to provide inqrmation and •pdatewaro•nd yo•r
- o•J•j e channel or acco•nt.

B 2021 Google EEC d/j /a - o•t•j e 401 Cherry k.ve 7 an T•rno Ck 49066

▶ YouTube

( n Aov Z 2023 copyright@viraldrm.com Frote5

Dldeo :Riv6=bl cY¼EqDk FQ•qrZOED

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 11:26:14 7 M
**To:** Piral VDM <viraldm@Riplas.com>
**Subject:** ws d: [[ 7 ᙖSQᏢᎢ XᎢ 65 ᏢᏋᗖ SᎯᎤᏙᏢᎩᏁ 2Ꭲ ᏨᏖᏙ/oᎬᎩᎬᎥe Copyright Complaint ] EᎥniᏒᏒon

ᏔᏔᏔᏔᏔwors arded meᏒᏒoge ᏔᏔᏔᏔ
Ꮤrom: **YouTube Copyright** <yoᎬᎬᎬᎬᎥᏆᎥᏰᎥᏰᎥᏰᎥᏰᎬᏒᏰᎡᎦᏖᏰ-Ꭴ-2Ꮓ₌ mᏍᏖᎤᏚ@google.com>
ᎥᏗte: MonᏚᏖᏨᏒov 1392023 ᏗᏖ ᏖᎫ Ꭻ ᏍᎷ
] EᏔᎥ: ᏆᏠ 7 ᙖSQᏢᎢ XᎢ 65 ᏢᏋᗖ SᎯᎤᏙᏢᎩᏁ 2Ꭲ ᏨᏖᏙ/oᎬᎩᎬᎥe Copyright Complaint ] EᎥniᏒᏒon
Ꭲo: <copyright@viraldm.com>



Ꭵ Copyright Management9

ᎩhanᏂ HyoᎬ Ꭼ·er yoᎬr reᏒᏇonᏒᏋ· ᏔᎬ ᎬᏘᏉᎬ revies ed iᏖ and provided EpᏬateRᎯelos.

**Request resolved**

Ꭹhe content iiRted Aelos haᏒᏉeen removed.

PᎥᏬeoRin ´ EᏣᏒtion:

httᏩR/Ꭵ/s s yoᏋᎬᏋ·e.com/s atᏖᏂᏎ?v₌rᏗmᏡᏁ–h – Ꭵ Ꭵ c

httᏩR/Ꭵ/s s yoᏋᎬᏋ·e.com/s atᏖᏂᏎ?v₌rᏟᎷᎴᏙ.mᏩᏰᎷ

Ꮶ e ᏋᏒᏋ a comᎯᏒination o·ᏋᏰomated Ꮢ·RemᏒand hEman revies Rto
proceᏒᏒ removal re´ EᏣᏒᏒ.

[ oᎬmayᏆaᏂᏰ AᏗᏟᏂ·yoᏋᎬ claim o·copyright in·ingement at any time i·yoᎬ change
yoᏋr mind.

uYhe [ oᎬᎩᎬᎥe Yeam

ere iᏒthe inᏟᏒmation yoᏋᎬ·iled in:

Copyright 5 s ner 8ame (Company 8ame i·applicaᏰᏆe): Piral VᎴM
[ oᏋᎬᏰᏆ Legal 8ame (QiaᏒᏋᏒᏒᎦᏒᏒᏒername·tor iniᏖiaᏆRnot accepted): Michael
Clement

I oɓ Yıtle oɾ QƅA ∕ oʀƚion (k 'hat ıHyoɓ aɓtnonƚy to maɾɓ tɓHtcompɭaint'):

Vigital DighɾRManager

QddɾeɾR

210 Peaɭey Vrive

ChildeɾRErgɓQL 3- 0j j

XJ

XɓReɾname: Copyright Management

Gmail QddreɾR copyright@viraidrm.com

7hone: 2- 6ı26SɓSj S

XDL oɾallegedly inɾringing video to Ɑƅe removed:

httpɾR∕ɭs s s yoɓEɓe.com∕s.atch?Vᵣ=ᵣpmvn- h. - ı I ⱴc

VeɾRcɾⱯe the s oɾHallegedly inɾringed: My company⁄organization or clientɓR
video

○ Yıtle oɾⱴvideo: Xn⋅erɓnately locHing the lava in s ıth a gate doeɓRtɓts orH
either. More incredIⱭe video ⋅rom today.

○ ] oɓrce oɾⱴvideo: httpɾR∕ɭs eA ⋅eoeⱯooHtcom∕s.atch?
re⋅ƚRearch'_vᵣ=63qqq36SɓSj j 3266⁻_extemaIⅈog&id=ⱱa6t qj 6ı62ⱱ3u
j qaᵣ6u420SⱭqⱨc60eAAAⱥqc'· =ⱥavax_20gateɾ_&rdc=1⁻_&rdr

○ Yype oɾⱴvideo: ℣ntemet video

○ k here doeɾRthe content appear?

Yhe content appearⱭRin the targeted video ⋅rom 0:02:31 to 0:02:34 :
httpɾR∕ɭs s s yoɓEɓe.com∕s.atch?Vᵣ=ᵣpmvn- h. - ı I ⱴc' ᵗ=1- 1

ℬappearⱭRin yoɓr ReɓRrce video: httpɾR∕ɭs eA ⋅eoeⱯooHtcom∕s.atch?
re⋅ƚRearch'_vᵣ=63qqq36SɓSj j 3266⁻_extemaIⅈog&id=ⱱa6t qj 6ı62ⱱ3u
j qaᵣ6u420SⱭqⱨc60eAAAⱥqc'· =ⱥavax_20gateɾ_&rdc=1⁻_&rdr

XDL oɾallegedly inɾringing video to Ɑƅe removed:

httpɾR∕ɭs s s yoɓEɓe.com∕s.atch?Vᵣ=rcⱿĸVᵣmqℬM

VeɾRcɾⱯe the s oɾHallegedly inɾringed: My company⁄organization or clientɓR
video

○ Yıtle oɾⱴvideo: QℝⱭercelⱡ near_ooHtr9YezaR

○ ] oɓrce oɾⱴvideo: j aℬⱨj %mj oyG

○ Yype oɾⱴvideo: ℣ntemet video

○ k here doeɾRthe content appear?

Yhe content appearⱭRin the targeted video ⋅rom 0:02:23 to 0:02:30 :
httpɾR∕ɭs s s yoɓEɓe.com∕s.atch?Vᵣ=rcⱿĸVᵣmqℬM ᵗ=1- 3

ℬappearⱭRin yoɓr ReɓRrce video ⋅rom 0:01:12 to 0:01:2j :
httpɾR∕ɭs s s yoɓEɓe.com∕s.atch?Vᵣ=j aℬⱨj %mj oyG ᵗ=S2

CoⱭntɾy s here copyright applieɾR XJ

ℬRate X8VGD 7G8QLⱨj 5 w7 GⱵOOℭj that:

○ ℬam the os nerɓor an agent aℬthorⱨJed to act on Aeℬal⋅o⋅the os nerᵒ⋅an
ezcdℝⱯve right that iRallegedly inⱴringed.

○ ℬⱴave a good ⋅eith Aⱴele⋅that the EℝⱭe o⋅the materiaI in the manner
complained o⋅iHnot aℬthorⱨJed Ⱥy the copyright os nerℚiRagentℬor the
las ; and

○ YhiRnot⋅cation IRaccℬRate.

5 n 8 ov 1192023 copyright@ytraldrm.com s rote:

ello9
wor thiRlinH _ randon iRlthe copyright os ner urlttpR/is s s yoEEe.com/s atcH?v=pmm-h _ 11 c
wor thiRlinH  Mihls 5J4inRH iRlthe copyright os ner urlttpR/is s s yoEEe.com/s atcH?v=rcpNiVmqBM

Qttached are the agreementRRating se are aElhoriJed to manage the rightR or their videoR
YhanHyoEB

5 n k ed98 ov qt20023 at S:1q,QM [ oEYEAe Copyright <yoEEeudiReBeR3h-o-2Zz-mqh0S@google.com> s rote:



   i Copyright Managment9

YhanHyoEE er yoEE removal re' EaiR k eWe revies ed yoEE re' EaiR and need
Rome more information rom yoEAe-one se can proceed. 7leaRe read the entire
email care-Ely or a complete Epdate o each videoRRatER

8 eed more in o Qction needed

Bn order to remove the content in ' EaRlorSe o mER conIrm that yoEare the
copyright os ner or the copyright os nerRaElhoriJed repreRentative. ByoE are
acting aRan aElhoriJed repreRentativeRpleaRe leI ERt-hos . wor each XDL9
pleaRe identi y the copyright os ner yoE are repreRenting.

[ oEmay tate AachyoEE claim o copyright in ringement at any time i yoE change
yoEr mind.

uYhe [ oEYEAe Yeam

ere iRthe information yoE Iled in:

• Copyright 5 s ner 8 ame (Company 8 ame i applicaAe): Pirsl VDM
  [ oEr wEI Legal 8 ame (QllaReReRername Ror initialRnot accepted):
  Michael Clement
  [ oEr Yitle or QoA 7 oRlion (k hat iRyoEr aElhority to mahe thRcomplaint?):
  Vigilal DightRManager
• QoldreRR
  ◦ 210 PeaLey Vrive
  ◦ ChilderRRegQL 3- 0 j j

---

   ◦ Bac-Hos ledge that Ender ] ection - 12(j) o the VMCQ any perRon s ho
     Hnos ingly materially miRepreRentRthat material or activity iRin ringing
     may Ae REMAec to liaAility or damageR
   ◦ EEnderRand that aAERe o thiRtool s ill reREl in termination o my [ oEYEAe
     channel.

   OEEhoriJed ] ignatERe: Michael Clement

   elp Center • Gmail 5 ptionR

   [ oEreceived thiRemail to provide information and EpdateRaro Ind yoEr
   [ oEYEAe channel or accoEEt.

   © 2021 Toogle LLC d/A/a [ oEYEAe9401 Cherry Qve9] an _ rEnoSCQ4] 066

- ◦ X]
- XFirname: Copyright Management
- Gmail QddreR copyright@viraldm.com
- Phone: 2- 6gE6SiSSj S

- XDL o-allegedly infringing video to Ae removed:
  httpR//s.s.s.yoiEfEe.com/s.atch?v=rimvn~h._I l_c
- VeiRorAe the s orAllegedly infringed: My company&organiation or clientR video
  - ◦ Xitle o-video: Xn-erfiinately loc-ing the lava in s lih a gate doeRNJ s orNeither. More incrediAe video -rom today.
  - ◦ ] oErce o-video: httpR//s.eA-tsce/Aoo+Icom/s.atch?
    re=Rearch'_v=63qqq36SSj_I 3266'_extermal&log&id=0a6+.qj.6u
    6203u_qa6i4'20SJ4qo6'0eAAAqc'_=iavax_20gate'_&rdc=1'_&rdr
  - ◦ Xype o-video: Bternet video
  - ◦ k here doeRthe content appear?
    Yhe content appearRin the targeted video -rom 0:02:31 to 0:02:34 :
    httpR//s.s.s.yoiEfEe.com/s.atch?v=romvn~h._I l_c'_t=1-1
    BappearRin yoiEr RoErce video: httpR//s.eA-tsce/Aoo+Icom/s.atch?
    re=Rearch'_v=63qqq36SSj_I 3266'_extermal&log&id=0a6+.qj.6u
    6203u_qa6i4'20SJ4qo6'0eAAAqc'_=iavax_20gate'_&rdc=1'_&rdr

- XDL o-allegedly infringing video to Ae removed:
  httpR//s.s.s.yoiEfEe.com/s.atch?v=roBIV'mqBM
- VeiRorAe the s orAllegedly infringed: My company&organiation or clientR video
  - ◦ Xitle o-video: Ofrecercoll near._ooiHer9YezaR
  - ◦ ] oErce o-video: j aiRij %mj oyG
  - ◦ Xype o-video: Bternet video
  - ◦ k here doeRthe content appear?
    Yhe content appearRin the targeted video -rom 0:02:23 to 0:02:30 :
    httpR//s.s.s.yoiEfEe.com/s.atch?v=roBIV'mqBM'_t=1i.3
    BappearRin yoiEr RoErce video -rom 0:01:12 to 0:01:2j :
    httpR//s.s.s.yoiEfEe.com/s.atch?v=j.aiRij_%mj_oyG'_t=S2

- CoEntry s here copyright applieR X]
- ERate X8jVGD 7G8QLY[ 5 w 7'GDOXDj_ that:
  - ◦ Bam the os nerRor an agent aEthoriJed to act on Aehal+o-the os ner o-an ezclERive right that it Rallegedly infringed.
  - ◦ Bhave a good -eith Aelie-that the ERe o-the material in the manner complained o-iRnot aEthoriJed Ay the copyright os ner9iiRagentSor the las ; and
  - ◦ YhiRnoli-ication iRaccoErate.
  - ◦ BacHnos ledge that Ender ] ection - 12(j) o-the VMCQ any perRon s ho Hnos ingly materiaIly miRrepreRentRthat material or activity iR infringing may Ae REAAJect to liaAiIity -er damageR
  - ◦ ERderRend that aAERe o-thiRtool s ill reREJt in termination o-my [ oEYEAe channel.
    [ oEYEfEe channel.
  - • QBthoriJed ] ignatEre: Michael Clement

_elp Center • Gmail 5 pitonR

[ oEreceived thiRemail to provide inermation and EpdateRaroEnd yoEr
[ oEYEfEe channel or accoEnt.



© 2021 Toogle LLC d//Ad I oEYEfEe9401 Cherry QeeSl_an _fEno9CO4l.066



## Copyright Infringement Notification Confirmation

YhanᴴyoEᵉor yoEᴿ FᴿᴬvniᴿRᵒn. BiᴿRᵉnder revies to enᴿEre it iᴿvalid and incᴿEaᴿRal rᵉ Eired elementᴿ k e siᴿl reply to thiᴿRemail s hen s efve taᴿen action on yoEᴿ re EaᴿR [ oEᵉcan aiᴿRo checkᴿon the RatᴿEᴿo+yoEᴿ taᴿ+éctos in re EaᴿR in the ᴿBemoval re EaᴿRᴿUaᴿA s thich iᴿRᵉEind in the Copyright Rᵉction o+ yoEᴿ channel.

ere iᴿRthe inᴿrmation yoE filed in:

- Copyright 5 s ner 8ame (Company 8ame i+applicaᴬle); Piral VDM
- [ oEᵉwiᴿl Legal 8ame (OᴿlaᴿRᵉᴿRᵉᴿRename Rᵉor initialᴿRnot accepted):
  Michael Clement
- [ oEᵉ Yitle or QᴬA 7 oᴿRtion (k hat iᴿyoEᵉ aᴿᴿhority to maᴿⱧ thiᴿRcomplaint?):
  Vigital DightᴿRManager
- Qddreᴿᴿ
  ◦ 210 PeaᴬleyᴿV rive
  ◦ ChildeᴿRᴿRrg9QL 3-0 j j
  ◦ X]
- XRename: Copyright Management
- Gmail QddreᴿR copyright@vuraldm.com
- 7hone: 2- 6ᴬ26ᴬᴬ5 S

- XDL o+allegedly inᴿringing video to ᴬe removed:
  httpᴿR//s s s. yoᴿEᴿe.com/s atch?v=ᴿnmvn~h ~ I [ c
- VeᴿRᵉiᴿᴬe the s or iᴿallegedly inᴿrinᵍed: My company 8organiᴢation or clientᴿR video:
  ◦ Yitle o+video: XᴿnᵉriᴿnateIy locᴿᴿng the lava in siᴿh a gate doesᴿNᴿᵉ s orᴿNeither. More incrediᴬle video ᴿᵒm today.
  ◦ j oEᴿce o+video: httpᴿR//s sᴬᴿᵉce/ᴬooᴴɪcom/s atch?
    rᵉᵉRearch_v=63qqq36ᴿᴿɪ j 326ᴬ᾿ externalᴿᴿogᴿkid=0ᴬᴿᵉᵗ qᴿ6u
    6203ᴿLj qaᴬᴿᴿ20Sᴿᴿᴿᴿoᴿᵉ60eᴬᴬᴬᴬqᴿ᾿ ᵉᴿlavax_20gatᴿᴿᵉᴿᴿᴿ&rdr
  ◦ Yype o+video: BᴿⱧᵗernet video
  ◦ k here doeᴿRᵗhe content appear?
    Yhe content appearᴿR in the targeted video ᴿᵒm 0:02:31 to 0:02:34 :
    httpᴿR//s s s. yoᴿEᴿe.com/s atch?v=ᴿnmvn~h ~ I [ c᾿ t=1-1
    BᴿappearᴿR in yoEᴿ RᴿEᴿce video: httpᴿR//s eᴬᴿᵉce/ᴬooᴴɪcom/s atch?
    rᵉᵉRearch_v=63qqq36ᴿᴿɪ j 326ᴬ᾿ externalᴿᴿogᴿkid=0ᴬᴿᵉᵗ qᴿ6u
    6203ᴿLj qaᴬᴿᴿ20Sᴿᴿᴿᴿoᴿᵉ60eᴬᴬᴬᴬqᴿ᾿ ᵉᴿlavax_20gatᴿᴿᵉᴿᴿᴿ&rdr

- XDL o+allegedly inᴿringing video to ᴬe removed:
  httpᴿR//s s s. yoᴿEᴿe.com/s atch?v=ᴿoᴿNᴿV mᴿBM
- VeᴿRᵉiᴿᴬe the s or iᴿallegedly inᴿrinᵍed: My company 8organiᴢation or clientᴿR video:
  ◦ Yitle o+video: Qᴿᴿeᴿcall near _oᴿᴿᵗe9YᴢaR
  ◦ j oEᴿce o+video: j aᴿᴿj %ᴿᵐj oyG
  ◦ Yype o+video: BᴿⱧᵗernet video
  ◦ k here doeᴿRᵗhe content appear?
    Yhe content appearᴿR in the targeted video ᴿᵒm 0:02:23 to 0:02:30 :
    httpᴿR//s s s. yoᴿEᴿe.com/s atch?v=ᴿoᴿNᴿV mᴿBM᾿ t=1-3
    BᴿappearᴿR in yoEᴿ RᴿEᴿce video ᴿᵒm 0:01:12 to 0:01:2) :
    httpᴿR//s s s. yoᴿEᴿe.com/s atch?v=j aᴿᴿj %ᴿᵐj oyG᾿ t=S2

- CoEntry s there copyright applieR X]
- ERate X8VGD7G8QLY[ 5 w7GDXCQ[ that:
  - Bam the os nerSor an agent aEhonUed to act on Aehal+o+the os ner
    o+an ezcEFve right that IRallegedly in+ringed.
  - Bnave a good +aith Aelie+that the ERo o+the material in the manner
    complained o+iRnot aEEhonUed Ay the copyright os nerSifRagentSor
    the las ; and
  - YhiRnoti+cation iRaccErate.
  - Bac+nos ledge that Ender ] ection - 12(4) o+the VMCQ any perRon
    s ho Hhos ingly materially miRepreRenRthat material or activity iR
    in+ringing may Ae FEANct to liaAility +or damageR
  - EEnderRand that aAEFe o+thiRtool s ill reRElt in termination o+my
    [ oEYE+e channel.
- QEEhonUed ] ignatEre: Michael Clement

uYhe [ oEYE+e Yeam

[ elp Center • Gmail 5 ptionR

[ oEreceived thiRemail to provide information and EpdateRaroEnd yoEF
[ oEYE+e channel or accoEnt.

▶ YouTube

© 2021 Toogle LLC d/A/a l oEYE+e9401 Cherry Qee8]an _rEno9CQ4l 066

5 n 8 ov S82023 copyright@virafirm.com s rote:

Pideo 8/R pmv+ h - [ l c9rcMiVmqBM

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:27:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [YVJSIXXT7W6TLDUTZNEGHYLZCA] YouTube Copyright Complaint Submission

--------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes-06dac1nvi5nh07@google.com>
Date: Tue, Nov 14, 2023 at 4:00 AM
Subject: [YVJSIXXT7W6TLDUTZNEGHYLZCA] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=EWCh2ub1NW-c

https://www.youtube.com/watch?v=dTglbBYTop0

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael

Clement
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: copyright@wxchasing.com
Phone: 6012603170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=WCI2uIc1NW-c
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 04-22-2018 Galliano, LA - Tornado Damage
○ Source of video: K2nUdcEl1dE
○ Type of video: Internet video
○ Where does the content appear? Entire video

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=dTgBYTqp0
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: 4-17-2018 Seiling, Ok Rhea Fire Firestorm, Firenadoes, fire whirls, retardant drops, insane 4k
○ Source of video: ErVU4Req1DY
○ Type of video: Internet video
○ Where does the content appear? Entire video

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your

On Nov 13, 2023 YouTube Copyright

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

You Tube channel or account.





# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WXChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  ○ 1315 Carroll Dr
  ○ Terry, MS 39170
  ○ US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=WXCb2ab1NW-c
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: 04-22-2018 Galliano, LA - Tornado Damage
  ○ Source of video: k2nUdc6E1tdE
  ○ Type of video: Internet video
  ○ Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=dTgibBYTop0
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Source of video: ErVU4Req1DY
  ○ Type of video: Internet video
  ○ Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner

complained of is not authorized by the copyright owner, its agent, or the law, and

- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

• Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: WCh2ub1NM-c, dTgbBYTcp0

**From:** Qo p yi ghth gfAlyn emchsgp@el txh. gnip∙ > h1va/ m∙6
**Sent:** 22030 5: 9y22f2f23ynp
**To:** DeajyRs p j@wari¢∙l . o<taw/ m∙6
**Subject:** Fwf19X1 W1 ¢9'EQnZZQY3] uXQrfQp n7 IgWMÆM hjEmcoavi jgE¬n> <tavi gp.M > v∙ vn

..........Fnwaefh1y> h∙∙ a+hy.......
Fem∙PYouTube Copyright@.@.@.M.A h.1v.<f@.N91g 4 i.2fn<b<5uL +mm<h/ m∙6
RagiriRJ0 h1 yvmp2y v 5: 9ysgefPXMp
oM fh∙ gfZX1 W1 ¢9'EQnZZQY3] uXQrfQp n7 IgWMÆM hjEmcoavi jgE¬n> <tavi gp.M > v∙ vni
Smf@el _txh. gnip∙ > h1va/ m∙6



' y.Oa hy.gnip∙ _yp. h1va

Sj ai 4ycmMymyycmMegi> mrat∙yi?rM∙ gjQ h=ahyndxh vh1 ygai 1y<emdVh1 yM<1agh.
- htmw/

**Request declined**

Qhyrh hvdh1 ysy mM ghaj mpgy agmi yxm> ygi hyM∙tma1hsgmgj hyM/hn8 f9x gh1
- htmwj ygh. <m . hygnpy<hrdnM y mpgy agmi ycmM∙yM > ygh1 ygh=aefi v +ygi v
> aghsaf/

J_ywhy gghl ywj h1 ywhy<emdVh1 ycmMyvg ygi hy mM ghaj mpgy agmi ycmMyvheh
+vdh i j25ylac. ggm><emdVh1yM ywg yhoM hi `hyg aagcmMy a1yghl ysi yp. gni
. hh4V +ysy mMgrhefhqi+avi. ggi hy mM ghsj mgqhsgmpgh. gsvi ygi hyafh+h1tc
Vi qsi +vi +ygi∙ gdxg/

Sj aagp> hy a. yhOxdh1ysi 1ygi hya<<emdaeghy mM∙ hyempe∙ gmi yj mM/f1ycmMyvv.j
gni<M∙ Mngj hy> aghnaMgj hew ygni/my mfi vh∙ gpyvg ygi hyM.hsyfQ hyafnhjM a- th
gni<emdVh1yMgj hagi.. v gii∙ h/

y

y

DVhhm yi y?rM∙. gni P

j gr. fl3vwwi/cnfM.Ah1/.m> 9heaj i.(d) HAfaq A.XTd.

□ 'X.Dvf.hmp8i ghsi hgsMhnfK

SgfVryng¬cmMgA hfmf259. : 2. : 5: : yf t+vi `jSi ysh1yS&M4dg>4h. yeyaf hyai ya
.......................



## Copyright Infringement Notification Confirmation

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 11:29:42 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7D7ASPGK724XYPEQYT7X24CLRQ] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3pulbrs2il09jI07@google.com>
Date: Fri, Nov 17, 2023 at 11:25 AM
Subject: [7D7ASPGK724XYPEQYT7X24CLRQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=M0JZhoLWp0

We use a combination of automated systems and human reviews to
process removal requests.

You may take back your claim of copyright infringement at any time if you change
your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael
Clement
Your Title or Job Position (What is your authority to make this complaint?):
Digital Rights Manager

Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@xraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=M0JZYhdLWp0
Describe the work allegedly infringed: My company, organization or client's video

○ Title of video: "CLOSE RANGE" The Dalton/Ashby, MN EF-4 Tornado - Full Chase and Life Cycle - July 8th, 2020
○ Source of video: MHrbzJU12igM
○ Type of video: Internet video
○ Where does the content appear?
The content appears in the targeted video from 0:26:05 to 0:26:36 :
https://www.youtube.com/watch?v=M0JZYhdLWp0&t=1565
It appears in your source video from 0:07:13 to 0:07:46 :
https://www.youtube.com/watch?v=MHrbzJU12igM&t=433

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:

○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 17, 2023 copyright@xraldrm.com wrote:

For this link: Tanner Charles Schaaf is the copyright owner - https://www.youtube.com/watch?v=M0JZYhdLWp0

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

 Virus-free. www.avast.com

On Fri, Nov 17, 2023 at 2:18 AM YouTube Copyright <youtube-disputes+3pulbrs2n09l07@google.com> wrote:

Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filed in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=M0JZNdLWp0
- Describe the work allegedly infringed: My company, organization or client's
  video
  ○ Title of video: "CLOSE RANGE" The Dalton/Ashby, MN EF4
    Tornado - Full Chase and Life Cycle - July 8th, 2020
  ○ Source of video: MfnhduU1zdgM
  ○ Type of video: Internet video
  ○ Where does the content appear?
    The content appears in the targeted video from 0:26:05 to 0:26:36 :
    https://www.youtube.com/watch?v=M0JZNdLWp0&t=1565
    It appears in your source video from 0:07:13 to 0:07:46 :
    https://www.youtube.com/watch?v=Mfnhduu1zdgM&t=433

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

On Nov 15, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the <u>Removal requests</u> tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MlJJ2hdLWp0
- Describe the work allegedly infringed: My company, organization or client's video.
  - Title of video: "CLOSE RANGE" The Dalton/Ashby, MN EF4 Tornado – Full Chase and Life Cycle – July 8th, 2020
  - Source of video: MHrbzUUi1zlgM



Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:26:05 to 0:26:36 :
  https://www.youtube.com/watch?v=M0JZYhdLWp0&t=1565
  It appears in your source video from 0:07:13 to 0:07:46 :
  https://www.youtube.com/watch?v=MhHbUU1rApM&t=433

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - ○ I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldtm.com wrote:

Video IDs: M0JZYhdLWp0

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 12:19:05 M
**To:** 4iral PVM <viraldm@DiplaR.com>
**Subject:** s Rd9f [ PF37s 7HGi s UGJ GY T7BEUI XJ BQb] T] ue Copyright Complaint [ ] umiDDon

tttttttosorRardod meDDige ttttttt

strom9YouTube Copyright< <yo] 1] uebrriDb] 1eDS3-vrf61 _1iDb06@google.com>
Pate9sri  Uov 16  2023 at t2906M
[ ] uectSdf [ PF37s 7HGi s UGJ GY T7BEUI XJ BQb] T] ue Copyright Complaint [ ] umiDDon
To9<copyright@viraldm.com>



f i Copyright Management

Than Wyo]  *er yo] re DonDo. Y e've revieRed it and provided ] pdateDueIoR.

**Request resolved**

The content IlDed ueloR haDueen removed.

4ideoDin ( ) eDion9

http DI/RRR.yo] t] ue.comRatch).vqCiFah N5 R1] 2

Y e ] Da a comuination o •al tomated D_DemDand h] man revieIDto
proceIDremoval re[ ] eDD.

No] may ta W ue a Wo] r claim o •copyright infringement at any time i •yo] change
yo] r mind.

b The No] T] ue Team

f ere iDthe inermation yo]  *iled in9

Copyright = Rrer Uame lCompany Uame i •applicaule 94 iral PVM
No] r s ] II •Hegal Uame K iisaDD ] DerrameDor initialDnot accepted 9 Michael
Clement
No] r Title or 7ou 5 oDtion Kf hat IDyo] r a] thority to maI•e th ilDcomplaint) 9
Digital V ightDmanager

Lottrelw

210 4 eaAey Prive

ChiIderDJ rg LH3J 0: :

BJ

BDername9Copyright Management

FmaiI LcdreDDcopyright@xraldrm.com

5hone92J J2I 6I66: 6

BVHo+allegedly inffinging video to ue removed9

httpDJjRRRvoJ1Jue.com/Ratch\vqCtFabJN5RI2

PeDzrlue the RorWallegedIy inffingedMy company organiVation or clientD
video

- Title o+video9f JmicaneEatrina f IDoric[ tcrm [ Jrge 4ideo b' Jteport
  MiEDDDppi

- [ oJ rce o+video93tEoJ 0f JpX: L

- Type o+video938eemet video

- Yhere doeDthe content appear
  The content appearDin the targeted video +tom 09?9I0 to 09?9I9J 9
  httpDJjRRRvoJ1Jue.com/Ratch\vqCtFabJN5RI2 28Jtq11:20
  &appearDin yoJ r DJ rce video +tom 09J19:2 to 09J19:7 9
  httpDJjRRRvoJ1Jue.com/Ratch\vqtEoJ 0f JpX: L 8tq62

CoJ ntry Rhere copyright appliedDEB[

&Date BUPFV 5FUL HTN=s 5FV7BVNthat9

- 8am the oRner or an agent aJ thoriAed to act on uehalf o+the oRner o+an
  e, cJ Dve right that Dallegedly inffinged.

- 8have a good +eith uelie+that the J De o+the material in the manner
  complained o+iDnot aJ thoriAed uy the copyright oRner itDagent or the
  laRvand

- ThiDnoti+cation IDaccJ rate.

- 8acWoRledge that J nder [ ectionJ 12PKD+the PMCL any perDon Rho
  WoRingly materially miDepreDentDthat material or activity iDinffinging
  may ue DJ uect to liauility +er damageD

- 8J nderDtand that auJ De o+thiDtool RiIl reDJ It in termination o+my NoJ TJ ue
  channel.

LJ thoriAed [ ignatJ re9Michael Clement

f eIp Center ; FmaiI = ptionD

NoJ received thiDemail to provide information and J pdateDanoJ nd yoJ r
NoJ TJ ue channel or accoJ rt.

▶ YouIube

- 2021 ' oogle H+C dluia NoJ TJ ue ®01 Cherry Lve [ an Jf Jno CL ® 0I

L tached are the agreementIDD.ating Re are a] thori4ed to manage the rightIDor their videoD
ThanHWo]



4 irj Dee.RRR.avaD.com

= n sri Uov 16 2023 at 2DBOIL M No] T] ue Copyright <yo] L] uebtiDp] teD3>vrl64 _ 1IDp06@google.com> Rrote9



f i Copyright Management

Than[Wo] *er yo] r removal re[] eD. Y eaxe revieRed yo] r re[] eD.l and need
Dome more in*rmation *rom yo] u e*re Re can proceed. 5leaD. read the entire
email care4ll]y *or a complete ] pdate o*each videoZDat] D

Ueed more in*o L ction needed

& order to remove the content in [] eDion Re in] D.confirm that yo] are the
copyright oRner or the copyright oRnerZDa] thori4ed repreZentative. &yo] are
acting aDan a] thori4ed repreZentative  pleaZe let [] DW9oR s or each BVH
pleaZe identi4y the copyright oRner yo] are repreZenting.

No] may taW ue4Wo] r claim o*copyright in*ingement at any time i+yo]  change
yo] r mind.

b.The No] T] ue Team

f ere iDthe in*ormation yo]  *iled in9

- Copyright = Rrer Uame lCompany Uame i*applicaoled9*iral P VM
- No] r s] l Hegal Uame K IiaDaD ] D.rnameD.or initialD.not accepted9
  Michael Clement
- No] r Title or 7ou 5oDtion K *hat iDyo] r a] thority to ma*W thiDcomplaint) 9
  Pigital VightDmanager
- L.dreD.l
  ○ 210 4 ea*ey P.rive
  ○ ChilderD.] rg L H3] 0: :
  ○ B]
- B.D.rname9 Copyright Management
- F mail L.dreD.l: copyright@viraldrm.com
- 5.hone92] l 2l 6l66: 6

- BVH o+allegedly in+inging video to ue removed9
  http.D./RRR.yo] l] ue.com/Ratch] voClF ab N5Rl 2
- PeD.rive the Ror/Wallegedly in+inged9My company organi4ation or clientD
  video
  ○ Title o+video9 f ] rricane Eatri*e f I D.oric [ torm [ ] rge 4 ideo b
    [ ] Hort  MIDD.D.Dppi
  ○ [ o] rce o+video9 8Eo] 0f J pX: L
  ○ Type o+video9 8lement video
  ○ Y Here doeD.the content appear9
    The content appearD.in the targeted video *rom 09.29.0 to 09.2*.9] 9
    http.D./RRR.yo] l] ue.com/Ratch] voClF ab N5Rl 28I ral 1 20
    & appearD.in yo] r D.] roe video *rom 09.19.2 to 09.19.9 7.9
    http.D./RRR.yo] l] ue.com/Ratch] vol Eo] 0f J pX: L 8 t.q62

- Co] ntry Rhere copyright applie9 DEE[
- & Date BUP FV 5 F UL HfN= s 5 F V/BVN that9

- o  &am the oRner  or an agent aJ thoriAed to act on uehalraor+the oRner
   o+ore. d] Due right that Dallegedly inrringed.
- o  &ave a good eaith uelie+that the ] Do o+the material in the manner
   complained o+hDnot a] thoriAed uy the copyright oRner itDagent or
   the laRand
- o  ThiDnoti+ication ] Dacc] rate.
- o  &acdWoPledge that ] nder [ action] 12 HD o+the PMCL any perDon
   Rho WoriKingly materially miDrepreDentDthat material or activity iD
   inringing may ue ] uect to liauility +or damageD.
- o  &j nderDand that au] De o+thiDtool Rill reD] lt in termination o+my
   No] T] ue channel.
- L] thoriAed [ ignal] re9Michael Clement

f_elp Center : F mail = ptionD

No] received thiDemail to provide inermation and ] pdateDaro] nd yo] r
No] T] ue channel or acco] nt.

▲ YouTube

- 2021 ˙oogle H+C.d/u/a No] T] ue @01 Cherry L ve J an J Jno CL @ 01 L

---

▲ YouTube

## Copyright Infringement Notification Confirmation

Than Wyo] +or yo] r ] Q umiDon. &ID] nder revieR to enD] re it iDvalid and
ind] deDal re] J red element D Y e Rill reply to thiDemail Rhen Re ve ta Ven
action on yo] r re] [ eD. No] can alDo checVon the DaiJ Do+yo] r taVeio Rn
re] [ eD in the &removal re] J eDDau Rhich iDe] nd in the Copyright Dection o+
yo] r channel.

f ere iDthe inermation yo]  +iled in9

- Copyright = Rner Uame IReral Company Uame i+applicaule9 4 iral PVM
- No] r s Jl Hegal Uame K liaDaD ] Dername Dor initialDnot accepted9 ☺
   Michael Clement
- No] r Title or 7ou 5 oDition K hat iDyo] r a] thority to maVe thiDcomplaint) ☺
   Pigital VightDmanager
- L ddreDD9
   o  210 4 ea Aey Prive
   o  ChilderDJ rg L H3J 0: :
   o  BJ
- BDername9 Copyright Management
- F mail L ddreDDcopyright@viraldrm.com
- 5 hone92j ] 21 6866 : 6
- BVH o+allegedly inrringing video to ue removed9
   htto DWRRR.yo] J ue.com/Ratch yo CIF an NeRJ :?
- PeaDrue the RorVallegedly inrringed9My company  organiAation or clientD
   video.
   o  Title o+video9 J rricane Eatira f iDoric [ torm [ rge 4 ideo b
      ʹ ] Hport MiDDDppi
   o  [ o] rce o+video9t Eo] Of J pX: L

- Type o•video Sternet video
  - Y here doe Dthe content appear)
  - The content appear Din the targeted video •rom 03'2'90 to 03'2'89j  9
    http DFRRR vo1 lj ue.com Ratch) voCFab N Rl 2 8t n 1 20
    &appear Din yo l FDj rce video •rom 09019 2 to 09019 7 9
    http DFRRR vo1 lj ue.com Ratch) vdtFo] Ol J pX- L 8 tq62

- Co] ntry Rhere copyright applie DE8|
- 8Date BUP FV 5 FUL HTN= s 5 FV7BVN hat9
  - 8 am the o Rner- or an agent a] thori Aed to act on u eha l•to•the o Rner
    o•an e, c] Dve right that [Dallegedly in•ringed.
  - 8 have a good •aith u elie•that the ] De o•the material in the manner
    complained o•+Dnot a] thori Aed u y the copyright o Rner itDagent or
    the la Rxand
  - ThiDnoti•cation iDacc] rate.
  - 8ac Wo Rledge that ] nder [ ection] 12 Wo+the PMCL any per Don
    Rho Wo Ringly materialy miDepre DentDthat material or activity iD
    in•ringing may ue D] uect to liauility •r damage D
  - 8 nder Dand that au] De o•thiDtool Rill re D] lt in termination o•my
    No] T] ue channel.
  - L] thori Aed [ igna] re9 Michael Clement

b The No] T] ue Team

f elp Center : Email = ption D

No] received thiDemail to provide in•ermation and ] pdateDaro] nd yo] r
No] T] ue channel or acco] nt.



- 2021 ' oogle l HC d/u/a No] T] ue @01 Cherry L ve L an J f no CL © 01 L

=n Uov 1j   2023 copyright@viraklm.com Rrote9

4 ideo & FDC' F ab N Rl7

From:    Co p yl ghth gIAtyn en<hep<@ex .tah .gnr> - >h1w/ m>6
Sent:    22l2304: 9l2l343P4lylp
To:      l wey,DRp l@eati ler x . oertev/ m>6
Subject: dv 15PFT[ DIp VnL XCESd Jp PHn EA o CGOXyWMONhy[ mroaklgl m>6 <tawgo MA> w. uri

Yrrrrrrrlynv aeh1lp h . aKlylrrrrrrrrr
dem>9YouTube Copyrigh[N@@nt.hAhNYw<tah.u .xlD>9 -< P2l.43x .Krmf@h/.m>6
Dagh5yrelcr nsl37l4: 9yp@4l42lVp
oMh gPFT[ DIp VnL XCESd Jp PHn EA o CGOXyWMONhy[ mroaklgl m>6 <tawgo MA> w. uri
Ong@ex .tah .gnr> - >h1w/ m>6



SvyCatlyo gnr>  yp h1w7

CJ aij yomMymgymAeyh> meslyghikMh. glA hfshyhstalv h1ygyai 1ycmswh11yM<1agh.
Nhtrv /

**Request resolved**

CJ hy m ghi glavgh1yNhtrv yJ a .yNhhi yrl> msh1/

I whrm yuykMh. gni 5

1gt- 5lDv v/ortMaNhl m>0lagJ qs[ z Z>4ki.7= L te

A hyMhyay m> Nkagen yrnyMMerr adh1y c .gh>_ yai 1yJ M> ai yhtsalv_.ygm
<rn h... yrl> meslyghikMh. g/

WhMy aogal hyNe1 yonMr law yny mroaklgw<owKrl> hi gegai cgrr hywyzrMyl ai Kh
cmMyr w1/

yCJ hyWMOMhyCha>

Shelywyd hyw-nr> agm yomMyMh1yw5

[ mroaklgl6 vi hgr a> hyg[ m> <ai cyr a> hywys<tlwaNhn 5CaIvyo gnr> e yp h1w
WhMyd MhChKgyc a> hy9Vhe h. 7yMl ha a> h. yrrslvogwl. yl mgr    h<gh1.5p w] aht
[ h> hi g
WhMyDy6lyngBnhynln ygni ylA] agyorymMyeIny] maryogrr aj hygl wy m> <tawgn.5

t v ne

V 11 dh .. 5

: 2 xy ha+h cy Dseh

[ ] wf he NMf cy/ OjjP4 bb

Xo

y   X. hsi a> h5 Qalh y g gnP- . yp h1 w

H> aw y/ 11 dh .. 5 xxx . Iwh . gn P- . > h1 wj . nP-

n ] ni h5 B PT y T3 Y3 b3

XRO myath Ki h1 t cy w <aw K w Ky sd h m gn N vyh > nsh 15

Lgs . 5 W v v / o n M jM N i nP- 0 ag ] qs´ z 2> ek i 7 = L t:

Dh . eahy g h y rn g y ath Ki h1 t cy w <aw K i h15 gc cy nr <ai c7 jn fc K ai wagn i yn y tai g swf hm

○ Oajh y ny sd h mf y 49 Y 2 Y 4 : : y Hf cw 7 jO J yy K h1 y Q jM j j gg i h . y ys d H i y wy gy gn i a 1 m ai 1 y tsah . yav ac

○ o n M ft h y ny s d h mf g 1 T Cah ] +z J

○ Qc< h y n ys d h n fg f g h d hg sw f hm

○ A ] hdh y hh . y g i h y m gh i g gs< h aq y

Q j hy m gh i gs < chae y w g h y gs 6 h gh 1 y s 4 h m y wn> y 4 9 i 3 S 9 g gn i 4 9 9 i : y 5

Lgs . 5 W v v / o n M jM N i nP- 0 ag ] qs´ z 2> ek i 7 = L t:´ 0 21 9 y ngs< chae y w y cn M ft y n M ft h y sd h m y wn> y 4 9 4 i 3 S 9 g gn i 4 9 4 i 3 S y 5

Lgs . 5 W v v / o n M jM N i nP- 0 ag ] qs i 1 T Cah h +z J . . g 9

[ n M jl gn yw ] h dh y rn cs ak j gs < hai 5 jX o .

ry g n dh y X z DHR Qn Hz V CD jM jE c j yn HR B XR Wj ag 5

○ np> y g h yrn v i h sf y ngn ai ya K h i gn i A jl m wn 1 y gn Pa . gn i y N i a yn y g h yrn v i h sf y ngn ai h 8 . fM wfn y sd K i gg i a gw y ath Ki h1 t cy w <aw K n 1/

○ n ] as h y sd y Kmn ft y w g i y N tn tai<g d ag g ] M h yrn g j h y> a g h sat gw j h h p> ai i he nr> <tau h 1 y rn wy v i mgn A ft y rn wn 1 Vh 5 g j hy rn cs ak j gn v i h 6 gi g y ath Ki gf 7 n sg h tav y ai 1

○ Q wy j m gw v agn i y w y a . Mfl g h /

○ n g j i nr th 1 K h y g J ag M 1 h qo h . gn i y f 2 : 8 . y mg j h y Dp [ Vy si o y c f he m y ] m j i mv w K f c p> agh sat cp> wf n <dh . hi g y d j ag> agh sat y mg> . gn sg y w i <aw K n K > ai o N hy . M K h . g m h ktalN sg y mn f a > ai K i . /

○ n M 1 he gn i 1 g d agn i M h 1 y rn g] w g rn ty wy dh . Mg wy g h e> w agn i yn> cy W M C jl A h ] ai i h 1 /

V M jl m wn 1 y o w K i a g Mh 5 gn w ] ah ty fn> hi g

○ y
○ y   Sh cy j . h i g h e y H> aw jc jE< gn i . .
○ y   W M j h . hw h 1 y d wy h> aw g tyrn s wf h y w i<nre> agn i y ai 1 yk> 1 ag h . y ae n M 1 y cn M e
○ y   W M C jl A n y J ai i h g n sg a . nfl g
○ y   YouTube
○ y
○ y   © y 4 : 2 y L mn K n y CQ j y / 0 N j by W M C jl A h : fy 4 2 y J . j h sxy Vsn fy o ai y G 6 M n fl j Vy j b 4 T T
○ y

Ei y c m sg 23 y 4 : 9 y W M C jl A n y J . rn cs ak j g



**YouTube**

## Copyright Infringement Notification Confirmation

Qj aij ycmMymycmMy, MA> w, uuri /yguyM 1 hegHsaiuv ygyhi . MIvygysatW yai 1 w IWh. yatyhkMylyhth> hi g yA hyw ulyH<txgyq vyy> atuv ] hi yw hfHyqj hi a gnij yni ycmMymhkMi. gyWmM yr ai yst my ] h j ymj qj hy gqM ymycmMygj h1mvi ehkMi. gayqj hyyRhi> meatyhkMi. g qjaiyw ] wj yoymM 1 yjkyqj hyj mcaiqj g h gni yni cmMy ] ai i htv/

Shehywg hyw<ne> agni ycmMyWh 1 ywi.5

- [ mcoakj gEvi hgr a> hyqj m> <ai oz a> hywsy<tyvaNh_5QuyHy gm> e p h1ua
- WHAgjMAygj Ki Kaiyz a> hjyyWai. h. 7yMhi a> h. yrjywigai. y mgi    h> hi g
- WHAgjQyjHysygBnNyn m ygani yjA ] agwycmMayMj mgegm> aj hyg wy nr> <tawgu_5 Evi he
  - V11dn . .5
    - 24yj ha<hcgDoah
    - [ ] Wihe NMiKiy/QjP4bb
    - Xo
  - X. hai a> h5Quahygy- gni> yg h1ua
  - H> auy/11dh.. 5yex tyh gne>  > h1yuj nr>
  - nj mi h5jl PT y T3Y83b3
- XROymjathKi1tcywi<ai/KiyKiysoyHmygnyNyph> msh15
  - Lgs 5lb v v /cmMyiANi mr> 0 ag Los z2> aki 7= Lt>
- Dh. eahyg hyw mj yathKi1tcywi<ai/Ki15p oy nr> <ai cjyneKai weagni yny twi g svhm
  - cmMy hyrysyesHnri g 1TCah ) >z J
  - Q<chyrysoHmfrj gi i hgseHm
  - A j hiyHrfrh. yj hy ni gHi gai<>haajy
  - Q j hy nj gi ge<chae yjwgj hygaekhj1yexHnyvem> yI94I9I9ygny94I9I9> y5 Lgs 5lb v v /cmMyiANi mr> 0 ag Los z2> aki 7= Lt> >z1.9y gjs<chae yuycmMay rMe hyseHmyyem> yI94I9I9ygny94I9I35y5 Lgs 5lb v v /cmMyiANi mr> 0 ag ] qs j 1TCah ) >z J ' q.9
- [ mMagcw ] hdry mcoakj ga<<ua. 5yKo
- ry giqj yXz DHRyn Hz VCOOyEdyn HRBX(RVWj ag5
  - nja> yg hyrvi heflynaaji yaiKhi gaiMj mewh1ygnjagra gnij yAHj aiymyg hyrvi he myai yjh& fM siyakj gd agwyathKi01tcywi<ai/Ki1/
  - nj asiyaykmmf yewgj yXrhlai<gd agghj hyM hyrmgj hj> aghsanjwyd hj> ai i he nr> <tauih 1ymyjwy mgnhMj mewh1yVbgj hy mcoakj gnvi i heHyg yaiKhi gfyne g j1ybuv j yai 1
  - Q wy mjewvagani yw yai   Mjegh/
    - nja ] i nrih1Kiyg agM 1 heg h gni yP2: 8.ymg jhyDp [ Vyji cy<he m v ] nyj nri wiKtc> agnuaittcy> wih<dh. hi g yJ ag> aghsauitynya gaysgyw w<aiKiu/KjSy aciyNhy Mhi ggrjyaiNaeyrnej/a> aKh./
  - rjM 1 he gaj 1 1jgj agnjNMi hyrngj vsgrmjwy Mgjh1. Mgsu/gho> wiagni yny> c
  - WrAcOM/y ] aii htv/
- VMj mewh1> yaki agyMrsjgi w j ahtyj th> hi g

YCj hyWhkMiMyi ha>
y
y   Shtc j hi dheyyH> awiIE<geni.

y
y   WMyfn  hiah1yd wyf> awgny«amsAhyw«mr» agwi yai 1yk*1agh. yeaM 1ycmAe
y   WMOAhyj ai hynga  rMdg
y
y   
y
y   ©y 4: 2y_mr6nyCCj_yj0byWMOAh7jJ42i 1heexV/sh7oai yG4M rr7j_Vyj b4TT

Ei yr.msyi237j 4: 9ywx_yaih_gm» _>h1ya/_rr»_y/engh5

I Whnyp0_5y£ 2>eki?= L t=

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 11:14:27 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VDQWMFMVN27DOCFSEETHUPWRY] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes-o5s64isst3w7ml07@google.com>
Date: Fri, Nov 17, 2023 at 9:24 AM
Subject: [VDQWMFMVN27DOCFSEETHUPWRY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>

YouTube

Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=AmNlxrCasNcU

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?):

Digital Rights Manager

Address:

210 Veazey Drive

Childersburg, AL 35044

US

Username: Copyright Management

Email Address: copyright@viraldrm.com

Phone: 256-267-7747

URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=AmNbrCasNcU

Describe the work allegedly infringed: My company, organization or client's video

  ○  Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!

  ○  Source of video: Y-LPERlRHYA

  ○  Type of video: Internet video

  ○  Where does the content appear?

  The content appears in the targeted video from 0:04:55 to 0:04:58 :

  https://www.youtube.com/watch?v=AmNbrCasNcU&t=295

  It appears in your source video from 0:00:18 to 0:00:21 :

  https://www.youtube.com/watch?v=Y-LPERlRHYA&t=18

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

  ○  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

  ○  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and

  ○  This notification is accurate.

  ○  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.

  ○  I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 copyright@viraldrm.com wrote:

Hello,

For this link: Hank Schyma is the copyright owner - https://www.youtube.com/watch?v=AmNbrCasNcU

Attached are the agreements stating we are authorized to manage the rights for their videos.

Thank you,

On Tue, Nov 14, 2023 at 2:28 AM YouTube Copyright <youtube-disputes+05s64st3w7ml07@google.com> wrote:



Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

Need more info Action needed

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=AmNbrCasNcU
- Describe the work allegedly infringed: My company, organization or client's video
  ○ Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
  ○ Source of video: Y-LPERlRHYA
  ○ Type of video: Internet video
  ○ Where does the content appear?
  The content appears in the targeted video from 0:04:55 to 0:04:58 :
  https://www.youtube.com/watch?v=AmNbrCasNcU&t=295
  It appears in your source video from 0:00:18 to 0:00:21 :
  https://www.youtube.com/watch?v=Y-LPERlRHYA&t=18

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

On Nov 13, 2023 YouTube Copyright



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=AmNixCasNcU
- Describe the work allegedly infringed: My company, organization or client's video:
  - Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
  - Source of video: YLPERRHYA
  - Type of video: Internet video
  - Where does the content appear?
  - The content appears in the targeted video from 0:04:55 to 0:04:58 :

  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law, and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

https://www.youtube.com/watch?v=AmNbrCasNcU&t=295
It appears in your source video from 0:00:18 to 0:00:21 :
https://www.youtube.com/watch?v=Y-LPERRtHYA&t=18

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldmn.com wrote:

Video IDs: AmNbrCasNcU

**From:** Brandon Clement <bclemms@gmail.com>
**Sent:** 11/17/2023 12:14:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [WL5PAQEIDTUTJDQFPS42W52RM] YouTube Copyright Complaint Submission

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+29jqfnozvwde07@google.com>
Date: Fri, Nov 17, 2023 at 9:40 AM
Subject: [WL5PAQEIDTUTJDQFPS42W52RM] YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>



Hi WXChasing,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.

Videos in question:

https://www.youtube.com/watch?v=214-1jgbls

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): WxChasing
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement

Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
1315 Carroll Dr
Terry, MS 39170
US
Username: WXChasing
Email Address: bclemms@gmail.com
Phone: (601) 260-3170

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=214-1jplbIs
Describe the work allegedly infringed: My company, organization or client's
video

○ Title of video: Louisville, Co First light shows destruction from Marshall
   Fire- Drone 4k
○ Source of video: dgPO_9q6VqY
○ Type of video: Internet video
○ Where does the content appear?
   The content appears in the targeted video from 0:16:39 to 0:16:45 :
   https://www.youtube.com/watch?v=214-1jplbIs&t=999
   It appears in your source video from 0:01:54 to 0:02:00 :
   https://www.youtube.com/watch?v=dgPO_9q6VqY&t=114

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
○ I am the owner, or an agent authorized to act on behalf of the owner of an
   exclusive right that is allegedly infringed.
○ I have a good faith belief that the use of the material in the manner
   complained of is not authorized by the copyright owner, its agent, or the
   law; and
○ This notification is accurate.
○ I acknowledge that under Section 512(f) of the DMCA any person who
   knowingly materially misrepresents that material or activity is infringing
   may be subject to liability for damages.
○ I understand that abuse of this tool will result in termination of my YouTube
   channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@wraxrm.com>
**Sent:** 11/16/2023 1:04:P3 VM
**To:** l iraxDRM <wraxrm@vripxid.com>
**Subject:** Fd s: [T APAT3N2Cl VNMXW3XPON5Z l ZLEoBj Bue Copyright Compaint b Bumivvion

¶¶¶¶¶¶¶Fordarses meivvage ¶¶¶¶¶¶
From: **YouTube Copyright** <yoBBueS|ivpBev-3+B2wnd sy4x406@gooqoe.com>
Date: Frizl ow16z2023 at 12:71 VM
bBu ect: [T APAT3N2Cl VNMXW3XPON5Z l ZLEoBj Bue Copyright Compaint b Bumivvion
] o :<copyright@wraxrm.com>



Xl Copyright Managementz

] han  yoBjor yoBj revponve. H eWe rewed es it ans prowises Bjbsatev uexod.

**Request resolved**

] he content ixvtes uexod hav ueen removes.

I iseov in kBbvbion:

http://did d_yoBBue.com/d atclf vc_nl i5ejs?7o

H e Bjve a comuination oj aBromates vyvlemv ans_hBhan rewjedv to
procevv removexreklBevlv.

EoBmay ta_e uac_yoBr ceaim oj copyright infjngement at any time ij yoBjchange
yoBr mins.

Sj he EoBj Bue j eam

Xere iv the injormation yoBj jives in:

Copyright = dner l ame (Company l ame jj appxicauve): l iraxDRM
EoBr FBxxOagaxl ame (Niaevvz Bvjernamev or initiaxv not acceptev): Michaex
Cerment
EoBj l ile or Jou Voviton (H hat iv yoBr aBBhority to ma_e ithv compxaint ):
Digitax Rigyhvt Manager

nss rrevc

2101 eaBay Drive

ChiservuBrgzNO370FP

Ub

Uvername: Copyright Management

' maixNss rrevc: copyright@wraxrm.com

Vhone: 275S256S6P6

UROoj aaegesy injringey wiseo to ue removes:
httpv//d d d_yoBBae.com/d atcff wc_nl j5ejs?7o

Devcriue the d or   aaegesy injringes: My company/organisation or cxenfQ

wiseo

○ ] be oj wiseo: FBaevoxBtion oj ueaBljBxtomaso near H rayzC= on May 6z
  2015

○ b oBce oj wiseo: ic6lV4j93yEZ

○ ] ype oj wiseo: Ytemet wiseo

○ H here soev the content appearf

] he content appearv in the targetes wiseo jrom 0:07:20 to 0:07:27 :
httpv//d d d_yoBBae.com/d atcff wc_nl j5ejs?7o_tq320
Yappearv in yoBe voBce wiseo jrom 0:03:05 to 0:03:11 :
httpv//d d d_yoBBae.com/d atcff wc_nl j5ejs?7o_tq175 vqic6Vl4j93yEZ_tq175

CoBntry d there copyright appixv: Ub

Ytate U I D' R V' I NQ E = F V' RJURE that:

○ Yam the odnerzor an agent aBtnorifies to act on uehex oj the odner oj an
  eBcBuive right that iv aaegesy injringes.

○ Yhave a goos jaith uexiej that the Bue oj the materiaxin the manner
  companiex oj iv not aBtnorifies uy the copyright odnerziiv agentzor the
  xadBans

○ ] hiv nojiijication iv accBrate.

○ Yac nod xesge that Bnser b ection 712ij) oj the DMCN any pervon d ho
  nod ingy materiaxy mivrepreventv that materiaxor activity iv injringing
  may ue vBuect to xiauixjy jor samagev.

○ YBnserstanx that auBve oj thiv bcood jixewoxBx in termination oj my EoBj Bue
  channex

NBtnorifies bignatBre: Michaex Cement

Xexp Center ; ' maix= ptionv

EoBrecesves thiv emaixto provise injormation ans Bpsatev anoBns yoBj
EoBj Bue channexor accoBnt.

▶ YouBube

● 2021 ©oogxe CCC s/u/a EoBj Buez401 Cherry Nwezban G6BvozCN 4P055
  httpv//d d d_yoBBae.com/d atcff wc_nl j5ejs?7o

=n1 owl5z2023 copyright@wraxrm.com drote:

Xexexz

For thiv xn : Rees ] immer iv the copyright odner SBtpv//d d d_yoBBae.com/d atcff wc_nl j5ejs?7o

Nttaches are the agreementv vtating de are aBanor9es to manage the rightv jor their wiseov.

] han  yoBz

=n Heszl ow 1Tz2023 at ï74,VM EoB] Bue Copyright <yoBBueS]vpBtev-3H8Zvml sy44t06@googe.com> drote:



Xi Copyright Managementz

] han  yoBjor yoB removexrxkBavt. H eBe rewled es yoB rekBavt ans nees vome more injormation jrom yoBuejore de can procees. V eave reas the entire emakxcarej]Bay jor a complete Bpsate oj each wiseoQ vtatBv.

I ees more injo Nction neeses

Yn orser to remove the content in kBavtlonzd e mBvt conjirm that yoBare the copyright odner or the copyright odner@aBanor9es repreventative. YyoBare acting av an aBanor9es repreventativezpeave xel Bv  nod . For each URoQz peave isentijy the copyright odner yoBare reprewning.

EoBmay la e uac  yoBr caiim oj copyright injringement at any time ij yoBchange yoBmins.

S] he EoB] Bue ] eam

Xere iv the injormation yoBjives in:

- Copyright = d ner I ame (Companyl ame ij appxcauxe): I iraxDRM
- EoB] FBakOogaxl ame (Naeavz Bvernamev or iniiaw not accepies):
  MichaexCxement
- EoB] ] be oj Jou Vovition (H hat iv yoB aBanority to ma e thiv compxainff ):
  DigitaxRigant Manager
- Nssoevv:
  - 2101 eaBey Drive
  - ChiserwBrgzNO370PP
  - Ub
- Username: Copyright Management
- maixvNssoevv: copyright@vraxrm.com
- Vhone: 2755256S]6iP6

- URoOq axegesy injringing wiseo to ue removes:
  https://d d d yoBBue.comd atcff wr nl 5eis77o
- Devcriue the d or  axegesy injringes: My companyzorgani9ation or cxientQ
  wiseo
  - ] be oj wiseo: FBaexoxBtion oj ueaB]Bxdomaso near H rayzC= on
    May 6z2015
  - boBrce oj wiseo: ic6V4j85yEZ
  - ] ype oj wiseo: Ytemet wiseo
  - H here soev the content appearf
  ] he content appearv in the targetes wiseo j rom 0:07:20 to 0:07:27 :
  https://d d d yoBBue.comd atcff wr nl 5eis77o  tq320
  Yappearv in yoB voBrce wiseo j rom 0:03:05 to 0:03:11 :
  https://d d d yoBBue.comd wiic0V4j85yEZ  tq175

- CoBntry d here copyright appxiev: Ub
- Ytate U] D' R V' I NQ] E = F V' R URE that:
  - Yam the od nezor an agent aBanor9es to act on uehaxj oj the od ner
    oj an e&cBuive right that iv axegesy injringes.

= n1 ow17z2023 EoƁ Ɓue Copyright



## Copyright Infringement Notification Confirmation

J han  yoƁjor yoƁ vƁumivvion. Yiv Ɓnser reved  to envƁre it iv waxis ans incƁesv aereƁatess exemernƚy. H e diarepy to thiv emaixd hen deVƁe ta en action on yoƁ rekƁevt. EoƁcan awo chec  on the viatƁv oj yoƁ ta esodn rekƁevt in the @enmovwrek ƁavoxƁau dhich iv joƁhs in the Copyright vection oj yoƁ channex

Xere iv the injormation yoƁjaes in:

- Copyright = dner I ame (Company I ame ij appxicaue): I iraxDRM
- EoƁ FƁexƁspaxl ame (NiaevzƁvƁemamev or iniliav not accepies):
  MichaexƁement
- EoƁ J be or Jou Vovilion (H hat iv yoƁ aƁhonty to ma e thiv compxainif ):
  DigilaxRighvt Manager
- Nssrevv:
  - 2101 eaƁey Drive
  - ChiservuƁrgzNC370PP
  - Ub
- Uvername: Copyright Management
- maieNssrevv: copyright@wraxm.com
- Vhone: 275ƁZ56Ɓ6Ƒ6

- URƆoj axegesy injinging viseo to ue removes:
  http:///dd yoƁƁue.com/datcht iot nƁ5sis770
- Devcriue the d or  axegesy injinges: My company/organization or caenfƁ
  viseo
  - J ibe oj viseo: FƁexvoƁtion oj ueaƁjƁtomaso near H rayzC= on
    May 6z2015
  - boƁroe oj viseo: ic6V4ij3byEZ
  - J ype oj viseo: Ytemet viseo
  - H here soev the content appearf

Xeap Center ; ' maixe pilonv

EoƁreceives thiv emaixto prowise injirmation ans Ɓpsatev aroƁns yoƁƁ
EoƁ Ɓue channexor accoƁnt.

- 2021 @oogxe CCC sivia EoƁ Ɓaez401 Cherry Nwezbian GƁnozCN 4P055

- Ynawe a goos jailh uxeisj that the Ɓve oj the materiaxin the manner
  companiess oj iv not aƁhoriƁes uy the copyright odnezrlir agentzor
  the aidƁans
  - J hiv notiƁcation iv accƁrate.
  - Ya no nodesse that Ɓnser b ection 712(i) oj the DMCN any pervon
    dho  nodingy materiaxny mivrepreventv that materiaxor activity iv
    injinging may ue vƁƁect to xiaurity jor samagev.
  - Ybservtanis that auƁve oj thiv toovd iarevzoƁ in termination oj my
    EoƁ Ɓue channex
- NƁhoriƁes b ignatƁre: MichaexƁement

]he content appearv in the targetev wiseo jrom 0:07:20 to 0:07:27 :
https://d dd_yoaBue.com/d atch? wr n] 5ejs77o_tq320
Yappearv in yoB voBrce wiseo jrom 0:03:05 to 0:03:11 :
https://d dd_yoaBue.com/d atch? wqic6V4j9JeEZ_tq175

- CoBntry d here copyright appearv' Ub
- Ystate U] D' R V' I NQ E = F V' RURE that:
  ○ Yam the od nerzor an agent aBhori9es to act on uehaq oj the od ner oj an eBcBuive right that iv aweqesy injringes.
  ○ Yrave a goos jaith ueueij that the Bve oj the materiaxin the manner companiex oj iv not aBhori9es uy the copyright od nerziv agentzor the xid 8ans
  ○ ] hiv nolijication iv accBrate.
  ○ Yac nod ixege that Bnser b ection 7121j) oj the DMCN any pervon d ho  nod ingy materiaxxy mivrepreventv that materiaxor activity iv injirging may ue vBaBect to xiauixity jor samagev.
  ○ YBrsenviarv that auBve oj jhiv tooxd iaxrevBx in termination oj my EoBJ Bue channex
- NBhori9es b ignatBre: MichaexCement

S] he EoBJ Bue ] eam

Xop Center : '_maixe ptiony

EoBrreceivev thiv emaixto provise injormation anv Bpsatev anoBrs yoB
EoBJ Bue channexor accoBht.

▶ YouTube

- 2021 ©oogxe CCC s.\/a EoBJ BueZ401 Cherry Nwezban GrBnozCN 4P055

=n l ow17z2023 copyright@vraexm.com d rote:

] iseo 'Dv:' n] 5ejs77o

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 3:9: 5 M
**To:** 4iral PVM <viraldrm@DiplaR.com>
**Subject:** s R9:MIF3[ 7 4 H5 CG2I [ U.l: 5 MJ7 ℃f 5 MMIBJbEℂ℠ Copyright Complaint l E2milℂion

℣℣℣℣℣℣Norℝorฝedฝ meฝฝ℣ge ℣℣℣℣℣℣N
srom℣℣YouTube Copyright <yoℝℂℓhℓlℂbℝeฝ_3ℂtro3qℝErtrue06@google.com>
Pate9℣℣BฝSov 1:1;2023 at < ฿฿i_ M
l EℂectฝMIF3[ 7 4 H5 CG2I [ U.l: 5 MJ7 ℃f 5 MMIBJbEℂℂ℠ Copyright Complaint l E2milℂion
Xo9<copyright@viraldrm.com>



ki Copyright Managementb

Xhanf yoℝMr yoℝr reℂponℂb; T e've revieℝed it and provided EpdateℂDℂaloℝ.

**Request resolved**

Xhe content lℂℂed ℂaloℝ haℂQeen removed.

4ideoℂin ( EaℂDion9

http:ℂl/RRR.yoℝℂℂℂp.comℝatch\.vg5 Xn07 J7 3v_ U

T e EℂDa a comℂℝation o℣℣℣℣omated Dℂℂemℂand hℝman revieℝℂℂto
proceℂℂDremoval reⱹ EaℂDℂ

UbEr may tal e Qard_yoℝ claim o℣Woρyright in℣Mℝgement at any time i℣℣yoℝ Echange
yoℝr mind.

Nℂhe UbEℂℂ℠ Xearn

k ere iℂthe inℝormation yoℝ E℣℣ted in9

Copyright ? Rner Same <Company Same i℣℣epplicaℂℂel64 iral P℣M
UbEr s El Cegal Same ℸ_ ilaDℂbEDbrnameDor initialDnot acceptedℂℂMichael
Clement
UbEr Xtitle or JoℂℂoℂDtion ℸT hat lDyoℝr aℂ℠hority to mafℝe thℂcomplaint) ℷ℣
Pigital VℝghtDManager

, 6ortreLLH

210 4 eaLey P rive

ChilderDCZgb, O3GD--

AI

ADmame9Copyright Management

z mail, , ddreDDcopyright@uraldm.com

5hone92G N2 6N6--6

AVOoWallegedly inWnging video to Qa removed9
http://RRR.yoEEQa.com/Ratch).vq5 Yn07 J? 3v. U

PeDzriQa the Rorf allegedly inWngedSMy company/organiLation or clientD
video

○ Xille oWideo9Prone Wollage oW ndover tornado Rith color correction
○ I oErce oWideo9http://RRR/Ratch/oeS1_0CREL/
○ Xype oWideo9Ynternet video
○ T here (IoeD the content appear)
○ Xhe content appearDin the targeted video Wion 09:33G- to 09:0--9I&9
http://RRR.yoEEQa.com/Ratch).vq5 Yn07 J? 3v. U8 hz23-
YappearDin yoEr DzErce video9http://RRR/Ratch/oeS1_0CREL/

CoEntry Rhere copyright appliedDAl

YDate ASP2 z V 5 z S, QhU? s 5 z V1AVU lhat9

○ Yam the oRnertor an agent aEBnorLed to act on QahalWoWWhe oRner oWin
eudIEDve right that I1Dallegedly inWnged.

○ Ytave a good Walth QalieWhat the EDe oWhe material in the manner
complained oWDnot aEBnorLed Qy the copyright oRnerbiDagentbor the
laRKand

○ XhiDnolWoWation IDaccErate.

○ Yad noRledge that Ender I ection Gt2=WlpWhe PMC, , any penQon Rho
f noRingly materiallymiDepreDentDDhat material or activity IDinWnnging
may Qa DEDect to liaQility Wr damageD

○ YEnderDand that aQEDe oWhiDtool Rill reDEBt in termination oWmy UoEEQQa
channel.

, EBnorLed I ignalEre9Michael Clement

k elp Center ; z mail I? pllonD

UoEreceived thiDemail to provide inWnnation and EpdateDanoEnd yoEF
UoEEQa channel or accoEnt.

[YouTube logo]

• 2021 @oogle CCC d/Qa UoEEQab&01 Cherry , vebl an FrEnoɔC, , & 0: :

I? n Sov 1: b2023 copyright@uraldm.com Rrote9

k ellob
s or thiDinf 9Veed Xmmer IDhe copyright oRner Nhttp://RRR.yoEEQa.com/Ratch).vq5 Yn07 J? 3v. U

, ttached are the agreementIDDating Re are aEBnorLed to manage the rightIDWr their videoD

Xharf yoEb

?'n T edbSov 1Q2023 at 39 8§5M UbEQCb Copyright <yoEQbEhl DbEeD 3Qlro3cpzEtrue06@google.com> Rrote9

## ▶ YouTube

ki Copyright Managementb

Xharf yoEWr yoEr removal re( EeD. T e've revieRed yoEr re( EeD. and need
Dome more inWrmation Wrm yoE QoWre Re can proceed. 5leaDe read the entire
email careW\y Wr a complete Epdate oWeach video'D DatED

Seed more inW\. ction needed

Yr order to remove the content in ( EeDionbiRe mED. conlWm that yoE are the
copyright oRner or the copyright oRner'Da EthoriLed repreDentative. WyoE are
acting aDan aEthoriLed repreDentativelpleaDe let EDf noR. s or each AVQb
pleaDe identiWthe copyright oRner yoE are repreDenting.

UbEmay tal e Qacf yoEr claim oWopyright inWrngement at any time iWyoE change
yoEr mind.

NXhe UbEXQCb Xeam

k ere iDthe inWrmation yoE WVed in9

* Copyright ? Rner Same =Company Same iWpplicaQel04 iral PVM
* UbEr s El Qegal Same =j lia DbEDbrname Dor initialDnot acceptedl0
* UbEr Xitle or JoQ5oQtion =f hat iDyoEr aEthority to mal e thDcomplaint) l0
* Pigital VightDManager
* , direcDDb
  ○ 2l 04 eaLey Prive
  ○ Childer DEQgh, OQGQ- -
  ○ Al
* ADbname9 Copyright Management
* z mail, , cdreDD copyright@yvraldrm.com
* 5 hone9Z G Nb- 6 N6 - 6

* AVOoWllegedly inWrnging video lo Qe removed9
  http://RRR.yoEEQe.com/Ratch\ vc5 Yn07 J7 3v. U
* PeLDriQe the Rorf allegedly inWrngedWy company organiLation or clientD
  video
  ○ Xitle oWvideo9 Prone Wblage oW r ndover tornado Rith color
    correction
  ○ I oErce oWvideo9 http://VUQRatch\ oeS1 0CREJ /
  ○ Xype oWvideo9 Ynternet video
  ○ T here doeDthe content appear)
  ○ Xhe content appearDin the targeted video Wom 09:3G- to 09:- 9 & 9
    http://RRR.yoEEQe.com/Ratch\ vc5 Yn07 J7 3v. U8 ti2 3-
    Y appearDin yoEr DoErce video9 http://VUQRatch\ oeS1 0CREJ /

* CdEnty Rhere copyright appliedDAl
* YDate ASP z V 5 zS. QXU7's 5z VIAVU that9
  ○ Yam the oRner or an agent aEthoriLed to act on QahralWoWhe oRner
    oWm euclEDhe right that (Dallegedly inWrnged.
  ○ Yhave a good With QaliesWhat the EDe oWhe material in the manner
    complained oWD not aEthoriLed Qy the copyright oRnerhitDagentlor
    the laRrand

- ○ XhiDroilⵓation iDaccⵓerate.
  - ○ 'Yacf noRledge that Endor r ection G12-4 io V fline PMIC,  any perⵓon Rho l noRingly materialⵓy milDepreⵓentiDthat material or activity iD inⵓringing may Qⵓ liⵓⵓect to liaDilⵓy Wr damageⵓ.
  - ○ 'Yⵓrdenⵓⵓand that aⵓⵓEⵓ o WhiDcool Rill reⵓDlt in termination oWⵓy UbⵓECⵓa channel.
- ● , BhonⵓLed l IgnalⵓEreⵓMichael Clement

k elp Center : z mail 2 ptionⵓ

UbⵓErecelved thiDemail to provide inⵓrmation and EpⵓdateⵓDaroEnd yoⵓr UbⵓECⵓa channel or accoⵓnt.

- 2021 @Google CCC dⵓQa UbⵓECⵓab ⵓ01 Cherry  vebl an FⵓErobC  & 0  :

 **YouTube**

# Copyright Infringement Notification Confirmation

Xhanf yoEⵓWr yoEⵓEEⵓmilⵓⵓon. YⵓErⵓDrⵓder revieⵓR to enⵓⵓre it iⵓvaliⵓ and indⵓEⵓdeⵓDall reⵓElⵓred elementⵓⵓ  T e Rill reply to thiⵓDemail Rheⵓn Re've tafⵓen action on yoⵓr reⵓ EⵓD. UⵓⵓEⵓcan aliⵓ checf  on the DaitⵓEⵓo WyoEⵓr taf edoⵓRn reⵓ EⵓD in the 'Vⵓemoval reⵓ EⵓuⵓⵓO Rhich iⵓDWiEⵓnd in the Copyright Dⵓection o W yoEⵓr channel.

k ere iⵓthe inⵓⵓrmation yoEⵓWⵓed in9

- ● Copyright ? Rner Same -Company Same iWⵓⵓpplicaⵓⵓQeⵓ4 iⵓrail PⵓVM
  - ● UⵓEⵓ's El Oⵓgal Same ⵓ liaⵓDⵓiⵓEⵓⵓⵓramⵓeⵓDor initialⵓⵓnot acceptedⵓ⁹ Michael Clement
  - ● UⵓEⵓ Xitle or JoⵓQ5oⵓⵓtion ⁼T haⵓ iⵓyoEⵓr aⵓⵓhority to maf e thiⵓDcomplaintⵓ iⵓ⁹ Pigital VⵓightⵓⵓManager
  - . ddreⵓⵓⵓ⁹
    - ○ 210 4 eaⵓLey Pⵓive
    - ○ Childerⵓⵓⵓⵓgh  O3Gⵓⵓⵓ-
    - ○ Al
  - ● A Dⵓramⵓe⁹Copyright Management
  - ● z mail , ddreⵓⵓⵓⵓ9copyright@vⵓraiⵓⵓ.com
  - ● Sⵓhoneⵓ92 G N2  6N⁹6-  6

- ● A VOoiⵓallegedly inⵓWⵓnging video to Qⵓ removeⵓⵓ9
  http ⵓ DⵓⵓRRR yoEⵓECⵓa com ⵓRatch yvⵓ Ym07 J2 3v  U
- ● PeⵓⵓDⵓrⵓⵓQⵓ the Rorⵓ  allegedly inⵓWⵓngeⵓ⁹ⵓⵓMy company ⵓorganⵓiation or clientⵓⵓ video
  - ○ Xitle o iⵓ Wideo ⁹Pⵓone Woⵓtage o iⵓⵓndover tornado Rith color correction
    - I  oⵓ Ere o iⵓ Wideo ⁹9http ⵓ DⵓⵓRatch yvⵓ Ym07 J2 3v   0 CRⵓⵓ⁼ /
    - ○ Xⵓype o iⵓ Wideo ⁹ ⵓⵓernel video
    - ○ T here doeⵓ the content appearⵓ
      Xhe content appearⵓⵓⵓin the targeted video Woⵓm 0⁹0 3G ⵓ to 0⁹0-  9 & 9
      http ⵓ DⵓⵓRRR yoEⵓECⵓa com ⵓRatch yvⵓ Ym07 J2 3v   U8 ⵓⵓo23-
      Yⵓappearⵓⵓn yoEⵓr DⵓEⵓce video⁹9http ⵓ DⵓⵓRatch yoeS1 0 CRⵓⵓ⁼ /

- CoEntry Rhere copyright applieDⱭAI
- ⱯDate ASP z V 5 z S _ ⱯⱭU7 s 5 z VⱭAVU thatꞖ
  - Ɏam the oꞦerctor an agent aⱤⱨronⱢLeⱢ to act on ⱭahaⱢlⱲⱲhe oꞦner oⱲⱤn eucⱤⱭDꝋe right that ⱭallegedⱢy inⱲꞦngeⱢ.
  - Ɐhave a good Ⱳⱨith ⱭaⱢiesⱲhat the ⱭⱭⱭc oⱲⱲe material in the manner complaineⱢ oⱲⱢMⱭnot aⱤⱨronⱢLeⱢ Ɋy the copyright oꞦnetriⱢⱭagentior the laꞦⱧxand
  - ⱯhiⱭnoⱢⱢȥation ⱢⱭaccⱠrate.
  - Ɐacf noꞦleⱢge that EnⱢer I ecⱢion GⱢ2ⱲⱰoⱲⱲhe PMⱭ_ , any perⱭon Ꞧho f noꞦingly materiaⱢy miⱢⱢepreⱭⱠntⱭthat material or activity iⱢ inⱲꞦnging may Ɋa ⱢⱭⱭect to liaⱭⱢity Ⱳⱨr damageⱢ.
  - ꞮⱦerⱢerⱢand that aⱭⱠⱢe oⱲhⱨiⱭtooɎ RⱩɎ reⱢⱧⱭt in termination oⱲⱨy UbⱠⱯⱭⱢe channel.
- , ⱧhⱨronⱢⱠeⱢ I ignaⱢⱧreꞖMichael Clement

NⱧhe UbⱠⱯⱭⱢe Xeam

keⱢp Ⱦenter : z mailȥ ⱼ ptⱢonⱢ

UbⱠreceiveⱢ thiⱢDemail to provide inⱮⱮmation and EpⱢateⱢanⱢⱠⱥnⱢ yoꞖ
UbⱠⱯⱭⱢe channel or accoⱠⱧt.

▶ YouTube

- 2021 <u>@oogⱢe ⱮⱮ_ diⱮɊa UbⱠⱯⱭⱠⱥbⱗ01 Ⱦherry_ ᵥetbⱢ an FⱨⱭnobⱭ_ _ & 0: _</u>

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 3:01:54 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MGUBC7Z7UHXG3NBEHOHJWDHPUQ] YouTube Copyright Complaint Submission

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+29wd1x24e5vael07@google.com>
Date: Fri, Nov 17, 2023 at 2:36 PM
Subject: [MGUBC7Z7UHXG3NBEHOHJWDHPUQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>

## ▶ YouTube

Hi Copyright Management,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=KBAViC15x6vQ

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Viral DRM
Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager

Address:
210 Veazey Drive
Childersburg, AL 35044
US
Username: Copyright Management
Email Address: copyright@viraldrm.com
Phone: 256-267-7747

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=KBAWC15x6xQ

Describe the work allegedly infringed: My company, organization or client's video

○  Title of video: Drone footage of Andover tornado with color correction
○  Source of video: https://fb.watch/joeNS0CxwS/
○  Type of video: Internet video
○  Where does the content appear?
   The content appears in the targeted video from 0:02:22 to 0:02:31 :
   https://www.youtube.com/watch?v=KBAWC15x6xQ&t=142
   It appears in your source video: https://fb.watch/joeNS0CxwS/

Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

○  I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
○  I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
○  This notification is accurate.
○  I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
○  I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Michael Clement

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@viraldrm.com wrote:

For this link: Reed Timmer is the copyright owner - https://www.youtube.com/watch?v=KBAWC15x6xQ

Attached are the agreements stating we are authorized to manage the rights for their videos.
Thank you,

On Thu, Nov 16, 2023 at 5:14 PM YouTube Copyright <youtube-disputes+29w1gj24e5vae07@google.com> wrote:

**▲ YouTube**

Hi Copyright Management,

Thank you for your removal request. We've reviewed your request and need some more information from you before we can proceed. Please read the entire email carefully for a complete update of each video's status.

**Need more info: Action needed**

In order to remove the content in question, we must confirm that you are the copyright owner or the copyright owner's authorized representative. If you are acting as an authorized representative, please let us know. For each URL, please identify the copyright owner you are representing.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ◦ 210 Veazey Drive
  ◦ Childersburg, AL 35044
  ◦ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rkBAiWC15x6xQ
- Describe the work allegedly infringed: My company, organization or client's video
  ◦ Title of video: Drone footage of Andover tornado with color correction
  ◦ Source of video: https://fb.watch/joeNS0CwuS/
  ◦ Type of video: Internet video
  ◦ Where does the content appear?
  The content appears in the targeted video from 0:02:22 to 0:02:31 :
  https://www.youtube.com/watch?v=rkBAiWC15x6xQ&t=142 :
  It appears in your source video: https://fb.watch/joeNS0CwuS/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  ◦ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ◦ I have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ◦ This notification is accurate.

On Nov 15, 2023 YouTube Copyright

▶ **YouTube**

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the "Removal requests" tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  ○ 210 Veazey Drive
  ○ Childersburg, AL 35044
  ○ US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=KBAWC15x6xQ
- Describe the work allegedly infringed: My company, organization or clients video
  ○ Title of video: Drone footage of Andover tornado with color correction
  ○ Source of video: https://fb.watch/joeNS0CwuS/
  ○ Type of video: Internet video
  ○ Where does the content appear?
     The content appears in the targeted video from 0:02:22 to 0:02:31 :
     https://www.youtube.com/watch?v=KBAWC15x6xQ&t=142
     It appears in your source video: https://fb.watch/joeNS0CwuS/

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

- ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: KBAWC15x6xQ

**From:** Copyright Management <copyright@vi chading.com>
**Sent:** 11/16/2023 3:03:44 PM
**To:** ViraTRs M <wraißrm@dripißv.com>
**Subject:** [ vF: XBₚWNMQ{ KGYZ 7LEᵞ6ᵞPGY{ V] Z [ [ibₒSLS- e Copyright Compßint +S- midₒion

¶¶¶¶¶{ ₒrv arFeF meₒdage ¶¶¶¶¶
[ rₒm: **YouTube Copyright** <₋yₒSS₋exFidₒ9ₑd_082ₒₒdₒtSBₐqh06@googₑ.com>
Ratₑ: UₒₐAₗ ₒw17ₒ2023 at 2:44ₑM M
+S- fₑct XBₚWNMQ{ KGYZ 7LEᵞ6ᵞPGY{ V] Z [ [ibₒSLS- e Copyright Compßint +S- midₒion
Uₒ: <copyright@vi chading.com>

▶ YouTube

?{ Z =ChₐdingA

UhₐnL yₒS ₒr yₒSr removₑ DₑₒSₑₒtₑ. Z eₐₓe revieᵥ eF it ₐnF provₑₑ eF SpFₑₑed
- eₑₒv .

**Request resolved**

Uhe content ₐteF - eₑₒv had - een removₑ eF.

ViFeod in 5Sectiₒn:

httₒd//v.v.yₒSS₋e.com/ᵥ atchᵀ vₑ 6nMfN2SₑZ k

Z e Sₑe a com-inₐtiₒn ₒ a$tₒmateF dyₑtemd anF hShₐn revieᵥ d to
proceₒ removₑ eF Seₒtₑdd.

boSmₐy tₐLe - acl yₒSr cₑim ₒ copyright in ringement at any time i yₒS change
yₒSr minF.

qUhe boSLS₋ e Lbₐm

?ere id the in ormₐtiₒn yₒS ₑₑF in:

Copyright Oᵥ ner j ameᵢ (Company j ameᵢ applₑₐbₑ): Z l Chₐding
boSᵣ{ Sₑ egₐₐt{ ₐme (k ₐdeᵈ AS ternₐmed ₒr initiₐₑ nₒt acceptₑ eF): MichₐₑD
CₐₑΘment
boSᵣ UₑΘ ₒr Yꞌb - Pₒdₒtiₒn (Z hₐt id yₒSr aSthority to maLe thₒd compₑₐntꞌ }:
-

Owner

k FFredt
1314 CarrollDRr
UerryAM+ 38160
E+
Edername: Z =Chading
JmailDx FFredt copyright@rJ.chading.com
Phone: B012B03160

Es ] o allDgeFD in ringing wiFeo to - e removeF:
httpd//v v v_yoSLS-e.com/v atch' w 6nMN2SaiZ k
Redcri-e the v orL allDgeFD in ringeF: My company/Organikation or cllDntId
wiFeo
○ UtiD o wiFeo: En ordSrateIy DoLLng the IDave in v ith a gate Foedrxt v orL
either. More increiFi- iB wiFeo rom toFay.
○ +oSrce o wiFeo: httpd//v e-_ace-ooL.com/v atch'
re1.dearch_w B399936B87732BB_elternalDQo-YFi_0aB_797B62203q
79aBq206qB9cB0e---9c_5iDveiO20gate_%iFc1 1_%iFr
○ Uype o wiFeo: uetemet wiFeo
○ Z here Foed the content appear` CSdtom thSn-naiD

CoSntry v here copyright appllDcd: E+
ustate EJ RJ s PJ j k] Ub OJ PJ s YEs b that:
○ uam the ov nerAvr an agent aSthoriSeF to act on - ehaDo the ov ner o an
el cDSive right that id allDgeFD in ringeF.
○ uhave a gooF aith - eliD that the SDe o the materialDn the manner
complDaineF o id not aSthoriSeF - y the copyright ov nerAtd agentAvr the
lBav; anF
○ Uhid noti ication id accSrate.
○ uacLnov lBFge that SnFer +ection 412(_) o the RMCK any perdon v ho
Lnov inglD materialD midrepredent that materialDor activity id in ringing
may - e dS+ ect to iDa- iliDy or Famaged.
○ uSnFerdtanF that a- SDe o thid tooDo iiDiectSDin termination o my boSLS-e
channelD

k SthoriBeF +ignatSre: MichaelDDBment

?eiD Center • JmailDDptiond

boSrecei̇veF thid emailDo provvFe in ormation anF SpFated arcSriF yoS
boSLS-e channelDor accoSht.



© 2021 GoogiB ]] C FÍ- /a boSLS-e eΛ801 Cherry k weΛ•an` ` SrnoΛCk 870BB



## Copyright Infringement Notification Confirmation

UtanL yoS or yoS dS- middion. #id SrFer revew to encSre it id vellF anF incl3Fed allDe5SreF ellDmentD. Z e vlDreplD to fhid emailDv hen v exxe taLen action on yoS re5Sect. boScan alDo ched, on the dtatSt o yoS taLeFov n re5Sect in the w removeDe5Sectictda-v hich id oSrF in the Copyright diection o yoS channeD

?ere id the in ormation yoS llllF in:

- Copyright Ov ner j ame (Company) ame i applDa– llll), Z l Chading
- boSr (llll egalD ame (k lDodedllllSbernamed or initialD not accepleF):
  MichaelDllllment
- boSr UllD or Yo– Podition (Z hat id yoS aSthonty to maLe thid complDaint' );
  Ov ner
- k FFredt:
  - o 1314 CarrollllRr
  - o UerryAll+ 38160
  - o E+
- Edername: Z = Chading
- J mailX FFredt copyright@v l Chading.com
- Phone: B012B03160

- Es J o allllgeFllllll in ringing wlllFeo to - e removeF:
  httpdl/v v v_yoSlS-e.com/v atch' v 6nMN2SllZ k
- Redcri- e the v orL allllgeFllllll in ringeF: My companyllllorganillltion or clillllntd
  wlllFeo
  - o UllD o wllllFeo: En ortSratelllll llllocLing the llllxve in v lth a gate Foednt
    v orL either. More increllFi- llll wllllFeo rom dofay.
  - o oSre o wllllFeo: httpd//v e-ace-ooL.com/v atch'
    re1 dech, v l B39063667733BB_el ternalllDllllp llllFl 0aB797Blllll
    B2003d79aB420648xBlllloe----9c_5I llllveO20gate_%Fcl 1_%Fr
  - o Uype o wllllFeo: uterneit wllllFeo
  - o Z here Foed the content appear' CSdtom thrSm-naiD

- CoSntry here copyright appllllDd: E+
- udtate EJ, RJ s PJ k Ub Ollll PJ s YEs b that:
  - o uam the ov nerllllor an agent aSthorillleF to act on - ehalDo the ov ner
    o an el clllllive right that id allllgeFllllll in ringeF.
  - o uhave a gooF alth - ellll- that the Sde o the materiallllln the manner
    complDaineF o id not aSthorilleF- y the copyright ov nerllltd agentllllor
    the llllv; anF
  - o Uhid noti lication id accSrate.
  - o uacLnov llllFge that SrFer+ ection 412(J) o the RMCk any perdon
    v ho Lnov ingllll materiallll midreprendent that materiallllor activity id
    in ringing may - e dS- ect to Dia- illlty or Famaged.
  - uSFerdtanF that a- Sde o thid tooDllllr llllSllllDllllD in termination o my
    boSLS- e channeD
- k ShonllllF + ignatSre: MichaelDllllment

qLhe boSLS- e Uearn

boSreceiveF th id email Do prowiFe in ormation anF SpFated aroShF yoS
boSLS e channelDrr accoSht.

▶ YouTube

© 2021 Googl® ] ] C F/- /a boSLS- e4801 Cherry k ve A+ an ´ -SnoCCk 870BB

Orj ow 13 A 2023 copyright@vl chafing com v role:

V/Feo iRd: 6nMN2SLZ k