# Exhibit

# 4

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:13:46 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2SAYD4B2BSFHYH3Y7NE7P6CEIE] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0m5us29pg9wov0h@google.com>
Date: Mon, Nov 13, 2023 at 3:44 PM
Subject: Re: [2SAYD4B2BSFHYH3Y7NE7P6CEIE] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=_RsvrKBLgYw

Display name of uploader: The Squeezed Lemon

I assert that this use qualifies as fair use under copyright law. The video is educational in nature and my use of the copyrighted material is highly transformative. This video consists of commentary on an analysis of the material. I used only as much of the footage as was necessary to effectuate this transformative use.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

kody butler

kody butler
101 e camino real
boca raton, fl 33482
United States

kodywhitebusiness@gmail.com

(480) 603-7079

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:08:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2V27QJOSHWEMOHAYMO6E3AQOEM] New Copyright Counter Notification

THIS IS FROM A VIDEO IN A PREVIOUS ROUND.

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+26icpp8052xnr0n@google.com>
Date: Thu, Nov 16, 2023 at 12:10 PM
Subject: Re: [2V27QJOSHWEMOHAYMO6E3AQOEM] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=IU0j8lnzbZo

Display name of uploader: WEWN

We have the right for this program I I have the license of this drama from THVL. Please help me release the strike. License: https://drive.google.com/file/d/1qIThVrh5puUbPejGtMXREGQ4MHSBGuP8t/view?usp=sharing

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my

address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Phan Minh Khang

Phan Minh Khang
292 Nghi Tam, Yen Phu Block, Tay Ho District
Ha Noi City
100000
Vietnam

kkstudio.official79@gmail.com

0906 646 039

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:44:46 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4KWBVJEUU5KV3W22DAV7RFHRNA] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2x2um3bcx05x0h@google.com>
Date: Mon, Nov 13, 2023 at 3:43 PM
Subject: Re: [4KWBVJEUU5KV3W22DAV7RFHRNA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=wDVDYX1QZSY

Display name of uploader: 100M

Our videos are made with the fair use doctrine in mind. The footage wasn't used in order to impact your market, and minimal content was used to get our points across with commentary over it to educate our fans. These videos take hours of research, voice work, and editing. I try to use minimal footage as to not affect people like yourselves living. I fully believe my content is fair in use. Please refer to Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017); Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp. 3d 1094 (C.D. Cal. 2015); Frey R. Werner, ET AL. V. Landon Dowlatsingh, ET AL. (C.D. Cal. 2018). You could've messaged me to remove the video, and I would've responded promptly, and cut

out your segment, out of respect for an artist. (Not on the grounds of copyright abuse.) Instead, you sent a DMCA takedown request on my video. Fair use doesn't require citing works, it doesn't require a license, and you can profit from a picture or video, whilst it still falls under fair use. Section 107 of the copyright act, was specifically created to promote freedom of expression by permitting the unlicensed use of copyright-protected works in certain circumstances. This can be as simple as commenting on the subject. I am not trying to substitute your original work, I am using a factual work that was published on the internet. A short segment with commentary over it was used to get our points across on the subject matter. Note: If this DMCA strike was over a face, or you just really don't want your portion of the video on my channel, I'm more than a reasonable person. I'd remove it on the grounds of respecting your privacy, and your art, not on the grounds of copyright abuse. Contact me at:
Top5bestbusiness@gmail.com and once the copyright strike is removed, I'll remove the content out of the video using YouTube's editor tool within the same day the video is reinstated. You'll also have to give me the timestamps of where your content is placed within the video.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Chase

Gregory Chase
3908 13, Al Mamsha St
Dubai
United Arab Emirates

Top5bestbusiness@gmail.com

052 855 9634

Help Center • Email Options

YouTube

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:24:23 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4Z8PB4lGN0Q0DFQLLVX2P7M22YI] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0mo6ksbvl4cque0h@google.com>
Date: Mon, Nov 13, 2023 at 2:30 AM
Subject: Re: [4Z8PB4lGN0Q0DFQLLVX2P7M22YI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=iAGdIIBq_nY

Display name of uploader: 4 Ever Green

The content under consideration is protected by the Fair Use Doctrine of the US copyright law. The content is transformed fairly, has not damaged the marketing potential of the original video, and is used with our commentary which adds a specific value to that clip. The amount of the clip used is very less, is used with commentary as a reference and has different audio work applied to it. This video includes licensed content from different owners and is our original work, including our topic research, video direction, writing, video editor, graphic designer, and narrator's hard work. Secondly, the video is our original work, if any clips can cause problems for us or for someone else, we remove those

scenes from our videos to avoid problems. If you don't want your footage featured in our videos, we will remove those scenes despite our use being fair. We tried contacting the claimant but got no response. Thanks

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Umair Zaib

Umair Zaib
p505/7, Khayabaan 2, Faisalabad
Faisalabad
Punjab 38000
Pakistan

contact@4evergreen.org

0312 9994600

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:16:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5VNHLZXAlCLPKMHYGIJUELEEYOI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3gv2v75fdkx0h@google.com>
Date: Mon, Nov 13, 2023 at 3:25 PM
Subject: Re: [5VNHLZXAlCLPKMHYGIJUELEEYOI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=7VTBVgjs96o

Display name of uploader: TOP Topics

We do not agree with the claim, because it completely contradicts the basic principle of "Fair Use", according to which our videos were created with the greatest care and responsibility. Both of the removed videos are for educational purposes only, and were meant to create a deeper awareness of how certain atmospheric phenomena, such as high winds and tornadoes, work. The claimed content is a tiny fraction of the total length of our work, namely 5 seconds and 8 seconds. It is not therefore any misuse of the claimed content, as it was only used for illustrative purposes and in a very short period of time. Our resulting work is completely different from the claimed content and is accompanied by

expert commentary. Under Section 107 of the Copyright Act 1976, FAIR USE is permitted for purposes such as criticism, commentary, reporting, teaching, scholarship and research. It permits the unlicensed use of copyrighted material for these purposes. The key is whether the use of the copyrighted material is "transformative". That is, whether the use adds new expression or meaning to the original material, or whether it merely copies it from the original, without any added value. In our opinion, the above-mentioned facts and legal insights confirm that the claim is unjustified and we request its withdrawal.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Lukáš Závodský

Lukáš Závodský
Zimova 626
14200 Praha
Czechia

zavodsky.lukas@centrum.cz

731 533 449

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:16:34 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6LODTATKA4NTF4Q5AXF7FD2DTU] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3lo3s0222z5h90h@google.com>
Date: Mon, Nov 13, 2023 at 2:03 PM
Subject: Re: [6LODTATKA4NTF4Q5AXF7FD2DTU] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=bA5bsTePVuE

Display name of uploader: WatchMojo.com

Without prejudice, our mashup news commentary video passes fair use tests. Based on your claim, we used 1- & 2-seconds in our 10- & 13-min videos. Regardless, we're referencing NatGeo TV segments (based on watermark) which may have licensed the underlying asset you claim we're infringing. The infringement accusation would have to be based on those TV segments (when they license stock, they understand that as editorial, other media may reference them). Unless you can demonstrate that our work i) constitutes copyright infringement of NatGeo segments, ii) can quantify irreparable harm, iii) can quantify damages, then please release the claim as legally, our video is permitted under

law. That said, we do license media as well, so if you want to send a rate card, we can share with the team. But here, we are referencing TV episodes and shows, and the copyright infringement tests of fair use would be on those shows.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Ashkan Karbasfrooshan

Ashkan Karbasfrooshan
5369 Boulevard Saint Laurent, Suite 430
Montreal, Quebec H2T1S5
Canada

copyright@watchmojo.com

(514) 448-1631

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:03:04 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [TJ6GL2K6P5C3XV4263E5YRD6Y] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2x0xw96sx1yxf0h@google.com>
Date: Tue, Nov 14, 2023 at 3:43 PM
Subject: Re: [TJ6GL2K6P5C3XV4263E5YRD6Y] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=oWgVmr6Oe3U

Display name of uploader: Top 10 Best

To Whom It May Concern, I am writing to formally contest the DMCA takedown request issued against my video on YouTube. I firmly believe that my content adheres to the principles of fair use as outlined in Section 107 of the Copyright Act. Purpose and Character of Use: My videos are created with the intention of providing commentary and education to our audience. They involve significant research, voice work, and editing, transforming the original content into something new and unique. Nature of the Copyrighted Work: The content I utilized is factual and was publicly available on the internet. Amount and Substantiality: Only minimal footage was used, essential to convey our

commentary and points effectively. Effect on the Market: The use of the footage does not in any way substitute or negatively impact the market for the original work. For legal precedents supporting my claim, please refer to: Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017) Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp. 3d 1094 (C.D. Cal. 2015) Frey R. Werner, ET AL. V. Landon Dowatsingh, ET AL. (C.D. Cal. 2018) I would like to emphasize that open communication could have been a more constructive approach. Had you reached out with concerns, I would have been willing to address them promptly, out of respect for your work and privacy, not necessarily due to copyright infringement. If the issue pertains to a specific segment or portrayal, please provide timestamps of the content in question. Once the copyright strike is lifted, I commit to removing or editing the specified content using YouTube's editor tool within 24 hours of the video's reinstatement. Please contact me directly at Top5bestbusiness@gmail.com to discuss this matter further. Thank you for your understanding and consideration.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Michael Chase

Gregory Michael Chase
13 Al Mamsha St., 3908 Murjan 1
Dubai
United Arab Emirates

gregorymchase@gmail.com

052 855 9634

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:24:30 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7VHEQE5BJXNKN6TWEZK7EHBJWI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3cqwxotto3otm0h@google.com>
Date: Mon, Nov 13, 2023 at 2:38 AM
Subject: Re: [7VHEQE5BJXNKN6TWEZK7EHBJWI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=RdPmx64g0Bo

Display name of uploader: 4 Ever Green

The content under consideration is protected by the Fair Use Doctrine of the US copyright law. The content is transformed fairly, has not damaged the marketing potential of the original video, and is used with our commentary which adds a specific value to that clip. The amount of the clip used is very less, is used with commentary as a reference and has different audio work applied to it. This video includes licensed content from different owners and is our original work, including our topic research, video direction, writing, video editor, graphic designer, and narrator's hard work. Secondly, the video is our original work, **if** any clips can cause problems for us or for someone else, we remove those

scenes from our videos to avoid problems. If you don't want your footage featured in our videos, we will remove those scenes despite our use being fair. We tried contacting the claimant but got no response. Thanks

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Umair Zaib

Umair Zaib
p505,7, Rana Street, Khayabaan 2
Faisalabad
Punjab 38000
Pakistan

contact@4evergreen.org

0312 9994600

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 7:33:30 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [72XJjBD3ZFGCA3PRUTDDY6F27XQ] New Copyright Counter-Notification

This emails is from YouTube where they have breached the DMCA and have re-instated offending content despite being provided court documents and confirmation of legal action.
This claim is related to Round 2 (Formerly Round 1 Part 2)

--------- Forwarded message ---------
From: **Copyright Management** <copyright@viraldrm.com>
Date: Fri, Nov 17, 2023 at 4:09 PM
Subject: Fwd: [72XJjBD3ZFGCA3PRUTDDY6F27XQ] New Copyright Counter-Notification
To: News Media Network <news@newsmedia.net.au>

--------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2hgcbi&qd5feo0h@google.com>
Date: Tue, Nov 14, 2023 at 2:00 AM
Subject: Re: [72XJjBD3ZFGCA3PRUTDDY6F27XQ] New Copyright Counter-Notification
To: <copyright@viraldrm.com>



Under Section 512(g) of the Digital Millennium Copyright Act, we received a counter notification in response to a copyright removal request that you submitted. In accordance with US law, we've reinstated these videos to YouTube:

• http://www.youtube.com/watch?v=-dWxl_-gIDuo

You can learn more about your options for responding to a counter notification in our Help Center. You may also choose to pursue the matter directly with the uploader.

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 1, 2023 copyright@viraldrm.com wrote:

Evidence of legal action has been included to this email
Viral DRM LLC v. YouTube Uploaders Listed on Schedule A

CASE FILE - GOOGLE DRIVE DOWNLOAD (558 Pages - 108,838,912 bytes)
https://drive.google.com/file/d/1P23Pqnjh4uA6e7OaYMOn2in9G02aLdlY/view

COMPLAINT FOR INTELLECTUAL PROPERTY INFRINGEMENT, REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION, AND DMCA COUNTER NOTICE MISREPRESENTATION IN VIOLATION OF U.S.C. § 512(f)

California Northern District Court
Judge: William H Orrick
Case #: 3:23-cv-05594
Nature of Suit 820 Property Rights - Copyrights
Cause: 17:501 Copyright Infringement
Case Filed: Oct 30, 2023

A link to Pacer is below if you wish to verify this online.
https://www.pacermonitor.com/public/case/51170525/Viral_DRM_LLC_v_YouTube_Uploaders_Listed_on_Schedule_A

Thank you.
Viral DRM Management

On Mon, Oct 30, 2023 at 4:35 PM YouTube Copyright <youtube-disputes+2hgcbi8qq5f6o0h@google.com> wrote:



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=-cWxL_-gDuo

Display name of uploader: When God Is Angry

I believe that removing my video ( www.youtube.com/watch?v=-cWxL_-gDuo ) was wrong because my use of copyrighted material is protected by a fair use policy whereby in certain situations I can use copyrighted material without permission from the copyright holder. The source material is based on commonly known facts and is not fiction. The borrowed excerpts is not a significant part of the original video and is considered bona fide. The excerpt does not contain the main message of the original work. The main message in the original work has been completely changed, and the content I used was not the focus of the original work.

Using someone else's content without permission to create explainer videos as well as news stories can be considered bona fide. All of my videos contain details of natural disasters with interesting content and historical events to increase viewers' knowledge and and to diversify their leisure time. The videos and content I create are subject to YouTube rules. I pledge not to use copyrighted content from certain individuals or organizations to make money. However, my channel has had problems due to an infringement notice and my videos have been removed by you. In the end, we hope the incident was just a misunderstanding. I hereby confirm that the statements I made are true. I take responsibility for my words. I hope the Youtube team will reconsider your decision.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Kashper Viacheslav

Yubileynaya 5/55
Rivne 33024
Ukraine
whengodisangry@gmail.com
+380674571455

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

whengodisangry@gmail.com

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:07:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ABXXSBJ5Z3BTCF7BY4LXHLIEKU] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes-2ue2wnzomobpbh@google.com>
Date: Tue, Nov 14, 2023 at 11:14 AM
Subject: Re: [ABXXSBJ5Z3BTCF7BY4LXHLIEKU] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=pM7ZjktBaKdo

Display name of uploader: Lavi Luka

Under the "Fair Use Act" I have used my ability to use the content in a transformative way. The use of the content was very short (under 20 seconds) and to give context to viewers to the basis of my opinions and thoughts on the topic, and it was in no way meant to duplicate or take credit from the creator of the content. For this reason I really don't see my use of the content as a worthy reason for the copyright strike

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or

disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Thurston Peters

Thurston Peters
122 unthank road
norwich, norfolk
nr22rs
United Kingdom

thurstonpeters62@gmail.com

07908 608098

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:40:49 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BVEKC3OD2TLPMfkFUOWVCR4AM] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0sgjukvqzf6g0h@google.com>
Date: Tue, Nov 14, 2023 at 9:28 PM
Subject: Re: [BVEKC3OD2TLPMfkFUOWVCR4AM] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=_szmpO6_Oa8

Display name of uploader: Curiosopedia

This is a copyright counter notification on behalf of Curiosopedia. Channel available at https://www.youtube.com/channel/UCYbxpDVxRP4Jmhi6WGidDSA On November 13th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Los 20 Desastres Naturales Más Aterradores Capturados En Video, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the

specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics, (2) the nature of the material is substantially factual—the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal—the used clip has 3 seconds of a total of 13:39 minutes from the original video; hence we only used less than 1% of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected—we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:40:23 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [COW5BCIZXTGQCWLSC6YLRMCFCI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0ck9106f00ic0h@google.com>
Date: Tue, Nov 14, 2023 at 9:30 PM
Subject: Re: [COW5BCIZXTGQCWLSC6YLRMCFCI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=bkBPHJWwtA

Display name of uploader: Curiosopedia

This is a copyright counter notification on behalf of Curiosopedia, Channel available at https://www.youtube.com/channel/UCYbxpDVxRP4Jmh6WGdDSA On November 13th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Si Estos Fenómenos No Fueran Grabados, Nadie Lo Creería, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative—our video is a compilation of multiple extreme weather events that goes way beyond the

specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics, (2) the nature of the material is substantially factual—the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal—the used clip has 4 seconds of a total of 4:18 minutes from the original video; hence we only used about 1% of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected—we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:17:31 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EH73KN54l4LLLSRWTFVCD6VGVA] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3o7l/cfrfmokfh0h@google.com>
Date: Mon, Nov 13, 2023 at 2:02 PM
Subject: Re: [EH73KN54l4LLLSRWTFVCD6VGVA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=WP38xkg0Ehw

Display name of uploader: WatchMojo.com

Without prejudice, our mashup news commentary video passes fair use tests. Based on your claim, we used 1- & 2-seconds in our 10- & 13-min videos. Regardless, we're referencing NatGeo TV segments (based on watermark) which may have licensed the underlying asset you claim we're infringing. The infringement accusation would have to be based on those TV segments (when they license stock, they understand that as editorial, other media may reference them). Unless you can demonstrate that our work i) constitutes copyright infringement of NatGeo segments, ii) can quantify damages, then please release the claim as legally, our video is permitted under

law. That said, we do license media as well, so if you want to send a rate card, we can share with the team. But here, we are referencing TV episodes and shows, and the copyright infringement tests of fair use would be on those shows.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Ashkan Karbasfrooshan

Ashkan Karbasfrooshan
5369 Boulevard Saint Laurent, Suite 430
Montreal, Quebec H2T1S5
Canada

copyright@watchmojo.com

(514) 448-1631

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:27:32 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EVLU2XT3FNBKLFOO77V6UJHR5E] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+03jiqqstbw6dhdh@google.com>
Date: Wed, Nov 15, 2023 at 9:23 AM
Subject: Re: [EVLU2XT3FNBKLFOO77V6UJHR5E] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ahYnyMVT4M

Display name of uploader: FULL TOP'S

Le escribo en respuesta a sus quejas por infracción de derechos de autor con respecto a mi video. Si bien aprecio sus inquietudes sobre el uso no autorizado de su contenido, creo que mi video constituye un uso legítimo según los Estados Unidos. En primer lugar, me gustaría aclarar que el contenido utilizado en mis videos se obtuvo de videos de redes sociales disponibles públicamente. Como tal, creo que este contenido se considera uso legítimo ya que no se obtuvo a través de ningún medio no autorizado ni actividad infractora. Además, mis videos son un informe de noticias que proporciona comentarios, análisis y críticas de los videos de redes sociales disponibles públicamente. Como tal, es

de naturaleza transformadora y no reemplaza el contenido original. Este uso del contenido es consistente con el uso legítimo según 17 U.S.C. Artículo 107. Además, mis videos no son de naturaleza comercial y no recibo ninguna ganancia financiera por el uso del material protegido por derechos de autor. Este hecho respalda aún más mi creencia de que mi uso del contenido se considera uso legítimo. Por último, me gustaría enfatizar que mis videos tienen fines educativos e informativos. No es mi intención infringir sus derechos de autor y me he esforzado por garantizar que el material protegido por derechos de autor se utilice de manera coherente con el uso legítimo. A la luz de lo anterior, solicito respetuosamente que retire su queja por infracción de derechos de autor. Si tiene más preguntas o inquietudes, no dude en ponerse en contacto conmigo

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Francisco Morante Fuentes

Francisco Morante Fuentes
Pascual Caracena Torres n°6 4pta*
03201 Elche
Alicante
Spain

morantelogan87@gmail.com

622 04 64 53

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 5:55:45 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FGS7ZADWX3VRZELFMNJQVIHZHM] New Copyright Counter Notification

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 10:08 PM
Subject: Fwd: [FGS7ZADWX3VRZELFMNJQVIHZHM] New Copyright Counter Notification
To: <brenda@wxchasing.com>, <copyright@viraldrm.com>

Counter-notification from WatchMojo.

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1absedhecd5ef80h@google.com>
Date: Tue, Nov 14, 2023 at 9:55 PM
Subject: Re: [FGS7ZADWX3VRZELFMNJQVIHZHM] New Copyright Counter Notification
To: <stormhighway@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=1hxVYOm-v_Y

Display name of uploader: WatchMojo.com

Without prejudice, our mashup news commentary video passes fair use tests. Based on your claim, we used 1 second 10+ min video of what is a news segment from Good Morning America, which may have licensed the underlying asset you claim we're infringing. The infringement accusation would have to be based on our 1-second use in our informative view of THAT GMA TV segment (when they license stock, they understand that as editorial, other media may reference them). Unless you can demonstrate that our work i) constitutes copyright infringement of the GMA segment, ii) causes irreparable harm, iii) can quantify damages, then please release the claim as legally, our video is permitted under law. That said, we do license media as well, so if you want to send a rate card, we can share with the team. But here, we are referencing a news story showing a news segment, showing 1-second of a video they licensed.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Ashkan Karbasfrooshan

Ashkan Karbasfrooshan
5369 Boulevard Saint Laurent, Suite 430
Montreal, Quebec H2T1S5
Canada

copyright@watchmojo.com

(514) 448-1631

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

stormhighway.com · cisinternet.net · icyroadsafety.com

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:15:51 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [GGRNBXf7AXMRMHEZWAUQUWLE4] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+11v4Dno7a0lkf0h@google.com>
Date: Thu, Nov 16, 2023 at 7:13 AM
Subject: Re: [GGRNBXf7AXMRMHEZWAUQUWLE4] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=64OMoHG0RhI

Display name of uploader: Lama Faché

Hello Youtube. The use of this element falls under fair use, as described by the law "Fair use allows limited use of copyrighted material without permission for purposes such as criticism, parody, news reporting, research and scholarship, and teaching." Best regards

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Myriam Yvette

Myriam Yvette
Meadows 9, villa 14
Dubai
United Arab Emirates

elj.milas@gmail.com

050 359 6039

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:10:24 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [H53ETZJUZKNSDUA3OF7YUSLLU] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1w3112yxeh1n0h@google.com>
Date: Mon, Nov 13, 2023 at 4:10 PM
Subject: Re: [H53ETZJUZKNSDUA3OF7YUSLLU] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=Z5MsrRfPlY

Display name of uploader: TOP Topics

We do not agree with the claim, because it completely contradicts the basic principle of "Fair Use", according to which our videos were created with the greatest care and responsibility. Both of the removed videos are for educational purposes only, and were meant to create a deeper awareness of how certain atmospheric phenomena, such as high winds and torradoes, work. The claimed content is a tiny fraction of the total length of our work, namely 5 seconds. It is not therefore any misuse of the claimed content, as it was only used for illustrative purposes and in a very short period of time. Our resulting work is completely different from the claimed content and is accompanied by expert commentary.

Under Section 107 of the Copyright Act 1976, FAIR USE is permitted for purposes such as criticism, commentary, reporting, teaching, scholarship and research. It permits the unlicensed use of copyrighted material for these purposes. The key is whether the use of the copyrighted material is "transformative". That is, whether the use adds new expression or meaning to the original material, or whether it merely copies it from the original, without any added value. In our opinion, the above-mentioned facts and legal insights confirm that the claim is unjustified and we request its withdrawal.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Lukáš Závodský

Lukáš Závodský
Zimova 626
14200 Praha
Czechia

zavodsky.lukas@centrum.cz

731 533 449

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:31:56 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [JV25LHGOi5LVD2HB7SASZNRNUU] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+08kvai5fx4yx0h@google.com>
Date: Wed, Nov 15, 2023 at 5:31 AM
Subject: Re: [JV25LHGOi5LVD2HB7SASZNRNUU] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=VWxQR4GOhbqk

Display name of uploader: The Untold Facts

This is a copyright counter notification on behalf of The Untold Facts ("Channel") available at https://www.youtube.com/@TheUntoldFactsTV. On November 13, 2023, our Channel received a content removal request by Reed Trimmer ("claimant") targeting the following videos and respective content for infringing his copyrights: (1) JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart, where a short clip was used and claimed as an original work. The use of this clip is essentially transformative because it was given new meaning to the original expression. This was done by adding commentary, background audio, transitions, colour grading, visual effects and sound effects.

Thus, transforming the short clip and giving it a totally new meaning. Additionally, the clip was such a small segment in the video itself, so for them to be claiming a DMCA takedown request on the entire video is unfair and unjust. This takedown request triggered our concern that (i) the claimant might have submitted the takedown request by mistake or misidentification, (ii) the claimant might not hold ownership of the intellectual property rights related to the artwork, (iii) the takedown request is abusive, and (iv) our fair use assessment was proper under 17 U.S.C. § 107. Finally, a fair use exception applies to the use of the clip because the four factors under 17 U.S.C. § 107 can be easily met, that is (1) the use is essentially transformative, (2) the nature of the material is substantially factual, (3) the amount of use is minimal, and (4) the original copyright owner's ability to profit remains unaffected. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel. Your Truly, Rafael Barreto-Garcia Lawyer for The Untold Facts YouTube Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Barreto-Garcia

Rafael Barreto-Garcia
Avenida Copacabana 570
Porto Alegre - Rio Grande do Sul
91900-050
Brazil

theuntoldfacts@representative.com

(51) 99644-7558

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 11/16/2023 11:31:08 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [JZZTLHti6OSLGYK5AM4CCRMEEWMI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0k5t594qfqhs20h@google.com>
Date: Thu, Nov 16, 2023 at 7:11 AM
Subject: Re: [JZZTLHti6OSLGYK5AM4CCRMEEWMI] New Copyright Counter Notification
To: <ip@livestormsmedia.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=9GoODihYZDU

Display name of uploader: The Supreme

The video clips & images shown inside our video "No One Had to See THIS! Drone Captures What No One Was Supposed To See" are narrated by our narrator in an informative manner and broken down into parts, making it transformative under Fair Use Law. We deserve our rights to take this to court if we feel the need to. Our videos are determined under Fair Use, my legal team and I have examined. And this is a clear mistake. My lawyers and I are waiting for the appeal to be accepted. We have our Rights

I swear, under penalty of perjury, that I have a good faith belief the material was

removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Leonardo Delgado Garcia

Leonardo Delgado Garcia
Avinguda Del Fener N12 2A
AD700 Escaldes Engordany
Andorra

Top5supreme@hotmail.com

371 232

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:11:51 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KEEAAWAT4CPY34OE4QPTHDWR4] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+36jc82jx6l8px0h@google.com>
Date: Mon, Nov 13, 2023 at 3:44 PM
Subject: Re: [KEEAAWAT4CPY34OE4QPTHDWR4] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=clXyYtXxop1g

Display name of uploader: The Squeazed Lemon

I assert that this use qualifies as fair use under copyright law. The video is educational in nature and my use of the copyrighted material is highly transformative. This video consists of commentary on an analysis of the material. I used only as much of the footage as was necessary to effectuate this transformative use.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

kody butler

kody butler
101 e camino real
boca raton, fl 33482
United States

kodywhitebusiness@gmail.com

(480) 603-7079

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:55:06 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KSC2UW72TVTYCKD6T5Y256RQPY] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2m8sfhraxr82hthl@google.com>
Date: Tue, Nov 14, 2023 at 8:58 PM
Subject: Re: [KSC2UW72TVTYCKD6T5Y256RQPY] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=oC1pfL54l

Display name of uploader: Factsopedia

This is a copyright counter notification on behalf of Factsopedia, Channel available at https://www.youtube.com/@FactsopediaOfficial/featured. On November 12th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: This Takes Hundreds of Lives a Year, But Only 5% Know About It, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative--our video is a compilation of multiple extreme weather events that goes way beyond the

specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual—the original clip lacks any artistic decision because it is simply raw footage of a weather event. (3) the amount of use is minimal—the used clip has 6 seconds of a total of 6:05 minutes from the original video; hence we only used about 1% of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected—we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:05:24 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [M6GQTETG2MNVP3CBZDNILS5EM] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+24mign20xs900h0h@google.com>
Date: Tue, Nov 14, 2023 at 12:06 PM
Subject: Re: [M6GQTETG2MNVP3CBZDNILS5EM] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=wZjufa7ZtL0

Display name of uploader: Doc Tops

I received another copyright strike from you, seconds of a video narrated and edited on top of? I don't understand where this is coming from, I make a living out of this and know what fair use is, been on Youtube for 10 years. What is the problem? I did not received a warning even do it is fair use, but a copyright strike? This abuse of power is not ok.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Luca Merini

Luca Merini
hotel colon miramar
salinas, santa elena 240102
Ecuador

lucamerfinitops@gmail.com

093 970 2551

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:28:20 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MG6MODBRGGXJEZATP3RRNDGNE] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3k1xax01y8ruf0hi@google.com>
Date: Wed, Nov 15, 2023 at 9:23 AM
Subject: Re: [MG6MODBRGGXJEZATP3RRNDGNE] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=rMoEtc-Wizjs

Display name of uploader: FULL TOP'S

Le escribo en respuesta a sus quejas por infracción de derechos de autor con respecto a mi video. Si bien aprecio sus inquietudes sobre el uso no autorizado de su contenido, creo que mi video constituye un uso legítimo según los Estados Unidos. En primer lugar, me gustaría aclarar que el contenido utilizado en mis videos se obtuvo de videos de redes sociales disponibles públicamente. Como tal, creo que este contenido se considera uso legítimo ya que no se obtuvo a través de ningún medio no autorizado ni actividad infractora. Además, mis videos son un informe de noticias que proporciona comentarios, análisis y críticas de los videos de redes sociales disponibles públicamente. Como tal, es

de naturaleza transformadora y no reemplaza el contenido original. Este uso del contenido es consistente con el uso legítimo según 17 U.S.C. Artículo 107. Además, mis videos no son de naturaleza comercial y no recibo ninguna ganancia financiera por el uso del material protegido por derechos de autor. Este hecho respalda aún más mi creencia de que mi uso del contenido se considera uso legítimo. Por último, me gustaría enfatizar que mis videos tienen fines educativos e informativos. No es mi intención infringir sus derechos de autor y me he esforzado por garantizar que el material protegido por derechos de autor se utilice de manera coherente con el uso legítimo. A la luz de lo anterior, solicito respetuosamente que retire su queja por infracción de derechos de autor. Si tiene más preguntas o inquietudes, no dude en ponerse en contacto conmigo

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Francisco Morante Fuentes

Francisco Morante Fuentes
Pascual Caracena Torres nº6 4 ptaª
03201 Elche
Alicante
Spain

morantelogan87@gmail.com

622 04 64 53

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 11/16/2023 11:26:58 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NFHKKJXJEB6RNWFRPFQVOT5JY] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2k7fsfbchyrrz0h@google.com>
Date: Wed, Nov 15, 2023 at 7:19 AM
Subject: Re: [NFHKKJXJEB6RNWFRPFQVOT5JY] New Copyright Counter Notification
To: <copyright@wxchasing.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=fBk5m4LGGCY

Display name of uploader: DRAKOTAKO CHANNEL

El video en cuestión es una creación original mía, incluyendo tanto el guion como la narración. Aseguro que todo el contenido audiovisual y escrito ha sido elaborado por mí, sin infracción alguna a derechos de autor de terceros. Reconozco que en mi video se utilizan ciertas imágenes y/o fragmentos de obras ajenas. Sin embargo, esto se hace bajo la doctrina de "uso justo" contemplada en la ley de derechos de autor. Las imágenes se utilizan exclusivamente con fines educativos/documentales y representan solo una pequeña fracción del contenido total del video. El uso de las imágenes y/o fragmentos en mi video no afecta de ninguna manera el valor comercial de las

obras originales, sino que, por el contrario, puede incentivar a la audiencia a buscar y consumir el material original. Entiendo la seriedad de los reclamos de derechos de autor y respeto las leyes pertinentes. Por lo tanto, estoy dispuesto a defender mi caso en un juicio si es necesario, confiando en que mi uso del material se ajusta a los criterios de "uso justo".

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Cristian José Rubio Parreño

Cristian José Rubio Parreño
Calle Santo Tomás 34. 1ª Izq
03130 Santa Pola
Alicante
Spain

drakodako666@gmail.com

616 67 40 51

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:03:38 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NRENRLI5BXCGAIGDGFE6QFBME] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1nuoyhyen21x0h@google.com>
Date: Tue, Nov 14, 2023 at 3:43 PM
Subject: Re: [NRENRLI5BXCGAIGDGFE6QFBME] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=lAFfhxxsLkg

Display name of uploader: Top 10 Best

To Whom It May Concern, I am writing to formally contest the DMCA takedown request issued against my video on YouTube. I firmly believe that my content adheres to the principles of fair use as outlined in Section 107 of the Copyright Act. Purpose and Character of Use: My videos are created with the intention of providing commentary and education to our audience. They involve significant research, voice work, and editing, transforming the original content into something new and unique. Nature of the Copyrighted Work: The content I utilized is factual and was publicly available on the internet. Amount and Substantiality: Only minimal footage was used, essential to convey our

commentary and points effectively. Effect on the Market: The use of the footage does not in any way substitute or negatively impact the market for the original work. For legal precedents supporting my claim, please refer to: Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017) Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp.3d 1094 (C.D. Cal. 2015) Frey R. Werner, ET AL. V. Landon Dow&singh, ET AL. (C.D. Cal. 2018) I would like to emphasize that open communication could have been a more constructive approach. Had you reached out with concerns, I would have been willing to address them promptly, out of respect for your work and privacy, not necessarily due to copyright infringement. If the issue pertains to a specific segment or portrayal, please provide timestamps of the content in question. Once the copyright strike is lifted, I commit to removing or editing the specified content using YouTube's editor tool within 24 hours of the video's reinstatement. Please contact me directly at Top5bestbusiness@gmail.com to discuss this matter further. Thank you for your understanding and consideration.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Michael Chase

Gregory Michael Chase
13 Al Mamsha St., 3908 Murjan 1
Dubai
United Arab Emirates

gregonmchase@gmail.com

052 855 9634

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:34:04 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NSSSSWEGJ27E'MUDU4LVBIMAPA] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+07fm0axmw1qqh0h@google.com>
Date: Wed, Nov 15, 2023 at 5:31 AM
Subject: Re: [NSSSSWEGJ27E'MUDU4LVBIMAPA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=tMOYxwFLXBM

Display name of uploader: The Untold Facts

This is a copyright counter notification on behalf of The Untold Facts ("Channel") available at https://www.youtube.com/@TheUntoldFactsTV. On November 15, 2023, our Channel received a content removal request by Reed Trimmer ("claimant") targeting the following videos and respective content for infringing his copyrights: (1) 4K MASSIVE WEDGE TORNADO in Lineus Missouri, where a short clip was used and claimed as an original work. The use of this clip is essentially transformative because it was given new meaning to the original expression. This was done by adding commentary, background audio, transitions, colour grading, visual effects and sound effects. Thus, transforming

the short clip and giving it a totally new meaning. Additionally, the clip was such a small segment in the video itself, so for them to be claiming a DMCA takedown request on the entire video is unfair and unjust. This takedown request triggered our concern that (i) the claimant might not have submitted the takedown request by mistake or misidentification, (ii) the claimant might not hold ownership of the intellectual property/rights related to the artwork, (iii) the takedown request is abusive, and (iv) our fair use assessment was proper under 17 U.S.C. § 107. Finally, a fair use exception applies to the use of the clip because the four factors under 17 U.S.C. § 107 can be easily met, that is (1) the use is essentially transformative, (2) the nature of the material is substantially factual, (3) the amount of use is minimal, and (4) the original copyright owner's ability to profit remains unaffected. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel. Your Truly, Rafael Barreto-Garcia Lawyer for The Untold Facts YouTube Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Barreto-Garcia

Rafael Barreto-Garcia
Avenida Copacabana 570
Rio Grande do Sul
91900-050
Brazil

theuntoldfacts@representative.com

(51) 99644-7558

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:23:24 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [0ESW7O4S2GCNSSWIPUKY5RFMTA] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2db5pxwh0u6o0h@google.com>
Date: Wed, Nov 15, 2023 at 9:31 AM
Subject: Re: [0ESW7O4S2GCNSSWIPUKY5RFMTA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=q3huhsn-Z-Q

Display name of uploader: FULL TOP'S

Le escribo en respuesta a sus quejas por infracción de derechos de autor con respecto a mi video. Si bien aprecio sus inquietudes sobre el uso no autorizado de su contenido, creo que mi video constituye un uso legítimo según los Estados Unidos. En primer lugar, me gustaría aclarar que el contenido utilizado en mis videos se obtuvo de videos de redes sociales disponibles públicamente. Como tal, creo que este contenido se considera uso legítimo ya que no se obtuvo a través de ningún medio no autorizado ni actividad infractora. Además, mis videos son un informe de noticias que proporciona comentarios, análisis y críticas de los videos de redes sociales disponibles públicamente. Como tal, es

de naturaleza transformadora y no reemplaza el contenido original. Este uso del contenido es consistente con el uso legítimo según 17 U.S.C. Artículo 107. Además, mis videos no son de naturaleza comercial y no recibo ninguna ganancia financiera por el uso del material protegido por derechos de autor. Este hecho respalda aún más mi creencia de que mi uso del contenido se considera uso legítimo. Por último, me gustaría enfatizar que mis videos tienen fines educativos e informativos. No es mi intención infringir sus derechos de autor y me he esforzado por garantizar que el material protegido por derechos de autor se utilice de manera coherente con el uso legítimo. A la luz de lo anterior, solicito respetuosamente que retire su queja por infracción de derechos de autor. Si tiene más preguntas o inquietudes, no dude en ponerse en contacto conmigo

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Francisco Morante Fuentes

Francisco Morante Fuentes
Pascual Caracena Torres nº6 4pta*
03201 Elche
Alicante
Spain

moantelogan87@gmail.com

622 04 64 53

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:02:33 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [OF6iLO5LSSOW46OZD7RWZMF5WT4] New Copyright Counter Notification

--------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3ck35f7anu4b0h@google.com>
Date: Tue, Nov 14, 2023 at 3:44 PM
Subject: Re: [OF6iLO5LSSOW46OZD7RWZMF5WT4] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=W1AC1IhCG5s

Display name of uploader: Viral Now

To Whom It May Concern, I am writing to formally contest the DMCA takedown request issued against my video on YouTube. I firmly believe that my content adheres to the principles of fair use as outlined in Section 107 of the Copyright Act. Purpose and Character of Use: My videos are created with the intention of providing commentary and education to our audience. They involve significant research, voice work, and editing, transforming the original content into something new and unique. Nature of the Copyrighted Work: The content I utilized is factual and was publicly available on the internet. Amount and Substantiality: Only minimal footage was used, essential to convey our

commentary and points effectively. Effect on the Market: The use of the footage does not in any way substitute or negatively impact the market for the original work. For legal precedents supporting my claim, please refer to: Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017) Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp.3d 1094 (C.D. Cal. 2015) Frey R. Werner, ET AL, V./ Landon Dowatsingh, ET AL. (C.D. Cal. 2018) I would like to emphasize that open communication could have been a more constructive approach. Had you reached out with concerns, I would have been willing to address them promptly, out of respect for your work and privacy, not necessarily due to copyright infringement. If the issue pertains to a specific segment or portrayal, please provide timestamps of the content in question. Once the copyright strike is lifted, I commit to removing or editing the specified content using YouTube's editor tool within 24 hours of the video's reinstatement. Please contact me directly at Top5bestbusiness@gmail.com to discuss this matter further. Thank you for your understanding and consideration.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Michael Chase

Gregory Michael Chase
13 Al Mamsha St., 3908 Murjan 1
Dubai
United Arab Emirates

gregorymchase@gmail.com

052 855 9634

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave., San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldm.com>
**Sent:** 11/16/2023 10:PV:0PDM
**To:** Riral s wM <viraldm@Fripiai[_com>
**Subject:** Q d: l5 5 SS\WΔ Z76TҬN2OT uf DJRCC5 - b4 +- e[  Copyright Cokrter - obl.ication

Oorf arded meFrage
**Orom: YouTube Copyright** <yoktkj_e diFpkteFI 01} 1xj_vlogti_4lh@google.com>
s ate: UkeA- ovv 1Y@2023 at 3:YҬDM
bkj ꞩbst:we: [l5 5 SS\WΔ Z76TҬN2OT uf DJRCC5 - b4 +- e[  Copyright Cokrter - obl.ication
uo: <copyright@viraldm.com>



' e received a coknter notij.ication Ifj eloj[ ?in reFponFie to a <u>copyright removal</u>
<u>re=keFt</u> that yok Fkj mitted. Q cokrter notij.ication iF a legal re=keFt, or f okukj e
to reinFiate a video that[ aF removed dke to a copyright removal re=keFt.

f ok have **10 US business days** to reply to thiF cokrter notij.ication. f okr
reFponFe **must include evidence that you've taken legal action against
the uploader** to [ eep the content, rom ] eing reinFtated to f okukj e. 4Fkallly A
evidence [ okld inclide a la[_Fkit againFt the kploaderF hich nameF the
f okukj e 4wzi#Fat iFFke and Feel F a cokrt order to reFtrain the alleged
in.ingement.

**Evidence should be submitted by replying directly to this email**, s o not
Fend yokr reply to <u>copyright@Qoktkj e.com</u>.

Qter 10 4 b j kFireFF dayFA, [ e don#Eget a reFponFe .rom yokAtΘhe content at
iFFke mayj e reinFtated to f okukj e. f ok can .ind more in.ormation aj okt the
legal action yok mkRtai e and ] hat evidence iF acceptaj le in okr <u>Velp Center</u>.

uhe f okukj e ueam

Cokrter - obl.ication aF_olloj F:

RideoF inclkded in cokrter noti.ication:

  • <u>http:[|_[|_yokti.e.com/f_atchKuJaF ' 1ppaC 9o</u>

s iFplay rame o, kploader: Riral - o[

uo'  hom ] May ConcernAЧ am [ riiting to _ormally conteFt the s MCQ tal edoj[ n
re=keFt iFFked againFt my video on f okukj e. ] imhlyj elieve that my content
adhereF to the principleFo, air kFe aF okdlined in b section 107_o, the Copyright
Qct. DkrpoFe and Character o, 4Fe: My videoF are created [ ]th the intention o,
providing commentary and edkication to okr akdience. uhey involve Figni.icant
reFearchA voice [ ori Aand editingAtranF.orming the original content into
Fomething neﬂ[  and kni=ke. - atkre o, the Copyrighted ' orl :uhe content ]
killiBad iF_ackal and [ aF pkj iicly availaj le on the internet. Qmokrt and
bkj Fantiality: Qnly minimal ,ootage [ aF kFed Ae Ftential to convey okr

commentary and poiniF e, ,ectively. • ,ect on the Marl et: uhe kFe o, the ,ootage
doeF not in any [ ,ay Rkj Flkte or negatively impact the marl et ,or the original
[ orl . Ooi legal precedenfF Rkporting my claimApleaFe re,er to: 'WoFFeinRadeh
v. TeinAO76 Ob.txpp.3d 3Yℓℓ.s - , f ,2017'7• =kaiF uhree/AzC v. 9ki in MediaA
)nc.Al3) Ob.txpp.3d10) Y℘.s . Cal. 201F7Oley w. ' emerfr u Qz. R ,zandon
s q] aliFingf•k u Qz. HE.s . Cal. 201V7[| oklo il e to emphaFiFe that open
comminication cokld have j een a more conFtrictive approach. Wad yok
reached okt [ ith concernFRj[ okld have j een [ illing to addreFF them promptlyA
okt o, reFpect or yokr [ orl and privacyAnot neceFFarily dke to copyright
in,ingment j, the iFFke pertainFe to a Fpeci,ic Fegment or portrayalApleaFe
provide timeRampF o, the content in =keFtion. Once the copyright Rhi e iF iFated tool
] commit to removing or editing the Fpeci,ied content kFing f okukj eiF editor tool
[ ithin 2Y hokrF o, the videoiF reinRatement. DleaFe contact me directly at
uopPLeFLkFineFF@gmail.com to diFckFF thiF matter ,krther. uhanl ,yok ,or yokr
knderRanding and conFideration.

]F[ ear/Akrrder penalty o, persjkryAthat ] have a good ,aith j elie, the material [ ,aF
removed dke to a miFtal e or miFidenti,ication o, the material to j e removed or
diFraj led.

] conFent to the jkriFdiction o, the Oederal s iRrict Cokrt ,or the diFtrict in [ hich
my addreFF iF located:or:i, my addreFF iF oktFide o, the 4 nited btateFAthe
dkdicial diFtrict in [ hich f okukj eiF located:Aand [ ill accept Fervice o, proceFF
,rom the claimant.

Z regory Michael ChaFe

Z regory Michael ChaFe
13 Od MamFha b1A3) 0V Mkran 1
s kj ai
4 nited Qraj • mirateF

gregorymchaFe@gmail.com

0P2 VFP ) 63Y

Wkip Center © ,mail Gption'F

 Voutube

B 2021 Zoogle zzC d/L/a f okukj eA) 01 Cherry QeeAran NkrooACQ1 Y066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:15:18 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RDTUGWPMNEH75JP5CSNV3XFGHE] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3aiawsi7xaqws0h@google.com>
Date: Mon, Nov 13, 2023 at 3:43 PM
Subject: Re: [RDTUGWPMNEH75JP5CSNV3XFGHE] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=ROrLeZeKtCg

Display name of uploader: FactFile

Our videos are made with the fair use doctrine in mind. The footage wasn't used in order to impact your market, and minimal content was used to get our points across with commentary over it to educate our fans. These videos take hours of research, voice work, and editing. I try to use minimal footage as to not affect people like yourselves living. I fully believe my content is fair in use. Please refer to Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017); Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp. 3d 1094 (C.D. Cal. 2015); Frey R. Werner, ET AL. V. Landon Dowlatsingh, ET AL. (C.D. Cal. 2018). You could've messaged me to remove the video, and I would've responded promptly, and cut

out your segment, out of respect for an artist. (Not on the grounds of copyright abuse.) Instead, you sent a DMCA takedown request on my video. Fair use doesn't require citing works, it doesn't require a license, and you can profit from a picture or video, whilst it still falls under fair use . Section 107 of the copyright act, was specifically created to promote freedom of expression by permitting the unlicensed use of copyright-protected works in certain circumstances. This can be as simple as commenting on the subject. I am not trying to substitute your original work, I am using a factual work that was published on the internet. A short segment with commentary over it was used to get our points across on the subject matter. Note: If this DMCA strike was over a face, or you just really don't want your portion of the video on my channel, I'm more than a reasonable person. I'd remove it on the grounds of respecting your privacy, and your art, not on the grounds of copyright abuse. Contact me at: Top5bestbusiness@gmail.com and once the copyright strike is removed, I'll remove the content out of the video using YouTube's editor tool within the same day the video is reinstated. You'll also have to give me the timestamps of where your content is placed within the video.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Chase

Gregory Chase
3908 13, Al Mamsha St
Dubai
United Arab Emirates

Top5bestbusiness@gmail.com

052 855 9634

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:04:18 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RE3A4RIZESXDE4KP2OZVKICPA] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+123ue3aebqd60h@google.com>
Date: Wed, Nov 15, 2023 at 2:23 AM
Subject: Re: [RE3A4RIZESXDE4KP2OZVKICPA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=4Lc.l64Mmi7g

Display name of uploader: El Amerikano

This is a copyright counter notification on behalf of El Amerikano, Channel available at https://www.youtube.com/channel/UC0Yyn_LocqY5P6d5ekMScbA On November 8th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Este Fenómeno Se Cobra Cientos De Vidas Al Año, Pero Solo Ei 5% De Las Personas Lo Conocen, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative--our video is a compilation of multiple extreme

weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual--the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal--the used clip has 4 seconds of a total of 7:04 minutes from the original video; hence we only used about 1% or less of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected--we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:39:18 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [S7OJ2KF57KXTEGFHOJOBIBSQOE] New Copyright Counter Notification

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 10:07 PM
Subject: Fwd: [S7OJ2KF57KXTEGFHOJOBIBSQOE] New Copyright Counter Notification
To: <brenda@wxchasing.com>, <copyright@viraldrm.com>

Counter-notification from 100M.

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2pjvkfum1wn910h@google.com>
Date: Tue, Nov 14, 2023 at 8:47 PM
Subject: Re: [S7OJ2KF57KXTEGFHOJOBIBSQOE] New Copyright Counter Notification
To: <stormhighway@gmail.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=fADXOzb1l3Q

Display name of uploader: 100M

To Whom It May Concern, I am writing to formally contest the DMCA takedown request issued against my video on YouTube. I firmly believe that my content adheres to the principles of fair use as outlined in Section 107 of the Copyright Act. Purpose and Character of Use: My videos are created with the intention of providing commentary and education to our audience. They involve significant research, voice work, and editing, transforming the original content into something new and unique. Nature of the Copyrighted Work: The content I utilized is factual and was publicly available on the internet. Amount and Substantiality: Only minimal footage was used, essential to convey our commentary and points effectively. Effect on the Market: The use of the footage does not in any way substitute or negatively impact the market for the original work. For legal precedents supporting my claim, please refer to: Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017) Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp. 3d 1094 (C.D. Cal. 2015) Frey R. Werner, ET AL. V. Landon Dowtalsingh, ET AL. (C.D. Cal. 2018) I would like to emphasize that open communication could have been a more constructive approach. Had you reached out with concerns, I would have been willing to address them promptly, out of respect for your work and privacy, not necessarily due to copyright infringement. If the issue pertains to a specific segment or portrayal, please provide timestamps of the content in question. Once the copyright strike is lifted, I commit to removing or editing the specified content using YouTube's editor tool within 24 hours of the video's reinstatement. Please contact me directly at Top5bestbusiness@gmail.com to discuss this matter further. Thank you for your understanding and consideration.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Michael Chase

Gregory Michael Chase
13 Al Mamsha St., 3908 Murjan 1
Dubai
United Arab Emirates

gregorymchase@gmail.com

052 855 9634

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 9:16:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [TJALZCNJ7ICJ7WE4Z2UOEFVAQI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes-3bkaz6v2ixhb90h@google.com>
Date: Thu, Nov 16, 2023 at 10:34 AM
Subject: Re: [TJALZCNJ7ICJ7WE4Z2UOEFVAQI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=7nQ7b1TDvVw

Display name of uploader: Dusark

I believe my video was removed due to an error or misidentification. My content is covered by copyright exception law, namely, Fair use. The claimant misidentified the purpose of my video. My content is within fair use and fair dealing. If you review my video you will see that the main purpose of my work is reaction, criticism and Review. In my video, I provide my extensive commentary to review and criticise the clip in question and use a reaction format which is protected by fair use due to its transformative nature and has legal precedent. I believe I have the right to use this material due to fair use law. My video also does not cause damages to the claimant, it does not replace it and does not put

it in negative light. There is no basis for this video to be taken down and that's why I believe that the claimant misidentified the video and made a mistake in requesting a takedown notice. This is unlawful and unfair. I submit this counter-notification in accordance to the following law: Fair use is protected and Codified in Section 107 of the Copyright Act. As stated, Fair use allows persons other than the copyright owner to make certain limited uses of copyrighted material without the copyright owner's permission (17 U.S.C. § 107). Fair use is an affirmative defense to copyright infringement, with legal precedent.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Eleftherios Nicolaou

Eleftherios Nicolaou
Eleftherias 10 kolossi
Limassol, cy 4632
Cyprus

Animalrealitychannel@gmail.com

99 609514

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▲ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:13:20 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [TZP3OFM6POCDUC4RU26T26FSY] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+06vwtwsco9x0h@google.com>
Date: Thu, Nov 16, 2023 at 9:20 AM
Subject: Re: [TZP3OFM6POCDUC4RU26T26FSY] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=NdzNiS2T1tw

Display name of uploader: Lama Faché

Hello Youtube. The use of this element falls under fair use, as described by the law "Fair use allows limited use of copyrighted material without permission for purposes such as criticism, parody, news reporting, research and scholarship, and teaching." Best regards

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Myriam Yvette

Myriam Yvette
Meadows 9, Villa 14
Dubai
United Arab Emirates

eli.milas@gmail.com

050 359 6039

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube. 901 Cherry Ave. San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:15:35 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [UDZXY6NM4VHOBGHQ3J4MM5UKM] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3spxeagokopxh0h@google.com>
Date: Mon, Nov 13, 2023 at 3:43 PM
Subject: Re: [UDZXY6NM4VHOBGHQ3J4MM5UKM] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=AxFRsfmuUc

Display name of uploader: FactFile

Our videos are made with the fair use doctrine in mind. The footage wasn't used in order to impact your market, and minimal content was used to get our points across with commentary over it to educate our fans. These videos take hours of research, voice work, and editing. I try to use minimal footage as to not affect people like yourselves living. I fully believe my content is fair in use. Please refer to Hosseinzadeh v. Klein, 276 F.Supp.3d 34 (S.D.N.Y. 2017); Equals Three, LLC v. Jukin Media, Inc., 139 F. Supp. 3d 1094 (C.D. Cal. 2015); Frey R. Werner, ET AL. V. Landon Dowlatsingh, ET AL. (C.D. Cal. 2018). You could've messaged me to remove the video, and I would've responded promptly, and cut

out your segment, out of respect for an artist. (Not on the grounds of copyright abuse.) Instead, you sent a DMCA takedown request on my video. Fair use doesn't require citing works, it doesn't require a license, and you can profit from a picture or video, whilst it still falls under fair use. Section 107 of the copyright act, was specifically created to promote freedom of expression by permitting the unlicensed use of copyright-protected works in certain circumstances. This can be as simple as commenting on the subject. I am not trying to substitute your original work, I am using a factual work that was published on the internet. A short segment with commentary over it was used to get our points across on the subject matter. Note: If this DMCA strike was over a face, or you just really don't want your portion of the video on my channel, I'm more than a reasonable person. I'd remove it on the grounds of respecting your privacy, and your art, not on the grounds of copyright abuse. Contact me at: Top5bestbusiness@gmail.com and once the copyright strike is removed, I'll remove the content out of the video using YouTube's editor tool within the same day the video is reinstated. You'll also have to give me the timestamps of where your content is placed within the video.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Gregory Chase

Gregory Chase
3908 13, Al Mamsha St
Dubai
United Arab Emirates

Top5bestbusiness@gmail.com

052 855 9634

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 9:16:47 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VECB7FVUP4K6FBCSUGEEJ3O4BI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1g1h4q4pxkvs00h@google.com>
Date: Thu, Nov 16, 2023 at 10:34 AM
Subject: Re: [VECB7FVUP4K6FBCSUGEEJ3O4BI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=6u01tk4QS8E

Display name of uploader: Dusark

I believe my video was removed due to an error or misidentification. My content is covered by copyright exception law, namely, Fair use. The claimant misidentified the purpose of my video. My content is within fair use and fair dealing. If you review my video you will see that the main purpose of my work is reaction, criticism and Review. In my video, I provide my extensive commentary to review and criticise the clip in question and use a reaction format which is protected by fair use due to its transformative nature and has legal precedent. I believe I have the right to use this material due to fair use law. My video also does not cause damages to the claimant, it does not replace it and does not put

it in negative light. There is no basis for this video to be taken down and that's why I believe that the claimant misidentified the video and made a mistake in requesting a takedown notice. This is unlawful and unfair. I submit this counter-notification in accordance to the following law. Fair use is protected and Codified in Section 107 of the Copyright Act. As stated, Fair use allows persons other than the copyright owner to make certain limited uses of copyrighted material without the copyright owner's permission (17 U.S.C. § 107). Fair use is an affirmative defense to copyright infringement, with legal precedent.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Eleftherios Nicolaou

Eleftherios Nicolaou
Eleftherias 10 Kolossi
Limassol, CY 4632
Cyprus

animalrealitychannel@gmail.com

99 609514

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:17:02 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XlUGMV6KP3UANDG4LWTY5OY6I] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2zcn6a6rqlum01h@google.com>
Date: Thu, Nov 16, 2023 at 3:14 AM
Subject: Re: [XlUGMV6KP3UANDG4LWTY5OY6I] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=lIAoLr6qmg4

Display name of uploader: Factsopedia

This is a copyright counter notification on behalf of Factsopedia. Channel available at https://www.youtube.com/channel/UC5TSOsuoSSXR5B7RiVVCVSA/ On November 16th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: 20 People Almost Struck by Lightning, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative--our video is a compilation of

multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics. (2) the nature of the material is substantially factual—the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the original copyright owner's ability to profit remains unaffected—we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:54:07 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XV5OPAQHSD2XRBQAUGVPDM54F4] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2xend4wtxwkt0h@google.com>
Date: Tue, Nov 14, 2023 at 8:59 PM
Subject: Re: [XV5OPAQHSD2XRBQAUGVPDM54F4] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=G0GYnAROSuM

Display name of uploader: The Overworld

This is a copyright counter notification on behalf of The Overworld. Channel available at
https://www.youtube.com/channel/UCZ4yEzW83GVZzVeXxjDAM3PA On November 12th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: If You See This In The Sky, You Have a Few Seconds to Hide, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative—our video is a

compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics, (2) the nature of the material is substantially factual--the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal--the used clip has 3 seconds of a total of 9:04 minutes from the original video; hence we only used 1% or less of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected--we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:17:48 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XYLKZ7U24APE7NLVTONMRE63ZA] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1211xsxmp3drkxh@google.com>
Date: Wed, Nov 15, 2023 at 11:14 AM
Subject: Re: [XYLKZ7U24APE7NLVTONMRE63ZA] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=GGxGCS9IS6A

Display name of uploader: FULL TOP'S

Le escribo en respuesta a sus quejas por infracción de derechos de autor con respecto a mi video. Si bien aprecio sus inquietudes sobre el uso no autorizado de su contenido, creo que mi video constituye un uso legítimo según los Estados Unidos. En primer lugar, me gustaría aclarar que el contenido utilizado en mis videos se obtuvo de videos de redes sociales disponibles públicamente. Como tal, creo que este contenido se considera uso legítimo ya que no se obtuvo a través de ningún medio no autorizado ni actividad infractora. Además, mis videos son un informe de noticias que proporciona comentarios, análisis y críticas de los videos de redes sociales disponibles públicamente. Como tal, es

de naturaleza transformadora y no reemplaza el contenido original. Este uso del contenido es consistente con el uso legítimo según 17 U.S.C. Artículo 107. Todos mis videos tienen un proceso creativo, además de ir narrados y el uso de dicho fragmento es minúsculo. Además, mis videos no son de naturaleza comercial y no recibo ninguna ganancia financiera por el uso del material protegido por derechos de autor. Este hecho respalda aún más mi creencia de que mi uso del contenido se considera uso legítimo. Por último, me gustaría enfatizar que mis videos tienen fines educativos e informativos. No es mi intención infringir sus derechos de autor y me he esforzado por garantizar que el material protegido por derechos de autor se utilice de manera coherente con el uso legítimo. A la luz de lo anterior, solicito respetuosamente que retire su queja por infracción de derechos de autor. Si tiene más preguntas o inquietudes, no dude en ponerse en contacto conmigo

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Francisco Morante Fuentes

Francisco Morante Fuentes
Pascual Caracena Torres nº6 4 pta
03201 Elche
Alicante
Spain

morantelogan87@gmail.com

622 04 64 53

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 10:42:04 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [Z9CRR5C5BTTM4PKEAHZOGLSEZOI] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2xwukimxf9n5y0h8@google.com>
Date: Tue, Nov 14, 2023 at 9:18 PM
Subject: Re: [Z9CRR5C5BTTM4PKEAHZOGLSEZOI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=bxLHdGrli0

Display name of uploader: The Overworld

This is a copyright counter notification on behalf of The Overworld. Channel available at
https://www.youtube.com/channel/UCZ4yEzW83GVZzVeXdDAM3PA On November 12th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: 20 Scariest Natural Phenomena Recorded On Camera, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative—our video is a

compilation of multiple extreme weather events that goes way beyond the specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics, (2) the nature of the material is substantially factual—the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the amount of use is minimal—the used clip has 4 seconds of a total of 6:05 minutes from the original video; hence we only used 1% or less of the original video, which is very minimal; and (4) the original copyright owner's ability to profit remains unaffected—we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:21:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [Z3KPYMX7YOCELWAPFBMBKEJI] New Copyright Counter Notification

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1cb5dvf07gop0h@google.com>
Date: Mon, Nov 13, 2023 at 10:04 AM
Subject: Re: [Z3KPYMX7YOCELWAPFBMBKEJI] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=EPzoOkKK8b14

Display name of uploader: The Supreme

The video clips & images shown inside our video "One In A Million Moments From Nature" are narrated by a narrator in an informative manner and broken down into parts, making it transformative under Fair Use Law. We deserve our Rights to take this to court if we feel the need to. Our videos are determined under Fair use, my legal team and I have examined. My lawyers and I are waiting for the appeal to be accepted. We have our Rights.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or

disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Leonardo Delgado Garcia

Leonardo Delgado Garcia
Avinguda Del Fener N12 2A
AD700 Escaldes Engordany
Andorra

top5supreme@hotmail.com

371 232

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▲ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viralstm.com>
**Sent:** 11/16/2023 10:10:29 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [5DFFM4J5V2ZV/CFNRZX3QOXW6YM] New Copyright Counter Notification

--------- Forwarded message ---------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Thu, Nov 16, 2023 at 12:03 PM
Subject: Fw: [5DFFM4J5V2ZV/CFNRZX3QOXW6YM] New Copyright Counter Notification
To: copyright@viralstm.com <copyright@viralstm.com>

------ Forwarded Message ------
From: "YouTube Copyright <youtube-disputes+1jdrwrl37c1w0h@google.com>
To: "hankschyma@yahoo.com" <hankschyma@yahoo.com>
Sent: Thursday, November 16, 2023, 10:09:36 AM CST
**Subject:** Re: [5DFFM4J5V2ZV/CFNRZX3QOXW6YM] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=9JXbu7XlY

Display name of uploader: DRAKOTAKO CHANNEL

El video en cuestión es una creación original mía, incluyendo tanto el guion

como la narración. Aseguro que todo el contenido audiovisual y escrito ha sido elaborado por mí, sin infracción alguna a derechos de autor de terceros. Reconozco que en mi video se utilizan ciertas imágenes y/o fragmentos de obras ajenas. Sin embargo, esto se hace bajo la doctrina de "uso justo" contemplada en la ley de derechos de autor. Las imágenes se utilizan exclusivamente con fines educativos/documentales y representan solo una pequeña fracción del contenido total del video. El uso de las imágenes y/o fragmentos en mi video no afecta de ninguna manera el valor comercial de las obras originales, sino que, por el contrario, puede incentivar a la audiencia a buscar y consumir el material original. Entiendo la seriedad de los reclamos de derechos de autor y respeto las leyes pertinentes. Por lo tanto, estoy dispuesto a defender mi caso en un juicio si es necesario, confiando en que mi uso del material se ajusta a los criterios de "uso justo".

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Cristian José Rubio Parreño

Cristian José Rubio Parreño
Calle Santo Tomás 34, 1ºizq
03130 Santa Pola
Alicante
Spain

drakotako666@gmail.com

616 67 40 51

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viralrm.com>
**Sent:** 11/16/2023 9:14:24 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [276SYAK25A6XWITETZJ6N3CETI] New Copyright Counter Notification

--------- Forwarded message ---------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Thu, Nov 16, 2023 at 12:03 PM
Subject: Fw: [276SYAK25A6XWITETZJ6N3CETI] New Copyright Counter Notification
To: copyright@viralrm.com <copyright@viralrm.com>

------ Forwarded Message ------
**From:** YouTube Copyright <youtube-disputes+17rsherf6ng5o0h@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Thursday, November 16, 2023, 10:29:07 AM CST
**Subject:** Re: [276SYAK25A6XWITETZJ6N3CETI] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=dJuW9o-3TOI

Display name of uploader: Dusark

I believe my video was removed due to an error or misidentification. My content

is covered by copyright exception law, namely, Fair use. The claimant misidentified the purpose of my video. My content is within fair use and fair dealing. If you review my video you will see that the main purpose of my work is reaction, criticism and Review. In my video, I provide my extensive commentary to review and criticise the clip in question and use a reaction format which is protected by fair use due to its transformative nature and has legal precedent. I believe I have the right to use this material due to fair use law. My video also does not cause damages to the claimant, it does not replace it and does not put it in negative light. There is no basis for this video to be taken down and thats why I believe that the claimant misidentified the video and made a mistake in requesting a takedown notice. This is unlawful and unfair. I submit this counter-notification in accordance to the following law: Fair use is protected and Codified in Section 107 of the Copyright Act. As stated, Fair use allows persons other than the copyright owner to make certain limited uses of copyrighted material without the copyright owner's permission (17 U.S.C. § 107). Fair use is an affirmative defense to copyright infringement, with legal precedent.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Eleftherios Nicolaou

Eleftherios Nicolaou
Eleftherias 10 kolossi
Limassol, cy 4632
Cyprus

Animalrealtychannel@gmail.com

99 609514

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:20:56 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: FW: [CO2W6QG5K3AQEHtt4JXTRBXA6LO4] New Copyright Counter Notification

**FOR BRIEF OF EVIDENCE**

COUNTER NOTIFICATION
https://www.youtube.com/watch?v=UOlrhN0aA4

**From:** YouTube Copyright <youtube-disputes+1cm5qsz4ourc40h2@google.com>
**Sent:** Wednesday, 15 November 2023 7:55 PM
**To:** news@newsmedia.net.au
**Subject:** Re: [CO2W6QG5K3AQEHtt4JXTRBXA6LO4] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email. Do not send your reply to** copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=UOlrhN0aA4

Display name of uploader: DRAKOTAKO CHANNEL

El video en cuestión es una creación original mía, incluyendo tanto el guión como la narración. Aseguro que todo el contenido audiovisual y escrito ha sido elaborado por mí, sin infracción alguna a derechos de autor de terceros. Reconozco que en mi video se utilizan ciertas imágenes y/o fragmentos de

obras ajenas. Sin embargo, esto se hace bajo la doctrina de "uso justo" contemplada en la ley de derechos de autor. Las imágenes se utilizan exclusivamente con fines educativos/documentales y representan solo una pequeña fracción del contenido total del vídeo. El uso de material ajeno en mi vídeo no disminuye el valor comercial de dichas obras, sino que puede incentivar a la audiencia a buscar y consumir los trabajos originales. Entiendo la seriedad de los reclamos de derechos de autor y respeto las leyes pertinentes. Por lo tanto, estoy dispuesto a defender mi caso en un juicio si es necesario, confiando en que mi uso del material se ajusta a los criterios de "uso justo".

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Cristian José Rubio Parreño

Cristian José Rubio Parreño
Calle Santo Tomás 34, 1°izq
03130 Santa Pola
Alicante
Spain

drakotako666@gmail.com

616 67 40 51

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:25:26 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: FW: [OLFNS6O2ZJfTJWWIWAK4GAWHKA] New Copyright Counter Notification

**FOR BRIEF OF EVIDENCE**

COUNTER NOTIFICATION
https://www.youtube.com/watch?v=yAawuXfqjq8

**From:** YouTube Copyright <youtube-disputes+3fktq4-youf690h@google.com>
**Sent:** Wednesday, 15 November 2023 10:31 PM
**To:** news@newsmedia.net.au
**Subject:** Re: [OLFNS6O2ZJfTJWWIWAK4GAWHKA] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

• http://www.youtube.com/watch?v=yAawuXfqjq8

Display name of uploader: The Untold Facts

This is a copyright counter notification on behalf of The Untold Facts ("Channel") available at https://www.youtube.com/channel/UCDUho-cyO2bU6P5RxNNG6oQ. On November 15, 2023, our Channel received a content removal request by Chris Tangey ("claimant") targeting the following videos and respective content for infringing his copyrights: (1) If These Phenomena Weren't Recorded, No One

Would Believe It, where less than 1 second of a clip that was transformed and modified used and claimed as an original work. The use of this clip is essentially transformative because it was given new meaning to the original expression. This was done by adding commentary, background audio, transitions, colour grading, visual effects and sound effects. Thus, transforming the short clip and giving it a totally new meaning. Additionally, the clip was such a small segment in the video itself, so for them to be claiming a DMCA takedown request on the entire video is unfair and unjust. This takedown request triggered our concern that (i) the claimant might have submitted the takedown request by mistake or misidentification, (ii) the claimant might not hold ownership of the intellectual property rights related to the artwork, (iii) the takedown request is abusive, and (iv) our fair use assessment was proper under 17 U.S.C. § 107. Finally, a fair use exception applies to the use of the clip because the four factors under 17 U.S.C. § 107 can be easily met, that is (1) the use is essentially transformative, (2) the nature of the material is substantially factual, (3) the amount of use is minimal, and (4) the original copyright owner's ability to profit remains unaffected. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel. Your Truly, Rafael Barreto-Garcia Lawyer for Binge Watch YouTube Channel.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Barreto-Garcia

Rafael Barreto-Garcia
Avenda Copacabana 570
Porto Alegre - Rio Grande do Sul
91900-050
Brazil

theuntoldfacts@representative.com

(51) 99644-7558

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 7:44:31 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: FW: [WTDXZJEISDGJR4JVMUVIRFQAM] New Copyright Counter Notification

**FOR BRIEF OF EVIDENCE**

COUNTER NOTIFICATION
http://www.youtube.com/watch?v=egW8uLbyfl

**From:** YouTube Copyright <youtube-disputes+2qdfget05bfvsfhq@google.com>
**Sent:** Friday, 17 November 2023 3:30 AM
**To:** news@rexsmedia.net.au
**Subject:** Re: [WTDXZJEISDGJR4JVMUVIRFQAM] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

  • http://www.youtube.com/watch?v=egW8uLbyfl

Display name of uploader: Dusark

I believe my video was removed due to an error or misidentification. My content is covered by copyright exception law, namely, Fair use. The claimant misidentified the purpose of my video. My content is within fair use and fair dealing. If you review my video you will see that the main purpose of my work is reaction, criticism and Review. In my video, I provide my extensive commentary

to review and criticise the clip in question and use a reaction format which is protected by fair use due to its transformative nature and has legal precedent. I believe I have the right to use this material due to fair use law. My video also does not cause damages to the claimant, it does not replace it and does not put it in negative light. There is no basis for this video to be taken down and that's why I believe that the claimant misidentified the video and made a mistake in requesting a takedown notice. This is unlawful and unfair. I submit this counter-notification in accordance to the following law: Fair use is protected and Codified in Section 107 of the Copyright Act. As stated, Fair use allows persons other than the copyright owner to make certain limited uses of copyrighted material without the copyright owner's permission (17 U.S.C. § 107). Fair use is an affirmative defense to copyright infringement, with legal precedent.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Eleftherios Nicolaou

Eleftherios Nicolaou
Eleftherias 10 Kolossi
Limassol, cy 4632
Cyprus

Animalrealitychannel@gmail.com

99 609514

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 7:22:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: FW: [YPFHXSOKTODMXQ6IHHOBYPGFEPU] New Copyright Counter Notification

**FOR BRIEF OF EVIDENCE**

COUNTER NOTIFICATION
https://www.youtube.com/watch?v=SZpQEQ7wLF4

**From:** YouTube Copyright <youtube-disputes+1i8c848ehfsqth@google.com>
**Sent:** Wednesday, 15 November 2023 10:21 PM
**To:** news@newsmedia.net.au
**Subject:** Re: [YPFHXSOKTODMXQ6IHHOBYPGFEPU] New Copyright Counter Notification



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

* http://www.youtube.com/watch?v=SZpQEQ7wLF4

Display name of uploader: FULL TOP'S

Le escribo en respuesta a sus quejas por infracción de derechos de autor con respecto a mi video. Si bien aprecio sus inquietudes sobre el uso no autorizado de su contenido, creo que mi video constituye un uso legítimo según los

Estados Unidos. En primer lugar, me gustaría aclarar que el contenido utilizado en mis videos se obtuvo de videos de redes sociales disponibles públicamente. Como tal, creo que este contenido se considera uso legítimo ya que no se obtuvo a través de ningún medio no autorizado ni actividad infractora. Además, mis videos son un informe de noticias que proporciona comentarios, análisis y críticas de los videos de redes sociales disponibles públicamente. Como tal, es de naturaleza transformadora y no reemplaza el contenido original. Este uso del contenido es consistente con el uso legítimo según 17 U.S.C. Artículo 107. Además, mis videos no son de naturaleza comercial y no recibo ninguna ganancia financiera por el uso del material protegido por derechos de autor. Este hecho respalda aún más mi creencia de que mi uso del contenido se considera uso legítimo. Por último, me gustaría enfatizar que mis videos tienen fines educativos e informativos. No es mi intención infringir sus derechos de autor y me he esforzado por garantizar que el material protegido por derechos de autor se utilice de manera coherente con el uso legítimo. A la luz de lo anterior, solicito respetuosamente que retire su queja por infracción de derechos de autor. Si tiene más preguntas o inquietudes, no dude en ponerse en contacto conmigo.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Francisco Morante Fuentes

Francisco Morante Fuentes
Pascual Caracena Torres nº6 4pta
03201 Elche
Alicante
Spain

montantelogan87@gmail.com

622 04 64 53

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/17/2023 11:09:09 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BWRQWWJPKKSLHAOGTOUIAODY] New Copyright Counter Notification

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3imv0qr000erf0h@google.com>
Date: Fri, Nov 17, 2023 at 8:37 AM
Subject: Re: [BWRQWWJPKKSLHAOGTOUIAODY] New Copyright Counter Notification
To: <copyright@viraldrm.com>



We received a counter notification (below) in response to a copyright removal request that you submitted. A counter notification is a legal request for YouTube to reinstate a video that was removed due to a copyright removal request.

You have **10 US business days** to reply to this counter notification. Your response **must include evidence that you've taken legal action against the uploader** to keep the content from being reinstated to YouTube. Usually, evidence would include a lawsuit against the uploader, which names the YouTube URL(s) at issue and seeks a court order to restrain the alleged infringement.

**Evidence should be submitted by replying directly to this email.** Do not send your reply to copyright@youtube.com.

After 10 US business days, if we don't get a response from you, the content at issue may be reinstated to YouTube. You can find more information about the legal action you must take and what evidence is acceptable in our Help Center.

- The YouTube Team

Counter Notification as follows:

Videos included in counter notification:

- http://www.youtube.com/watch?v=T1qZWzzzOn00

Display name of uploader: Factsopedia

This is a copyright counter notification on behalf of Factsopedia. Channel available at https://www.youtube.com/channel/UC5TSOsu6SXR5B7RiVvCVSA On November 16th, 2023, our Channel received a content removal request by ViralDRM (claimant) targeting the following video and respective content for allegedly infringing its copyrights: Driver Sees This on the Road and Immediately Knows He's In Trouble, where a short clip was used and claimed as an original work. A fair use exception applies to the use of the clip because the four factors under 17 USC § 107 are met: (1) the use is essentially transformative–our video is a compilation of multiple extreme weather events that goes way beyond the

specific weather event depicted in the clip; our main purpose is to educate viewers about the different facets of climate change in the world as a whole, not specifically to the location and time of the clipped event; we gave new meaning to the original expression by adding commentary, background audio (voice-over), transitions, color grading, visual and sound effects, which required the writing of a script based on 15-20 topics such as: - Topic 20: "Witch in the desert" - Topic 19: "Hennessey Fire" - Topic 17: "Men h Black On a Highway At Night" (2) the nature of the material is substantially factual–the original clip lacks any artistic decision because it is simply raw footage of a weather event; (3) the original copyright owner's ability to profit remains unaffected–we don't sell or license our videos to news or weather channels; our target audience is restricted to YouTube viewers. For the reasons above we respectfully request the reinstatement of the content we believe was mistakenly removed from our Channel.

I swear, under penalty of perjury, that I have a good faith belief that the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Rafael Delgado Garcia

Rafael Delgado Garcia
Can Noguer Numero 22
AD700 Escaldes-Engordany
Andorra

OfficialAmerikano@hotmail.com

395 500

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 11/16/2023 11:14:PM VM
**To:** Diral Rs M <viraldrm@wiplaF.com>
**Subject:** [Fd: ZIGL K5I 6JXE4Y[] s GL CGK5[ NRuf - 5eF Copyright Cobnter 5oti+cation

xxxxxxx[ orForded mewege xxxxxxx
[rom: **Brandon Clement** <Brandon@F Tchawing.com>
Rate [ ri, 5ov 16, 2023 at :P9JVM
W09ject: [Fd: ZIGL K5I 6JXE4Y[] s GL CGK5[ NRuf - 5eF Copyright Cobnter 5oti+cation
)o: Copyright Management <copyright@viraldrm.com>

xxxxxxx[ orForded mewege xxxxxxx
[rom: **Mike Olbinski** <mige@migeol9inuq.com>
Rate [ ri, 5ov 16, 2023 at :P2 VM
W09ject: [Fd: ZIGL K5I 6JXE4Y[] s GL CGK5[ NRuf - 5eF Copyright Cobnter 5oti+cation
)o: Arenda AroFn <9renda@F Tchawing.com>, <9randon@F Tchawing.com>

xxxxxxx[ orForded mewege xxxxxxx
[rom: **YouTube Copyright** <yobtb9exdiwpbtew.0d_wtSevdSarSthi@google.com>
Rate [ ri, 5ov 16, 2023 at 6:P2JVM
W09ject: s e: ZIGL K5I 6JXE4Y[] s GL CGK5[ NRuf - 5eF Copyright Cobnter 5oti+cation
)o: <mige@migeol9inuq.com>

L e received a cobnter noti+cation (9eloF" in rewponve to a copyright removal re+bew] that yob w09nihed. V cobnter noti+cation iwa legal re+bew +or Nob) t9e to reinwtate a video that F awremoved dbe to a copyright removal re+bewl.

Nob have **10 US business days** to reply to thivcobnter noti+cation. Nobr rewponve **must include evidence that you've taken legal action against the uploader** to qeep the content +rom 9eing reinwtated to Nob) t9e. Yvbally, evidence Fobki include a laF*ubit againwt the bploader, F hich namevthe Nob) t9e Ys JW at iwbe and weeqwa cobrt order to rewtrain the alleged inmingement.

**Evidence should be submitted by replying directly to this email**. Ro not vend ybr reply to copyright@yobtt9e.com.

V+ter 10 YW9binewvdayw, i+Fe don't get a rewponve +rom yob, the content at iwbe may 9e reinwtated to Nob) t9e. Nob can +nd more in+ormation a9obt the legal action yob m9xt tage and F hat evidence iwacceptable in obr Lelp Center.

x) he Nnb) b9e ) eam

Cobnter 5 oti ication awetoioF w

Dideowincbded in cobnter noti ication:

- http://F.F.F yobit9e.com/F atch=xQV@25 Wbmy8z

Riwplay name o+tbploader [ act ile

) o L hom a May Concorn, zam F riiting to +ornally contexd the RMCV tiapedoF n refbowl iwbod iwabod against my video on Nnb) b9e. zkmity 9eliewe that my content adherewto the principlewo+teir bwe awobtlined in ection 106 o+the Copyright Vct. Xbrpowe and Character o+Yue. My videoware created F ith the intention o+ providing commentary and edtcation to obr abdience. ) hey involve wignit+cant research, voice Forq, and editing, tranwerming the original content into womething neiF and bniHoe. 5atbre o+the Copyrighted L orq; ) he content z biii8ed iwebchal and F awpb9iidy availa9le on the internet. Vmobnt and Wb9wantiaity. Only minimal +eotage F awbded, ewwential to convey obr commentary and pointwe+eotively. f +ect on the Marqet; ) he bwe o+the +eotage doewnot in any F ay wb9wtitte or negatively impact the marqet +or the original Forq, [ or legal precedentwebpporting my claim, pleawe re+er to: ] oweinbadeh v. Blein, 26E [ .Wbp.3d 3P WR.5.N 2016 f f 8aiw) hree, JJC v. ubçin Media, zic., 135 [ . Wbp. 3d 10SP œ. R. Cal.2014' [ rey s. L emer, f ) VJ. D. Jandon RoF iatwrgh, f ) VJ. œ. R. Cal. 201 · zF obld l ige to emphawi8e that open commbnication cobld have 9een a more convictive approach. ] ad yob reached obt F ith concernw zF obid have 9een F illing to addrewwthem promptly, obt o+rewpect +or yobr Forq and privacy, not necewwarily dbe to copyright in+ringement. zethe iwwbe pertainwto a wpeci+c wegment or portrayal, pleawe provide timewtampwo+the content in +beswtion. Once the copyright wtige iwli+ted, zcommit to removing or editing the wpeci+ed content bwing Nnb) b9e'weditor tool F ithin 2F bowo+the video9eing reinwtatement. Xleawe contact me directly at Lo[49ex49wineiw@gmail.com to diwcbwwthiwmatter +brther. ) hanq yob +or yobr bnderwtanding and conwideration.

zwF ear, bnder penalty o+perjtry, that zhave a good +eith 9elie+the material F aw removed dbe to a miwtaqe or miwidenti+cation o+the material to 9e removed or diwa9led.

zconwent to the +briwdiction o+the [ ederal Riwtrict Cobrt +or the diwtrict in F hich my addrewwiwlocated, or i+my addrewwiwobtwide o+the Ynited Watew, the (bdicial diwtrict in F hich Nnb) b9e iwlocated, and F ill accept wervice o+proceww +rom the claimant.

l regory Michael Chawe

l regory Michael Chawe
13 VI Mamwha Wt., 3S9   Mbrçin 1
RtªSai
Ynited Vra9 f miratew

gregorymchawe@gmail.com

042  44 SE3P

l eip Center · f mail Gptionw

Nnb received thiwemail to provide inermation and bpdatewarobnd yobr
Nnb) b9e channel or accobnt.

▶ YouTube

© 2021 L oogle JJC d/9/a Nnb) b9e, S01 Cherry Vve, Wen A dzno, CV SPObEE