Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIRAL DRM LLC, | CASE NO.: 3:23-cv-05977-PHK |
| Plaintiff, | **NOTICE OF ERRATA** |
| v. | |
| YOUTUBE UPLOADERS LISTED ON SCHEDULE A , | |
| Defendants. | |

PLAINTIFF VIRAL DRM LLC (" Viral DRM"), by and through its undersigned counsel, hereby files this Notice of Errata. Attached hereto as Exhibit 1 is the corrected Schedule A to the Complaint filed at ECF 1-1.

DATED:  November 20, 2023

Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
**SRIPLAW, P.A.**
*Counsel for Plaintiff  Viral DRM LLC*

*(left margin, vertical text)*
**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK