Exhibit 1
Schedule A

| Channel URL | Name | Infringement URL | Videographer |
|---|---|---|---|
| https://www.youtube.com/@100MVideosOfficial | 100M | https://www.youtube.com/watch?v=vMsbpmHX6nc | Mike Olbinski |
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=aKk6ioK8RhM | Daniel Robinson |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=_Sz56Ia5SAw | Reed Timmer |
| https://www.youtube.com/@Akimbo- | Akimbo | https://www.youtube.com/watch?v=GmIC1N7OjtA | Brandon Clement |
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=1vcTpJIg2Ys | Reed Timmer |
| https://www.youtube.com/@brilliantthinking | Brilliant Thinking | https://www.youtube.com/watch?v=18pssQnbypI | Pecos Hank |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=vjmmYPVGXtw | Pecos Hank |
| https://www.youtube.com/@ElBuhoSabio | BÚHO SABIO | https://www.youtube.com/watch?v=dr4SzJew4og | Reed Timmer |
| https://www.youtube.com/@CommonManShow | Common Man Show | https://www.youtube.com/watch?v=AOhSBddEe4g | Reed Timmer |
| https://www.youtube.com/@CorrieredellaSera | Corriere della Sera | https://www.youtube.com/watch?v=sjxTRHpfYqA | Richard Hulburd |
| https://www.youtube.com/@CRAZYGF | CRAZY | https://www.youtube.com/watch?v=uskz8cK5lT0 | Carl Hobi |
| https://www.youtube.com/@Curiosopedia | Curiosopedida | https://www.youtube.com/watch?v=0rzEij2sd_4 | Reed Timmer |
| https://www.youtube.com/@DocTops | DOC TOPS | https://www.youtube.com/watch?v=wZyufq7ZlL0 | Tanner Charles Schaaf |
| https://www.youtube.com/@DrakotakoChannel | Drakotako Channel | https://www.youtube.com/watch?v=v9JXbu7XIiY | Pecos Hank |
| https://www.youtube.com/@dusank | Dusank | https://www.youtube.com/watch?v=7nO7b1TDvVw | Pecos Hank |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=R62E2sQJAL0 | Reed Timmer |
| https://www.youtube.com/@AkimboEspaniol | EL AKIMBO | https://www.youtube.com/watch?v=tRY6xL9wZyA | Brandon Clement |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=X7it44jNY1A | Tanner Charles Schaaf |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=NQLgTOI0FOk | Bryce Shelton |
| https://www.youtube.com/@FactFile | FactFile | https://www.youtube.com/watch?v=iAk2NS3myKI | Mike Olbinski |
| https://www.youtube.com/@FactsopediaOfficial | Factsopedia | https://www.youtube.com/watch?v=oC1pfL5-I4I | Reed Timmer |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=VGmD57LRClY | Reed Timmer |
| https://www.youtube.com/@FULLTOPS | Full Top's | https://www.youtube.com/watch?v=GGvGCS9lS6A | John Sibley |
| https://www.youtube.com/@hqcstorm | HQC - Storm | https://www.youtube.com/watch?v=9CGWwKQOMjU | Brandon Clement |
| https://www.youtube.com/@NoticiesIB3 | IB3 NOTÍCIES | https://www.youtube.com/watch?v=dQlDkv8ehDs | Brandon Clement |
| https://www.youtube.com/@kabirconsiders | Kabir Considers | https://www.youtube.com/watch?v=eSdlSIE9uSY | Reed Timmer |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=NdgNfS2T1tw | Brandon Clement |
| https://www.youtube.com/@lavluka6210 | Lav Luka | https://www.youtube.com/watch?v=pM72ktBaKdo | Max Olson |
| https://www.youtube.com/@luchosback/videos | luchosback | https://www.youtube.com/watch?v=ohJZUhUGRQM | Mike Theiss |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=zCs9qf014Qs | Pecos Hank |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=JHFqJc4vAVw | Reed Timmer |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=C2LZbpXc6mM | Jonathan Petramala |
| https://www.youtube.com/@officeblokedaz | Office Bloke Daz | https://www.youtube.com/watch?v=p6gfRR8eX6s | Jordan Hall |
| https://www.youtube.com/@officeblokesreact | Office Blokes React | https://www.youtube.com/watch?v=L4DO_KU2_no | Aaron Rigsby |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=cElWfsAcDYM | Jason Davies |
| https://www.youtube.com/@OTVNewsEnglish | OTV English | https://www.youtube.com/watch?v=TOp5woMfU8c | Reed Timmer |
| https://www.youtube.com/@Project_Lumi | Project Lumi | https://www.youtube.com/watch?v=L66VZ9-IK54 | Reed Timmer |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=RWeyptLa7rw | Chris Tangey |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=RWeyptLa7rw | Reed Timmer |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=MZ8COAXT_yU | Blake Brown |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=WCh2ub1NW-c | Brandon Clement |

Exhibit 1
Schedule A

| Channel URL | Name | Infringement URL | Videographer |
|---|---|---|---|
| https://www.youtube.com/@scarynatureee | Scary Nature | https://www.youtube.com/watch?v=31Y-d3sn8BA | Mike Theiss |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=nz-aRvEzeyg | Brandon Clement |
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=FIF4TRCCT7c | Pecos Hank |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=bxU-H0Grli0 | Reed Timmer |