# EXHIBIT "A"

- Curiosopedia (Spanish Channel):
> (Channel link:
https://emea01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2F%40Curiosopedia&data=05%7C02%7C%7Cc289181795ef4f9cc42e08dbfc243bd3%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638381004770741165%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=M1RMZ%2BhfTuSOYLryo50Ow2T2wnrsqR67WOu6ODH6b20%3D&reserved=0 )
>
> - El Amerikano (Spanish Channel):
> (Channel link:
https://emea01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2F%40ElAmerikano&data=05%7C02%7C%7Cc289181795ef4f9cc42e08dbfc243bd3%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638381004770741165%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=Ibe4XK4oJYsxxViOjCeOGbZnlCABn8RgQ8udOC09KrE%3D&reserved=0 )
>
> - Factsopedia:
> (Channel link:
https://emea01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2F%40FactsopediaOfficial&data=05%7C02%7C%7Cc289181795ef4f9cc42e08dbfc243bd3%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638381004770741165%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=OaYglPNBpQxtgarJChkolOpznzdYGm47r9oTB%2BgeQO8%3D&reserved=0 )
>
> - The Genius Lemon:
> (Channel link:
https://emea01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2F%40TheGeniusLemon%2Ffeatured&data=05%7C02%7C%7Cc289181795ef4f9cc42e08dbfc243bd3%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638381004770741165%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=XZjDjBr2txAzpEhOEZdK7RmFeRsGQOWLFf%2BFSYdu1C0%3D&reserved=0 )
>
> - The Overworld:
> (Channel link:
https://emea01.safelinks.protection.outlook.com/?url=https%3A%2F%2Fwww.youtube.com%2F%40TheOverworld1&data=05%7C02%7C%7Cc289181795ef4f9cc42e08dbfc243bd3%7C84df9e7fe9f640afb435aaaaaaaaaaaa%7C1%7C0%7C638381004770741165%7CUnknown%7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0%3D%7C3000%7C%7C%7C&sdata=2F4WvxZ4aVyjYhyqxvwN0o%2F%2BCIW370r6ygRkHETubtM%3D&reserved=0 )
>