Steven C. Vondran, SBN 232337
**THE LAW OFFICES OF STEVEN C. VONDRAN, PC**
One Sansome Street, Suite 3500
San Francisco, California 94104
Telephone: (877) 276-5084
Facsimile: (888) 551-2252
steve@vondranlegal.com

Attorney for SEE EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM, LLC.<br><br>         Plaintiff,<br><br>    vs.<br><br>THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A.<br><br>         Defendants. | No. 3:23-cv-05977-JSC<br><br>**NOTICE OF APPEARANCE FOR THE CLIENTS ON EXHIBIT A** |

Please take notice that Steven C. Vondran, Esq. of The Law Offices of Steven C. Vondran PC, hereby appears as counsel on behalf of THE CLIENTS ON EXHIBIT A.

DATED this 28th day of December, 2023.

**THE LAW OFFICES OF STEVEN VONDRAN, P.C.**

By /S/  Steve Vondran
     Steven C. Vondran, Esq.
     *Attorneys for EXHIBIT A CLIENTS*