# EXHIBIT "A"

**The Supreme** https://www.youtube.com/@The_Supreme https://www.youtube.com/watch?v=H_laoaV9Fkw Registered PA 2-246-408 3,390,000 491,838,627 The Supreme https://www.youtube.com/@The_Supreme https://www.youtube.com/watch?v=EPeOkKK8b14 Not Registered 3,390,000 491,838,627 The Supreme https://www.youtube.com/@The_Supreme https://www.youtube.com/watch?v=eU1R-Iy0a8A Not Registered 3,390,000 491,838,627 The Supreme https://www.youtube.com/@The_Supreme https://www.youtube.com/watch?v=pzeshkN9ffw Not Registered 3,390,000 491,838,62