# Exhibit 1

| Channel URL | Channel Name | Infringement URL | Bates Number |
|---|---|---|---|
| https://www.youtube.com/@100MVideosOfficial | 100M | https://www.youtube.com/watch?v=fADXOzb1I3Q | 106-108 |
| https://www.youtube.com/@100MVideosOfficial | 100M | https://www.youtube.com/watch?v=TyeYqTEr_4c | 131-132 |
| https://www.youtube.com/@100MVideosOfficial | 100M | https://www.youtube.com/watch?v=vMsbpmHX6nc | 289-292 |
| https://www.youtube.com/@100MVideosOfficial | 100M | https://www.youtube.com/watch?v=wDVDYX1O2SY | 289-292 |
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=aKk6ioK8RhM | 34-39 |
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=iAGdltBg_nY | 46-47 |
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=k1qh10OOUyY | 281-282 |
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=RdPmx64g0Bo | 46-47 |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=_Sz56Ia5SAw | 12-13 |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=C6EyITgRQu4 | 323-326 |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=Mx89cPDJspQ | 195-196 |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=uHWIQ73Ef7Q | |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=zBQ_3uv2MM0 | 195-196 |
| https://www.youtube.com/@Akimbo- | Akimbo | https://www.youtube.com/watch?v=GmIC1N7OjtA | 227-228 |
| https://www.youtube.com/@Akimbo- | Akimbo | https://www.youtube.com/watch?v=lNthC9avlp4 | 119-120 |
| https://www.youtube.com/@Akimbo- | Akimbo | https://www.youtube.com/watch?v=RFr3bBKbuOg | 119-120 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=1vcTpJIg2Ys | 273-274 |
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=D79jHk6Ml3I | 350-353 |
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=L4Klrcn7YCc | 273-274 |
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=mBW7m6LZD8A | 133-134 |
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=YtG0CDgMwfs | |
| https://www.youtube.com/@brilliantthinking | Brilliant Thinking | https://www.youtube.com/watch?v=18pssQnbypI | 346-349 |
| https://www.youtube.com/@brilliantthinking | Brilliant Thinking | https://www.youtube.com/watch?v=4sznkP1W__E | 267-268 |
| https://www.youtube.com/@brilliantthinking | Brilliant Thinking | https://www.youtube.com/watch?v=NMajfq9wedk | 267-268 |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=7SFZRTfcxgA | 123-124 |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=G00KxcyGGbQ | 146-148 |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=vjmmYPVGXtw | 146-148 |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=XaUT6ZhcknY | 123-124 |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=ZilEyASatyw | 8-11 , 146-148 |
| https://www.youtube.com/@ElBuhoSabio | BÚHO SABIO | https://www.youtube.com/watch?v=dr4SzJew4og | |
| https://www.youtube.com/@ElBuhoSabio | BÚHO SABIO | https://www.youtube.com/watch?v=LKRb4R06hz8 | 125-126 |
| https://www.youtube.com/@ElBuhoSabio | BÚHO SABIO | https://www.youtube.com/watch?v=Yq1csYbgDmw | 125-126 |
| https://www.youtube.com/@CommonManShow | Common Man Show | https://www.youtube.com/watch?v=AOhSBddEe4g | 99-100 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@CommonManShow | Common Man Show | https://www.youtube.com/watch?v=QvV5hOlQJDY | 223-224 |
| https://www.youtube.com/@CommonManShow | Common Man Show | https://www.youtube.com/watch?v=ZyY_8Jbn_ic | 99-100 |
| https://www.youtube.com/@CorrieredellaSera | Corriere della Sera | https://www.youtube.com/watch?v=1nJojFRlzUE | 162-166 |
| https://www.youtube.com/@CorrieredellaSera | Corriere della Sera | https://www.youtube.com/watch?v=2jMncDlh-6I | 257-258 |
| https://www.youtube.com/@CorrieredellaSera | Corriere della Sera | https://www.youtube.com/watch?v=hLGGj_Rtw9o | 257-258 |
| https://www.youtube.com/@CorrieredellaSera | Corriere della Sera | https://www.youtube.com/watch?v=sjxTRHpfYqA | 201-204 |
| https://www.youtube.com/@TechLand12/videos | Cosmos Lab | https://www.youtube.com/watch?v=EA26IIoay20 | 144-145 |
| https://www.youtube.com/@TechLand12/videos | Cosmos Lab | https://www.youtube.com/watch?v=qGNFuR8T3Uo | 144-145 , 187-188 |
| https://www.youtube.com/@TechLand12/videos | Cosmos Lab | https://www.youtube.com/watch?v=ZEQUFn60kGg | 197-198 |
| https://www.youtube.com/@TechLand12/videos | Cosmos Lab | https://www.youtube.com/watch?v=Zj38kwu80dg | 197-198 |
| https://www.youtube.com/@CRAZYGF | CRAZY | https://www.youtube.com/watch?v=lbTn_4UA_DY | 237-238 |
| https://www.youtube.com/@CRAZYGF | CRAZY | https://www.youtube.com/watch?v=s2HowmCPyuA | 237-238 |
| https://www.youtube.com/@CRAZYGF | CRAZY | https://www.youtube.com/watch?v=S5OKHibc_M4 | 217-218 |
| https://www.youtube.com/@CRAZYGF | CRAZY | https://www.youtube.com/watch?v=uskz8cK5lT0 | 217-218 |
| https://www.youtube.com/@Curiosopedia | Curiosopedida | https://www.youtube.com/watch?v=_szmpO6_Oa8 | 80-81 |
| https://www.youtube.com/@Curiosopedia | Curiosopedida | https://www.youtube.com/watch?v=0rzEij2sd_4 | 313-314 |
| https://www.youtube.com/@Curiosopedia | Curiosopedida | https://www.youtube.com/watch?v=bkBPHJWwtIA | 80-81 |

| https://www.youtube.com/@Curiosopedia | Curiosopedida | https://www.youtube.com/watch?v=S6AKFV65Mtc | 245-246 |
|---|---|---|---|
| https://www.youtube.com/@GlobalLeaks | DailyTop10s | https://www.youtube.com/watch?v=98LbVbsX2BM | 115-116 |
| https://www.youtube.com/@GlobalLeaks | DailyTop10s | https://www.youtube.com/watch?v=9SNHCK7Y8Ys | 8-11 |
| https://www.youtube.com/@GlobalLeaks | DailyTop10s | https://www.youtube.com/watch?v=edf9cRQ379c | 1-2 |
| https://www.youtube.com/@GlobalLeaks | DailyTop10s | https://www.youtube.com/watch?v=krZrWM3OTec | 115-116 |
| https://www.youtube.com/@DocTops | DOC TOPS | https://www.youtube.com/watch?v=1Hg19x3J41Y | 354-357 |
| https://www.youtube.com/@DocTops | DOC TOPS | https://www.youtube.com/watch?v=cqIn6iHdc_I | 319-322 |
| https://www.youtube.com/@DocTops | DOC TOPS | https://www.youtube.com/watch?v=qJXcQsLfVtA | 301-304 |
| https://www.youtube.com/@DocTops | DOC TOPS | https://www.youtube.com/watch?v=wZyufq7ZlL0 | 301-304 |
| https://www.youtube.com/@DrakotakoChannel | Drakotako Channel | https://www.youtube.com/watch?v=fBk5m4LGGCY | 315-316 |
| https://www.youtube.com/@DrakotakoChannel | Drakotako Channel | https://www.youtube.com/watch?v=UOtl-hN0aA4 | 8-11 |
| https://www.youtube.com/@DrakotakoChannel | Drakotako Channel | https://www.youtube.com/watch?v=v9JXbu7XIiY | 331-334 |
| https://www.youtube.com/@dusank | Dusank | https://www.youtube.com/watch?v=6uDl1k4QS8E | 263-264 |
| https://www.youtube.com/@dusank | Dusank | https://www.youtube.com/watch?v=7nO7b1TDvVw | 263-264 |
| https://www.youtube.com/@dusank | Dusank | https://www.youtube.com/watch?v=egW8uLbryfI | 3-4 |
| https://www.youtube.com/@dusank | Dusank | https://www.youtube.com/watch?v=vUuW9c-3TOI | |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=CuFmKotJejE | 111-112 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=JBJBgOVjaTc | 88-90 |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=mM1_a_SRcF4 | 88-90 |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=R62E2sQJAL0 | 88-90 |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=VqJ_t2_3pVY | 111-112 |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=wOmCx3RkFy0 | 88-90 |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=xgO6UILwArY | 88-90 |
| https://www.youtube.com/@AkimboEspaniol | EL AKIMBO | https://www.youtube.com/watch?v=qD5i_kp0j5w | 285-286 |
| https://www.youtube.com/@AkimboEspaniol | EL AKIMBO | https://www.youtube.com/watch?v=tRY6xL9wZyA | |
| https://www.youtube.com/@AkimboEspaniol | EL AKIMBO | https://www.youtube.com/watch?v=vhu2nlp4eJQ | |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=4LcJ64Mmi7g | 285-286 |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=HQ8BxDUcLqY | |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=Qt0e9xVNUVs | |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=X7it44jNY1A | |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=X7it44jNY1A | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=5kEqHK8JUC4 | 179-180 |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=7C9hX0aV8tk | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=7iJe0YqXTNY | |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=9nNH9U8uH4E | 179-180 |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=AmgwitOkruo | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=aoN5IvdGWi8 | 183-184 |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=cPqhtN2Ulmc | 183-184 |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=h5OAlhwxuvo | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=JYWPPCSonl4 | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=NoYxNbk-im0 | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=NQLgTOI0FOk | 221-222 |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=nxpXE1H3PwQ | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=pDTN803VwNw | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=PFuxTLbDVgo | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=VE_qkdLH9cs | |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=XEBjsrVAL4I | |
| https://www.youtube.com/channel/UCQYqZHRVVWo_CFk2xryfzkg | FactFile | https://www.youtube.com/watch?v=AxPRdfmuLlc | 155-156 |
| https://www.youtube.com/channel/UCQYqZHRVVWo_CFk2xryfzkg | FactFile | https://www.youtube.com/watch?v=iAk2NS3myKI | |
| https://www.youtube.com/channel/UCQYqZHRVVWo_CFk2xryfzkg | FactFile | https://www.youtube.com/watch?v=KBAWC15x6vQ | 215-216 |
| https://www.youtube.com/channel/UCQYqZHRVVWo_CFk2xryfzkg | FactFile | https://www.youtube.com/watch?v=ROrLeZeKtCg | 155-156 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@FactsopediaOfficial | Factsopedia | https://www.youtube.com/watch?v=0Kfn0_bUxf8 | 247-248 |
| https://www.youtube.com/@FactsopediaOfficial | Factsopedia | https://www.youtube.com/watch?v=1qZW2zzOn00 | 249-250 |
| https://www.youtube.com/@FactsopediaOfficial | Factsopedia | https://www.youtube.com/watch?v=oC1pfL5-I4I | 52-53 |
| https://www.youtube.com/@FactsopediaOfficial | Factsopedia | https://www.youtube.com/watch?v=tiAoLr6qmg4 | 189-190 |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=0d8sK8f6ZzE | 26-27 |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=7nMQ2uIjIWA | 271-272 |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=KDFw-f5WHKc | 42-43 |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=VGmD57LRCIY | 52-53 |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=Y-JaMjBoptc | 239-240 |
| https://www.youtube.com/@FULLTOPS | Full Top's | https://www.youtube.com/watch?v=AmNbrCasNcU | 283-284 |
| https://www.youtube.com/@FULLTOPS | Full Top's | https://www.youtube.com/watch?v=GGvGCS9lS6A | 175-176 |
| https://www.youtube.com/@FULLTOPS | Full Top's | https://www.youtube.com/watch?v=L9MNQtDYJDo | |
| https://www.youtube.com/@FULLTOPS | Full Top's | https://www.youtube.com/watch?v=SZpQEQ7wLF4 | 3-4 |
| https://www.youtube.com/@hqcstorm | HQC - Storm | https://www.youtube.com/watch?v=9CGWwKQOMjU | 175-176 |
| https://www.youtube.com/@hqcstorm | HQC - Storm | https://www.youtube.com/watch?v=PIm0KJO3vAY | 208-209 |
| https://www.youtube.com/@hqcstorm | HQC - Storm | https://www.youtube.com/watch?v=uBDuZDC0IfE | |
| https://www.youtube.com/@hqcstorm | HQC - Storm | https://www.youtube.com/watch?v=ykJZcHEhEYk | 173-174 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@kabirconsiders | Kabir Considers | https://www.youtube.com/watch?v=0dyfNnGi5s4 | 171-172 |
| https://www.youtube.com/@kabirconsiders | Kabir Considers | https://www.youtube.com/watch?v=eSdlSIE9uSY | 171-172 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=64OMoHG0RhI | 30-31 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=75JHz-IluYY | 157-159 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=8txi0j0nDGA | 157-159 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=-AipMSBbfBg | 157-159 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=gpU9Q_2dy2Q | 5-7 , 157-159 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=NdgNfS2T1tw | 30-31 |
| https://www.youtube.com/@lavluka6210 | Lav Luka | https://www.youtube.com/watch?v=pM72ktBaKdo | 167-168 |
| https://www.youtube.com/@Luboky/videos | Luboky | https://www.youtube.com/watch?v=oN1V5Em7oMY | 8-11 , 64-65 |
| https://www.youtube.com/@Luboky/videos | Luboky | https://www.youtube.com/watch?v=QUvavC1Wv8A | 64-65 |
| https://www.youtube.com/@Luboky/videos | Luboky | https://www.youtube.com/watch?v=Ub8ExlAE3Zk | |
| https://www.youtube.com/@luchosback/videos | luchosback | https://www.youtube.com/watch?v=M0JZYhdLWp0 | 221-222 |
| https://www.youtube.com/@luchosback/videos | luchosback | https://www.youtube.com/watch?v=mIGLp6xCxM0 | 72-73 |
| https://www.youtube.com/@luchosback/videos | luchosback | https://www.youtube.com/watch?v=ohJZUhUGRQM | 8-11 , 297-298 |
| https://www.youtube.com/@luchosback/videos | luchosback | https://www.youtube.com/watch?v=YraUsByLweA | 297-298 |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=D84Q3u807IA | 50-51 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=eC87PQ4JK2o | 48-49 |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=h1wVDdEXe6I | |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=vaghO1CQq80 | 48-49 |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=zCs9qf014Qs | 16-17 |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=ZND7UGGwqBQ | 50-51 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=6hf0aMO5RLM | 103-105 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=8NIaf2NZBtQ | 317-318 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=FXsin5fcR3E | 103-105 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=JHFqJc4vAVw | 235-236 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=niHfsEDzsak | 275-276 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=qcoetcq_JdI | 103-105 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=qopUnKoweHk | 103-105 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=uXSYXdr4YtE | 251-252 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=ZQG77Q7gxBo | 251-252 |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=9zQDlrXTfv4 | |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=bmT-pfkbnGQ | |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=BqcL1hk47rw | 8-11 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=C2LZbpXc6mM | 84-85 |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=FdSts41KM8o | 84-85 |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=mYsdYDj9Yhc | |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=s2kNuvfnasA | |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=wWht8l99KRM | |
| https://www.youtube.com/@NoticiesIB3 | NoticiesIB3 | https://www.youtube.com/watch?v=45HLNGlRhEE | 255-256 |
| https://www.youtube.com/@NoticiesIB3 | NoticiesIB3 | https://www.youtube.com/watch?v=6Uex17_6TeI | 68-69 |
| https://www.youtube.com/@NoticiesIB3 | NoticiesIB3 | https://www.youtube.com/watch?v=dQlDkv8ehDs | 255-256 |
| https://www.youtube.com/@NoticiesIB3 | NoticiesIB3 | https://www.youtube.com/watch?v=dReSm9YF_F4 | 68-69 |
| https://www.youtube.com/@officeblokedaz | Office Bloke Daz | https://www.youtube.com/watch?v=GCV0Rd5sPdw | 181-182 |
| https://www.youtube.com/@officeblokedaz | Office Bloke Daz | https://www.youtube.com/watch?v=ObstMUYHoCQ | 181-182 |
| https://www.youtube.com/@officeblokedaz | Office Bloke Daz | https://www.youtube.com/watch?v=p6gfRR8eX6s | |
| https://www.youtube.com/@officeblokedaz | Office Bloke Daz | https://www.youtube.com/watch?v=Ua6r7Iq5_tM | |
| https://www.youtube.com/@officeblokesreact | Office Blokes React | https://www.youtube.com/watch?v=L4DO_KU2_no | 193-194 |
| https://www.youtube.com/@officeblokesreact | Office Blokes React | https://www.youtube.com/watch?v=oNLVWj2jf_8 | |
| https://www.youtube.com/@officeblokesreact | Office Blokes React | https://www.youtube.com/watch?v=sSpzccibyUc | 193-194 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=6-f0EcNxxv0 | 287-288 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=bJQcIPjvnws | 44-45 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=bYPi-LdYVec | 287-288 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=cElWfsAcDYM | 5-7 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=Hz5gq_gUEVc | 137-138 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=M9M57Z1-iXs | 24-25 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=Nk5qFM9ro8Y | 44-45 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=Y634fo9JeAE | 137-138 |
| https://www.youtube.com/@OTVNewsEnglish | OTV English | https://www.youtube.com/watch?v=Ku8Sn-XGJXo | 293-294 |
| https://www.youtube.com/@OTVNewsEnglish | OTV English | https://www.youtube.com/watch?v=TOp5woMfU8c | 293-294 |
| https://www.youtube.com/@Project_Lumi | Project Lumi | https://www.youtube.com/watch?v=EiOhjdJX7qQ | 109-110 |
| https://www.youtube.com/@Project_Lumi | Project Lumi | https://www.youtube.com/watch?v=L66VZ9-IK54 | 169-170 |
| https://www.youtube.com/@Project_Lumi | Project Lumi | https://www.youtube.com/watch?v=zYYv8DVNI8k | 109-110 |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=_nTi6efd85o | 305-306 |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=pmvn5hH5YQc | 309-310 |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=rcj-3Dm8I1M | 309-310 |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=RWeyptLa7rw | 8-11 |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=bgG8o5yHO2I | 231-232 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=dTglbBYTop0 | |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=EH1WPB8ku1M | |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=MZ8COAXT_yU | 231-232 |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=WCh2ub1NW-c | 311-312 |
| https://www.youtube.com/@scarynatureee | Scary Nature | https://www.youtube.com/watch?v=16HcrwyIH80 | 210-211 |
| https://www.youtube.com/@scarynatureee | Scary Nature | https://www.youtube.com/watch?v=31Y-d3sn8BA | 335-341 |
| https://www.youtube.com/@scarynatureee | Scary Nature | https://www.youtube.com/watch?v=Bv2oYnFArOg | 362-363 |
| https://www.youtube.com/@scarynatureee | Scary Nature | https://www.youtube.com/watch?v=cJ-foCpko4M | 210-211 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=blWYoXyVdBA | 86-87 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=jqo1me6hvx8 | 14-15 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.nz.youtube.com/watch?v=nz-aRvEzeyg | 86-87 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=OgNa5lMGS_s | |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=QFOFt8tjy1g | 135-136 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=VcQiC4I6jbU | 135-136 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=ZhDtmHvty-o | 14-15 |
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=5e6hfnOL8us | |
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=CtEa-xYPwu8 | 127-128 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=FIF4TRCCT7c | 93-94 |
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=SBHU4kau4mA | 93-94 |
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=WXUbhhIwZ-0 | |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=A4jMMBJVGPU | |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=bxU-H0Grli0 | 56-57 |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=G0GYhAROSuM | 56-57 |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=GSgAqIA4oeM | 5-7 |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=KLq83GdigUs | |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=_RsvrKBLgYw | 225-226 |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=1ZXjJxkELGU | 70-71 |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=3GqvXFfc-MM | 32-33 |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=5wWz6vme4tw | 95-96 |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=fpfBEeiGE0M | 205-207 |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=lw58-12uNMQ | 70-71 |
| https://www.youtube.com/@thesqueezedlemon821 | The Squeezed Lemon | https://www.youtube.com/watch?v=qKyYtXvop1g | 225-226 |
| https://www.youtube.com/@The_Supreme | The Supreme | https://www.youtube.com/watch?v=4PcckronRNg | |
| https://www.youtube.com/@The_Supreme | The Supreme | https://www.youtube.com/watch?v=9GzODihYZDU | 229-230 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@The_Supreme | The Supreme | https://www.youtube.com/watch?v=EPeOkKK8b14 | 101-102 |
| https://www.youtube.com/@The_Supreme | The Supreme | https://www.youtube.com/watch?v=eU1R-Iy0a8A | |
| https://www.youtube.com/@The_Supreme | The Supreme | https://www.youtube.com/watch?v=H_laoaV9Fkw | 101-102 |
| https://www.youtube.com/@The_Supreme | The Supreme | https://www.youtube.com/watch?v=pzeshkN9ffw | |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=8axK2z5YoDQ | |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=8E27S45fjAQ | 139-140 |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=E-pAEC3PpNY | |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=KZ2WsWEgCiA | 22-23 |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=-LmDEoggeZo | 139-140 |
| https://www.youtube.com/@ultimatediscovery | The Ultimate Discovery | https://www.youtube.com/watch?v=X7xNXq9WG9M | |
| https://www.youtube.com/@TheUnknownListEN | The Unknown List | https://www.youtube.com/watch?v=eN-qWV-RmzE | 299-300 |
| https://www.youtube.com/@TheUnknownListEN | The Unknown List | https://www.youtube.com/watch?v=-F7LADcnnSo | 279-280 |
| https://www.youtube.com/@TheUnknownListEN | The Unknown List | https://www.youtube.com/watch?v=HZOsStkMgYw | |
| https://www.youtube.com/@TheUnknownListEN | The Unknown List | https://www.youtube.com/watch?v=PowGNh09K1s | 358-361 |
| https://www.youtube.com/@TheUnknownListEN | The Unknown List | https://www.youtube.com/watch?v=QQ0Vrwllo3g | |
| https://www.youtube.com/@TheUnknownListEN | The Unknown List | https://www.youtube.com/watch?v=SlhWjsKLc5o | 299-300 |
| https://www.youtube.com/@TheUntoldFactsTV | The Untold Facts | https://www.youtube.com/watch?v=214-1jplbls | 205-207 , 295-296 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@TheUntoldFactsTV | The Untold Facts | https://www.youtube.com/watch?v=3noAMJoJCFQ | 205-207 |
| https://www.youtube.com/@TheUntoldFactsTV | The Untold Facts | https://www.youtube.com/watch?v=djSqNOQeznA | 205-207 |
| https://www.youtube.com/@TheUntoldFactsTV | The Untold Facts | https://www.youtube.com/watch?v=MlOYywFLXBM | 54-55 |
| https://www.youtube.com/@TheUntoldFactsTV | The Untold Facts | https://www.youtube.com/watch?v=WvQR4GOhbqk | 54-55 |
| https://www.youtube.com/@TheUntoldFactsTV | The Untold Facts | https://www.youtube.com/watch?v=yAawuXlojq8 | 8-11 |
| https://www.youtube.com/@top10bestOfficial | Top 10 Best | https://www.youtube.com/watch?v=IAFfhxcsLkg | 62-63 |
| https://www.youtube.com/@top10bestOfficial | Top 10 Best | https://www.youtube.com/watch?v=oWgVmn6Oe3U | 62-63 |
| https://www.youtube.com/@top10bestOfficial | Top 10 Best | https://www.JmRCRVgZqY | 342-345 |
| https://www.youtube.com/@TopDiscovery | Top Discovery | https://www.youtube.com/watch?v=FsJ8OJBxm6k | 233-234 |
| https://www.youtube.com/@TopDiscovery | Top Discovery | https://www.youtube.com/watch?v=KKhqpsj7HYY | 66-67 |
| https://www.youtube.com/@TopDiscovery | Top Discovery | https://www.youtube.com/watch?v=rgDZff4k-24 | 269-270 |
| https://www.youtube.com/@TopDiscovery | Top Discovery | https://www.youtube.com/watch?v=XcjIp1uI_Bw | 233-234 |
| https://www.youtube.com/@topfives | Top Fives | https://www.youtube.com/watch?v=7neof87WptY | 335-341 |
| https://www.youtube.com/@topfives | Top Fives | https://www.youtube.com/watch?v=ElMWMNHf0rY | 185-186 |
| https://www.youtube.com/@topfives | Top Fives | https://www.youtube.com/watch?v=kipmNIK6uV8 | 185-186 |
| https://www.youtube.com/@topfives | Top Fives | https://www.youtube.com/watch?v=zqdy_l4-zno | 8-11 |
| https://www.youtube.com/@TOPTopics | TOP Topics | https://www.youtube.com/watch?v=7VTBVgjk96o | 177-178 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@TOPTopics | TOP Topics | https://www.youtube.com/watch?v=Ld-s5ahC0_Q | 219-220 |
| https://www.youtube.com/@TOPTopics | TOP Topics | https://www.youtube.com/watch?v=Z5MsrRfPlIY | 177-178 |
| https://www.youtube.com/@TopWelt | Top Welt | https://www.youtube.com/watch?v=2ZgdHQTPK5k | 91-92 |
| https://www.youtube.com/@TopWelt | Top Welt | https://www.youtube.com/watch?v=JrkXPGk_0h8 | 91-92 |
| https://www.youtube.com/@TopWelt | Top Welt | https://www.youtube.com/watch?v=s-2ZHRFkzGM | |
| https://www.youtube.com/@TopWelt | Top Welt | https://www.youtube.com/watch?v=T1upnPA_6bU | 327-330 |
| https://www.youtube.com/@Tutelarysine | Tutelarysine | https://www.youtube.com/watch?v=aBiqeg0qsLs | 277-278 |
| https://www.youtube.com/@Tutelarysine | Tutelarysine | https://www.youtube.com/watch?v=jPdxMMVLCNE | 241-242 |
| https://www.youtube.com/@Tutelarysine | Tutelarysine | https://www.youtube.com/watch?v=YH9vRni0yfs | 277-278 |
| https://www.youtube.com/@USADefenseLine | USA Defense Line | https://www.youtube.com/watch?v=aGfDVyMTiVk | 58-59 |
| https://www.youtube.com/@USADefenseLine | USA Defense Line | https://www.youtube.com/watch?v=beYA66FDsQI | |
| https://www.youtube.com/@USADefenseLine | USA Defense Line | https://www.youtube.com/watch?v=iEpg6U1J2lQ | 78-79 |
| https://www.youtube.com/@USADefenseLine | USA Defense Line | https://www.youtube.com/watch?v=MXKZgs_xuwM | 28-29 |
| https://www.youtube.com/@USADefenseLine | USA Defense Line | https://www.youtube.com/watch?v=Vh4wa47ny0A | 58-59 |
| https://www.youtube.com/@USADefenseLine | USA Defense Line | https://www.youtube.com/watch?v=xXufZF-UzWU | |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=2pgChGzbB24 | 212-214 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=6UkIZbLVmvo | 212-214 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=7I0B-7lapQ8 | 205-207 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=DHurETN11fM | 60-61 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=jUWkppaC-Jo | 40-41 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=mvemGdzI4SU | 212-214 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=nIYrwKZnZ4A | 212-214 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=QgqoIYvNlLk | 212-214 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=vv65J3GZN4Q | 60-61 |
| https://www.youtube.com/@Viral-Now | Viral Now | https://www.youtube.com/watch?v=W1AC1lhCQ5s | 40-41 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=1hvVYOm-v_Y | 199-200 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=bA5bsTePVuE | 76-77 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=bLC3CZoYGGY | 141-143 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=KJWIycBPal4 | 141-143 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=SfmhrRrEk0A | 141-143 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=tryHgdcx2i8 | 141-143 |
| https://www.youtube.com/@WatchMojo | Watchmojo | https://www.youtube.com/watch?v=WP38vkg0Ehw | 76-77 |
| https://www.youtube.com/@DieWeiseEule | WEISE EULE | https://www.youtube.com/watch?v=Ata3JhvykBQ | |
| https://www.youtube.com/@DieWeiseEule | WEISE EULE | https://www.youtube.com/watch?v=BM0HaVqe_-w | 265-266 |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@DieWeiseEule | WEISE EULE | https://www.youtube.com/watch?v=RvKuLcyUvFA | 265-266 |
| https://www.youtube.com/@DieWeiseEule | WEISE EULE | https://www.youtube.com/watch?v=Sdul2huxsyk | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/shorts/-3EXVSOjGIU | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=78Ipcm5Yv5M | 261-262 |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=7izZV2ad1s8 | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=B81HPUGy11w | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=BTy5Pq7ttsI | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=d1i_HmTb0ro | 261-262 |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=f4KnyN_ky1c | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=LdEtQEV69LM | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=mfCfmy2Altc | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=ohxQ-i-CjVU | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=PVe0bN59n-0 | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=Rqn_GmYQegE | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=Ss8qQJnNge4 | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=sU2EI3Lup5s | 121-122 |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=uXv6vLzHqNo | |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=v51hThDDlPA | |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=Wh4_6kIOwCE | 121-122 |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=Z8i2Fmkv1gg | 191-192 |
| https://www.youtube.com/@wewinescanal | WEWIN ES - Desastres Naturales | https://www.youtube.com/watch?v=zk7XkxpJ9dw | |
| https://www.youtube.com/@wewinnew | WEWIN NEW | https://www.youtube.com/watch?v=a2zRa3bryi0 | |
| https://www.youtube.com/@wewinnew | WEWIN NEW | https://www.youtube.com/watch?v=Db09kCq-0eY | 117-118 |
| https://www.youtube.com/@wewinnew | WEWIN NEW | https://www.youtube.com/watch?v=h5F4_Vo1Hys | 253-254 |
| https://www.youtube.com/@wewinnew | WEWIN NEW | https://www.youtube.com/watch?v=yO2z-TTF_I0 | 253-254 |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=5zB5Qj90gEg | |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=8i9TXJ_D6Bk | 18-21 |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=AfGOFCzFjoI | |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=byStbRF8fMo | 97-98 |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=HpdBMopqBfw | |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=HpdBMopqBfw | |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=QHC5nkdhShE | 243-244 |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=tQ8q8i7WXeg | 243-244 |
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=-v2Fbv0pjfk | |

| | | | |
|---|---|---|---|
| https://www.youtube.com/@wewinbrasil | WEWIN PT | https://www.youtube.com/watch?v=YS1SoH8F7kE | |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=0JYqI7LMikM | 149-154 |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=888nOK1yrvg | 160-161 |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=j9-DydTQPGw | 149-154 |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=jsF1ORybSJQ | 129-130 |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=sqE0nt5YO3k | 129-130 |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=t3f6A_If17c | 149-154 |
| https://www.youtube.com/@wintvusa | WIN TV | https://www.youtube.com/watch?v=W__c8Ry0PQY | 160-161 |

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 1/5/2024 12:14:20 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** FW: [JO6YKZVPVF5NRWJK4NTSNQQ54E] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube – TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---

**From:** YouTube Copyright <youtube-disputes+0wpl38avey8yj07@google.com>
**Sent:** Tuesday, 14 November 2023 9:11 PM
**To:** news@newsmedia.net.au
**Cc:** copyright@viraldrm.com
**Subject:** [JO6YKZVPVF5NRWJK4NTSNQQ54E] YouTube Copyright Complaint Submission



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the <u>'Removal requests' tab</u> which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): James Chambers / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

  - PO Box 162
  - Vaucluse, NSW 2030
  - AU

- Username: News Media Network
- Email Address: <u>news@newsmedia.net.au</u>
- Secondary Email Address: <u>copyright@viraldrm.com</u>
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: <u>https://www.youtube.com/watch?v=edf9cRQ379c</u>
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: Damaging Halloween Storms - HUGE Hail - Southeast Queensland Australia
  - Source of video: B4yVqZRzbc4
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:00:54 to 0:01:04 :
https://www.youtube.com/watch?v=edf9cRQ379c&t=54
It appears in your source video from 0:12:00 to 0:12:10 :
https://www.youtube.com/watch?v=B4yVqZRzbc4&t=720

- Country where copyright applies: AU
- I, in good faith state that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 news@newsmedia.net.au wrote:
Video IDs: edf9cRQ379c

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 1/5/2024 12:30:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** FW: [NG6YPXBKEWH5IPYKASLZQXVE2U] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube – TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

**From:** YouTube Copyright <youtube-disputes+2tzkipqsetq6v07@google.com>
**Sent:** Tuesday, 14 November 2023 8:53 PM
**To:** news@newsmedia.net.au
**Cc:** copyright@viraldrm.com
**Subject:** [NG6YPXBKEWH5IPYKASLZQXVE2U] YouTube Copyright Complaint Submission



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Daniel Shaw / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

  - PO Box 162
  - Vaucluse, NSW 2030
  - AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Secondary Email Address: copyright@viraldrm.com
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=SZpQEQ7wLF4
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: Terrifying encounter when lightning strikes close to a Qantas plane in Sydney Australia
  - Source of video: njms4iu9q_8
  - Type of video: Internet video
  - Where does the content appear?

00003

The content appears in the targeted video from 0:05:04 to 0:05:09 :
https://www.youtube.com/watch?v=SZpQEQ7wLF4&t=304
It appears in your source video from 0:00:58 to 0:01:02 :
https://www.youtube.com/watch?v=njms4iu9q_8&t=58

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=egW8uLbryfl
- Describe the work allegedly infringed: My company, organization or client's artwork

  - Title of artwork: Chickasha, Oklahoma, USA Tornado 2011 Photographer: Daniel Shaw 24th May 2011 Rights Managed by News Media Network. LEAD IMAGE CAN BE FOUND HERE https://www.youtube.com/watch?v=xnvpcAPTYQk
  - Type of artwork: Photo
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: AU
- I, in good faith state that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 news@newsmedia.net.au wrote:

Video IDs: SZpQEQ7wLF4, egW8uLbryfl

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 1/5/2024 12:34:02 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** FW: [PBEFRF3MNMRFBPXCHS3P4TSH5I] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube – TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---

**From:** YouTube Copyright <youtube-disputes+2cp8jdfeqqppa07@google.com>
**Sent:** Tuesday, 14 November 2023 9:07 PM
**To:** news@newsmedia.net.au
**Cc:** copyright@viraldrm.com
**Subject:** [PBEFRF3MNMRFBPXCHS3P4TSH5I] YouTube Copyright Complaint Submission



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Jason Davies / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

  - PO Box 162
  - Vaucluse, NSW 2030
  - AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Secondary Email Address: copyright@viraldrm.com
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GSgAqIA4oeM
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: Parkes Dust Storm 2020
  - Source of video: https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228
  - Type of video: Internet video

° Where does the content appear?
The content appears in the targeted video from 0:14:44 to 0:14:52 :
https://www.youtube.com/watch?v=GSgAqIA4oeM&t=884
It appears in your source video:
https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cEIWfsAcDYM
- Describe the work allegedly infringed: My company, organization or client's video

  ° Title of video: Parkes Dust Storm 2020
  ° Source of video:
  https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228
  ° Type of video: Internet video
  ° Where does the content appear?
  The content appears in the targeted video from 0:00:00 to 0:00:04 :
  https://www.youtube.com/watch?v=cEIWfsAcDYM&t=0
  It appears in your source video:
  https://www.facebook.com/JDPhotographyAU/videos/parkes-nsw-australia-dust-storm-drone-video/171061337452228

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=gpU9Q_2dy2Q
- Describe the work allegedly infringed: My company, organization or client's artwork

  ° Title of artwork: Parkes Dust Storm - 20th Jan 2022 Captured by Jason Davies Rights Managed by Severe Weather Australia / News Media Network https://www.facebook.com/photo?fbid=100220584868816&set=pcb.100221488202059
  ° Type of artwork: Photo
  ° Where does the content appear?
  The content appears in the targeted video from 0:01:17 to 0:01:22 :
  https://www.youtube.com/watch?v=gpU9Q_2dy2Q&t=77

- Country where copyright applies: AU
- I, in good faith state that:

  ° I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  ° I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  ° This notification is accurate.
  ° I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  ° I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Daniel Shaw

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 news@newsmedia.net.au wrote:

Video IDs: GSgAqlA4oeM, cElWfsAcDYM, gpU9Q_2dy2Q

**From:** Daniel Shaw <news@newsmedia.net.au>
**Sent:** 1/5/2024 12:17:12 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** FW: [TPNTSL2M47OAYYIP7ZQF36BRUE] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube – TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

**From:** YouTube Copyright <youtube-disputes+0az39ybu6uh9y07@google.com>
**Sent:** Tuesday, 14 November 2023 8:38 PM
**To:** news@newsmedia.net.au
**Cc:** copyright@viraldrm.com
**Subject:** [TPNTSL2M47OAYYIP7ZQF36BRUE] YouTube Copyright Complaint Submission



**Copyright Infringement Notification Confirmation**

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Chris Tangey / News Media Network / Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel Shaw
- Your Title or Job Position (What is your authority to make this complaint?): Rights Manager
- Address:

  - PO Box 162
  - Vaucluse, NSW 2030
  - AU

- Username: News Media Network
- Email Address: news@newsmedia.net.au
- Secondary Email Address: copyright@viraldrm.com
- Phone: 0407 890 009

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=9SNHCK7Y8Ys
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:14 to 0:00:23 :

https://www.youtube.com/watch?v=3SNROKV98v8&t=98

It appears in your source video from 0:02:05 to 0:02:14 :
https://www.youtube.com/watch?v=66Yte03B3Lo&t=125

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RWeyptLa7rw
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:02 to 0:06:07 :
    https://www.youtube.com/watch?v=RWeyptLa7rw&t=362
    It appears in your source video from 0:01:04 to 0:01:06 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=64

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=UOtl-hN0aA4
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:00 to 0:07:03 :
    https://www.youtube.com/watch?v=UOtl-hN0aA4&t=420
    It appears in your source video from 0:02:32 to 0:02:34 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=152

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZilEyASatyw
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed.
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:43 to 0:04:53 :
    https://www.youtube.com/watch?v=ZilEyASatyw&t=283
    It appears in your source video from 0:00:00 to 0:01:00 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oN1V5Em7oMY
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:48 to 0:01:53 :
    https://www.youtube.com/watch?v=oN1V5Em7oMY&t=108
    It appears in your source video from 0:01:04 to 0:01:10 :

https://www.youtube.com/watch?v=66Yte03B3Lo&t=64

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ohJZUhUGRQM
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:29 to 0:09:45 :
    https://www.youtube.com/watch?v=ohJZUhUGRQM&t=569
    It appears in your source video from 0:02:33 to 0:02:50 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=153

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=yAawuXlojq8
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:13 to 0:10:14 :
    https://www.youtube.com/watch?v=yAawuXlojq8&t=613
    It appears in your source video from 0:00:48 to 0:00:49 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=48

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zqdy_l4-zno
- Describe the work allegedly infringed: My company, organization or client's video

  - Title of video: "Firenado" Australia in HD- at actual speed
  - Source of video: 66Yte03B3Lo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:31 to 0:03:48 :
    https://www.youtube.com/watch?v=zqdy_l4-zno&t=211
    It appears in your source video from 0:02:25 to 0:02:40 :
    https://www.youtube.com/watch?v=66Yte03B3Lo&t=145

- Country where copyright applies: AU
- I, in good faith state that:

  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Darrell Shaw

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 14, 2023 <u>news@newsmedia.net.au</u> wrote:

Video IDs: 9SNHCK7Y8Ys, RWeyptLa7rw, UOtl-hN0aA4, ZilEyASatyw, oN1V5Em7oMY, ohJZUhUGRQM, yAawuXlojq8, zqdy_l4-zno

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:57:13 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [22C4D524RX5MJNNULQQSWJFGBA] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3i4bvk0zfql2907@google.com>
Date: Wed, Nov 15, 2023 at 9:51 PM
Subject: [22C4D524RX5MJNNULQQSWJFGBA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=_Sz56la5SAw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:11 to 0:06:32 : https://www.youtube.com/watch?v=_Sz56la5SAw&t=371

It appears in your source video from 0:00:09 to 0:02:29
https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: _Sz56la5SAw

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:37:44 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [22SFYGUZQTYP2S6BGUQ6SVBLRM] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+37q2n7e1nzwu207@google.com>
Date: Tue, Nov 7, 2023 at 8:31 PM
Subject: [22SFYGUZQTYP2S6BGUQ6SVBLRM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZhDtmHvty-o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  - Source of video: 5RfuGEjrHbE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=ZhDtmHvty-o&t=2

It appears in your source video from 0:00:00 to 0:00:02 :
https://www.youtube.com/watch?v=5RfuGEjrHbE&t=3

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=jqo1me6hvx8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  - Source of video: 5RfuGEjrHbE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=jqo1me6hvx8&t=2
    It appears in your source video from 0:00:00 to 0:00:02 :
    https://www.youtube.com/watch?v=5RfuGEjrHbE&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: ZhDtmHvty-o, jqo1me6hvx8

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:01:41 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [24XB76ZNYOHRGV26FAD7F27U2Y] Youtube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+172c9bj47dl0t07@google.com>
Date: Wed, Nov 15, 2023 at 5:08 PM
Subject: [24XB76ZNYOHRGV26FAD7F27U2Y] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zCs9qf014Qs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:07 to 0:02:20 :
    https://www.youtube.com/watch?v=zCs9qf014Qs&t=127

It appears in your source video from 0:00:41 to 0:00:52.
https://www.youtube.com/watch?v=y73ZVT56Sz4&t=41

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@viraldrm.com](#) wrote:

Video IDs: zCs9qf014Qs

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:27:10 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2CBL3VXOESJPOH6AQUWM4N3KAQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2luy7nzsrpuwo07@google.com>
Date: Mon, Nov 13, 2023 at 7:20 PM
Subject: [2CBL3VXOESJPOH6AQUWM4N3KAQ] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8i9TXJ_D6Bk
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: XL75k86m-IM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:24 : https://www.youtube.com/watch?v=8i9TXJ_D6Bk&t=77
    It appears in your source video from 0:00:00 to 0:00:08 : https://www.youtube.com/watch?v=XL75k86m-IM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@wxchasing.com](#) wrote:

    Video IDs: 8i9TXJ_D6Bk

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 3:39:34 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2CBL3VXOESJPOH6AQUWM4N3KAQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2luy7nzsrpuwo07@google.com>
Date: Mon, Nov 13, 2023 at 7:20 PM
Subject: [2CBL3VXOESJPOH6AQUWM4N3KAQ] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8i9TXJ_D6Bk
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: XL75k86m-lM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:24 :
    https://www.youtube.com/watch?v=8i9TXJ_D6Bk&t=77
    It appears in your source video from 0:00:00 to 0:00:08 :
    https://www.youtube.com/watch?v=XL75k86m-lM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: 8i9TXJ_D6Bk

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:46:18 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2EAN7RLV3HSMI63ROQ2M5TM6VE] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2a46y3r3khjlp07@google.com>
Date: Wed, Nov 15, 2023 at 5:57 PM
Subject: [2EAN7RLV3HSMI63ROQ2M5TM6VE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KZ2WsWEgCiA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: STRANGE STORM CLOUDS - Mammatus facts and information
  - Source of video: HywQ__IE23M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:21:21 to 0:21:22 :
    https://www.youtube.com/watch?v=KZ2WsWEgCiA&t=1281

It appears in your source video from 0:00:12 to 0:00:23
https://www.youtube.com/watch?v=HywQ__IE23M&t=21

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: KZ2WsWEgCiA

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:19:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [2FS2WYX4JCDJ3ZMD2THDTZlJVA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+16kmu9tjcuh7y07@google.com>
Date: Wed, Nov 15, 2023 at 7:14 PM
Subject: [2FS2WYX4JCDJ3ZMD2THDTZlJVA] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=M9M57Z1-iXs
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: U-tgVxSMDlc
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:00:50 to 0:01:12 : https://www.youtube.com/watch?v=M9M57Z1-iXs&t=50 It appears in your source video from 0:03:00 to 0:03:20 : https://www.youtube.com/watch?v=U-tgVxSMDlc&t=180

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: M9M57Z1-iXs

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:25:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [372VIYE45G56ZEE4ZCOLJ6TVSU] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2nko9su686gqa07@google.com>
Date: Wed, Nov 15, 2023 at 11:43 PM
Subject: [372VIYE45G56ZEE4ZCOLJ6TVSU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0d8sK8f6ZzE
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: MASSIVE TORNADO Linneus Missouri intercepted in Dominator 3
    - Source of video: Zqs7Nc5TTLM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:08:09 to 0:08:30 : https://www.youtube.com/watch?v=0d8sK8f6ZzE&t=489

It appears in your source video from 0:04:19 to 0:04:49
https://www.youtube.com/watch?v=Zqs7Nc5TTLM&t=260

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: 0d8sK8f6ZzE

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:03:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [3J3WFVUEC6YLL3MYL35QMUOKQA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3shpbxck13jdo07@google.com>
Date: Wed, Nov 15, 2023 at 6:29 PM
Subject: [3J3WFVUEC6YLL3MYL35QMUOKQA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MXKZgs_xuwM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:06:38 to 0:06:44:
https://www.youtube.com/watch?v=MXKZgs_xuwM&t=398
It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: MXKZgs_xuwM

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:32:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [3RBQQSTX54O52VFY4MBOGFWTEA] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1ovz3hq9l8sju07@google.com>
Date: Sun, Nov 12, 2023 at 3:59 AM
Subject: [3RBQQSTX54O52VFY4MBOGFWTEA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=64OMoHG0Rhl
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:02:20 to 0:02:37 :
https://www.youtube.com/watch?v=64OMoHG0Rhl&t=140
It appears in your source video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NdgNfS2T1tw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:59 to 0:11:17 :
    https://www.youtube.com/watch?v=NdgNfS2T1tw&t=659
    It appears in your source video: https://www.facebook.com/watch/?ref=search&v=638883676443266&external_log_id=4978c048-c8b3-478b-8281-8f6cc8b067b3&q=lava%20gate


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Video IDs: 64OMoHG0Rhl, NdgNfS2T1tw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:23:04 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [45G4CXR664ELZ6BLF5ST32ZWNI] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+06uc1nf8yet6c07@google.com>
Date: Mon, Nov 13, 2023 at 7:02 PM
Subject: [45G4CXR664ELZ6BLF5ST32ZWNI] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=3GqvXFfc-MM
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: tLqXMqr5MWY
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:17:57 to 0:18:00 : https://www.youtube.com/watch?v=3GqvXFfc-MM&t=1077 It appears in your source video from 0:01:27 to 0:01:33 : https://www.youtube.com/watch?v=tLqXMqr5MWY&t=87

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@wxchasing.com](#) wrote:

     Video IDs: 3GqvXFfc-MM

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:55:53 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [462ZGWUQUXSNJBYV2UJEXNAM2Q] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 11:43 AM
Subject: Fwd: [462ZGWUQUXSNJBYV2UJEXNAM2Q] YouTube Copyright Complaint Submission
To: brenda@wxchasing.com <brenda@wxchasing.com>, copyright@viraldrm.com <copyright@viraldrm.com>

4 Ever Green takedown receipt acknowledgement.

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0stmqvnbgkkmg07@google.com>
Date: Mon, Nov 13, 2023 at 6:39 PM
Subject: [462ZGWUQUXSNJBYV2UJEXNAM2Q] YouTube Copyright Complaint Submission
To: <stormhighway@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?):

I am the photographer and rights holder

- Address:
  - 301 West Illinois Street Apt B
  - New Baden, IL 62265
  - US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aKk6ioK8RhM
- Describe the work allegedly infringed: My video
  - Source of video: bsACwJkp0CI
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:10 to 0:04:15 :
    https://www.youtube.com/watch?v=aKk6ioK8RhM&t=250
    It appears in your source video from 0:01:31 to 0:01:36 :
    https://www.youtube.com/watch?v=bsACwJkp0CI&t=91

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Daniel J. Robinson

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 stormhighway@gmail.com wrote:

Video IDs: aKk6ioK8RhM

--
_____
stormhighway.com  -  cisinternet.net  -  icyroadsafety.com

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:54:10 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [462ZGWUQUXSNJBYV2UJEXNAM2Q] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 1:43 AM
Subject: Fwd: [462ZGWUQUXSNJBYV2UJEXNAM2Q] YouTube Copyright Complaint Submission
To: brenda@wxchasing.com <brenda@wxchasing.com>, copyright@viraldrm.com <copyright@viraldrm.com>

4 Ever Green takedown receipt acknowledgement.

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0stmqvnbgkkmg07@google.com>
Date: Mon, Nov 13, 2023 at 6:39 PM
Subject: [462ZGWUQUXSNJBYV2UJEXNAM2Q] YouTube Copyright Complaint Submission
To: <stormhighway@gmail.com>



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?):

I am the photographer and rights holder

- Address:
  - 301 West Illinois Street Apt B
  - New Baden, IL 62265
  - US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aKk6ioK8RhM
- Describe the work allegedly infringed: My video
  - Source of video: bsACwJkp0CI
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:10 to 0:04:15 :
    https://www.youtube.com/watch?v=aKk6ioK8RhM&t=250
    It appears in your source video from 0:01:31 to 0:01:36 :
    https://www.youtube.com/watch?v=bsACwJkp0CI&t=91

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Daniel J. Robinson

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 stormhighway@gmail.com wrote:

Video IDs: aKk6ioK8RhM

--
_____
stormhighway.com  -  cisinternet.net  -  icyroadsafety.com

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:05:17 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4FWUUUDTND6QW2E7XCK4F3PBKU] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0tom17q7z33hp07@google.com>
Date: Tue, Nov 7, 2023 at 10:23 PM
Subject: [4FWUUUDTND6QW2E7XCK4F3PBKU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=W1AC1lhCQ5s
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://web.facebook.com/watch?ref=search&v=63888367644266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
    - Type of video: Internet video
    - Where does the content appear?

The content appears in the targeted video from 0:04:04 to 0:01:04 :
https://www.youtube.com/watch?v=W1AC1lhCQ5s&t=60
It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=jUWkppaC-Jo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:29 to 0:08:01 :
    https://www.youtube.com/watch?v=jUWkppaC-Jo&t=449
    It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: W1AC1lhCQ5s, jUWkppaC-Jo

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:25:49 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [4ROGMVUPJL5FU4PL6U5UYRIR3M] Youtube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0iw4mqdax9ow707@google.com>
Date: Tue, Nov 14, 2023 at 5:27 AM
Subject: [4ROGMVUPJL5FU4PL6U5UYRIR3M] Youtube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KDFw-f5WHKc
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
    - Source of video: IxdFh8nYMgM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:02:42 to 0:03:04 :
      https://www.youtube.com/watch?v=KDFw-f5WHKc&t=162

It appears in your source video from 0:00:15 to 0:00:08:00
https://www.youtube.com/watch?v=IxdFh8nYMgM&t=15

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 13, 2023 copyright@viraldrm.com wrote:

Video IDs: KDFw-f5WHKc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:18:32 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5HA42SL7V7LYMPKNZKABXY2HEA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1ufyekyh8yh8b07@google.com>
Date: Mon, Nov 13, 2023 at 6:44 PM
Subject: [5HA42SL7V7LYMPKNZKABXY2HEA] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Nk5qFM9ro8Y
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: ZaL1fldTEAk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:45 to 0:02:56 : https://www.youtube.com/watch?v=Nk5qFM9ro8Y&t=165
    It appears in your source video from 0:02:03 to 0:02:15 : https://www.youtube.com/watch?v=ZaL1fldTEAk&t=123

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bJQclPjvnws
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: ZaL1fldTEAk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:19 :
    https://www.youtube.com/watch?v=bJQclPjvnws&t=0
    It appears in your source video from 0:02:03 to 0:02:15 :
    https://www.youtube.com/watch?v=ZaL1fldTEAk&t=123


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: Nk5qFM9ro8Y, bJQclPjvnws

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:56:50 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0dwqm64puiiox07@google.com>
Date: Wed, Nov 8, 2023 at 1:46 AM
Subject: [5LZHMAB7BSHGZEPW3P3JOQKZBA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=RdPmx64g0Bo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:11:22 to 0:11:28 :
https://www.youtube.com/watch?v=RdPmx64g0Bo&t=682
It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=iAGdltBg_nY
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Mammatus at Sunset (4K)
  - Source of video: CKmhcqHIabc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:36 to 0:04:43 :
    https://www.youtube.com/watch?v=iAGdltBg_nY&t=276
    It appears in your source video from 0:01:01 to 0:01:08 :
    https://www.youtube.com/watch?v=CKmhcqHIabc&t=61


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: RdPmx64g0Bo, iAGdltBg_nY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:02:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5Xl23WJJI6PDFIG7ECQZY5MIME] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+39rycj2n9bucc07@google.com>
Date: Sat, Nov 11, 2023 at 6:40 PM
Subject: [5Xl23WJJI6PDFIG7ECQZY5MIME] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=eC87PQ4JK2o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 09-15-2023 Scituate, MA-Hurricane Lee creates massive surf in Cape Cod
  - Source of video: yHRKz5WimUo
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:43 to 0:00:48 :
    https://www.youtube.com/watch?v=eC87PQ4JK2o&t=43

It appears in your source video from 0:00:53 to 0:01:08 :
https://www.youtube.com/watch?v=yHRKz5WimUo&t=53

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vaghO1CQq80
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4-5-2023 Glenallen, MO tornado damage - drone - first light
  - Source of video: xnWaHL_DEHM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:19 to 0:00:32 :
    https://www.youtube.com/watch?v=vaghO1CQq80&t=19
    It appears in your source video from 0:00:07 to 0:00:20 :
    https://www.youtube.com/watch?v=xnWaHL_DEHM&t=7

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DCMA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Video IDs: eC87PQ4JK2o, vaghO1CQq80

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:03:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [5ZLYJMCZ4GCOVJKXPL7QQAJGNQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1iwwa9ehshmor07@google.com>
Date: Tue, Nov 14, 2023 at 8:13 PM
Subject: [5ZLYJMCZ4GCOVJKXPL7QQAJGNQ] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=D84Q3u807IA
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: WoYdzfxe01g
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:15 to 0:01:24 :
      https://www.youtube.com/watch?v=D84Q3u807IA&t=75
      It appears in your source video from 0:04:37 to 0:04:48 :

https://www.youtube.com/watch?v=wovciHx861gU+20P

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZND7UGGwqBQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: BI8Cvrv-r7o
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:13 to 0:01:30 :
    https://www.youtube.com/watch?v=ZND7UGGwqBQ&t=73
    It appears in your source video from 0:00:00 to 0:00:23 :
    https://www.youtube.com/watch?v=BI8Cvrv-r7o&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

   Video IDs: D84Q3u807IA, ZND7UGGwqBQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:22:11 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [66HEYWW4LPHCS7JPIOZ2CLZ2I4] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3vronsnzvzafp07@google.com>
Date: Wed, Nov 8, 2023 at 5:32 AM
Subject: [66HEYWW4LPHCS7JPIOZ2CLZ2I4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VGmD57LRCIY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:50 to 0:05:14 :
    https://www.youtube.com/watch?v=VGmD57LRCIY&t=290

It appears in your source video from 0:03:44 to 0:04:08 :
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=224

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oC1pfL5-l4I
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:18:30 to 0:18:36 :
    https://www.youtube.com/watch?v=oC1pfL5-l4I&t=1110
    It appears in your source video from 0:03:15 to 0:03:24 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=195


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: VGmD57LRCiY, oC1pfL5-l4I

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:52:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6DO2KWIDUS3MTVBCDRERZYZUHI] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+29kch4e5pehsm07@google.com>
Date: Tue, Nov 7, 2023 at 9:05 PM
Subject: [6DO2KWIDUS3MTVBCDRERZYZUHI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MlOYywFLXBM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - Source of video: ygGLqD4a0jM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:59 to 0:04:04 :
    https://www.youtube.com/watch?v=MlOYywFLXBM&t=239

It appears in your source video from 0:00:09 to 0:00:09 :
https://www.youtube.com/watch?v=ygGLqD4a0jM&t=9

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=WvQR4GOhbqk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:40 to 0:06:45 :
    https://www.youtube.com/watch?v=WvQR4GOhbqk&t=400
    It appears in your source video from 0:05:22 to 0:05:27 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=322


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: MlOYywFLXBM, WvQR4GOhbqk

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:40:45 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6IX6GCIEKZNICZSIXCWF7QRPWA] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3maj6in1hwgmg07@google.com>
Date: Tue, Nov 7, 2023 at 8:46 PM
Subject: [6IX6GCIEKZNICZSIXCWF7QRPWA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=G0GYhAROSuM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
    - Source of video: IxdFh8nYMgM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:15:31 to 0:15:33 :
      https://www.youtube.com/watch?v=G0GYhAROSuM&t=931

It appears in your source video from 0:02:20 to 0:02:24 :
https://www.youtube.com/watch?v=IxdFh8nYMgM&t=149

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bxU-H0Grli0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:14 to 0:08:18 :
    https://www.youtube.com/watch?v=bxU-H0Grli0&t=494
    It appears in your source video from 0:02:20 to 0:02:24 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=140

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: G0GYhAROSuM, bxU-H0Grli0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:02:32 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6LRT3AU65KQ2T7VF4N7Z547DPM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+33pqw1uvq9jv607@google.com>
Date: Tue, Nov 7, 2023 at 10:19 PM
Subject: [6LRT3AU65KQ2T7VF4N7Z547DPM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Vh4wa47ny0A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole falling
  - Source of video: ZjiKz23CVm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:23 to 0:07:32 : https://www.youtube.com/watch?v=Vh4wa47ny0A&t=443

It appears in your source video from 0:00:00 to 0:00:06 :
https://www.youtube.com/watch?v=ZjlKz23CVm8&t=8

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aGfDVyMTiVk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-6-2018 Leilani Estates, Hi Time Lapse of giant lava flow consuming car, telephone pole falling
  - Source of video: ZjlKz23CVm8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:01 to 0:01:05 :
    https://www.youtube.com/watch?v=aGfDVyMTiVk&t=61
    It appears in your source video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=ZjlKz23CVm8&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: Vh4wa47ny0A, aGfDVyMTiVk

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:08:07 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6YTQ6JXQ2U7MXLVJ27DYDXRBII] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1ooz5ydamy34n07@google.com>
Date: Tue, Nov 14, 2023 at 9:09 PM
Subject: [6YTQ6JXQ2U7MXLVJ27DYDXRBII] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=DHurETN11fM
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: TA_zrvBctH8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:41 to 0:00:49 : https://www.youtube.com/watch?v=DHurETN11fM&t=41
    It appears in your source video from 0:00:10 to 0:00:20 :

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vv65J3GZN4Q
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: TA_zrvBctH8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:40 to 0:00:49 :
    https://www.youtube.com/watch?v=vv65J3GZN4Q&t=40
    It appears in your source video from 0:00:10 to 0:00:20 :
    https://www.youtube.com/watch?v=TA_zrvBctH8&t=10


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: DHurETN11fM, vv65J3GZN4Q

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:53:10 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [6ZHB3UR6N64SKJE6CLK3VXY7ZQ] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2sdclduya4brx07@google.com>
Date: Tue, Nov 7, 2023 at 9:09 PM
Subject: [6ZHB3UR6N64SKJE6CLK3VXY7ZQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=IAFfhxcsLkg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Lava from volcano eats car (Ford Mustang) Epic Original from Kilauea Eruption 2018
    - Source of video: F0NGEwDYaSg
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:09:29 to 0:09:33 :
      https://www.youtube.com/watch?v=IAFfhxcsLkg&t=569

It appears in your source video from 0:01:39 to 0:01:43 :
https://www.youtube.com/watch?v=F0NGEwDYaSg&t=99

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oWgVmn6Oe3U
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The Mesocyclone - Alien Storms
  - Source of video: Amkt_KHJP3A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:15 to 0:06:18 :
    https://www.youtube.com/watch?v=oWgVmn6Oe3U&t=375
    It appears in your source video from 0:00:03 to 0:00:06 :
    https://www.youtube.com/watch?v=Amkt_KHJP3A&t=3


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

　　　Video IDs: IAFfhxcsLkg, oWgVmn6Oe3U

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 4:10:50 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7GEHN2HGFNYGCNJ3O2J4HEHAV4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0rio3cy3dpxrx07@google.com>
Date: Sat, Nov 11, 2023 at 6:31 PM
Subject: [7GEHN2HGFNYGCNJ3O2J4HEHAV4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Micheal Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QUvavC1Wv8A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: A STORM OF COLOR Time Lapse - Isolated Supercell, tornado, rainbow and lightning storm
  - Source of video: LYubHpEMTPM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:38 to 0:05:41 :
    https://www.youtube.com/watch?v=QUvavC1Wv8A&t=338

It appears in your source video from 0:01:12 to 0:01:18 :
https://www.youtube.com/watch?v=LYubHpEMTPM&t=72

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=oN1V5Em7oMY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Booker, TX Supercell - June 3rd, 2013 (4K version)
  - Source of video: ak05BQ6eNLU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:19 to 0:06:24 :
    https://www.youtube.com/watch?v=oN1V5Em7oMY&t=379
    It appears in your source video from 0:00:06 to 0:00:12 :
    https://www.youtube.com/watch?v=ak05BQ6eNLU&t=6


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Micheal Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

    Video IDs: QUvavC1Wv8A, oN1V5Em7oMY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 6:47:07 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7H7G6FI27MUJYTBEXMCHQEN764] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1omjidijtcp5207@google.com>
Date: Wed, Nov 15, 2023 at 6:20 PM
Subject: [7H7G6FI27MUJYTBEXMCHQEN764] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=KKhqpsj7HYY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:43 to 0:11:52 :
    https://www.youtube.com/watch?v=KKhqpsj7HYY&t=703

It appears in your source video from 0:01:24 to 0:01:28
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=84

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: KKhqpsj7HYY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:17:30 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7IFW6WKKRUGYM6PUO4WMXY2GIQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2oeman4nn1m4m07@google.com>
Date: Mon, Nov 13, 2023 at 6:27 PM
Subject: [7IFW6WKKRUGYM6PUO4WMXY2GIQ] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6Uex17_6Tel
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 3-3-2019 Tabotton, Ga Tornado Damage, homes gone, cars flipped, trees snapped, injuries drone aerial
    - Source of video: c4dMhZEMcBg
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:09 : https://www.youtube.com/watch?v=6Uex17_6Tel&t=0
      It appears in your source video from 0:00:31 to 0:00:40 : https://www.youtube.com/watch?v=c4dMhZEMcBg&t=31

- URL of allegedly infriging video to be removed: https://www.youtube.com/watch?v=dReSm9YF_F4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Some of the worst damage I've ever seen.
  - Source of video: https://www.facebook.com/watch?ref=search&v=873567633033212&external_log_id=010659ae-3c81-4656-8027-d2081db26563&q=Hurricane%20Michael%20Helicopter%20wxchasing
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:20 to 0:00:25 : https://www.youtube.com/watch?v=dReSm9YF_F4&t=20
    It appears in your source video: https://www.facebook.com/watch?ref=search&v=873567633033212&external_log_id=010659ae-3c81-4656-8027-d2081db26563&q=Hurricane%20Michael%20Helicopter%20wxchasing

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: 6Uex17_6Tel, dReSm9YF_F4

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:05:15 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7MRVDTVKBZ7U2LGF7BXU3JILMM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1765i58th6yjp07@google.com>
Date: Tue, Nov 14, 2023 at 8:36 PM
Subject: [7MRVDTVKBZ7U2LGF7BXU3JILMM] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=1ZXjJxkELGU
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: JTyoT0agyg4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:19:55 to 0:20:03 :
    https://www.youtube.com/watch?v=1ZXjJxkELGU&t=1195
    It appears in your source video from 0:00:33 to 0:00:37 :

00070

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lw58-12uNMQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: SupsBMxw_Bg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:26 to 0:13:34 :
    https://www.youtube.com/watch?v=lw58-12uNMQ&t=806
    It appears in your source video from 0:00:17 to 0:00:38 :
    https://www.youtube.com/watch?v=SupsBMxw_Bg&t=17

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: 1ZXjJxkELGU, lw58-12uNMQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:02:34 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7QAMQEIS7OO22AUNZLWQAKBLIA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+11wbniqmuvmvd07@google.com>
Date: Tue, Nov 14, 2023 at 8:58 PM
Subject: [7QAMQEIS7OO22AUNZLWQAKBLIA] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=mlGLp6xCxM0
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: JTyoT0agyg4
    - Type of video: Internet video
    - Where does the content appear?
    The content appears in the targeted video from 0:01:29 to 0:01:31 : https://www.youtube.com/watch?v=mlGLp6xCxM0&t=89
    It appears in your source video from 0:00:00 to 0:00:06 :

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: mIGLp6xCxM0

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:00:23 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [7TM6PVHHZHOQ2O25KR4ZTY7AMA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3tptbih9532dr07@google.com>
Date: Wed, Nov 15, 2023 at 6:05 PM
Subject: [7TM6PVHHZHOQ2O25KR4ZTY7AMA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=f9gvzZlZ2i4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: HUGE Dust Eating Wedge Tornado - Enochs, TX - May 23, 2022
  - Source of video: -EgrjKh3P4Q
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:29 to 0:00:44 :
    https://www.youtube.com/watch?v=f9gvzZlZ2i4&t=29

It appears in your source video from 0:04:35 to 0:04:29

https://www.youtube.com/watch?v=-EgrjKh3P4Q&t=275

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@viraldrm.com](#) wrote:

Video IDs: f9gvzZlZ2i4

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:06:46 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [A65DIRZWQBJJ2DAHLDVI5LAJOQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0keomwhzl2h1o07@google.com>
Date: Tue, Nov 7, 2023 at 10:30 PM
Subject: [A65DIRZWQBJJ2DAHLDVI5LAJOQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=WP38vkg0Ehw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:52 to 0:08:53 : https://www.youtube.com/watch?v=WP38vkg0Ehw&t=532

It appears in your source video from 0:02:40 to 0:02:49 :
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=160

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bA5bsTePVuE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:25 to 0:03:27 :
    https://www.youtube.com/watch?v=bA5bsTePVuE&t=205
    It appears in your source video from 0:01:11 to 0:01:13 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=71


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

        Video IDs: WP38vkg0Ehw, bA5bsTePVuE


--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:07:42 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [A6ERMCI4AWYYPDZ72LTLUUCXFA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+18cmid6kcf2m307@google.com>
Date: Tue, Nov 14, 2023 at 9:05 PM
Subject: [A6ERMCI4AWYYPDZ72LTLUUCXFA] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=iEpg6U1J2lQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: hsK0tMlYgLs
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 14, 2023 [ip@livestormsmedia.com](mailto:ip@livestormsmedia.com) wrote:

Video IDs: iEpg6U1J2lQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:11:22 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AALJHKLP3M3JSATGQCNZDEV5DM] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+169lltrytwb6407@google.com>
Date: Wed, Nov 8, 2023 at 4:10 AM
Subject: [AALJHKLP3M3JSATGQCNZDEV5DM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Digital Rights Manager
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=_szmpO6_Oa8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
    - Source of video: -Kou0HBpX4A
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:04:04 to 0:04:07 :

https://www.youtube.com/watch?v=_szmpO6_Oa8&t=294

It appears in your source video from 0:05:09 to 0:05:13 :
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=309

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bkBPHJWwtIA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video:
    https://www.facebook.com/wxchasing/videos/638883676443266
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:50 to 0:00:54 :
    https://www.youtube.com/watch?v=bkBPHJWwtIA&t=50
    It appears in your source video:
    https://www.facebook.com/wxchasing/videos/638883676443266

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: _szmpO6_Oa8, bkBPHJWwtIA

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:59:28 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AC6IG3O3HACBMUK4TX5PR2BKDI] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+01gpqnmvjr1pk07@google.com>
Date: Tue, Nov 7, 2023 at 10:02 PM
Subject: [AC6IG3O3HACBMUK4TX5PR2BKDI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FOsjZFGJqGI
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:36 to 0:00:46 : https://www.youtube.com/watch?v=FOsjZFGJqGI&t=36

It appears in your source video from 0:00:09 to 0:00:13 :
https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fBZoTCs-kac
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: EF4 Photogenic Canada Day Tornado In Didsbury,
    Alberta.
  - Source of video: ii46SWflrZA
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:48 to 0:07:53 :
    https://www.youtube.com/watch?v=fBZoTCs-kac&t=468
    It appears in your source video from 0:02:18 to 0:02:23 :
    https://www.youtube.com/watch?v=ii46SWflrZA&t=138


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

        Video IDs: FOsjZFGJqGI, fBZoTCs-kac

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:06:26 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AIQT76PN2OSW44MTBI4TTANPS4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3t3rb3jdh5y3207@google.com>
Date: Tue, Nov 7, 2023 at 8:01 PM
Subject: [AIQT76PN2OSW44MTBI4TTANPS4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=C2LZbpXc6mM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Idalia slams Florida - boats smashing bridge from storm surge
  - Source of video: wGGC1KAjN-0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:22 to 0:02:26 :
    https://www.youtube.com/watch?v=C2LZbpXc6mM&t=142

It appears in your source video from 0:00:07 to 0:00:13 :
https://www.youtube.com/watch?v=wGGC1KAjN-0&t=7

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=FdSts41KM8o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: New York Flooding Chaos - Brooklyn - Long Island - Raw 4k with Drone
  - Source of video: ZjY_uB7p5Hw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:26 to 0:00:33 :
    https://www.youtube.com/watch?v=FdSts41KM8o&t=26
    It appears in your source video from 0:00:49 to 0:00:53 :
    https://www.youtube.com/watch?v=ZjY_uB7p5Hw&t=49


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: C2LZbpXc6mM, FdSts41KM8o

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:20:07 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AUORUSICEM2F4BWKUACESGYPRI] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2sbmpvglq7reh07@google.com>
Date: Mon, Nov 13, 2023 at 6:59 PM
Subject: [AUORUSICEM2F4BWKUACESGYPRI] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=blWYoXyVdBA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 03-10-2023 Springville, CA - Crazy flooding homes collapsing - drone - ground
  - Source of video: 5RfuGEjrHbE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 : https://www.youtube.com/watch?v=blWYoXyVdBA&t=2

It appears in your source video from 0:00:09 to 0:01:03 :
https://www.youtube.com/watch?v=5RfuGEjrHbE&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=nz-aRvEzeyg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 06-19-23 Louin, MS-First light drone shows extensive tornado damage
  - Source of video: LXC_Cx3Fx10
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:34 to 0:13:50 :
    https://www.youtube.com/watch?v=nz-aRvEzeyg&t=814
    It appears in your source video from 0:00:00 to 0:01:40 :
    https://www.youtube.com/watch?v=LXC_Cx3Fx10&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: blWYoXyVdBA, nz-aRvEzeyg

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 4:03:53 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AXBICHFYTZHCVDBHC3XSGH2YNM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3vdtz798cgb4d07@google.com>
Date: Wed, Nov 15, 2023 at 5:33 PM
Subject: [AXBICHFYTZHCVDBHC3XSGH2YNM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=JBJBgOVjaTc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - Source of video: 6pImOavdAO4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:06 to 0:00:09 :
    https://www.youtube.com/watch?v=JBJBgOVjaTc&t=6

It appears in your source video from 0:01:15 to 0:01:18 :
https://www.youtube.com/watch?v=6pImOavdAO4&t=75

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=R62E2sQJAL0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW
  - Source of video: 53lwzSwydhg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=R62E2sQJAL0&t=0
    It appears in your source video from 0:00:10 to 0:00:15 :
    https://www.youtube.com/watch?v=53lwzSwydhg&t=10

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=mM1_a_SRcF4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 4K MASSIVE WEDGE TORNADO in Linneus Missouri
  - Source of video: ygGLqD4a0jM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:05 :
    https://www.youtube.com/watch?v=mM1_a_SRcF4&t=0
    It appears in your source video from 0:02:25 to 0:02:30 :
    https://www.youtube.com/watch?v=ygGLqD4a0jM&t=145

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=wOmCx3RkFy0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Large CONE TORNADO south side of Denver damage in Highlands Ranch!
  - Source of video: 6pImOavdAO4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:17 to 0:00:20 :
    https://www.youtube.com/watch?v=wOmCx3RkFy0&t=17
    It appears in your source video from 0:01:13 to 0:01:16 :
    https://www.youtube.com/watch?v=6pImOavdAO4&t=73

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=xgO6UlLwArY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: INSIDE A TORNADO in Dominator 3 southeast of Loco, Oklahoma! WOW
  - Source of video: 53lwzSwydhg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:23 to 0:00:25 :
    https://www.youtube.com/watch?v=xgO6UlLwArY&t=23
    It appears in your source video from 0:00:18 to 0:00:19 :
    https://www.youtube.com/watch?v=53lwzSwydhg&t=18

- Country where copyright applies: US

I state UNDER PENALTY OF PERJURY that:

- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.
- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@viraldrm.com](#) wrote:

Video IDs: JBJBgOVjaTc, R62E2sQJAL0, mM1_a_SRcF4, wOmCx3RkFy0, xgO6UlLwArY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:58:04 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [AZIE2CGZ46YJZ67UTXJNWEIEUM] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3dpb8usicnp6f07@google.com>
Date: Tue, Nov 7, 2023 at 9:54 PM
Subject: [AZIE2CGZ46YJZ67UTXJNWEIEUM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2ZgdHQTPK5k
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020
    - Source of video: GoaHmuhq5x8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:05:59 to 0:06:01 :
      https://www.youtube.com/watch?v=2ZgdHQTPK5k&t=359

It appears in your source video from 0:00:15 to 0:00:17 :
https://www.youtube.com/watch?v=GoaHmuhq5x8&t=17

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=JrkXPGk_0h8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:00:30 to 0:00:32 :
  https://www.youtube.com/watch?v=JrkXPGk_0h8&t=30
  It appears in your source video from 0:03:56 to 0:03:58 :
  https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=236


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 2ZgdHQTPK5k, JrkXPGk_0h8

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:38:19 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BGAYH7JON3QDHQS4PDEOAMDAPU] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0t2fy3usoo9zw07@google.com>
Date: Tue, Nov 7, 2023 at 8:35 PM
Subject: [BGAYH7JON3QDHQS4PDEOAMDAPU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FlF4TRCCT7c
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Undulatus Asperatus Sunset
    - Source of video: rq3lqckbt_E
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:07:06 to 0:07:10 : https://www.youtube.com/watch?v=FlF4TRCCT7c&t=426
      It appears in your source video from 0:00:48 to 0:00:58 :

https://www.youtube.com/watch?v=rq3fjdioCEQ&

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=SBHU4kau4mA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The RAW POWER of Hurricane Michael in Panama City: Sound & visuals in 4K
  - Source of video: C6zGEMMMjws
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:12:52 to 0:12:56 :
    https://www.youtube.com/watch?v=SBHU4kau4mA&t=772
    It appears in your source video from 0:01:36 to 0:01:45 :
    https://www.youtube.com/watch?v=C6zGEMMMjws&t=96

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: FIF4TRCCT7c, SBHU4kau4mA

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:42:05 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BHGCDVLAB35UDA2X3HWAH7FGRA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0kkqeryrcjexg07@google.com>
Date: Wed, Nov 15, 2023 at 5:53 PM
Subject: [BHGCDVLAB35UDA2X3HWAH7FGRA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=5wWz6vme4tw
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Hail Storm Freaks of Nature & largest hail stone ever
    recorded recreation
  - Source of video: 6JbU0dIq70E
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:46 to 0:04:59 :
    https://www.youtube.com/watch?v=5wWz6vme4tw&t=286

It appears in your source video from 0:03:10 to 0:03:43:
https://www.youtube.com/watch?v=6JbU0dlq70E&t=190

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: 5wWz6vme4tw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:11:02 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [BUWRBSJWGL64SSZEVVI5H6IF6I] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1nj5t5inncb6b07@google.com>
Date: Tue, Nov 14, 2023 at 9:16 PM
Subject: [BUWRBSJWGL64SSZEVVI5H6IF6I] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=byStbRF8fMo
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: 8SaexlT2cxc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:06:06 to 0:06:28 : https://www.youtube.com/watch?v=byStbRF8fMo&t=366
      It appears in your source video from 0:00:00 to 0:00:22 :

https://www.youtube.com/watch?v=8sadsf23xode1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: byStbRF8fMo

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**   Copyright Management <copyright@viraldrm.com>
**Sent:**   1/5/2024 12:04:55 PM
**To:**   Viral DRM <viraldrm@sriplaw.com>
**Subject:**   Fwd: [C6RT6PGR2KBZREMEMWDXQZY3QY] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0phu9muc81b4x07@google.com>
Date: Wed, Nov 8, 2023 at 3:20 AM
Subject: [C6RT6PGR2KBZREMEMWDXQZY3QY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=AOhSBddEe4g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video: https://fb.watch/joeNS0CwuS/
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:01:15 to 0:08:52 : https://www.youtube.com/watch?v=AOhSBddEe4g&t=75

It appears in your source video: https://www.youtube.com/watch?v=AOhSBddEe4g&t=300/rwvs/

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZyY_8Jbn_ic
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:40 to 0:06:19 :
    https://www.youtube.com/watch?v=ZyY_8Jbn_ic&t=340
    It appears in your source video from 0:03:05 to 0:03:44 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=185

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: AOhSBddEe4g, ZyY_8Jbn_ic

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:45:28 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [C6ZCLW25ATDGTVWOOIQJ7645CI] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0eeekl7uu4mu407@google.com>
Date: Tue, Nov 7, 2023 at 8:53 PM
Subject: [C6ZCLW25ATDGTVWOOIQJ7645CI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=EPeOkKK8b14
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: THUNDER SNOW! Blizzard with over a dozen close-range lightning strikes in Mammoth Mountain, CA
  - Source of video: hCFo0uSUdyE
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:14:44 to 0:14:50 : https://www.youtube.com/watch?v=EPeOkKK8b14&t=884

It appears in your source video from 0:00:00 to 0:00:03 :
https://www.youtube.com/watch?v=hCFo0uSUdyE&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=H_laoaV9Fkw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:16 to 0:01:21 :
    https://www.youtube.com/watch?v=H_laoaV9Fkw&t=76
    It appears in your source video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=2&_rdr

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: EPeOkKK8b14, H_laoaV9Fkw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:05:12 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [C7EQAXEH77F5FCZXNZCIFA6FIE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+308xpnsffhl9707@google.com>
Date: Wed, Nov 15, 2023 at 5:16 PM
Subject: [C7EQAXEH77F5FCZXNZCIFA6FIE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6hf0aMO5RLM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:54 to 0:03:27 : https://www.youtube.com/watch?v=6hf0aMO5RLM&t=174

It appears in your source video from 0:03:03 to 0:03:49 :
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=183

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=FXsin5fcR3E
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:52 to 0:03:38 :
    https://www.youtube.com/watch?v=FXsin5fcR3E&t=172
    It appears in your source video from 0:02:54 to 0:03:40 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=174

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qcoetcq_JdI
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:03 to 0:05:49 :
    https://www.youtube.com/watch?v=qcoetcq_JdI&t=303
    It appears in your source video from 0:02:50 to 0:03:36 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qopUnKoweHk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: lxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:16 to 0:02:34 :
    https://www.youtube.com/watch?v=qopUnKoweHk&t=136
    It appears in your source video from 0:00:00 to 0:00:27 :
    https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

—The YouTube Team

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

  Video IDs: 6hf0aMO5RLM, FXsin5fcR3E, qcoetcq_JdI, qopUnKoweHk

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:55:09 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [CDATUKCVFJUE55BCLCXlY33EB4] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Dan Robinson** <stormhighway@gmail.com>
Date: Tue, Nov 14, 2023 at 11:42 AM
Subject: Fwd: [CDATUKCVFJUE55BCLCXlY33EB4] YouTube Copyright Complaint Submission
To: brenda@wxchasing.com <brenda@wxchasing.com>, copyright@viraldrm.com <copyright@viraldrm.com>

100M takedown receipt acknowledgement.

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2n92cczfbeg7s07@google.com>
Date: Mon, Nov 13, 2023 at 6:35 PM
Subject: [CDATUKCVFJUE55BCLCXlY33EB4] YouTube Copyright Complaint Submission
To: <stormhighway@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Daniel J. Robinson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Daniel J. Robinson
- Your Title or Job Position (What is your authority to make this complaint?):

I am the photographer and rights holder:
- Address:
  - 301 West Illinois Street Apt B
  - New Baden, IL 62265
  - US
- Username: Dan Robinson
- Email Address: stormhighway@gmail.com
- Phone: 618-920-0811

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=fADXOzb1I3Q
- Describe the work allegedly infringed: My video
  - Source of video: gY0gda12pXg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:00 to 0:09:05 :
    https://www.youtube.com/watch?v=fADXOzb1I3Q&t=540
    It appears in your source video from 0:02:01 to 0:02:06 :
    https://www.youtube.com/watch?v=gY0gda12pXg&t=121

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Daniel J. Robinson

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 stormhighway@gmail.com wrote:

Video IDs: fADXOzb1I3Q

--
_____
stormhighway.com  -  cisinternet.net  -  icyroadsafety.com

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:27:59 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [CV23TLT2QAQQ3XWKQUM2ONDEZ4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2rgsnhqdc2w8s07@google.com>
Date: Tue, Nov 7, 2023 at 8:19 PM
Subject: [CV23TLT2QAQQ3XWKQUM2ONDEZ4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Vural DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=EiOhjdJX7qQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:03 to 0:03:53 :
    https://www.youtube.com/watch?v=EiOhjdJX7qQ&t=183

It appears in your source video from 0:02:14 to 0:03:28 :
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=134

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=zYYv8DVNl8k
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:55 to 0:02:33 :
    https://www.youtube.com/watch?v=zYYv8DVNl8k&t=115
    It appears in your source video from 0:02:14 to 0:03:28 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=134


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: EiOhjdJX7qQ, zYYv8DVNl8k

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:18:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [D5JV5ULVB2MTN2NGBCY5GL67RA] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0k86xm7ihzo8x07@google.com>
Date: Wed, Nov 8, 2023 at 5:11 AM
Subject: [D5JV5ULVB2MTN2NGBCY5GL67RA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=CuFmKotJejE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: EF4 Photogenic Canada Day Tornado In Didsbury, Alberta.
  - Source of video: ii46SWfIrZA
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:44 to 0:00:47 :
    https://www.youtube.com/watch?v=CuFmKotJejE&t=44

It appears in your source video from 0:02:56 to 0:02:59.
https://www.youtube.com/watch?v=ii46SWflrZA&t=176

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VqJ_t2_3pVY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: CuFmKotJejE, VqJ_t2_3pVY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:00:57 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [DEKKVQK74JYOGCROEYFOPTENJI] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3og468hm84o0w07@google.com>
Date: Tue, Nov 7, 2023 at 10:09 PM
Subject: [DEKKVQK74JYOGCROEYFOPTENJI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=60Vvs9yEwT8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: LARGEST TORNADO EVER!!! From Birth to Death (w/ Radar & Commentary) 5-31-13
  - Source of video: Q7X3fyld2U0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:08 to 0:00:12 : https://www.youtube.com/watch?v=60Vvs9yEwT8&t=8

It appears in your source video from 0:02:59 to 0:03:23 :
https://www.youtube.com/watch?v=Q7X3fyId2U0&t=179

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=xpWt2VyYNts
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Mayfield, Ky Tornado Damage Drone 4k
  - Source of video: ZaL1fldTEAk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:36 to 0:02:49 :
    https://www.youtube.com/watch?v=xpWt2VyYNts&t=156
    It appears in your source video from 0:02:06 to 0:02:07 :
    https://www.youtube.com/watch?v=ZaL1fldTEAk&t=126


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 60Vvs9yEwT8, xpWt2VyYNts

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:11:50 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [DJK6QLZWGEUMLCVM7F6NDAQ244] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1sl4sbh5i3nus07@google.com>
Date: Wed, Nov 8, 2023 at 4:16 AM
Subject: [DJK6QLZWGEUMLCVM7F6NDAQ244] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=98LbVbsX2BM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Severe Storms - Daniel Shaw - Patreon Live Stream
  - Source of video: qbYGLMAK0aI
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:00 to 0:06:30 : https://www.youtube.com/watch?v=98LbVbsX2BM&t=360
    It appears in your source video from 2:47:37 to 2:47:47 :

https://www.youtube.com/watch?v=qbYGtoAk0u&t=d002?

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=krZrWM3OTec
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Undulatus Asperatus Sunset
  - Source of video: rq3lqckbt_E
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:00 to 0:10:05 :
    https://www.youtube.com/watch?v=krZrWM3OTec&t=600
    It appears in your source video from 0:00:54 to 0:01:00 :
    https://www.youtube.com/watch?v=rq3lqckbt_E&t=54

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 98LbVbsX2BM, krZrWM3OTec

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:10:05 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [DWBTM3R5YZSRKFPKXIYV7MLGPM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1w07w5rrs24ky07@google.com>
Date: Tue, Nov 14, 2023 at 9:13 PM
Subject: [DWBTM3R5YZSRKFPKXIYV7MLGPM] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Db09kCq-0eY
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: cKl7btWBte8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:19:34 to 0:19:38 : https://www.youtube.com/watch?v=Db09kCq-0eY&t=1174
      It appears in your source video from 0:00:45 to 0:01:15 :

https://www.youtube.com/watch?v=cKIrbWs6&l=US

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: Db09kCq-0eY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:58:55 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [E32E4R3FEBE4S36SBKSSGOFA24] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3bxcfksgpgf6607@google.com>
Date: Wed, Nov 8, 2023 at 2:01 AM
Subject: [E32E4R3FEBE4S36SBKSSGOFA24] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=RFr3bBKbuOg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
    - Type of video: Internet video
    - Where does the content appear?

The content appears in the targeted video from 0:07:45 to 0:07:55 :
https://www.youtube.com/watch?v=RFr3bBKbuOg&t=465
It appears in your source video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=lNthC9avlp4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Icy Road Insanity - Winter storms - Snow and Ice Driving on slippery roads- compilation
  - Source of video: eGOExKt1qZc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:26 to 0:08:37 :
    https://www.youtube.com/watch?v=lNthC9avlp4&t=506
    It appears in your source video from 0:01:03 to 0:01:07 :
    https://www.youtube.com/watch?v=eGOExKt1qZc&t=63


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

     Video IDs: RFr3bBKbuOg, lNthC9avlp4


--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:26:39 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ELR73Z2FWFH7XUYUCRXS7U5UVY] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2c7z9i3i0k89807@google.com>
Date: Mon, Nov 13, 2023 at 7:15 PM
Subject: [ELR73Z2FWFH7XUYUCRXS7U5UVY] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Wh4_6klOwCE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-5-2018 Leilani Estates - Hawaii Volcano - Lava Flows Busts Gate - Overtakes Homes and Vehicles
  - Source of video: TOfGnDflRLg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:18 to 0:02:01 : https://www.youtube.com/watch?v=Wh4_6klOwCE&t=78

It appears in your source video from 0:02:28 to 0:02:39 :
https://www.youtube.com/watch?v=TOfGnDflRLg&t=148

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=sU2EI3Lup5s
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 10-27-2021 Scituate, Ma drone video of massive waves slamming seawall
  - Source of video: 0HMn6Ue3uFs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:17 to 0:01:28 :
    https://www.youtube.com/watch?v=sU2EI3Lup5s&t=77
    It appears in your source video from 0:00:00 to 0:00:25 :
    https://www.youtube.com/watch?v=0HMn6Ue3uFs&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DCMA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: Wh4_6kIOwCE, sU2EI3Lup5s

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:02:49 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EO64TGA6AYP3TUQMYYNRFEPLN4] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2j7yk1osk4lxu07@google.com>
Date: Wed, Nov 8, 2023 at 2:58 AM
Subject: [EO64TGA6AYP3TUQMYYNRFEPLN4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7SFZRTfcxgA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Pursuit - A 4K storm time-lapse film
  - Source of video: oagszCmJLpU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:29 to 0:09:33 :
    https://www.youtube.com/watch?v=7SFZRTfcxgA&t=569
    It appears in your source video from 0:05:58 to 0:06:10 :

https://www.youtube.com/watch?v=oagxZfOaIpU&t=385

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=XaUT6ZhcknY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The Mesocyclone - Alien Storms
  - Source of video: Amkt_KHJP3A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:07 to 0:00:31 :
    https://www.youtube.com/watch?v=XaUT6ZhcknY&t=7
    It appears in your source video from 0:00:33 to 0:00:47 :
    https://www.youtube.com/watch?v=Amkt_KHJP3A&t=33

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

   Video IDs: 7SFZRTfcxgA, XaUT6ZhcknY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:04:28 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EOXODSA7HCSBARGJPJUOEEFOQQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1b8l09lxvtfb107@google.com>
Date: Wed, Nov 8, 2023 at 3:13 AM
Subject: [EOXODSA7HCSBARGJPJUOEEFOQQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=LKRb4R06hz8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Full evolution of MEGA HABOOB in southern Arizona on July 10, 2018!
    - Source of video: bI-dO7Rl3lE
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:35 to 0:04:40 :
      https://www.youtube.com/watch?v=LKRb4R06hz8&t=215

It appears in your source video from 0:00:59 to 0:00:40 :
https://www.youtube.com/watch?v=bI-dO7Rl3lE&t=30

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=Yq1csYbgDmw
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video:
    https://www.facebook.com/wxchasing/videos/638883676443266
    - Type of video: Internet video
    - Where does the content appear?
    The content appears in the targeted video from 0:03:29 to 0:03:31 :
    https://www.youtube.com/watch?v=Yq1csYbgDmw&t=209
    It appears in your source video:
    https://www.facebook.com/wxchasing/videos/638883676443266


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: LKRb4R06hz8, Yq1csYbgDmw

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:40:24 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ESDE3JFJLQ6FNQBQWTJUKN6XBU] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3jvrr7f5x1isg07@google.com>
Date: Wed, Nov 15, 2023 at 5:45 PM
Subject: [ESDE3JFJLQ6FNQBQWTJUKN6XBU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=CtEa-xYPwu8
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
    - Source of video: -Kou0HBpX4A
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:28:00 to 0:28:05 : https://www.youtube.com/watch?v=CtEa-xYPwu8&t=1680

it appears in your source video from 0:01:12 to 0:01:43
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=72

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: CtEa-xYPwu8

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:11:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EWTSTECHAJER7GUECG5KJRBTFU] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

--------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2fxbf994lk7t107@google.com>
Date: Tue, Nov 14, 2023 at 9:19 PM
Subject: [EWTSTECHAJER7GUECG5KJRBTFU] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=jsF1ORybSJQ
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: 7u64FEocsW4
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:03:31 to 0:03:40 : https://www.youtube.com/watch?v=jsF1ORybSJQ&t=211
      It appears in your source video from 0:00:45 to 0:00:55 :

https://www.youtube.com/watch?v=7ucM16qBW4o&t=0s

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=sqE0nt5YO3k
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: paOjEY_3ubk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:19:54 to 0:20:05 :
    https://www.youtube.com/watch?v=sqE0nt5YO3k&t=1194
    It appears in your source video from 0:00:00 to 0:00:13 :
    https://www.youtube.com/watch?v=paOjEY_3ubk&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: jsF1ORybSJQ, sqE0nt5YO3k

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:53:48 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [EXWL5VROHPWBIJZBGVJP6EYMEI] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0ut4s29ukehdv07@google.com>
Date: Thu, Nov 16, 2023 at 2:47 AM
Subject: [EXWL5VROHPWBIJZBGVJP6EYMEI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=TyeYqTEr_4c
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: LARGEST TORNADO EVER!!! From Birth to Death (w/ Radar & Commentary) 5-31-13
  - Source of video: Q7X3fyld2U0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:16 to 0:01:17 :
    https://www.youtube.com/watch?v=TyeYqTEr_4c&t=76

It appears in your source video from 0:01:56 to 0:01:35
https://www.youtube.com/watch?v=Q7X3fyld2U0&t=95

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: TyeYqTEr_4c

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**  LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:**  1/5/2024 11:55:16 AM
**To:**  Viral DRM <viraldrm@sriplaw.com>
**Subject:**  Fwd: [FDJYEJO2JGAVREDV4TCO26RLGM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1bny3trmgnvr607@google.com>
Date: Tue, Nov 14, 2023 at 6:59 PM
Subject: [FDJYEJO2JGAVREDV4TCO26RLGM] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storm Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=mBW7m6LZD8A
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: kd6Lae_zNXc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:07 :
    https://www.youtube.com/watch?v=mBW7m6LZD8A&t=0
    It appears in your source video from 0:00:00 to 0:00:07 :
    https://www.youtube.com/watch?v=kd6Lae_zNXc&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 14, 2023 [ip@livestormsmedia.com](#) wrote:

Video IDs: mBW7m6LZD8A

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/6/2024 5:03:44 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FJ2ZAOPUVWIOWAGMY75RPAUORY] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2a6juhi28yx3c07@google.com>
Date: Wed, Nov 15, 2023 at 6:26 AM
Subject: [FJ2ZAOPUVWIOWAGMY75RPAUORY] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

<br>

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QFOFt8tjy1g
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: Pvq-mOASuSk
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:23:55 to 0:24:01 :
      https://www.youtube.com/watch?v=QFOFt8tjy1g&t=1435
      It appears in your source video from 0:00:38 to 0:00:40 :

https://www.youtube.com/watch?v=VcQiC4l6jbU&t=18

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=VcQiC4l6jbU
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: mq2FW48f3BU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:18 to 0:00:21 :
    https://www.youtube.com/watch?v=VcQiC4l6jbU&t=18
    It appears in your source video from 0:01:02 to 0:01:05 :
    https://www.youtube.com/watch?v=mq2FW48f3BU&t=62


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

    Video IDs: QFOFt8tjy1g, VcQiC4l6jbU

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:26:22 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FKDLNGMLFCLOG6PJ4WVRYYTOJM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2voy8jlp8y2ao07@google.com>
Date: Tue, Nov 7, 2023 at 8:12 PM
Subject: [FKDLNGMLFCLOG6PJ4WVRYYTOJM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Hz5gq_gUEVc
- Describe the work allegedly infringed: My video
    - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
    - Source of video: IxdFh8nYMgM
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:00:00 to 0:02:06 : https://www.youtube.com/watch?v=Hz5gq_gUEVc&t=0 It appears in your source video from 0:00:00 to 0:02:06 :

https://www.youtube.com/watch?v=IxdFh8nYMgM&t=1

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Y634fo9JeAE
- Describe the work allegedly infringed: My video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:58 to 0:05:12 :
    https://www.youtube.com/watch?v=Y634fo9JeAE&t=178
    It appears in your source video from 0:00:01 to 0:02:20 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=1


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: Hz5gq_gUEVc, Y634fo9JeAE

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:47:21 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FQCP5W2SPG7WO2CC5LCIMAXXJ4] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+32ztnx3wcuaag07@google.com>
Date: Tue, Nov 7, 2023 at 8:57 PM
Subject: [FQCP5W2SPG7WO2CC5LCIMAXXJ4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=-LmDEoggeZo
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
    - Source of video: IxdFh8nYMgM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:05:19 to 0:05:22 :
      https://www.youtube.com/watch?v=-LmDEoggeZo&t=319

It appears in your source video from 0:00:01 to 0:00:03:
https://www.youtube.com/watch?v=IxdFh8nYMgM&t=1

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8E27S45fjAQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: aI8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:35 to 0:06:40 :
    https://www.youtube.com/watch?v=8E27S45fjAQ&t=335
    It appears in your source video from 0:00:23 to 0:01:10 :
    https://www.youtube.com/watch?v=aI8yTiCVfro&t=23

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: -LmDEoggeZo, 8E27S45fjAQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:08:33 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [FXJTPZLC427OQNA42H42WYNVBM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2gcfhjzyh8kgi07@google.com>
Date: Wed, Nov 15, 2023 at 7:08 PM
Subject: [FXJTPZLC427OQNA42H42WYNVBM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=KJWlycBPal4
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Maria video from El Conquistador Hotel in Fajardo, Puerto Rico
    - Source of video: rMN_5MSV98w
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:03 to 0:00:09 : https://www.youtube.com/watch?v=KJWlycBPal4&t=3

It appears in your source video from 0:08:05 to 0:08:08 :
https://www.youtube.com/watch?v=rMN_5MSV98w&t=485

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=SfmhrRrEk0A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:13 to 0:00:18 :
    https://www.youtube.com/watch?v=SfmhrRrEk0A&t=13
    It appears in your source video from 0:02:40 to 0:02:42 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=160

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bLC3CZoYGGY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:12 to 0:07:16 :
    https://www.youtube.com/watch?v=bLC3CZoYGGY&t=432
    It appears in your source video from 0:00:39 to 0:00:43 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=39

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=tryHgdcx2i8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:58 to 0:03:03 :
    https://www.youtube.com/watch?v=tryHgdcx2i8&t=178
    It appears in your source video from 0:00:47 to 0:00:49 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=47

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: KJWlycBPal4, SfmhrRrEk0A, bLC3CZoYGGY, tryHgdcx2i8

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:08:01 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [G2LKLZTLSYUTMBMXZRLVTQEHEQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3t9u0i1r32t2407@google.com>
Date: Thu, Nov 16, 2023 at 3:04 AM
Subject: [G2LKLZTLSYUTMBMXZRLVTQEHEQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=EA26Iloay20
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:04:16 to 0:04:23 : https://www.youtube.com/watch?v=EA26Iloay20&t=256

It appears in your source video from 0:00:46 to 0:00:49 :
https://www.youtube.com/watch?v=y73ZVT56Sz4&t=46

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qGNFuR8T3Uo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 11-18-22 Orchard Park, NY-Orchard Park maze of mayhem
  - Source of video: EZn7yhYkrhM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:52 to 0:01:55 :
    https://www.youtube.com/watch?v=qGNFuR8T3Uo&t=112
    It appears in your source video from 0:00:30 to 0:00:33 :
    https://www.youtube.com/watch?v=EZn7yhYkrhM&t=30


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: EA26Iloay20, qGNFuR8T3Uo

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:02:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [G2QKUQFFCP2F4V2CMKPXVUXM64] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3pnppsxn2gwp707@google.com>
Date: Wed, Nov 15, 2023 at 10:10 PM
Subject: [G2QKUQFFCP2F4V2CMKPXVUXM64] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=G00KxcyGGbQ
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://www.facebook.com/wxchasing/videos/638883676443266
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:00:20 to 0:00:24 :

https://www.youtube.com/watch?v=G00KxcyGGbQ&t=78

It appears in your source video:
https://www.facebook.com/wxchasing/videos/638883676443266

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZilEyASatyw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Red Sprite storm 2019 in 4K
  - Source of video: S4bNQBOlOHhk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:24 to 0:03:34 :
    https://www.youtube.com/watch?v=ZilEyASatyw&t=204
    It appears in your source video from 0:00:45 to 0:01:13 :
    https://www.youtube.com/watch?v=S4bNQBOlOHhk&t=45

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=vjmmYPVGXtw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:30 to 0:01:33 :
    https://www.youtube.com/watch?v=vjmmYPVGXtw&t=90
    It appears in your source video from 0:00:53 to 0:00:58 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=53

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: G00KxcyGGbQ, ZilEyASatyw, vjmmYPVGXtw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:30:39 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [GBHQIDHJKMQLFP7XYUJVCEYQEQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3uin11b8scxj807@google.com>
Date: Thu, Nov 16, 2023 at 12:55 PM
Subject: [GBHQIDHJKMQLFP7XYUJVCEYQEQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0JYqI7LMikM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
    - Source of video: Y-LPERIRHYA
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:04:45 to 0:05:07 :
      https://www.youtube.com/watch?v=0JYqI7LMikM&t=285
      It appears in your source video from 0:00:17 to 0:00:23 :

https://www.youtube.com/watch?v=y73ZVT56Sz4&t=45

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=j9-DydTQPGw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:39 to 0:13:58 :
    https://www.youtube.com/watch?v=j9-DydTQPGw&t=819
    It appears in your source video from 0:00:37 to 0:00:56 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=37

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=t3f6A_If17c
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:49 to 0:01:08 :
    https://www.youtube.com/watch?v=t3f6A_If17c&t=49
    It appears in your source video from 0:00:47 to 0:00:57 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=47

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@viraldrm.com wrote:

Video IDs: 0JYqI7LMikM, j9-DydTQPGw, t3f6A_If17c

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:33:32 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [GBHQIDHJKMQLFP7XYUJVCEYQEQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3uin11b8scxj807@google.com>
Date: Thu, Nov 16, 2023 at 12:55 PM
Subject: [GBHQIDHJKMQLFP7XYUJVCEYQEQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0JYqI7LMikM
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
    - Source of video: Y-LPERIRHYA
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:04:45 to 0:05:07 : https://www.youtube.com/watch?v=0JYqI7LMikM&t=285
      It appears in your source video from 0:00:17 to 0:00:23 :

https://www.youtube.com/watch?v=t3f6A_lf17c&t=49

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=j9-DydTQPGw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:39 to 0:13:58 :
    https://www.youtube.com/watch?v=j9-DydTQPGw&t=819
    It appears in your source video from 0:00:37 to 0:00:56 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=37

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=t3f6A_lf17c
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:49 to 0:01:08 :
    https://www.youtube.com/watch?v=t3f6A_lf17c&t=49
    It appears in your source video from 0:00:47 to 0:00:57 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=47


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@viraldrm.com wrote:

Video IDs: 0JYqI7LMikM, j9-DydTQPGw, t3f6A_lf17c

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:21:21 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [GLYPLDKH3GEJ5CAGH5WDLM7WWY] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2553jrbei9z3207@google.com>
Date: Wed, Nov 8, 2023 at 5:28 AM
Subject: [GLYPLDKH3GEJ5CAGH5WDLM7WWY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=AxPRdfmuLlc
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
    - Source of video: -Kou0HBpX4A
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:08:38 to 0:08:41 : https://www.youtube.com/watch?v=AxPRdfmuLlc&t=518

It appears in your source video from 0:02:40 to 0:02:43 :
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=160

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ROrLeZeKtCg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
  - Source of video: -Kou0HBpX4A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:34 to 0:00:36 :
    https://www.youtube.com/watch?v=ROrLeZeKtCg&t=34
    It appears in your source video from 0:02:40 to 0:02:43 :
    https://www.youtube.com/watch?v=-Kou0HBpX4A&t=160

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: AxPRdfmuLlc, ROrLeZeKtCg

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:36:34 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [GXC6DXU6L3Z72X2KXFU3RZRGM4] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3gl27vqfhwiww07@google.com>
Date: Wed, Nov 15, 2023 at 11:27 PM
Subject: [GXC6DXU6L3Z72X2KXFU3RZRGM4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=-AipMSBbfBg
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:51 to 0:05:29 : https://www.youtube.com/watch?v=-AipMSBbfBg&t=291

It appears in your source video from 0:02:53 to 0:03:03 :
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=173

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=75JHz-IIuYY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Red Sprite storm 2019 in 4K
  - Source of video: S4bNQBOlOhk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:30 to 0:08:38 :
    https://www.youtube.com/watch?v=75JHz-IIuYY&t=510
    It appears in your source video from 0:02:56 to 0:03:04 :
    https://www.youtube.com/watch?v=S4bNQBOlOhk&t=176

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8txi0j0nDGA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: ROOF GOES AIRBORNE inside inner core of Category 4 Hurricane Ida in Houma, Louisiana
  - Source of video: Q7SfGq6yf3Y
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:30 to 0:06:33 :
    https://www.youtube.com/watch?v=8txi0j0nDGA&t=390
    It appears in your source video from 0:00:30 to 0:00:33 :
    https://www.youtube.com/watch?v=Q7SfGq6yf3Y&t=30

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=gpU9Q_2dy2Q
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Canton Texas Tornado - April 29, 2017 RAW footage
  - Source of video: QhM3akdq6q0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:43 to 0:09:51 :
    https://www.youtube.com/watch?v=gpU9Q_2dy2Q&t=583
    It appears in your source video from 0:00:33 to 0:00:52 :
    https://www.youtube.com/watch?v=QhM3akdq6q0&t=33

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center   Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: -AipMSBbfBg, 75JHz-IIuYY, 8txi0j0nDGA, gpU9Q_2dy2Q

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**  Copyright Management <copyright@viraldrm.com>
**Sent:**  1/5/2024 12:34:21 PM
**To:**  Viral DRM <viraldrm@sriplaw.com>
**Subject:**  Fwd: [HINTQVTZPCFMIO2YHEQPZ3H6XA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0lfrdpwwu8obq07@google.com>
Date: Tue, Nov 7, 2023 at 11:05 PM
Subject: [HINTQVTZPCFMIO2YHEQPZ3H6XA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=888nOK1yrvg
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
    - Source of video: al8yTiCVfro
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:18:03 to 0:18:40 :
      https://www.youtube.com/watch?v=888nOK1yrvg&t=1083

It appears in your source video from 0:00:12 to 0:00:23 :
https://www.youtube.com/watch?v=aI8yTiCVfro&t=12

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=W__c8Ry0PQY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 3-13-19, Two Semi Trucks Blown Over On Video! Amarillo TX .mp4
  - Source of video: AKpKZ60antE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:17:39 to 0:17:57 :
    https://www.youtube.com/watch?v=W__c8Ry0PQY&t=1059
    It appears in your source video from 0:00:18 to 0:00:26 :
    https://www.youtube.com/watch?v=AKpKZ60antE&t=18


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: 888nOK1yrvg, W__c8Ry0PQY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:06:41 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [HMMCUTNHYXUFAPACXAS3CVTJMM] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Brenda Brown** <brenda@wxchasing.com>
Date: Wed, Dec 13, 2023 at 4:53 AM
Subject: Fwd: [HMMCUTNHYXUFAPACXAS3CVTJMM] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

---------- Forwarded message ----------
From: **Richard H** <richardhulburd87@gmail.com>
Date: Mon, Dec 11, 2023 at 2:43 PM
Subject: Fwd: [HMMCUTNHYXUFAPACXAS3CVTJMM] YouTube Copyright Complaint Submission
To: Brenda Brown <brenda@wxchasing.com>

Sent from my iPhone

Begin forwarded message:

**From:** YouTube Copyright <youtube-disputes+1jqijk3a24qh007@google.com>
**Date:** December 11, 2023 at 11:18:44 AM EST
**To:** richardhulburd87@gmail.com
**Subject:** **[HMMCUTNHYXUFAPACXAS3CVTJMM] YouTube Copyright Complaint Submission**
**Reply-To:** YouTube Copyright <youtube-disputes+1jqijk3a24qh007@google.com>



Hi Buffalo Weather,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=m1e_ialEDIaHE

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Buffaloweather1
Your Full Legal Name (Aliases, usernames or initials not accepted): Richard Hulburd
Your Title or Job Position (What is your authority to make this complaint?):
Videographer
Address:
3658 Princeton Road
Hamburg, NY 14075
US
Username: Buffalo Weather
Email Address: richardhulburd87@gmail.com
Phone: (716) 335-6098

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=1nJojFRlzUE
Describe the work allegedly infringed: My video
- Title of video: Frozen Castle
- Source of video:
  https://twitter.com/weather_buffalo/status/1606754898002976772
- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:18 to 0:00:40 :
  https://www.youtube.com/watch?v=1nJojFRlzUE&t=18
  It appears in your source video:
  https://twitter.com/weather_buffalo/status/1606754898002976772

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
- I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
- I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- This notification is accurate.

- I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
- I understand that abuse of this tool will result in termination of my YouTube channel.

Authorized Signature: Richard Hulburd

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright

YouTube

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Buffaloweather1
- Your Full Legal Name (Aliases, usernames or initials not accepted): Richard Hulburd
- Your Title or Job Position (What is your authority to make this complaint?): Videographer
- Address:
  - 3658 Princeton Road
  - Hamburg, NY 14075
  - US
- Username: Buffalo Weather
- Email Address: richardhulburd87@gmail.com
- Phone: (716) 335-6098

- URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=1nJojFRlzUE

- Describe the work allegedly infringed: My video
  - Title of video: Frozen Castle
  - Source of video:
    https://twitter.com/weather_buffalo/status/1606754898002976772
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:18 to 0:00:40 :
    https://www.youtube.com/watch?v=1nJojFRlzUE&t=18
    It appears in your source video:
    https://twitter.com/weather_buffalo/status/1606754898002976772

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Richard Hulburd

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 richardhulburd87@gmail.com wrote:

Video IDs: 1nJojFRlzUE

\--
**Brenda Brown**
Executive Director of Content - WxChasing, LLC
**www.wxchasing.com**
(806) 567-4231



CONFIDENTIALITY NOTICE: This message and any attachments are intended to be viewed only by the listed recipient(s). This email and / or attachment may contain information which remains the property of WxChasing, LLC and shall not be forwarded, reproduced, duplicated and or otherwise utilized, in whole or in part, other than for the intended purpose of review by recipient only. This restriction shall specifically include estimates of the scope of any contemplated work. Information may be privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this message is strictly prohibited without WxChasing, LLC prior permission. This message contains material that is intellectual property which may not be forwarded, reproduced, utilized or duplicated without specific written consent from an authorized representative of the company. If you are not the intended recipient, or if you have received this communication

in error, please notify us immediately by return email and delete the original message and any copies.

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 4:10:09 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [IHQUK3AAW33DEWHGVPWFIMYFII] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+14gs5n7g8jnxz07@google.com>
Date: Tue, Nov 7, 2023 at 7:54 PM
Subject: [IHQUK3AAW33DEWHGVPWFIMYFII] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=pM72ktBaKdo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: al8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:27 to 0:02:44 :
    https://www.youtube.com/watch?v=pM72ktBaKdo&t=147

It appears in your Sourced Video from 0:00:18 to 0:01:03
https://www.youtube.com/watch?v=al8yTiCVfro&t=15

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DCMA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: pM72ktBaKdo

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:27:30 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [IT7NTSXJQGCQ5ZY6RE5OTR6ENQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0l7b674jfpe6l07@google.com>
Date: Wed, Nov 15, 2023 at 5:38 PM
Subject: [IT7NTSXJQGCQ5ZY6RE5OTR6ENQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=L66VZ9-IK54
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: INCREDIBLE HAIL VIDEO!!!!
    - Source of video: 2WH6mzp_Akk
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:55 to 0:02:54 : https://www.youtube.com/watch?v=L66VZ9-IK54&t=115
      It appears in your source video from 0:01:10 to 0:02:06 :

https://www.youtube.com/watch?v=2wffhep_mkasd?d

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: L66VZ9-IK54

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:32:07 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [IXGIUWXQWXCCZ7YZTHV6KJC7KE] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2ypjoyw7imw9g07@google.com>
Date: Sun, Nov 12, 2023 at 5:21 AM
Subject: [IXGIUWXQWXCCZ7YZTHV6KJC7KE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=0dyfNnGi5s4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Most Emotional Storm Chase Ever - Hedrick, IA EF4 Tornado
  - Source of video: z550VV4EDI0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:48 to 0:09:48 :
    https://www.youtube.com/watch?v=0dyfNnGi5s4&t=48

It appears in your source video from https://www.youtube.com/watch?v=z550VV4EDl0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=eSdlSlE9uSY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Beautiful Manitoba F3 Tornado Is a Behemoth l 6/23/2007 (HD)
  - Source of video: eDK-EJPM_e4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:06:46 to 0:07:05 :
    https://www.youtube.com/watch?v=eSdlSlE9uSY&t=406
    It appears in your source video from 0:02:40 to 0:04:11 :
    https://www.youtube.com/watch?v=eDK-EJPM_e4&t=160


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Video IDs: 0dyfNnGi5s4, eSdlSlE9uSY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:28:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [lYlJFM7LDK3UTUVX5AFGM2l7DE] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+2cxo22sw6hx7607@google.com>
Date: Tue, Nov 14, 2023 at 5:33 AM
Subject: [lYlJFM7LDK3UTUVX5AFGM2l7DE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ykJZcHEhEYk
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
    - Source of video: al8yTiCVfro
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:04:01 to 0:04:17 :
      https://www.youtube.com/watch?v=ykJZcHEhEYk&t=241

It appears in your source video from 0:00:40 to 0:00:53:

https://www.youtube.com/watch?v=al8yTiCVfro&t=40

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldrm.com wrote:

Video IDs: ykJZcHEhEYk

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:26:47 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [J7OIEGESGNVEUOOSUKCZ37L2DM] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+11k2vq8afe9t07@google.com>
Date: Wed, Nov 8, 2023 at 5:50 AM
Subject: [J7OIEGESGNVEUOOSUKCZ37L2DM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9CGWwKQOMjU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: New York Flooding Chaos - Brooklyn - Long Island - Raw 4k with Drone
  - Source of video: ZjY_uB7p5Hw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:43 to 0:02:54 :
    https://www.youtube.com/watch?v=9CGWwKQOMjU&t=163

It appears in your source video from 0:14:09 to 0:14:08 :
https://www.youtube.com/watch?v=ZjY_uB7p5Hw&t=840

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=GGvGCS9IS6A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 2/10/13 Hattiesburg, MS; Tornado RAW *John Sibley HD*
  - Source of video: hGLSSUHrOeE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:11 to 0:02:18 :
    https://www.youtube.com/watch?v=GGvGCS9IS6A&t=131
    It appears in your source video from 0:01:11 to 0:01:20 :
    https://www.youtube.com/watch?v=hGLSSUHrOeE&t=71


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

     Video IDs: 9CGWwKQOMjU, GGvGCS9IS6A

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:57:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [K5AGEPORVUKLCTNYS2Z2KH3MH4] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+05lr5gwptqz6w07@google.com>
Date: Tue, Nov 7, 2023 at 9:49 PM
Subject: [K5AGEPORVUKLCTNYS2Z2KH3MH4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7VTBVgjk96o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: INSANE Tornado Suction Vortices! May 31, 2013 - El Reno, OK EF-5
  - Source of video: kOh9Ptz4w28
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:28 to 0:04:36 :
    https://www.youtube.com/watch?v=7VTBVgjk96o&t=268

It appears in your source video from 0:00:07 to 0:00:13 :
https://www.youtube.com/watch?v=kOh9Ptz4w28&t=7

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Z5MsrRfPlIY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: EF-5 tornado: April 27, 2011 Tornado Outbreak in Mississippi and Alabama
  - Source of video: vhKjv9GuARQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:58 to 0:03:03 :
    https://www.youtube.com/watch?v=Z5MsrRfPlIY&t=178
    It appears in your source video from 0:02:06 to 0:02:12 :
    https://www.youtube.com/watch?v=vhKjv9GuARQ&t=126

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 7VTBVgjk96o, Z5MsrRfPlIY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:16:08 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KA6ZWUT7XROYK5RWQRQPSSI67M] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2xyxj57r6zu7s07@google.com>
Date: Mon, Nov 13, 2023 at 6:18 PM
Subject: [KA6ZWUT7XROYK5RWQRQPSSI67M] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=5kEqHK8JUC4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 06-19-23 Louin, MS-First light drone shows extensive tornado damage
  - Source of video: LXC_Cx3Fx10
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=9nNH9U8uH4E
- Describe the work allegedly infringed: My company, organization or client's
  video
    - Title of video: Many are wondering the scale of the #flooding in
      #Montpelier this should answer those questions. #Vermont
      #Vermontflooding #Vermontfloods
    - Source of video:
      https://twitter.com/bclemms/status/1678754509026217986?s=20
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:10 to 0:01:01 :
      https://www.youtube.com/watch?v=9nNH9U8uH4E&t=10
      It appears in your source video:
      https://twitter.com/bclemms/status/1678754509026217986?s=20


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person
      who knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: 5kEqHK8JUC4, 9nNH9U8uH4E

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:07:53 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KE5IE7MHYAA5BIMH7ZUG4P5FOU] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0pv29hxcbukkk07@google.com>
Date: Tue, Nov 7, 2023 at 8:05 PM
Subject: [KE5IE7MHYAA5BIMH7ZUG4P5FOU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GCV0Rd5sPdw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: al8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:29 to 0:02:48 : https://www.youtube.com/watch?v=GCV0Rd5sPdw&t=149

It appears in your source video from 0:01:15 to 0:03:15:
https://www.youtube.com/watch?v=aI8yTiCVfro&t=15

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ObstMUYHoCQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: KILLER EF-5 TORNADO El Reno Oklahoma - The Darkest Day!
  - Source of video: rM-VJA5NP1s
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:49 to 0:06:07 :
    https://www.youtube.com/watch?v=ObstMUYHoCQ&t=109
    It appears in your source video: https://www.youtube.com/watch?v=rM-VJA5NP1s

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: GCV0Rd5sPdw, ObstMUYHoCQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:19:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KG25HMDORCVRDBS3TXIO5VPNU4] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1fg0j7ocho3o307@google.com>
Date: Wed, Nov 8, 2023 at 5:22 AM
Subject: [KG25HMDORCVRDBS3TXIO5VPNU4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aoN5lvdGWi8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: EF4 Photogenic Canada Day Tornado In Didsbury, Alberta.
  - Source of video: cPqhtN2Ulmc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:10 to 0:00:42 :
    https://www.youtube.com/watch?v=aoN5lvdGWi8&t=10

It appears in your source video from 0:02:38 to 0:02:40 :
https://www.youtube.com/watch?v=cPqhtN2Ulmc&t=158

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cPqhtN2Ulmc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: EF4 Photogenic Canada Day Tornado In Didsbury, Alberta.
  - Source of video: ii46SWflrZA
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:02 to 0:00:04 :
    https://www.youtube.com/watch?v=cPqhtN2Ulmc&t=2
    It appears in your source video from 0:02:38 to 0:02:40 :
    https://www.youtube.com/watch?v=ii46SWflrZA&t=158

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: aoN5lvdGWi8, cPqhtN2Ulmc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:56:05 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KGJSMVSUQCTC44GCWQlV2RQE7M] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+28iozajmgvt4807@google.com>
Date: Tue, Nov 7, 2023 at 9:12 PM
Subject: [KGJSMVSUQCTC44GCWQlV2RQE7M] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Dighital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ElMWMNHf0rY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: POLAR STRATOSPHERIC CLOUDS (nacreous clouds) TIMELAPSE - Senja 2020
  - Source of video: GoaHmuhq5x8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:16:24 to 0:16:31 :
    https://www.youtube.com/watch?v=ElMWMNHf0rY&t=984

It appears in your source video from 0:01:30 to 0:01:38 :
https://www.youtube.com/watch?v=GoaHmuhq5x8&t=18

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=kipmNlK6uV8
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: DAY OF THE TWINS - Tornado terror in Nebraska
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:48 to 0:12:46 :
    https://www.youtube.com/watch?v=kipmNlK6uV8&t=708
    It appears in your source video from 0:07:40 to 0:07:48 :
    https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=460

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: ElMWMNHf0rY, kipmNlK6uV8

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:14:43 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KKVW5NVBXWJHGOINPE4Z55JM4M] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3i94aymhveole07@google.com>
Date: Wed, Nov 15, 2023 at 7:26 PM
Subject: [KKVW5NVBXWJHGOINPE4Z55JM4M] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=qGNFuR8T3Uo
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: 1XMyFgzQt1o
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:44 to 0:00:50 :
    https://www.youtube.com/watch?v=qGNFuR8T3Uo&t=44
    It appears in your source video from 0:00:13 to 0:00:19 :
    https://www.youtube.com/watch?v=1XMyFgzQt1o&t=13

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: qGNFuR8T3Uo

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:22:32 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [KPTKD6DMV3WW6DES2JYULESR34] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0qlcmfeei12e207@google.com>
Date: Tue, Nov 14, 2023 at 5:25 AM
Subject: [KPTKD6DMV3WW6DES2JYULESR34] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=tiAoLr6qmg4
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 06-25-2021 Waverly, KS - Lightning Strikes Vehicle
    - Source of video: TA_zrvBctH8
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:15:45 to 0:16:45 : https://www.youtube.com/watch?v=tiAoLr6qmg4&t=945
      It appears in your source video from 0:00:08 to 0:00:15 :

https://www.youtube.com/watch?v=TA_ZNt8drtt&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@viraldrm.com wrote:

Video IDs: tiAoLr6qmg4

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:09:14 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [L7QXR3HTWLBWFGI44RL56HZFRE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+058cvxjkzi4rp07@google.com>
Date: Sat, Nov 18, 2023 at 2:59 PM
Subject: [L7QXR3HTWLBWFGI44RL56HZFRE] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Max Olson
- Your Full Legal Name (Aliases, usernames or initials not accepted): Brett Adair
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: (256) 267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Z8i2Fmkv1gg
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: _XSUXqy98xw
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:30 to 0:00:51 : https://www.youtube.com/watch?v=Z8i2Fmkv1gg&t=30
    It appears in your source video from 0:00:28 to 0:00:49 : https://www.youtube.com/watch?v=_XSUXqy98xw&t=28

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Brett Adair

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 18, 2023 <u>ip@livestormsmedia.com</u> wrote:

    Video IDs: Z8i2Fmkv1gg

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:08:25 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [LEP77YVGOX5O7VPSNRDNVJ7W5I] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1d90chdeu3ra007@google.com>
Date: Tue, Nov 7, 2023 at 8:09 PM
Subject: [LEP77YVGOX5O7VPSNRDNVJ7W5I] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=L4DO_KU2_no
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Rolling Fork, Mississippi EF4 Tornado First Light Drone Damage
  - Source of video: CvZtltnko2s
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:02 to 0:06:00 : https://www.youtube.com/watch?v=L4DO_KU2_no&t=302

It appears in your source video from 0:00:37 to 0:02:03 :
https://www.youtube.com/watch?v=CvZtltnko2s&t=37

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=sSpzccibyUc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:52 to 0:06:55 :
    https://www.youtube.com/watch?v=sSpzccibyUc&t=292
    It appears in your source video from 0:02:40 to 0:03:44 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=160

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

     Video IDs: L4DO_KU2_no, sSpzccibyUc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:58:03 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [LK3U7Q3FU2PTLICZ47PB6REFTE] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+04kfci79v1ndl07@google.com>
Date: Wed, Nov 8, 2023 at 1:55 AM
Subject: [LK3U7Q3FU2PTLICZ47PB6REFTE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Mx89cPDJspQ
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://www.facebook.com/watch?ref=search&v=63888367644326&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate
    - Type of video: Internet video
    - Where does the content appear?

The content appears in the targeted video from 0:06:23 to 0:06:26 :
https://www.youtube.com/watch?v=Mx89cPDJspQ&t=383
It appears in your source video: https://www.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=zBQ_3uv2MM0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Michael Category 5 eyewall - Panama City, Florida
  - Source of video: E_O0K8OsFAU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:00 to 0:05:19 :
    https://www.youtube.com/watch?v=zBQ_3uv2MM0&t=300
    It appears in your source video from 0:00:02 to 0:01:02 :
    https://www.youtube.com/watch?v=E_O0K8OsFAU&t=2


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

        Video IDs: Mx89cPDJspQ, zBQ_3uv2MM0

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:13:58 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [LKGlKXG2X4PG7KVCG4OUXPL3R4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1c3apmso10ulm07@google.com>
Date: Wed, Nov 15, 2023 at 7:12 PM
Subject: [LKGlKXG2X4PG7KVCG4OUXPL3R4] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ZEQUFn60kGg
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: tLqXMqr5MWY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:38 to 0:01:41 :
    https://www.youtube.com/watch?v=ZEQUFn60kGg&t=98
    It appears in your source video from 0:00:41 to 0:00:47 :
    https://www.youtube.com/watch?v=tLqXMqr5MWY&t=41

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Zj38kwu80dg
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: -NYQ3W__l1g
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:03 to 0:01:08 :
    https://www.youtube.com/watch?v=Zj38kwu80dg&t=63
    It appears in your source video from 0:00:08 to 0:00:15 :
    https://www.youtube.com/watch?v=-NYQ3W__l1g&t=8

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@wxchasing.com wrote:

Video IDs: ZEQUFn60kGg, Zj38kwu80dg

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:26:02 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [LLHFJGCX2Q7FMTW4XYFB3723EY] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2q3m7o4t4a9rk07@google.com>
Date: Mon, Nov 13, 2023 at 7:11 PM
Subject: [LLHFJGCX2Q7FMTW4XYFB3723EY] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=1hvVYOm-v_Y
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 5 - 25 - 16 Long Track Violent EF-4 Tornado Near Chapman, KS
    - Source of video: idStjg-px8s
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:59 to 0:02:00 :
      https://www.youtube.com/watch?v=1hvVYOm-v_Y&t=119

It appears in your edited video from 0:01:52 to 0:01:53.
https://www.youtube.com/watch?v=idStjg-px8s&t=112

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 13, 2023 copyright@wxchasing.com wrote:

    Video IDs: 1hvVYOm-v_Y

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:06:19 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [LMATQJKWVSKANNSEB652LT2WF4] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Brenda Brown** <brenda@wxchasing.com>
Date: Wed, Dec 13, 2023 at 4:55 AM
Subject: Fwd: [LMATQJKWVSKANNSEB652LT2WF4] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

---------- Forwarded message ---------
From: **Richard H** <richardhulburd87@gmail.com>
Date: Mon, Dec 11, 2023 at 2:43 PM
Subject: Fwd: [LMATQJKWVSKANNSEB652LT2WF4] YouTube Copyright Complaint Submission
To: Brenda Brown <brenda@wxchasing.com>

Sent from my iPhone

Begin forwarded message:

> **From:** YouTube Copyright <youtube-disputes+0cxdj5e4kz3k207@google.com>
> **Date:** December 11, 2023 at 11:10:09 AM EST
> **To:** richardhulburd87@gmail.com
> **Subject:** **[LMATQJKWVSKANNSEB652LT2WF4] YouTube Copyright Complaint Submission**
> **Reply-To:** YouTube Copyright <youtube-disputes+0cxdj5e4kz3k207@google.com>



Hi Buffalo Weather,

Thank you for your removal request. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=...TBHn9aA

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Buffaloweather1
Your Full Legal Name (Aliases, usernames or initials not accepted): Richard Hulburd
Your Title or Job Position (What is your authority to make this complaint?): Videographer
Address:
3658 Princeton Road
Hamburg, NY 14075
US
Username: Buffalo Weather
Email Address: richardhulburd87@gmail.com
Phone: (716) 335-6098

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=sjxTRHpfYqA
Describe the work allegedly infringed: My video
  - Title of video: Frozen Car
  - Source of video:
    https://twitter.com/weather_buffalo/status/1637923783561433090
  - Type of video: Internet video
  - Where does the content appear? Entire video

Country where copyright applies: US
I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube

channel.
Authorized Signature: Richard Hulburd

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Buffaloweather1
- Your Full Legal Name (Aliases, usernames or initials not accepted): Richard Hulburd
- Your Title or Job Position (What is your authority to make this complaint?): Videographer
- Address:
  - 3658 Princeton Road
  - Hamburg, NY 14075
  - US
- Username: Buffalo Weather
- Email Address: richardhulburd87@gmail.com
- Phone: (716) 335-6098

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=sjxTRHpfYqA
- Describe the work allegedly infringed: My video
  - Title of video: Frozen Car
  - Source of video: https://twitter.com/weather_buffalo/status/1637923783561433090

Type of video: Internet video
- Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Richard Hulburd

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 14, 2023 [richardhulburd87@gmail.com](mailto:richardhulburd87@gmail.com) wrote:

Video IDs: sjxTRHpfYqA

--
**Brenda Brown**
Executive Director of Content - WxChasing, LLC
***www.wxchasing.com***
(806) 567-4231



CONFIDENTIALITY NOTICE: This message and any attachments are intended to be viewed only by the listed recipient(s). This email and / or attachment may contain information which remains the property of WxChasing, LLC and shall not be forwarded, reproduced, duplicated and or otherwise utilized, in whole or in part, other than for the intended purpose of review by recipient only. This restriction shall specifically include estimates of the scope of any contemplated work. Information may be privileged, confidential and exempt from disclosure under applicable law. Any dissemination, distribution or copying of this message is strictly prohibited without WxChasing, LLC prior permission. This message may contain material that is intellectual property which may not be forwarded, reproduced, utilized or duplicated without specific written consent from an authorized representative of the company. If you are not the intended recipient, or if you have received this communication in error, please notify us immediately by return email and delete the original message and any copies.

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:42:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [LTWDKK4FHJ77HA3M5AJLOX3WZM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Reed Timmer** <reedtimmer@gmail.com>
Date: Wed, Nov 15, 2023 at 6:57 PM
Subject: Fwd: [LTWDKK4FHJ77HA3M5AJLOX3WZM] YouTube Copyright Complaint Submission
To: copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2eg8qtkwdkiwx07@google.com>
Date: Wed, Nov 15, 2023 at 12:56 PM
Subject: [LTWDKK4FHJ77HA3M5AJLOX3WZM] YouTube Copyright Complaint Submission
To: <reedtimmer@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Reed Timmer
- Your Full Legal Name (Aliases, usernames or initials not accepted): Reed Timmer
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 23680 Pondview Place
  - Golden, CO 80401
  - US
- Username: Reed Timmer
- Email Address: reedtimmer@gmail.com
- Phone: 405-206-2307

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=214-1jplbls
- Describe the work allegedly infringed: My video
  - Source of video: lxdFh8nYMgM

Type of video: Internet video
- Where does the content appear?
The content appears in the targeted video from 0:15:35 to 0:15:50 :
https://www.youtube.com/watch?v=214-1jplbls&t=935
It appears in your source video from 0:00:00 to 0:00:07 :
https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=3noAMJoJCFQ
- Describe the work allegedly infringed: My video
  - Source of video: lxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:18:08 to 0:18:14 :
  https://www.youtube.com/watch?v=3noAMJoJCFQ&t=1088
  It appears in your source video from 0:00:00 to 0:00:04 :
  https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=7l0B-7lapQ8
- Describe the work allegedly infringed: My video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video:
  https://www.facebook.com/reedtimmer2.0/videos/2279686292188042
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:02:18 to 0:02:25 :
  https://www.youtube.com/watch?v=7l0B-7lapQ8&t=138
  It appears in your source video:
  https://www.facebook.com/reedtimmer2.0/videos/2279686292188042

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=7dQBXW6A6p0
- Describe the work allegedly infringed: My video
  - Source of video: EuDUA8hduME
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:00:59 to 0:01:11 :
  https://www.youtube.com/watch?v=7dQBXW6A6p0&t=59
  It appears in your source video from 0:08:57 to 0:09:10 :
  https://www.youtube.com/watch?v=EuDUA8hduME&t=537

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=djSqNOQeznA
- Describe the work allegedly infringed: My video
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:02:13 to 0:02:18 :
  https://www.youtube.com/watch?v=djSqNOQeznA&t=133
  It appears in your source video from 0:01:44 to 0:01:49 :
  https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=104

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=fpfBEeiGE0M
- Describe the work allegedly infringed: My video
  - Source of video: bI-dO7Rl3lE
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:09:12 to 0:09:21 :
  https://www.youtube.com/watch?v=fpfBEeiGE0M&t=552

It appears in your source video from 0:00:06 to 0:08:46
https://www.youtube.com/watch?v=bI-dO7Rl3lE&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Reed Timmer

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 reedtimmer@gmail.com wrote:

    Video IDs: 214-1jplbls, 3noAMJoJCFQ, 7l0B-7lapQ8, 7dQBXW6A6p0, djSqNOQeznA, fpfBEeiGE0M

--
Dr. Reed Timmer
Extreme meteorologist
E: reedtimmer@gmail.com
P: 405-206-2307

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:27:16 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MB3QKVXPC52SQYY6PMJKI5WPMM] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3b1ro3cpu1mxe07@google.com>
Date: Wed, Nov 15, 2023 at 11:45 PM
Subject: [MB3QKVXPC52SQYY6PMJKI5WPMM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Plm0KJO3vAY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video: https://fb.watch/joeNS0CwuS/
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:03:54 to 0:04:19 : https://www.youtube.com/watch?v=Plm0KJO3vAY&t=234

It appears in your source video: https://fb/watch/pen1360iva3/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

    Video IDs: PIm0KJO3vAY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:34:22 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MBNXW733NUVZV5K4ULDT4GNNW4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0gbz22v64zxse07@google.com>
Date: Tue, Nov 7, 2023 at 8:26 PM
Subject: [MBNXW733NUVZV5K4ULDT4GNNW4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=16HcrwyIH80
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
    - Type of video: Internet video
    - Where does the content appear?

The content appears in the targeted video from 0:02:12 to 0:02:36 :
https://www.youtube.com/watch?v=16HcrwylH80&t=132
It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cJ-foCpko4M
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: The Most Insane Tornado Video Compilation of All
    Time (Drone & Ground Footage, Andover, KS)
  - Source of video: IKDSt6SAeuM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=cJ-foCpko4M&t=0
    It appears in your source video from 0:00:05 to 0:01:00 :
    https://www.youtube.com/watch?v=IKDSt6SAeuM&t=5


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: 16HcrwylH80, cJ-foCpko4M

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:03:40 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MGS6D3RSD7VYG65UJJ64M5UU7E] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1kv1lakbg9cg707@google.com>
Date: Wed, Nov 15, 2023 at 6:45 PM
Subject: [MGS6D3RSD7VYG65UJJ64M5UU7E] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=2pgChGzbB24
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: STRANGE STORM CLOUDS - Mammatus facts and information
  - Source of video: HywQ__IE23M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:48 to 0:02:53 : https://www.youtube.com/watch?v=2pgChGzbB24&t=168

It appears in your source video from 0:00:01 to 0:00:03 :
https://www.youtube.com/watch?v=HywQ__lE23M&t=1

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=6UkIZbLVmvo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 15ft Storm Surge Washes Away Homes in Ft. Myers Beach - Hurricane Ian
  - Source of video: al8yTiCVfro
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:11:48 to 0:11:54 :
  https://www.youtube.com/watch?v=6UkIZbLVmvo&t=708
  It appears in your source video from 0:00:10 to 0:02:15 :
  https://www.youtube.com/watch?v=al8yTiCVfro&t=10

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=QgqoIYvNlLk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: TORNADO WARNING & FLYING ROOF - Tornado Preparation Documentary
  - Source of video: acgduoio7-I
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:00:22 to 0:00:23 :
  https://www.youtube.com/watch?v=QgqoIYvNlLk&t=22
  It appears in your source video from 0:03:43 to 0:03:45 :
  https://www.youtube.com/watch?v=acgduoio7-I&t=223

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=mvemGdzI4SU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Brilliant Mammatus Clouds Left Behind Over Tulsa After Tornado Warning
  - Source of video: BWLs5T42LUU
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:00:26 to 0:00:27 :
  https://www.youtube.com/watch?v=mvemGdzI4SU&t=26
  It appears in your source video from 0:01:30 to 0:01:31 :
  https://www.youtube.com/watch?v=BWLs5T42LUU&t=90

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=nIYrwKZnZ4A
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
  - Source of video: Y-LPERIRHYA
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:02:29 to 0:02:34 :
  https://www.youtube.com/watch?v=nIYrwKZnZ4A&t=149
  It appears in your source video from 0:00:03 to 0:00:08 :
  https://www.youtube.com/watch?v=Y-LPERIRHYA&t=3

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

- the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@viraldrm.com](#) wrote:

Video IDs: 2pgChGzbB24, 6UklZbLVmvo, QgqoIYvNlLk, mvemGdzl4SU, nIYrwKZnZ4A

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:21:46 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [MGUBC7Z7UHXG3NBEHQHJWDHPUQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+29w1xj24e5vae07@google.com>
Date: Wed, Nov 15, 2023 at 11:39 PM
Subject: [MGUBC7Z7UHXG3NBEHQHJWDHPUQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=KBAWC15x6vQ
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video: https://fb.watch/joeNS0CwuS/
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:22 to 0:02:31 : https://www.youtube.com/watch?v=KBAWC15x6vQ&t=142

...appears in your source video: https://bwatch.pages.dev/watch/

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: KBAWC15x6vQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:58:25 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [N6FXZMCNR7HGD2NXEBTZKLQQFA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1t8amirtwhh4h07@google.com>
Date: Tue, Nov 14, 2023 at 7:38 PM
Subject: [N6FXZMCNR7HGD2NXEBTZKLQQFA] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S5OKHibc_M4
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: xHd27AEso-o
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:23 to 0:03:38 : https://www.youtube.com/watch?v=S5OKHibc_M4&t=203
    It appears in your source video from 0:00:58 to 0:01:12 :

https://www.youtube.com/watch?v=zxHd27ToEobg&t=8

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uskz8cK5lT0
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: z3Rz7ToEobg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:03 to 0:00:04 :
    https://www.youtube.com/watch?v=uskz8cK5lT0&t=3
    It appears in your source video from 0:00:09 to 0:00:10 :
    https://www.youtube.com/watch?v=z3Rz7ToEobg&t=9

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: S5OKHibc_M4, uskz8cK5lT0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:06:57 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NDVJCX4ZED5LWEM54NBDMVKEXI] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2i6sfu6e59zdr07@google.com>
Date: Tue, Nov 14, 2023 at 9:02 PM
Subject: [NDVJCX4ZED5LWEM54NBDMVKEXI] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Ld-s5ahC0_Q
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: hsK0tMlYgLs
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:01:24 to 0:01:26 : https://www.youtube.com/watch?v=Ld-s5ahC0_Q&t=84
      It appears in your source video from 0:02:38 to 0:02:39 :

https://www.youtube.com/watch?v=sKuIhPgLqd1-188

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 14, 2023 [ip@livestormsmedia.com](#) wrote:

Video IDs: Ld-s5ahC0_Q

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 11:59:32 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NDYTCKT6CIPFG2ZQXZBNAIHJCE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0rc2yellkx3dk307@google.com>
Date: Tue, Nov 14, 2023 at 7:53 PM
Subject: [NDYTCKT6CIPFG2ZQXZBNAIHJCE] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=M0JZYhdLWp0
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: tLhkGLMSYSI
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:26:05 to 0:26:36 :
      https://www.youtube.com/watch?v=M0JZYhdLWp0&t=1565
      It appears in your source video from 0:01:20 to 0:03:50 :

https://www.youtube.com/watch?v= tLhrCIU9SySr&t=46

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NQLgTOl0FOk
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: 4JDByEllFQs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:38 to 0:00:46 :
    https://www.youtube.com/watch?v=NQLgTOl0FOk&t=38
    It appears in your source video from 0:02:35 to 0:02:42 :
    https://www.youtube.com/watch?v=4JDByEllFQs&t=155

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: M0JZYhdLWp0, NQLgTOl0FOk

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**    Copyright Management <copyright@viraldrm.com>
**Sent:**    1/5/2024 12:05:45 PM
**To:**    Viral DRM <viraldrm@sriplaw.com>
**Subject:**    Fwd: [NHJ2HTVFDEA7ZM76MTSD2G5VFQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+02iyifyu8cz3h07@google.com>
Date: Wed, Nov 15, 2023 at 10:17 PM
Subject: [NHJ2HTVFDEA7ZM76MTSD2G5VFQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QvV5hOlQJDY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Fire Tornado Video - AMAZING Fire Vortex / Twister / Firenado Footage
  - Source of video: 5SyX2NUEkKk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:25 to 0:02:32 :
    https://www.youtube.com/watch?v=QvV5hOlQJDY&t=145

It appears in your source video from 0:00:03 to 0:00:04:

https://www.youtube.com/watch?v=5SyX2NUEkKk&t=3

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: QvV5hOlQJDY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:41:32 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NOACACH6SP756ELX3Y5SRDQ7IY] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+12kn2qvqv31nv07@google.com>
Date: Tue, Nov 7, 2023 at 8:49 PM
Subject: [NOACACH6SP756ELX3Y5SRDQ7IY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=_RsvrKBLgYw
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 02-02-2021 Scituate, MA - Drone shots of massive waves crash into homes, flooded and damaged homes,
  - Source of video: j00eaG0CHNE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:17:40 to 0:18:10 :
    https://www.youtube.com/watch?v=_RsvrKBLgYw&t=1060

It appears in your source video from 0:00:00 to 0:02:17 :
https://www.youtube.com/watch?v=j00eaG0CHNE&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qKyYtXvop1g
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 02-02-2021 Scituate, MA - Drone shots of massive waves crash into homes, flooded and damaged homes,
  - Source of video: j00eaG0CHNE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:28 to 0:04:48 :
    https://www.youtube.com/watch?v=qKyYtXvop1g&t=268
    It appears in your source video from 0:00:00 to 0:02:17 :
    https://www.youtube.com/watch?v=j00eaG0CHNE&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: _RsvrKBLgYw, qKyYtXvop1g

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**  Copyright Management <copyright@viraldrm.com>
**Sent:**  1/5/2024 3:54:48 PM
**To:**  Viral DRM <viraldrm@sriplaw.com>
**Subject:**  Fwd: [NQPGIS6BC4LBZ4WHT2KRHLQ3ZI] Youtube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Brandon Clement <bclemms@gmail.com>**
Date: Thu, Nov 16, 2023 at 10:53 PM
Subject: Fwd: [NQPGIS6BC4LBZ4WHT2KRHLQ3ZI] YouTube Copyright Complaint Submission
To: copyright@viraldrm.com <copyright@viraldrm.com>

---------- Forwarded message ---------
From: **YouTube Copyright <youtube-disputes+3sxuyx8s526hw07@google.com>**
Date: Thu, Nov 16, 2023 at 3:46 PM
Subject: [NQPGIS6BC4LBZ4WHT2KRHLQ3ZI] YouTube Copyright Complaint Submission
To: <bclemms@gmail.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Brandon Clement
- Your Full Legal Name (Aliases, usernames or initials not accepted): Brandon Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner of Registered work
- Address:
  - 1315 Carroll Dr
  - Terry, Ms 39170
  - US
- Username: WXChasing
- Email Address: bclemms@gmail.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=GmIC1N7OjtA

- Describe the work allegedly infringed: My video
  - Title of video: 09-08-2020 Golden, CO - Heavy Snow, Car Loses Control on Icy Roads and Gets Extremely Lucky
  - Source of video: oPOg0bGkJIA
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:51:43 to 0:51:54 :
    https://www.youtube.com/watch?v=GmIC1N7OjtA&t=3103
    It appears in your source video from 0:00:00 to 0:00:11 :
    https://www.youtube.com/watch?v=oPOg0bGkJIA&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Brandon Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 bclemms@gmail.com wrote:

    Video IDs: GmIC1N7OjtA

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:05:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [NUJDMCGlVYYDH4IV3HF6ZQ4RUA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1epzgws8rm6si07@google.com>
Date: Tue, Nov 14, 2023 at 8:43 PM
Subject: [NUJDMCGlVYYDH4IV3HF6ZQ4RUA] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=9GzODihYZDU
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: so3hWwKGozQ
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:23:22 to 0:23:23 :
      https://www.youtube.com/watch?v=9GzODihYZDU&t=1402
      It appears in your source video from 0:00:34 to 0:00:35 :

https://www.youtube.com/watch?v=so3mWWcs4qqv84

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

    Video IDs: 9GzODihYZDU

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:33:29 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [O255EQPUGLUJ23OKZBBIFKR4UA] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1xolaokziae2a07@google.com>
Date: Sat, Nov 11, 2023 at 6:51 PM
Subject: [O255EQPUGLUJ23OKZBBIFKR4UA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=MZ8COAXT_yU
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 3-13-19, Two Semi Trucks Blown Over On Video! Amarillo TX .mp4
    - Source of video: AKpKZ60antE
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:10 to 0:00:40 :
      https://www.youtube.com/watch?v=MZ8COAXT_yU&t=10

It appears in your source video from 0:00:09 to 0:00:16 :
https://www.youtube.com/watch?v=AKpKZ60antE&t=16

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bgG8o5yHO2I
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 5-10-2019 Houston, Tx Extreme Flash Flooding Thousands of stalled cars litter the Houston Metro
  - Source of video: uJg-LDozmEE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:12 :
    https://www.youtube.com/watch?v=bgG8o5yHO2I&t=0
    It appears in your source video from 0:00:00 to 0:00:18 :
    https://www.youtube.com/watch?v=uJg-LDozmEE&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

    Video IDs: MZ8COAXT_yU, bgG8o5yHO2I

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:06:26 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [O3P3JHKK7TYVQ3IOEPVWMIKILM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3kx4uai53iqfh07@google.com>
Date: Tue, Nov 14, 2023 at 10:14 PM
Subject: [O3P3JHKK7TYVQ3IOEPVWMIKILM] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Stomrs Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=FsJ8OJBxm6k
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: qW5ON47CLLo
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:07:05 to 0:07:10 : https://www.youtube.com/watch?v=FsJ8OJBxm6k&t=425
      It appears in your source video from 0:02:47 to 0:02:54 :

https://www.youtube.com/watch?v=qwbold6OubtA4?62

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Xcjlp1ul_Bw
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: TA_zrvBctH8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:20:04 to 0:20:20 :
    https://www.youtube.com/watch?v=Xcjlp1ul_Bw&t=1204
    It appears in your source video from 0:00:11 to 0:00:17 :
    https://www.youtube.com/watch?v=TA_zrvBctH8&t=11


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

    Video IDs: FsJ8OJBxm6k, Xcjlp1ul_Bw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:03:54 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [O7UILWRAPTQHMFEMK242BVIBFQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+34gv5amqrs5g507@google.com>
Date: Wed, Nov 15, 2023 at 5:09 PM
Subject: [O7UILWRAPTQHMFEMK242BVIBFQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=JHFqJc4vAVw
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
    - Source of video: ic7P9fz3yYQ
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:06:23 to 0:07:11 :
      https://www.youtube.com/watch?v=JHFqJc4vAVw&t=383

It appears in your source video from 0:02:41 to 0:03:36
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=161

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: JHFqJc4vAVw

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:08:48 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [OCXULJUBEI6TLLBC6KLDVESJOI] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1cq8fp6tbdggw07@google.com>
Date: Wed, Nov 8, 2023 at 3:25 AM
Subject: [OCXULJUBEI6TLLBC6KLDVESJOI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=IbTn_4UA_DY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: IDALIA MEGA STORM SURGE with Hurricane hammering Cedar Key, Florida
  - Source of video: P_qG-dtvKWg
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:08 to 0:05:14 : https://www.youtube.com/watch?v=IbTn_4UA_DY&t=308

It appears in your source video from 0:09:16 to 0:09:03 :
https://www.youtube.com/watch?v=P_qG-dtvKWg&t=556

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=s2HowmCPyuA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: THE ULTIMATE TORNADO UP CLOSE - Divine Tornado Conception 4K
  - Source of video: Gfr8MExtDYI
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:03 :
    https://www.youtube.com/watch?v=s2HowmCPyuA&t=0
    It appears in your source video from 0:04:11 to 0:04:14 :
    https://www.youtube.com/watch?v=Gfr8MExtDYI&t=251

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: lbTn_4UA_DY, s2HowmCPyuA

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:02:06 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [P7SWFY2UFUGB4BB3AO5JRJK4C4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+10duvsya0bwsc07@google.com>
Date: Tue, Nov 14, 2023 at 8:04 PM
Subject: [P7SWFY2UFUGB4BB3AO5JRJK4C4] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Y-JaMjBoptc
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: jTm_x0Ccw0Y
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:02 to 0:04:32 : https://www.youtube.com/watch?v=Y-JaMjBoptc&t=242
    It appears in your source video from 0:00:49 to 0:01:29 :

https://www.youtube.com/watch?v=jTm7-8EcGw0&t=43

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: Y-JaMjBoptc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:43:15 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [PGKU6GXT5I7JNO4ID7S4YHEJMA] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <<u>youtube-disputes+1uru2bhor9p7907@google.com</u>>
Date: Wed, Nov 15, 2023 at 6:25 PM
Subject: [PGKU6GXT5I7JNO4ID7S4YHEJMA] YouTube Copyright Complaint Submission
To: <<u>copyright@viraldrm.com</u>>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the <u>'Removal requests' tab</u> which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: <u>copyright@viraldrm.com</u>
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: <u>https://www.youtube.com/watch?v=jPdxMMVLCNE</u>
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: TERRIFYING TORNADO EXPERIENCE - May 23, 2022
  - Source of video: MFT3i23IN0A
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:52 to 0:01:03 : <u>https://www.youtube.com/watch?v=jPdxMMVLCNE&t=52</u>

It appears in your source video from 0:01:02 to 0:01:03
https://www.youtube.com/watch?v=MFT3i23IN0A&t=62

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: jPdxMMVLCNE

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:36:26 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [PO5FHFFCPEQMWPPIAZFLQJYRNY] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+254ci7b3efgjn07@google.com>
Date: Tue, Nov 7, 2023 at 10:59 PM
Subject: [PO5FHFFCPEQMWPPIAZFLQJYRNY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=QHC5nkdhShE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video:
    https://www.facebook.com/reedtimmer2.0/videos/2279686292188042
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:12:06 to 0:12:09 :
    https://www.youtube.com/watch?v=QHC5nkdhShE&t=726
    It appears in your source video:
    https://www.facebook.com/reedtimmer2.0/videos/2279686292188042

URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=tQ8q8i7WXeg

- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video:
    https://www.facebook.com/reedtimmer2.0/videos/2279686292188042
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:32 to 0:01:39 :
    https://www.youtube.com/watch?v=tQ8q8i7WXeg&t=92
    It appears in your source video:
    https://www.facebook.com/reedtimmer2.0/videos/2279686292188042

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: QHC5nkdhShE, tQ8q8i7WXeg

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:15:11 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QG7GKMSIDOF6BJRA6ZBIUJ2O2A] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0p9d5s7x8bfsi07@google.com>
Date: Mon, Nov 13, 2023 at 5:53 PM
Subject: [QG7GKMSIDOF6BJRA6ZBIUJ2O2A] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=S6AKFV65Mtc
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 5-5-2018 Leilani Estates, Mt Kilauea volcano erupts, lava flows shot from drone 4k
    - Source of video: PAKueID8u00
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:22:46 to 0:22:50 : https://www.youtube.com/watch?v=S6AKFV65Mtc&t=1366

It appears in your source video from 0:00:22 to 0:00:38:
https://www.youtube.com/watch?v=PAKuelD8u00&t=22

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: S6AKFV65Mtc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:01:33 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [QSNKK223EU4URWMHIUXJJIYC2A] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+12t9viy9d1rj207@google.com>
Date: Tue, Nov 14, 2023 at 8:00 PM
Subject: [QSNKK223EU4URWMHIUXJJIYC2A] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=0Kfn0_bUxf8
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: TA_zrvBctH8
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:04:03 to 0:05:00 : https://www.youtube.com/watch?v=0Kfn0_bUxf8&t=243 It appears in your source video from 0:00:08 to 0:00:15 :

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: 0Kfn0_bUxf8

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:22:53 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [R4XEVRLGQJYQSE72AGJSHQIFFI] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3kf2115f29njt07@google.com>
Date: Wed, Nov 15, 2023 at 11:41 PM
Subject: [R4XEVRLGQJYQSE72AGJSHQIFFI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=1qZW2zzOn00
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 06-25-2021 Waverly, KS - Lightning Strikes Vehicle
  - Source of video: TA_zrvBctH8
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:03:07 to 0:04:00 : https://www.youtube.com/watch?v=1qZW2zzOn00&t=187 It appears in your source video from 0:00:08 to 0:00:15 :

https://www.youtube.com/watch?v=TA_Zwegho1=

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

   Video IDs: 1qZW2zzOn00

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:04:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+16um3fu9w1sz907@google.com>
Date: Tue, Nov 7, 2023 at 7:58 PM
Subject: [RG5GCY7ZGMMH3XVNKL7O73OXUA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=ZQG77Q7gxBo
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
    - Source of video: IxdFh8nYMgM
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:00 to 0:00:24 :
      https://www.youtube.com/watch?v=ZQG77Q7gxBo&t=0

It appears in your source video from 0:00:00 to 0:00:03 :
https://www.youtube.com/watch?v=IxdFh8nYMgM&t=2

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=uXSYXdr4YtE
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=uXSYXdr4YtE&t=0
    It appears in your source video from 0:00:00 to 0:00:24 :
    https://www.youtube.com/watch?v=IxdFh8nYMgM&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

     Video IDs: ZQG77Q7gxBo, uXSYXdr4YtE

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:35:52 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RITCXE2QNBVBJ4CRYIGX5QTTVE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3raqwm8a6x7q007@google.com>
Date: Sat, Nov 11, 2023 at 7:00 PM
Subject: [RITCXE2QNBVBJ4CRYIGX5QTTVE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 53044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=h5F4_Vo1Hys
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: March 9, 2023 • Sanger, Texas Lightning Barrage & Power Flashes {Adam}
  - Source of video: ApiI59vaMZc
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:33 to 0:04:00 :
    https://www.youtube.com/watch?v=h5F4_Vo1Hys&t=213

It appears in your source video from 0:00:05 to 0:00:53 :
https://www.youtube.com/watch?v=Apll59vaMZc&t=5

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=yO2z-TTF_J0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
  - Source of video: ic7P9fz3yYQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:29:32 to 0:30:15 :
    https://www.youtube.com/watch?v=yO2z-TTF_J0&t=1772
    It appears in your source video from 0:01:30 to 0:04:16 :
    https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=90


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Video IDs: h5F4_Vo1Hys, yO2z-TTF_J0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**    Copyright Management <copyright@viraldrm.com>
**Sent:**    1/5/2024 12:27:52 PM
**To:**    Viral DRM <viraldrm@sriplaw.com>
**Subject:**    Fwd: [RJACP6VNRU23OZQJKDEULWUFI4] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+23leojt5q0kx807@google.com>
Date: Sun, Nov 12, 2023 at 5:16 AM
Subject: [RJACP6VNRU23OZQJKDEULWUFI4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=45HLNGlRhEE
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 2018 Storm Time-lapse Trailer (4K)
    - Source of video: UNtL6KCG51k
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:06:45 to 0:08:09 :
      https://www.youtube.com/watch?v=45HLNGlRhEE&t=405
      It appears in your source video from 0:00:04 to 0:01:28 :

https://www.youtube.com/watch?v=UNEIROOSMEYTO

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=dQlDkv8ehDs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 11-19-22 Orchard Park, NY-Drone of stranded semis stretching for miles.mp4
  - Source of video: T3qRtgNaM5o
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=dQlDkv8ehDs&t=0
    It appears in your source video from 0:00:00 to 0:00:06 :
    https://www.youtube.com/watch?v=T3qRtgNaM5o&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

   Video IDs: 45HLNGlRhEE, dQlDkv8ehDs

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:07:31 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [RZSZIKERB32N3DOMJV3OSPO24I] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0r0fjfaltwmo607@google.com>
Date: Sun, Nov 12, 2023 at 3:30 AM
Subject: [RZSZIKERB32N3DOMJV3OSPO24I] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=2jMncDlIh-6I
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 03-25-2023 Rolling Fork, MS - First Light Extreme Tornado Damage *Drone*
    - Source of video: 9vQ6S81hgj4
    - Type of video: Internet video
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:

https://www.youtube.com/watch?v=hLGGj_Rtw9o

- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 11-19-22 Orchard Park, NY-Drone of stranded semis stretching for miles.mp4
  - Source of video: T3qRtgNaM5o
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:00 to 0:00:22 :
    https://www.youtube.com/watch?v=hLGGj_Rtw9o&t=0
    It appears in your source video from 0:00:00 to 0:00:22 :
    https://www.youtube.com/watch?v=T3qRtgNaM5o&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

Video IDs: 2jMncDlh-6I, hLGGj_Rtw9o

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:29:47 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [S3CTVYB7I4Z7XZINZIC3NHHZVU] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1m7e9le4rqohj07@google.com>
Date: Tue, Nov 7, 2023 at 11:10 PM
Subject: [S3CTVYB7I4Z7XZINZIC3NHHZVU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?):
  Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=2OtLbkV6oMs
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: 7-11–2023 Montpelier, VT - Historic flood downtown
    underwater - Winooski River - drone
  - Source of video: tI8WZTo1cKU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:14:19 to 0:14:33 :
    https://www.youtube.com/watch?v=2OtLbkV6oMs&t=859

It appears in your source video from 0:04:05 to 0:04:10 :
https://www.youtube.com/watch?v=tl8WZTo1cKU&t=245

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=qjQgORy-p5E
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 7-11–2023 Montpelier, VT - Historic flood downtown underwater - Winooski River - drone
  - Source of video: tl8WZTo1cKU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:12 to 0:05:17 :
    https://www.youtube.com/watch?v=qjQgORy-p5E&t=312
    It appears in your source video from 0:00:02 to 0:00:07 :
    https://www.youtube.com/watch?v=tl8WZTo1cKU&t=2

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 2OtLbkV6oMs, qjQgORy-p5E

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 6:46:18 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [S5AAQOEL6EKV6CLF4OZMUENRPY] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0h2j8r4zu4bpu07@google.com>
Date: Tue, Nov 7, 2023 at 10:56 PM
Subject: [S5AAQOEL6EKV6CLF4OZMUENRPY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=78lpcm5Yv5M
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:21:36 to 0:21:49 :
    https://www.youtube.com/watch?v=78lpcm5Yv5M&t=1296

It appears in your source video from 0:00:04 to 0:00:23 :
https://www.youtube.com/watch?v=lxdFh8nYMgM&t=4

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=d1i_HmTb0ro
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: lxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
  The content appears in the targeted video from 0:05:10 to 0:05:31 :
  https://www.youtube.com/watch?v=d1i_HmTb0ro&t=310
  It appears in your source video from 0:00:00 to 0:00:20 :
  https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: 78lpcm5Yv5M, d1i_HmTb0ro

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:35:13 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [SBKQX6PGZ243GZLJFBAO34NZL4] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3tnyorggmtmay07@google.com>
Date: Wed, Nov 8, 2023 at 4:40 AM
Subject: [SBKQX6PGZ243GZLJFBAO34NZL4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6uDl1k4QS8E
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Incredible Hurricane Ian Storm Surge!
  - Source of video: https://fb.watch/gFpf33cPK1/
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7nO7b1TDvVw

- Describe the work allegedly infringed: my company organization or client's video
  - Title of video: LARGEST TORNADO EVER!!! From Birth to Death (w/ Radar & Commentary) 5-31-13
  - Source of video: Q7X3fyld2U0
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

  Video IDs: 6uDl1k4QS8E, 7nO7b1TDvVw

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:09:19 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [SJR72643BMRJSHLIXJPB5R7OWQ] Youtube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1a2ltgvnfc5l507@google.com>
Date: Sat, Nov 11, 2023 at 6:55 PM
Subject: [SJR72643BMRJSHLIXJPB5R7OWQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=BM0HaVqe_-w
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=37f451eb-b9cf-4a17-806a-705df81e54bb&q=lava%20gate%20wxchasing
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:03:09 to 0:03:11 :
https://www.youtube.com/watch?v=BM0HaVqe_-w&t=189
It appears in your source video: https://www.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=37f451eb-b9cf-
4a17-806a-705df81e54bb&q=lava%20gate%20wxchasing

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=RvKuLcyUvFA
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: Unfortunately locking the lava in with a gate doesn't
    work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=37f451eb-b9cf-
    4a17-806a-705df81e54bb&q=lava%20wxchasing
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:02 to 0:02:04 :
    https://www.youtube.com/watch?v=RvKuLcyUvFA&t=122
    It appears in your source video: https://www.facebook.com/watch?
    ref=search&v=638883676443266&external_log_id=37f451eb-b9cf-
    4a17-806a-705df81e54bb&q=lava%20wxchasing


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

    Video IDs: BM0HaVqe_-w, RvKuLcyUvFA

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:01:13 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [SXK5PNLXGWMCYFQU6N7XTCGZWI] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3anwktchdpsd507@google.com>
Date: Wed, Nov 8, 2023 at 2:22 AM
Subject: [SXK5PNLXGWMCYFQU6N7XTCGZWI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=4sznkP1W__E
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
    - Source of video: -Kou0HBpX4A
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:07:30 to 0:07:39 : https://www.youtube.com/watch?v=4sznkP1W__E&t=450

It appears in your source video from 0:02:40 to 0:02:43 :
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=159

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=NMajfq9wedk
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN - Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:12 to 0:00:15 :
    https://www.youtube.com/watch?v=NMajfq9wedk&t=12
    It appears in your source video from 0:00:49 to 0:00:52 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=49


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DCMA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 4sznkP1W__E, NMajfq9wedk

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:25:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [T6AANIXYVOTA55ZLAEB2O23NYM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2h30uz4tyw6l507@google.com>
Date: Wed, Nov 15, 2023 at 7:16 PM
Subject: [T6AANIXYVOTA55ZLAEB2O23NYM] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rgDZff4k-24
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: -NYQ3W__I1g
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:36 to 0:13:53 :
    https://www.youtube.com/watch?v=rgDZff4k-24&t=816
    It appears in your source video from 0:00:01 to 0:00:11 :
    https://www.youtube.com/watch?v=-NYQ3W__I1g&t=1

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: rgDZff4k-24

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:16:43 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [T6KQMOFZGJW4TUJ7VPGJFVLWFI] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+092s0stui6fgh07@google.com>
Date: Mon, Nov 13, 2023 at 6:23 PM
Subject: [T6KQMOFZGJW4TUJ7VPGJFVLWFI] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7nMQ2uljlWA
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
    - Type of video: Internet video
    - Where does the content appear? Custom thumbnail

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: 7nMQ2uljlWA

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:59:26 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [TBLI4HJG7C73S6YOA2ERVPQT5M] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0wn3kg5s96e3f07@google.com>
Date: Wed, Nov 8, 2023 at 2:18 AM
Subject: [TBLI4HJG7C73S6YOA2ERVPQT5M] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=1vcTpJlg2Ys
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Drone footage of Andover tornado with color correction
  - Source of video: https://fb.watch/joeNS0CwuS/
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:51 to 0:00:59 :
    https://www.youtube.com/watch?v=1vcTpJlg2Ys&t=51

It appears in your source video: https://www.youtube.com/watch?v=

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=L4Klrcn7YCc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane Nicole - Massive Waves and erosion cause homes to crash into ocean
  - Source of video: CzJX6dvrFpM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:37 to 0:02:55 :
    https://www.youtube.com/watch?v=L4Klrcn7YCc&t=157
    It appears in your source video from 0:00:12 to 0:00:18 :
    https://www.youtube.com/watch?v=CzJX6dvrFpM&t=12

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: 1vcTpJlg2Ys, L4Klrcn7YCc

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:18:00 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [U2S5ZBL7SBGWTMUP7UWBL3UC7I] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3d603yb8b1vzd07@google.com>
Date: Mon, Nov 13, 2023 at 6:32 PM
Subject: [U2S5ZBL7SBGWTMUP7UWBL3UC7I] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=niHfsEDzsak
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 11-10-2022 Daytona Beach, FL Hurricane Nicole erosion causes homes to fall into ocean.mp4
    - Source of video: TGke73qGkJ0
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:12:17 to 0:12:56 : https://www.youtube.com/watch?v=niHfsEDzsak&t=737

It appears in your source video from 0:00:20 to 0:01:53:
https://www.youtube.com/watch?v=TGke73qGkJ0&t=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@wxchasing.com](#) wrote:

Video IDs: niHfsEDzsak

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:01:45 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [UQVIWC3ESYO6RY2OCWA4FAX2SQ] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1bb7na2ca80i607@google.com>
Date: Tue, Nov 7, 2023 at 10:14 PM
Subject: [UQVIWC3ESYO6RY2OCWA4FAX2SQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=YH9vRni0yfs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: IxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:16:50 to 0:19:06 : https://www.youtube.com/watch?v=YH9vRni0yfs&t=1010

It appears in your source video from 0:00:00 to 0:00:23 :
https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=aBiqeg0qsLs
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: JAW-DROPPING Tornado Drone Footage Shows Kansas Town Get Ripped Apart
  - Source of video: lxdFh8nYMgM
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:22:55 to 0:23:16 :
    https://www.youtube.com/watch?v=aBiqeg0qsLs&t=1375
    It appears in your source video from 0:00:00 to 0:00:23 :
    https://www.youtube.com/watch?v=lxdFh8nYMgM&t=0


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: YH9vRni0yfs, aBiqeg0qsLs

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:50:08 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [UTKAW2CY6WSl5OQGJDMR55ZMll] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3dk64i4cac9ds07@google.com>
Date: Wed, Nov 15, 2023 at 6:01 PM
Subject: [UTKAW2CY6WSl5OQGJDMR55ZMll] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=-F7LADcnnSo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Red Sprites and a GIANT Fireball Meteor!
  - Source of video: JlFRdTfxvNU
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:34 to 0:01:35 :
    https://www.youtube.com/watch?v=-F7LADcnnSo&t=94
    It appears in your source video from 0:02:26 to 0:02:29 :

https://www.youtube.com/watch?v=JIFkdfawuya-48

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: -F7LADcnnSo

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:56:13 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [UYEK42NDVPF5VOOYELNTHPVBMM] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+17pgg8qom850507@google.com>
Date: Wed, Nov 15, 2023 at 9:30 PM
Subject: [UYEK42NDVPF5VOOYELNTHPVBMM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=k1qh10OOUyY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: STRANGE STORM CLOUDS - Mammatus facts and information
  - Source of video: HywQ__IE23M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:53 to 0:05:56 :
    https://www.youtube.com/watch?v=k1qh10OOUyY&t=353

It appears in your sourced Video from 0:00:00 to 0:00:03
https://www.youtube.com/watch?v=HywQ__IE23M&t=0

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: k1qh10OOUyY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 4:07:55 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VDQWMFMVN27DOICFSEETHUPWRY] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+05s64ist3w7ml07@google.com>
Date: Mon, Nov 13, 2023 at 7:28 PM
Subject: [VDQWMFMVN27DOICFSEETHUPWRY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=AmNbrCasNcU
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
  - Source of video: Y-LPERIRHYA
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:04:55 to 0:04:58 : https://www.youtube.com/watch?v=AmNbrCasNcU&t=295 It appears in your source video from 0:00:18 to 0:00:21 :

https://www.youtube.com/watch?v=LHTdsdWa50s

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 13, 2023 [copyright@viraldrm.com](mailto:copyright@viraldrm.com) wrote:

Video IDs: AmNbrCasNcU

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:18:49 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VHECLKFD2CQDRTNPSETQJRSNWA] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1aj4tpq5dn9c507@google.com>
Date: Wed, Nov 8, 2023 at 5:16 AM
Subject: [VHECLKFD2CQDRTNPSETQJRSNWA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=4LcJ64Mmi7g
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: The RAW POWER of Hurricane Michael in Panama City: Sound & visuals in 4K
    - Source of video: C6zGEMMMjws
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:13:19 to 0:13:23 :
      https://www.youtube.com/watch?v=4LcJ64Mmi7g&t=799

It appears in your source video from 0:08:03 to 0:08:13 :
https://www.youtube.com/watch?v=C6zGEMMMjws&t=393

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=qD5i_kp0j5w
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:45 to 0:07:55 :
    https://www.youtube.com/watch?v=qD5i_kp0j5w&t=465
    It appears in your source video: https://www.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 4LcJ64Mmi7g, qD5i_kp0j5w

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:** 1/5/2024 12:04:33 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [VTELJGFDNLWQABM3IZWNE3GGJQ] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0yac9oi6oc26t07@google.com>
Date: Tue, Nov 14, 2023 at 8:23 PM
Subject: [VTELJGFDNLWQABM3IZWNE3GGJQ] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Storms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=6-f0EcNxxv0
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: qCrwKXNlmK0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:52 to 0:03:07 :
    https://www.youtube.com/watch?v=6-f0EcNxxv0&t=172
    It appears in your source video from 0:00:29 to 0:00:50 :

https://www.youtube.com/watch?v=qCrwKXNlmK0&t=29

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=bYPi-LdYVec
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: qCrwKXNlmK0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:15 to 0:00:22 :
    https://www.youtube.com/watch?v=bYPi-LdYVec&t=15
    It appears in your source video from 0:00:29 to 0:00:50 :
    https://www.youtube.com/watch?v=qCrwKXNlmK0&t=29

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: 6-f0EcNxxv0, bYPi-LdYVec

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:52:24 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [W2BKJ3DVIMEC2TQIFV5CXU6IRM] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1j7xb3sm3i8r107@google.com>
Date: Wed, Nov 8, 2023 at 1:39 AM
Subject: [W2BKJ3DVIMEC2TQIFV5CXU6IRM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vMsbpmHX6nc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Undulatus Asperatus Sunset
  - Source of video: rq3lqckbt_E
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:04:56 to 0:05:06 : https://www.youtube.com/watch?v=vMsbpmHX6nc&t=296 It appears in your source video from 0:00:11 to 0:00:45 :

https://www.youtube.com/watch?v=rq3lqckbt_E&t=20

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=wDVDYX1O2SY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Undulatus Asperatus Sunset
  - Source of video: rq3lqckbt_E
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:49 to 0:08:54 :
    https://www.youtube.com/watch?v=wDVDYX1O2SY&t=529
    It appears in your source video from 0:00:20 to 0:00:25 :
    https://www.youtube.com/watch?v=rq3lqckbt_E&t=20


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: vMsbpmHX6nc, wDVDYX1O2SY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 11:54:43 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [W2BKJ3DVIMEC2TQIFV5CXU6IRM] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+1j7xb3sm3i8r107@google.com>
Date: Wed, Nov 8, 2023 at 1:39 AM
Subject: [W2BKJ3DVIMEC2TQIFV5CXU6IRM] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=vMsbpmHX6nc
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Undulatus Asperatus Sunset
    - Source of video: rq3lqckbt_E
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:04:56 to 0:05:06 : https://www.youtube.com/watch?v=vMsbpmHX6nc&t=296 It appears in your source video from 0:00:11 to 0:00:45 :

https://www.youtube.com/watch?v=rq3lqckbt_E&t=20

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=wDVDYX1O2SY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Undulatus Asperatus Sunset
  - Source of video: rq3lqckbt_E
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:08:49 to 0:08:54 :
    https://www.youtube.com/watch?v=wDVDYX1O2SY&t=529
    It appears in your source video from 0:00:20 to 0:00:25 :
    https://www.youtube.com/watch?v=rq3lqckbt_E&t=20


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: vMsbpmHX6nc, wDVDYX1O2SY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:26:58 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [WAFWRQ4E5WQSM6CLKZATAWD6QE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2peugaunwaci407@google.com>
Date: Tue, Nov 7, 2023 at 8:15 PM
Subject: [WAFWRQ4E5WQSM6CLKZATAWD6QE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=Ku8Sn-XGJXo
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed
  - Source of video: https://twitter.com/ReedTimmerAccu/status/1576733984364859392?lang=en
  - Type of video: Internet video
  - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=TOp5woMfU8c
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: The absolute most intense part of the eye wall of Hurricane Ian in Pine Island, Florida retrieved from my ipad I thought was destroyed
  - Source of video:
    https://twitter.com/ReedTimmerAccu/status/1576733984364859392?lang=en
  - Type of video: Internet video
  - Where does the content appear? Entire video


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: Ku8Sn-XGJXo, TOp5woMfU8c

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:23:54 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [WL5PAQEIDTUTJDQFPS42W52IRM] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+3avoiu15bb73o07@google.com>
Date: Thu, Nov 16, 2023 at 1:35 PM
Subject: [WL5PAQEIDTUTJDQFPS42W52IRM] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 1315 Carroll Dr
  - Terry, MS 39170
  - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: (601) 260-3170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=214-1jplbls
- Describe the work allegedly infringed: My company, organization or client's video
  - Source of video: dgP0_9q6VqY
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:16:39 to 0:16:45 : https://www.youtube.com/watch?v=214-1jplbls&t=999 It appears in your source video from 0:01:54 to 0:02:00 : https://www.youtube.com/watch?v=dgP0_9q6VqY&t=114

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 copyright@wxchasing.com wrote:

Video IDs: 214-1jplbls

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**  Copyright Management <copyright@viraldrm.com>
**Sent:**  1/5/2024 4:19:56 PM
**To:**  Viral DRM <viraldrm@sriplaw.com>
**Subject:**  Fwd: [WMTQVH3CCZKZ4SNGVUHEYJH5I4] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+35ai0b5d9uo7i07@google.com>
Date: Sat, Nov 11, 2023 at 6:35 PM
Subject: [WMTQVH3CCZKZ4SNGVUHEYJH5I4] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=YraUsByLweA
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Lightning Striking Tree in 4K - Tree Catches on Fire !!!
    - Source of video: Y-LPERIRHYA
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:03:06 to 0:03:10 : https://www.youtube.com/watch?v=YraUsByLweA&t=186 It appears in your source video from 0:00:34 to 0:00:40 :

https://www.youtube.com/watch?v=YrzUsByLweA&t=38

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=ohJZUhUGRQM
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Fire Tornado Video - AMAZING Fire Vortex / Twister / Firenado Footage
  - Source of video: 5SyX2NUEkKk
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:09:46 to 0:09:48 :
    https://www.youtube.com/watch?v=ohJZUhUGRQM&t=586
    It appears in your source video from 0:00:06 to 0:00:10 :
    https://www.youtube.com/watch?v=5SyX2NUEkKk&t=6

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 11, 2023 copyright@viraldrm.com wrote:

     Video IDs: YraUsByLweA, ohJZUhUGRQM

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:48:03 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XU4BWN3OOKPGWYPDR4ZKF72F4E] YouTube Copyright Complaint Submission

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+1ol00p6uqg6lo07@google.com>
Date: Tue, Nov 7, 2023 at 9:00 PM
Subject: [XU4BWN3OOKPGWYPDR4ZKF72F4E] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7447

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=SlhWjsKLc5o
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=63888367644326&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:09:42 to 0:09:46 :
https://www.youtube.com/watch?v=SIhWjsKLc5o&t=582
It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=eN-qWV-RmzE
- Describe the work allegedly infringed: My company, organization or client's
  video
    - Title of video: Hurricane Wilma Video - Miami Beach, Florida
    - Source of video: QDFK40UMotc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:08:16 to 0:08:20 :
      https://www.youtube.com/watch?v=eN-qWV-RmzE&t=496
      It appears in your source video from 0:00:34 to 0:00:40 :
      https://www.youtube.com/watch?v=QDFK40UMotc&t=34


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DCMA any person
      who knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: SIhWjsKLc5o, eN-qWV-RmzE

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:12:26 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XWTGS5GL2K7LQSU6WG4SHVBJGU] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **YouTube Copyright** <youtube-disputes+0he6342ptu08907@google.com>
Date: Wed, Nov 8, 2023 at 4:22 AM
Subject: [XWTGS5GL2K7LQSU6WG4SHVBJGU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=qJXcQsLfVtA
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://www.facebook.com/wxchasing/videos/638883676443266
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:05:23 to 0:05:25 :

https://www.youtube.com/watch?v=qJXcQsLfVtA&t=923
It appears in your source video:
https://www.facebook.com/wxchasing/videos/638883676443266

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=wZyufq7ZlL0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Undulatus Asperatus Sunset
  - Source of video: rq3lqckbt_E
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:18 to 0:07:27 :
    https://www.youtube.com/watch?v=wZyufq7ZlL0&t=438
    It appears in your source video from 0:00:09 to 0:00:29 :
    https://www.youtube.com/watch?v=rq3lqckbt_E&t=9


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](Help Center) • [Email Options](Email Options)

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: qJXcQsLfVtA, wZyufq7ZlL0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 4:02:01 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XWTGS5GL2K7LQSU6WG4SHVBJGU] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0he6342ptu08907@google.com>
Date: Tue, Nov 7, 2023 at 6:22 PM
Subject: [XWTGS5GL2K7LQSU6WG4SHVBJGU] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=qJXcQsLfVtA
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
    - Source of video: https://www.facebook.com/wxchasing/videos/638883676443266
    - Type of video: Internet video
    - Where does the content appear? The content appears in the targeted video from 0:05:23 to 0:05:25 :

https://www.youtube.com/watch?v=qJXcQsLfVtA&t=923
It appears in your source video:
https://www.facebook.com/wxchasing/videos/638883676443266

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=wZyufq7ZlL0
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Undulatus Asperatus Sunset
  - Source of video: rq3lqckbt_E
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:07:18 to 0:07:27 :
    https://www.youtube.com/watch?v=wZyufq7ZlL0&t=438
    It appears in your source video from 0:00:09 to 0:00:29 :
    https://www.youtube.com/watch?v=rq3lqckbt_E&t=9


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: qJXcQsLfVtA, wZyufq7ZlL0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:28:27 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [XZ4ZX3A2CNPAMHIP3IH4LA6QNQ] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3jru2vmwdy9l107@google.com>
Date: Wed, Nov 15, 2023 at 5:40 PM
Subject: [XZ4ZX3A2CNPAMHIP3IH4LA6QNQ] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Righst Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=_nTi6efd85o
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Full evolution of beautiful tornado near Wray, CO on May 7, 2016
    - Source of video: ic7P9fz3yYQ
    - Type of video: Internet video
    - Where does the content appear?
    The content appears in the targeted video from 0:05:20 to 0:05:25 : https://www.youtube.com/watch?v=_nTi6efd85o&t=320

It appears in your source video from 0:03:06 to 0:03:45:
https://www.youtube.com/watch?v=ic7P9fz3yYQ&t=186

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: _nTi6efd85o

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 3:01:21 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [YOMZ3BM7B663FHVXA3QSNYMTGA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+0s7sgzrcozihg07@google.com>
Date: Wed, Nov 15, 2023 at 6:24 PM
Subject: [YOMZ3BM7B663FHVXA3QSNYMTGA] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=xSMn5imOn4U
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: VIOLENT EF4 Tornado hits Rolling Fork, Mississippi - March 24, 2023
  - Source of video: LaUfe5QCKNs
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:13:18 to 0:13:25 :
    https://www.youtube.com/watch?v=xSMn5imOn4U&t=798

It appears in your sourced video from 0:01:50 to 0:01:53:
https://www.youtube.com/watch?v=LaUfe5QCKNs&t=110

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

<u>Help Center</u> • <u>Email Options</u>

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 <u>Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066</u>

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: xSMn5imOn4U

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:28:53 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [YPIA7AVGUG6OVJP7J2DVTY2GJE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3h5fo522x5m8h07@google.com>
Date: Tue, Nov 7, 2023 at 8:22 PM
Subject: [YPIA7AVGUG6OVJP7J2DVTY2GJE] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



# Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pmvn5hH5YQc
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Unfortunately locking the lava in with a gate doesn't work either. More incredible video from today.
  - Source of video: https://web.facebook.com/watch?ref=search&v=638883676443266&external_log_id=0a6f4846-6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr
  - Type of video: Internet video
  - Where does the content appear?

The content appears in the targeted video from 0:02:31 to 0:02:39 :
https://www.youtube.com/watch?v=pmvn5hH5YQc&t=151
It appears in your source video: https://web.facebook.com/watch?
ref=search&v=638883676443266&external_log_id=0a6f4846-
6203-48a6-9207-98c60ebbbb8c&q=lava%20gate&_rdc=1&_rdr

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=rcj-3Dm8I1M
- Describe the work allegedly infringed: My company, organization or client's
  video
  - Title of video: A supercell near Booker, Texas
  - Source of video: 4aIm4Xm4oyE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:02:23 to 0:02:30 :
    https://www.youtube.com/watch?v=rcj-3Dm8I1M&t=143
    It appears in your source video from 0:01:12 to 0:01:24 :
    https://www.youtube.com/watch?v=4aIm4Xm4oyE&t=72

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

    Video IDs: pmvn5hH5YQc, rcj-3Dm8I1M

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@wxchasing.com>
**Sent:** 1/5/2024 12:19:36 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [YVJSIXXT7W6TLDUTZNEGHYLZCA] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+06dqc1rvyt5nh07@google.com>
Date: Mon, Nov 13, 2023 at 6:48 PM
Subject: [YVJSIXXT7W6TLDUTZNEGHYLZCA] YouTube Copyright Complaint Submission
To: <copyright@wxchasing.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): WxChasing
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 1315 Carroll Dr
    - Terry, MS 39170
    - US
- Username: WXChasing
- Email Address: copyright@wxchasing.com
- Phone: 6012603170

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=WCh2ub1NW-c
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: 04-22-2018 Galliano, LA - Tornado Damage
    - Source of video: k2nUdcEi1dE
    - Type of video: Internet video
    - Where does the content appear? Entire video

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=dTglbBYTop0

- Describe the work allegedly infringed: my company, organization or clients video
  - Source of video: ErVU4Req1DY
  - Type of video: Internet video
  - Where does the content appear? Entire video

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 13, 2023 copyright@wxchasing.com wrote:

Video IDs: WCh2ub1NW-c, dTglbBYTop0

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:10:05 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [Z77SMHGC4ZKHOVN5QD67DL7BMI] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3ac2v3hqvx4m107@google.com>
Date: Wed, Nov 15, 2023 at 10:25 PM
Subject: [Z77SMHGC4ZKHOVN5QD67DL7BMI] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Digital Rights Manager
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
  - 210 Veazey Drive
  - Childersburg, AL 35044
  - US
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=0rzEij2sd_4
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: Hurricane IRMA from Key West, Florida
  - Source of video: LLK6z0PMVF4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:19:41 to 0:19:44 :
    https://www.youtube.com/watch?v=0rzEij2sd_4&t=1181

It appears in your source video from 0:00:38 to 0:00:23:
https://www.youtube.com/watch?v=LLK6z0PMVF4&t=38

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 copyright@viraldrm.com wrote:

Video IDs: 0rzEij2sd_4

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 12:13:41 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ZWZ2OG2CGLIMTMZZTV4O47CZDY] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+2s9j2e8sm65em07@google.com>
Date: Wed, Nov 8, 2023 at 4:36 AM
Subject: [ZWZ2OG2CGLIMTMZZTV4O47CZDY] YouTube Copyright Complaint Submission
To: <copyright@viraldrm.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Viral DRM
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Digital Rights Manager
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - GB
- Username: Copyright Management
- Email Address: copyright@viraldrm.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=8QoqtB6HPMY
- Describe the work allegedly infringed: My company, organization or client's video
    - Title of video: Hurricane Katrina Historic Storm Surge Video - Gulfport, Mississippi
    - Source of video: -Kou0HBpX4A
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:10:13 to 0:10:23 :
      https://www.youtube.com/watch?v=8QoqtB6HPMY&t=613

It appears in your source video from 0:00:59 to 0:01:03 :
https://www.youtube.com/watch?v=-Kou0HBpX4A&t=10

- URL of allegedly infringing video to be removed:
https://www.youtube.com/watch?v=fBk5m4LGGCY
- Describe the work allegedly infringed: My company, organization or client's video
  - Title of video: 9-3-2019 Grand Abaco, Bahamas Helicopter Video shows total destruction of Island From Hurricane Dori
  - Source of video: 8QoqtB6HPMY
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:52 to 0:01:58 :
    https://www.youtube.com/watch?v=fBk5m4LGGCY&t=112
    It appears in your source video from 0:03:30 to 0:03:40 :
    https://www.youtube.com/watch?v=8QoqtB6HPMY&t=210

- Country where copyright applies: GB
- I, in good faith state that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that there may be adverse legal consequences for making false or bad faith allegations of copyright infringement by using this process.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 7, 2023 copyright@viraldrm.com wrote:

Video IDs: 8QoqtB6HPMY, fBk5m4LGGCY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:**   LSM Intellectual Property <ip@livestormsmedia.com>
**Sent:**   1/5/2024 12:03:36 PM
**To:**   Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: [ZXYAXI4ECWPOOW56K7ZWIBWMPE] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **YouTube Copyright** <youtube-disputes+3dyhkch1legyg07@google.com>
Date: Tue, Nov 14, 2023 at 8:18 PM
Subject: [ZXYAXI4ECWPOOW56K7ZWIBWMPE] YouTube Copyright Complaint Submission
To: <ip@livestormsmedia.com>



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Live Stroms Media
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Clement
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 210 Veazey Drive
    - Childersburg, AL 35044
    - US
- Username: Live Storms Media
- Email Address: ip@livestormsmedia.com
- Phone: 256-267-7747

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=8Nlaf2NZBtQ
- Describe the work allegedly infringed: My company, organization or client's video
    - Source of video: kd6Lae_zNXc
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:05:52 to 0:05:59 : https://www.youtube.com/watch?v=8Nlaf2NZBtQ&t=352
      It appears in your source video from 0:00:01 to 0:00:10 :

https://www.youtube.com/watch?v2xd6calc8dv0x14

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Michael Clement

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 ip@livestormsmedia.com wrote:

Video IDs: 8Nlaf2NZBtQ

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:04:45 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [45M7AQRBZKE4DSGFNWLRZ5PX5A] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 1:04 AM
Subject: Fw: [45M7AQRBZKE4DSGFNWLRZ5PX5A] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>


----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+23d62z0r8j84d07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Wednesday, November 15, 2023, 09:49:06 AM CST
**Subject:** [45M7AQRBZKE4DSGFNWLRZ5PX5A] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=cqln6iHdc_I
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma

Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma

Your Title or Job Position (What is your authority to make this complaint?): Owner

Address:

2226 Shadowdale

Houston, TX 77043

US

Username: Pecos Hank

Email Address: hankschyma@yahoo.com

Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=cqIn6iHdc_I
- Describe the work allegedly infringed: My video
  - Title of video: DAY OF THE TWINS - Tornado terror in Nebraska
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:27 to 0:00:31 :
    https://www.youtube.com/watch?v=cqIn6iHdc_I&t=27
    It appears in your source video from 0:07:41 to 0:07:46 :
    https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=461

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your

YouTube channel or account

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all <u>required elements</u>. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the <u>'Removal requests' tab</u> which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: <u>hankschyma@yahoo.com</u>
- Phone: (281) 948-1628


- URL of allegedly infringing video to be removed:
  <u>https://www.youtube.com/watch?v=cqIn6iHdc_I</u>
- Describe the work allegedly infringed: My video
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:27 to 0:00:31 :
    <u>https://www.youtube.com/watch?v=cqIn6iHdc_I&t=27</u>
    It appears in your source video from 0:07:41 to 0:07:46 :
    <u>https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=461</u>

- Country where copyright applies: us
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: cqIn6iHdc_I

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:02:30 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [6HBAVRKIVVKIOGIFIU367IQHT4] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+1zeq36jtj7d1m07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Tuesday, November 14, 2023, 10:09:45 AM CST
**Subject:** [6HBAVRKIVVKIOGIFIU367IQHT4] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=C6EyITgRQu4
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
Your Title or Job Position (What is your authority to make this complaint?): Owner

Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: 2819481628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=C6EyITgRQu4
- Describe the work allegedly infringed: My video
  - Title of video: CLOSE TORNADO TEARS THROUGH TOWN -
    Madill Oklahoma 4-22-20
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:12 to 0:05:22 :
    https://www.youtube.com/watch?v=C6EyITgRQu4&t=312
    It appears in your source video from 0:00:43 to 0:00:53 :
    https://www.youtube.com/watch?v=y73ZVT56Sz4&t=43

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: 2819481628


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=C6EyITgRQu4
- Describe the work allegedly infringed: My video
  - Source of video: y73ZVT56Sz4
  - Type of video: Internet video
  - Where does the content appear? The content appears in the targeted video from 0:05:12 to 0:05:22 : https://www.youtube.com/watch?v=C6EyITgRQu4&t=312 It appears in your source video from 0:00:43 to 0:00:53 : https://www.youtube.com/watch?v=y73ZVT56Sz4&t=43


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: C6EylTgRQu4

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/5/2024 2:58:50 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [AM4H7VQPYRW7SC2S5DLIZXOT2U] YouTube Copyright Complaint Submission

---

(8966) Round 5 Youtube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Thu, Nov 16, 2023 at 3:19 PM
Subject: Fw: [AM4H7VQPYRW7SC2S5DLIZXOT2U] YouTube Copyright Complaint Submission
To: copyright@viraldrm.com <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+0etc7opgrj0td07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Thursday, November 16, 2023, 07:28:48 AM CST
**Subject:** [AM4H7VQPYRW7SC2S5DLIZXOT2U] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The video(s) listed below have already been removed. Because the content is unavailable, we are unable to take action on them.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=T1upnPA_6bU
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
Your Title or Job Position (What is your authority to make this complaint?): Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=T1upnPA_6bU
- Describe the work allegedly infringed: My video
  - Title of video: RED SPRITES - Over Beautiful Lightning Storm
  - Source of video: 8t5AWldYeSE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:04 to 0:01:09 :
    https://www.youtube.com/watch?v=T1upnPA_6bU&t=64
    It appears in your source video from 0:00:35 to 0:00:40 :
    https://www.youtube.com/watch?v=8t5AWldYeSE&t=35

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=T1upnPA_6bU
- Describe the work allegedly infringed: My video
  - Source of video: 8t5AWldYeSE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:04 to 0:01:09 : https://www.youtube.com/watch?v=T1upnPA_6bU&t=64
    It appears in your source video from 0:00:35 to 0:00:40 : https://www.youtube.com/watch?v=8t5AWldYeSE&t=35

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team
[Help Center](#) • [Email Options](#)

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 [Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066](#)

On Nov 15, 2023 [hankschyma@yahoo.com](mailto:hankschyma@yahoo.com) wrote:

Video IDs: T1upnPA_6bU

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:14:10 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [CAJVCH3DGYVC6ETHMWFMSWVQFY] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 1:05 AM
Subject: Fw: [CAJVCH3DGYVC6ETHMWFMSWVQFY] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+2c9n0e6h1ivuv07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Wednesday, November 15, 2023, 09:50:19 AM CST
**Subject:** [CAJVCH3DGYVC6ETHMWFMSWVQFY] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=v9JXbu7XliY
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank
Schyma
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=v9JXbu7XliY
- Describe the work allegedly infringed: My video
    - Title of video: STRANGE STORM CLOUDS - Mammatus facts and
      information
    - Source of video: HywQ__IE23M
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:04:19 to 0:04:21 :
      https://www.youtube.com/watch?v=v9JXbu7XliY&t=259
      It appears in your source video from 0:01:02 to 0:01:05 :
      https://www.youtube.com/watch?v=HywQ__IE23M&t=62

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner
      of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner
      complained of is not authorized by the copyright owner, its agent, or
      the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person
      who knowingly materially misrepresents that material or activity is
      infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my
      YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank
  Schyma
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628

<br>

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=v9JXbu7XliY
- Describe the work allegedly infringed: My video
  - Source of video: HywQ__IE23M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:04:19 to 0:04:21 :
    https://www.youtube.com/watch?v=v9JXbu7XliY&t=259
    It appears in your source video from 0:01:02 to 0:01:05 :
    https://www.youtube.com/watch?v=HywQ__IE23M&t=62

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team
Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: v9JXbu7XllY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 12:19:35 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: FW: [E2IMAUW4B77E5HUGM55WWS3FYA] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Mike Theiss** <mike@ultimatechase.com>
Date: Sun, Jan 7, 2024 at 4:36 AM
Subject: FW: [E2IMAUW4B77E5HUGM55WWS3FYA] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

Here is a later email confirming both videos have been removed. Thanks !

---

**From:** YouTube Copyright <youtube-disputes+2txgesm6ti4xr07@google.com>
**Reply-To:** YouTube Copyright <youtube-disputes+2txgesm6ti4xr07@google.com>
**Date:** Monday, December 11, 2023 at 11:20 AM
**To:** Mike Theiss <mike@ultimatechase.com>
**Subject:** [E2IMAUW4B77E5HUGM55WWS3FYA] YouTube Copyright Complaint Submission

Image removed by sender.

Hi Ultimate Chase,

Thank you for your response. We've reviewed it and provided updates below.

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=31Y-d3sn8BA

https://www.youtube.com/watch?v=7neof87WptY

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Theiss
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:

  - PO Box 370233
  - Key Largo, Florida 33037
  - US

- Username: Ultimate Chase
- Email Address: mike@ultimatechase.com
- Phone: 3053946000

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=31Y-d3sn8BA
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Charley (Part 2) Extreme Eyewall Category 5 Wind Gust !
  - Source of video: unV5KcSrY-I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:57 to 0:11:08 :
    https://www.youtube.com/watch?v=31Y-d3sn8BA&t=657
    It appears in your source video from 0:00:47 to 0:01:10 :
    https://www.youtube.com/watch?v=unV5KcSrY-I&t=47

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7neof87WptY
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Lili Storm Surge Flooding Video - Cocodrie, Louisiana
  - Source of video: exmk58NHsQ8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:20 to 0:11:25 :
    https://www.youtube.com/watch?v=7neof87WptY&t=680
    It appears in your source video from 0:00:20 to 0:00:25 :
    https://www.youtube.com/watch?v=exmk58NHsQ8&t=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  ○ I am the owner, or an agent authorized to act on behalf of the owner of an
    exclusive right that is allegedly infringed.
  ○ I have a good faith belief that the use of the material in the manner complained
    of is not authorized by the copyright owner, its agent, or the law; and
  ○ This notification is accurate.
  ○ I acknowledge that under Section 512(f) of the DMCA any person who
    knowingly materially misrepresents that material or activity is infringing may be
    subject to liability for damages.
  ○ I understand that abuse of this tool will result in termination of my YouTube
    channel.

- Authorized Signature: Michael Theiss

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 16, 2023 YouTube Copyright

Image removed by sender.

Hi Ultimate Chase,

Thank you for your removal request.

We've removed some of the videos in your notification. Please read the entire
email carefully for a complete update of each video's status.

Under review

We need more time to review the information you provided for the video(s)
below. We'll get back to you once we've completed our review.

Videos in question:

https://www.youtube.com/watch?v=7neof87WptY

☐ Video (Internet video)

Title of your video: Hurricane Lili Storm Surge Flooding Video - Cocodrie, Louisiana

Content found in: 0:11:20 to 0:11:25

Request resolved

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=31Y-d3sn8BA

We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted): Michael Theiss
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:

  - PO Box 370233
  - Key Largo, Florida 33037
  - US

- Username: Ultimate Chase
- Email Address: mike@ultimatechase.com
- Phone: 3053946000


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=31Y-d3sn8BA
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Charley (Part 2) Extreme Eyewall Category 5 Wind Gust !
  - Source of video: unV5KcSrY-I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:57 to 0:11:08 : https://www.youtube.com/watch?v=31Y-d3sn8BA&t=657
    It appears in your source video from 0:00:47 to 0:01:10 : https://www.youtube.com/watch?v=unV5KcSrY-I&t=47


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=7neof87WptY
- Describe the work allegedly infringed: My video

  - Title of video: Hurricane Lili Storm Surge Flooding Video - Cocodrie,

Louisiana
- ○ Source of video: exmk58NHsQ8
- ○ Type of video: Internet video
- ○ Where does the content appear?
  The content appears in the targeted video from 0:11:20 to 0:11:25 :
  https://www.youtube.com/watch?v=7neof87WptY&t=680
  It appears in your source video from 0:00:20 to 0:00:25 :
  https://www.youtube.com/watch?v=exmk58NHsQ8&t=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - ○ I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - ○ I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - ○ This notification is accurate.
  - ○ I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - ○ I understand that abuse of this tool will result in termination of my YouTube channel.

- Authorized Signature: Michael Theiss

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 YouTube Copyright

Image removed by sender.

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Michael Theiss
- Your Full Legal Name (Aliases, usernames or initials not accepted):
  Michael Theiss
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:

  - PO Box 370233
  - Key Largo, Florida 33037
  - US

- Username: Ultimate Chase
- Email Address: mike@ultimatechase.com
- Phone: 3053946000

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=31Y-d3sn8BA
- Describe the work allegedly infringed: My video

  - Source of video: unV5KcSrY-I
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:10:57 to 0:11:08 :
    https://www.youtube.com/watch?v=31Y-d3sn8BA&t=657
    It appears in your source video from 0:00:47 to 0:01:10 :
    https://www.youtube.com/watch?v=unV5KcSrY-I&t=47

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=7neof87WptY
- Describe the work allegedly infringed: My video

  - Source of video: exmk58NHsQ8
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:11:20 to 0:11:25 :
    https://www.youtube.com/watch?v=7neof87WptY&t=680
    It appears in your source video from 0:00:20 to 0:00:25 :
    https://www.youtube.com/watch?v=exmk58NHsQ8&t=20

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:

  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.

- Authorized Signature: Michael Theiss

The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 15, 2023 mike@ultimatechase.com wrote:

Video IDs: 31Y-d3sn8BA, 7neof87WptY

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/7/2024 12:36:18 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [GLU2WPP54WX6PRX7IFQLYPLJV4] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 5:38 AM
Subject: Fw: [GLU2WPP54WX6PRX7IFQLYPLJV4] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+2mflorhsj8bd807@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Tuesday, November 14, 2023, 11:13:11 AM CST
**Subject:** [GLU2WPP54WX6PRX7IFQLYPLJV4] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=pJmRCRVgZqY
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
Your Title or Job Position (What is your authority to make this complaint?): Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=pJmRCRVgZqY
- Describe the work allegedly infringed: My video
  - Title of video: RED SPRITES - Over Beautiful Lightning Storm
  - Source of video: 8t5AWldYeSE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:50 to 0:06:09 :
    https://www.youtube.com/watch?v=pJmRCRVgZqY&t=350
    It appears in your source video from 0:01:48 to 0:02:01 :
    https://www.youtube.com/watch?v=8t5AWldYeSE&t=108

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your

 YouTube channel or account

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=pJmRCRVgZqY
- Describe the work allegedly infringed: My video
  - Source of video: 8t5AWldYeSE
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:05:50 to 0:06:09 : https://www.youtube.com/watch?v=pJmRCRVgZqY&t=350
    It appears in your source video from 0:01:48 to 0:02:01 : https://www.youtube.com/watch?v=8t5AWldYeSE&t=108

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team


Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

    Video IDs: pJmRCRVgZqY

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 8:59:39 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [IID2PCWIKWDLEGQ36F42ZWIJCM] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+066nqkmm8h11s07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Tuesday, November 14, 2023, 09:50:32 AM CST
**Subject:** [IID2PCWIKWDLEGQ36F42ZWIJCM] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

---

**Request resolved**

The content listed below has been removed.

Videos in question:

https://www.youtube.com/watch?v=18pssQnbypl

---

We use a combination of automated systems and human reviews to process removal requests.

---

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

---

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
Your Title or Job Position (What is your authority to make this complaint?): Owner

Address:

2226 Shadowdale

Houston, TX 77043

US

Username: Pecos Hank

Email Address: hankschyma@yahoo.com

Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=18pssQnbypI
- Describe the work allegedly infringed: My video
  - Title of video: DAY OF THE TWINS - Tornado terror in Nebraska
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:55 to 0:03:58 :
    https://www.youtube.com/watch?v=18pssQnbypI&t=235
    It appears in your source video from 0:07:17 to 0:07:20 :
    https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=437

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628


- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=18pssQnbypl
- Describe the work allegedly infringed: My video
  - Source of video: E-8F5Jo8zSQ
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:03:55 to 0:03:58 :
    https://www.youtube.com/watch?v=18pssQnbypl&t=235
    It appears in your source video from 0:07:17 to 0:07:20 :
    https://www.youtube.com/watch?v=E-8F5Jo8zSQ&t=437


- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: 18pssQnbypl

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/7/2024 12:37:39 PM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [JCH7XNZIKOMATY3UDXQHGXMKXQ] YouTube Copyright Complaint Submission

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 5:37 AM
Subject: Fw: [JCH7XNZIKOMATY3UDXQHGXMKXQ] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+3ukosmlcj9wt707@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Tuesday, November 14, 2023, 10:15:13 AM CST
**Subject:** [JCH7XNZIKOMATY3UDXQHGXMKXQ] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=D79jHk6Ml3I
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank
Schyma
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=D79jHk6MI3I
- Describe the work allegedly infringed: My video
  - Title of video: Unbelievable Tornado Footage with Rainbow & Blue
    Sky
  - Source of video: MiDvqDDAHx0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:30 to 0:00:37 :
    https://www.youtube.com/watch?v=D79jHk6MI3I&t=30
    It appears in your source video from 0:05:41 to 0:05:48 :
    https://www.youtube.com/watch?v=MiDvqDDAHx0&t=341

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your
YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and
includes all required elements. We will reply to this email when we've taken
action on your request. You can also check on the status of your takedown
request in the 'Removal requests' tab which is found in the Copyright section of
your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank
  Schyma
- Your Title or Job Position (What is your authority to make this complaint?):
  Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=D79jHk6Ml3I
- Describe the work allegedly infringed: My video
  - Source of video: MiDvqDDAHx0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:30 to 0:00:37 :
    https://www.youtube.com/watch?v=D79jHk6Ml3I&t=30
    It appears in your source video from 0:05:41 to 0:05:48 :
    https://www.youtube.com/watch?v=MiDvqDDAHx0&t=341

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team
Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: D79jHk6Ml3I

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:03:56 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [M2RPFW7WTRDPT4KMH4STBASQRY] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 1:03 AM
Subject: Fw: [M2RPFW7WTRDPT4KMH4STBASQRY] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+2u2t4zlng461k07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Wednesday, November 15, 2023, 09:46:59 AM CST
**Subject:** [M2RPFW7WTRDPT4KMH4STBASQRY] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=1Hg19x3J41Y
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
Your Title or Job Position (What is your authority to make this complaint?): Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=1Hg19x3J41Y
- Describe the work allegedly infringed: My video
  - Title of video: STRANGE STORM CLOUDS - Mammatus facts and information
  - Source of video: HywQ__IE23M
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:00:55 to 0:01:02 :
    https://www.youtube.com/watch?v=1Hg19x3J41Y&t=55
    It appears in your source video from 0:01:25 to 0:01:32 :
    https://www.youtube.com/watch?v=HywQ__IE23M&t=85

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

 YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright

 YouTube

## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
    - 2226 Shadowdale
    - Houston, TX 77043
    - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=1Hg19x3J41Y
- Describe the work allegedly infringed: My video
    - Source of video: HywQ__IE23M
    - Type of video: Internet video
    - Where does the content appear?
      The content appears in the targeted video from 0:00:55 to 0:01:02 : https://www.youtube.com/watch?v=1Hg19x3J41Y&t=55
      It appears in your source video from 0:01:25 to 0:01:32 : https://www.youtube.com/watch?v=HywQ__IE23M&t=85

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: 1Hg19x3J41Y

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:06:54 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [MYREM557CWMG6RAAOGOYUIPUIE] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ----------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 1:11 AM
Subject: Fw: [MYREM557CWMG6RAAOGOYUIPUIE] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+3d43j0sycyq5e07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Wednesday, November 15, 2023, 03:53:35 AM CST
**Subject:** [MYREM557CWMG6RAAOGOYUIPUIE] YouTube Copyright Complaint Submission



Hi Pecos Hank,

Thank you for your removal request. We've reviewed it and provided updates below.

> **Request resolved**
>
> The content listed below has been removed.
>
> Videos in question:
>
> https://www.youtube.com/watch?v=PowGNh09K1s
>
> ---
>
> We use a combination of automated systems and human reviews to process removal requests.

You may take back your claim of copyright infringement at any time if you change your mind.

- The YouTube Team

Here is the information you filled in:

Copyright Owner Name (Company Name if applicable): Hank Schyma
Your Full Legal Name (Aliases, usernames or initials not accepted): Hank
Schyma
Your Title or Job Position (What is your authority to make this complaint?):
Owner
Address:
2226 Shadowdale
Houston, TX 77043
US
Username: Pecos Hank
Email Address: hankschyma@yahoo.com
Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=PowGNh09K1s
- Describe the work allegedly infringed: My video
  - Title of video: LARGEST TORNADO EVER!!! From Birth to Death
    (w/ Radar & Commentary) 5-31-13
  - Source of video: Q7X3fyld2U0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:47 to 0:01:51 :
    https://www.youtube.com/watch?v=PowGNh09K1s&t=107
    It appears in your source video from 0:02:14 to 0:02:18 :
    https://www.youtube.com/watch?v=Q7X3fyld2U0&t=134

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner
    of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner
    complained of is not authorized by the copyright owner, its agent, or
    the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person
    who knowingly materially misrepresents that material or activity is
    infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my
    YouTube channel.
- Authorized Signature: Hank Schyma

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.



© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 YouTube Copyright



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628


- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=PowGNh09K1s
- Describe the work allegedly infringed: My video
  - Source of video: Q7X3fyld2U0
  - Type of video: Internet video
  - Where does the content appear?
    The content appears in the targeted video from 0:01:47 to 0:01:51 : https://www.youtube.com/watch?v=PowGNh09K1s&t=107
    It appears in your source video from 0:02:14 to 0:02:18 : https://www.youtube.com/watch?v=Q7X3fyld2U0&t=134

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team
Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: PowGNh09K1s

--
This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.

**From:** Copyright Management <copyright@viraldrm.com>
**Sent:** 1/6/2024 9:07:52 AM
**To:** Viral DRM <viraldrm@sriplaw.com>
**Subject:** Fwd: Fw: [VW2BGMSRLC2PYYMYS2BTNFBSXE] YouTube Copyright Complaint Submission

---

(8966) Round 5 YouTube - TAKEDOWN EMAIL FOR BRIEF OF EVIDENCE

---------- Forwarded message ---------
From: **Hank Schyma** <hankschyma@yahoo.com>
Date: Sun, Jan 7, 2024 at 1:08 AM
Subject: Fw: [VW2BGMSRLC2PYYMYS2BTNFBSXE] YouTube Copyright Complaint Submission
To: Copyright Management <copyright@viraldrm.com>

----- Forwarded Message -----
**From:** YouTube Copyright <youtube-disputes+0sk8nf5ahkbyr07@google.com>
**To:** "hankschyma@yahoo.com" <hankschyma@yahoo.com>
**Sent:** Tuesday, November 14, 2023, 10:09:04 AM CST
**Subject:** [VW2BGMSRLC2PYYMYS2BTNFBSXE] YouTube Copyright Complaint Submission



## Copyright Infringement Notification Confirmation

Thank you for your submission. It is under review to ensure it is valid and includes all required elements. We will reply to this email when we've taken action on your request. You can also check on the status of your takedown request in the 'Removal requests' tab which is found in the Copyright section of your channel.

Here is the information you filled in:

- Copyright Owner Name (Company Name if applicable): Hank Schyma
- Your Full Legal Name (Aliases, usernames or initials not accepted): Hank Schyma
- Your Title or Job Position (What is your authority to make this complaint?): Owner
- Address:
  - 2226 Shadowdale
  - Houston, TX 77043
  - US
- Username: Pecos Hank
- Email Address: hankschyma@yahoo.com
- Phone: (281) 948-1628

- URL of allegedly infringing video to be removed:
  https://www.youtube.com/watch?v=Bv2oYnFArOg
- Describe the work allegedly infringed: My video

Source of video: MiDvqDDAHx0

- Type of video: Internet video
- Where does the content appear?
  The content appears in the targeted video from 0:00:41 to 0:00:55 :
  https://www.youtube.com/watch?v=Bv2oYnFArOg&t=41
  It appears in your source video from 0:05:37 to 0:05:51 :
  https://www.youtube.com/watch?v=MiDvqDDAHx0&t=337

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
  - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
  - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
  - This notification is accurate.
  - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
  - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Hank Schyma

- The YouTube Team

Help Center • Email Options

You received this email to provide information and updates around your YouTube channel or account.

▶ YouTube

© 2021 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

On Nov 14, 2023 hankschyma@yahoo.com wrote:

Video IDs: Bv2oYnFArOg

--

This email, and any attachments, may be confidential and also privileged. If you are not the intended recipient, please notify the sender and delete all copies of this transmission along with any attachments immediately. You should not copy or use it for any purpose, nor disclose its contents to any other person.