Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.452.5600 – Telephone
561.404.4353 – Facsimile
matthew.rollin@sriplaw.com

*Counsel for Plaintiff*
*Viral DRM LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| VIRAL DRM LLC,<br><br>Plaintiff,<br><br>v.<br><br>YOUTUBE UPLOADERS LISTED ON SCHEDULE A,<br><br>Defendant. | CASE NO.: 3:23-CV-05977-JSC; 3:23-CV-06261-JSC; 3:23-CV-06598-JSC<br><br>**NOTICE UPDATING THE COURT ON PLAINTIFF'S INTENT REGARDING MATTERS CV-05977; CV-06261; AND CV-06598**<br><br>The Honorable Jacqueline Scott Corley |

PLAINTIFF Viral DRM LLC ("Viral DRM"), by and through its undersigned counsel, hereby submits this Notice updating the Court on Plaintiff's Intent to Proceed with the following matters: 1) 3:23-CV-05977-JSC; 2) 3:23-CV-06261-JSC; and 3) 3:23-CV-06598-JSC.

**I.    Motions for Subpoena**

    **a.    3:23-cv-05977**

On January 3, 2024, Plaintiff's Counsel, Matthew Rollin, and Google's Counsel, David Kramer, met and conferred via telephone as Ordered by the Court in ECF 11. Plaintiff filed a revised Proposed Order on January 16, 2024, at ECF 15. Plaintiff would like to proceed with the Motion for Subpoena. If the Court grants the motion, and once Google provides Plaintiff with the requested

information, Plaintiff will determine which entities are subject to the Court's jurisdiction, file new complaints against those entities and dismiss the remaining parties from the action.

### b. 3:23-cv-06261

On January 3, 2024, Plaintiff's Counsel, Matthew Rollin, and Google's Counsel, David Kramer, met and conferred via telephone as Ordered by the Court in ECF 16. Plaintiff filed a revised Proposed Order on January 16, 2024, at ECF 19. Plaintiff would like to proceed with the Motion for Subpoena. If the Court grants the motion, and once Google provides Plaintiff with the requested information, Plaintiff will determine which entities are subject to the Court's jurisdiction, file new complaints against those entities and dismiss the remaining parties from the action.

### c. 3:23-cv-06598

It is Plaintiff's intent to file a similar Motion for Subpoena in 3:23-cv-06598. If the Court grants the motion, and once Google provides Plaintiff with the requested information, Plaintiff will determine which entities are subject to the Court's jurisdiction, file new complaints against those entities and dismiss the remaining parties from the action.

DATED: February 27, 2024                    Respectfully submitted,


                                            */s/ Matthew L. Rollin*
                                            MATTHEW L. ROLLIN
                                            **SRIPLAW, P.A.**
                                            *Counsel for Plaintiff Viral DRM LLC*