UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRAL DRM LLC,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A,<br><br>　　　　　　Defendant. | Case Nos.　3:23-cv-05977-JSC<br>　　　　　　3:23-cv-06261-JSC<br>　　　　　　3:23-cv-06598-JSC<br><br>**ORDER RE: ADMINISTRATIVE MOTIONS TO ISSUE SUBPOENAS TO GOOGLE** |

Plaintiff has filed administrative motions to issue subpoenas to non-party Google seeking information sufficient to identify the alleged infringers operating certain YouTube channels in Case Nos. 23-5977 and 23-6261. (Case No. 23-5977, Dkt. No. 10; Case No. 23-6261, Dkt. No. 15.) The Court ordered Plaintiff to meet and confer with Google regarding its request and file a supplemental submission addressing certain issues. (Case No. 23-5977, Dkt. No. 11; Case No. 23-6261, Dkt. No. 16.) Plaintiff has since done so. (Case No. 23-5977, Dkt. No. 14; Case No. 23-6261, Dkt. No. 18.) Upon review of Plaintiff's submissions, the Court is prepared to grant Plaintiff's motion. Plaintiff shall file a proposed order which attaches the proposed subpoena(s) to Google including any exhibit(s) to the subpoena(s). Plaintiffs shall do so by March 14, 2024.

Plaintiff indicates it intends to file an administrative motion to issue a subpoena in Case No. 23-6598 as well. (Case No. 23-5977, Dkt. No. 17.) Prior to filing any such motion, Plaintiff shall meet and confer with Google as in the other actions. Any administrative motion shall be accompanied by the counternotice information the Court requested with respect to the other actions. Further, Plaintiff shall attach a copy of the proposed subpoena to Google including any exhibit(s) to the subpoena.

//

**IT IS SO ORDERED.**

Dated: February 29, 2024

JACQUELINE SCOTT CORLEY
United States District Judge