**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRAL DRM LLC, <br><br> Plaintiffs, <br><br> v. <br><br> THE YOUTUBE UPLOADERS LISTED ON SCHEDULE A, <br><br> Defendants. | CASE NO.: 3:23-cv-05977-JSC <br><br> **[PROPOSED] ORDER ON PLAINTIFF'S EX PARTE MOTION FOR A SUBPOENA TO GOOGLE LLC** |

This matter came before the court on Plaintiff's motion for leave pursuant to Rule 26(d)(1) to serve a subpoena to service provider Google LLC for information sufficient to identify the alleged infringers operating certain YouTube channels. Having considered the motion and supporting documentation and good cause appearing, IT IS HEREBY ORDERED THAT: Plaintiff may serve Google, via its Registered agent, and a courtesy email to its counsel in this matter, with a subpoena seeking the requested information in a form consistent with Exhibit 1, with a return date of no less than two weeks after service.

**DONE AND ORDERED** in _____, California, this __ day of _____, 2024.

UNITED STATES DISTRICT JUDGE
HON. JACQUELINE SCOTT CORLEY