# Exhibit 1

| Channel URL | Name | Infringement URL | Videographer | Registration Number | Subscribers | Total Views |
|---|---|---|---|---|---|---|
| https://www.youtube.com/@100MVideosOfficial | 100M | https://www.youtube.com/watch?v=vMsbpmHX6nc | Mike Olbinski | | 2,460,000 | 217,643,794 |
| https://www.youtube.com/@4EverGreenYT | 4 Ever Green | https://www.youtube.com/watch?v=aKk6ioK8RhM | Daniel Robinson | | 3,100,000 | 776,473,190 |
| https://www.youtube.com/@AG-One_In_A_Billion | AG - One In A Billion Moments In Nature | https://www.youtube.com/watch?v=_Sz56Ia5SAw | Reed Timmer | PA-2-360-287 | 335 | 121,028 |
| https://www.youtube.com/@Akimbo- | Akimbo | https://www.youtube.com/watch?v=GmIC1N7OjtA | Brandon Clement | | 528,000 | 305,849,504 |
| https://www.youtube.com/@ANANaturalDisasters-mo5pm | ANA Natural Disasters | https://www.youtube.com/watch?v=1vcTpJIg2Ys | Reed Timmer | PA-2-360-287 | 411 | 92,764 |
| https://www.youtube.com/@brilliantthinking | Brilliant Thinking | https://www.youtube.com/watch?v=18pssQnbypI | Pecos Hank | | 5,700 | 268,765 |
| https://www.youtube.com/@BUENISIMOCANAL | BUENISIMO | https://www.youtube.com/watch?v=vjmmYPVGXtw | Pecos Hank | | 1,780,000 | 617,309,789 |
| https://www.youtube.com/@ElBuhoSabio | BÚHO SABIO | https://www.youtube.com/watch?v=dr4SzJew4og | Reed Timmer | | 4,600,000 | 802,230,817 |
| https://www.youtube.com/@CommonManShow | Common Man Show | https://www.youtube.com/watch?v=AOhSBddEe4g | Reed Timmer | PA-2-360-287 | 151,000 | 52,395,259 |
| https://www.youtube.com/@CorrieredellaSera | Corriere della Sera | https://www.youtube.com/watch?v=sjxTRHpfYqA | Richard Hulburd | | 341,000 | 396,308,999 |
| https://www.youtube.com/@CRAZYGF | CRAZY | https://www.youtube.com/watch?v=uskz8cK5lT0 | Carl Hobi | | 367 | 158,929 |
| https://www.youtube.com/@Curiosopedia | Curiosopedida | https://www.youtube.com/watch?v=0rzEij2sd_4 | Reed Timmer | | 226,000 | 75,500,678 |
| https://www.youtube.com/@DocTops | DOC TOPS | https://www.youtube.com/watch?v=wZyufq7ZlL0 | Tanner Charles Schaaf | | 14,700,000 | 2,666,607,163 |
| https://www.youtube.com/@DrakotakoChannel | Drakotako Channel | https://www.youtube.com/watch?v=v9JXbu7XIiY | Pecos Hank | | 2,250,000 | 709,541,244 |
| https://www.youtube.com/@dusank | Dusank | https://www.youtube.com/watch?v=7nO7b1TDvVw | Pecos Hank | | 10,500 | 2,321,792 |
| https://www.youtube.com/@dynamicdisaster | Dynamic Disaster | https://www.youtube.com/watch?v=R62E2sQJAL0 | Reed Timmer | | 11,800 | 337,564 |
| https://www.youtube.com/@AkimboEspaniol | EL AKIMBO | https://www.youtube.com/watch?v=tRY6xL9wZyA | Brandon Clement | | 124,000 | 66,980,921 |
| https://www.youtube.com/@ElAmerikano | EL Amerikano | https://www.youtube.com/watch?v=X7it44jNY1A | Tanner Charles Schaaf | | 922,000 | 85,063,324 |
| https://www.youtube.com/@p0wer_of_Nature | Extreme Weather | https://www.youtube.com/watch?v=NQLgTOI0FOk | Bryce Shelton | | 3,330 | 518,624 |
| https://www.youtube.com/@FactFile | FactFile | https://www.youtube.com/watch?v=iAk2NS3myKI | Mike Olbinski | | 2,370,000 | 351,874,244 |
| https://www.youtube.com/@FactsopediaOfficial | Factsopedia | https://www.youtube.com/watch?v=oC1pfL5-I4I | Reed Timmer | | 1,480,000 | 354,669,985 |
| https://www.youtube.com/@Fantastic_us | Fantastic | https://www.youtube.com/watch?v=VGmD57LRClY | Reed Timmer | | 3,780 | 618,440 |
| https://www.youtube.com/@FULLTOPS | Full Top's | https://www.youtube.com/watch?v=GGvGCS9IS6A | John Sibley | PA 1-876-017 | 1,210,000 | 359,088,186 |
| https://www.youtube.com/@hqcstorm | HQC - Storm | https://www.youtube.com/watch?v=9CGWwKQOMjU | Brandon Clement | | 2,170 | 682,258 |
| https://www.youtube.com/@NoticiesIB3 | IB3 NOTÍCIES | https://www.youtube.com/watch?v=dQIDkv8ehDs | Brandon Clement | PA 2-401-314 | 10,400 | 10,569,516 |
| https://www.youtube.com/@kabirconsiders | Kabir Considers | https://www.youtube.com/watch?v=eSdlSIE9uSY | Reed Timmer | | 85,000 | 28,066,160 |
| https://www.youtube.com/@LamaFache | Lama Fache | https://www.youtube.com/watch?v=NdgNfS2T1tw | Brandon Clement | PA 2-246-408 | 9,550,000 | 2,400,612,662 |
| https://www.youtube.com/@lavluka6210 | Lav Luka | https://www.youtube.com/watch?v=pM72ktBaKdo | Max Olson | PA 2-381-497 | 162,000 | 50,787,748 |
| https://www.youtube.com/@luchosback/videos | luchosback | https://www.youtube.com/watch?v=ohJZUhUGRQM | Mike Theiss | | 2,95 mio | 749.299.774 |
| https://www.youtube.com/@odae | Mahmoud /TV | https://www.youtube.com/watch?v=zCs9qf014Qs | Pecos Hank | | 88,900 | 30,720,477 |
| https://www.youtube.com/@naweather4500 | NA Weather | https://www.youtube.com/watch?v=JHFqJc4vAVw | Reed Timmer | | 536,000 | 315,780,267 |
| https://www.youtube.com/@Nauchannel1 | NAU Channel | https://www.youtube.com/watch?v=C2LZbpXc6mM | Jonathan Petramala | | 23,300 | 2,573,765 |
| https://www.youtube.com/@officeblokedaz | Office Bloke Daz | https://www.youtube.com/watch?v=p6gfRR8eX6s | Jordan Hall | | 51,300 | 22,098,114 |
| https://www.youtube.com/@officeblokesreact | Office Blokes React | https://www.youtube.com/watch?v=L4DO_KU2_no | Aaron Rigsby | PA 2-414-448 | 246,000 | 129,803,166 |
| https://www.youtube.com/@otvodisha | OTV | https://www.youtube.com/watch?v=cElWfsAcDYM | Jason Davies | | 9,670,000 | 9,099,032,155 |
| https://www.youtube.com/@OTVNewsEnglish | OTV English | https://www.youtube.com/watch?v=TOp5woMfU8c | Reed Timmer | | 311,000 | 86,838,587 |
| https://www.youtube.com/@Project_Lumi | Project Lumi | https://www.youtube.com/watch?v=L66VZ9-IK54 | Reed Timmer | | 41,000 | 13,283,838 |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=RWeyptLa7rw | Chris Tangey | | 2,060,000 | 702,540,161 |
| https://www.youtube.com/@Pulsach | Pulsa Channel | https://www.youtube.com/watch?v=RWeyptLa7rw | Reed Timmer | | 2,060,000 | 702,540,161 |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=MZ8COAXT_yU | Blake Brown | PA 2-181-876 | 324,000 | 117,830,672 |
| https://www.youtube.com/ritnoticias | RIT Noticias | https://www.youtube.com/watch?v=WCh2ub1NW-c | Brandon Clement | | 324,000 | 187 |
| https://www.youtube.com/@scarynatureee | Scary Nature | https://www.youtube.com/watch?v=31Y-d3sn8BA | Mike Theiss | | 66,800 | 38,077,468 |
| https://www.youtube.com/@SottMediaChannel/ | SOTT Media Channel | https://www.youtube.com/watch?v=nz-aRvEzeyg | Brandon Clement | PA 2-431-744 | 55,500 | 12,529,511 |
| https://www.youtube.com/@TheGeniusLemon | The Genius Lemon | https://www.youtube.com/watch?v=FIF4TRCCT7c | Pecos Hank | | 1,540,000 | 115,634,987 |
| https://www.youtube.com/@TheOverworld1 | The Overworld | https://www.youtube.com/watch?v=bxU-H0Grli0 | Reed Timmer | | 137,000 | 15,385,647 |