UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIRAL DRM LLC,

        Plaintiff,

v.

FAISAL ASGHAR,

        Defendant.

Case No.  3:23-cv-05977-JSC

**JUDGMENT**

Having granted Plaintiff's motion for default judgment on the 17 U.S.C. § 512(f) claim and awarded $3.00 in nominal damages plus post-judgment interest and dismissed Plaintiff's remaining claims for lack of standing without leave to amend by Order filed March 14, 2025, the Court enters judgment in favor of Plaintiff and against Defendant.

**IT IS SO ORDERED.**

Dated: March 14, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge